UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON LIPPERT, WILLIAM EARL BASSETT, LEWIS RICE, and MILAM MARTIN, <br><br> Plaintiffs, <br><br> v. <br><br> SALVADOR GODINEZ, LOUIS SHICKER, PATRICK QUINN, ALPHONSO NORMAN, MARTHA MALDONADO, ATHENA ROSSITER, and WEXFORD HEALTH SOURCES, INC. <br><br> Defendants. | No. 10-CV-4603 <br><br> Judge Sara L. Ellis <br> Magistrate Judge Daniel Martin |

## JOINT STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal without prejudice of Count I against defendant Wexford Health Sources, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

Dated: December 18, 2013                   Respectfully submitted,

/s/ Benjamin S. Wolf
*One of Plaintiffs' attorneys*

Jason P. Stiehl                               Harvey Grossman
Kristine Argentine                            Benjamin S. Wolf
Seyfarth Shaw LLP                             Ruth Z. Brown
131 South Dearborn Street, Suite 2400         Roger Baldwin Foundation of ACLU, Inc.
Chicago, IL 60603                             180 North Michigan Ave., Suite 2300
                                              Chicago, IL 60601

William Andrichik                             Richard Jonathon Street
Teresa A. Sullivan                            John R. Seber
Edwards Wildman Palmer LLP                    Eimer Stahl LLP
225 West Wacker Dr., Suite 3000               224 South Michigan Ave., Suite 1100
Chicago, IL 60606                             Chicago, IL 60604

Alan S. Mills
Uptown People's Law Center
4413 North Sheridan
Chicago, IL 60640

/s/ Kevin Lovellette
*One of State Defendants' attorneys*

Kevin Lovellette
Assistant Attorney General
General Law Bureau
100 W. Randolph St., 13th Floor
Chicago, IL 60601

/s/ Michael Charysh
*One of Wexford's attorneys*

Michael J. Charysh
John J. Beribak
Charysh & Schroeder, Ltd.
33 N. Dearborn St., Suite 1300
Chicago, IL 60602

## **CERTIFICATE OF SERVICE**

      I, Benjamin S. Wolf, an attorney, hereby certify that I have caused a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL to be served this 18th day of December, 2013, upon all counsel in this case via the Court's electronic filing system.


                                              /s/ Benjamin S. Wolf