# EXHIBIT 3

## Chris Romer

| | |
|---|---|
| **Subject:** | FW: Redacted expert report in Lippert litigation |
| **Attachments:** | 150413 Final Report of Court Appointed Expert With All Appendices REDACTED.pdf |

**From:** Inouye, Thor [mailto:TInouye@atg.state.il.us]
**Sent:** Wednesday, May 13, 2015 12:38 PM
**To:** Ben Wolf
**Cc:** Henretty, Lyle; Harvey Grossman
**Subject:** RE: Redacted expert report in Lippert litigation

Attached is the redacted version of the Shansky report. We have redacted the personal medical information of the inmates. Because the individual facility reports are simply case studies of the individual inmates, they were redacted in their entirety. Also, we redacted the Department of Corrections response to the report as that was neither part of the report nor did the Court's order allow it to be made public.

Should you have any questions, please do not hesitate to contact me.

Thor Y. Inouye, Esq.
Unit Supervisor
Prisoner Litigation
General Law Bureau
100 West Randolph
Chicago, IL 60601
Phone: (312) 814-3632
E-mail: TInouye@atg.state.il.us

******************* PLEASE NOTE *******************
This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any
accompanying documents. Thank you.

---

**From:** Ben Wolf [mailto:bwolf@ACLU-il.org]
**Sent:** Monday, May 11, 2015 1:22 PM
**To:** Inouye, Thor
**Cc:** Henretty, Lyle; Harvey Grossman
**Subject:** RE: Redacted expert report in Lippert litigation

Thor – Please let us know how far along your clients are in their review of the expert report. If they will have any proposed redactions beyond the ones we suggested to protect the identity of inmates, please let us know before May 14, when the parties are supposed to file the redacted report.

Thanks.                          BSW