IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DON LIPPERT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 C 4603 |
| | ) | |
| v. | ) | Honorable Judge Jorge L. Alonso |
| | ) | Judge Presiding |
| SALVADOR GODINEZ, et al., | ) | |
| | ) | Magistrate Judge Daniel G. Martin |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' WITHDRAWAL OF**
**OBJECTIONS TO PRODUCING WEXFORD DOCUMENTS**

The State Defendants, by and through their counsel, Illinois Attorney General LISA MADIGAN, and in response to the Court's Order dated August 1, 2016 (Dkt. No. 500), withdraw their objections to producing Wexford documents and produce the following documents received from Wexford sought in Plaintiffs' Fifth Request For Production Of Documents, requests number two, three and twelve, Bates Numbered: Wexford Resp. RTP#5, Question 2 Page 0001-0683 and Wexford Resp. RTP#5, Question 12, Page 0001-0006, 0008-0013(A).

Respectfully Submitted,

LISA MADIGAN
Attorney General of Illinois

*/s/ James P. Doran*
JAMES P. DORAN
Assistant Attorney General
General Law Bureau
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601
(312) 814-7202
*Attorney For Defendants*