*M*

⟨ THIS LETTER WITH ALL ATTACHMENTS HERETO IS SENT TO
"EACH" OF THE FOLLOWING INDIVIDUALS! ⟩  p.1 | 6

TO:•HONORABLE FEDERAL JUDGE, N.D. EASTERN DIV, JORGE L. ALONSO
  and Magistrate Judge Daniel Martin, Lippert v. Baldwin, 10-CV-4603
  219 S. Dearborn ST. CHG. IL. 60604

  • GOVERNOR BRUCE RAUNER, State of Illinois, 207 State Capitol,
    Springfield IL 62706  Nov 13, 2017

  • IDOC, DIRECTOR JOHN BALDWIN, P.O. Bx 19277, Springfield IL 62794
    AND, MEDICAL DIRECTOR LOUIS SHICKER, DR. ARTHUR FUNK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

  • WARDEN STEPHANIE DORETHY @ Hill Correctional Center via "institutional"
    mail, and, A/W(s) MARK Williams + CHRIS McLaughlin

  • JOHN M. FROEHLICH, V.P. & CFO, WEXFORD, 501 Holiday Dr. Pittsburgh PA 15220

  • CAMILLE E. BENNETT, ATTY. ACLU, 180 N. Michigan Av. Ste 2300, CHG 60601

  • ALAN MILLS, UPTOWN PEOPLES LAW CTR, 4413 N. Sheridan, CHG. 60640

  • HAROLD HIRSHMAN, DENTONS US LLP, 233 S. Wacker Dr. Ste 5900, CHG. 60606

  • JASON STIEHL, Ryan Williams, AKerman LLP, 71 S. Wacker Dr, 46 FL. CHG. 60606

FROM: RONALD S. KLINER, #B77152, P.O. 1700, Galesburg IL 61402

Re: SEEKING YOUR INTERVENTION IN YOUR CAPACITY TO AVAIL
  ⎧ ON BEHALF OF MYSELF DENTAL CARE NEEDED THAT DR.
  ⎪ WALLACE FRANCIS STROW, JR. DDS REFUSES TO PROVIDE &
  ⎪ BY SUBTERFUGE, SAID CARE SOUGHT IS NOT OF ANY
  ⎪ UNIQUE OR EXTRAORDINARY CARE BUT "NEEDED" DENTAL
  ⎨ CARE STROW COULD RENDER BUT WON'T AND SAID CARE
  ⎪ NEEDED IS FULLY SUPPORTED BY MY DENTAL RECORDS
  ⎪ AND DESPITE BEING IN THE IDOC ADMINISTRATIVE 04.03.102
  ⎪ + its "ATTACHMENT A" STROW WHO IS A FULLY COM-
  ⎪ PETENT ABLE DENTIST STILL REFUSES TO RENDER
  ⎩ CARE TO ME AND OTHERS SIMILARLY SITUATED

DATED ___11-1___, 2017 & SENT "LEGAL MAIL" (WHERE APPLICABLE)

DeaR GOV. Rauner, DiR. Baldwin, Mr. Shicker, Dr. FUNK, WARDEN Dorethy,
A/W Williams, McLaughlin, Mr. Froehlich, ET. AL.

I am writing seeking your help to please get dental care

I need, to which is not outlandish, extraordinary or difficult to provide, is quite basic, common yet DDS. Strow refuses by subterfuges, to render to me. He simply refuses to do it, doesn't want to & it makes no sense. I am Not malingering as he tries to 'label' me & my dental records support my basic dental needs & what I've sought. I've not sought "DRUGS" to be abused & to the contrary. Nor do I need to see a 'psychiatrist' as Strow has made 'referral' for me to see & as he does to inmates who have the audacity to seek dental care or complain! Its his pattern & practice to do so.

- my gums bleed & from calculus plaque buildups I cannot remove as the dental loops sold on commissary cant do it & plaque/calculus is behind my teeth and at gum line. I floss, brush regularly, I need, as done in the past, the dentist to use his little utensils & remove whats there. Its that simple. I've sought this, wrote, filed grievances to no avail & even sought "peredontax" toothpaste. He wont do it nor write any non formulary prescription(s) to get whats needed

- I Have periodontal & gingivitis, he wont try & help, treat or give anything to help. He refuses to clean teeth. Despite HCUA Lindorff's 12-20-16 to Mr. Lavelle that "dentist is fully capable of providing teeth cleaning". (attached)

- I Have "APTHOUS STOMATIS" & its chronic & I get breakouts & despite all shown in my dental records Strow Absolutely refuses to issue 'orabase, dental paste, or lidocaine! (I am providing copies of documents of my efforts & will out line same herein). I've sought no "Drugs" to abuse them. Please see a letter written by Dr. James Lase, DDS dated 5-4-17 supporting what I'm saying.

You will see that in my efforts, grievances I've filed to get help Dr. Strow has utilized a subterfuge to ignore the substance of them, rubberstamped by Counselor(s) Beams, Gans & all the way to the IDOC/ARB by his saying they are "Duplicates" (I beg you read them) to a SEPT. 2001 grievance whereas that ONE grievance was about "Sensodyne toothpaste" & seeking it in a clear container to get it! "How" I ask, is that a duplicate to what the issues are NOW & grievances of 2017?

I was given a "mouthguard-night guard" years ago & after seeing a neurologist & temporal pain & Dr. A. Funk determined I grinded at night & I've had it all along & used it, its been adjusted by dentists yet upon it being taken in a tact of 2017 orange crush shakedown & my seeking Dr. Strow replace it, he refuses to do so & cites "Hill CC dental does not provide the "mandibular Repositioning device repositioning service"--its a simple, 99¢ item, to not grind teeth the makes it out to be some complicated device! But for the seriousness of all this it would be comical -- but its not & I suffer needlessly because a dentist who can easily render care, refuses to do so for me & others similarly situated & this is wrong & unfair & harmful & easily be rectified by those I'm writing & exercising their authority to do so & seek Dr. Strow please provide the dental care a dentist can, clean teeth, remove plaque & calculus, render periodontal care, gingivitis, treat bleeding gums, aphous stomatis & issue easily issuable by prescription non-formulary medicines & follow IDOC directives & for treatments

I will outline the following documents in support of my letter to you & in seeking HELP & as well have written a * 9-25-17 to Warden Doremy, A/w (s) McLaughlin & Williams of which I provided my "dental records" to showing & highlighting all cited & stated herein & attach a copy of my letter. It should be noted I also filed a 58 pg. complaint as to DR. STROW to the "IDFPR" dated 6/25/17. (copies can be provided upon your request & as well of the "dental records" spoken of & as sent, etc.) Attached is the letter of *9-25-17 still unanswered.

- Here is a copy of IDOC AD 4.03.102 & see attachment "A" (last pg. 6of6) Note: CAT 1 "EMBCY TREATMENT." a. bleeding & pain c. acute periodontitis e. acute gingivitis f. acute stomatis & Cat. 11 a. oral condition, if left untreated, that would cause bleeding or pain in the immediate future & b. oral infection of an oral condition which, if left untreated, would become acutely infected.

Despite me having these symptoms, problems & seeking help, and all in this "AD" DDS Strow refuses to render care, why? Its not Highly specialized care but, basic dental care, Strow, is a dentist & obviously aware of the things I seek care from him for & this AD yet He absolutely refuses to render dental care or give what I need.

- Please see, a 9-20-17 dated "Grievance MEMORANDUM" signed by STROW 9-22-17 (in response to my/a 9-19-17 Grievance written as to seeing the Nurse Practitioner 9-12-17 yet circumvented by STROW to answer it) and it is revealing & telling STROW saying:
"MR. KLEINER'S DEMANDS & EXPECTATIONS ARE UNREALISTIC AND ARE NOT clinically achievable in this setting."

BEGGING, please, to your common sense -- "HOW" is what Ive 'sought' (NOT demanded) & seek "UNREALISTIC" & NOT "clinically achievable" in this setting? WHEN, it is of the UTMOST basic needed dental care, Strow, as a competent dentist can easily provide + render.... but does NOT WANT to! Im not seeking dental surgery

but basic dental care, I pray you help me get
what is needed as it is easily realistic and easily
clinically achievable "IN this setting" because you
have a "dentist" and dental assistants who can
easily render dental care & issue NON formulary
prescriptions -- provable & shown -- that can be done
but for DR. Strows Not wanting to do it!

consider further —
— My 2-23-17 Nurse sick call request, the 2-28-17 grievance &
STROWS 3-13-17 citing -- because I wrote a 8-30-01
grievance, as to Sensodyne, my 2-28-17 is a Duplicate
& I'm a "multiple complainer" & "repetitous griever",
AND, STROW makes it clear in a blanket --statement:
"NON-Formulary prescriptions will 'NOT' be Authorized"
Really? And, proper policy & procedures are being followed
IN this matter. (All ATTACHED) It is incredible, see the
8-30-01 Grievance & the 9-24-01 J.W. Mitchell, DDS memo,
that my/the 2-28-17 grievance with all IN it is somehow
duplicative! This is a subterfuge to deny due process &
ultimately the substance of my grievance(s) & then to con-
tinue to do so for All future dental grievances!
Common sense, the dental issues, concerns, needs, problems
addressed in 2017 grievances are "NOT" duplicative because of
the 8-30-2001 grievance I wrote.

— see the 2pg. Nurse sick call request, the 5-22-17 grievance &
STROWS 5-25-17 citing "duplicate grievance" & "dental
record" reviewed. Seriously, how can you of reviewed my
dental record & conclude what you did when to the contrary
had he actually reviewed it all I've cited & shown is
corroborated by it!

— see the 9-8-17 Nurse sick call request, & the 9-22-17
3pg grievance, and Strows (rec'd on 10-2-17) grievance
response whereas it is absolutely incredible his taking
out of context, utilizing my medical records to say what
He does & outrageous to 'conclude' "Hypochondriasis" &
"malingering" It is delusional the assertions made

and conclusions drawn by Dr. Strow & to misdirect
and do what he is instead of rendering the care
needed. (All ATTACHED)

- Please see my 9pg. "response" & "addendum" (4pgs) to this
grievance response as it addresses fully the misdirection
and subterfuge Dr. Strow employs. (ATTACHED)
This all was sent to the Grievance Offce as well As
WARDEN Dorethy & A/w(s) and the G.O. Review of 10/10/17
Assigned 18-0371 sent to Director Baldwin 10/13/17.

- Lastly, please see my 9-19-17 Grievance 2 pgs from
seeing the Nurse Practitioner Vollmer 9-12-17 whereas
I showed her & she "seen" the "APTHOUS STOMATIS" break-
out I was having as I sought help & medicine
from her to no avail & to address other dental
related matters, and medical. Yet. Dr. Strow cir-
cumvented the process evident by his 9-22-17 response
(cited earlier) whereas he claims my "demands" & "ex-
pectations" are unrealistic & not clinically achievable
in "this setting" etc. If you didn't see & read this your-
self it be unbelievable. There is nothing unusual about
"this setting" per se Nor the care sought but for
Dr. Strow deeming it as such & I'm seeking your
help, to each written, individually, & by whatever means
you deem appropriate to set Dr. Strow to please
perform the dental needs necessary & render the care
& things needed to do so & collectively appeal to
all of you to do so please. (copies all attached)
I also wrote Gov. Rauner a 9-21-17 & Mr. Froehlich
of Wexford to no avail. I ask you please intervene
for me to get dental care, plaque removal, bleeding gums,
APHTOUS stomatis, periodontal, gingivitis, care &
medicines, needed. Thank you for your time, consideration
& attention to this matter. Sincerely

IDFPR
w/enclosures    CC: CSL (5) Dr. James Lago
                ET.AL. Loevy & Loevy

Ron Kliner B77/52

Bruce Rauner
Governor



John Baldwin
Acting Director

### The Illinois Department of Corrections

Hill Correctional Center
600 Linwood Road • P.O. Box 1327 • Galesburg, IL 61401 • (309) 343-4212 TDD: (800) 526-0844

# MEMORANDUM

DATE:    December 20, 2016

TO:      Offender Lavelle, R58527
         2B-67

FROM:    L.Lindorff, RN,BS  2 ⲟ
         HCUA

SUBJECT: Response

Per your letter dated 12-6-16 regarding services at Hill:
If your teeth require cleaning, the dentist is fully capable of providing teeth cleaning. Dental dept also provides dental hygiene education.
As for PT, the doctor has requested a PT visit for you. PT training instructions will be provided and you can perform PT either in our PT dept or in your cell depending on the instructions provided.

Lll
cc/file
Dr.Bautisa,Med.Dir
Dr.Strow,DDS
D.Dean,DON

Mission: To serve justice in Illinois and increase public safety by promoting positive change in
offender behavior, operating successful reentry programs, and reducing victimization.

**www.illinois.gov/idoc**

P9 1/2

@ HILL CC / IDOC via Bubble & RC... c/o Ledbetter ...UTIONAL MAIL

and P/W Williams & P/W McLaughlin

FROM: RON KLINGER, #B77152, FA-35, HILL CC                    COPY

Re: DENIAL & NEED for dental services, care, replacement of moving guard, being refused by dentist Dr. Straw

DATED: 9-25-17

Dear Warden Dorethy, P/W Williams, P/W McLaughlin —

Reference the above I'm writing you with the hope, prayer & plea, along with supporting documentation provided, that you can please help me get what I need & to be done from dentist Dr. W. Straw as despite my best efforts I've been unable to.

I wrote a NSC for dental — Dr Straw dated 9-8-17 seeking replacement of my moutguard to which after the factual shakedown on 9-7-17 was gone and again re-iterating my problems of calculus, plaque, peridental, gingivitis, and canker sores (aptuous stomatitis), and teeth cleaning. The response given is really hard to believe, "NOT a service provided @ hill — as I do not see how Dr Straw cannot do what is necessary for a dentist to replace my mouth-guard, order a generic one as a non-formulary, I allowed to do so for the Wexford contract, or send me to Collage Hosp, there are dentists to do so as do no obvious excuses to provide dental services, Non-formulary prescriptions he can easily do so & per Items I've been given, need & are not sold on commissary ie: safe floss, brush, plaque rinse, orabase & dental paste, for lidocaine 2% — and Refuses to clean my teeth, remove calculus, see my & debridement. I'm at a loss because he is a dentist & can do these things, maybe have done, but he doesn't want to do them. This is all to my detriment as without these things it will NOT go well for me & my teeth, problems & to Need greatly suffer because of Dr Straw refusing to act, Even bleeding gums & seeking periodontal toothpaste (not sold on commissary) is refused by him or to be addressed! It's remarkable Warden Dorethy, et al.

I'm enclosing, for ease of reference, & in support of my letter to you the following & ask you to help please:

1) AN AARP article citing "signs of more serious gum disease" "get to a dentist" but despite a dentist he won't do anything & Ignores my/this problem.

2) see the/a preventive medicine 5-1-07 Trib article & it is revealing as to how without dental care rise Magnitude of s what results, previous actions by his inactions is really scary as he surely knows the impact to his NOT addressing or performing the dental needs I have.

3) I wrote grievances, eg: 2-8-17, 4/17-0927 & because Dr. Strow claimed it was a "duplicate" to a 9-24-2001 one, it & the 5-22-17 grievance were disallowed. No one checked into this, esp Brooks, now Gates I got my dental records after 5 mos. & it shows the 9-24-01 Dr. Show cited, to deny & NOT address my 2-18-17 grievance (and ultimately my 5-22-17 because it & his doing) was about SENSODYNE TOOTHPASTE !

3) I include a copy of my 9-22-17 grievance, for reference citing all this and outlining from my dental records & as to: bleeding gums, sensitive teeth, nightguard need for & given, (I went to a neurologist because of this) ruptious ulcers, dental facts, lidocaine, orabase, scalings, debridements, cleanings, calculus/plaque, need for soft toothbrush, abrasions & so much more.

All Im saying is truth & supported, Im NOT making it up & contrary to Dr. Show saying "multiple grievances" & complaints" to label me & as to letting dental care.

WITH enclosures
ANRP article
Trib article
9-22-17 griev.
9-8-17 NSC
& dental resp.
1-15-04
ulcers
temporalesis
18 pgs
(two sided)
dental records
1996-2014

4) Here is a copy of my dental records & I've highlighted all therein & to each page so you can see yourself Im telling the truth warden. How can Dr. Show ignore all this shown, documented & needed?

Warden Dorethy   I do not know what you know, are aware of or not nor N/W's, & Im writing you to apprise you. I know your very busy but I ask, please, if you can take the time to look this over & please intervene, I get the repeat chronic cold sores & cant get medicine, need things I cant buy on commissary as they're NOT sold need replacement of my mouthguard, and to truly & need since a dentist has written herself the dentist does do teeth cleanings! (He WONT do them) Im at a loss want to do & all else and again, I've tried by & from grievances to avail my efforts, to no avail, to get help needed. Please, you can see I am telling you the truth as I had & have all this. If he'd simply render as he can & able to & as a dentist, dental care. THANKYOU I make this plea to you & prayer, for you to intervene. Respectfully B77152

54

**DR. LAGO & ASSOCIATES**
3 S. Prospect
Park Ridge, Il 60068
847-823-3441

Recd
5/30/17

05/04/2017

Re: Ron Kliner #B74152
To Ron Kliner and Illinois Dept of Corrections

Having reviewed the grievance dated 2/28/2017 but not having viewed any records nor having seen the patient in person, I have formed an opinion.

My professional opinion is based on over 25 years in hospital and private practice; on the editorial board of 2 medical magazines and having been an expert witness in the past, just to name a few.

To begin with, current ADA standard of care recommends full mouth x-rays (ADA.org page 1 table 1) or bitewings with Pan-x, for a complete initial evaluation. This procedure has been the standard since the beginning of my career in 1984. In addition, if a patient comes to my office demonstrating/complaining of bleeding gums when brushing or flossing we perform a periodontal evaluation complete with periodontal probings. to evaluate any damage to the periodontal ligaments and or osteogenic bone loss. This is to be preformed together with a full mouth debridement. Further treatment is then based upon our findings to prevent more serious problems requiring possible surgery. Soft tooth brushes have always been a very strong recommendation, and the only ones dispensed in my office.

With regards to the chronic aphthous stomatitis, the repeated sloughing of necrotic tissue, is painful and can be debilitating in some cases. Over the counter topical agents, (ie Orabase) have proven very successful in treatment rather than systemic medications. "American family physicians (7/1/2000) 62 (1): 149-54." This topical agent combined with a topical anesthetic is non habit forming. "Journal of Family Practice (2011) 60 (10): 621-32."

Should you have any more questions please E-mail me @ drjlago@gmail.com.

Sincerely,

Dr. J. Lago

**RECEIVED**

JUN 29 2017
ADMINISTRATIVE
REVIEW BOARD

| | | Number | 04.03.102 |
|---|---|---|---|
| **Illinois** | | Page | 1 of 6 |
| Department of **Corrections** | *ADMINISTRATIVE DIRECTIVE* | Effective | 9/1/2002 Amended 11/1/2011 Amended 1/1/2012 |

| Section | 04 | **Programs and Services** |
|---|---|---|
| Subsection | 03 | **Medical and Health Care** |
| Subject | 102 | **Dental Care for Offenders** |

## I. POLICY

### A. Authority

730 ILCS 5/3-2-2, 5/3-7-2, 5/3-8-2, and 5/3-10-2

Department Rule 415

### B. Policy Statement

The Department shall have each offender examined by a dentist upon admission to a reception and classification center or a facility designated by the Director to accept offenders with disabilities for a reception and classification center and shall provide each offender with clinically indicated treatment throughout the term of his or her incarceration.

## II. PROCEDURE

### A. Purpose

The purpose of this directive is to establish a uniform written procedure for the provision of dental services to offenders.

### B. Applicability

This directive is applicable to all adult facilities, excluding Transitional Security facilities, and juvenile Level One through Level Four correctional facilities within the Department.

### C. Internal Audits

An internal audit of this directive shall be conducted at least semi-annually.

### D. Designees

Individuals specified in this directive may delegate stated responsibilities to another person or persons unless otherwise directed.

### E. General Provisions

All dental documentation shall be filed in the dental section of the offender's Medical Record.

| *ADMINISTRATIVE* *DIRECTIVE* | Effective | 9/1/2002 | Page | | Number | |
|---|---|---|---|---|---|---|
| | Amended | 11/1/2011 & 1/1/2012 | | 2 of 6 | | 04.03.102 |

## F.   Requirements

The Chief Administrative Officer shall ensure that dental examinations of offenders are conducted in accordance with the provisions of this directive.

### 1.   Direction

The dental services program shall be directed by an Illinois licensed dentist whose responsibilities are detailed in a written agreement, contract, or job description.

### 2.   Initial Examination

Within ten working days after admission to a reception and classification center or to a facility designated by the Director to accept offenders with disabilities for a reception and classification center, each offender shall receive a complete dental examination by a dentist. The examination shall include the following and be documented on the offender's Dental Record, DC 7126:

a.   Charting of the oral cavity and categorization of status or treatment needs in accordance with the American Public Health Association's priorities delineated in Attachment A.

b.   For the adult facilities only, a full-mouth dental panorex x-ray that shall remain in the medical record. The panorex x-ray shall be reviewed by the dentist at the reception and classification center or, if time does not permit, at the final destination.

### 3.   Routine Examinations

a.   Dentists shall conduct routine dental examinations every two years, regardless of age. The examinations shall be documented on the DC 7126.

b.   Routine examinations shall be scheduled for completion by the end of the offender's birth month which is **at least** two years from the last dental examination conducted by the Department. First time implementation of this scheduling procedure may result in exceeding the required frequency by less than a year.

**EXAMPLE**: Offender Jones was born in June and his last dental examination was conducted in August 2001. His next dental exam must be completed by June 2004. The examination is **not** due in June 2003 because less than two years would have elapsed since the last dental examination.

c.   When an examination is conducted in conjunction with ongoing, dental therapy at some point prior to the biennial examination deadline, the biennial examination shall be identified and documented.

| *ADMINISTRATIVE DIRECTIVE* | Effective | 9/1/2002 | Page | | Number | |
|---|---|---|---|---|---|---|
| | Amended | 11/1/2011 & 1/1/2012 | | 3 of 6 | | 04.03.102 |

4.  **Offender Refusals**

    An offender's refusal of any examination or any component of the examination shall be documented and included in the Dental Record.

    a.  An offender's refusal to be examined shall be documented on the Medical Services Refusal, DOC 0083, or on a copy of an approved call pass and placed in the medical record. If the offender refuses to sign the documentation, a witness shall sign and date the documentation indicating the offender refuses to be examined and to sign the refusal form.

    b.  If during an examination the offender refuses any component of the examination, the person conducting the examination shall document any such refusals in the Service Rendered area of the DC 7126.

5.  **Dental Requests**

    a.  Where an offender requests a specific routine or non-emergency service, the offender may be scheduled for an appointment without a dental examination. The service shall be scheduled, but need not be performed, within 14 days of such request.

    b.  An offender requesting other dental care shall be examined by dental personnel within 14 days of such request, unless the offender is already scheduled for treatment or service regarding the same complaint or service.

6.  **Dental Prosthetics**

    a.  Removable dental prosthetics shall be provided on a case by case basis as determined clinically necessary by the dentist.

        (1) If an anterior tooth is extracted during incarceration or prosthetics that were made before incarceration become nonfunctional, appropriate dental prosthetic devices shall be provided.

        (2) If a posterior tooth is extracted during incarceration, a prosthetic device may be fabricated but is not mandated unless three or more of the missing teeth are required for mastication.

    b.  Offenders who have lost or broken a dental prosthetic through negligence shall be required to pay the dental laboratory fee for replacement. The offender shall be required to sign a Request for Payment, DC 828, authorizing the deduction of the payment from present or future funds in his or her trust fund account. The time frame for replacement shall be according to priority and availability as determined by the dentist.

Case: 1:10-cv-04603 Document #: 589 Filed: 11/13/17 Page 14 of 54 PageID #:9788

7.  **Dental Emergencies**

   Any offender in a correctional facility experiencing a dental emergency as defined by the staff dentist shall receive a dental examination no later than the next working day after the emergency occurs.

8.  **Specialized Dental Services**

   a.  Consultation and referral capability to recognized specialties of dentistry such as oral surgery shall be available and utilized as clinically indicated and subject to utilization review.

   b.  Services or procedures such as endodontics, periodontics, or the continuation of orthodontic care initiated prior to incarceration may be available as determined clinically necessary by the facility dentist or Dental Director, if applicable. Factors to be considered in making the determination to approve such procedures or services shall include, but not be limited to, the priority of dental need and the availability of staff, time, and equipment. Any dispute regarding the level of service shall be resolved between the facility dentist and the Agency Medical Director.

9.  **On-Site Dental Services**

   Where dental services are provided on site, dental hours available to the offender population shall be provided in the following approximate minimum weekly ratios.

   a.  Adult Closed Maximum and Maximum Security facilities and juvenile Level One facilities – 1 hour on-site dental coverage for each 40 offenders.

   b.  Adult Medium Security facilities and juvenile Level Two and Three facilities – 1 hour on-site dental coverage for each 50 offenders.

   c.  Adult Minimum Security facilities and juvenile Level Four facilities – 1 hour on site dental coverage for each 60 offenders.

10.  **Completion of Necessary Dental Treatment**

   All major dental treatment that in the evaluation of the dentist has the potential to require acute priority dental intervention shall be completed prior to transfer to an adult Transitional Security facility or juvenile Level Five facility, unless treatment is waived in writing by the offender for the following conditions.

   a.  Missing upper or lower anterior teeth.

   b.  Non-painful cavities, localized gingival involvement, or Class II, III, or IV fractured anterior teeth (see attachment A).

   c.  All conditions in Categories IV, V, and VI (see attachment A).

| ADMINISTRATIVE DIRECTIVE | Effective | 9/1/2002 | Page | | Number | |
|---|---|---|---|---|---|---|
| | Amended | 11/1/2011 & 1/1/2012 | | 5 of 6 | | 04.03.102 |

11. **Dental Diets**

Upon a direct order from the dentist, the facility shall offer special or mechanically soft diets to offenders undergoing prolonged dental procedures. The dentist shall review and re-order these diets at least every 14 days.

12. **Co-Payment for Non-emergency Dental Services in Adult Facilities**

a. Offenders in adult facilities who request non-emergency treatment shall pay the Department a $5.00 co-pay per visit. Non-emergency services are services requested by the offender and determined non-emergent by a Department dentist.

b. At the time of the non-emergency evaluation, the offender shall be required to sign a Request for Payment, DC 828, authorizing the deduction of the co-pay from present or future funds in his or her trust fund account. Justification for co-pay shall be documented on the dental record.

c. When the evaluation is conducted, the Health Care Unit shall submit the DC 828 to the business office for processing in accordance with Administrative Directive 02.42.105.

**Authorized by:**

**Donald N. Snyder Jr.**
**Director**

Supersedes:
04.03.102A-J                AD                1/1/1995
And as amended 3/1/1995 and 5/1/1997

**Illinois** Department of **Corrections**

| *ADMINISTRATIVE* *DIRECTIVE* | Effective | 9/1/2002 | Page | | Number | 04.03.102 |
|---|---|---|---|---|---|---|
| | Amended | 11/1/2011 & 1/1/2012 | | 6 of 6 | | |

## ATTACHMENT A
### American Public Health Association
### Based Categorization of Dental Patients (APHA)

Dentist and dental hygienists shall use the following APHA based categorization of dental patients as a guide to providing dental care and for the establishment of priorities to identify and treat oral conditions.

1. **Category I - Emergency Treatment**

   a. Bleeding and pain.

   b. Acute periapical abscess.

   c. Acute periodontitis.

   d. Vincents infection.

   e. Acute gingivitis.

   f. Acute stomatitis.

   g. Fracture of teeth (also see 3.c.).

   h. Fracture of jaw or jaws.

   i. Gaping wounds of lips and cheeks.

2. **Category II**

   a. An oral condition, if left untreated, that would cause bleeding or pain in the immediate future.

   b. An oral infection of an oral condition which, if left untreated, would become acutely infected.

   c. An oral condition such as edentulousness or missing upper or lower anterior teeth which presents a physical problem with mastication or a psychosocial problem with the offender's sense of well being, confidence, and adjustment.

   d. An undiagnosed or suspected oral condition such as ulcerative lesion or growth of tissue.

3. **Category III**

   a. The presence of medium to large non-painful carious lesions.

   b. A localized gingival involvement.

   c. Class II, Class III, or Class IV fracture anterior tooth or teeth.

   d. The presence of temporary, sedative, or intermediate restorations which have deteriorated extensively.

   e. Broken or ill fitting prosthetic appliance.

4. **Category IV**

   a. Small carious lesions which radiographically present no imminent danger to the pulp.

   b. The need for dental restorative procedures with significant laboratory costs involved, such as cast partial dentures.

   c. Severe non-functional bite and malocclusion which involves psychosocial factors in the offender's appearance and his or her potential for adjustment (not involving orthodontic treatment).

5. **Category V**

   a. Radiographical absence of carious lesions

   b. Lack of clinically visible gingival irritation.

6. **Category VI**

   No symptoms or apparent need for dental treatment related to the type of assessment or inspection performed



**Illinois**
Department of
**Corrections**

George H. Ryan
Governor

Donald N. Snyder Jr.
Director

Pontiac Correctional Center / 700 West Lincoln Street, P.O. Box 99 / Pontiac , IL 61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

MEMORANDUM

DATE:       September 24, 2001

TO:         Grievance Office

FROM:       J.W. Mitchell, Dental Director

SUBJECT:    KLINER, B77152

Sensodyne toothpaste has never been an item issued by the Dental Clinic. Previously residents were allowed to purchase Sensodyne toothpaste from the commissary. Currently residents complaining of toothbrush abrasion are treated using a topical desensitizer available in the dental clinic and are not charged a co-pay. Whether or not Sensodyne toothpaste is placed in clear tubes and sold on the commissary is a security issue and should be addressed through security.

cc:    Dr. Mitchell, Dental Director
       Grievance File

Illinois Department of Corrections

## COMMITED PERSON'S GRIEVANCE REPORT

| | Committed Person: (Please Print) R. KlineR | ID#: B77152 |
|---|---|---|

8-30-01

| Present Facility: PCC | Facility where grievance occurred NCU |
|---|---|

NATURE OF GRIEVANCE:

| ☐ Personal Property | ☐ Mail Handling | Transfer Denial: | ☐ Disability |
|---|---|---|---|
| ☐ Staff Conduct | ☐ Dietary | ☐ By Transfer Coordinator | ☐ Other |
| ☐ Restoration of Goodtime | ☑ Medical Treatment | ☐ By Institution | |
| ☐ Disciplinary Report-Date | | Where Issued: | |

PAGE 1 – Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 – Grievance Officer completes, forwards to CAO: Cao responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.

Brief Summary of Grievance:

I have been going to the dentist foR tooth Abrasion causing receding gumline + As such need sensodyne toothpaste of which the dentist would give to me but According to him they cannot get it to give because it does not come in A "clear" tube.

The dentist said that is the reason he does not have it to give anymore.

This makes no sense whatsoever As the sensodyne is needed for A legitimate dental need + if being in a clear tube is so important then it can be saveezed into A clear container.

Relief Requested:

That dentist be Allowed to get sensodyne so it can be given to me, be it put into a clear container but given to me nonetheless.

(Attach additional pages if necessary)

| COUNSELOR'S RESPONSE |
|---|

Date Received: 9/10/01

Response: Copy sent to HealthCare for review. Forward to grievance office.

Bruce Rauner
Governor



John Baldwin
Acting Director

MAR **1 3** 2017

## The Illinois Department of Corrections

Il Corrections Center
4001 East 18 33 P.O. Box 1387 • Galesburg IL AT4 ** - 119 9448429  T  E  F  W  - 11

DATE     3/10/17

TO:     Jd c ud     Dental

FROM     Gary Beams

C  A  Dental Services

INEST       Inst Inquiry Board  19

INMATE     Kliner, Ron                                      B77152

Grievance     Dental     Treatment

<u>The attached Grievance is being forwarded to you for review and response.</u>  and  t  detta

Grievance within the required time frame, your response is needed within five (5) working days of your

receipt of this form.  Please review allegations and respond below.  Return the completed form and all

attachments to the Grievance Officer / Institutional Inquiry Board.

The duplicate grievance and dental record of Mr. Ronald Kliner, B77152, was
reviewed on 3/13/2017 by this writer. The issue has been addressed in a pre-
vious grievance Mr. Kliner has filed. Mr. Kliner is a multiple complainer and
repetitious griever. See grievance response on 9/24/2001. The items available
to inmates in the facility commissary is an administration and security issue.
Non-formulary prescriptions will **not** be authorized. Proper policy and procedures
are being followed in this matter.

Dr. Wallace Strow

Dental Director

Response Submitted By: _____ W. Strow, DDS _____ Date: 3/13/2017

Mission: To serve justice in Illinois and increase public safety by promoting positive change in
offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

ILLINOIS DEPARTMENT OF CORRECTIONS

| Date: 2/28/17 | Offender: (Please Print) RON KLINER | ID#: B77152 |
|---|---|---|
| Present Facility: Hill | Facility where grievance issue occurred: Hill | MAR 1-3 2017 |

**NATURE OF GRIEVANCE:** 3/7/17

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility

- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator

- ☐ Restoration of Good Time
- ☐ Medical Treatment

- ☐ ADA Disability Accommodation
- ☐ HIPAA  dental treatment lack thereof &
- ☒ Other (specify): inadequate

☐ Disciplinary Report: _____
    Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I put in a sickcall request on 2-23-17 to see the dentist for the following: 1) I have chronic "aphthous stomatitis" (THIS is documented in my medical bfiles & records WITH even the medical Directors involvement Dr. aalisi @ STA whereas Im prescribed mtc 500 mg, and via the Dentist's DR. Mitchell, DR. Garg prescribe as dentist's orabase, dental paste + even lidocaine) this breakout was in my upper left gums + very painful) 2) gingivitis (upper left gums and bleeds when brushing teeth) 3) periodontitis from untreated gingivitis 4) chronic plaque "calculus" buildup lower front teeth (nothing sold on commissary to get it out + attempt to prevent it, I brush 3x daily + use the commissary sold dental loops, the toothpaste sold does not prevent gum disease that I have to use by buying it + no "state" toothpaste is passed out on a weekly basis nor state soap or toothbrushes as is atypical at other IDOC facilities (eg. STA, Menard) the dental loops break & are inadequate.) 5) no "soft" toothbrush is offered, given, or sold either.
I got a pass to the Hill Hosp. for 930 am on 2-27-17 & went, the dental office is a dental "nurse" & the dentist & there is no dental hygienist to clean teeth. The nurse had my pass & I never got to sit in the dental chair, or be examined by the dentist who was nearby listening to the conversation that ensued. The nurse said there was "nothing they could do as to my chronic "aphthous stomatitis" that at Hill, here, "we don't do that" as to my reaves for orabase, dental paste, + cannot give you that" I / over showed her my expired 2012 ora base tube & explained this had been prescribed (CONT

**Relief Requested:** That what is cited herein please be addressed & for prevention of further dental problems; what is needed be prescribed (as well as what can be sold on commissary) + for chronic aphthous stomatitis, chronic calculus buildup, gingivitis, periodontitis, bleeding gums, no soft toothbrush, dental picks, plaque rinse, dental floss, orabase, dental paste, be prescribed and available for sale on commissary; that my dental issues be properly addressed, + teeth cleaning be done. /
☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    B77152    2, 28, 17
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

| | **Counselor's Response** (if applicable) | |
|---|---|---|
| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

_____

| _____ | _____ | ___/___/___ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

| | **EMERGENCY REVIEW** | |
|---|---|---|
| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

| _____ | | ___/___/___ |
|---|---|---|
| Chief Administrative Officer's Signature | | Date |

pg.2  2-28-17 Grievance, Kilmer B77152 I-A-55 Hill

when I was at STA & by dental & how is it possible that with this shown & in by medical records the dentist here couldn't give me what I needed? Her reply was, "we don't do that here" I explained nothing is sold on commissary to address these needs & even if it was the Wexford contract obligates doctors to prescribe things needed regardless. The dentist said we don't do that here & I appealed to common sense as to what could I do if you want give me & prescribe whats needed? I cited No dental floss is sold, placave rinse, dental picks as is sold & available at Dixon CC IDOC (& served by same "Wexford" as is at Hill & throughout All IDOC facilities) the dentist said "maybe you should transfer there" & Nurse said how long have you been here", I asked (4 months) why can't dental floss, placave rinse, dental picks, toothpaste that supports stopping gum disease be sold & why can't you ask, as dental, that commissary sell these items? The Nurse said, "we tried but they don't listen to us" & I cited I'd wrote a M.S. Millard in Commissary appx 2-4-17 (never heard back nor for size 6½ boots to be ordered & sold to me as my size not available) & sought these items. (& others) be sold to no avail, I asked the Nurse & dentist why can't you at least use your utensil to pick out the "calculus deposits" "we can't do that/don't do that here" the atypical seemingly boilerplate reply. How can bleeding gums be ignored? No exam either! As to the need (due to my obvious ailments & conditions) of a soft toothbrush the nurse said, "we can't give you one", It is apparent the mentality, for unknown reasons, is to do nothing, give nothing and attribute it to "we don't do that here" -- what is truly the difference of what care, services, what is & can & should be prescribed by dental because its here, as said, when its wexford nonetheless the same wexford as throughout Illinois IDOC, & when supported by your dental & medical records? There are, as I, those with long sentences (despite my being innocent) and need of dental care, etc. No examination was done for had it there'd of been no "plausible deniability" because without the cursory exam necessary & if done it would be incumbent on the dentist to do something, prescribe whats needed & address my needs & concerns but regardless my medical records & whats been done do so & cannot be ignored. The nurse had in her hands my request listing my needs & what was wrong & the dentist looked at it yet did nothing echoing what the nurse was saying & citing transfer to Dixon', etc, As to getting my teeth cleaned -- Nurse cited not doing it here & we have no dental hygienist. Why not? Per Nurse, "by a mandate from 1997". All cited herein is truthful & accurate as best as I can recollect & under penalties of perjury. I'm also attaching a copy of the "request form" & "pass" itself, FYI. As to all else cited same can be confirmed in my medical records you have access to & via HCUA Lindorff.

Also, in discussing the cited items needed & not sold nor offered, & the Nurse saying what she did, I cited, if "security concerns" (ie: dental floss" cutting thru bars, etc. fallacy & No bars here!) they sell "shaving Bic Razors" on commissary! Surely the dental items could be sold -- & or dentist prescribe whats needed!

B77152

ILLINOIS DEPARTMENT OF CORRECTIONS

## SICK CALL REQUEST     Via Mell box
Hill Correctional Center          @ 1-A

NAME: RON Kliner     #: B77152     DATE: 2-23-17

CELL HOUSE LOCATION: 1-A-55

I wish to be seen on sick call for the following problem:

_____    1. **Nurse sick call for the following health care:**

_____

_____

X    2. **Dental Problems**    Can I please see you for:
Toothache lost filling, dentures, cavity.
1) I have acute chronic aphtous stomatitis + upper left gums + painful

_____    3. **Renew Medication**

2) gingivitis upper left gums + bleeds when brushing teeth
3) periodontitis from untreated gingivitis

_____    4. **Eye Doctor**

_____    5. **Copies of Medical Records**    4) chronic placave / calculus
**List:**    buildup inner front teeth
nothing sold on commissary to get it out + prevent it, I brush 3x daily + use dental loops.

_____    6. **Mental Health Services**    5) I need a "soft" tooth brush (not sold commissary)

_____    7. **Other:**

_____

_____

_____

### DO NOT WRITE BELOW THIS LINE

Date Received: _____     Nurse Initials _____

See progress notes for NSC
Date _____     Request slip sent to _____ Department

HIL 0047
Revised 09/2008

**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: March 22, 2017    Date of Review: March 24, 2017    Grievance # (optional): 17-0927

Offender: Kliner, Ron    ID#: B77152

Nature of Grievance: Medical: dental

**Facts Reviewed:** The grievance is dated 2/28/17. Inmate Kliner states that he signed up to see the dentist on 2/23/17 for chronic conditions that are documented in his records. He states that Hill C.C.'s Commissary doesn't sell soft toothbrushes, or toothpaste that prevents gum disease. He states that he went to the HCU on 2/27, and observed that there is no dental hygienist on staff. He states that he never sat in the dental chair and wasn't seen by the dentist, who merely listened to his conversation with the dental nurse. He states that he was told that nothing could be done for his "apthous stomatitis" and that Hill C.C. wouldn't honor his request for Orabase dental paste, even though he showed proof that it was prescribed at Stateville C.C. He states that he was told "we don't do that here". He states that he pointed out that no "placave rinse", dental floss or floss picks are sold in the Commissary here, but are provided at Dixon C.C., to which the dentist replied, "maybe you should transfer there". He states that the nurse told him that they tried to ensure that these things are sold in the Commissary but "they don't listen to us". He states that he wrote to CSS Millard on 2/4/17 (no reply given) about these items, to no avail. He states that he asked dental staff if they could at least use their instruments to pick out his "calculus deposits" but they said they couldn't. He states that he received no examination. The grievant states that his records will verify his statements and that this reviewing officer can access those records through HCUA Lindorff. He attached copies of his call pass, request to be seen, and two pages from aun unidentified book explaining periodontal disease. As relief, he requests that these issues be addressed and that his teeth be cleaned.

Counselor Beams responded on 3/17/17, stating that, according to the dentist (Dr. Strow), the grievance is a duplicate of a prior grievance, and that administrators decide what is and isn't sold in the Commissary. He stated that non-formulary prescriptions are not authorized, and that proper policy and procedure were followed in this matter.

The grievant attached a response to the counselor's response, stating that the grievance is not a duplicate, and that his Orabase expired in 2012. He voiced the same complaints about HCU staff and his medical condition, but, again, attached no documentation, such as copies of his medical records, in support of his allegations. The grievant is reminded that the grievance form itself states that offenders are to "Attach a copy of any pertinent document". The grievant instead chose to remind staff that they can obtain access through other means, which is common knowledge.

According to A.D. 04.03.102, an offender can request specific routine or non-emergency services, such as teeth cleaning. Such services may be scheduled, but are not required to be performed.

The Hill C.C. Commissary sells dental floss loops, mouthwash, two kinds of toothbrushes and found kinds of toothpaste.

**Recommendation:** Based on Dr. Strow's review of all available information, it is the recommendation of this reviewing officer that the grievance be DENIED. The grievant attached no documentary or other evidence in support of his contentions. If the grievant chooses to forward this grievance to the ARB for further consideration, he is advised to attach any such documents to the grievance.

Steve Gans, C.C.2.
Print Grievance Officer's Name    Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 3/24/17    [X] I concur    [ ] I do not concur    [ ] Remand

Comments:

APR 21 2017

Chief Administrative Officer's Signature    3/24/17
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature    ID#    Date

*Recd 7/14/17 Hill CC from Records (copies)*

VIA 1A
Med BX

ILLINOIS DEPARTMENT OF CORRECTIONS *attn:*
**SICK CALL REQUEST** DDS DR. STROW
Hill Correctional Center
Nurse 6/11am

NAME: Kliner, K # B77152 DATE: 5/15/17

CELL HOUSE LOCATION: 1 A 55

I wish to be seen on sick call for the following problem:

_____ 1. **Nurse sick call** for the following health care:

_____

_____

2. **Dental Problems** I wrote you 2-23-17 + saw
Toothache lost filling, dentures, cavity. you 2-27-17 though you did
nothing, AND my dental records + medical show I Have

3. **Renew Medication** CHRONIC APHTOUS Stomatis +
I'm going turough another bout of this +
upper lip (left) + yet nothing sold

4. **Eye Doctor** iN commissary for this, relief + it Hurts eating
I've been prescribed lidocaine in the past

5. **Copies of Medical Records** @ STA + Pontiac + it coats
**List:** THE Sores + Alleviates pain, ALSO pre-
scribed "Aclovir" (sic). THE "orabase" I Have
is turning to yellow (prescribed @ STA) + expired

6. **Mental Health Services** (as I told you) 12/2012 +
I Need a New tube or something from you to

7. **Other:** deal with this reccurring problem
THAT WON'T go away, The triamcinlone dental
PASTE I Have EXPIred 6/2015 (prescribed @ STA)
+WHY CANT you Help me + issue prescriptions
(NON formulary OR NOT) especially with nothing sold
ON COMMissary. I Have No one else to turn to:
please HELP me!

**DO NOT WRITE BELOW THIS LINE**

Date Received: _____    Nurse Initials _____

See progress notes for NSC
Date _____    Request slip sent to _____ Department

HIL 0047
Revised 09/2008

2/2

via 1A
med BX

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**SICK CALL REQUEST**
Hill Correctional Center

AHN?
DDS Dr. Strow
Nurse Gillam

NAME: Kliner, R.     #: B77152     DATE: 5/15/17

CELL HOUSE LOCATION: 1A55

I wish to be seen on sick call for the following problem:

_____ 1. **Nurse sick call** for the following health care:

_____ 2. **Dental Problems** Toothache lost filling, dentures, cavity. From my 2-23-17 to you; the gingivitis upper left gums + bleeding + when brushing still happens + Nothing sold on commissary

_____ 3. **Renew Medication** like "Perodontax" can you prescribe it please? And perlodentitis

_____ 4. **Eye Doctor** being left untreated + why? Also, I cant be expected to remove the

_____ 5. **Copies of Medical Records** chronic placque List: buildup + "calculus" (cited in my dental records) in back of my front teeth + in front of my teeth

_____ 6. **Mental Health Services** for Nothing is sold in commissary to do this + can you

_____ 7. **Other:** prescribe accordingly please? Dental "Loops" are inadequate + do not work Nor toothpastes sold. None are for placque/ And NO Soft toothbrushes, dental picks/piles or placque rinse. Please exercise your dental authority to write a Nonformulary prescription + help me.

**DO NOT WRITE BELOW THIS LINE**

Date Received: _____     Nurse Initials _____

See progress notes for NSC
Date _____     Request slip sent to _____ Department

HIL 0047
Revised 09/2008

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Via I-A Grievance Box                     I-A-55

| Date: 5-22-17 | Offender: (Please Print) RON Kliner | ID#: B77/52 |

Present Facility: Hill    Facility where grievance issue occurred: Hill

**NATURE OF GRIEVANCE:** 5/23/17

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ ADA Disability Accommodation
☐ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☐ HIPAA  DENTAL
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator   ☒ Other (specify): DENTAL

☐ Disciplinary Report: ___/___/___
Date of Report            Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I wrote A 2 pg sickcall request dated 5-15-17 to the dentist; (Rec'd stamped 5-16-17, + 5-17-17 by "Dental Dept" + with no "Nurse initials" (likely Robin G. dental)), I cited my previous s/c Req of 2-23-17 where I was called to dental + Never even examined. (2-27-17). In my 5-15-17 I complained of the chronic Aphtous Stommitis (canker sores) + going thru another Bout, Upper lip left + Also thereafter left side of my tongue + How nothing sold on commissary for this + I sought Help by dentist as it Hurts when eating + How I'd been prescribed by dentists lidocaine McLovir, orabase + dental paste to deal with it, the pain + while eating. I cited How the orabase I had from STA expired 2012 + triamcinalone 6/2015. Not only was I Not called by PDS Strow--Nor to address complained of bleeding gums/upper left side, chronic placave, gingivitis or periodontal disease in my s/c request-- Nurse Robin G. (her handwriting) cited as to my reaves, Non formulary prescriptions needed + to exercise your authority as dentist to do them, "Non Formulary prescription will Not Be authorized" + "return to sender" this is ludicrous as is Dr. Strows Notations in my dental Records citing "multiple complainer" "multiple griever" "dupl. grievance" (I wrote 1 grievance dated 2-28-17 ONLY) As to cleaning teeth + placave removal Dr. Strow refuses + Robin G. citing "Not mandated" "Transfer to another facility" "Not Available" this is illegal!

**Relief Requested:** Clearly Dr. Strow does Not want to be a dentist Nor do what He can to Alleviate pain + address my problems + concerns, Nor even clean teeth -- can I be sent to Cottage Hospital, to see a dentist who will please + get the Help I Need, and address my problems, prescribe what's Required irrespective of Non-formulary Nor if or Not sold on commissary. If Dr. Strow wont Do His Job -- what can I Do to get Help? + Please describe Robin G. full Name + title + Dr. Strow's please. Thank you.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

B77/52              S. 22, 17

Offender's Signature         ID#         Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Bruce Rauner
Governor



John Baldwin
Acting Director

MAY 25 2017

## The Illinois Department of Corrections

Hill Correctional Center
600 Linwood Road, P.O. Box 1327 • Galesburg, IL 61401 • (309) 343-4212 TDD: (800) 526-0844

GRIEVANCE MEMORANDUM
DATE: 5/23/17

TO: HCU A        DENTAL

FROM: Gary Beams

Clinical Services

SUBJECT: GRIEVANCE REFERRAL

Inmate: Klinger, Ron          IDOC #: B77152

Grievance Issue: Dental issue

**The attached Grievance is being forwarded to you for review and response.** In order to finalize this Grievance within the required time frame, **your response is needed within five (5) working days** of your receipt of this form. Please review allegations and respond below. Return the completed form and all attachments to the Grievance Officer / Institutional Inquiry Board.

The duplicate grievance and dental record of Mr. Ronald Kliner, B77152, was reviewed on 5/25/2017 by this writer. The issue has been addressed in a previous grievance Mr. Kliner has filed. See grievance response on 3/13/2017 and 9/24/2001. Proper policy and procedures are being followed in this matter.

Dr. Wallace Strow
Dental Director

Response Submitted By: _____Dr. Strow_____          Date: 5/25/2017

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: Kliner_____ Ron_____ ____ B77152
             Last Name        First Name      MI    IDa

Facility: Hill_____

☒ Grievance: Facility Grievance # (if applicable) Not provided___ Dated: 5/22/2017___ or ☐ Correspondence: Dated: _____

Received: 6/29/2017___ Regarding: Medical – Dental care
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
          Office of Inmate Issues
          1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☒ This office previously addressed this issue on 6/5/2017___
                           Date

☒ No justification provided for additional consideration.

Other (specify): These issues were addressed in grievance #17-0927.
_____

Completed by: Ann Lahr_____                  7/18/2017
          Print Name                        Signature         Date

Distribution: Offender
         Inmate Issues                                    DOC 0070 (Rev.5/2017)

ILLINOIS DEPARTMENT OF CORRECTIONS

**SICK CALL REQUEST**
Hill Correctional Center

VIA MED I-A BOX

SEP 1 1 2017

NAME: Kliner, R.    #: B77152    DATE: 9-8-17

CELL HOUSE LOCATION: 1-A-55

DR. WALLACE STROW DDS

I wish to be seen on sick call for the following problem:

_____  1. **Nurse sick call** for the following health care:

_____

_____

SEP 10 2017

X  2. **Dental Problems**
Toothache lost filling, dentures, cavity.
orange crush shakedown on TH. 9-7-17

_____  3. **Renew Medication** resulted in my "mouthguard"
being taken + this was made

_____  4. **Eye Doctor** for me for "grinding teeth"
+ resulting "temporalesis,"

_____  5. **Copies of Medical Records**
List: you need to get another one
made please. Call me
They also took my dental

_____  6. **Mental Health Services** Loops for flossing.

_____  7. **Other:** you won't address calculus + plague
that are chronic + in my dental records
+ is building up, nor remove it. And,
I still have peridontal + gingivitis
and canker sores you refuse to help me +
its been 1 year from my last teeth
cleaning @ STATEVille.  Its all in my medical
**DO NOT WRITE BELOW THIS LINE** dental records.

Date Received: _____    Nurse Initials _____

See progress notes for NSC
Date _____    Request slip sent to _____ Department

HIL 0047
Revised 09/2008

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Via I-A Griev. Box
Counselor(s) offer many Beams + Gems due to conflicts as/30 subject of grievance
1455°

| Date: 9/22/17 | Offender: (Please Print) RON KLINER | @ pg 3/3 | ID#: B77152 |

| Present Facility: Hill | Facility where grievance issue occurred: Hill |

**NATURE OF GRIEVANCE:** 1/25/17 pg 1/3

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation DENIAL BY DDS
- [ ] HIPAA W/JAMIE FRANCIS
- [X] Other (specify): SIROW TO REPLACE MY NIGHT MOUTH GUARD AND OTHER dental problems ignored by Him.

- [ ] Disciplinary Report: ___/___/___ Date of Report      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I HAVE HPD, provided to me by "dentist" within IDOC, a NIGHT MOUTH guard for grinding of teeth, after seeing my (then) DR ARTHUR FUNK (@ Pec + dearirow) + being sent to a neurologist + having temporalesis, with impressions taken 6-27-98 to which from then + as recently of 2010 @ STA with adjustments made to it after dental procedures + in 2013 also, on 9-1-17 in an org orange crush facical unit shakedown + upon determining my mouth guard was missing (taken (GOD KNOWS WHAT) I wrote (copy attached) + as to SICK Call REQUEST/ seeking to have it replaced + as to other dental problems TO WHICH I GOT the following Response: "Unfortunately "mouthguards" is NOT a service provided at Hill cc. Replacement Floss loops can be purchased in commissary. Remember to Brush + Floss daily. Have a nice day". Robin A (CDA)". LEFT unaddressed was my calculus + plaque + building up needing to be Removed the periodontal, gingivitis, canker sores, you refuse to help me + its been 1yr from last teeth cleaning. It's all in my medical records. I am so suffering needlessly due to a unwillingness of WALLACE SIROW as a dentist to do what a dentist

**Relief Requested:** THAT I BE fitted, sized, for a replacement mouthguard (IN light of all HEREIN + medical records supporting same + as, if, DDS SIROW will NOT provide this "service" I be sent out to an outside dentist who can AND that I be rendered needed dental care AS sought Herein + Needed suggested by my dental records to which Dr. SIROW refuses + Also "Re-reviews" for grievances of 2-28-17 + 5-22-17 because SIROW's Falsely declaring the 2-28-17 to be a "duplicate" was wrong + done to deny me dental care + He violated due process by doing so + He be reprimanded as such

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
my grievance of 2-25 is NOT A duplicate but from a 9-24-17 "responses" for my other sensitivity AND that CSLS Beams + Gems NOT be reviewing this grievance because they allowed + rubberstamped the false duplicate B77152 7-22-17 claim by Dr Sirow thereby violating my due process also to G.O. via I-A Box Rec'd 10/2/17 10-5-17

Offender's Signature      Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: 09/26/2017

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: See attached grievance response from Dr. Sirow, and include it with any further submission of this grievance.

John Frost
Print Counselor's Name      Counselor's Signature      09/29/2017 Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes, expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature      ___/___/___ Date

6nevc dated 9/22/17   ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)  Kliner B77152

Not only can do but should yet he Refuses to do so as also
the "dental Asst" Robin G, & citing various excuses such as "Not
mandated," "we dont do that Here" "Transfer" "Not service provided @ Hill"
+ one must wonder why Not + how can this be allowed to
continue with irreversible Harm to me + others to not get the dental
care needed, required + sought. Clearly I Need a Nightguard + other
dental care sought. Nurse Practitioner Vollmer Herself, on 9-12-17
examined my mouth + saw first hand my breakout of ulcers,
sores, cankers "aphthous stomatitis" + I apprised her of Dr. Strow + his
Not willing to Help me as to this, calculus, periodontal, gingivitis,
plaque buildup, bleeding gums to No avail but willing to give lidocaine,
orabase, dental paste as has been done + that my mouth guard is
gone + Needs replacement. Dr. Wallace Francis, Strow, JR. Has
been a dentist + licensed to practice since 10/4/1985 + License #
# 019019873 + clearly has a wealth of years of dental experience
+ to easily do + perform whats Needed to be done + get addressed
yet He Refuses to do so + get excuses given to Not do so.
My issues are valid + please see the recently obtained dental
records, on 9-13-17 (after seeking them since April 2017) + I'm
pointing out herein, from them, supporting this grievance:
These are issues, problems, dental, addressed by dentists in IDOC + supporting
further my needs for same dental care Strow refuses> copies of all attached:
6-28-96 sensitive, bleeds, 9-4-96 polished, 10-31-96 history viral outbreaks
pathology "Nightguard", 1-22-97 Benscene ointment, Aphthous Ulcers, 1-24-97
sent 2 pkts benzocaine topical for aphthous ulcers, 1-21-97 Ulcers per Nurse,
1-31-97 mouth ulcers "order for 2% viscous lidocaine", 4-15-98 Advised to use
soft brush + sensitive toothpaste, 5-29-98 scaled + polished, 6-24-98, 6-30-98,
7-26-98 @ Nightguard impressions, wax bite, delivery, 9-11-98 FU PT doing
Well, much better tension in muscles right side face subsided, 2-24-99
polish, soak, 5-8-97 Aphthous ulcer upper left, 4-24-97 2% Lido,
10-22-97 "patient should be seen by neurologist", 6-28-99 Lidocaine
2% viscous for mouth sores, 12-21-99 polish + scaled, 7-13-01 tooth
brush abrasion < 9-24-01 "RESPONSE TO 'SENSODYNE' Grievance
9-9-02 sent lidocaine viscous 2%, 11-19-04 O- calculus noted,
4-21-05 O- ulcers present on buccal mucosa, area 24,25,26, patient
suffering from RECURRENT Aphthous ulcers use topical lido, will try
+ order but it is a Nonformulary which requires authorization,
6-8-05 Dental requests Lidocaine FU PT with cold sores RX Lidocaine
Viscous 2% one bottle, 4-25-06 pt does have toothbrush abrasion,
7-20-06 "CALCULUS SCALED", 6-25-08 mild Horizontal Bone loss,
2-4% recurrent decay, 7-11-12 RX ORABASE, 8-2-12 Periodontal
problems with 31,32, 11-8-12 Scaling, perio probe most area 3
or less, PT to get Nightguard after All 2+, 5-9-13 ADJ for Night-
guard + 6-19-13, 7-25-13, 7-31-13, 7-31-13 TRIAMCINOLONE
DENTAL PASTE GIVEN APTHOUS ULCERS AND NIGHT
GUARD, 12-13-13 Calculus Noted lower ANT full
MOUTH debridement done Ultrasonic scales Used
6-6-14 Calculus buildup noted + removed with Hand
SCALES, 12-73-13 cleaning done.
ALSO- 1-15-04 "ulcers temporalosis" STA med screening.
Clearly - supported by my dental records I was finally given
after some 5 mos of inordinate delay, what I've complained

Grev, dated 9/22/17

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

Milner B77152

of, sought Help for, treatment + medications is valid + it is inexcusable, but for if Dr. Strow wasn't a dentist, DDS Strow Refusal to Help me + provide dental care.

And, herein +Now + for following reasons, I *Re-state + with all attached thereto +made a part thereof, my Grievance(s) dated *2/28/17 misconstrued by none other than Dr. Strow, DDS as a "Duplicate" (it was not a duplicate $\not=$ Strow cited + CSL's Beams/Gans didn't verify) to a 9-24-01 "dated" grievance (there was No 9-24-01 grievance + there was a 9-24-01 "Response" + per dental records citing, "9-24-01 response to Sensodyne grievance") All in my 2-28-17 grievance +as to seeking dental Help for/from 2-27-17 dental Appointment + a 2-23-17 sick call request was Ignored by Strow (Rubberstamped by Beams + Gans) + was in fact Not Duplicative using a grievance from 2001 as to sensodyne -- Dr. Strow committed a fraud upon the grievance process + to Not address substance of my 2-28-17 grievance + As he did this said fraud was relied upon to disallow my *5-22-17 grievance as to seeking dental care + Help from my 5-15-17 sick call request to which ARB/IDOC then relied on to cite, 7-18-17 "These issue were addressed in grievance #17-0927 (the 2-28-17 grievance!) What A fraud + scam perpetrated + allowed, + despite my citing the 2-28-17 grievance was No duplicate, yet Gans + Beams ignored, didn't check + easily could of + ruled in my favor to Allow my grievances instead of what they did thereby circumventing my Rights to due process + violating my due process rights as did DDS. Strow. If Dr. Strow wont Help me, address my dental needs + provide care I need + replacement of Nightguard, I seek to be sent to dentist at Cottage Hospital for dental care, medication(s), needs I Have evident + Nightguard replacement please.

And, due to content, conflicts + allegations Herein this grievance "Not" be Reviewed by CSL (s) Beams + Gans Nor by DDS Strow who is biased + subject also. Contrary to Dr. Strow, I am Not a "complainer" + multiple griever as is my grievance is legitimate, valid + Factual. All exhibits cited herein follow + made part hereof. Have a nice + blessed day.
CC: EDFPR + complaints 6-25-17 @ to DDS Strow
OSL(s) ET.AL, Illinois State Dental Society
w/ enclosures + exhibits
Thank you.

## Grievance Response

Rec'd
10/2/17
– RK

The substantially same repetitious grievance, as well as other
documents, and dental record of Mr. Ronald Kliner, B77152, was
reviewed on 9/22/2017 by this writer. Mr. Kliner has submitted false
information in writing, a DR 504.333 offense. The issue has been
addressed in a previous grievance Mr. Kliner has filed. See grievance
response on 9/22/2017, 5/25/2017, 3/13/2017 and 9/24/2001 attached.
Mr. Kliner was last seen on 2/27/2017 for a dental appointment at his
request. Previous examinations reveal that the subjective complaints
are inconsistent with the objective discoveries. Mr. Kliner showed no
signs and symptoms of distress.

Decisions on the necessity of specialized dental treatment, such as
mandibular repositioning devices, are not made by the offenders. These
are clinical decisions made by the dentist(s) at the facility. Mr.
Kliner does not meet evidence-based criteria for this specialized
dental treatment. Mr. Kliner demonstrates behaviors produced with the
goal of obtaining unnecessary dental/medical treatments and
prescription medications. No clinical indication exists at this time
for the dental/medical treatments or the drugs he is demanding.

The items available to inmates in the facility commissary is an
administration and security issue. Non-formulary prescriptions will
not be authorized. Magnification of symptoms to justify a prescription
by fraudulent assumptions is an essential feature of malingering.

In 1987, Mr. Kliner was apparently hospitalized at Lutheran General
Hospital and prescribed Lithium because he was deemed "hyper." The
record shows that Mr. Kliner has a history of being "anxious." Mr.
Kliner continues to repeatedly insist upon treatment for his chronic
pain complaint of right temporal headaches. This complaint is first
documented in September, 1997. Mr. Kliner then "requested an MRI
because other inmates told him that he might have an aneurysm." The
record shows on the same day, "he was doing 200 jumping jacks
apparently in his cell."

Dr. Dhupelia referred Mr. Kliner for a neurology consult on
11/05/1997. The referral describes Mr. Kliner "with complaint of right
temporal headaches, with minimal relief. No objective findings. No
history of migraine headaches—self or family. No history of trauma. No
evidence of TMJ syndrome. History of MRI in 1989-90-negative."

Mr. Kliner presented to O.S.F. St. James Hospital Specialty Clinic
Neurology complaining of persistent headaches. Dr. Herman Dick
conducted a thorough neurological evaluation of Mr. Kliner on
4/14/1998. In conclusion, Dr. Dick wrote, "No neurological
abnormalities were discovered."

Out of staff concern for Mr. Kliner's health, safety and welfare, a
Mental Health Services Referral was requested on this date. A
Psychiatric Referral to the on-site psychiatrist will be made at the
first available opportunity to evaluate Mr. Kliner.

## Grievance Response

The greater medical need at this juncture is to identify an effective non-pharmacological treatment. Cognitive Behavioral Therapy (CBT) applied to chronic pain may be helpful if this is not a case of hypochondriasis or malingering.

### Hypochondriasis (ICD-9 300.70)

"The predominant feature of this disorder is an unrealistic interpretation of physical signs and sensations as abnormal, leading to a preoccupation with the fear or belief in having a serious disease. These unrealistic fears and beliefs persist despite medical and dental reassurance and cause impairment in social and occupational functioning. The preoccupation may be with bodily functions or with minor physical abnormalities that the patient interprets as symptoms or signs of serious disease. More than one organ system may be involved simultaneously."

### Malingering (ICD-9 v65.2)

"The essential feature of malingering is the voluntary production and presentation of false or grossly exaggerated physical or psychological symptoms. The symptoms are produced in a conscious and voluntary pursuit of a goal, having obvious benefit to the individual (for example, to avoid work or military conscription, obtain financial compensation, evade criminal prosecution, or obtain drugs)."

The issues that Mr. Kliner chronically experiences may not be of dental origin. Mr. Kliner may have underlying mental health issues which are demonstrated by his catastrophizing, delusional, disproportionate and emotionally exaggerated response behaviors and beliefs.

Mr. Kliner has been educated on proper personal oral hygiene practices with no apparent positive improvement. Mr. Kliner is aware, and per orientation manual, he needs to sign up for urgent dental issues with NSC. To date, no requests have been received by the dental department nor requests made through nurse sick call. Proper policy and procedures are being followed in this matter.

Dr. Wallace Strow
Dental Director

To: Grievance office @ Hill CC          (AND) DIR. WALKER/IDOC/ARB
    AND to Counselor OTHER THAN               SPgbld on: 10/13/17
    GANS  DUE TO CONFLICT(S)                  */Griev. # 18-0371
    ALSO SUBJECT OF GRIEVANCE                 for APPEAL

FROM: RON KLINER, #B77152  1-A-55, Hill CC/IDOC COPY
                    WITH "ADDENDUM" ATTACHED AND MADE PART HEREOF
RE: MY RESPONSE TO COUNSELOR JOHN FROST'S  9-29-17
    response to grievance dated 9-22-17 and also responding
    to Dr. WALLACE FRANCIS STROW, JR. Dentist & His 2
    page "grievance response" as a "DENTAL Director"
DATED: 10/3/17 and via grievance Box @ 1-A       pg. 1/9

Reference the above and in seeking review & ultimately
appeal thereof in support hereof consider the following:

I wrote this grievance as to dental concerns, matters, issues
and to get needed dental care and as well to get a re-
placement mouthguard taken/missing from 9-7-17 tactical shake-
down, and to get grievances of 2-28-17 & 5-22-17 "Re-reviewed"
in light of Dentist Strow (Strow) falsely claiming they were
"duplicates" + to NOT address them since he claims because
there was a 9-24-01 grievance response, about sensodyne, he
didn't have to, of course to ignore the relevance + substance to
the 2 grievances in doing so, circumventing due process +
getting the dental care I need, and to which CSL(s) Beams,
GANS "rubberstamped", with all written, shown, documented ignored
+ ultimately relied upon by IDOC/ARB.
Needless to say, CSL FROST didn't respond to anything +
instead attached "grievance reponse from Strow" instructing
to "include it with any further submission of this grievance,"
AND IN strow's 2pg "grievance response", pg.1 par.1 in
citing "grievance response on 9-22-17, 5-25-17, 3-13-17 & 9-24-01
                see
& it says, " "in attached." YeT, NONE of these documents were
attached, as they should of been as cited + I've written CSL.
Frost for them + as they were part of Strow's

10/3/17

response should of been for how can I attach
Strow's "attachments" to his response & in my seeking
review and appealing if they haven't been given to
me? ⊗I will attach them if Frost gives them or
his response to my seeking these attachments,
⊗HAVING received them I've attached THEM + in the "addendum" hereto !
I will address each paragraph oF STROW'S RESPONSE
※ page 1 of 2, par. 1:

my grievance is not the same, nor repetitious but Strow's
actions, pattern + practice to do what He has, say what
He says + how is repetitious + to not provide needed
dental care. Nor, have I submitted "False information"
+ As one cannot be written a ticket for allegations
made in a grievance & STROW's DR·504.333 threat
is misguided. I fear not the truth & of all I've
stated supported by my dental records to which
Strow ignores.
                                        ＊Assigned griev.#
                                           17-0927
Strow falsely asserted grievance dated ＊2-28-17 with
CSL Beams 3-17-17 response was a "duplicate" From a 9-24-01
grievance + to ignore all in this from putting in a 2-23-17
sick call to see the dentist + doing so 2-27-17 ( I do NOT KNOW
where + how strow got the "dates" He cited )
THE 9-24-01 grievance is noted in my dental records that Strow
fraudlently + falsely Applies to purport "duplicate" to my 2-28-17
grievance, at marked page 7, "Response to sensodyne grievance
enclosed" How Strow could construe it as He did is evidence of his
willingness to FALSELY DO SO AND PROVIDING FALSE INFORMATION
for even if the 9-24-01 "response" was exactly as the 2-28-17
"grievance" (IT WAS NOT) it was made some 16+ years ago
+ this is as preposterous of then citing this FALSE
"Duplicate" label to my 5-22-17 grievance with CSL Beam's
citing 6-2-17 per "Dentist this is a duplicate grievance
response was done on 3-13-17" as the 5-22-17 was for +
from my sick call Req. dated 5-15-17 to dentist and

I was never called or examined by STROW!
(again I dont know where Strow gets the dates
he cited from)

The other grievance cited by "STROW" is a 9-19-17 one
+ pertaining to + for/from my seeing Nurse Practitioner Vollmer
+ her seeing with her own EYES the painful evident "Apthous 9-12-17
stomatis" IN my MOUTH + DOING Nothing, just like STROW,
+ amongst other medical issues therein said grievance,
and esl. BEAMs response of 9-26-17 citing, Amazingly --
"dentist states this is a duplicate grievance ... addressed
on 5-25-17 + 3-13-17. the record shows dental care is
appropriate." How This is possible is beyond me + Strow
is a dentist, mental health professional, Nurse practitioner +
psychiatrist all IN one! STROW is NOT who I saw 9-12-1
Nor whom the grievance is about! Vollmer saw the
breakout of sores IN my MOUTH + STROW ignores my
Chronic (amongst all else too) apthous STOMATIS +
yet He claims, and irrespective of ALL SUPPORTED
IN my DENTAL RECORDS + SHOWN claims IN his
Response, "Previous exams reveal that the subjective
complaints are inconsistent with objective discoveries, Mr.
Kliner showed No signs And sysptoms of distress."

I wrote Strow a sick call request dated 9-8-17
as to missing mouth guard, all IN my dental records,
plaque, periodontal, gingivitis, canker sores, + cited
You refused to help me. And, need mouthguard replaced.
+ get an asinine "service not provided"/ Seriously,
read what STROW has said, read what I've said,
Shown, + written with my dental records + clearly You
can see the truth + who has provided FALSE information
and it is NOT me it is STROW.

THE 2-27-17 Exam was for calculus/plaque
bothering me. I couldn't get out with dental
loops + all else cited in the 2-28-17 grievance
I wrote. Strow refused to use his utensil to remove
the plaque + HELP me. THE calculus remains, the
apthous stomatis is chronic, painful when eating
+ Hurts, peridontal disease continues untreated, gin-
givitis, bleeding gums too + without dental care.
I think Strow hates inmates + thinks he should pro-
vide minimal to no care at all. I filed complaints
against him with Illinois Dept. Financial + Pro-
fessional regulation -- they are pending.

✱ par. 2 pg 1 of 2

"I'm not seeking Strow give me, for the 1st time, a
mouthguard" (his mandibular repositioning device?) I
seek what I Had be replaced + as justified to have
the mouthguard until taken 9-7-17 + it was for
grinding teeth right side + temporalesis + way given
to me. Dentists already gave it to me + I as an
offender? per Strow, am NOT making the "decisions"
Strow is + to deny replacing the mouthguard?
Strow is an outright fabricator + liar as to saying I
demonstrate the behaviors he cites + nowhere in my
dental + or medical records Has this ever been
shown + to the contrary. And, as to "no clinical
indication exists at this time for the dental/medical
treatments or the 'drugs' he is demanding"
whose demanding anything? Is he crazy? The canker
sores in my mouth, documented in my dental records
+ seen by N.P. Vollmer + chronic are my imagina-
tion? calculus, plaacve, bleeding gums, peridontal +
abrasions, gingivitis -- are all imagination? NOT

par. 3 pg 1/2:

Something is disturbingly wrong with STROW for him
to declare "NON formulary prescriptions will NOT be
authorized." -- for exactly these NON formulary are
what should be ordered, done + given but for his
obstinance to do so + HAS been + were done by
dentists before him + IN my dental records!

I have NOT "magnified" anything + am only pursuing
dental care Strow refuses. Strow cites "fraudulent
assumptions" + "is an essential feature of
malingering" -- who HAS malingered? my dental records
are malingering false documents! Rediculous. Strow's
assertions + his review is delusional compared to
the FACTS.

⚹ par. 4 pg. 1 of 2: & par 5, 6 also:
How is any of this relevant even if true + as to my
dental problems, needs + care supported by facts +
my dental records?

Strow violates "HIPAA" by going into my medical records
+ makes false conjecture to attempt to support his
psychological analysis He surely is not qualified to
make! If I am anxious, so what? Or, hyper?
what does it have to do with anything + doing
200 jumping jacks in 1997 / / / ???

I went thru a series of doctors, diagnosis + whatnot
for + from the temporal pain. Irrespective of what
Strow says, or other results, I never said I had
"TMJ" syndrome + so what if an MRi was negative
in 1989-90?

Despite DR. DICK'S "No neurological abnormalities
were discovered" surely doesn't change the fact

p 6/1    10/3/17

I WAS made a NIGHTguard, had/have grinding
teeth, & Dr. ARTHUR FUNK (NOW a DISTRICT Medical
Director) saw to it + concluded temporalessis + issued
"flexeril" (Strow ignores all this!) + years later
Nevrotin. Strow ignored (at pg. 4 of dental
records) 9-11-98 \/: FU PT doing well much much better
tension in muscles on right side on face has
subside PX says nightguard fits well." The "night-
guard "was delivered to me 7-20-98 + How is it,
taken 9-7-17 by + through No fault of mines, shouldn't
be Replaced + by Strows misguided, false Accusations
+ interpretations so obvious + painfully shown +
supported by my dental records -- yet his
dental assistant cited "Not a service provided" +
Strow doesn't say this in his grievance response
he did + wrote + what he does say is so
misdirected + mischaracterizes everything as well
as prejudicial, slanderous, + inflammatory to avoid
the Reality + truth + substance stated, cited + shown,
Strow does everything he can to avoid the
issues in my grievances + abrogates his duties
as a dentist + what follows is absurd to
say the least!

* par. 7 pg. 1 of 2 + par. (s) 1, 2, 3, 4 pg 2/2:

Strow, out of "staff concern" + for my "Health,
safety + welfare" requests a mental healthy Services
referal + psychiatric referral to on-site psychiatrist
at first available opportunity to "evaluate" me !

this is wonderful + I can only hope Strow is paying for it because it is nothing but by Strow's design, pattern + practice doing this + as to me + He does it to any inmate seeking dental care he percieves as a multiple griever + complainer!

CAN STROW JOIN me for this meeting?

If Strow is truly concerned for me then why NOT replace the needed moungiard? Provide soft tooth brush needed, "perondontax" toothpaste, plaque rinse, prescribe orabase, dental paste, Lidocaine -- as was + has been done for aptnous stomatis canker/cold sores, clean my teeth 1x a year, remove chronic calculus +plaques I cannot, address bleeding gums, peridontal disease, treat it, gingivitis? Does STROW really care for me, my health, safety + welfare? His actions, NOT measured by "referal" to a psychiatrist! Show contrary!!! With such concern for me shown by Strow I have, and others, NO dental care from a dentist!

Is Strow a psychiatrist, nurse practitioner, dental "director" (madeup title) or what? Now He is citing "Hypochondriasis" + "malingering" + claiming the "greater medical need at this juncture" is to identify an effective NON-pharmacological treatment" + applying Cognitive Behavioral Therapy (CBT)! How come no previous dentists see what Strow claims? Because all I've shown is FACT + dental records + all else is truth + fact Strow choses to ignore to NOT provide needed dental care. How is it oк to NOT get teeth cleaning? Per Strow, a dentist He won't do it.

P 8/ 7        10 / 3 / 17

Where have I, as Strow suggests, in my "underlying mental Health issues" catastrophized? am delusional? with disproportionate & emotionally exaggerated response behaviors & beliefs?

Put yourself in my shoes & with dental problems & need for care Strow is denying -- what would you do? pursue? The recourse is this grievance process as its not like I have choices to see dentist other than Strow! I strongly suspect prejudices displayed by Strow due to the influx from maximum security prisons by transfer(s) to institutions like Hill CC where he is the dentist & used to inmates with short sentences & NOT having to provide care to a class of inmates, like me with natural life, needing dental care as I do & this is unacceptable to him, a dentist, for to clean teeth & render whats needed is seemingly beneath him, this is evident by his actions, inactions & reactions.

Strows assertions I've been "educated" on proper oral hygiene "with no apparent positive improvement" is insulting &or if no apparent improvement How is it my fault when Strow refuses to provide whats needed, formulary or not, &dental care? I'm set up for failure & strow seals it by his actions.

P 9/ 1          10/3/17

Finally -- again, STROW misrepresents &
just because he (says) it doesn't make it so,
saying "to date no requests have been received
by dental .... sick call nurse," etc. proper policy
& procedures are being followed in this
matter.

So, its my imagination? See the 9-8-17 nurse
sick call, the 2-23-17 one, the 5-15-17 one!
I've tried to avail myself of dental care &
help to no avail & even attempted it at gen
med clinic w/ nurse Prac. Vollmer. 9-12-17 & showed
her my mouth & she saw the painful canker sores
& I wrote my 9-19-17 grievance as to this (& more)
& STROW responded to it!

In the 5-22-17 grievance I even had a review
by an outside dentist Dr. James Lago (5-4-17)
but since Strow falsely cited "duplicate" & everyone
rubberstamped his misrepresentation it was ignored,

maybe someone will fairly read all this & help me
get the dental care & help I need to deal with
the pain, suffering needlessly & so that said care
will prevent further problems sure to come,

respectfully

Ron Kilner

B77152

COPY

DATED 3-7-17 OR 3-23-17 given mine
AND csl. from / ER. STROW DDS, response, to/for Co / IDOC/ARB

HAVING received the 10-3-17 dated counselor Trust
Response to my 10-2-17 seeking the "attachments"
STROW put with his "grievance Response" I was
given documents to which fully support all cited
in my grv. response + in addition to it STATE the
following in support thereof AND AS WELL ATTACH
HERETO THE DOCUMENTS:

1) See the 9-24-01 "memo" from Dental Dir. J.W. Mitchell
to which based on STROW HAS PERPETRATED A FRAUD
by utilizing it to somehow declare my grievances
made 2-28-17 to be a "duplicate" the 9-24-01 memo
was only about Sensodyne toothpaste!

2) See a copy of the 8-30-01 grievance to which this
memo was done from. Compare it to my 2-28-17
grievance + ASK -- HOW IN GODS name IS the 2-28-17
1 All IN IT + as to dental care needed A duplicate
compared to the 8-30-01 grievance + 9-24-01 memo?
Clearly the substance in full of my 2-28-17 griev.
is much much more than what's in this 8-30-01
+ the 9-24-01 memo!

STROW circumvented due process, ignored the substance
OF MY grievances in + of 2017 + denied + denies
me the dental care I need + documented in + from
dental records. He committed a fraud upon the/this
grievance process + subsequumped by C+H(s) cows/Beans
all the way to IDOC/ARB! MY grievances of 2017,
indeed, are NOT duplicative + Strow rendered "false
information"!

AND see the, 3-13-17 by Janew response to which he
cited HEREIN (grievance Referral) + lied, that to respond
to my 2-28-17 grievance he cited + did get it was a duplicate
+ was addressed previous in response of 9-24-01 /
You can see how all is inconstrued by STROW in his
subterfuge + deception to do as he did.

He selectively & surgically took 1 issue that was in my 2-28-17 grievance, as to toothpaste & utilized it, by using a 9-24-01 response that was about sensadyne & to declare the whole 2-28-17 (& grievances ultimately afterward) "duplicate"!

And his "blanket" non-founded "non formulary" prescriptions will **NOT** be authorized & without individual need & analysis applied.

Further, in this document Strow "falsely" calls me a "multiple complainer" & "repetitious griever" & I filed ONE grievance some 17 years ago & How am I what he says? what lie would he of told had I filed zero grievance & NOT 1?

Also, I'd wrote the grievance of 9-14-17 & as to Nurse Vollmer & seeing nurse practitioner on 9-12-17 & it is inexcusable, what I knew & and what + evident by the 9-20-17 grievance response by each Brams whereas he declared the "Grievance issue" as (accurately) "Nurse Vollmer" & Strow crossed it out + declared it "DENTAL" & filled he Reversed the 9-14-17 grievance completely a circum-✪venting the process, due process & denying me to have my grievance & all on it heard & properly & This is wrong & pertaining to this I've written the C.D. (boss) to get this grievance fully & properly Heard & addressed as it was about Nurse Prac. Vollmer & not Strow per se!

Strow will go to ANY lengths, as exhibited, to NOT provide me the care, EVEN cir-cumventing my grievance to have me not entitled on it!

AND, Straw, by saying, "are Klinge is encouraged to seek a 2d opinion upon his release from prison", while I am innocent + pursuing exoneration, presently I have natural life. - is extremely cruel & insensitive by saying what he did!

LASTLY, IN Straws "response" he makes comments based on, out & from "excerpts of my medical records & documents (he obtained without my permission + in violating HIPAA) but upon Reviewing the documents themselves + in context is clear to see how he misconstrued misinterpreted them to somehow paint a picture & support his delusionary assertions of "hypochondriasis + malingering. See FR Docs 4, 11, 28 to Dr. DANGelia @ FCC Straw cites from, read it + everything in it, + it is full context + because I sought & got medical help (unlike Straw refusing to be a doctor + provide dental care) + went through a series of medical exams, procedures + medicines Resulting in being given the mouthguard! Straw, sidesteps, & ignores this with his subterfuge he advocates that is unsupported upon full exam, while No "neurological abnormalities were discovered" per Dr. Dick, it did head to the help I got. Straw's pg. 1/2, pars 4, 5, 6 clearly portray Straws biss, ignorance + falsely claiming "genuine staff concern" for my health, safety & welfare, etc. to refer me to a psychiatrist is misguided. why doesn't he instead help me + provide dental care? made a part hereof I include a letter I wrote & sent, with my dental records to all 3 vendors @ UHS & appealing to them, I've yet to hear back, AND, pg 4 of this addendum is a list of all documents included + shown that was sent to me by & from Corrmedic... this is an

Amend. by [signature] B77/52

P4/4

LIST OF ALL DOCUMENTS _____ the first
of this/the "Addendum" to/for grievance - response
Kliner B77152 & as Received from CSL Frost
provided to him by STROW.

1. letter to CSL Frost 12/2/17
2. His response 13/3/17 to the documents from STROW
3. pg: 35, 36 (and 37) + 38 "C LST"
4. II S-97 Consult neurology Dr. Depuehle
5. Dr. Dirk 4-14-98 to Depuehle
6. 12-30-97 Dr. A. FUNK consult neurologist
7. dated 3-3-17 Strow resp to Beams 3-10-17
   for/from my 2-28-17 grievance.
8. the 9-24-01 memo to/from griev. 8-30-01
9. the 8-30-01 birth.
10. the 2-28-17 _____
11. 2-23-17 NSC for BHS need _____ Appt 2-23-17
12. Hosp pass 2-27-17 to ODS
13. 3-26-14 SIP Dental Req
14. 2-27-17 dated memo from Beams per Griev. dated 5-28-17
    with Strows 4-25-17
15. the 5-27-17 grievance
16. the (intra memo 9-20-17 as to d for Nurse Valinka
    & Breen 2-6-7 Nurse per Appt circumvented
    hijacked by Strow!
17. the 9-19-17 grievance itself (# to 9-12-17 above.
18. the 5/18/17 NSC Strow, 2 pgs
19. the 9-3-17 NSC to Strow re Montgomery
20. copy of 7-15-7 ___ (?) & Strow
21. copy 2 pg letter to two RNS (5 and 4 (3)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: October 6, 2017       Date of Review: October 10, 2017       Grievance # (optional): 18-0371

Offender: Ron Kliner       ID#: B77152

Nature of Grievance: Other/Dental - replacement of night-mouthguard

**Facts Reviewed:**

1) grievance dated 9/22/17 submitted by offender Kliner B77152 grieves that his previously authorized night-mouthguard was taken by the Orange Crush and the dental department is not replacing it. Mr. Kliner B77152 has attached many pages of support to his grievance and many pages of response to the counselors response. The grievant complains that some of his previous grievances - which he attaches - are not duplicates and that his dental issues are documented and need to be addressed. The relief that is requested in this grievance is identified in the opening paragraph of this 3 page grievance where offender Kliner B77152 claims that he wants the night-mouthguard replaced.

2) a counselor's response dated 9/29/17 states that there is a response from Dr. Strow attached and that the grievant should include that response with any further submission of this grievance.

This grievance officer did review the grievants response to the counselors response and find that previously unresolved dental issues have now been compounded by the taken-missing night-mouthguard.

This grievance officer did contact the dental department and it was confirmed that the Hill CC dental department does not provide the 'mandibular repositioning device' service.

( NOTE ALL DOCUMENTS, COPIED, ARE DONE TWO-SIDED +
TO ARB— THIS WAS DONE BY COUNSELOR(S) @ HILL + AS TO ME, TO YOU.)
Please see the attached herewith "10/3/17 9 pg. "RESPONSE" AND
"ADDENDUM" THEREOF (4pgs) TO Grievance officer AND
DIR. WALKER, IDOC/ARB FOR YOUR REVIEW WITH ALL
DOCUMENTS INCLUDED WITH THIS APPEAL. Please help
me get the dental care I need. Thankyou! *

**Recommendation:** Based on a review of all information presented this grievance officer recommends that this grievance be considered DENIED. The balance of this grievance deals with matters from previous grievances and can only be appealed to the ARB as the decision/s of the CAO are the facility's final decision on the grievance subject presented.

ALSO PLEASE NOTE THE PENDING ONGOING CIVIL LITIGATION
IN LIPPERT, ET.AL. V. BALDWIN, ET.AL. 10 CV 4603 a class action
on behalf of all prisoners in IDOC for medical care + dental needs.
N.D. JUDGE JORGE L. ALONSO.

Lyle Hawkinson,    CLAS II
Print Grievance Officer's Name                                    Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 10/11/17       ☒ I concur   ☐ I do not concur   ☐ Remand

Comments:

WARDEN Dorethy
Chief Administrative Officer's Signature                               10/11/17
                                                                        Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature       B77152       ID#       10/13/17       Date

AND SENT PRIVILEGED MAIL
ON SAME DATE /
                                         o

Distribution: Master File; Offender       Page 1

via I-A Griev. Box.

| Date: 9/9/17 | Offender: (Please Print) RON Kliner | | ID#: B77152 |
|---|---|---|---|
| Present Facility: Hill | | Facility where grievance issue occurred: Hill | |

NATURE OF GRIEVANCE:  9/20/17 P 1/2

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ ADA Disability Accommodation
☐ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☐ HIPAA GEN med'c WITH
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator   ☒ Other (specify) Nurse, PRACT. Vollmer ON 9-12-17

☐ Disciplinary Report: _____/_____/_____
         Date of Report                    Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I received a pass to see Nurse Practitioner MS Vollmer on 9-12-17 8PM, This was, per her LOG a gen med Clinic, IN being examined by Ms. Vollmer I presented to her seeking help for the following issues A- I HAD a breakout of aphtous stomatis" cleft unaddressed by DDS, Whitice Francis STOW + ignored) which HURT + is painful + painful to eat + I explained to N.P HAD IT HURT, how IT WAS Chronic + How THE dentist STOW wouldn't do anything to HELP me + I seek her HELP + medicine, lido- caine, cmapase, listerine, dental past + SHE examined me + looked IN MY MOUTH, SAW THE sores + would not give me anything for the pain or topical + instead cited to give me "Zantac" for "reflux" + I had not complained of Reflux + get TUMs + famotidine + explained all this to NO avail. Reflux has nothing to do with what is happening + I explained its chronic + on my mothers side. This is weird, odd + bizarre to get zantac for Canker sores to which entire History is IN my dental + medical records for this + Ive had zantac previously + still Have/Had Canker Sores Chronic + told Ms, vollmer this· my problem + pain was left UNtreated. I brought up the teeth orange crust + felt my medigueard for grinding + temperature itis + I needed a replacement + keen to an outside Neurologist while [a PCE + dentsrew who diagnosed me] but she won't address it — why ? What does "WHAT' MEIN ? We will address it? As to Lubiderm" for dry skin + being hypothyroid won't address it. As to ongoing problem Jock itch— want address it. As to Right lymph Node pain Under ear + tea— won't address it? As to seeking no say No been diet — won't address is →

Relief Requested: THAT All medical issues, complaints + needs herein this grievance be addressed, followed up on to Dr. Bautista + I be treated properly + NOT left with "WHAT ADDRESS IT" AS I presented all herein to Nurse Practitioner Vollmer at a gen. med. Appointment, Also that counselor who reviews this Grievance talk to Ms. Vollmer + NOT rely solely on HCUR, LINDIFF'S Response to my grievance As she defines? See me Vollmer Client

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    B77152    9/19/17
Offender's Signature                      ID#         Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____/_____/_____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

_____

_____

_____

_____

_____

Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____/_____/_____   Is this determined to be of an emergency nature?   ☐ Yes: expedite emergency grievance
                                                                                       ☐ No, an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    _____
Chief Administrative Officer's Signature          Date

pg. 2/2

as to seeking "renewals" of tums, famotidine, saline solution, motrin 400s
for sublider pain (surgery 7517), tolnaftate & miconazole +
tylenol wont address & gave me by script triamcinolone multi-allergy
spray which is different & not same as saline solution for my dry
sinuses & I tried A-certain way I get saline & how it helps me,
I cited sublider "clicking" pain & how orange arusul took my state
pillow & pillow that helped me keep my shoulder "up" while sleeping
& this was ignored "wont address now" (when?) I told
Her about my calculus, plaque, buildup, periodontal & gingivitis &
as to indications of problems in blood with plaques & heart
& not address now & I told Her about dentist stew went Help
me. I told Her & showed Her my tight foot & pain due
to untreated (only given metfiskin) bunion & need to see
podiatrist. A given— not address now, the atypical
comeback response it seems,

Dr. Vollmer apprised me of "TSH" results @ 1.98 for thyroid but
would not address other issues & needs for further tests &
treatments, adrenal glands, hashimotos, hypothyroidism, AB 924 &
& cortisol & as I was denied (by Wexford, Dr. Ritz, Hill Cc)
"Followup "w/endocrinologist would address my thyroid issues
As NP endocrinologist here, not chronic clinic for same &
to determine causes of thyroidism & harm to thyroid by leaving
unaddressed & issues of thyroiditis too. "wont address now" This
is crazy but for seriousness.

Dr. Vollmer or Nurse Practitioner do'd my "alteriolol" medication
(given for need to have with thyroid issues & problems)
She do'd my "zocor" medicine in half
She listened to my heart, lungs, did physical check of
stomach area, and the triage nurse was Paula Young
who did intake forms. for N.P. I'd be reseen in
6 months. Why wasnt the issues & problems presented
& shown addressed? Why do I have to remain in
pain, suffer needlessly & leave unaddressed matters
that clearly could & should've been addressed &
instead leaving me & the problems to get worse,
hurt more & all to my detriment. Why not help
me vs. "wont address"

Ans, that this grievance be handled not by
simply going to HCUA Lindorff who wont even
read it & will do her atypical response @ from CSL
"grievance memorandum" thereby completely ignoring
the substance of the grievance but instead
inquire as to the substance of the grievance
with the subject of it, N.P. Vollmer who at
least then can respond to it having been who
I saw & encountered, not HCUA Lindorff who is
a "registered professional nurse" & I didnt see & is
biased & prejudiced towards grievant. Yet counselor(s)
(Beams/Gans) will write anything she says without any
verification, eg: w/ NP Vollmer, & rubberstamp Lindorffs denials.

COPY

Bruce Rauner
Governor

John Baldwin
Acting Director

RE: Grievance 9-19-17
dated Nurse Pract. Vollmer
@ to seeing me 9-12-17 @ Hosp

SEP 22 2017

The Illinois Department of Corrections

_____ Correctional Center
600 Linwood Road, P.C. Box 1527 · Galesburg, IL 61401 · 10 ___ 943-____

GRIEVANCE MEMORANDUM
DATE: 9 / 20 / 17
TO: JSCUA
FROM: Sara Seams
Office Services

SUBJECT: ___ BY PLANCK PERSON ___

NAME _Kliner, Ron_ _____ = B77152

Grievance as a ___ Nurse Vollmer DENTAL

The attached Grievance is being forwarded to you for review and response. _____

Grievance _____

_____ Please review _____. Return the completed response and forward it

to the attention of the Grievance Office. _____

The duplicate grievance and dental record of Mr. Ronald Kliner,
B77152, was reviewed on 9 22 2017 by this writer. The issue has been
addressed in a previous grievance Mr. Kliner has filed. See grievance
response on 6 25 2017 and 9 18 2017. The record shows that dental care
is appropriate. Mr. Kliner's demands and expectations are unrealistic
and are not clinically achievable in this setting. Mr. Kliner is
encouraged to seek a second opinion upon his release from prison.
Proper policy and procedures are being followed in this matter.
Grievance is without merit.

Dr. Wallace Strow
Dental Director

W. Strow DDS                                           9/22/2017

ATTN. To: ~~Honorable~~ Governor Bruce Rauner    From: Ron Kliner
              State of Illinois                              B77152
              207 State Capital                             P.O. Bx 1700
              Springfield IL. 62706                         Galesburg, IL
                                                            61402

RE: REQ for information pursuant to "FOIA"

                                                                    C
                                                                    O
DATED: 9.24.17                                                      P
                                                                    y
Dear Gov. Rauner -

        Reference the above, can I be sent
the following:

1) a copy of any Law pardon/clemency  (non)  (Kliner)
   clemency # 29230 that was denied by then
   Gov. Pat Quinn + any + all staff or documents
   generated to/from Quinn that denying my clemency

2) a copy of any Convention Center / IDOC
   "budget" not approved
   I've written IDOC in Springfield + for from
   they don't have the auth. to pay,
   Please, direct me to whom I can get this to me;

(my dental
records
1996 to
present
support
All these
thing)

Also, FYI, the dentist @ HVCC, Lauaine
Francis Strow refuses to perform dental care
+ to me, he refuses to replace, within a placard,
refuses to replace, maintained, + all of these Supreme Procedures,
for every prescription. So they want a ? OT sold
on commissary being sold to minors, Wayne DS Kroger
damage dental as to the case later Station to,
periodontia for bleeding gums need to be bring so, ?ing
is wrong + could as "helped" is paid a fortune, Ron John
                    Please HELP!

ATTN TO: JOHN M FROEHLICH, Vice-President & CFO
WEXFORD HEALTH SERVICES
501 Holiday DR. Pittsburgh PA 15220

FROM RON KLINCIE B77152 P.O. 1700, Galesburg IL 61402

RE: FOI REQUEST PURSUANT TO FOIA/Illinois and as you
have a contract with the IDOC/State of Illinois;
along with a response to your UNKNOWN person(s)/the
RISK MANAGEMENT DEPT'S 9-20-17 to my 9-3-17
WRITTEN - ATTN: DR. RITZ

DATED: 9-26-17

COPY.

DEAR MR. FROEHLICH -

Reference the above. I'm writing you as the
9-20-17 to me, from my 9-3-17 to DR. Ritz is a
joke for it in NO way answers my 3 pg. letter sir.
See the letter & ask yourself how the response
given could & from "Risk Mgmt" NOT this supposed
"DR. RITZ"

I'm seeking pursuant to the FOIA the following:
1) a copy of all documents; used, sent to you, in the
7-2017 "illegal" referral request for endocrinology F/U
& with DR. RITZ, and as well communications back
to the CO / IDOC, Hosp, Dr. Bautista. The referral date
was 7/31/17. (KLINCIE, Ronald B77152)

CC: LISA
MADIGAN
ATTY
ILLINOIS
GEN/PUB
LARRY & LARRY
JON DOE(S)
ATTY(S)
ET. AL.

Chicago
TRIBUNE;
ET. AL.

2) YOUR DENTAL procedures, policy & for H.N.I.C., whereas
DDS DR. WALLACE Francis Straw, JR., will NOT perform
from cleanings, re/or visit monitored, remove calculus,
plaques, perform no scaling, debridement, will NOT issue
non-formulary prescriptions for denture, denture paste, lidocaine
2%, plaque rinse, soft toothbrush, prescription toothpaste for
bleeding gums, will not examine, address, treat
periodontal, gingivitis, plaque sores, spiros sprouts, and
I'd like copies of all documents regarding directives as
to these & for dental policies & procedures. THANK you -

Ron Kilmer B77152
P.O. 1700
Galesburg IL 61402

LEGAL
Sent. 11-2-17
MAIL

Peoria, Il PBDF 516
TUE 07 NOV 2017 PM

ATTN.TO: HON. JUDGE JORGE L. ALONSO
@ 219 S. Dearborn ST.
Chg. IL. 60604

RECEIVED

NOV 13 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

11/13/2017-12

US POSTAGE) PITNEY BOWES

ZIP 61401 $ 002.66°
02 1W
0000322356 NOV 06 2017
