UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON LIPPERT, et al., | ) |
| Plaintiffs, | ) |
| | ) No. 10 C 4603 |
| v. | ) |
| | ) Magistrate Judge Daniel G. Martin |
| JOHN BALDWIN, et al., | ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION**

In open court on February 27, 2018, this Court overruled the State Defendants' objection to producing updated hard copy documents from Illinois River and Hill Correctional Centers. (Doc. 643). For the reasons explained in the oral ruling, the Court found that the State Defendants' Position Paper on Why It Should Not Produce Documents from Illinois River and Hill Correctional Centers (doc. 625) failed to provide a reasonable legal or factual basis supporting their objection. The State Defendants acted in bad faith by filing a position paper that lacked a reasonable legal or factual basis supporting their objection and by maintaining the position paper after they had an opportunity to withdraw the challenged submission. (Doc. 626 at 3). Under these circumstances, the Court found that some sanction is appropriate. The Court advised the parties that it was considering recommending that the district court order the State Defendants to reimburse Plaintiffs for their reasonable attorney's fees incurred in filing their Response to Defendants' Position Paper. (Doc. 626).

The State Defendants were given until March 6, 2018 to file a brief in opposition to sanctions. The State Defendants did not file a brief in opposition to sanctions. Accordingly, pursuant to the inherent authority of the court, it is respectfully recommended that Plaintiffs be awarded their reasonable attorney's fees incurred in filing their Response to Defendants' Position Paper, with the amount of attorney's fees to be determined following an attempt by the parties in good faith to agree on the amount of attorney's fees that should be awarded.

Under Federal Rule of Civil Procedure 72(b), the parties must file any objections to this Report and Recommendation within 14 days. Fed. R. Civ. P. 72(b). Failure to file timely objections constitutes waiver of any objections to this Report. *Lorentzen v. Anderson Pest Control*, 64 F.3d 327, 330 (7th Cir. 1995).

**E N T E R:**

*/s/ Daniel G. Martin*

**Daniel G. Martin**
**United States Magistrate Judge**

**Dated: March 8, 2018**