## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Don Lippert, et al.
                    Plaintiff,

v.                                       Case No.: 1:10−cv−04603
                                               Honorable Jorge L. Alonso

Partha Ghosh, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 30, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: Parties' joint motion to modify the scheduling order regarding pre−trial materials [733] is granted as follows: Parties' pretrial order and motions in limine with supporting memoranda shall be filed by 9/14/18; responses shall be filed by 9/20/18. Pretrial Conference previously set for 9/21/18 is stricken and reset to 10/18/18 at 2:00 p.m. Bench Trial previously set for 10/15/18 is stricken and reset to the weeks of 12/3/18 and 12/17/18 at 9:00 a.m. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.