## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Don Lippert, et al.

     Plaintiff,

v.

Partha Ghosh, et al.

     Defendant.

Case No.: 1:10–cv–04603

Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 18, 2018:

  MINUTE entry before the Honorable Daniel G. Martin: Status hearing held. Counsel reported Plaintiffs deposition of Defendants rebuttal expert is scheduled for 9/28/2018. By 9/28/2018, counsel shall meet and confer about the updated discovery Defendants will produce before trial. Defendants do not object to the $1,800 attorneys' fees amount Plaintiffs requested for making their response to Defendants' position statement. Defendants shall provide the $1,800 payment to Plaintiffs by 10/18/2018. By agreement of the parties, settlement conference is set for 10/10/2018 at 10 a.m. in Courtroom 1350. Plaintiffs' revised settlement demand letter is due by 9/28/2018; defendants' response letter is due by 10/3/2018. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.