1/2/2015 Cholesterol 194; TG 60; HDL 55; LDL 127.

1/5/2015 An annual history  evaluation at WICC for this 56 year old.  The weight was 184.  This nurse evaluation was not performed on the same day as the physical examination.

1/6/2015 A nurse saw the patient because he passed out according to his cell mate.  The blood pressure was 162/93.  The weight was listed as 166 pounds.  The nurse noted that the patient had an appointment the next day so didn't refer the patient or consult a doctor.  An EKG was not done.

16    Syncope is a critical sign and requires immediate evaluation.  The nurse needed to consult a provider promptly.

1/7/2015 The cholesterol was 194; TG 60; HDL 55; LDL 127.

1/7/2015 An annual health examination showed BP 149/98, weight was listed as 168, which is 16 pounds different from two days before. The NP documented that the patient refused a digital rectal examination for purposes of prostate screening but did not offer colorectal screening (fecal occult blood tests or colonoscopy). On the physical examination form, the rectal examination is listed as a test of the prostate in males over 40 years old. Lack of colorectal screening is inconsistent with contemporary standards of care. The refusal of the digital rectal examination states he refuses performance of a "prostate - digital rectal exam." There was no discussion of colorectal cancer.

7, 15 The nurse noted the day before that the patient would be seen for "passing out" but the NP did not address this. Two days before a nurse documented the weight as 184 pounds. At this visit the weight was recorded as 168 pounds, a 16 pound difference. The differences in weight were so significant as to make weights unreliable. The patient was 56 and should have had colorectal cancer screening. The patient was offered only a digital rectal examination. This examination was offered for prostate screening. Current recommendations of the American Cancer Society state that digital rectal examination is insufficient as a stand-alone test for colorectal cancer. This type of cancer screening will miss 90% of colon abnormalities. The patient should have been offered fecal occult blood testing (not from a digital rectal examination or colonoscopy). This lack of colorectal screening was significant. Care failed to follow generally accepted guidelines or usual practice.

1/12/2015 A doctor saw the patient and noted that the patient reported a right testicle mass which was not appreciated on an NP examination on 1/7/15. The doctor examined the patient and documented an epidydimal cyst. The weight was 164.

2/9/2015 Cholesterol 201; HDL 56; LDL 135.
2/19/2015 The cholesterol was 201; TG 48; HDL 56; LDL 135.

3/9/2015 The patient was evaluated for HTN clinic. The BP was 148/93. Weight was listed as 170 pounds. No change in BP meds was made; the doctor noted the patient missed his BP meds that morning. The cholesterol was 201; HDL 56; LDL 135. The patient was an ex-smoker. The patient had a 22% 10-year risk of heart disease or stroke and should have been on a moderate to high statin dose.

3 The statin dose probably should have been increased to 40 mg of Zocor. The BP meds should have been increased. Care could reasonably have been expected to be better.

9/30/2015 A doctor saw the patient for HTN chronic care. The weight was 164. Blood pressure was 124/73. Lipids were not addressed.

2/11/2016 Lab showed normal metabolic panel except for albumin 3.3. AST/ALT and alkaline phosphatase were normal. Cholesterol was 161, TG 46, HDL 56, LDL 96.

3/1/2016 A doctor saw the patient in HTN chronic clinic. The weight was 164 pounds. The BP was 115/65. The doctor noted a cholesterol of 161 and triglycerides of 46. The LDL was not noted. The albumin was 3.3 which is low but the doctor did not initiate any work up. The patient was on lisinopril, Zocor, aspirin, Hytrin and another medication [illegible].

6 The albumin was low yet the doctor took no action to investigate. Care failed to follow generally accepted guidelines.

7/5/2016 BUN, creatinine and electrolytes were normal.

7/7/2016 This was to be the next physician visit after 3/1/16. The patient weighed 158 pounds. The blood pressure was 119/77. A rescheduled visit for 7/26/16 didn't take place.

9/2/2016 BUN, creatinine and electrolytes were normal.

9/13/2016 A doctor saw the patient for a hypertension clinic. The weight was 156 pounds. The patient was 5 foot 5 inches tall. The doctor checked the box that education was given regarding weight loss. The blood pressure was 140/77. The patient was on aspirin, lisinopril, Zocor, Hytrin and Proscar. No other history was taken.

1 Depending on which weight was used, based on the history (1/5/15) and physical examination (1/7/15) the patient had lost either 28 pounds or 10 pounds. In either case the doctor was not monitoring the weight of the patient. Presumably the purpose of taking weight is to monitor it, but this wasn't done. Care could reasonably have been expected to be better.

| Date | | Codes | |
|---|---|---|---|
| 1/16/2017 | The patient transferred from WICC to IRCC.  Hypertension and high blood cholesterol were listed as problems.  The blood pressure was 150/100 but not addressed.  The weight was 152 pounds.  On the 1/5/15 annual history the patient weighed 184 pounds.  On a health request on 1/6/15, a nurse documented that the patient weighed 166 pounds. | 1,16 | Nurses failed to address abnormal vital signs.  On transfer the nurse failed to appreciate a weight loss of 14 or 32 pounds depending on which weights from January of 2015 were used.  What is the purpose of taking the weight?  Care failed to follow generally accepted guidelines, as intake screening should be a summary screening of the patient's conditions including weight, and the nurse should have referred abnormal blood pressure to a physician. |
| 2/2/2017 | The albumin was 3.1; AST, ALT, alkaline phosphatase and bilirubin were normal. | | |
| 2/10/2017 | A doctor performed a general medicine clinic for high blood lipids and prostatic hypertrophy.  The weight was 155 pounds.  The doctor noted that the patient had nocturia twice a night but took no other history related to the BPH or high blood lipids.  The cholesterol level was not documented.  The doctor ordered a fasting lipid panel.  The doctor failed to address a low albumin. | 1, 5, 6 | The doctor failed to acknowledge an abnormal lab or follow up.  The doctor failed to acknowledge a 11 or 29 pound weight loss since the annual history and physical examination from January 2015.  Care failed to follow generally accepted guidelines or usual practice. |
| 3/14/2017 | A NP saw the patient for an annual HTN clinic.  The NP took no history except to note "no complaints F/U altercation."  The weight was 155.  Labs were not reviewed. | 5 | The NP failed to note weight loss.  Care failed to follow generally accepted guidelines. |
| 3/26/2017 | A nurse saw the patient for right sided flank and back pain that was constant.  The blood pressure was 152/94 and pulse was 119.  The nurse assessed that there were no contusions or swelling but there was pain to palpation.  The nurse noted "acute severe discomfort" and called a doctor who ordered Toradol 60 mg IM and Ultram 150 mg BID for three days. | 15 | The patient had abnormal vital signs with back pain yet there was no follow up with the primary care physician.  Care failed to follow generally accepted guidelines. |
| 4/20/2017 | The total protein was 5.7 (6-8); albumin 2.3 (3.4-5) and alkaline phosphatase 167 (40-125).  The hemoglobin was 6 (13.2-18). | | |

4/21/2017   An LPN documented that the hemoglobin was 6 and the patient had abdominal discomfort.  The patient was lightheaded and dizzy for the past month and had nausea and vomiting for a month.  The nurse referred to a doctor.

4/21/2017   A doctor saw the patient and noted weight loss, night sweats.  The doctor noted anemia, 19 pound weight loss over a month and night sweats.  The doctor ordered the patient transferred to a hospital via state vehicle for evaluation.

4/21/2017   ER report from Graham Hospital from the 4/21/17 hospitalization showed hemoglobin of 7.5.  The report included a report of an EGD that showed extensive inflammatory changes in the distal esophagus with some ulceration suggestive of Barrett's esophagus.  The stomach was essentially normal.  The biopsy reported 4/25/17 showed mild reflux changes, chronic gastritis and helicobacter pylori.

This EGD should not have accounted for a hemoglobin of 6.

4/22/2017   The patient returned from the hospital and was placed on the infirmary.

4/22/2017   A doctor noted that the patient had a history of anemia and received two units of blood The doctor took no other history.  The doctor failed to note the hospital diagnoses. The doctor noted that the patient's hemoglobin was 6 in the ER but didn't note what the current hemoglobin was.  The doctor kept the patient on aspirin, started iron, but ordered no laboratory tests and no evaluation for a critical anemia.  Despite the patient just being diagnosed with a GI bleed and esophagitis, the doctor kept the patient on aspirin and did not start a proton pump inhibitor or H2 blocker medication.

1,3,17   The doctor failed to take a history of the current hemoglobin and did not note the weight loss and abdominal pain and failed to make an assessment of what the patient might have.  There was no plan for the significant anemia and weight loss.  The doctor continued aspirin therapy in someone with recent GI bleed, gastritis, and esophagitis. Care failed to follow generally accepted guidelines.

| Date | Event | | |
|---|---|---|---|
| 4/24/2017 | The patient told a nurse that he had constant pain below his right rib with inspiration and when he laid on his right side. | 16 | The nurse should have consulted a physician. |
| 4/25/2017 | A nurse practitioner saw the patient, who weighed 138 pounds, which was somewhere between a 28 to 46 pound weight loss over two years.  The NP noted lower quadrant abdominal pain and ordered a CBC and referred for colonoscopy. | | |
| 4/25/2017 | A referral form from Illinois River documented that the patient had a hemoglobin of 6 and a negative EGD in an ER and that outpatient colonoscopy was recommended.  This referral form was not approved. | | |
| 4/26/2017 | The temperature was 100.6 at 4:00 am and 103.4 at 8:00 pm on the graphic flow sheet. | 16 | The nurse should have consulted a physician. |
| 4/26/2017 | At 5:10 am a nurse documented that the patient had a fever but did not document calling a doctor. | 16 | The nurse should have consulted a physician. |
| 4/27/2017 | The temperature was 103.6 at noon. | 16 | The nurse should have consulted a physician. |
| 4/27/2017 | At 8:30 am a nurse documented that the patient vomited and had a temperature of 102.7  The nurse gave the patient Tylenol but did not call a doctor. | 16 | The patient had weight loss, anemia, and fever and should have been admitted to a hospital but the nurse didn't even call a doctor. |
| 4/27/2017 | A nurse noted that the patient had abdominal pain but did not refer to a doctor. | 16 | The nurse should have consulted a physician. |
| 4/28/2017 | The temperature was 101.4 at 4:00 pm | 16 | The nurse should have consulted a physician. |
| 4/28/2017 | At 4:00 pm a nurse noted that the patient had fever of 101.5 but only gave the patient Tylenol without consulting a physician. | 16 | The nurse should have consulted a physician. |
| 4/29/2017 | The temperature was 100.4 at noon. | 16 | The nurse should have consulted a physician. |
| 5/1/2017 | The temperature was 102.4 at 4:00 pm. | 16 | The nurse should have consulted a physician. |

5/1/2017  A nurse called the NP about whether the blood should be drawn and received an order to draw the CBC in the morning. The temperature was 102.4.

14  This patient should have had a stat CBC upon return from the hospital and then a few days later to assess the hemoglobin level. Because of the fever the patient needed prompt evaluation for his anemia, weight loss, abdominal pain and fever or should have been sent to a hospital for evaluation. Care failed to follow generally accepted guidelines or usual practice.

5/2/2017  The temperature was 101.4 at 4:00 am and 100 at noon.

16  The nurse should have consulted a physician.

5/2/2017  An NP saw the patient and noted that the patient had abdominal pain, fever. Remarkably, the NP documented that the patient had not been losing weight; the weight was not documented but the patient had actually lost somewhere between 28 to 46 pounds since January of 2015. The NP ordered a stat CBC but should have referred to a hospital for possible acute colitis or other condition causing weight loss, fever, abdominal pain.

1, 14  The NP should have admitted the patient to a hospital because of fever, weight loss, and abdominal pain. The NP history was wrong that the patient did not have weight loss. Fever, anemia, weight loss and abdominal pain are indications for an immediate evaluation. Care failed to follow generally accepted guidelines or usual practice.

5/2/2017  A doctor noted that colonoscopy was approved in collegial review. The doctor noted that a colonoscopy would be scheduled after transfer to Danville. It wasn't clear why the patient needed transfer to Danville for a colonoscopy. Because the patient had fever, abdominal pain and weight loss, a prompt colonoscopy and/or CT abdomen were indicated. This may have required hospitalization.

12, 14  The delay in specialty care was significant and reflects on the collegial review process. Care failed to follow generally accepted guidelines.

5/2/2017  At 2:15 pm the patient was transferred to Danville. On arrival at Danville the weight was 140 pounds or a 24 pound weight loss over nine months and a 26 or 44 pound weight loss since January 2015.

5/2/2017  Hemoglobin was 8.3 (13-16.9).

| | | |
|---|---|---|
| 5/3/2017 | An LPN noted that the patient came to the health care unit inquiring about the decreased hemoglobin. The nurse talked to a doctor who said that a CBC would be done on 5/5/17. The doctor noted that unless the hemoglobin was less than 7 the patient was to follow up next week. | 7 | Danville did not understand the urgency of the patient's problems. A nurse reviewing the patient on transfer scheduled the patient for a routine PCP visit. The physician ordered a routine CBC for a patient with weight loss, fever and abdominal pain. Care failed to follow generally accepted guidelines. |

5/3/2017 An approval for colonoscopy referral received on 5/2/17 from Wexford UM.

5/10/2017 A nurse said that the patient would be rescheduled because the labs were not yet done.

5/11/2017 The total protein was 5.8 (6-8); albumin 2.3 (3.4-5); alkaline phosphatase 213 (40-125); AST 41 (10-40); hemoglobin 7.9.

7 — This was a delay in evaluating a serious medical condition.
These were abnormal labs but were not addressed. Care failed to follow generally accepted guidelines or usual practice.

5/17/2017 Last dated problem list: hypertension, high blood lipids and prostatic hypertrophy.

5/17/2017 An NP saw the patient for semi-annual general medicine clinic. The NP took a history of right leg swelling and pain in his abdomen. The NP noted a hemoglobin of 6 on 4/20/17 with a hemoglobin of 8.3 on 5/2/17. The NP noted that the inmate weighed 150 pounds and was "very cyanotic" with right leg swelling from the knee to the foot. The NP noted that colonoscopy was approved. The only diagnosis was anemia. The blood pressure was 121/79. The NP decreased the Zocor and lisinopril without giving a reason. There were no additional orders.

6, 8 — Unilateral leg swelling is a significant finding. DVT should have been excluded; this was potentially life-threatening. Recent abnormal lab tests were not acknowledged except for the anemia. Care was grossly and flagrantly unacceptable.

5/18/2017 A doctor wrote a brief note without seeing the patient stating that a GI note from 4/22/17 documented that the patient had chronic gastritis and possible Barrett's esophagus and started triple therapy with follow up in 2-3 weeks with a repeat CBC the next visit.

4 — The patient was over 50 with weight loss, fever, anemia, and abdominal pain and needed an evaluation for this. The doctor did not perform an adequate evaluation of the patient and initiated a treatment plan without evaluation of the patient. Care failed to follow generally accepted guidelines or usual practice.

6/5/2017 Hemoglobin was 7.9.

6/14/2017 A doctor wrote that the patient's symptoms had improved "tremendously" and that the patient was scheduled for colonoscopy. The doctor did not note what the hemoglobin was. The doctor noted that the colonoscopy prep was to be started that day. The doctor diagnosed chronic gastritis.

6/15/2017 A colonoscopy report documented an infiltrative partially obstructing large mass was in the ascending colon. The mass was circumferential. Biopsies were taken. The endoscopist recommended a CT scan, CEA, referral to a colorectal surgeon, a recommendation to screen 1st degree relatives at age 40. The consultant said to "watch for signs of bowel obstruction as the mass was almost completely obstructing the lumen." The consultant recommended a CT scan of the abdomen and pelvis, tumor markers and referral to a colo-rectal surgeon within two weeks.

6/15/2017 A pathology report documented invasive moderately differentiated adenocarcinoma.

6/20/2017 A doctor noted that the colonoscopy results showed an obstructing mass in the ascending colon. The doctor ordered CBC, CEA, CMP, KUB, and follow up with colorectal surgery.

6/21/2017 A referral form on this date referred the patient to colorectal surgery. This was checked as an urgent consult but was not signed as approved.

6/22/2017 Wexford UM approved a colorectal surgery evaluation.

1,2     The doctor did not obtain an adequate history and did not examine the patient. Previously abnormal labs were not followed up. The weight loss, anemia, low albumin, elevated alkaline phosphatase were inconsistent with chronic gastritis. Care failed to follow generally accepted guidelines.

| | | | |
|---|---|---|---|
| 7/5/2017 | A doctor noted that the patient had swelling of the right lower extremity and that oncology follow up was pending. The patient had 2+ pitting edema of the right leg from mid-thigh to "distal extremity." The doctor ordered a D-dimer, and other tests and ordered ted hose and gave the patient a cane. The blood pressure was elevated at 134/99 and pulse was 113. The doctor still did not document the hemoglobin. The doctor increased HCTZ. To treat suspect DVT with HCTZ was below standard of care. The doctor ordered a "PRN" follow up. | 4, 8, 15 | The doctor apparently thought of pulmonary embolism or DVT because he ordered a D-dimer. If the doctor believed the patient might have a DVT, immediate transfer to a hospital for Doppler was indicated. The doctor did not address the possible etiology of unilateral leg swelling with an abdominal mass-known to be likely cancer. To order a diuretic for unilateral leg swelling without excluding DVT is incompetent. The doctor ordered "PRN" follow up for a potentially life-threatening problem. Care was grossly and flagrantly unacceptable. |
| 7/5/2017 | The nurse was unable to draw all labs and rescheduled the D-dimer test. The doctor was not notified. | 8 | This was a significant test and the delay should have resulted in a call to a physician. |
| 7/5/2017 | The BUN was 23 (6-20); albumin 2.2 (3.4-5); alkaline phosphatase 301 (40-125); AST 82 (10-40); WBC 14.6 (3.9-12); hemoglobin 9.1. | | |
| 7/10/2017 | An LPN documented that approval was needed for a D-dimer test and did not draw it. The infirmary nurse was notified and was asked to check with the infirmary doctor. | 8 | A D-dimer test is a test for a potential emergency condition (DVT or PE). This test had been delayed five days due to bureaucratic obstructions. The patient should have been admitted to a hospital for a Doppler but even the D-dimer test was significantly delayed. |
| 7/10/2017 | Serum iron was <10 (50-180); transferrin 100 (200-400); iron binding capacity 140 (250-450); INR 1.4 (0.9-1.2). | | |
| 7/12/2017 | A colorectal surgeon saw the patient. The patient told the surgeon that he lost 50 pounds in the past 3-4 months. The surgeon palpated a left upper quadrant mass suspected to be his liver with a fluid wave consistent with ascites. This note was incomplete and did not include the assessment or plan. | 14 | This visit was two weeks late. Care could reasonably have been expected to be better. |

7/14/2017 A CT scan showed small left pleural effusion; large metastasis in the liver of 16 by 17 cm. There was a large mass involving the ascending colon. There was a large amount of ascites exerting a mass effect and suspicious for pseudomyoma peritonei. There was a large metastasis in the anterior abdomen with peritoneal nodules and a lymph node in the area of the pancreas. The hemoglobin was 7.8. The CEA was 2185 (0-3)

8/3/2017 The patient was admitted to the infirmary for "severe LE edema" to both legs over the past two weeks. The doctor noted 3+ edema in both legs and in the penis and scrotum and started Lasix and ordered CBC, CMP and elevation of the leg and a Foley catheter. The patient was now unable to walk. The provider failed to include in the history that the patient had weight loss, and recent fevers. The doctor noted that the patient had recently diagnosed colon cancer but did not apparently associate the colon cancer with the edema. The doctor provided only symptomatic treatment of the edema without making a diagnosis. It did not appear that the doctor reviewed the hospital record.

1, 2, 3 Starting a Foley catheter without indication can lead to infection. It was not made clear that the penile edema was causing difficulty urinating. As well, the doctor failed to associate the colon cancer recently identified and the edema. The doctor was treating the patient without having a diagnosis for a potentially life-threatening problem. This failure placed the patient at risk of harm. Care was grossly and flagrantly unacceptable.

8/3/2017 A nurse noted that the Foley catheter could not be placed due to penile edema. The doctor was also unable to insert the Foley catheter but was able to insert a straight catheter. Ultimately, doctor and nurse gave up and gave the patient a urinal.

8/4/2017 The patient vomited approximately 100 CC of yellow bilious vomit with bloody streaks. The nurse called a doctor who advised to send the patient to a hospital.

8/4/2017 A chest and abdominal x-ray showed basilar atelectasis and gas overlying the rectum.

8/7/2017   A therapeutic paracentesis was performed at Carle Clinic.  6 liters of serosanguinous fluid was drained.  A PET scan showed metastatic involvement of right lower abdomen involvement with adjacent lymph nodes, liver involvement with central necrosis.

8/7/2017   A hospital note documented that the patient was admitted for severe ascites, nausea, vomiting and abdominal pain with malnutrition and hypoalbuminemia.  The assessment was noncurable metastatic colon cancer.  The colorectal surgeon was consulted as was an oncologist.  Palliative surgery was suggested but because of malnutrition, he was a surgical risk. He had ascites from the low albumin from malnutrition.

8/17/2017  There were no further notes we could locate.  But the patient was listed as dying on 8/17/17 of metastatic colon cancer. There was no death summary or autopsy.

8/26/2015 A letter to a nurse at the Stephenson County Jail in Freeport Illinois from a Pediatric Cardiologist from UI @ Peoria in Rockford IL stating that the patient had repair of Tetralogy of Fallot during childhood and had residual defects.  A case conference recommended that he obtain a magnetic resonance angiography of the heart and pulmonary vessels at St. Francis Medical Center in Peoria and a Holter monitor.  If the studies confirm their impression they would recommend replacement of his pulmonic valve to resolve his severe pulmonary regurgitation.  Next to the inmate's name was written his IDOC number indicating that the IDOC probably had this letter.  On the bottom of the letter dated 9/18/15 is a brief note stating "Reviewed PLS schedule tests as recommended."  The patient obtained the Holter monitor, but the scheduled MRI was not done as ordered.

This patient had a serious congenital heart disease and his cardiologist was planning to replace his pulmonic valve when the patient became incarcerated.

10/13/2015 The patient had a Holter monitor for a preoperative evaluation at the Children's Hospital.  The patient had right bundle branch block.  1509 supraventricular ectopic beats.  There were 1.4% premature atrial contractions.

11/5/2015 Intake labs included bilirubin 1.5; ALT 9; AST 25; Alk phos 65; hepatitis C negative; syphilis non-reactive; INR 2.1; an EKG showed NSR with possible left atrial enlargement, right bundle branch block, possible inferior infarct and T wave abnormality-consider lateral ischemia.

Pulmonic regurgitation associated with Tetralogy of Fallot is a diastolic murmur.

11/5/2015 The patient arrived at NRC.  A nurse took a history of past cardiac surgery as a child and "pending surgery for leak in heart;" blood clots in the past and currently on coumadin.  The patient told the nurse that he was on Plavix since July.  The patient was 6 foot tall and weighed 135 pounds.

11/5/2015 A PA saw the patient in NRC for his reception physical examination. The PA noted that the patient had a prior stroke in May of 2015 and was on Plavix but switched to Coumadin and that he had cardiac surgery as a child. The PA did not take a more in depth history but did note that the cardiac surgery was in the 1980s at Swedish American Hospital in Rockford and the CVA was treated at Freeport Memorial Hospital in Freeport IL. The PA documented a systolic murmur II-III/VI. The assessment was history of childhood cardiac surgery, prior stroke, and rule out aortic stenosis. The PA started Coumadin 5 mg and ordered a physician follow up. The PA discussed the case with a doctor who recommended the doctor follow up urgently. The PA did not request old records.

1, 2, 12 The patient was in the midst of a valve replacement due to complications of his pulmonic regurgitation and the PA failed to take an adequate history to uncover this.

11/18/2015 The patient transferred from NRC to Sheridan. The transfer document listed rule out aortic stenosis and post stroke as his two medical conditions. No follow up care or specialty referrals were indicated. The Sheridan nurse scheduled the patient for a routine general medicine clinic and noted that the patient gave a history of having a small valve in his heart with a hole in his heart.

15 The transfer did not include that the patient had pending cardiology work up.

12/3/2015 The patient was scheduled for an MRI at Children's Hospital of Illinois in Peoria.

12/10/2015  The patient was seen in chronic care at Sheridan for cardiology clinic. The blood pressure was 118/80, which is normal. The doctor listed warfarin as the only medication. The doctor noted that the patient had childhood cardiac surgery and a prior stroke in 2015 which the doctor wrote was "due to likely embolization of blood clot in heart." The doctor failed to contact the patient's pediatric cardiologist. The doctor failed to obtain a prior record or call the cardiologists. The doctor did write that the history was uncertain and that the patient was not clear on dates. The doctor noted that the patient was supposed to have surgery for balloon valvuloplasty prior to incarceration. On physical examination the doctor documented an irregular heart rhythm with a murmur but did not order a stat EKG. The doctor wrote in the examination space "suspicious for A fib" with aortic stenosis. Despite knowing that the patient was supposed to have surgery, the only plan was to continue warfarin, order a routine EKG, start metoprolol for a year; drew labs, submitted a referral to UIC cardiology and ordered a follow up after the cardiology visit. The indication for metoprolol was not stated. The patient had elevation of blood pressure. Metoprolol is known to increase conduction disorders when they exist and can cause heart block. The patient had known conduction abnormalities due to his pulmonic regurgitation. This unnecessary medication placed the patient at risk of harm. The doctor did not call the patient's cardiologist or continue the plan the patient had prior to incarceration and the doctor made no attempt to find

1, 4, 7, 12    The doctor presumed the patient had aortic stenosis with atrial fibrillation without verifying with an EKG or echocardiogram. The doctor should have contacted the patient's cardiologist to determine the status of the patient. Instead, the doctor presumed that the patient was stable. The doctor did not refer the patient to the correct consultant (pediatric cardiothoracic surgeon) which would ultimately delay the surgery. The doctor started metoprolol, a beta blocker, which can increase the potential for conduction disorders in a patient at significant risk for conduction disorders which this patient had as a result of the pulmonic valve disease. This may have been responsible for the patient's death.

12/15/2015  A doctor noted that the patient was approved in collegial for UIC cardiology.

12/16/2015  Wexford UM approved a cardiology consult at UIC.

Patient #2

| 12/18/2015 | A doctor evaluated the patient for Coumadin clinic. The doctor noted significant cardiac disease. The doctor's heart examination was regular rate and rhythm with no murmur. The doctor noted that the patient had a cardiology appointment in 2-3 weeks. | | |
|---|---|---|---|
| 12/23/2015 | The patient was  evaluated by a physician after a code 3 [emergency] for sudden onset of mid-sternal chest tightness. The patient had dizziness.  An EKG showed RBBB with possible inferior infarct, left atrial enlargement and T wave abnormality consistent with ischemia.  The doctor's only examination was documented as "CVS -  chest-" implying no findings, yet the patient had a known significant murmur.  The doctor assessed angina vs [something illegible].  The doctor ordered ibuprofen and noted that the patient had a UIC appointment in 2-3 weeks. | 14 | For symptoms consistent with angina in a person with dizziness and a known valvular heart condition and with an EKG suggestive of ischemia, the patient should have been referred to a higher level of care.   Instead the patient was not treated with antianginal medication but was noted to have a routine appointment. The care was grossly and flagrantly unacceptable. |

1/13/2016   The patient was seen at UIC cardiology. The UIC cardiology fellow did not know what the patient had. The patient had DOE and told the cardiologist that he had two surgeries, one to fix a hole in his heart and the second to correct a dysfunctional valve. The patient didn't know if the valve was stenotic or regurgitant. In May 2015 the patient had a stroke treated at Freeport Memorial hospital. He was started on warfarin. The patient knew his cardiologist (Dr. Foran) at Rockford Children's Hospital. The patient told the cardiologist that he was supposed to have repeat surgery on his valve. The doctor wanted the records from Rockford Children's Hospital and Freeport Memorial hospital and ordered an echocardiogram to evaluate which valve was involved. A four-month follow up was recommended. On the referral form, the cardiology fellow recommended obtaining the records from the prior cardiologist, obtaining an echocardiogram, and to return to the clinic after the echocardiogram.

1/14/2016   A doctor at Sheridan saw the patient after the UIC cardiology visit. The doctor noted that the patient had sinus rhythm at UIC and documented that UIC recommended getting old records and to get echocardiogram. The patient had occasional episodes of dyspnea, palpitations, and presyncope and had irregular rhythm with III/VI systolic murmur. The doctor submitted a referral to UIC for echocardiogram. The doctor did not attempt to get the old medical record or to attempt to find out which cardiologist had cared for the patient.

1/14/2016   A referral to UIC cardiology for follow up was ordered on this date but cancelled on 4/28/16, the day the inmate died.

| | | | |
|---|---|---|---|
| 1/19/2016 | A doctor noted that the UIC echocardiogram was approved in collegial review. | | |
| 1/19/2016 | Wexford UM approved an echocardiogram. | | |
| 2/9/2016 | An echocardiogram was done showing normal LV, ejection fraction of 55-60%, diastolic flattening of the septum, mild to moderate enlargement of the right ventricle, moderately reduced RV systolic function and severe pulmonic valve regurgitation with PA systolic pressure not assessed due to inadequate tricuspid insufficiency. An EKG treadmill was recommended to assess exertional capacity and if poor would refer for surgical correction of the pulmonic valve. | | |
| 2/10/2016 | A doctor wrote a note that the patient had congenital heart disease with prior surgery and had a history of stroke with cardiac arrhythmia. The doctor noted that the patient had a pending echocardiogram which had been approved. | 10 | The doctor did not have the echocardiogram report and failed to note the abnormality. |
| 2/18/2016 | A doctor wrote a note without seeing the patient stating he received a communication from a clinical pharmacist regarding a potential drug interaction between Coumadin and ibuprofen. The doctor stopped the ibuprofen and ordered a FU after the echocardiogram at UIC. | 10 | The doctor did not have the echocardiogram report and failed to note the abnormality. This was a week after the test. The doctor wasn't even aware that the patient had the test already. |
| 2/19/2016 | INR was 2.3. | | |
| 3/7/2016 | A doctor wrote a note without seeing the patient, noted that the patient was on Coumadin for anticoagulation because of a congenital heart defect and post stroke. The INR was 2.4. There was no evaluation of the patient. The doctor continued the Coumadin. | 10 | Almost a month after the echocardiogram, its results were not reviewed. The results, recommending surgery, were unnoticed. |
| 3/21/2016 | INR was 3.0. | | |

3/24/2016 A doctor saw the patient and noted that the patient was requesting follow up of his cardiology visit. The doctor noted that the patient had his echocardiogram at UIC but that the report was unavailable. The doctor documented that UIC cardiology would follow up on the results. The patient had irregular rhythm with a II/VI systolic murmur. The doctor made no assessment other than that the patient had a UIC cardiology appointment for follow up of the echocardiogram. The doctor ordered a follow up with UIC and continued the metoprolol. The patient weighed 144 pounds and had a blood pressure of 98/62. The patient asked for a low bunk saying he loses his grip and couldn't pull himself up and has "near falls." The doctor ordered a low bunk but did not address the hypotension, and continued metoprolol.

4/11/2016 INR was 3.6
4/12/2016 A doctor wrote a note without seeing the patient and noted that the patient was on coumadin for a prior stroke secondary to a blood clot in his heart since 12/31/15. The doctor noted the most recent INR on 4/11/16 was 3.6. The doctor held the Coumadin and restarted the next day with an INR in a week.

4/18/2016 INR was 1.9.
4/25/2016 A doctor wrote a brief note without seeing the patient, stating to schedule the patient for cardiology and ordered an EKG ASAP with an addendum to cancel the EKG.

3, 10 The patient had near syncope, low blood pressure, and valvular heart disease yet there was no urgency in the evaluation despite alarming signs (low blood pressure and irregular heart rate). The referral to cardiology was routine. The echocardiogram, which was abnormal, was not obtained. Almost two months after the echocardiogram, the report was not present in the record. The doctor was therefore unaware of the diagnosis or the recommendation for stress test and surgery. Care was grossly and flagrantly unacceptable as the system was indifferent to the patient's serious medical need by not even providing to physicians a critical test (echocardiogram) for almost two months. During the four months in IDOC the diagnosis of the patient or the impending need for valvular heart surgery was unknown to IDOC staff.

4/25/2016 A doctor referred the patient to UIC cardiology for a treadmill test as recommended presumably by the echocardiographer. The doctor did document a note on this date but didn't document review of the echocardiogram.

4/25/2016 A notice of furlough in the medical record indicated that the patient had a cardiology appointment at UIC on 5/3/16.

4/27/2016 Wexford UM approval for exercise stress EKG and Echo at UIC scheduled for 5/3/16. The patient already had the echocardiogram.

4/29/2016 An autopsy was done for the death, which occurred on 4/28/16. The autopsy showed an enlarged heart, there was a patent foramen ovale and no valvular abnormalities. There was minimal atherosclerosis. The diagnoses were pulmonary edema, pulmonary anthracosis, post repair of congenital anomaly, endocardial fibrosis, and patent foramen ovale. The death was determined to be from cardiac arrythmia.

6/1/2016 These labs were from the wrong patient: total cholesterol 176; TG 94; HDL 61; LDL 96.

Patient #3

| | | | |
|---|---|---|---|
| 8/14/2015 | The 47 year old patient had reception history at NRC. A nurse documented that the patient had hypertension, and was on Norvasc, aspirin and HCTZ. The BP was 133/87. The provider physical examination included no further history. The doctor said that the patient refused a DRE. The doctor started the patient on his medication. The weight was 200. | | |

| | | | |
|---|---|---|---|
| 8/14/2015 | Intake labs included a total protein of 8.1; bilirubin of 1.7; hepatitis C was negative. Reactive syphilis titer. The syphilis EIA was unconfirmed. The lab recommended to retest in a month. | 6 | There was no follow up of these abnormal tests. Care failed to follow generally accepted guidelines. |
| 8/28/2015 | The patient was transferred to IRCC. On arrival the BP was 146/80. | | |
| 9/7/2015 | AST 90 (10-40); alt 77 (10-50); calcium 9.2; sodium 138. | | |
| 9/16/2015 | Total cholesterol 267; TG 132; HDL 32 and LDL 209, hemoglobin was 14.1. | | |
| 9/23/2015 | At chronic care clinic the doctor noted that the patient had cholesterol of 267; TG 132; HDL 32; and LDL of 204. The doctor ordered zocor and continued HCTZ, Norvasc, aspirin. The weight was 200 pounds. | 4 | The patient had a 10-year cardiovascular risk of 9.7% and should have been placed on a moderate to high intensity statin. Instead, the doctor ordered a low intensity statin, which the patient never received. Over the following two years, no one recognized that he wasn't receiving the statin medication. |
| 12/30/2015 | A nurse saw the patient for back pain. The blood pressure was 148/90. There was no referral. | | |
| 2/9/2016 | The bilirubin was 0.7; total protein 7.3; total cholesterol 232; TG 97; HDL 38; and LDL 175. | | |

Patient #3

3/17/2016 An NP saw the patient for HTN chronic clinic. The patient was
on HCTZ, Norvasc, and aspirin. The NP did not mention Zocor.
The weight was 205. The NP documented that the inmate
wanted to try lifestyle modification instead of using a statin
drug, although zocor had already been prescribed in 2015.

4/14/2016 The patient asked about his medications. The blood pressure
was 140/90.

7/25/2016 The patient saw an RN and asked to see the NP because he
had headaches on and off with "pressure behind his eye"
leading him to take the Norvasc twice a day instead of once.
The BP was 128/80. The nurse took no action and charged the
patient $5.

8/16/2016 Bilirubin 1.1; potassium 3.3; total protein 7.3.

9/19/2016 An NP saw the patient at IRCC for HTN. The weight was 200
pounds. The BP was normal. No changes were made.

2/8/2017 The patient transferred to East Moline CC. The transfer form
listed hypertension as his only problem. He was on Norvasc
10, aspirin, HCTZ and KCL.

2/15/2017 Blood glucose 156; bilirubin 1.4; anion gap 13; total
cholesterol 216; TG 132; HDL 38; LDL 152.

2/16/2017 A doctor noted that the blood sugar was 156 so he ordered an     6     The doctor failed to act on elevated bilirubin.
A1c and RBS. But the doctor failed to note the elevated
bilirubin or cholesterol.

2/27/2017 A1c 5.2 and glucose 100.

3/9/2017 A doctor saw the patient for HTN clinic at EMCC. The weight     5     The blood pressure was elevated but the doctor took no
was 212. BP was 144/84. No changes were made.                           action.

Patient #3

6/6/2017   A nurse saw the patient for upper respiratory symptoms.  The patient had headache, cough, and stuffy nose.  The temperature was 100.1; pulse 109; and BP 112/60.  The nurse gave the patient cold tablets and did not refer.

6/19/2017  The patient saw the nurse for a persistent cough that he had for about 10 days.  The temperature was 98.6; pulse 102; BP 126/78.  The nurse scheduled a physician visit for the following day.

6/20/2017  A doctor saw the patient for cough and headache.  Some of the note was illegible.  The pulse was 108 and temperature 99.9 with an oxygen saturation of 94%. Parts of the physical examination were illegible.  The doctor did not order follow up.

      1, 3    Chronic cough with previous low grade fever should have prompted a better history and evaluation including a chest x-ray.  The doctor did not evaluate the TB status of the patient.  Care did not follow generally accepted guidelines.

7/18/2017  A nurse saw the patient for headache, sore throat, cough, and runny nose.  The pulse was 104, temperature 98.4 and BP 124/86.  The nurse advised salt water gargles but did not refer to a provider.

8/1/2017   A nurse saw the patient for cough, chest pain and cold sweats.  The temperature was 99.1; pulse 100; and blood pressure of 126/58.  The weight was 200.  The nurse referred the patient to doctor sick call on 8/3/17.

8/4/2017   A doctor saw the patient and ordered a chest x-ray for the chronic cough.  The physical examination was normal.  The chest x-ray returned and the doctor diagnosed pneumonia and started azithromycin for five days.

8/4/2017   A chest x-ray showed linear atelectasis in lung bases with no consolidation or heart enlargement.

Patient #3

8/11/2017  A doctor saw the patient for FU.  The patient had complained of night sweats and cough.  The doctor documented that the x-ray was reported as clear with atelectasis.  The doctor assessed cough and cold sweats and ordered a CBC, CMP, ESR with a follow up.

8/16/2017  The hemoglobin was 10.9; with microcytic indices.  The ALT was 8 and AST 9 which were both low.  The sedimentation rate was 69.

8/18/2017  A doctor didn't see the patient but noted that the hemoglobin was 10.9 with a sedimentation rate of 69.  The doctor ordered a RF, ANA, iron panel, ferritin and stool for occult blood x 3 with a follow up.

    7, 8    The patient had significant anemia with elevated sedimentation rate.  Endoscopy should have been considered and CT scan of the chest and abdomen were indicated because the reason for the elevated sedimentation rate and anemia were not known.  FOBT was appropriate.

8/21/2017  The patient refused the stool for occult blood.

8/22/2017  The doctor saw the patient, who refused blood tests and stool tests.  The doctor's note was partly illegible.  The patient felt the cough was better.

9/6/2017  The sodium was 133; glucose 115; anion gap 122; $CO_2$ was 23.

9/14/2017  A doctor saw the patient for HTN chronic clinic.  The patient was on aspirin, zestoretic (combination of lisinopril and HCTZ), and amlodipine.  Weight was 191 and BP was 138/66 and pulse 110.  The doctor noted cough and weight loss and noted that the patient refused further testing.

10/3/2017  The hemoglobin was 8.9 with microcytic indices.  The platelets were 357 and WBC 8.

Patient #3

| | | | |
|---|---|---|---|
| 10/13/2017 | A nurse saw the patient for flank pain. The pulse was 109; respiratory rate 24; BP 120/48 and the weight was 181, a 19 pound weight loss. The nurse also saw the patient for upper respiratory symptoms. The patient complained of cough, SOB, yellow phlegm. The patient had PEFR of 325/350/400 with a oxygen saturation of 97%. The nurse referred to a physician that day. | | |

| | | | |
|---|---|---|---|
| 10/13/2017 | A doctor saw the patient who said he "can't breathe." The patient had cough and dyspnea on exertion. The doctor noted that the patient had lost about 30 pounds in five months. But the doctor took no history with respect to the weight loss, such as whether he was able to eat, swallow, had diarrhea, constipation, and normal bowel movement or whether he had abdominal or any other pain. The patient permitted a digital rectal examination that was negative for occult blood. The doctor ordered a chest x-ray; CBC, CMP, RF, ANA, TSH, T4, and urine culture and analysis. The doctor placed the patient on the infirmary for 23 hours observation. | 1, 7, 8 | The doctor took inadequate history. Given symptoms, weight loss, and elevated sedimentation rate, a CT scan of the chest and abdomen were indicated due to a lack of a diagnosis. Endoscopies were still indicated. |

| | | | |
|---|---|---|---|
| 10/13/2017 | A chest x-ray showed enlarged heart in a globular shape; pericardial effusion could not be excluded. | | |

Patient #3

| | |
|---|---|
| 10/14/2017 | A nurse saw the patient on the infirmary and noted that the pulse was 116 with a blood pressure of 132/58. The weight was 179 pounds. The nurse documented talking to the doctor who ordered the patient released from the infirmary with instructions to complete the stool for occult blood. The doctor asked for the laboratory tests for 10/16/17 with FU the same day and to notify staff if any changes occurred. On the same day, a nurse documented one stool was negative for occult blood. |

10/16/2017 A doctor saw the patient. The pulse was 107; BP was 122/46 and temperature 98.4. The patient felt better. The doctor took no history. The patient had a 2/6 systolic murmur. The doctor didn't know what the patient had except for iron deficiency anemia. The blood tests had apparently not returned. Given the murmur, further work up (echocardiogram) was indicated. Because the doctor didn't know what the patient had, he should have been admitted to a hospital for evaluation. The doctor started iron supplements and ordered follow up in a week.

14   The patient should have been referred to a hospital. He had possible pericardial effusion, significant weight loss, elevated sedimentation rate, new murmur, and anemia. A stat echocardiogram was indicated. Additional testing CT scans and endoscopies were also indicated as the patient had serious illness and no diagnosis.

10/16/2017 The PSA was 0.1; T4 8.9 (5-12); TSH 1.24 (0,35-4); sedimentation rate 98 (0-10); ANA non-detectable and RF <10.

10/19/2017 The doctor noted that the PSA was 0.1; the TSH, T4, ANA, and RF were all negative. The doctor didn't see the patient but ordered a CBC and CRP.

10/20/2017 The CRP was 43.8 (<8). WBC was 9.6 with hemoglobin 8.3.

Patient #3

10/23/2017 The doctor saw the patient. The weight was 178 pounds. The pulse was 119 and temperature 97.3. The only history was the doctor statement that the patient felt fine. The doctor was not tracking any symptoms of the patient. The patient has a systolic murmur and anemia. The doctor noted that the patient had anemia and "possible pericardial effusion," although it wasn't clear how the doctor came to that conclusion. The doctor wanted to admit the patient to an ER but the patient refused.

1     The history was poor but the decision to admit to a hospital was appropriate, but the patient refused.

11/3/2017 A doctor saw the patient, who had pulse of 118; BP 154/82 and weighed 174 pounds. The only history was that the patient wasn't eating because he had no appetite. The patient had a 3/6 systolic murmur. The patient again refused to go to the ER or have blood work done. A mental health referral was submitted.

1     The history was poor but the decision to admit to a hospital was appropriate. This patient should have been sent to a hospital and allowed to refuse at the hospital.

11/3/2017 At 10:30 am the patient was diaphoretic with pulse of 114 and BP 80/40. The heart rhythm was irregular.

11/3/2017 At 8:17 pm the patient was unresponsive. CPR was initiated. The patient died at 8:20 pm.

11/3/2017 The death certificate documented that an autopsy was not done.

Patient #4

5/27/2016  The patient had his NRC history.  The patient had prior pelvis
surgery after a motorcycle accident in 1992.  The patient had
no identified problems except for mental health problems.

5/27/2016  A psychiatrist note documented that the patient was on
Depakote, Risperdal, and Remeron.

5/27/2016  The creatinine was 1.51; the other components of the
metabolic panel were normal.

6/8/2016  Total cholesterol 164; TG 151; HDL 41; LDL 93.  CBC was
normal.

6/13/2016  The patient was transferred to BMR.

11/15/2016  The patient had reception history but the location wasn't
documented.  The patient had no problems identified except
for mental illness.  This was an apparent re-incarceration.

11/15/2016  CMP was normal.  Creatinine was 1.22 (0.5-1.5).

11/17/2016  The patient had a reception physical examination.  No
additional medical history was taken except for drug use.  The
patient had no medical problems identified except for mental
health with a prior suicide attempt.

11/29/2016  The patient transferred from NRC to EMCC.  The patient was
on Remeron.

12/2/2016  Total cholesterol 196; TG 100; HDL 43; LDL 133.

Patient #4

3/22/2017   A nurse assisted the patient at 4:23 pm.  He said he was dizzy and had just collapsed.  The patient was responsive to questions.  The nurse didn't take the patient's vital signs and noted that the patient was able to respond.  While the nurse started to take vital signs the patient began seizing.  The patient had foam coming out of his mouth and the nurse turned the patient on his side.  The patient became combative and seized again.  The patient was again rolled on his side.  The nurse told custody to call an ambulance.  The patient then said he couldn't breath and oxygen was initiated.  The BP was 80/40; pulse 82 and respirations 24 and saturation 90%.  The patient tried to remove the oxygen mask when paramedics arrived and the patient again began seizing.  The nurse checked for a pulse but could not obtain one so medics began CPR and continued until the patient left for the hospital.  There was no timeline for the terminal event.

3/23/2017   A death summary noted that the patient died on 3/22/17 at a hospital.  The patient suddenly collapsed, got up, then collapsed again, going into seizure like activity.  CPR was initiated after the ambulance arrived but the patient was pulseless.  The patient was pronounced dead at the hospital.

3/24/2017   The autopsy showed large bilateral pulmonary emboli with pulmonary congestion.  Death was due to pulmonary emboli.

Patient #5

8/8/2017 A nurse completed a reception history.  The  reception form is defective.  It has only a few diseases and nurses do not record problems in the explanation section and only list problems in the assessment.   The age of the inmate was not on the form.  The CBG was 148.  The only history boxes checked were for cardiac.  The patient was noted to be on metformin and glargine but the diabetes box wasn't checked.   The nurse gave no explanation of his cardiac/HTN problem.  In the surgery section, the nurse noted that the patient had history of unspecified open heart surgery in 2012 and had a stent "L side" (it wasn't clear what this meant).  In the assessment the nurse documented IDDM, sleep apnea, and glaucoma but did not state what his heart condition was.  The patient weighed 220 pounds yet the nurse listed the patient as an IDDM, which did not appear accurate.  The patient most likely had type 2 diabetes.  The blood pressure was 119/67.  The nurse noted that the patient was oriented x 3.  This was a very poor history.  The nurse made no entries commenting on any alteration of mental status.

1   The history was inadequate as it did not identify all of the patient's problems.

Patient #5

8/8/2017 A doctor performed the reception physical examination. The doctor took no history and given the lack of nursing history, the patient ultimately receive inadequate history. The doctor recorded a totally normal examination, mostly checking boxes as normal. The doctor did not assess mental status. The assessment was IDDM, HTN [illegible but looks like HTN], CAD with open heart surgery for unspecified reasons in 2013; post stent placement; glaucoma; asthma; sleep apnea; umbilical hernia. The doctor started a number of medications but they were illegible. The MAR documented that the patient received KOP meds including Ventolin, oxybutynin, folate, omeprazole, atorvastatin, hydralazine, and Brilinta. On a different MAR the patient was started on NPH insulin 14 units BID with a sliding scale regular insulin. The MAR includes eight refusals over a 13 day period for the NPH. The regular insulin was only given twice a day (to accommodate custody) and the patient refused seven times. The reasons for use of oxybutynin was not documented in the record and none of the listed problems were an indication for oxybutynin. The reason for the Brilinta was also unclear. It wasn't clear that the patient had a STEMI in the past, which is an indication for Brilinta. It is clear that the patient was on this medication because of prior stent placement or possibly CABG. This was an extremely poor history and assessment, as it wasn't clear why the patient was using some of his medications.

1, 3    The doctor took an inadequate history of the patient's conditions and did not develop an adequate treatment plan for the patient's problems. Specifically, the doctor documented medication (oxybutynin and Brilinta) without an indication. The doctor modified an established treatment plan (diabetes) without appropriate documentation of the reason for the change or discussing the change with the patient. Care failed to follow generally accepted guidelines or usual practice.

Patient #5

8/8/2017 A doctor different than the one who performed the physical examination ordered Coreg, Norvasc, Zestril, hydralazine, atorvastatin folate, and aspirin. A month supply of aspirin, Coreg, Norvasc and Zestril were given to the patient but these were not documented on the MAR.

8/8/2017 BUN was 26 (6-20); creatinine 1.79 (0.5-1.5); these abnormal tests were not evaluated at NRC.

6    The doctor did not follow up on this abnormal lab result indicating renal disease which was not a current patient problem.

8/22/2017 The patient wasn't seen again at NRC and on 8/22/17 at 8 pm the patient transferred to EMCC. The problems listed on the transfer sheet included IDDM, HTN, CAD, glaucoma, and asthma. The patient was listed as being on albuterol, NPH and regular insulin, atorvastatin, latanoprost, ticagrelor and an illegible eyedrop, Coreg, Norvasc, Zestril, metformin, oxybutynin. The blood pressure was 150/an illegible number. The patient was referred to chronic care.

8/22/2017 At 8:30 pm a nurse documented that the patient was placed overnight in the HCU because the patient was confused. The patient answered questions with "obscure answers" and was unable to walk to the health care unit by himself. The nurse wrote he was "very confused on where he is and why." The medication that was issued as KOP were removed from his control for his safety. The nurse didn't call a physician.

14, 16    A new diagnosis of confusion in a patient without any condition that includes confusion as a symptom should have resulted in an immediate consultation with a physician and referral to a hospital for evaluation.

8/23/2017 At 4:40 am the patient refused to have an AccuChek and refused his insulin. The nurse referred the matter to the HCUA and DON but did not call the doctor. The nurse returned later and the inmate accepted insulin.

Patient #5

8/23/2017  A doctor saw the patient.  The temperature was 97.5; pulse 53; BP 140/74, and oxygen saturation 99%.  The doctor noted that the patient was 75 years old with a history of DM, CAD, sleep apnea, asthma/COPD, glaucoma, GERD, HTN.  The doctor noted that the patient used to use a CPAP machine but hadn't use one for two weeks.  The doctor noted that the patient had been confused for the past week but took no other history of this problem.  The doctor documented that the patient used albuterol twice a week.  There was no other history remarkably.  On examination the doctor documented that the patient was somewhat forgetful and documented the patient was "A + O" presumably meaning alert and oriented but the doctor didn't perform a mental status examination.  The doctor did not perform a neurological examination, examine the cranial nerves or an in depth mental status assessment.  The doctor assessed asthma/COPD, HBP, CAD, glaucoma, DM, and OSA, and ignored the confusion.  There was no history, physical examination, or evaluation for the recent onset of confusion.  The doctor housed the patient in the health care unit without ordering any diagnostic testing.

1, 2, 8, 14  The patient had relatively new onset of confusion.  The doctor failed to take adequate history or perform adequate examination.  The patient should have been referred for diagnostic testing including possible CT scan, and prompt laboratory testing including for toxicology.  This did not occur for five days.  Care failed to follow generally accepted guidelines.

8/28/2017  BUN 23 (6-20); B12 283 (181-914); creatinine 1.53 (0.5-1.5); A1c 6.4; cholesterol 122; TG 97; HDL 33; LDL 70; T3 (80-178); hemoglobin 11.2 (13.2-18).

Patient #5

9/2/2017   A nurse wrote that the inmate was bleeding from his mouth.
           The patient had a laceration of the left side of his tongue.
           There was a flap still attached with gross swelling.  The inmate
           was unable to speak secondary to the swelling.  The patient
           was unable to swallow.  The nurse wrote "confusion present
           as normal for inmate." The patient was sent to an ER.  On
           9/2/17 the facility was notified that the patient died.

9/2/2017   A nurse wrote an incident report documenting that the patient
           bit his tongue and that it was lacerated and swollen with gross
           bleeding.  There was no evidence of assault.  The patient had
           difficulty swallowing.

9/2/2017   A nursing progress note from the hospital documented that
           the patient was able to state his name and birthdate but that
           it was difficult to understand what the patient was saying.  The
           BP was 160/90 with pulse between 90-100.  Photos were
           taken of the swollen tongue and lips.  The doctor attempted to
           intubate the patient but was unable to visualize the vocal
           cords.  The patient suddenly stopped breathing.  An ICU doctor
           assessed that the patient had ACE related angioedema.

9/2/2017   Unfortunately, there was no autopsy for this patient.  The
           recent new onset of confusion is troubling and was not
           thoroughly worked up with history, physical examination, or
           CT scan.  It is not clear if this contributed to the patient's
           death.

9/5/2017   The death summary documented that the patient was on the
           medical unit and developed a swollen tongue for which he was
           sent to the hospital, where he died suspected of having
           angioedema from lisinopril.

Patient #6

1/6/2016  A doctor wrote a brief note noting that the patient had multiple scratches on the skin from the inmate scratching herself.  The doctor wrote an order to schedule the inmate to come to clinic Tuesday for a femoral phlebotomy that he would perform.  There was no evaluation of the inmate.  The doctor re-ordered minerin creme.

1/8/2016  Hemoglobin 11.1; platelets 91.

           This patient had likely cirrhosis and should have had screening endoscopy and screening for hepatocellular carcinoma on a semi-annual basis.

1/9/2016  INR 1.4.

1/11/2016  A1c 7.6.

1/20/2016  Optometry exam for retinopathy.

2/3/2016  The patient complained bitterly about her treatment.  She said that she had the skin problem for months and "I already done the cream you put up inside you once and I have had this problem for months and no one will do anything about it… I have been complaining about it for months and I come over here and pay and nothing gets done."  Apparently the patient was going to the HCU for her skin cream.

Patient #6

2/9/2016 A doctor noted that the patient had back "boils." The patient was asking for pain medication. The patient had a raised indurated area on her back with scarring from previous lesions. The doctor noted that the patient could stand and sit without difficulty. There was no other examination. The doctor assessed a "back boil with a few smaller indurated red spots in a diabetic patient." The doctor started minocycline. There was no follow up ordered. The doctor failed to evaluate recent laboratory results indicating that the patient had cirrhosis and anemia.

1, 2, 3   The doctor did not take an adequate history or establish a coherent treatment plan for the rash. The doctor had not established a diagnosis for the problem. With respect to the skin disorder, without a diagnosis, the doctor should have referred to a dermatologist. The patient had cirrhosis but the doctor did not refer for an EGD to screen for varices or an ultrasound to screen for hepatocellular carcinoma. These screening tests are recommended for persons with cirrhosis. Those patients with varices are recommended to start a beta blocker to prevent variceal bleeding. Care failed to follow generally accepted guidelines as the doctor had been trying various creams without effect.

2/12/2016 A nurse noted that the patient had a rash that was unchanged with multiple sores in various stages of healing with no active drainage but with bloody spots on her shirt. Her clothes appeared filthy and had odor and the inmate was unkempt.

Patient #6

2/26/2016  Albumin 2.4; bilirubin 2.8; alk phos 429; AST 116; ALT 57; hemoglobin 12; platelets 96; total cholesterol 54 (100-200); TG 89; HDL 10; LDL 26 (50-129).

These labs were not followed up. The APRI score was 3.021 indicating likely cirrhosis. The patient had a significantly elevated alkaline phosphatase and it wasn't clear if this was due to liver or gall bladder disease. The cholesterol levels were so low as to be of concern. This may have been due to malabsorption, malignancy, chronic infection, or severe illness. Yet none of these abnormalities were evaluated. The liver functions yielded fibrosis scores that warranted hepatitis C treatment but there was no evidence of referral to UIC for evaluation for treatment. This care failed to follow generally accepted guidelines or usual practice.

Patient #6

| | | |
|---|---|---|
| 3/3/2016 | A doctor saw the patient in hypertension chronic clinic. The blood pressure was 117/77; weight 139 pounds; pulse 98. The doctor took no history. Problems listed included cirrhosis, chronic hepatitis C, diabetes, weight loss, HTN, amenorrhea, and dermatitis. The only medications listed included lisinopril and NPH and regular insulin and minerin cream. Compliance was listed as poor without any explanation. The "pulses" were listed as "wnl." The entire examination was "lungs wnl, heart wnl and edema none; fundoscopy not seen; others multiple spots from dermatitis and micro infected sites- just finished antibiotics; BMI 24." The patient was listed as in good control. The doctor started minocycline apparently for the infected dermatitis. The doctor took no history of the skin problem, no history of the cirrhosis. No labs were evaluated. The diabetes and cirrhosis were not addressed. The hepatitis C was not addressed and it wasn't clear if the patient was treated despite the patient having advanced fibrosis qualifying for treatment. Recent blood tests were not reviewed. | 1, 6, 7    The doctor did not act on the recent laboratory tests which had significant abnormalities. This included not taking an adequate history or making an appropriate diagnosis or acting on abnormal lab results. Because of the history of cirrhosis the patient should have had an EGD to screen for varices, liver ultrasound to screen for HCC, which were not done. Because of the elevated alkaline phosphatase the patient should have had evaluation of the gallbladder and pancreas by ultrasound or CT scan. The care failed to follow generally accepted guidelines. |
| 3/16/2016 | A doctor wrote a note that the patient had diarrhea while on an antibiotic. The doctor took no history and wrote that the patient was not seen. The doctor ordered stool for ova and parasites and for c difficile. | 1    The doctor took action based on anecdote and did not take a history of the patient. It wasn't clear how the doctor obtained the information that led to the change in therapy. The doctor did not inform the patient of the change in therapy. |

Patient #6

3/23/2016  A doctor saw the patient in hypertension chronic clinic.  The blood pressure was 122/79 and pulse 102.  The patient said that she had loose stools from the antibiotic.  The doctor took no other history.  The examination was brief and consisted of the lungs being "wnl"  fundoscopy "not see" and edema "non" with a note "BM was solid light brown and difficult to produce...C dif is not a consideration."  The doctor's assessment in its entirety is given verbatim with formatting and spelling mistakes included "Bp is good control and IM stopped taking the minocycline stating trthat someonetold her she might have C. Diff. stool collections set were for ova and parasites and cdiff was not formulary and md wanted to see a specimen today which did not remotely resembel a c diff stool nor did th patient history so no specail non formulary will be done to look for c diffe. the IM was told to restart the minocycline but her skin lesions have improved already so if she refuses again there wil be no further orders for this at this time."  This assessment was not coherent.  This assessment does not include evaluation of the patient's diabetes, cirrhosis, or hepatitis C.  There was no examination of the patient's skin.  The patient was documented as having no edema.  The doctor noted that the stool was solid light brown inconsistent with C difficile.  The doctor did not address any of the patient's other problems.

4  Based on the documented note, it appeared that the physician either has a typing problem or was incoherent for a different unexplained reason.  The therapeutic plan was not competently described.

4/1/2016  A1c 6.8.

Patient #6

| 4/7/2016 | A doctor saw the patient for diabetes chronic clinic. The pulse was 109 and blood pressure 120/82. The weight was 138 pounds. The problems listed included a number of symptoms which were not problems including "screening for depression," "pruritis," and other events which were not problems, including "well woman examination." Other listed problems were unqualified items such as "loss of weight" and "Np boils." The boxes hypo/hyperglycemia were checked both yes and no without explanation. There was no history for any of the patient's medical conditions. The A1c was 6.8. The examination documented multiple hyperpigmented areas from scratching without open lesions. The fundus was not examined. The remaining examinations were documented as "wnl." Aside from the A1c, no laboratory values were addressed including for blood lipids or liver function tests. The doctor did not address the hepatitis C, cirrhosis, the skin disorder, and ordered a four-month follow up. The doctor noted that the patient had annual diabetic eye screening in January of 2016. The doctor did not address the fast pulse. | 1, 2, 6, 12 | The doctor again documented skin lesions but took no history, performed inadequate examination, and made no attempt to diagnose or establish a thorough therapeutic plan. The doctor failed to address the patient's other problems. The care failed to follow accepted guidelines, as an undiagnosed skin lesion would normally be referred to a dermatologist. The lack of history was striking and also fails to follow usual practice. The doctor did not evaluate CBG test results which were not available or not done. |
| 4/9/2016 | A nurse saw the patient two days after the chronic care visit of 4/7/16. The vital signs of the nurse were identical to the vital signs on the chronic care visit and it appeared that the vital signs defaulted from the prior note. This is improper, as it does not represent an honest representation of what occurred. The identical vital signs were documented on a 4/10/16 nursing note; a 4/12/16 nursing note; a 4/13/16 nursing note; a 4/17/16 nursing note; and a 4/18/16 nursing note. | | This is a problem in that the medical record permits false vital signs to be incorporated into the medical record. |
| 4/19/2016 | A nurse saw the patient for a progress note. The vitals recorded at this visit were identical to vital signs used on the subsequent note of 4/20/16. | | |
| 5/13/2016 | INR 1.4. | | |

Patient #6

5/13/2016 Bilirubin 1.7; BUN 9; glucose 57 (65-110); albumin 2.5; bilirubin 2.8; alk phos 445; AST 123 (10-40); ALT 69 (10-50). Hemoglobin 12.6 (11.7-16) platelets 78 (150-450).

These labs were mostly abnormal. The low blood glucose was significant, as hypoglycemia occurs frequently in liver disease. Since this patient had cirrhosis, the hypoglycemia should have prompted reduction of insulin so that her glucose was above 65. Failure to do this can result in significant hypoglycemia. The abnormal liver function tests demonstrated cirrhosis and the patient should have been treated for hepatitis C but was not. The patient should also have been screened for varices and HCC but was not. The care failed to follow generally accepted guidelines or usual practice.

Patient #6

| | | |
|---|---|---|
| 5/31/2016 | A doctor saw the patient because she had "sores" over her body and had pruritis and that the hydroxyzine helped. The doctor took no history of the patient's condition. The only examination was that the patient was oriented, walked and stood without difficulty, and had many hyperpigmented spots mixed with open sores. The assessment was patchy eczema which the doctor attributed to the advanced liver disease. The doctor also documented that the diabetes could be contributing "some yeast component. a mixed dermatitis." The doctor documented he would evaluate the patient "next month" in hepatitis C clinic and ordered hydroxyzine, hydrocortisone cream, and athlete foot cream presumably all for the skin condition. Patient had a pruritic diffuse skin condition which apparently resulted in scratching and excoriations. Whether this was due to her liver condition or to psoriasis, which the coroner surmised, is unclear. But she did not have adequate evaluation for the condition. The doctor did not competently evaluate the skin condition and did not refer to a dermatologist. The doctor also did not evaluate recent abnormal labs. | 1, 2, 6, 12 — The patient was not responding to treatment and the doctor was not obtaining appropriate history, performing adequate examination, or making apparent adequate diagnoses. The patient should have been referred to a dermatologist but was not. The doctor also did not act on abnormal laboratory results recently obtained which should have resulted in radiologic studies of the upper abdomen. The care failed to follow generally accepted guidelines or usual practice. |
| 6/9/2016 | A doctor wrote a note to renew a low concentrated sweet diet for six months. The doctor did not see the patient. Vital signs for this visit were identical to a 6/7/16 nurse note. | |

Patient #6

6/21/2016   A doctor saw the patient for hepatitis C clinic. The doctor did not document whether the patient had received hepatitis B or A vaccines. The only examination was to document multiple laboratory values without dates. The doctor performed no examination, listed labs without dates, and concluded that the patient had advanced cirrhosis. His comment about treatment was "advanced cirrhosis in a patient with other unstable issues (DM) and who was consistently noncompliant during her sentence and is not stable with her itching dermatitis has not been a candidate for treatment prior and shows little interest in treatment even as i try to talk to her today about follow up at Stroger." The doctor wrote Harvoni on a piece of paper and gave it to her and told her to ask Fantus clinic to treat her for her hepatitis C. The doctor documented that the patient was to be discharged in three months. The doctor stated that the patient was more interested in cream for her dermatitis. The doctor performed no examination, did not assess for edema, did not order typical studies for someone with cirrhosis including ultrasound of the liver to screen for HCC, EGD, use of beta blocker for variceal control, or assessment of complications of cirrhosis. The doctor documented that the patient was not a candidate for Interferon-Ribavirin but gave no reason even though the electronic form requested a reason.

1, 2,5,7, 8   The patient had cirrhosis and needed hepatitis C treatment but was not referred; apparently because of discharge within a year. A refusal was not evident. There was no documentation that treatment was discussed with the patient. The doctor documented that the patient was non-compliant but it wasn't clear what the patient was non-compliant with. As well, the patient had cirrhosis but was not referred for EGD, HCC screening, and did not have a beta blocker started as prevention for varices. The doctor seemed unprofessional. The patient was upset with a persistent skin condition for which there was no clear diagnosis. The doctor took inadequate history, failed to examine the patient or make an adequate assessment of the skin condition, failed to act on laboratory values indicative of cirrhosis, failed to order EGD, and failed to order screening ultrasound for hepatocellular carcinoma. The care failed to follow generally accepted guidelines or usual practice.

Patient #6

| 7/18/2016 | A doctor saw the patient for her skin rash.  The doctor noted that the patient was to parole in 1-2 months and had a chronic rash being treated with steroids.  The main problem was a chalazion of the left eyelid.  The doctor noted an extensive rash over the trunk "likely eczema" and diagnosed "chronic rash" and prescribed hydrocortisone cream, minerin cream, and hydroxyzine. | 12 | The patient had rash for at least over seven months with resolution.  The doctor was not successful in treating the patient yet continued the same care that wasn't working.  He failed to establish an adequate treatment plan as the plan being used was not working.  The patient should have been referred to a dermatologist.  Care failed to follow generally accepted guidelines or usual practice. |
|---|---|---|---|
| 7/29/2016 | A1c 5.9. | | This A1c was normal but for this person indicated that the patient was possibly being overtreated due to complications of her liver disease.  The insulin doses should have been decreased. |
| 8/10/2016 | A doctor saw the patient for diabetes chronic clinic.  The doctor noted an A1c of 5.9 with no date and noted hypoglycemia 1-2 times per month.  There was no history except to document hypoglycemia.  The only examination was to state that the patient was alert, had normal pulses and had clear lungs.  The patient was documented as in good control.  The patient had an A1c of 6.8 at the prior diabetes clinic now at 5.9 and had cirrhosis.  The doctor did not express concern that the cirrhosis was affecting the diabetes and did not consider lowering the insulin dosages especially since the patient was experiencing hypoglycemia.  The doctor did not review CBG results. | 1, 4, 6 | The history of hypoglycemia with an A1c of 5.9 warranted decreasing the insulin doses as the patient's cirrhosis (liver failure) was apparently making the patient hypoglycemic.  The doctor failed to review any CBG results.   The doctor failed to take adequate history. Care failed to follow generally accepted guidelines or usual practice.  This placed the patient at risk of harm including mortality. |

Patient #6

| 8/23/2016 | At 5:20 pm a nurse evaluated the patient who had malaise and fever and was not feeling good.  The temperature was 101.8; pulse 120; and BP 88/50.  The nurse noted periorbital swelling such that the patient was unable to open eyes fully.  The nurse called a doctor and received orders to admit the patient to the infirmary, push fluids, give Tylenol, perform a urine dipstick, and start Bactrim after the urine dipstick.  The doctor indicated that he would consider labs and a chest x-ray in the morning. | 2, 14 | This patient had fever, tachycardia, periorbital swelling, and hypotension indicative of sepsis yet the doctor, without evaluating the patient, started oral antibiotics for a presumed infection (urinary tract infection) that had not yet been diagnosed and for which there was no basis.  This patient should have been referred to a hospital.  The patient was also on lisinopril for hypertension and it should have been discontinued as the patient was hypotensive.  Care was grossly and flagrantly unacceptable. |
|---|---|---|---|
| 8/23/2016 | A nurse wrote an infirmary admission note at 6:53 pm.  The patient had abdominal distention and fever. | 16 | The nurse should have consulted a physician because of the additional component of abdominal distention. |
| 8/23/2016 | At 6:57 pm a nurse documented that the patient had fever of 100.7; pulse 112; and BP 88/58. | 16 | The nurse should have consulted a physician.  The patient appeared to be in septic shock. |
| 8/23/2016 | At 9:00 pm a nurse noted that the pulse was 96 and BP 94/56. | 16 | The nurse should have consulted a physician.  The patient appeared to be in septic shock. |
| 8/23/2016 | At 11:34 pm a nurse documented the patient complaint that "I just don't feel good at all."  The BP was 88/52 and the nurse documented a distended abdomen and abdominal pain. | 16 | The nurse should have consulted a physician.  The patient appeared to be in septic shock. |
| 8/24/2016 | At 1:48 am a nurse documented moderate periorbital swelling. | | |

Patient #6

| | | | |
|---|---|---|---|
| 8/24/2016 | A doctor documented an infirmary admission note documenting that the patient had fever, malaise, and right upper quadrant pain. The doctor documented a moderately distended abdomen tender in the RUQ without rebound. The doctor diagnosed advancing liver failure. The doctor did not review any labs including the elevated alkaline phosphatase previously recorded. The doctor ordered a CMP and CBC for a PM pickup. The doctor diagnosed fever without any other assessment. | 5, 14 | The doctor now knew that the patient had fever **and** right upper quadrant pain with hypotension. Immediate hospitalization was indicated. Instead the doctor ordered labs that would not be available until the next day. Care was grossly and flagrantly unacceptable. |
| 8/24/2016 | BUN 13; creatinine 1.38; albumin 1.9; bilirubin 4.4; alkaline phosphatase 376; AST 78; and Alt 37. WBC 14.7; hemoglobin 10.9 and platelets 67. | | Because of the patient's complaint of right upper quadrant pain with fever these labs indicate infection, blood loss, and possible biliary obstruction, which is a life-threatening. These labs should have been immediately addressed. |
| 8/25/2016 | At 3:06 pm a nurse documented a temperature of 98.6, pulse 92 and BP 94/56. The patient apparently was transferred to DMH ER. | | |
| 8/25/2016 | At 3:13 pm a doctor wrote a referral to a local hospital ER documenting that the albumin was 1.9; alkaline phosphatase was 376; ALT 37; AST 78; bilirubin 4.4. The doctor was unable to get access for IV fluids and the patient's blood pressure was dropping to 60 systolic. The doctor sent the patient to the hospital for hypotension. Notably the patient's ALT was 56 and AST 99 with a bilirubin of 2.2 in November of 2015. She should have been treated for hepatitis C at that point but apparently was not. | | This was a significant delay in referral to an ER. The patient was sent to an ER two days after developing fever, abdominal pain, and hypotension. Care was grossly and flagrantly unacceptable. The patient went to the ER but there was no hospital report in the record. |
| 8/27/2016 | The patient had returned from the hospital but there was no report. It wasn't clear what the status of the patient was; this was dangerous. At 5:35 am a nurse documented no temperature but a pulse of 115 and BP of 72/48. The nurse didn't refer to a physician. | 16, 18 | The nurse should have consulted a physician as the patient was hypotensive. This was dangerous and placed the patient at significant risk of harm. |

Patient #6

| | | |
|---|---|---|
| 8/27/2016 | At 1:32 am a nurse documented that the patient vomited more than 300 cc of reddish brown emesis. The blood pressure was 78/52 but other vitals were not taken. The nurse did not contact a physician. | 16 | The patient with cirrhosis had apparent bloody emesis with hypotension but the nurse did not call a physician. This was dangerous and placed the patient at significant risk of harm. |
| 8/27/2016 | At 2:20 am a nurse documented pulse of 110 and BP of 75/48 and noted that the patient vomited more than 500 cc of dark red color emesis. The nurse documented calling the physician. But received no orders except to "CPM" [continue present management]. | 14 | The patient was in shock and had bloody emesis yet the doctor did not send the patient to a hospital. Care was grossly and flagrantly unacceptable. |
| 8/27/2016 | At 2:51 am a nurse documented that the patient had a large amount of bloody emesis of approximately 300 cc. The blood pressure was 75/48 and pulse 110. The nurse assessed "throat cancer." | 16 | The nurse made an inaccurate assessment but bloody vomiting with shock needs to be referred to a physician. This was dangerous and placed the patient at significant risk of harm. |
| 8/27/2016 | At 3:58 am a nurse documented that the patient had a fourth bloody emesis "this shift." The nurse called the doctor who asked to be called if the patient vomited blood again. The vital signs of pulse 115 and BP 72/48 were identical to prior other nursing encounters on this night. | 14 | The patient was in shock and had bloody emesis yet the doctor did not send the patient to a hospital. Care was grossly and flagrantly unacceptable. |

Patient #6

| | | |
|---|---|---|
| 8/27/2016 | At 5:28 am a doctor at DCC wrote a referral to the ER stating that the patient had advanced liver disease with esophageal varices and DM and was recently sent to the ER on 8/25/16. The patient was vomiting frank dark blood. The patient was hypotensive and the doctor documented he asked the patient if she wished a living will DNR. The doctor documented that the patient was oriented x 3 and declined. The patient was then sent to the hospital. The document that the patient signed had a signature that was disorganized and unlike her prior signatures. Given that the patient was in shock, it is not appropriate to obtain consent for no intervention unless the patient is coherent. This consent was questionably obtained. | This transfer was significantly delayed. |

8/27/2016 At 8:48 am a note was entered stating that at 6:15 am the patient left by ambulance to the hospital.

8/27/2016 The patient asked for morphine instead of being sent out to the hospital.

8/27/2016 At 6:02 am the doctor wrote a brief note. The patient's vital signs were 72/48 with pulse of 115. The doctor noted that the patient signed a living will "tonight" and was vomiting blood and needed sclerosing of her varices and sent the patient to the ER.

Patient #6

8/27/2016 The patient was sent to the hospital. According to hospital records the patient was sent to the hospital to evaluate for end-of-life care to be placed in hospice. The hospital noted that the patient had a history of psoriasis, hepatitis C, DM, and HTN and had "continued" swelling and ascites. The hospital physician documented that the facility physician told the hospital that the patient was DNR with a living will. The facility physician documented that the patient would accept morphine and fluids but no invasive procedures. The history was limited given the condition of the patient. The patient was initially alert but became obtunded. The hemoglobin was 6.2 and INR 3.4. The hospital record documented that the patient had been in the hospital two days previous. The hospital noted that two days ago the patient was seen in the ER with RUG pain and diarrhea. A CT scan showed cirrhosis, hydrops GB with cholelithiasis and cholecystitis, but surgery said the risk of surgery was too great and the patient was sent back to DCC for comfort measures. At the current ER visit the hospital doctors talked to the DCC physician who clarified the full supportive measures should be attempted unless she codes because she was DNR, DNI. The patient had vomited blood several times at the facility since Tuesday. The patient needed levophed at the hospital to sustain blood pressure. The blood pressure was 47/22 with pulse of 110. The patient had ascites.The patient was arousable and oriented to person place and time. The patient was deemed to have cirrhosis with hypotension and was DNR. The doctor at the hospital documented that the patient had a living will at DCC and was DNR. This was discussed with the physician at DCC. The patient died at 12:55 in the hospital without interventions except fluids. The hemoglobin in the hospital was 6.3 with a WBC of 16.

At this point and even two days previous the patient had such end-stage liver disease that interventions were unlikely to significantly prolong life. However, earlier interventions including treatment of hepatitis C and particularly screening for varices (which is indicated for persons with cirrhosis) should have been done and may have prolonged her life. In this respect her death was possibly preventable.

8/27/2016 The patient signed a living will but the signature is so disorganized and different from other signatures of the patient that it does not appear that she was capable of physically signing at the time of signature. Whether she was of sound mind is not clear as she was in shock. The will was cosigned by a nurse and a doctor.

This appears to be an inadequately obtained informed consent. The patient should have been treated but was not.

Patient #6

8/28/2017   Autopsy showed that the patient experienced a gastrointestinal bleed filling the
            stomach.  The patient also had evidence of  end-stage cirrhosis, ascites, pulmonary
            edema, congestion of the spleen, cerebral edema, anasarca,  diffuse psoriasis,
            history of HIV, and diabetes.  The patient was said to have died from a ruptured
            esophageal varices.

Patient #7

| | | |
|---|---|---|
| 9/30/2003 | The patient had increased liver enzymes documented on the problem list without more specificity. The patient also had a history of obesity, alcohol abuse, peptic ulcer disease, and sickle cell trait. | 3 |

The patient had a history of alcoholism and elevated liver functions documented but these were not followed up regularly and this problem was lost to follow up. Care failed to follow generally accepted guidelines or usual practice.

7/16/2014 An NP saw the patient for an annual evaluation. The weight was 262 pounds. The patient was 49 years old. The NP noted problems as high blood lipids and HTN and noted that the patient had elevated liver function tests but wasn't more specific. The NP did note alcoholism. The patient was noted to be deaf. The NP documented that the patient voiced no problems but the patient couldn't hear and it wasn't clear how a history was taken. The patient did not have investigation regarding the elevated liver function tests.

3    The patient had a history of alcoholism and elevated liver functions documented but these were not followed up regularly and this problem was lost to follow up. Care failed to follow generally accepted guidelines or usual practice.

11/7/2014 The patient was deaf and asked for headphones. The NP wrote "headphones NSD" but it wasn't clear what that meant.

11    The patient was deaf. His deafness was not accommodated with respect to obtaining history and physical examinations. The patient did not receive functioning hearing aides or sign translators who could assist in obtaining an adequate history. Care failed to follow generally accepted guidelines or practice.

11/12/2014 A doctor saw the patient. The blood pressure was 120/70. High blood pressure and high blood lipids were listed as problems. The patient was on HCTZ 25, metoprolol 100 BID, Lisinopril 40, Zocor, and aspirin.

11    The patient was deaf. His deafness was not accommodated with respect to obtaining history and physical examinations. The patient did not receive functioning hearing aides or sign translators who could assist in obtaining an adequate history.

Patient #7

| 11/17/2014 | Someone wrote that interpreter services with provider would be scheduled for the inmate to address his medical concerns. | | |
|---|---|---|---|
| 11/19/2014 | An NP saw the inmate with an interpreter in the "blue room." The inmate stated that his knee gives out.  The inmate also had cough with an irritated throat at night.  The NP ordered a knee brace and cough syrup. | | |
| 2/24/2015 | Glucose 112 (65-110), potassium 3.4; cholesterol 188; triglycerides 204; HDL 35; LDL 112. | 8 | The patient had an elevated glucose and a risk factor (obesity) and should have received a hemoglobin A1c.  Care could reasonably have been expected to be better. |
| 3/16/2015 | A doctor documented that the patient walked out of the clinic during the encounter and documented that the patient does not want to listen to advice.  But the patient was deaf and probable did not hear the doctor.  The blood pressure was 128/89.  The potassium was 3.4 and the doctor added potassium. | 11 | The doctor failed to document that appropriate accommodation was provided to the patient, given his deafness. |
| 7/9/2015 | A nurse saw the patient for athlete's feet.  The nurse noted that the patient was taking diabetic medication and blood pressure medication.  The weight was 255 pounds. | 4 | The nurse documented that the patient was on diabetic medication but the patient was NOT on diabetic medication.  This raises the concern that the patient could not hear the nurse, leading to an inaccurate history. |
| 7/28/2015 | Someone [title not provided] wrote that the patient had bilateral hearing aids and was given a permit to purchase headphones for use indefinitely.  The weight was 247. | | |
| 9/30/2015 | Potassium 3.7. | | |

Patient #7

| 10/13/2015 | At HTN chronic clinic the patient complained of back pain and requested pain medication. The doctor prescribed Naprosyn 375 BID as needed for three months. There was no other history. The blood pressure was 120/68. The doctor documented the patient in good control and continued current medication, stating that high blood lipids were also in good control. | 1, 3 | The history was inadequate and treatment was therefore based on a symptom without establishing a diagnosis. |
| --- | --- | --- | --- |
| 11/9/2015 | An NP saw the patient for a low bunk renewal. The patient weighted 264 pounds. | | |
| 2/18/2016 | Glucose 98; potassium 3.4; cholesterol 149; TG 126; HDL 37; LDL 87. | | |
| 3/8/2016 | A doctor saw the patient in HTN clinic. The blood pressure was 124/86. The weight 240. The doctor took no history. The doctor did a brief examination and documented the hypertension and high blood lipids in good control. The doctor continued the same medications. The doctor did not note any labs. | 1 | The history was inadequate. |
| 4/28/2016 | A nurse practitioner saw the patient with an interpreter. The patient had cough. The lungs were clear. The NP said the cough might be from the ACE inhibitor but ordered cough medication. Weight was 265. | | |
| 6/23/2016 | The patient was evaluated in the "blue room" and complained of sore throat and cough. The patient said the hearing aid didn't work well. The throat was red. The NP ordered amoxicillin without a culture or other tests. The NP requested a repair of the hearing aids. Vital signs were not taken even though the patient was treated for an infection. | | |

Patient #7

| | | |
|---|---|---|
| 7/6/2016 | Glucose 113 (65-110); potassium 3.8; cholesterol 148; TG 186 (45-150); HDL 30; LDL 81. | The elevated glucose and triglycerides should have prompted a hemoglobin A1c test to screen for diabetes. Care failed to follow generally accepted guidelines or usual practice. |
| 7/27/2016 | An NP did another annual evaluation. Again, a nurse obtained history, noted elevated liver enzymes but nothing more specific. The weight was 277 pounds. The NP took a history of drinking "a lot." Even though the patient was 51, colorectal screening was not done. The NP did write that the inmate declined a digital rectal examination. No laboratory tests were evaluated. The patient's prior elevated liver function tests had not been evaluated for two years even though the patient had a history of alcoholism. | 7, 8   The patient was over 50 and should have received colorectal screening but did not. The patient had a history of alcoholism with elevated enzymes but there was no follow up. The glucose was previously elevated and the NP should have ordered an A1c. Care failed to follow generally accepted guidelines or usual practice. |

8/23/2016 Glucose 105; potassium 4.1.

9/9/2016 A nurse practitioner saw the patient for hypertension clinic. The NP documented that the patient had a cough. The BP was 148/100. The patient said he had just taken his medication and didn't want to change medications. The NP did not evaluate lipid values. The NP made no changes in medication. The NP ordered BP checks two times a week for three weeks.

9/11/2016 Blood pressure was 152/88.
9/13/2016 Cholesterol 155; TG 131; HDL 29; LDL 100.
9/14/2016 Blood pressure was 148/90.
9/18/2016 Blood pressure was 152/98.
9/21/2016 Blood pressure was 158/98.
9/25/2016 Blood pressure was 150/100.
9/28/2016 Blood pressure was 158/98.

Patient #7

| | | |
|---|---|---|
| 10/5/2016 | An NP saw the patient and noted that the blood pressure was high (186/106) The patient weighed 292 pounds. The NP increased lisinopril to 40 mg BID and scheduled a follow up for 11/1/16. | |
| 10/9/2016 | Blood pressure was 150/82. | |
| 10/12/2016 | Blood pressure was 158/88. | |
| 10/16/2016 | Blood pressure was 162/100. | |
| 10/19/2016 | Blood pressure was 140/80. | |
| 10/23/2016 | Blood pressure was 138/88. | |
| 10/26/2016 | Blood pressure was 130/80. | |
| 10/27/2016 | An NP saw the patient. The BP was 160/96. The weight was 255. This would have been a 37 pound weight loss over three weeks. The patient complained that his headphones were broken and he couldn't afford a second set. The NP sent the patient to the ADA coordinator about the headphones. The NP continued naproxen for six months without a clear indication despite the HTN and without addressing the high blood pressure. | 1, 4 — Based on weights in the medical record, the patient had a 37 pound weight loss over three weeks. While this is probably due to a malfunctioning scale or inaccurate weights, the NP should have inquired about this but no history was taken and the patient's weight was not checked. Also, the blood pressure was elevated but the NP did not modify treatment. Care failed to follow generally accepted guidelines or usual practice. |
| 11/1/2016 | An NP saw the patient for elevated blood pressure. The blood pressure was 148/88. The NP ordered a PRN follow up but took no action regarding the elevated blood pressure. The weight was listed as 265, a 10 pound weight gain in four days but a weight loss over the past month. | 1, 4 — The blood pressure was elevated but the NP took no action. The patient had documented weight loss but no history was obtained. Was the patient's deafness an issue? Care failed to follow generally accepted guidelines or usual practice. |

Patient #7

| | | |
|---|---|---|
| 11/11/2016 | A nurse saw the patient for "upper respiratory infection." The patient had cough. The pulse was 112 and the blood pressure was 98/62 without change in medication. The oxygen saturation was 93%. The nurse did not refer the patient despite the patient having tachycardia and low blood pressure, especially given the patient's recent elevated blood pressures. A provider should have been consulted. The nurse documented that the patient would be referred to the NP in the "blue room" apparently where sign language assistance could be provided. However, this referral didn't take place. | 16 | The patient had abnormal vital signs and given the patient's complaint, a provider should have evaluated the patient. The blood pressure had been elevated and had dropped significantly and was now hypotensive without any intervention. This should have prompted consultation with a physician but this didn't occur. Care failed to follow generally accepted guidelines or usual practice. |
| 11/13/2016 | A nurse saw the patient at 1:25 pm but the nurse couldn't take an adequate history. The nurse wrote, "patient deaf, does not speak, communicates by writing notes, short words, does not understand all the nurses questions." The patient was vomiting. The patient had a "musty" odor from his mouth with sore throat for four days. The patient was drinking "lots" of water. The temperature was 96.3, pulse 116; BP 120/70 and oxygen saturation 98%. The patient hadn't eaten in 4-5 days. The nurse told the NP about the patient's condition. | 11 | The patient was vomiting, had tachycardia, and hadn't eaten in 4-5 days. The nurse appropriately referred the patient to a provider but the inability to take an adequate history because of the deafness needed to be addressed or referred to a higher level of care. |

Patient #7

| | | |
|---|---|---|
| 11/13/2016 | An NP saw the patient at 2:00 pm who complained of being sick for several days. The patient had headache, fever, and vomiting. The NP used the nurses prior vitals. The throat was beefy red. The NP diagnosed pharyngitis and dehydration and placed the patient on the infirmary. The NP ordered IV fluid of 500 cc bolus and then 250 cc per hour, with vital signs every four hours and intravenous Ancef 1 gram every six hours for five days. The NP did not order any labs. | 1, 8, 14 The patient had fever, vomiting, unrecognized weight loss, low blood pressure, tachycardia, and hadn't eaten in days. It is not clear how a diagnosis of pharyngitis was made given the patient's symptoms and presentation. This appears incompetent. Pharyngitis is not generally treated with intravenous antibiotics. Since the NP diagnosed dehydration and started IV antibiotics, laboratory tests were indicated to assess the degree of dehydration (particularly since the patient hadn't eaten in 4-5 days) but were not ordered. This patient should have been sent to a hospital. Care was worse by virtue of being unable to obtain a history because the patient was deaf and staff as documented by the nurse earlier were unable to obtain a history. Care was grossly and flagrantly unacceptable. |
| 11/13/2016 | The NP ordered a 500 cc bolus followed by 250 cc/ hour for two hours then at 125 cc hourly for 1 liter then to just maintain the IV. | |
| 11/13/2016 | At 9:00 pm the patient said he was thirsty. The patient had "abdominal distress" at 4:00 pm and refused medication. The patient had a large liquid BM and then took oral meds. The temperature was 97.9; pulse 85; BP 118/64. The patient had voided 700 cc of urine. | 16 The patient was known to be dehydrated and told the nurse he was thirsty. In addition to abdominal distress the patient had diarrhea. The nurse should have referred the patient to a provider or consulted a provider. |

Patient #7

| 11/14/2016 | The patient had sore throat and was admitted to the infirmary the evening before for observation. The doctor wrote that the patient had headache, fever, and vomiting for several days and documented that the exam was consistent with pharyngitis and dehydration. The doctor did not obtain a history with respect to the vomiting, or clinical course. This may have been due to the patient being deaf. The BP was 120/70; pulse 116; respirations 18; and temperature 96.3. On examination the throat was described as red with tender submandibular area but no other abnormalities. The doctor diagnosed pharyngitis, hay fever, and dehydration. The doctor noted that the patient was on intravenous antibiotics (Ancef) and had received 2 liters of intravenous fluid. The doctor ordered a CBC, CMP and ESR in the morning. These apparently were not done. | 1, 2, 14 | Vomiting, fever, not eating, and dehydration are inconsistent with pharyngitis. This diagnosis was not competently made. Notably, the patient was deaf and couldn't give a good history. The doctor failed to take a history of the patient's problems. Stat labs were indicated because the patient hadn't eaten in five days and had vomiting. Orthostatic blood pressure should have been obtained. Since the patient had recent elevated blood pressure, the low blood pressure should have been cause for concern. The patient should have been referred to a hospital because of lack of ability to obtain a history and need for immediate blood tests (metabolic panel, CBC, lipase, amylase). Care was grossly and flagrantly unacceptable. |

| 11/14/2016 | At 8:25 am a nurse described the patient as lethargic with temperature of 95.9. The nurse documented stated that the blood pressure was faint and difficult to hear and that "possible reading 118/78." The assessment was "weakness." The nurse consulted a doctor, who didn't feel that the patient needed to be sent out. | 14 | Altered mental status with the patient's other symptoms of vomiting, diarrhea, dehydration, and fever warranted hospitalization. The doctor should have sent the patient to a hospital. Care was grossly and flagrantly unacceptable. |

| 11/14/2016 | At noon the temperature was 94.9, pulse 68, and blood pressure 114/68. | | |

| 11/14/2016 | At 4:00 pm a nurse wrote an admission note to the infirmary. The patient wasn't responding to questions. The temperature was 94.9. The patient was still on aspirin, HCTZ, Lisinopril, metoprolol, KCL, Ancef and Tylenol. | 14,16 | The patient now had hypothermia in addition to lethargy, dehydration, fever, and diarrhea. The patient needed hospitalization. The nurse failed to refer to a provider and the patient should have been sent to a hospital. |

Patient #7

| | | | |
|---|---|---|---|
| 11/14/2016 | BUN 32; sodium 130; calcium 8.2; albumin 2.3; bilirubin 3.3; alk phos 472; AST 165; ALT 119. | 14 | An unresponsive patient with lethargy, dehydration, vomiting, hypothermia, diarrhea, and low blood pressure is consistent with sepsis. Because the nurse was having trouble recently obtaining a blood pressure, the patient may also have been in shock. The patient should have been immediately transferred to a hospital. Care was grossly and flagrantly unacceptable. Giving the patient additional fluid without having immediate lab access placed the patient at significant risk of harm. |
| 11/14/2016 | A doctor ordered IV fluid NS at 125 cc per hour for 4 liters. This was equivalent to about two and a half liters a day. | | |
| 11/14/2016 | At 11:50 pm a nurse noted that that the patient was lying in bed but did not document vital signs. | | |
| 11/15/2016 | A nurse noted that the patient was not talking but "no s/s of distress." The assessment was weakness without being more specific. Vital signs were not noted. | | |
| 11/15/2016 | At 4:00 am the temperature was 95.2, respiratory rate 14, and BP 116/90. | | |
| 11/15/2016 | At 8:30 am a nurse noted that the patient wasn't talking. The nurse documented temperature of 95.2. The nurse took no action despite the low temperature. | 16 | If the patient wasn't talking and unable to communicate, a physician should have been consulted. The patient should have been referred to a hospital. |
| 11/15/2016 | At 6:20 pm a nurse noted that the patient wasn't talking. | | |

Patient #7

11/15/2016  At 8:40 pm a nurse noted that the patient's cell mate said that the patient was kneeling on the floor and laid on the floor. The patient was placed back in bed but the nurse didn't take the inmate's vital signs.

14, 16  This gives an impression of disorientation or delirium. Despite significant deterioration on 11/15/16 with respect to the patient's mental status, a doctor did not evaluate the patient. The lack of physician evaluation was grossly and flagrantly unacceptable.

11/16/2016  At 7:20 am a nurse noted that the patient opened his eyes to severe stimulus. The patient took fluids with "coaching" and swallowed AM med. The patient was unable to eat his breakfast on his own and was waiting for a porter or CNA. The nurse assessment was "weak."

14, 16  The patient was unable to eat independently. He was dehydrated, hadn't eaten in days, was vomiting, had diarrhea, and was hypothermic. Why was he not sent immediately to a hospital. Care was grossly and flagrantly unacceptable.

11/16/2016  A nurse wrote that the inmate was unresponsive at 7:53 am. An apical pulse was 52 and the BP 68/palpable and the blood sugar was "high" times two. A second IV line was started by a nurse practitioner. An ambulance was called and the patient left grounds at 8:25 am, unresponsive.

11/16/2016  At the hospital the patient had rales bilaterally, 1+ edema and a small RLL infiltrate. The initial assessment was DKA, ARF, hyperkalemia, and respiratory failure due to pneumonia. The patient was in septic shock and unresponsive. The initial blood work included WBC 11.9; hemoglobin 12.2; platelets 102; glucose 606; potassium 6.8; BUN 106; creatinine 5.01; albumin 2.3; ALT 650; ALT 1441; INR 1.6; and CPK 1404. The bicarbonate was 12. Later the glucose rose to 790 with a $CO_2$ of 8. The patient was intubated.

Patient #7

11/17/2016   The Medical Director from Dixon wrote a death summary
             stating that the patient was admitted to the infirmary with
             sore throat, headache, and vomiting for  several days.  The
             doctor noted that the patient was hypothermic on admission
             and that the patient developed increased weakness,
             recurrence of hypothermia, and decreased responsiveness on
             the night of the 15th and was sent to the hospital on the
             morning of the 16th.  The doctor noted that the patient was in
             DKA and had prior normal fasting blood sugars [which is not
             accurate].  The patient died on 11:20 pm on 11/16/16 with
             presumptive cause of death diabetic ketoacidosis.  The doctor
             said an autopsy wasn't available.

Patient #8

1/23/2015 The patient had an annual history and physical examination. The patient was a smoker and had mental illness. His weight was 159 pounds. The patient was noted to weigh 165 in 2013 but 160 in 2010. The patient was noted to have a "good" oral examination.

6/26/2015 The patient weighed 160 pounds on a nurse evaluation.

2/5/2016 An NP saw the patient for an enlarged lump on the neck. The weight was 157 pounds. The lump was tender. The NP diagnosed parotiditis and prescribed antibiotics for seven days. Lymphadenopathy was a consideration.

12 The parotid gland is on the face in front of the ear. When infected, swelling can occur from the pre-auricular area to the angle of the jaw. The parotid gland is not in the neck and it is incompetent to diagnose parotiditis based on neck swelling. The patient should have been referred to an ENT surgeon for biopsy.

2/10/2016 The NP saw the patient in follow up of the neck mass. The patient still had a hard lump about 3 cm in size. The NP took no action and ordered a two week follow up.

12 Neck masses in adults can be congenital, inflammatory, or neoplastic in origin. In adults, the potential for malignancy should be excluded before a benign diagnosis is given. A 3 cm sized hard mass suggests malignancy and should be referred to an ENT specialist.

2/23/2016 A doctor saw the patient for the left sided neck mass. The doctor noted a "likely enlarged 2 x 2 cm non-tender LN [lymph node]." The doctor took no action and ordered a six month follow up to "monitor likely a chronically enlarged lymph node."

4, 12 The patient had a neck mass for at least a month. The doctor did no evaluation to identify a source of infection which should have been present if this was a lymph node. Malignancy should have been excluded in an adult with a neck mass. A six month follow up for a neck mass was indifferent and incompetent or both. Because of the size the patient should have been referred to an ENT doctor. Care was incompetent.

Patient #8

3/29/2016 The patient saw a doctor. The weight was 152 pounds which was an eight pound weight loss. The doctor took no history regarding the neck mass except that it resolved according to the patient. The doctor examined the neck and indicated that there was no further mass noted. The doctor did not address the weight loss.

The doctor failed to take history of weight loss. It is unlikely that a 2-3 cm mass in the neck resolved and likely that the doctor incompetently examined the patient but based on the documented examination

4/9/2016 A nurse saw the patient who complained of a sore throat especially when he swallowed. The nurse noted a right sided neck mass. The nurse called a physician who ordered prednisone by phone.

4, 12 The doctor started prednisone tapering over 10 days. There was no diagnosis and we could not even imagine what the doctor might have been thinking by prescribing prednisone for painful swallowing with a neck mass. The patient should have been referred to an ENT specialist or to a hospital for evaluation. Care was incompetent.

4/29/2016 A nurse saw the patient for an upper respiratory infection. The patient complained of cough, headache, fever, and swollen glands. The weight was 150 pounds, a 10 pound weight loss. The nurse noted a swollen uvula and a swollen lymph node on the right. A doctor saw the patient the same day. The doctor started antibiotics and 10 day follow up. The weight loss was not addressed.

12 The patient had a neck mass noted for over two months. Moreover, the patient was losing weight. Weight loss with a neck mass is most likely malignancy. Neck masses in adults may be infectious but malignancy need to be excluded before other diagnoses are maintained. The doctor should have referred to an ENT consultant. Care was incompetent.

5/9/2016 An NP saw the patient in follow up. There was increased swelling of the right side of the throat. The weight was 148 pounds. The patient was afebrile. There was "notable swelling to the [right] pretonsillar area." The NP diagnosed tonsillitis. The NP started a different antibiotic and ordered a follow up visit.

12 This patient had neck swelling for three months with weight loss. This was very unlikely to be tonsillitis. A swollen lymph node or mass is unlikely to be trivial when it is present for three months. The patient should have been referred to a surgeon for biopsy. Care was incompetent.

Patient #8

5/11/2016 An NP saw the patient in follow up. The right neck was described as firm and was painful. The NP documented that the tonsillitis was worsening and admitted the patient to the infirmary. The doctor's infirmary admission history and physical documented starting clindamycin and Levaquin, two antibiotics. Ironically, the nurses documented that the patient had a mass on the right side of the neck the size of a golf ball. The doctor only documented a firm nodule at the angle of the right jaw. The patient's weight was not taken on admission to the infirmary and the weight loss was unrecognized.

8, 12 A firm neck mass is unlikely to be tonsillitis. A golf ball sized lesion is unlikely related to tonsillitis. The patient should have been referred to an ENT specialist. Because the mass was worsening a prompt CT scan should have been performed. Care failed to follow generally accepted guidelines or usual practice.

5/13/2016 A doctor saw the patient and noted that the patient didn't feel better. The doctor noted no fever yet the diagnosis was peritonsillar cellulitis vs. abscess. The doctor ordered salt water gargle, increased Naprosyn, and added tramadol.

8,12 A firm neck mass is unlikely to be tonsillitis. A golf ball sized lesion is unlikely related to tonsillitis. If an abscess was considered the patient should have had a CT scan or referral for incision and drainage. The presentation was not of an abscess as there was no fever. The doctor also did not order a white count. The patient should have been referred to an ENT consultant. Care failed to follow generally accepted guidelines or usual practice.

5/15/2016 The patient asked a nurse, "are you going to let me die?" The nurse referred to a NP. The NP saw the patient and diagnosed bilateral peritonsillar abscess despite that there was no fever. The NP sent the patient to the ER for "airway management and management of the peritonsillar abscesses."

5/15/2016 The patient returned from the hospital the same day.

Patient #8

| | | |
|---|---|---|
| 5/15/2016 | A hospital WBC 4.8 and hemoglobin 14 (14-18). Sodium was 131; BUN 7, a CT of the neck showed a neck mass likely a cancer. The mass was 4 by 2.4 by 2.8 cm. The mass was worrisome for metastatic lymphadenopathy. The was also an ill-defined 3 by 3.7 by 3.5 soft tissue mass worrisome for a neoplastic process. There were several lymph nodes worrisome for metastatic lesions. | The neck mass was not evaluated appropriately for over three months. |
| 5/15/2016 | At 10:00 pm a nurse noted that the patient no longer wanted to have an IV and IV antibiotics, wanting to see the doctor saying, "I don't want that IV it's not working." He requested a new treatment plan. | |
| 5/16/2016 | A doctor saw the patient. The patient had diarrhea. The patient wasn't eating solid food. The doctor noted a serum sodium of 131; potassium 3.9; WBC 4.8; and hemoglobin 14. The doctor documented that the ER documented that a CT scan was more consistent with a tumor. The doctor ordered an ENT consult. | |
| 5/18/2016 | A doctor told the patient that a CT scan was consistent with cancer. | |
| 5/18/2016 | The patient was approved for UIC ENT on this date which was prior to the referral. | |
| 5/19/2016 | The patient went to UIC ENT but there was no report in the record. | |
| 5/20/2016 | A doctor noted that the patient said a biopsy was recommended. The doctor documented that the report was unavailable. The doctor told the patient to wait for the ENT recommendations. | 11 Care was delayed because there was no report from UIC ENT. It is not clear whether a biopsy was done. |
| 5/23/2016 | The doctor noted that the ENT report was still unavailable. The doctor discharged the patient from the infirmary with a 1-2 week follow up pending review of the ENT report. | 11 Care was delayed because there was no report from UIC ENT. |

Patient #8

| | | | |
|---|---|---|---|
| 6/1/2016 | A doctor saw the patient, who now weighed 136 pounds. The ENT report was still unavailable and the doctor asked for the ENT report. The doctor said that a biopsy was done and they were awaiting results. | 3, 11 | Care was delayed because there was no report from UIC ENT. The doctor also took no action to evaluate the nutritional status of the patient, who was losing weight quickly. |
| 6/9/2016 | A doctor wrote a note stating that he would contact the scheduler to obtain the biopsy results. | 11 | Care was delayed because there was no report from UIC ENT. |
| 6/16/2016 | A nurse saw the patient and documented a weight of 128 pounds. The patient said he couldn't swallow and was losing weight. The nurse consulted an NP, who ordered boost a nutritional supplement. | 8 | The NP should have ordered lab tests, albumin, pre-albumin, blood count, and metabolic panel to assess the nutritional status of the patient. Boost may have been insufficient. |
| 6/21/2016 | An approval for a full body PET scan at Rush Copley. | 11 | There was no ENT report and it was unclear what the therapeutic plan was. It had been a month for the patient to obtain a PET scan and yet a therapeutic plan for the patient's head and neck cancer wasn't clearly documented. It was possible that the biopsy showed cancer but this was unclear. Care failed to follow generally accepted guidelines or usual practice. This is so because there was no documented plan and it appeared that delays in treatment were related to not having notes from the ENT consultant. |
| 6/30/2016 | A doctor saw the patient. The weight was 122 pounds. The doctor noted that the patient was losing weight. The doctor did not document what the biopsy results were but documented that the plan was to await a PET scan at Rush. The diagnosis was still a "neck mass" without diagnosis. | 4, 8 | The patient had the neck mass for over four months and a metastatic cancer was known for six weeks and a diagnosis was still not made. The patient had lost so much weight that a nutritional assessment was indicated, including a survey of what the patient was eating or able to eat. In this assessment, laboratory tests should have been ordered. This was not done. |

Patient #8

| 7/11/2016 | The patient went for a test on this date but it was unclear what test the patient was undergoing. It was unclear from documentation in the record what the diagnosis of the patient was and what the therapeutic plan was. | 11 | Reports were not in the record and therefore the therapeutic plan was not documented. |
|---|---|---|---|
| 7/11/2016 | The PET scan showed soft tissues in the neck consistent with malignancy and cervical lymph nodes consistent with metastatic lesions. The left hip was suggestive of metastasis. | | |
| 7/27/2016 | A doctor saw the patient. The patient weighed 120 pounds. The doctor documented that a PET scan was consistent with metastatic cancer. The doctor did not have a clear plan except for follow up with UIC ENT or oncology. | 4, 8, 11 | This is an incompetent system of care when a patient with known cancer since 5/15/16, over two months ago, still had no diagnosis or therapeutic plan. The patient's weight loss was even worse, yet the doctor still did not perform a nutritional assessment or order labs for that purpose. Care failed to follow generally accepted guidelines or usual practice. |
| 8/5/2016 | A doctor saw the patient. The doctor noted seeing the patient the day before when he was found on the floor bleeding from the nose. Notably the patient did not have a documented note from the previous day. The doctor documented that the patient felt weak and fell. The doctor noted that the patient had a follow up with ENT the following week and ordered a wheelchair. The doctor did not take a history except that the patient said his legs got weak and wobbly when he was walking and he fell. The history was inadequate, the examination only included listening to the heart and lungs, and the only assessment was generalized weakness. The doctor did not have a diagnosis. | 1, 2, 4, 8, 14 | The patient had an apparent syncopal episode the day before yet the doctor failed to take an appropriate history, perform an appropriate examination, or make a diagnosis. Diagnostic lab tests or EKG were not ordered. There was no effort to make a diagnosis for the patient's syncope. The only intervention was to give the patient a wheelchair for long distances, which failed to address the patient's problem. This was indifferent to the patient's serious medical need. Care was grossly and flagrantly unacceptable. The patient should either have been sent to an ER or had multiple blood tests and EKG. |
| 8/5/2016 | An approval for follow up with ENT after the PET scan. | | |

Patient #8

| | | |
|---|---|---|
| 8/11/2016 | A brief note on a referral form to ENT documented complete involvement of the oropharynx with invasion of the larynx and bilateral nodal disease. The recommendation was for chemotherapy and radiation therapy. | 12 | The ENT consult occurred three months after cancer was diagnosed on CT scan and six months after initial symptoms. This delay was significant and unacceptable. Care failed to follow generally accepted guidelines or usual practice. |

8/11/2016 A brief note on a referral form to ENT documented complete involvement of the oropharynx with invasion of the larynx and bilateral nodal disease. The recommendation was for chemotherapy and radiation therapy.

12    The ENT consult occurred three months after cancer was diagnosed on CT scan and six months after initial symptoms. This delay was significant and unacceptable. Care failed to follow generally accepted guidelines or usual practice.

8/18/2016 A doctor saw the patient, who now weighed 117 pounds. The doctor noted that the patient had a metastatic oropharyngeal cancer and was cachectic. Yet the doctor took no action to determine if the patient's nutritional status was adequate. The doctor documented that chemo and radiation therapy was to follow at UIC.

4, 8    The doctor failed to order laboratory tests to assess nutritional status or to modify therapy so that nutritional status was adequate despite documenting that the patient was cachectic. This was indifferent.

8/23/2016 A doctor saw the patient and noted that chemotherapy and radiation therapy were planed and advised the patient to "fatten up." The doctor noted that the patient had two pressure ulcers on the buttock and one on the hip, yet did not place the patient on the infirmary or order wound care. The only order for the pressure ulcers was to order an egg-crate mattress.

4    This was indifferent. Advising the patient to "fatten up" without making an evaluation of what the patient was able to eat, how much he was eating, and what his current nutritional status was is indifferent. This patient had head and neck cancer and in the past said he was unable to swallow, yet the doctor made no attempt to determine what the patient was able to eat. The doctor also failed to competently address three pressure ulcers. Care was incompetent.

8/30/2016 A doctor saw the patient and discussed upcoming chemo/radiation therapy but did not indicate when this was to occur. The doctor did not address the pressure ulcers but did note that the patient hadn't received his egg crate mattress yet.

4    The doctor failed to develop a timely or thorough treatment plan. It wasn't clear whether reports were available or whether the doctor was simply indifferent to the patient's serious medical illness. The doctor failed to pay any attention to the pressure ulcers if they still existed except to note that the mattress hadn't yet arrived. Care failed to follow generally accepted guidelines or usual practice.

8/31/2016 Chemotherapy and radiation therapy was approved.

Patient #8

9/5/2016 A nurse saw the patient for dizziness. The nurse documented blood pressure of 94/62 with irregular pulse. Yet, the patient was not referred to a provider.

16 The patient had a significant symptom and abnormal vitals with an irregular pulse. Not sending the patient to a provider placed the patient at risk of harm.

9/8/2016 A nurse saw the patient who had "blanked out." The nurse used a seizure protocol. The blood pressure was 60/40. The nurse documented that the plan was to call a physician. When the physician saw the patient, he did not order an EKG, order blood tests or perform orthostatic blood pressure. The doctor documented, "When I initially saw pt. I was asking him how he felt, + he looked at a distant + started losing consciousness [with] mild body shaking no hx of sz." Notably the doctor didn't even examine the patient with blood pressure consistent with shock. The plan was to put the patient on the infirmary for 23 hour observation and to observe for loss of consciousness. The doctor's assessment was loss of consciousness without known etiology, possible seizure, and possible brain metastasis. Yet the doctor did not refer to a higher level of care.

1, 2, 14 The patient had syncope and hypotension at a level consistent with shock, yet the doctor failed to take adequate history, ordered no blood tests or EKG, and failed to thoroughly evaluate the patient who should have been sent to a hospital as the doctor felt that the patient might have had brain metastases; a CT of the brain was indicated. The BP was consistent with shock. Care was grossly and flagrantly unacceptable and most likely reflected incompetent or poorly trained physicians.

9/9/2016 A doctor saw the patient and said that the patient felt fine and wanted to return to his housing unit. The doctor did not check the blood pressure. The doctor told the patient to use a wheelchair. The doctor noted that the patient had experienced possible loss of consciousness and he suspected a seizure. Because the diagnosis was uncertain a CT brain was indicated. The doctor discharged the patient back to general population. Notably the doctor did not check the patient's pressure ulcers.

4, 8, 11 Because the patient had prior possible loss of consciousness and because the doctor did not have a diagnosis, a CT brain and EKG were indicated. The doctor sent the patient back to his housing unit without assessment of the patient's pressure ulcers or without assessing the patient's nutritional status. This was indifferent care. The doctor did not document what the therapeutic plan was and it was not clear exactly what the plan of the oncologist and radiation therapist was.

Patient #8

9/15/2016 An oncologist wrote a brief note on the referral sheet stating that inpatient admission for high dose cisplatin chemotherapy and radiation therapy needed to be scheduled.

11, 12   There were no consultant reports so the status of the patient was unclear.  It had been 4 months since it was known that the patient had cancer and 7 months since first symptoms yet he had not yet started therapy.  This was a significant delay that placed the patient at risk.

9/19/2016 Approval for change of the G tube placement.
9/19/2016 Radiation therapy was approved. Apparently the patient went for a radiation oncology visit.
9/22/2016 A doctor saw the patient and noted that the patient saw  UIC oncology on 9/12 and they recommended admission for chemotherapy.  A dental evaluation and radiation therapy were also recommended.  Consultant reports were not available.  The doctor documented that the patient "saw UIC (Onc or ENT?)."  The doctor did not know the current therapeutic plan because reports were unavailable. The doctor noted that the patient had an on-site dental evaluation scheduled for 9/19/16.  The doctor noted that the staff was checking on the admission dates for chemo and radiation therapy.   The doctor documented that the patient had an irregular pulse and the doctor ordered an EKG within the next seven days.

2, 8, 11,   The patient had an irregular pulse which could reflect atrial fibrillation.  An immediate EKG should have been promptly obtained, yet the doctor ordered an EKG as a routine.  This placed the patient at life threatening risk. The doctor failed to examine the pressure ulcers or verify that they had resolved.  The lack of reports significantly contributed to fragmented care, resulting in lack of knowing what the treatment plan was.  Care was grossly and flagrantly unacceptable.

9/26/2016 An EKG showed multiple premature atrial beats that probably accounted for the irregular pulse previously noted.

10/17/2016 A doctor noted that the patient had received five radiation treatments so far.

12   The patient started receiving treatment for his cancer after five months, which placed the patient at risk.  Care failed to follow generally accepted guidelines or usual practice.

10/26/2016 A nurse documented that the patient remained at UIC after a scheduled visit and would be admitted.

Patient #8

| | | |
|---|---|---|
| 10/24/2016 | A radiation oncologist recommended six cans of Boost daily, increased pain medication, and evaluation of the patient's premature atrial contractions. | |
| 11/11/2016 | During the hospitalization it was noted that the patient had an unresectable tumor and that the patient had significant weight loss and cachexia and that a PEG tube was placed 10/27/16. The patient had multiple laboratory abnormalities which on return to Dixon were not noted. | 12 — It is not clear whether the five month delay in treating the patient resulted in a possibly treatable cancer becoming untreatable. Doctors at Dixon failed to evaluate the patient's nutritional status. Ultimately the patient needed a feeding tube. Whether this was avoidable is uncertain, yet doctors at Dixon were indifferent to this with respect to appropriate evaluation and treatment. Care failed to follow generally accepted guidelines or usual practice. |
| 11/12/2016 | The patient was discharged from the hospital. | |
| 11/14/2016 | The patient was admitted to the infirmary after return from UIC where he was admitted for chemotherapy and a PEG tube. This was not discussed in physician notes previously. The doctor noted that the hospitalization was complicated by a tube leak, free air leak, electrolyte abnormalities, and pneumonia. The patient required transfusion. Remarkably, the doctor did not document what the laboratory abnormalities were and did not order any lab tests. The patient also had mucositis for which an antiviral agent was prescribed. The doctor noted 2+ edema without assessing why the patient had edema. The only assessment was oropharyngeal cancer and dysphagia. The patient had multiple problems that the doctor did not assess. From this note, the extent of the patient's problems were not known. This placed the patient at risk. | 4 — An appropriate treatment plan was not documented. The hospital report was available but the doctor didn't document all of the patient's problems or document the plan for the patient's problems. The extent of the patient's problems and therapeutic plans were unknown to the prison doctor. This placed the patient at risk. Care failed to follow generally accepted guidelines or usual practice. |
| 11/15/2016 | The patient left for radiation therapy. | |

Patient #8

| | | |
|---|---|---|
| 11/15/2016 | At 8:00 pm a nurse noted that the patient was not responding verbally and was found on the floor. The patient was lethargic. A doctor was called but instead of sending the patient to a hospital ordered neuro checks and to call him if the patient became unresponsive. | 14 | The patient was unresponsive yet the doctor failed to evaluate the patient and did not refer to a higher level of care. Care was grossly and flagrantly unacceptable. The patient had a serious condition and the doctor should have referred the patient to a hospital. |

11/15/2016 — At 8:00 pm a nurse noted that the patient was not responding verbally and was found on the floor. The patient was lethargic. A doctor was called but instead of sending the patient to a hospital ordered neuro checks and to call him if the patient became unresponsive.

14 — The patient was unresponsive yet the doctor failed to evaluate the patient and did not refer to a higher level of care. Care was grossly and flagrantly unacceptable. The patient had a serious condition and the doctor should have referred the patient to a hospital.

11/16/2016 — At 8:00 am a nurse documented that the patient had a left dilated pupil and was scheduled for a writ. The patient had bilateral leg swelling. The nurse called a doctor, who ordered morphine for an unclear reason. The patient was apparently scheduled for a medical appointment but there was no evidence in the record that this appointment took place.

14 — A unilateral dilated pupil and bilateral leg swelling were not evaluated. The doctor should have evaluated the patient, as a dilated pupil indicates a serious life-threatening problem. Care was grossly and flagrantly unacceptable.

11/16/2016 — A doctor saw the patient and noted that the patient had requested pain medication and increased the morphine sulphate, but the history of pain was not taken and the extent of pain was not clear. The doctor noted that the patient had a fall the night before. The doctor documented that there was no serious injury. There was no evidence on his examination that the pupil was examined. Neurologic examination was not done, an EKG wasn't done, the doctor didn't evaluate the pressure ulcers, the doctor didn't document what the treatment plan was.

1, 2, 4 — The patient had a fall yet the doctor didn't determine why the patient fell or if this was due to complications of his illness or other condition such as cardiac abnormality. Failure to address this placed the patient at risk of harm. The doctor failed to address the abnormal pupil, and failed to inquire as to why the patient fell. Care was indifferent.

11/16/2016 — At 7:00 pm a nurse performing neuro checks identified a dilated right pupil. The nurse did not document calling the doctor.

16 — The nurse should have notified the doctor.

Patient #8

11/17/2016 A nurse found the patient unresponsive.  The patient was sent to a hospital.  The hospital performed an EKG that documented that the patient was in atrial fibrillation.  A CT scan of the brain showed mild atrophy but no masses or acute intracranial abnormality.

Patient #9

| | | |
|---|---|---|
| 12/24/2013 | A doctor wrote a note stating "no specific complaint, no change [assessment] dementia [plan] continue same care." | 1, 2, 4 — This doctor wrote identical notes multiple times without documenting a history, physical examination, or appropriate assessment. This is indifferent. The doctor was a surgeon and did not appear to know how to manage primary care problems. |
| 12/30/2013 | A doctor wrote an identical note to the 12/24/13 note. | 1, 2, 4 — The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients. |
| 1/3/2014 | The patient fell after taking a shower. A doctor saw the patient and noted no problems. | 1, 2, 4 — The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients. |
| 1/16/2014 | A doctor wrote an identical note to the 12/24/13 note. | 1, 2, 4 — The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients. |

1/20/2014 A doctor wrote an identical note to the 12/24/13 note.

1, 2, 4    The doctor didn't document an adequate history, physical examination, or plan.  The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status.  This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients.

1/22/2014 A doctor wrote an identical note to the 12/24/13 note.

1, 2, 4    The doctor didn't document an adequate history, physical examination, or plan.  The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status.  This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients.

2/5/2014 A doctor wrote an identical note to the 12/24/13 note.

1, 2, 4    The doctor didn't document an adequate history, physical examination, or plan.  The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status.  This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients.

2/11/2014 A doctor wrote an identical note to the 12/24/13 note.

1, 2, 4    The doctor didn't document an adequate history, physical examination, or plan.  The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status.  This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients.

Patient #9

2/19/2014  A doctor wrote an identical note to the 12/24/13 note.    1, 2, 4    The doctor didn't document an adequate history, physical examination, or plan.  The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status.  This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients.

2/24/2014  A doctor wrote an identical note to the 12/24/13 note.    1, 2, 4    The doctor didn't document an adequate history, physical examination, or plan.  The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status.  This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients.

3/4/2014  A doctor wrote an identical note to the 12/24/13 note.    1, 2, 4    The doctor didn't document an adequate history, physical examination, or plan.  The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status.  This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients.

3/12/2014  A doctor wrote an identical note to the 12/24/13 note.    1, 2, 4    The doctor didn't document an adequate history, physical examination, or plan.  The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status.  This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients.

3/19/2014 A doctor wrote an identical note to the 12/24/13 note.

1, 2, 4    The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients.

3/27/2014 A doctor wrote an identical note to the 12/24/13 note.

1, 2, 4    The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients.

4/15/2014 A doctor wrote an identical note to the 12/24/13 note.

1, 2, 4    The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients.

4/23/2014 A doctor wrote an identical note to the 12/24/13 note.

1, 2, 4    The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients.

| | | |
|---|---|---|
| 5/7/2014 | Calcium 7.9; sodium 136; potassium 4.6. No LFTs done. | 1, 2, 4 |

The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients.

| | | |
|---|---|---|
| 5/21/2014 | A doctor wrote an identical note to the 12/24/13 note. | 1, 2, 4 |

The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients.

| | | |
|---|---|---|
| 6/9/2014 | A doctor wrote an identical note to the 12/24/13 note. | 1, 2, 4 |

The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status.

6/28/2014 A nurse documented finding the patient in bed with his left face swollen, weakness of the right arm, and confusion with oxygen saturation of 89%. The patient was sent to a hospital.

The repeated failure to monitor this patient was grossly and flagrantly unacceptable care.

| | | |
|---|---|---|
| 6/28/2014 | The patient was admitted to the hospital. On 7/14/14, the patient had an echocardiogram showing moderate LV enlargement, severe LV dysfunction with EF 30%, mitral and tricuspid regurgitation, and moderate to severe pulmonary hypertension. This hospital record was incomplete and only included the echo. | 11 |

The hospital discharge summary was not available and placed the patient at risk of harm.

7/16/2014 The patient returned from the hospital. The patient was on oxygen therapy. He was admitted to the infirmary.

| | | |
|---|---|---|
| 7/17/2014 | A doctor wrote an infirmary admission note documenting that the patient had a stroke with subsequent respiratory failure. The therapeutic plan was brief, stating to continue all discharge medications.  The doctor did not discuss oxygen therapy or the need for it.  Activity of daily living monitoring was not mentioned.  The doctor did not document a neurological examination except "confused alert," which was a very confusing statement.  The patient's neurological status had not been clarified with respect to activity of daily living monitoring.  A blendarized diet was prescribed but nutritional status not identified. | 1, 2, 4 | The doctor failed in his history to document what the therapeutic plan upon discharge from the hospital was. The examination was inadequate and the plan was incompetently performed. |
| 7/18/2014 | The inmate was found on the floor by his bed.  The nurse found no injury but it was not witnessed how the inmate came to be on the floor.  Blood pressure was 96/54.  A doctor didn't see the patient but co-signed the form on 7/21/14. | 16 | The patient was hypotensive and appeared to have had a syncopal episode shortly after hospitalization for stroke.  The nurse should have consulted a doctor. |
| 7/21/2014 | A doctor noted that a cardiology consult at UIC was approved at collegial. | | |
| 7/22/2014 | A doctor saw the patient and noted that the patient had no specific complaint.  The only documented examination documented was "alert confused."  The doctor ordered oxygen saturation daily for two weeks. | 1, 2, 3 | The history and physical examination were inadequate particularly since the patient experienced an apparent syncopal episode four days previous. |
| 7/22/2014 | A Wexford approval for cardiology post hospitalization. | | |
| 7/24/2014 | The patient was found by a nurse on the floor in front of his chair.  The nurse noted no injuries.  A doctor co-signed the injury report on 7/24/14. The nurse documented that the inmate was not able to explain how the fall happened and wrote ("as normal for I/M"). | 1, 2, 3 | The patient experienced a fall.  A doctor signed an incident report but did not examine the patient.  The nurse documentation presumed that falling was a normal event for the inmate.  Care was indifferent. |

| Date | Note | Codes | Comment |
|---|---|---|---|
| 8/5/2014 | A doctor's note included "S. No specific complaint, takes diet well, [objective] no acute finding [assessment] post CVA [plan] continue same care". | 1, 2, 4 | The doctor failed to document an adequate history, physical examination, or plan. This was especially problematic because the patient had two falls since his stroke and the doctor did not evaluate why the patient fell. |
| 8/13/2014 | A doctor noted no specific complaints. There was no history. The only physical examination was to state the lungs were clear. The only assessment was dementia. The doctor ordered to give oxygen PRN when the oxygen saturation was below 91%. The doctor did not order pulse oximeter checks. | 1, 2, 4 | The history and physical examination were inadequate. The plan was incompetent. To give oxygen "as needed" when the saturation was below 91% gave unclear direction to the nurse. What conditions would qualify as "as needed?" This order was confusing and not competently written. |
| 8/21/2014 | A nurse completed an injury report that the inmate was found on the floor. The nurse noted that the inmate was confused and was wrapped in a cover. The patient was evaluated by a CN 2. A doctor co-signed this injury report on 8/26/14. | 16 | The nurse should have referred a confused patient who just fell to a physician for immediate examination. |
| 8/21/2014 | BUN 35; creatinine 1.59; albumin 2.7; cholesterol 195; TG 129; HDL 31; LDL 138; hemoglobin 11.3; MCV 77. | | |
| 8/21/2014 | A nurse found the patient on the floor at 2:30 pm wrapped in a cover and confused. | | |
| 8/21/2014 | A doctor saw the patient at 4:00 pm. The entire note was "S: no complaint alert [objective] no change [assessment] dementia [plan] continue same regimen." The doctor didn't evaluate whether there were injuries in the recent fall. | 1, 2, 4, 6 | The patient just had a fall. Yet the doctor did not evaluate the patient. This appeared indifferent or incompetent. The doctor also failed to assess recent abnormal laboratory test results. |
| 8/27/2014 | A different doctor saw the patient and noted that the patient was doing well without use of CPAP. To date, it wasn't clear that the patient was on CPAP. The only assessment was post-CVA, dementia, and COPD. This was the first mention of COPD. The doctor ordered CPAP as needed. This is an inappropriate plan, as how would a patient know he needed CPAP during sleep. | 4 | This was an incompetent plan. CPAP is used during sleep for sleep apnea which is not a condition that requires as needed use. The doctor appeared to not know how to treat sleep apnea. |

| | | |
|---|---|---|
| 9/4/2014 | A doctor wrote a note identical to the 12/24/13 note. | 1, 2, 4 | The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients. |
| 9/17/2014 | A nurse completed an injury report. During rounds a nurse found the inmate on the floor. The treatment plan was to encourage the patient to call staff for help. | 16 | The nurse should have referred the patient to a doctor. |
| 10/9/2014 | A doctor wrote that the patient had no complaint and that the patient was not using oxygen and was breathing "normal" without BiPAP. This patient had dementia and it was unclear how it was determined that the patient was consciously not using the oxygen or whether the patient was just demented and didn't know he was supposed to use it. The plan was to continue the same care. This patient was confused and apparently unable to care for himself. The patient was incapable apparently of intentionally deciding to use or not use oxygen. The doctor made no attempt to objectively discover whether the patient needed oxygen therapy. The doctor did not document oxygen saturation, did not stress the patient and check oxygen saturation, and the doctor did not even document why the patient was initially placed on oxygen so it wasn't clear why the oxygen should be stopped. | 1, 2, 4 | The doctors history, examination, and plan were not competent and failed to determine whether use of oxygen was still necessary. |
| 10/23/2014 | The inmate fell to the floor while eating breakfast on his bed. A doctor co-signed the injury report on 10/29/14. | 16 | The nurse should have referred the patient to a doctor. |

Patient #9

| 10/29/2014 | A doctor wrote a note identical to the 12/24/13 note, except the doctor added that the lungs were clear. | 1, 2, 4 | The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. |
| 11/10/2014 | A doctor wrote a note identical to the 12/24/13 note. | 1, 2, 4 | The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. |
| 12/29/2014 | BUN 24; creatinine 1.52 (0.5-1.5); albumin 3; cholesterol 174; TG 127; HDL 30; LDL 119. | | |
| 12/31/2014 | A doctor wrote an identical note to the 12/24/13 note except to add that the patient "takes diet well." | 1,2, 4 | The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. |
| 1/24/2015 | An identical doctor note to the 12/24/13 note. | 1, 2, 4 | The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. This doctor was a surgeon and did not appear to have knowledge on appropriate evaluation of patients. |
| 1/31/2015 | An identical doctor note to the 12/24/13 note. | 1, 2, 4 | The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. |
| 3/19/2015 | An identical doctor note to the 12/24/13 note. | 1, 2, 4 | The doctor didn't document an adequate history, physical examination, or plan. The doctor wrote the identical brief note 24 times without any specificity regarding changes in the patient's status. |

| Date | | |
|---|---|---|
| 4/6/2015 | An injury report documented the patient fell and asked, "help me please, it hurts." The doctor was called and ordered an x-ray but did not examine the patient. An ADA van was unavailable and the patient didn't go for the x-rays until 4/10/15, four days later. | 11, 19 | The patient had a potential serious medical condition after a fall. The doctor neglected to evaluate the patient and the x-ray was delayed four days. This is indifferent treatment. |
| 5/5/2015 | The patient developed diarrhea noted by a nurse but not addressed by a provider. | 19 | The doctor neglected the patient's condition. |
| 5/15/2015 | The patient had been progressively more confused. On this day the patient stated he needed to get out the back door which made no sense. The nurse documented that the patient was very confused and called the doctor. Instead of an evaluation, the patient was medicated by phone order with Ativan, which was ordered every 12 hours for seven days without a physical examination. Later that day the doctor ordered a CMP and CBC. These tests were not done. | 1, 2, 3, 11, | While the confusion may have been due to the patient's dementia, an evaluation was indicated. The doctor performed no history, performed no examination, and the treatment plan of Ativan actually placed the inmate at risk of harm. The manufacturer recommends *extreme caution* when using in persons at risk of falls. This patient had multiple falls. To prescribe this drug over the phone without fall precautions is dangerous and placed the patient at risk of harm. The lack of an ADA van placed the patient at risk of delayed diagnosis. The ordered labs were never done. Care was grossly and flagrantly unacceptable. |
| 5/15/2015 | A nurse follow up note documented that the patient was sitting in the chair unresponsive except to sternal rubs. He was described as slightly lethargic. The nurse did not call a doctor. There was no nursing note the following day. | 16 | The prescription of Ativan may have adversely affected the patient. A patient who is unresponsive needs to be evaluated. The nurse should have called the doctor. |
| 5/23/2015 | At 10:00 am the patient was agitated and confused. The nurse called a doctor who ordered Ativan IM every eight hours for agitation for 30 days *without evaluation of the patient.* | 8, 19 | The patient was a fall risk and this drug needs to be given with extreme caution for those with fall risk. Also, the doctor had not made a diagnosis of the patient's confusion and agitation and diagnostic (labs, CT scan brain) evaluation was indicated, but the doctor did not even evaluate the patient. This was indifferent care and grossly and flagrantly unacceptable. |

5/23/2015 A nurse documented that the patient was ambulating unsteadily and appeared agitated and confused. When the nurse approached the patient he fell. The pulse was 120. The nurse noted no injuries. The nurse called the doctor, whose only order was to monitor the patient.

8, 19 — The patient likely had a change in status (confusion and agitation). Additional testing was indicated including labs and CT scan. Instead, nothing was done. The doctor failed to recognize that his prescription of Ativan may have worsened the patient's condition.

5/24/2015 A nurse documented that the patient appeared more confused than usual. There was no referral or physician examination.

16 — The nurse should have referred the patient to a doctor.

5/26/2015 A doctor saw the patient and wrote that the patient had no specific complaint despite the patient being unable to give a history. The doctor noted that the patient was agitated and confused and that mental health was to evaluate the patient. The only examination was to document, "no acute findings." A diagnosis of Alzheimer's disease was made without any objective assessment of the patient. The plan was to "continue same care."

1, 2, 4 — The doctor attempted no history. The doctor performed no neurologic examination or mental status examination. The doctor ordered no laboratory tests to determine if the patient had a reason for the confusion. CT scan should have been considered. The doctor did not evaluate the potential for falls given his prescription of Ativan. Care was indifferent and incompetent.

5/26/2015 The patient complained that his stomach didn't feel well. The nurse informed the doctor, who gave a phone order for a CMP and CBC. There was no documented follow up of these tests and it appeared that they were not done.

11, 19 — Ordered tests were not done. The patient needed evaluation but no examination was done.

6/23/2015 A doctor hadn't documented a note for a month. The doctor wrote an identical note to the 12/24/13 note.

1, 2, 4 — The history, physical examination and assessments were inadequate.

| | | | |
|---|---|---|---|
| 7/8/2015 | A nurse saw the patient at 6:30 am and wrote that the patient couldn't get up to eat.  The nurse noted that the patient was totally dependent for activities of daily living including feeding and that his condition "is declining."  He was missing his dentures and needed a dental referral.  A doctor saw the patient at 9:35 am and wrote that there was no change in status and that the patient needed help in ambulation.  The only examination documented "no change."  The plan was to "continue same care." | 1, 2, 4, 19 | If there were no change in status, how was it that the patient needed help in ambulation unless his need had previously been ignored.  Since the doctor determined that the patient needed help with ambulation, a change in therapy was indicated but the doctor documented "no change." He did not initiate how to help the patient with ambulation.  Care was indifferent. |
| 7/11/2015 | A nurse documented that the patient appeared "very weak" and that his condition was "declining."  It wasn't clear what the nurse perceived as wrong but no referral was made. | 16 | The nurse should have referred to a physician. |
| 7/12/2015 | A nurse documented that the patient was very weak and needed to be held up to be fed and ate only a few spoonfuls of breakfast.  The nurse documented notifying the doctor. | | |
| 7/12/2015 | At 1:35 pm the patient was incontinent of bladder and bowel. The nurse notified a doctor, who ordered CBC, CMP, UA with culture in the morning.  The blood was actually documented as drawn that day and at 6:35 pm a nurse documented that the hospital called that the hemoglobin was 6.1.  The doctor was called and the doctor ordered the patient to be sent to the hospital. | | |
| 7/12/2015 | WBC 20.4; hemoglobin 6.1. | | These tests were significant and indicate possible infection and significant blood loss and required immediate action. |
| 7/13/2015 | Patient admitted to UIC for anemia. | | |
| 7/16/2015 | Surgical path report indicating terminal ileum indicating infiltrating poorly differentiated adenocarcinoma. The size of the specimen was 15 by 8 by 5.6 cm. | | |

7/24/2015    A final report documented that the patient was transferred from OSH to UIC after a hemoglobin of 6 was found.  At UIC the hemoglobin was 5.5.  After transfusion a RLQ mass was palpated.  A CT scan found a RLQ mass concerning for malignancy.  The patient developed fever.  A laparoscopic study found abscess with necrosis and biopsy found poorly differentiated adenocarcinoma.  A partial colectomy with ileostomy were performed.  The patient had poorly differentiating adenocarcinoma arising from a tubular adenoma infiltrating through the ileum and muscularis adenocarcinoma.

7/24/2015    An oncology consultation in the hospital documented that the patient had a history of chronic kidney disease, HTN and was admitted for a hemoglobin of 6 and a RLQ mass.  The oncologist noted that a biopsy was positive for cancer and that the patient had 12/14 lymph nodes positive for metastases.  The oncologist stated that the patient did not have the capacity for decision making  regarding treatment options.  Chemotherapy was not planned due to the patient's condition.  Nutritional support was recommended.

7/27/2015    The patient was discharged from the hospital.  In the hospital the patient developed fever and was treated for an intraabdominal abscess.  The patient had exploratory laparotomy with ileocecotomy and ileostomy.  Pathology on the specimen yielded poorly differentiated adenocarcinoma arising in a tubular adenoma.  Due to the advanced stage of the malignancy no chemotherapy was planned.

7/27/2015    A nurse documented that the patient had staples on his 14 inch abdominal wound and that the patient had liquid stool covering the wound and under the patient's nails.  The patient was described as confused.

UIC physicians were able to palpate an abdominal mass which was unidentified at Stateville likely because either the doctor did  not examine the patient or because the doctor could not appreciate the mass.  It appeared based on notes that the doctor did not examine the patient.

Patient #9

| | | | |
|---|---|---|---|
| 7/27/2015 | When discharged from the hospital, the hospital recommended to perform calorie counts and follow up with nutrition recommendations for diet. | | |
| 7/28/2015 | A doctor ordered a pureed diet for six months. | 4 | The hospital had recommended a calorie count and nutritional follow up. Instead the doctor ordered a pureed diet without consideration of its nutritional content. |
| 7/29/2015 | A doctor admitted the patient to the infirmary post colon resection. The patient was on aspirin, and Norvasc. The doctor took no history of what had occurred in the hospital including the recommended therapeutic plan. The patient's current condition was documented as "healing wound abdomen good condition." The doctor ordered a general diet and activity "as tolerated" despite repeated past falls and inability to care for himself. The doctor's physical examination was that the patient was alert and oriented x 4. The doctor documented that the patient was functioning well. | 1, 2, 4 | The doctor performed an incompetent history and physical examination and appeared unaware of the patient's existing status. This was indifferent to the patient's serious medical condition. The doctor did not assess the patient's nutritional status or ensure that the patient was safe and protected despite his grim prognosis. |
| 8/1/2015 | A nurse documented that the patient was very combative and "need more staff to help change." The colostomy bag had come off and the nurse described the inmate "in a total mess." | 11 | This patient needed a skilled nursing unit or hospice care but it was clear that there were insufficient staff to care for the patient. |
| 8/2/2015 | The nurses were changing the colostomy bag and the patient swung at two nurses with two correctional officers present. The nurse called a doctor who ordered an increase of the Ativan to 1 mg IM every six hours *for 60 days!* | 4 | The patient was at risk of falls. The Ativan was dangerous. The doctor made no attempt to discover what was causing the agitation. Care was grossly and flagrantly unacceptable. |

8/3/2015 A doctor wrote a brief note stating "confused returned from med writ. Had skin staples removed. Recommendation consult oncology." The only examination was "no change healing abdominal wound." The plan was to "continue same care." Despite the patient being confused, the doctor continued the Ativan order.

1, 2, 4    The doctor failed to take any history by way of review of nursing notes or other documents, documented minimal examination, and continued the same care which included Ativan for agitation even though the patient continued to experience falls.

8/3/2015 Later that day a nurse found the patient on the floor. The patient's cell mate said that the patient attempted to get out of bed and fell.

16    The nurse did not refer to a doctor.

8/3/2015 On a referral form to the surgeon at UIC seen for follow up, the surgeon noted that the staples were removed and recommended to review the pathology and oncology recommendations. A CEA baseline was recommended which was not done. The doctor appeared to ignore or not review the oncology recommendations.

19    Doctors at UIC made recommendations which were ignored.

8/4/2015 Collegial review approved an oncology visit.

8/4/2015 Wexford approved an air mattress.

8/4/2015 Wexford approved an oncology appointment.

8/6/2015 The doctor wrote "spells of agitation and restlessness. Violent behavior toward nurses." The only documented examination was "confused restless." The assessment was Alzheimer dementia and the doctor prescribed Ativan for 30 days.

4    The doctor made no attempt to identify risk factors for the delirium including hydration, medication side effects, and supportive care measures. The use of a benzodiazepine for Alzheimer's delirium has a limited role. The risk of falls in this patient should have led the doctor to choose a neuroleptic drug and to check for metabolic problems and supportive care measures. This treatment was harmful to the patient, as it placed him at continued risk for falls and may have been responsible for worsening of the agitation.

| 8/10/2015 | The doctor note was virtually the same documenting "no specific complaint. Confused. [objective] no change [assessment] dementia Alzheimer, post colectomy [plan] same care." | 1, 2, 4 | The doctor's continued failure to document a reasonable history, physical examination, and assessment appeared indifferent. |
|---|---|---|---|
| 8/19/2015 | At 4:00 am a nurse documented that the patient was in acute distress and was agitated and refused ileostomy care and diaper change. The nurse documented that additional help was needed to change the patient, who remained "uncooperative" during care. The patient was wearing mittens apparently to prevent disrupting the ileostomy. | | |
| 8/19/2015 | The doctor noted that the patient had no specific complaint and that there was a good response to Ativan. The doctor's plan was to continue same care. There was no examination except a statement that the ileostomy was functioning. | 1, 2, 4 | The doctor failed to note prior nursing notes that the patient at 4:00 am was agitated and uncooperative. The doctor was not incorporating nursing information into his assessments despite the patient's inability to give a history. |
| 8/25/2015 | An injury report documented that the patient fell to the floor getting up out of bed. The nurse noted no injuries and stated, "no medical treatment necessary." A provider did not examine the patient. | 16 | A doctor should evaluate the patient after a fall. There was no assessment given the use of Ativan. |
| 8/26/2015 | An injury report documented that the patient fell to the floor attempting to get up out of chair. The nurse said there were no injuries and declared that no treatment was needed. A doctor did not examine the patient. The nurse documented that a doctor would follow up as needed. | 16 | A doctor should evaluate the patient after a fall. There was no assessment given the use of Ativan. |
| 8/26/2015 | A doctor documented the same note except adding that the patient had metastases. There was no other comment. The plan was to continue same care. The doctor failed to note that the patient had two recent falls. | 1, 2, 4 | The doctor did not document new findings in the history, or document a reasonable examination or assessment, and failed to note that the patient had recent falls. Care was indifferent. |

Patient #9

| | | | |
|---|---|---|---|
| 8/31/2015 | A different doctor saw the patient and wrote a very brief note stating that the patient had an erythematous coccyx without skin breakdown, which is an early decubitus. The doctor made no changes to prevent a decubitus ulcer. | 3 | The doctor should have ensured that preventive measures were taken to prevent pressure ulcers. |
| 9/1/2015 | At 3:30 am a nurse documented that when they removed the ileostomy bag the patient's clothes and bed linens were full of feces. The patient had been scratching around his ileostomy. | | |
| 9/1/2015 | At 7:35 am a doctor saw the patient. The entire note was "no specific complaint [objective] no change [assessment] dementia post colectomy for metastatic ca [plan] continue same care." The doctor failed to note the patient's pruritis and interference with the ileostomy causing contamination with feces. The doctor failed to review the nursing notes. | 1, 2, 4 | The doctor failed to note significant patient management problems apparently due to indifference to nursing management problems complicating patient care. |
| 9/6/2015 | A nurse found the patient with feces all over his bed linen. The patient had pulled off the ileostomy bag. The patient had mittens placed on his hands but he had removed these as well. | | |
| 9/9/2015 | The doctor wrote an identical note to the 9/1/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 9/14/2015 | The doctor wrote an identical note to the 9/1/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 9/22/2015 | The doctor wrote an identical note to the 9/1/15 note. | 1,2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 9/25/2015 | The patient fell off the toilet. A nurse documented that the patient fell while trying to transfer off the toilet. The nurse documented that the patient was confused. | 16 | The nurse should have referred to a physician. |

| Date | | | |
|---|---|---|---|
| 10/5/2015 | A different doctor wrote documenting that the patient was confused.  The doctor did not update the patient's status, perform any examination except to note confusion and a colostomy, and did not update the status of the patient. | 1, 2, 4 | The patient was having repeated falls.  There was no evaluation of medications, attempts to protect the patient, or evaluate the patient's metabolic status. |
| 10/26/2015 | A doctor wrote an identical note to the 9/1/15 note. | 1,2,4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 10/29/2015 | A doctor wrote an identical note to the 9/1/15 note. | 1,2,4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 11/2/2015 | A doctor wrote an identical note to the 9/1/15 note. | 1,2,4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 11/9/2015 | A doctor wrote an identical note to the 9/1/15 note. | 1,2,4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 11/16/2015 | A doctor wrote an identical note to the 9/1/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 11/23/2015 | A different doctor saw the patient for pus coming from the ear.  The doctor noted a perforated TM with pus and diagnosed otitis media and started Bactrim for seven days. | | |
| 11/23/2015 | Remarkably, a couple hours later the usual  doctor (Medical Director) saw the patient and wrote an identical note to 9/1/15 not noting the otitis media. | 1, 2, 4 | This was clearly indifferent. |
| 11/24/2015 | The patient was sent out on a writ. | | |

11/24/2015 This oncology appointment was approved 8/4/15 and didn't take place for more than three months. The oncologist write a brief note on the referral form. There was no report. The note said that given the advanced dementia and extensive malignancies, no treatment was recommended. Hospice/palliative care was recommended. No follow up was recommended.

11/26/2015 A doctor ordered a clear liquid diet for 24 hours based on a nurse call that the patient had liquid stool draining from the ostomy site.

11/27/2015 A nurse noted that the patient was lethargic and had diarrhea. The patient was sent to a hospital.

11/29/2015 The patient returned to the infirmary from the hospital. There was a nurse admission note to the infirmary but no physician note. The first physician evaluation was on 12/3/15 when the doctor wrote an identical note to the 9/1/15 note.

11/29/2015 The patient was discharged from UIC on 11/29/15 after an 11/27/15 admission. The patient was admitted for altered mental status. The patient was treated with antibiotics and improved. A urinary infection was diagnosed. C difficile was negative. Chest x-ray was negative. Patient was transitioned to Bactrim. The patient's initial BUN was 56 and improved with hydration. So the patient was significantly dehydrated on arrival. X-rays of the abdomen and chest showed no acute problems.

12/3/2015 This was the first note after hospitalization and the doctor wrote an identical note to the 9/1/15 note.

1, 2, 4    Care was indifferent, as the doctor failed to even review hospital notes, note the status of the patient, or assess whether the patient had improved or not after hospitalization. Care was grossly and flagrantly unacceptable.

| 12/7/2015 | A doctor's note was identical to the 9/1/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
|---|---|---|---|
| 12/14/2015 | A doctor's note was identical to the 9/1/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 12/23/2015 | A doctor wrote that the patient had no specific complaints. The examination was "no change" and the assessment was "dementia post metastatic ca colon resection." The plan was "continue same care." | 1,2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 12/29/2015 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 1/5/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 1/11/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 1/18/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 1/25/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 2/2/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 2/8/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 2/15/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |

| Date | | | |
|---|---|---|---|
| 2/16/2016 | At 6:00 am a nurse found the inmate on the floor who asked, "help me." The nurse identified no injuries. | 16 | The nurse should have referred to a physician. |
| 2/23/2016 | A nurse found the inmate on the floor yelling "help me." A doctor saw the patient and wrote, "IM fell again today." The doctor assessed no injuries. | 4 | The doctor wrote that fall precautions should be used but didn't specify what these were. The doctor wrote to continue the present management. It appeared that the patient was still on Ativan. |
| 2/29/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 3/7/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 3/14/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 3/21/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 3/28/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 4/5/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 4/11/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |
| 4/18/2016 | A doctor wrote a note that was identical to the 12/23/15 note. | 1, 2, 4 | The doctor was indifferent to the status of the patient and unaware of what was happening to the patient. |

4/19/2016  At 1:30 am a nurse noted that the patient was listless and
notified a doctor. The patient was pale, diaphoretic, and
listless.  He was lying in bed without any sheets or covers and
appeared to be in pain and was not responding as usual.

4/19/2016  At 3:00 am a nurse documented that the patient was in bed
and condition was unchanged since 1:40 am.  The doctor was
notified and ordered the patient sent to the hospital.

4/19/2016  At 6:25 am a nurse noted that the patient was sent to a          It was clear that the patient's status had not been
hospital and had acute encephalopathy, hyperkalemia, and            monitored at the facility.
elevated troponin.

4/21/2016  An autopsy was done.  Fingernails were medium length and          Based on the autopsy, it appeared that the patient had
dirty, the patient had multiple scars on the extremities and         been neglected at the facility.
back.  The toenails were dirty.  The cause of death was sepsis.

| Date | | | |
|---|---|---|---|
| 1/7/2013 | Patient was seen at HTN chronic clinic. The presence of risk factors line was blank even though the patient had multiple risk factors. | | |
| 7/1/2013 | The patient complained to a CMT that he was "throwing up black stuff and also defecating black stool all day. I haven't eaten anything all day cause of my vomiting." The CMT documented referring the patient to a doctor the following day. This referral did not occur. There was no evidence of evaluation of this potential GI bleed. | 7, 16 | The patient had symptoms of gastrointestinal bleeding and was on a NSAID and aspirin and should have had endoscopy. Instead, the patient wasn't even referred to a provider. Subsequent providers failed to identify these symptoms. Care failed to follow generally accepted guidelines or usual practice. |
| 7/16/2013 | A doctor saw the patient in diabetes chronic clinic. The doctor did not address the patient's very recent complaint of possible GI bleeding. The doctor took no history. The doctor also saw the patient for hypertension clinic and noted no chest pain. The blood pressure was 106/84. Lipids were not addressed. | 1, 2, 8 | The doctor failed to take history of the very recent possible GI bleed. The patient should have been referred for endoscopy. The doctor also did not assess lipid therapy in a 68-year-old male with multiple cardiovascular risk factors. Care failed to follow generally accepted guidelines or usual practice. |
| 10/9/2013 | A provider saw the patient for HTN chronic care clinic. Blood pressure was 120/68; pulse was 92. The patient was lightheaded. The patient was on Vasotec 20 BID, HCTZ 25, 120, ASA. The provider decreased the verapamil from 120 to 80 mg daily despite the blood pressure being in good control. This was done because the patient was lightheaded. The patient was not listed as having high blood lipids despite very high risk and contemporary recommendations for high dose of statin. | 2, 4 | The provider failed to assess lipids. The patient had multiple cardiovascular risks and should have been assessed for lipid disorder. Because of age and multiple risk factors, the patient likely needed to be on a statin medication, but this was not done. Care failed to follow generally accepted guidelines or usual practice. |

1/15/2014  The patient was seen in HTN chronic clinic.  The blood pressure was 139/82 which is considered elevated for a diabetic.  The doctor assessed good control but didn't increase the medication.  Lipids were not addressed.

2, 3  The provider assessed good BP control when control was questionable.  A reasonable goal is 130/80 or less especially with cardiovascular risk factors.  Although the goal is 140/90, consideration of the patient's cardiovascular risks should have been made.  The doctor did not assess whether the patient had lipid disorder in a patient at high risk of cardiovascular disease.  Blood pressure medication should have been considered to be adjusted and a statin drug should have been started.

1/28/2014  A doctor wrote a chart note documenting review of labs.  The doctor documented "control of hyperlipidemia fair" but did not institute treatment.

2  The doctor diagnosed fair lipid control but it is unclear what this meant.  The patient probably needed treatment with a statin drug but this was not done.  Care failed to follow generally accepted guidelines or usual practice.

| | | | |
|---|---|---|---|
| 5/6/2014 | A PA saw the patient in diabetes chronic clinic. The blood pressure was 140/80. The PA documented that the patient was on Motrin without addressing why. The blood pressure was listed as in good control when it was elevated for a person with diabetes. The PA listed the total cholesterol of 161 and HDL of 41. According to the American Heart Association 10 year risk calculator the patient had a 53% 10 year risk of heart disease or stroke and should have been recommended a high intensity statin drug. The PA did not address lipid treatment apparently not understanding the risk factors of the patient. | 2, 17 | The PA failed to appreciate the cardiovascular risk to the patient. Ibuprofen (Motrin) carries a FDA black box warning for serious cardiovascular thrombotic events. The warning states, "Nonsteroidal anti-inflammatory drugs (NSAIDS) cause an increased risk of serious cardiovascular thrombotic events, including myocardial infarction, and stroke, which can be fatal. This risk may occur early in treatment and may increase with duration of use. Ibuprofen is contraindicated in the setting of coronary artery bypass graft (CABG) surgery." A second black box warning is that Ibuprofen can increase risk of serious gastrointestinal (GI) adverse events including bleeding, ulceration, and perforation of the stomach or intestines, which can be fatal. These events can occur at any time during use and without warning symptoms. Elderly patients and patients with a prior history of peptic ulcer disease and/or GI bleeding are at greater risk for serious GI events." Motrin can also exacerbate hypertension and can cause renal disease and carries a warning to use with caution in persons with hypertension. |
| 12/17/2014 | A doctor renewed Motrin for six months at 800 mg a day without an evaluation. The doctor did not note the Black box warnings or HTN. This was an error. | 17 | Care failed to follow generally accepted guidelines or usual practices. |
| 1/26/2015 | A1c 7.1; cholesterol 190; TG 79; HDL 44; LDL 130; HGB 14.9. | | |
| 2/7/2015 | The patient had an annual physical examination. Colorectal screening was not offered but a digital rectal examination was done, which was guaiac negative. | 7 | The patient should have had colorectal cancer screening consistent with contemporary guidelines. This was especially true since the patient had prior episode of GI bleeding. |

4/17/2015 Diabetes chronic clinic  BP 163/89, weight 203; A1c documented as 7.3.  The doctor did not address the elevated blood pressure.  The patient was on NPH 20 units and metformin 850 BID.  On a different HTN chronic clinic form the HTN was addressed.  The doctor documented good hypertension control even though it was not, and fair high blood lipid control even though the patient was no on anti-lipid therapy.  The doctor did increase the verapamil from 80 to 120 mg.  The patient was also on lisinopril, metformin, NPH insulin, HCTZ, verapamil,  aspirin, and 800 mg Motrin once daily.  The use of Motrin should not be continuous as it was because of the risk for kidney disease and risk for thrombotic events.  The doctor documented the LDL cholesterol as 133 which is high.

2, 4    The doctor failed to make an accurate diagnosis of the blood pressure control.  The doctor assessed good control when it was poor control; yet medication was increased.  This patient had an American Cardiology 10-year risk of heart disease or stroke of 65%.  There should have been aggressive treatment of cardiovascular risk factors including addition of a statin drug and the Motrin should have been discontinued.  Care failed to follow generally accepted guidelines or usual practice.

4/30/2015 Sodium 134; A1c 7.3; cholesterol 191; TG 71; HDL 44; LDL 133; HGB 16.3

7/22/2015 A1c 7.1.

8/13/2015 A provider saw the patient for HTN clinic.  The blood pressure was 158/95.  A repeat was 146/85.  The blood pressure was listed as in good control and blood lipids were listed as in good control.  There was no change of medication despite the elevated blood pressure.  The A1c was listed as 7.1.  The doctor ordered an EKG.  The doctor noted that the creatinine was 1.48.  The patient was still on Motrin yet the doctor did not identify why the patient was taking this medication and that it might be damaging his kidney.

2, 4, 6    The doctor failed to make an accurate diagnosis of the blood pressure control.  The doctor assessed good control when it was poor control; medication should have been increased.  This patient had an American Cardiology 10-year risk of heart disease or stroke of 65%.  There should have been aggressive treatment of cardiovascular risk factors including addition of a statin drug and the Motrin should have been discontinued.  Also, the doctor noted an elevated creatinine but did not review use of the Motrin.  Care failed to follow generally accepted guidelines or usual practice.

8/23/2015 An EKG shows non-specific STT wave changes that could be consistent with ischemia.

11/22/2015 A1c 6.7.

12/21/2015 A provider saw the patient for a periodic semi-annual diabetic evaluation. The blood pressure was 151/87. The doctor did not address the elevated blood pressure. The doctor renewed Motrin for three months, restricting the patient to 10 tablets a month.

2/24/2016 Total cholesterol 172; TG 82; HDL 42; LDL 114.

3/17/2016 Diabetes chronic clinic BP 163/89, weight 203; A1c documented as 7.3. The doctor did not address the elevated blood pressure. The patient was on NPH 20 units and metformin 850 BID. On a different HTN chronic clinic form the HTN was addressed. The doctor documented good hypertension control even though it was not, and fair high blood lipid control even though the patient was no on anti-lipid therapy. The doctor did increase the verapamil from 80 to 120 mg. The patient was also on lisinopril, metformin, NPH insulin, HCTZ, verapamil, aspirin, and 800 mg Motrin once daily. The use of Motrin should not be continuous as it was because of the risk for kidney disease. The doctor documented the LDL cholesterol as 133 which is high.

3/23/2016 Microalbumin/creatinine ration 37 (0-30); A1c 8; cholesterol 175; TG 88; HDL 47; LDL 110.

6    This EKG could have been consistent with ischemia yet was not documented as reviewed with respect to the patient's clinical picture.

17   Blood pressure medication should have been adjusted. Same comments as above related to treatment with a statin and use of Motrin. However, the doctor did decrease the amount of Motrin the patient was given.

4    The blood pressure was adjusted but was done with verapamil. Since the patient had prior angina, a beta blocker should have been considered. The doctor did not address lipid risk. The patient had a 45% 10-year risk of heart disease or stroke based on recent labs. He should have been on a high intensity statin. The doctor ordered Motrin when it placed the patient at significant risk of thrombotic events. Care failed to follow generally accepted guidelines or usual practice.

4/14/2016 A doctor saw the patient for annual diabetic clinic. The doctor noted that the A1c was 8 but said the lipids were "OK" which they were not. The blood pressure was 139/88. The doctor wrote that he discussed statin coverage with the patient who wanted to defer starting. The doctor wrote that he referred the patient to Dr. Obaisi. The doctor increased NPH insulin to 26 units HS but did not address the elevated blood pressure.

4/15/2016 An EKG shows non-specific STT wave changes that could be consistent with ischemia. The changes are different from the previous EKG of 8/23/15.

4   The blood pressure was not considered elevated but because the patient had high cardiovascular risk, medication increase should have been considered. The doctor did not address lipid risk and treatment, and ordered Motrin when it placed the patient at significant risk. Care failed to follow generally accepted guidelines or usual practice.

4/15/2016 A doctor saw the patient who complained of waking up feeling nauseous and became cold and clammy and vomited. The doctor noted that an EKG showed sinus tachycardia. [The EKG showed also non-specific STT wave changes that could be consistent with ischemia]. The blood pressure was 112/74, which is low for this patient and the heart rate 92. The doctor took no other history. The doctor's assessment was diabetes R/O coronary event or NSAID gastritis and dehydration. These assessments appeared to be accurate. However, the plan and follow up was below standard of care. The doctor ordered CBC, CMP, troponin, CK-MB, stopped Motrin, and started omeprazole for a week and gave a liter of fluid and gave the patient a dose of NTG. The doctor did not take a history usual for angina. The CBC was drawn and showed hemoglobin of 10.3, which is very low but was never followed up. This was consistent with a GI bleed, as the patient had a prior normal hemoglobin. The patient had a prior normal hemoglobin of 13.7. The CMP, CK-MB, and troponin were not done or were unavailable in the medical record. The doctor also only prescribed a single nitroglycerin tablet but did not order long-term anti-anginal medication. The omeprazole was only ordered for seven days. The doctor did not follow up. Given the high risk of this patient, a possible anginal event should have prompted a stress test or cardiac catheterization.

14    On this day, especially given the drop in blood pressure, the 10-year risk of heart disease or stroke was 38%. If the blood pressure of 4/14/16 (139/88) was used, the patient had a 10-year risk of heart disease or stroke of 52%. This was a very high risk patient. The doctor failed to take an adequate history for acute coronary syndrome but did acknowledge the possibility. Also, the patient was on long-term Motrin which carries a black box warning for cardiac thrombotic events. Since the EKG was abnormal and suggested ischemia, the patient should either have been referred to a hospital to rule out MI or been placed on regular anti-anginal medication and referred for urgent stress test or angiography. Ordering tropinin levels in a prison is not a good idea because if positive, the prison could not reasonably treat the patient appropriately and the patient's access to hospital care would be delayed. After this lack of referral, subsequent physicians did not order routine cardiology referral, increase anti-anginal drugs, or order stress testing or cardiac catheterization. This patient had multiple risk factors for a cardiac event (smoker, HTN, diabetes, high blood lipids, male sex, age). Care failed to follow generally accepted guidelines or usual practice. This place the patient at risk of cardiac thrombotic event.

4/18/2016 An EKG shows resolution of STT wave changes from 4/15/16. This is significant because it supports a suggestion of ischemia. Given the patient's history a stress test or cardiac catheterization were indicated.

| | | | |
|---|---|---|---|
| 4/18/2016 | Hemoglobin 10.3. There was no evidence in the progress notes of follow up of this significantly abnormal test. | 6 | This significant laboratory finding was not acted on, placing the patient at significant risk. The patient should have been referred for upper endoscopy. Care failed to follow generally accepted guidelines or usual practice. |
| 4/18/2016 | A doctor saw the patient for follow up of the dehydration. The blood pressure was 101/61. The patient was able to eat. The doctor took no history typically used for angina. The doctor repeated the EKG but did not comment on it. The EKG was now normal when on the 15th it showed STT changes consistent with ischemia. This reversal of ischemic changes is significant and demonstrates that the patient had ongoing angina. | 1, 7 | The doctor should have obtained a history given the recent event on 4/15/16. The doctor failed to document review of the EKGs in sequence and assess in light of the patient's cardiovascular risks. Because of the reversal of EKG changes, the patient should have been referred for stress testing. Care failed to follow generally accepted guidelines or usual practice. |
| 5/5/2016 | The Medical Director saw the patient. The blood pressure was 149/83 and the pulse 98. The doctor did not discuss the recent possible anginal episode. The doctor addressed back pain but took no history, diagnosed chronic back pain, and prescribed 600 mg Motrin twice a day for 60 days despite the elevated blood pressure. The doctor did not discuss the blood pressure or evaluate the recent lab showing a significant drop in hemoglobin. | 1, 2, 3, 7, 17 | The doctor failed to review the abnormal hemoglobin of 10.3. The doctor failed to adjust medication for elevated blood pressure. The doctor failed to assess the patient's recent possible anginal episode in light of the patient's risk factors. The doctor prescribed Motrin despite a possible recent anginal episode and despite the black box warning for risk of thrombotic cardiac events. The patient should have been referred for stress testing. Care failed to follow generally accepted guidelines or usual practice. |
| 7/20/2016 | A1c 6.7 | | |
| 8/1/2016 | A doctor saw the patient for diabetic clinic. The blood pressure was 135/82 which is not elevated blood pressure for persons with diabetes but is considered possibly elevated for persons with diabetes and cardiovascular disease. The A1c was 6.7. The doctor made no changes to therapy and did not address the blood pressure. | 2, 3 | The doctor should have considered adjustment of blood pressure medication but did not. The doctor should have initiated lipid therapy or discussed with the patient but did not. Same comments as above for statins and Motrin. The abnormal hemoglobin was unnoticed. Care failed to follow generally accepted guidelines or usual practice. |

| Date | Note | Codes | Comment |
|---|---|---|---|
| 8/3/2016 | Cholesterol 157; TG 99; HDL 42; LDL 95; hemoglobin 12; MCV 71 (80-99); | | |
| 8/12/2016 | A doctor wrote a very brief illegible note. A nurse took blood pressure of 142/95 but it was not addressed. | 2, 3 | The blood pressure was elevated but medications were not adjusted. The doctor did not address lipid risk despite a 36% 10-year risk of heart disease and ordered Motrin when it placed the patient at significant risk. Same comments as about these issues. Care failed to follow generally accepted guidelines or usual practice. |
| 9/5/2016 | A doctor saw the patient for HTN chronic clinic. The blood pressure was 150/87 and a retake was 133/83. The doctor assessed "good" HTN control but the control was questionable. The doctor made no changes. | 2, 3 | The blood pressure was initially elevated but medications were not adjusted. The doctor did not address lipid risk and treatment and ordered Motrin when it placed the patient at significant risk. Same comments as about these issues. Care failed to follow generally accepted guidelines or usual practice. |
| 11/30/2016 | A1c 7. | | |
| 12/6/2016 | A doctor saw the patient for diabetic clinic. The blood pressure was 145/91. The A1c was 7. The doctor made no changes and did not adjust the blood pressure medication. | 2, 3 | The blood pressure was elevated but medications were not adjusted. The doctor did not address lipid risk and treatment and ordered Motrin when it placed the patient at significant risk. Same comments as about these issues. Care failed to follow generally accepted guidelines or usual practice. |
| 1/6/2017 | Sodium 134; cholesterol 167; TG 77; HDL 39; LDL 113; hemoglobin 13.7 MCV 72.7 (80-99). | | |

1/6/2017   A nurse saw the patient for back pain.  The blood pressure was 151/97.  The nurse referred to a doctor who saw the patient the same day.  The doctor addressed the back pain and increased the Motrin at 800 BID without addressing the elevated blood pressure and without recognizing the prior episode of decrease in hemoglobin.  This needed to be considered because both Motrin and aspirin can cause GI bleeding which the patient appeared to have sustained.   The Motrin was prescribed at a high dose 800 mg BID but apparently for two weeks.

4, 17   The doctor failed to treat elevated blood pressure.  The doctor failed to note the prior abnormal hemoglobin and failed to appreciate black box warnings for Motrin which placed this patient at significant risk.  Care failed to follow generally accepted guidelines or usual practice.

1/10/2017   A doctor discontinued the Motrin and started Naprosyn another NSAID at a dose of 500 mg BID.  The patient had received 28 Motrin tablets as a KOP medication on 1/9/17 and received the Naprosyn on 1/23/17 which was when the Motrin would have been completely used up if taken as prescribed.  Nevertheless, giving the patient another NSAID when the patient was on aspirin and had a recent presumed GI bleed was problematic.  The doctor apparently failed to appreciate the Black Box warnings for this drug as well as its effect on hypertension.

17   The doctor failed to appreciate black box warnings for a NSAID in light of this patient's risk factors.   Care failed to follow generally accepted guidelines or usual practice.

1/13/2017   A doctor wrote an illegible note.  A nurse obtained blood pressure was 102/70 and the pulse was 101.

1/16/2017   The inmate was not seen in eye clinic due to lock down.

1/18/2017   The patient was not seen by a nurse because of lock down.

1/19/2017   The patient was not seen by a doctor due to lock down.

1/26/2017   The patient was not seen by a doctor due to lock down.

1/31/2017 An annual physical examination was done. A digital rectal examination included a negative guaiac test. It appears that this constitutes colorectal cancer screening, which is inadequate screening.

2/5/2017 A nurse was asked to emergently assess an inmate but on arrival the inmate was lying face down on the floor. The patient was unconscious and not breathing. CPR was started and the patient was sent to a hospital, where he died. An EKG on this date showed acute ischemia.

2/5/2017 A death certificate documented that an autopsy was done but it wasn't in the record. The death certificate listed the cause of death as coronary atherosclerosis with gastrointestinal hemorrhage as a secondary cause of death.

2/6/2017 A Death Summary by the Medical Director at Stateville documented that the patient had 90% occlusion of a coronary artery and "limited patchy gastrointestinal hemorrhage." In a Wexford Mortality Review Worksheet the doctor documented that earlier intervention was not possible and that there was no way to improve care.

7, 8 The patient should have had colorectal cancer screening consistent with contemporary guidelines. This was especially true since the patient had prior episode of GI bleeding. The patient should have had screening for lipid disorder but doctors did not appear to appreciate the patient's risk for heart disease.

Patient #11

| 3/11/2014 | Total cholesterol 176; TG 71; HDL 42; LDL 120; hemoglobin 14.1; MCV 101.1. | | |
|---|---|---|---|
| 4/5/2014 | The patient was evaluated in HTN chronic clinic. The weight was 180. The blood pressure was 106/69. | 3 | The patient had a 10-year risk of heart disease or stroke of 16.6% and should have been on a moderate to high intensity statin. |
| 7/3/2014 | Total cholesterol 178; TG 136; HDL 35; LDL 116; hemoglobin 14.5; MCV 101.7; platelets 148. | | |
| 7/10/2014 | The patient was evaluated in HTN chronic clinic. Blood pressure was 120/73. The weight was 173, a seven pound weight loss over seven months. This was not addressed. | 3 | The patient had a 10-year risk of heart disease or stroke of 22% and should have been on a moderate to high intensity statin. |
| 11/11/2014 | Total cholesterol 189; TG 117; HDL 38; LDL 128. CBC was normal. | | |
| 11/25/2014 | The patient was evaluated in HTN chronic clinic. The weight was 178. Blood pressure was 120/75. | 3 | The patient had a 10-year risk of heart disease or stroke of 22% and should have been on a moderate to high intensity statin. |
| 2/12/2015 | Potassium 3.4; cholesterol 166; TG 107; HDL 36; LDL 109. | | |
| 5/16/2015 | A doctor saw the patient the weight was 171 pounds. | | |
| 6/3/2015 | A doctor saw the patient for a cold. The weight was 160 pounds. The pulse was 117. Neither the 20 pound weight loss nor the tachycardia was addressed. | 1, 2, 3 | The doctor failed to take adequate history regarding weight loss and did not evaluate adequately for the tachycardia. The treatment plan should have contained evaluations to determine why the patient had tachycardia and weight loss. |
| 6/12/2015 | Potassium 3.4; cholesterol 155; TG 123; HDL 36; LDL 94. | | |
| 8/24/2015 | BMP was normal. | | |

Patient #11

| | |
|---|---|
| 10/6/2015 | A doctor saw the patient for dysphagia for solid food. The doctor took no history. The weight was 163 and the patient had lost 17 pounds since 4/5/14. The doctor noted that the patient had a right neck mass. The doctor ordered an antibiotic and follow up in 10 days. |

7, 8    Neck mass and dysphagia is consistent with carcinoma which needs to be ruled out before more benign conditions are considered. It wasn't clear what infection the doctor was considering but a simultaneous EGD and/or neck CT were indicated.

10/16/2015 The doctor saw the patient in follow up. The neck mass was still there and was described as the size of a golf ball. The dysphagia was worse. The doctor noted a 17 pound weight loss over seven months. The doctor ordered an ultrasound with a follow up with the Medical Director in 4-6 weeks.

Ultrasound is not a preferred test for evaluation of neck mass but was an option. A 4-6 week follow up was too long.

10/20/2015 An ultrasound showed nodular densities on the right side of neck question of adenopathy or neoplasm.

10/27/2015 A collegial review approved an ultrasound. This was a low value test for this condition. The patient needed a biopsy. A CT scan would have been reasonable.

10/28/2015 The Medical Director saw the patient. The only note was "U/S [presumably ultrasound] neck masses R neck, CXR this week." This patient needed a prompt biopsy of the mass.

10/28/2015 A US of neck was approved for right neck mass with dysphagia. The patient had already had the test.

10/30/2015 A chest x-ray showed diffuse emphysema, COPD, tortuous aorta.

2    These abnormalities were not incorporated into the assessment of the patient and were not managed.

11/10/2015 A collegial review approved a UIC oncology visit.

11/18/2015 The Medical Director saw the patient. The doctor noted that the patient had a fixed neck mass and assessed throat neoplasm and appeared to order a local ENT consultant.

Patient #11

| | | |
|---|---|---|
| 11/30/2015 | A Joliet ENT doctor saw the patient and noted a neck mass and recommended a PET scan, laryngoscopy with biopsy, bronchoscopy, and esophagoscopy. | |
| 12/3/2015 | The Medical Director saw the patient and noted that the patient returned from a writ. The Medical Director noted that the patient has a tumor on the posterior tongue and was to have endoscopy, laryngoscopy, bronchoscopy, and biopsy. | 3   The doctor did not mention a PET scan which had been recommended. |
| 12/8/2015 | A collegial review approved a PET scan and laryngoscopy with biopsy. | |
| 12/18/2015 | The patient returned from a PET scan. His weight was 154 pounds. The pulse was 128 but not addressed. | |
| 12/18/2015 | A PET scan was consistent with malignancy on the right side of the tongue with nodal metastases. | |
| 12/22/2015 | A doctor saw the patient, who now weighed 151 pounds. The doctor noted that the PET scan showed metastatic tongue cancer and that the inmate was scheduled for chemotherapy and radiation therapy. | |
| 12/30/2015 | The patient complained to a nurse that he was coughing up blood. The pulse was 113. The nurse referred to a doctor. The Medical Director saw the patient. The doctor documented that there was no change in the neck mass, the lungs were clear. The doctor assessed cough with bloody sputum "once". The doctor ordered a chest x-ray and prescribed Claritin an antihistamine. | 2, 3   Cough with bloody sputum in a patient with head and neck malignancy should prompt concern that there was an open wound in the area of the cancer, but this was not a concern apparently. |
| 1/4/2016 | A chest x-ray was reported as "negative study." | |
| 1/8/2016 | The patient had a laryngoscopy and biopsy. The heart rate was 107. | |
| 1/8/2016 | A tongue biopsy showed invasive squamous cell cancer moderately differentiated. | 7   It was three months since the patient first had symptoms of a neck mass and dysphagia until the time of diagnosis. The diagnosis was not timely. |

Patient #11

| | | | |
|---|---|---|---|
| 1/13/2016 | The Medical Director saw the patient and noted that the patient had laryngoscopy, bronchoscopy, and EGD. The patient needed follow up with ENT in a week. | 11 | If the patient had bronchoscopy and EGD, the results were not found. |
| 1/21/2016 | ENT consultant on a referral form wrote that the biopsy showed squamous cell carcinoma and needed chemotherapy and radiation therapy with follow up in two months after completion of radiation therapy. | | |
| 1/26/2016 | The Medical Director stated that ENT at UIC was approved. The Medical Director had stated on 1/13/16 that the ENT follow up was to occur in a week. | 10 | The patient had already seen the ENT doctor but the Medical Director didn't note the therapeutic plan. It was unclear if he understood what the ENT had recommended. |
| 2/1/2016 | A doctor wrote a note but it was illegible. | | |
| 2/4/2016 | The patient went to radiation oncology. They recommended chemoradiation. The PET scan images were requested. Medical oncology was to see the patient on 2/11/16. A 1-2 week follow up was recommended for a simulation. | | |
| 2/8/2016 | The Medical Director saw the patient post write at UIC radiation oncology who wanted a PET scan. The patient already had a PET scan on 12/18/15 but apparently it was ordered again. The doctor didn't order follow up. | 10 | The doctor failed to understand the radiation oncology note which asked for the PET scan images since they only had a report. The doctor instead ordered another PET scan. |
| 2/9/2016 | The PET scan, medical oncology, dental, and radiation oncology appointments were approved at collegial review. | | |
| 2/11/2016 | The patient went to radiation oncology and radiation therapy was to start in two weeks at UIC. The doctor ordered a CBC and CMP. | | |

Patient #11

| | | |
|---|---|---|
| 2/16/2016 | The Medical Director saw the patient after a writ but didn't say what the writ was for or what occurred.  It wasn't clear what the treatment plan was. | 10, 11   The therapeutic plan and ongoing treatment of the patient were unclear based on progress notes.  It was not possible to determine from the medical record what therapy the patient was receiving and when he received it. |
| 2/16/2016 | A CT scan of the neck was approved in collegial. | |
| 2/17/2016 | Potassium 3.4; cholesterol 130; TG 50; HDL 38; LDL 82; hemoglobin 12 (13.2-18); platelets 160. | |
| 2/22/2016 | A nurse wrote that the patient just returned from UIC radiation oncology.  The nurse noted that the patient needed a CT scan which did not appear accurate.  Since there was no report it wasn't clear what happened. | 10, 11   There was no report.  The plan was unclear and follow up didn't occur. |
| 2/22/2016 | There was no report but radiation oncology noted that a CT planning scan was done. | 11   There was no report. |
| 2/25/2016 | The patient went to head and neck oncology clinic.  The patient had a T2N3M0 stage IVb tongue cancer.  Laryngoscopy was done.  The plan was radiation and chemotherapy with cisplatin.  A port was placed.  An echocardiogram was scheduled for 2/29/16.  The note documented that radiation oncology wanted a CT scan to assess a lung lesion.  The patient was to follow up in 2-3 weeks in head and neck oncology and was to start cisplatin with medical oncology and also receive radiation therapy. | |
| 2/29/2016 | The patient went to UIC for an echocardiogram.  It wasn't clear from Stateville doctor's documentation that an echocardiogram was to be done.  The report of the echocardiogram showed normal LV function and normal EF. | |

Patient #11

| | | | |
|---|---|---|---|
| 2/29/2016 | The Medical Director wrote that the patient needed cardiology clearance for chemotherapy and radiation therapy.  An as needed follow up was ordered.  It wasn't clear what was occurring, as the doctor did not document what occurred at recent UIC visits. | 10, 11 | The doctor was not reviewing consultation reports and the therapeutic plan was not described.  Since there were no formal reports it wasn't clear exactly what the plan was. |
| 3/1/2016 | A radiation oncologist wrote a brief note stating that Chest CT and pulmonary consult were indicated because there were suspicious LN on CT simulation performed for radiation treatment purposes only.  Bronchoscopy was indicated to evaluate these LNs to exclude malignancy, infection, granulomatous disease. | 10, 11 | It was three months since the patient first had symptoms of a neck mass and dysphagia until the time of diagnosis.  The diagnosis was not timely.  The recommendation for pulmonary and bronchoscopy were not done.  There was no evidence of a report. |
| 3/2/2016 | A staff physician saw the patient and noted that the patient had a Port-a-Cath in his right chest and was getting chemotherapy.  This was the first mention that the patient had actually received chemotherapy.  It wasn't clear what the therapeutic plan was for the patient. | 10, 11 | Hospital records were unavailable and the doctor didn't know what occurred at the hospital.  Follow up of oncology was not being done.  They had recommended return if the patient decompensated, which had occurred. |
| 3/7/2016 | There was no report but the oncology clinic referral form had comments written on the bottom and noted that the patient received cisplatin and would need daily RT M-F for six and a half weeks.  They noted that the patient had received radiation the day before.  The patient was to return daily for radiation M-F and weekly for chemotherapy.  The actual note was not present. | 11 | There was no report. |
| 3/8/2016 | A nurse documented that the patient went for radiation therapy and was to return the following day for the next dose of radiation. | | |
| 3/9/2016 | The patient went for radiation therapy. | | |

Patient #11

3/10/2016 The patient received another PET scan. The lesion was mildly increased since the last PET scan. Cervical lymph nodes were also mildly increased but there were otherwise no changes from the prior study.

10, 11 This was an unnecessary PET scan. The oncologist wanted the PET scan film not a repeat PET scan but the report was not present and the doctor did not correctly review the recommendations on the referral comments.

3/14/2016 A medical oncologist saw the patient for cisplatin. The recommendation was to encourage fluids and administer an antiemetic for nausea and to return in a week.

3/21/2016 The patient was given radiation therapy. The medical oncologist noted that the patient had mucositis. The radiation oncologist recommended to increase Boost to six times a day with a teaspoon of salt as the patient had lost eight pounds over the past week due to dysphagia. A PEG feeding tube was recommended. The also recommended morphine 10 mg every three hours. They mentioned something illegible about blood pressure medication noting that the BP was normal.

11 We couldn't find the prescription as the record was so disorganized.

3/21/2016 The Medical Director documented that the patient had pain and UIC oncology recommended morphine and to keep on the infirmary. The doctor admitted to the infirmary and started morphine. The doctor had not been monitoring the patient's pain or status other that when told by UIC what to do.

10 The doctor was not documenting a careful review of consultants or documenting their complete therapeutic plan but was only documenting certain items.

3/21/2016 The patient was admitted to the infirmary. He weighed 149 pounds. The patient was on a soft diet and the doctor ordered two additional cans of Boost three times a day. The nurse documented that the patient was having increasing dysphagia and losing weight and was admitted to the infirmary to monitor this. The patient was still on Cardura and dyazide for hypertension.

Patient #11

3/26/2016 The Medical Director wrote a note. The entirety of the note was "S: no specific complaint  O: no changes   A: oral ca on radiation P: continue same care." This gave no information as to the status or progress of the patient.

1, 2, 3,   The doctor was taking no history, not performing adequate examination, or documenting a plan consistent with one recommended by the consultants. It isn't clear from documentation that the doctor understood the status of the patient. The doctor did not update any of the patient's other medical conditions or monitor for them.

3/28/2016 The doctor wrote a note stating "S: no specific complaint, O: no changes, A: oral cancer on radiation P: continue same care." This note failed to identify the therapeutic plan or recent consultant recommendations and did not address whether the patient was still in pain. The doctor did not address the mucositis or pain or evaluate the weight or whether the patient could eat.

1, 2, 3   The doctor was taking no history, not performing adequate examination, or documenting a plan consistent with one recommended by the consultants. It isn't clear from documentation that the doctor understood the status of the patient.

3/30/2016 The patient asked a nurse for more Boost. The nurse did not refer the patient.

3/31/2016 The patient went to radiation. They noted that the patient had difficulty swallowing due to thrush. The patient had lost six pounds. Continued treatment for oral thrush was recommended. Boost was recommended eight times a day and salt water and baking soda mouth wash. Liquid Pepcid or famotidine were recommended for reflux. These recommendations were unnoticed at the prison.

The doctor appeared to be treating ITP. Prednisone is not indicated in thrombocytopenia from cirrhosis. This was incompetence and demonstrated lack of knowledge of primary care by this surgeon. The diagnosis and treatment were therefore inappropriate and placed the patient at risk.

3/31/2016 UIC recommended in a letter to Stateville that an x-ray of his knee should be taken as the patient complained of knee pain.

4/4/2016 The patient wasn't able to get chemotherapy due to low platelets of 67. He did receive normal saline presumably due to dehydration. There was no report but this information was on the referral form.

Patient #11

| | |
|---|---|
| 4/5/2016 | The doctor wrote that the patient was at UIC hospital under oncology care but it wasn't clear what was happening to the patient. The doctor did not review UIC notes or document understanding what the status of the patient was. The doctor hadn't seen the patient since 3/28/16. |

1, 10 The patient failed to review prior UIC recommendations or note the updated status of the patient. The UIC recommendation for a knee x-ray wasn't noted. The doctor didn't appear to prescribe additional Boost and MARs did not show that the patient received additional nutritional supplement.

4/8/2016 The patient returned from the hospital and a nurse documented that the patient received a G-tube. On admission to the infirmary the nurse noted that the patient had failure to thrive. The patient was still on six cartons of Boost a day instead of the eight recommended. The hospital note was not located.

11 The report was not available and it wasn't clear what occurred at the hospital.

4/8/2016 A nurse documented that the patient insisted on feeding himself through his G-tube. He was angry and accused the Medical Director of "putting him in the condition he is in now. He stated the MD ignored him 6 years ago."

4/11/2016 The patient was seen in oncology clinic. The patient was dehydrated and hypotensive with WBC 1.2 and ANC of 0.7. The recommendation was to watch for petechial rash and take neutropenic precautions by separation from general population. The patient was to shower daily and give saltwater and baking soda mouth wash for mouth soreness.

Patient #11

4/11/2016 The Medical Director documented seeing the patient at 4:00 pm, although based on hospital notes it appeared that the patient was at the hospital from 4/11/16 to 4/12/16.  The doctor documented that the patient had difficulty swallowing and was on a liquid diet by the oncologist.  The doctor didn't obtain the weight or document understanding of the nutritional status or caloric intake of the patient.  The only examination was documented as "no change."  The plan was "continue same care."  It appeared that the doctor documented the wrong date.

The doctor appeared to document a note when the patient was hospitalized.

4/12/2016 The patient returned from the hospital for hypotension.  It was noted that the patient's blood pressure was 78/50.  The patient was found to have gout of the right toe and was started on a tapering prednisone dose.  Fluconazole was started for the thrush.

4/18/2016 The Medical Director noted that the patient left for radiation therapy.  The examination was documented as "no changes."  The plan was "continue same care."  The doctor failed to see the patient since his hospitalization for hypotension and gout and did not acknowledge the mucositis.

10  The doctor failed to review the recent hospitalization failing to note that the patient was treated for gout, hypotension and had thrush.  The doctor was ignorant of the patient's status.

4/21/2016 The oncologist wrote on a referral form that the patient received IV hydration with magnesium and that a CT/PET scan needed repeating in three months.  A month follow up was requested. A report of this visit was present in the record.

4/25/2016 The Medical Director note stated "S:no complaint  O: no change  A: Ca throat on chemo  P: continue same care."  He did not note the recent oncology note or document the plan.

10  The doctor failed to review the consultation notes and failed to note the current status of the patient.  He also failed to update the patient's ongoing medical conditions.

Patient #11

4/29/2016 A staff physician saw the patient for chest pain and feels acid reflux in his throat.  The doctor continued Pepcid, added metoclopramide and advised the patient to take smaller portions of liquid when feeding.  It wasn't clear if the patient continued to feed himself.

5/2/2016 The Medical Director note stated "S:no complaint  O: no change  A: Ca throat on chemo  P: continue same care."

1,2,3 The Medical Director documented no knowledge or recognition of the patient's status and did not document evaluation of the patient.

5/9/2016 The MD note stated "S: no specific complaint O: no change A: throat ca  P: continue same care."

1,2,3 The Medical Director documented no knowledge or recognition of the patient's status.

5/16/2016 The doctor wrote a note stating "S: requests medical shower O no change A: throat ca P: medical shower 3x a week x 3 months."

1,2,3 The Medical Director documented no knowledge or recognition of the patient's status.

5/19/2016 A radiation oncologist wrote comments on a referral form stating that Boost needed to continue and the patient needed a restaging CT PET scan in two months and should follow up with medical oncology.  Massage of the neck was recommended post radiation.

5/23/2016 The doctor documented that the patient had no specific complaint but then wrote "discomfort neck post radiation UIC - massage."  The examination stated "no acute findings" and the doctor ordered PT to massage the neck once a week.

6/1/2016 A staff doctor noted that the patient was waiting for re-staging.  The patient had less dysphonia and dysarthria.

6/6/2016 The Medical Director wrote "S:no specific complaint O: no change  A: throat ca on radiation chemo  P: continue same care."  There was no monitoring of weight or ability to eat, the gout, or any of the patient's other problems.

1, 2, 3 The doctor failed to address any of the patient's chronic conditions, took no history, failed to document examination, and failed to establish a plan of care.

Patient #11

| | | |
|---|---|---|
| 6/13/2016 | The Medical Director wrote that the patient still had dysphagia and had burning in the chest. The examination was documented as "no change." The doctor ordered Carafate suspension. | 1,2,3 The doctor failed to update any of the patient's other problems. |
| 6/20/2016 | The doctor documented that the patient was feeling better but that the swelling in the anterior upper neck was less and the patient was able to swallow better. There was no examination except to state "no change" and the plan was "continue same care." | 1,2,3 The doctor failed to update any of the patient's other problems. |
| 6/27/2016 | The doctor noted that the patient was swallowing better but needed more viscous lidocaine. The examination was documented as "no change." The doctor ordered viscous lidocaine. | 1,2,3 The doctor failed to update any of the patient's other problems. |
| 7/5/2016 | The doctor noted that the patient's feeding tube was partly clogged. The examination was "no acute findings" and the plan was to irrigate the feeding tube as needed. | |
| 7/5/2016 | Albumin 2.8 BUN 15 creatinine 0.8. | |
| 7/6/2016 | WBC 3.2; HGB 9.2; MCV 104. | |
| 7/10/2016 | A nurse wrote that the patient couldn't breathe and was audibly wheezing. The nurse called a doctor who ordered prednisone and albuterol without evaluation. The respiratory rate was 20; P 88; BP 146/87 and oxygen saturation 97%. | |
| 7/12/2016 | The doctor wrote "S: no specific complaints O: no change A: post radiation tongue ca P: continue same care." | 1,2,6 The doctor failed to address any of the patient's chronic conditions, took no history, failed to document examination, and failed to establish a plan of care. Abnormal labs were not addressed. The doctor even failed to address the patient's difficulty breathing that occurred two days previous. The doctor failed to mention that the patient was on prednisone and albuterol. |

Patient #11

| | | | |
|---|---|---|---|
| 7/25/2016 | The doctor wrote the patient had "same cough + SOB-" The only examination was the statement "lung breath sounds diminished." The doctor ordered a nebulizer and albuterol BID. | 1,2,3,8 | The doctor took no history, performed no examination, and the plan of a nebulizer was based on no clear diagnosis. The doctor ordered no labs or x-rays but should have. |
| 7/27/2016 | At 4:30 pm the patient complained to a nurse that he was having trouble breathing and was coughing and having trouble getting sputum up. The doctor was notified who ordered a DuoNeb. | 2, 3 | The doctor was treating the patient based on no specific diagnosis. The assessment was therefore uncertain and the treatment plan was apparently a guess. |
| 7/27/2016 | At 8:00 pm the patient complained that he couldn't breathe. The oxygen saturation was 99%, BP 133/88, P 113, and respirations 26. The Medical Director was notified and ordered DuoNeb therapy. Stat labs were ordered but it wasn't clear what labs were done. | 1, 2, 3 | There was no history, the doctor did not examine the patient and the plan was made without a diagnosis. |
| 7/27/2016 | At 10:50 pm a nurse documented labs as glucose 108; BUN 17; HGB 10.9. | | |
| 7/27/2016 | Lab results from St Joseph Medical Center showed WBC 4.3; HGB 10.9; MCV 100; platelets 123; but there was no hospital report. | | |
| 7/28/2016 | The Medical Director documented that the patient returned from ENT and a PET scan was recommended for three months. | 10, 11 | There was no evidence of an ENT consultation. There were labs from the St Joseph Medical Center but we could not locate an ENT consultation. Reports were not available. |
| 7/31/2016 | At 1:30 am the patient complained that he couldn't breathe. The BP was 126/94; P 120 R 22 and O2 sat 98%. The nurse received a phone order for Rocephin. | 1,2,3 | The doctor was ordering parenteral antibiotics without taking a history, performing an examination, making a diagnosis. This was an inappropriate way to make a therapeutic plan. |
| 7/31/2016 | At 3:10 am the patient was short of breath. The temperature was 99.3; P 125; R 22; BP 121/66 and oxygen saturation 98%. The doctor ordered Vistaril. | 3 | Vistaril is not a medication for shortness of breath. |

Patient #11

7/31/2016 At 5:30 am a nurse documented vitals of temperature 99; P 113; BP 143/90; oxygen saturation 94%. Based on these vitals the doctor ordered the patient to be sent to a hospital.

8/5/2016 The patient returned from the hospital. It wasn't clear what occurred.

     11     There was no report from the hospital and it wasn't clear what happened.

8/5/2016 A doctor wrote an infirmary admission note. The doctor noted that the patient was treated for pneumonia but didn't document any other detail of what occurred in the hospital.

     1     The history was so poor it wasn't clear that the treatment plan was appropriate. The doctor as usual did not address any of the other problems of the patient.

8/8/2016 A doctor noted that the patient was requesting to stop morphine as it didn't agree with him. The examination was "no change." The doctor started Vicodin. The doctor didn't take history or assess the patient's pain or ask why he didn't want the morphine.

     1, 2, 3     The history was inadequate. The doctor didn't evaluate any of the patient's other problems and the therapeutic plan only addressed the morphine.

8/15/2016 A doctor wrote that the patient wanted renewal of Tums. The examination was "no change" and the plan was to order Tums two tabs three times a day as needed for six months. There was no other history, physical examination, assessment, or documentation of a therapeutic plan for his problems

     1, 2, 3     The history, physical examination, assessment, and plan were inadequate as the doctor did not address any of the patient's main problems.

8/16/2016 Sodium 134; albumin 3.

8/22/2016 A doctor noted that the throat pain was worse and that Norco was not relieving the pain. The patient was requesting morphine. The doctor ordered morphine. The only examination was "no change."

     1, 2, 3     The history, physical examination, assessment and plan were inadequate as the doctor did not address any of the patient's main problems.

8/29/2016 The doctors note was identical to the 6/6/16 note.

     1, 2, 3     The doctor again failed to take history, perform examinations, or make assessments based on the patient's problems.

Patient #11

| 9/6/2016 | The doctor wrote that the patient had no specific complaint except dandruff. The doctor noted that the PET scan showed no sign of recurrence. The only examination was "no acute finding." The plan was to order tar shampoo. | 1, 2, 3, 11 | The PET scan report wasn't found in the medical record. The doctor failed to take history, perform examinations, or document the therapeutic plan of the patient. |
|---|---|---|---|
| 9/13/2016 | The doctor's note was identical to the 6/6/16 note. | 1, 2, 3 | The doctor again failed to take history, perform examinations, or make assessments based on the patient's problems. |
| 9/19/2016 | The doctor's note was identical to the 6/6/16 note. | 1, 2, 3 | The doctor again failed to take history, perform examinations, or make assessments based on the patient's problems. |
| 9/25/2016 | The doctor's note was identical to the 6/6/16 note. | 1, 2, 3 | The doctor again failed to take history, perform examinations, or make assessments based on the patient's problems. |
| 9/27/2016 | The doctor wrote that the patient had a leak around the feeding tube. The examination was "small amount of leak." The assessment was that the doctor was to address the G-tube leak after the PET scan on 9/29/16. What was unusual is that the doctor wrote on 9/6/16. only 23 days earlier, that the PET scan showed no recurrence. This wasn't clear and there were no reports in the record. | 1, 2, 3 | Aside from assessing the G-tube, the doctor took no history and performed no other examination. The doctor made no assessments of the patient's main problems. The doctor did not assess the nutritional status of the patient. |
| 9/28/2016 | The patient was found non-responsive on the toilet. He was unresponsive and CPR was started and he was transferred to a hospital taken by local paramedics. The patient expired at the hospital. | | |

Patient #11

9/28/2016  The coroner's certificate of death on 9/28/16 listing the cause of death as hypertensive cardiovascular disease.

While the patient had hypertension, an echocardiogram was normal less than a year before the patient's death. It seems extremely unlikely to have a normal echocardiogram and yet die of hypertensive cardiovascular disease.  Notably, the coroner made no mention of the head and neck cancer.

Patient #12

| 8/11/2015 | The patient was incarcerated at Graham CC.  The reception history documented Huntington's disease and hepatitis C.  The weight was 203 pounds.  The physical examination did not explain the Huntington's disease or hepatitis C.  The rectal exam was refused.  All exam boxes were checked normal.  The plan was illegible. | | |
|---|---|---|---|
| 8/18/2015 | An intake physical examination was done.  The PA documented hepatitis C, but did not document a history of Huntington's disease as documented on the history.  Some of the assessment was illegible. | | |
| 6/13/2016 | The patient was at WCC. | | |
| 7/22/2016 | AST 90 (10-40); alt 77 (10-50); calcium 9.2; sodium 138. | | |
| 7/28/2016 | The patient was at Western and there was a note documenting that the patient was scheduled with medical oncology at UIC and the patient would transfer to Stateville NRC for appointments. | 11 | There was a gap of a year in the medical record. |
| 7/28/2016 | There was a note at WCC that the patient was being transferred to NRC for a UIC oncology appointment. | | |
| 8/2/2016 | The patient transferred from WCC to NRC on writ status. | | |
| 8/4/2016 | Comments from oncology on the referral form stated that the patient had hyperkalemia, HCC, and HCV.  The patient was given kayexalate with directions to NRC to manage the hyperkalemia.  It was recommended to get a triple phase CT scan,  with a follow up in two weeks.  The potassium was 5.5.  The oncologist prescribed 15 gram of kayexalate rectal suppository for two days with recommendation to repeat the BMP in two days. | 11 | There was no consult report. |

Patient #12

| 8/5/2016 | A doctor at NRC documented that the patient was there for a writ to go to UIC oncology. The problems listed included hepatitis C, hyperkalemia, and dry eyes. The doctor noted that he would check with manager to clarify recommendation with Barbara at UIC. The doctor asked the unit manager to follow up with UIC to clarify the next steps of management. | 10, 11 | There was no consultation report. This led to not knowing the therapeutic plan. |

8/23/2016 Wexford UM wrote an approval that a surgical appointment on 8/4/16 and oncology FU on 8/11/16 were rescheduled to 8/30/16. A requested referral was not yet received. This means that Wexford obtains the referral after the appointment is scheduled.

8/29/2016 Wexford approved a CT scan and follow up oncology visit. The referral was still not received by Wexford UM. This was very late, as the oncologist requested a two week follow up and the CT scan had yet to be done.

      12    The recommended CT scan was not timely performed.

8/30/2016 The CT chest and pelvis were done, showing hepatocellular carcinoma.

9/1/2016 A doctor saw the patient post-UIC writ. The doctor documented that the patient had a CT scan. The doctor noted that the report was to follow. The doctor noted no follow up date on the consult with oncology.

10, 11    There was no report and the doctor didn't know the follow up date. Follow up after the consultation was not informed.

9/8/2016 EKG normal sinus rhythm.

9/12/2016 The patient was admitted to the hospital for two days and discharged on 9/13/16. hepatic angiogram was done and lipidol and chemotherapy was administered in the hepatic artery for hepatocellular carcinoma. They recommended CMP drawn on 9/15/16 and faxed to coordinator at clinic and to start calcium carbonate. A PA wrote an order for waist chains and leg irons during movement.

Patient #12

| | | |
|---|---|---|
| 9/14/2016 | A doctor noted that the patient returned from the hospital post embolization. The patient told the doctor he would need blood tests but the doctor didn't know what these were. The doctor didn't have prior IDOC medical records or the report from the recent UIC hospitalization and asked the unit manager for these. | 10 ,11 Records were unavailable from UIC. This resulted in not knowing the therapeutic plan and failing to follow up on recommendations from UIC. |
| 9/19/2016 | Calcium 7.9; sodium 136; potassium 4.6. No LFTs done. | |
| 9/21/2016 | Wexford approved a request for interventional radiology for FU of TACE. | |
| 9/21/2016 | Wexford approved a CT abdomen. | |
| 9/22/2016 | The patient returned from UIC post chemoembolization. | |
| 9/22/2016 | The patient went to radiology. A note on the referral form recommended comfort measures with a two month follow up. There was no report. A one year prognosis was given. The diagnosis was hepatocellular carcinoma. | |
| 9/23/2016 | A doctor noted that the patient returned from UIC. The patient told the doctor he had six months to live. The doctor did not document what had occurred to the patient at UIC. The doctor noted a repeat CT scan was needed in two months. | 11 Records from UIC were unavailable. The doctor did not know the status of the patient. |
| 9/26/2016 | Calcium 8.5 (8.6-10.6); PTH 14 (12-88); Vit D 17 (20-80). | |
| 9/30/2016 | A doctor noted that the patient had recent chemoembolization at UIC and was seen for an abnormal lab- a low vitamin D level. The doctor noted that the patient had a liver tumor and had recent chemoembolization. The doctor started calcium carbonate, vitamin D, and repeated a PTH, BMP, and vitamin D in three weeks. | |

Patient #12

| | | |
|---|---|---|
| 10/5/2016 | The patient went to liver clinic. There were a few brief lines on the referral form. Further treatment was pending a discussion with oncology. The report documented that the patient had compensated cirrhosis. They recommended continuing with embolization and if the disease worsened to consider hospice. They recommended return to clinic if hepatic decompensation occurred. Waist chains and leg irons were ordered for movement. | 11 The report was not available only comments on the referral form. It is not clear anyone was aware of these recommendations. |
| 10/7/2016 | A doctor noted that the patient was seen by GI at UIC and has FU pending with oncology. The doctor noted that the patient had advanced HCC/ cirrhosis. The doctor did not assess any labs or note what the plan was at UIC. | 11 The doctor did not document review of the report. |
| 10/11/2016 | The patient went to radiology. There were a few brief lines on the referral form. A two month follow up was recommended. A procedure was recommended in 45 days. They recommended a CMP. There was a oncology note in the record that summarized the patient care. It said that HCC was found January 11, 2016 found on ultrasound screening. A CT scan was done on 2/26/16 noting cirrhosis and 3 cm hypodense lesion in the lateral lobe; an MRI 3/23/16 showing a large infiltrative mass of the L lobe ; in April 2016 the AFP was elevated; and a CT guided biopsy was done not until 5/24/16 and a PET scan was done 5/26/16. The patient wasn't seen at UIC until 8/4/16 and the patient didn't have treatment of the HCC on 9/12/16. The note documented that the CT guided biopsy results from 5/24/16 were requested multiple times but not received. | 12 The oncology note documents that HCC was identified in January of 2016 but treatment wasn't given until September of 2016, a nine month delay. Repeated requests for biopsy results were not heeded. This was a significant delay in access to necessary care. Also, It is not clear what occurred at the Western facility and whether there was delay there as well. |

Patient #12

10/21/2016 Glucose 115; Calcium 8.5; albumin 2.5; alk phosphatase 186
(40-125); AST 126 (10-40); ALT 58 (10-50); platelets 112

11/12/2016 WBC nl platelets 181; glucose 102; creatinine 0.6; sodium 133;
potassium 4.4.; albumin 2.8; AST 89; ALT 40; alk phos 214;
bilirubin 1.6; calcium 8.2.

11/13/2016 A CMT wrote a note that Provena St Joseph's Lab called with
stat lab results. When the call was returned no personnel in
the labs were present to take the call.

11/14/2016 CT abdomen done. Liver tumor invasion of vein was
worsened. Leg irons and waist chains were ordered for
movement. The CT scan showed cirrhosis with infiltrative
tumor on the left lobe with tumor thrombosis, hepatic and
retroperitoneal adenopathy. This was consistent with
hepatocellular carcinoma.

11/15/2016 A PA wrote the patient went to UIC on 11/14/16. The PA
noted a fluid wave and noted labs including albumin 2.8; alk
phos 214; bilirubin 1.6; sodium 133 and potassium 4.4. The PA
ordered 40 mg of Lasix for 30 days and Aldactone 50 mg daily
for a month. The patient had an MRI but results were
pending. The PA wrote she would try to get an earlier GI
appointment than the 12/10/16 appointment. Lasix 40 and
spironolactone 50 were ordered for 30 days. The PA failed to
know that consultants at UIC had noted that on 8/4/16 the
patient needed kayexalate for hyperkalemia. Spironolactone
exacerbates hyperkalemia and when used the manufacturer
recommends monitoring potassium, which was not done.

10, 11, The patient apparently had a CT scan not an MRI. The
17 PA did not have the CT results and didn't know that the
patient went for a CT not an MRI. The lack of reports
caused confusion and created an unsafe condition of
practice. The PA started spironolactone in a patient
with prior recent hyperkalemia without establishing
monitoring parameters.

Patient #12

11/21/2016 A PA followed up with the patient. The MRI results were still pending. The patient had lost five pounds. The PA documented that the patient had abdominal ascites and peripheral edema. The PA said that patient had end-stage hepatic coma but the PA didn't perform a mental status exam and didn't note that the patient had encephalopathy. The PA requested the MRI result and noted that GI FU was pending.

2, 11   The PA diagnosed hepatic coma but the patient did not have evidence for encephalopathy or coma. The failure to receive reports continued. The PA believed that the patient had an MRI when the patient had a CT scan.

11/30/2016 A MAR for November documents that the patient received a two week supply of KOP meds on November 30, 2016. A nurse documented that a new order was needed for these meds.

17   The medication renewal process didn't work and the patient's medication stopped in mid December and wasn't started again until 1/8/17, about 3-4 weeks later.

1/8/2017 A nurse wrote an infirmary admission note documented that the patient complained that he couldn't breathe and for that reason was apparently admitted to the infirmary. There was no provider notes. There was a telephone order for Lasix 40 and spironolactone 50 daily.

The patient couldn't breathe and should have been seen by a provider. The patient had significant ascites on 11/21/16 but hadn't been seen in over six weeks. Care was grossly and flagrantly unacceptable.

1/9/2017 BUN 36; sodium 130; potassium 5.4; albumin 2.5; bilirubin 3.7; alk phos 696; AST 305; ALT 173; WBC 13.7 platelets 202.

6   These labs did not appear to be reviewed based on progress notes.

1/9/2017 A doctor admission to the infirmary noted that the patient had increased abdominal girth and shortness of breath and was on Lasix and spironolactone but that this medication expired about four weeks ago. The doctor ordered a CBC, CMP, chest x-ray, and asked for the oncology notes from the last visit which were still not present. The doctor increased the spironolactone to 100 mg daily.

11, 19   Reports were not present. The patient had been lost to follow up for six weeks and missed critical medication for 3-4 weeks resulting in exacerbation of ascites.

1/10/2017 A nurse documented the doctor as saying that he would arrange to pull the fluid out [presumably ascites].

Patient #12

| | | | |
|---|---|---|---|
| 1/11/2017 | A nurse documented that the patient had "gross" edema of both legs. The nurse called a PA who saw the patient, diagnosed decompensated liver disease and liver coma and sent the patient to St. Joseph Hospital. Although the patient said he couldn't breathe the vital signs were normal. The patient did have ascites. There is a St. Joseph hospital prescription on a patient information form indicating that the patient was in the hospital on 1/11/17. | | |
| 1/11/2017 | A PA evaluated the patient but did not review labs from 1/9/17. The PA sent the patient to the hospital for paracentesis. | | |
| 1/14/2017 | The patient was discharged from the hospital. The discharge summary was not available but the discharge instructions noted that the patient had ascites, hyponatremia, and liver cancer with instructions to follow up at UIC ASAP for paracentesis. | 11 | A hospital report was not available. |
| 1/14/2017 | A nurse admitted the patient to the infirmary post hospitalization. | | |
| 1/15/2017 | A nurse called Boswell pharmacy twice for Aldactone which was apparently unavailable. | | |
| 1/16/2017 | The doctor noted that the patient had paracentesis at the hospital. The doctor referred the patient for repeat paracentesis. The oncology records were still not present. The recent hospital records were also unavailable. The doctor ordered spironolactone to 50 mg daily and titrate as needed. Aside from getting a paracentesis the doctor did not know what had occurred at the hospital. The doctor ordered a CMP on 1/18/17. The doctor documented that the patient would probably need repeat paracentesis. The status of the HCC was unknown. | 11 | UIC records were still not present and providers did not know recommendations for care. The hospital records were also unavailable so the status of the patient wasn't known. |

Patient #12

1/17/2017   A chest x-ray showed an elevated diaphragm consistent with ascites.

1/17/2017   An incident report documented transferring the patient to the hospital.

1/18/2017   BUN 32; sodium 130; calcium 8.2; albumin 2.3; bilirubin 3.3; alk phos 472; AST 165; ALT 119.

1/19/2017   A doctor noted that the abdominal girth was 44 inches. The patient had 2+ edema. The doctor documented that the records were still pending and that the patient had a history of HCC but the plan wasn't apparently known. The doctor didn't know what had occurred at the hospital.

    10, 11   Hospital records were unavailable and the doctor didn't know what occurred at the hospital. Follow up of oncology was not being done. They had recommended return if the patient decompensated, which had occurred.

1/20/2017   There is a gap in progress notes from 1/20/17 until 2/15/17. Labs, MARs, prescriptions were present but there were no progress notes.

    11   The absence of a record was significant. It is unclear what happened to this patient and it appeared that he was ignored for a month although this is unverifiable. It wasn't clear if the patient was evaluated by providers over this time period.

2/1/2017   Lactulose was started but it wasn't clear who ordered it or why. To date the patient did not have evidence, documented in the record of hepatic encephalopathy. Ciprofloxacin, lactulose, Levaquin and 60 mg of Lasix were ordered by phone order but there was no note.

    19   It appeared that the patient was treated for infection by phone without physician evaluation. The lack of medical records was significant.

2/2/2017   A referral form was present signed 2/2/17 for UIC emergency room for paracentesis.

2/10/2017   BUN 149; potassium 6.9; sodium 127; creatinine 3.88; $CO_2$ 17; anion gap 12; albumin 12; bilirubin 8.1; alk phos 397; AST 173; ALT 158; WBC 15.9; hemoglobin 12.2; platelets 133; INR 1.9.

    6, 17

2/11/2017   Glucose 33; creatinine 4; sodium 125; potassium 6.6.

2/12/2017   Glucose 44; BUN 138; creatinine 3.9; sodium 124; potassium 6.8.

    6   The patient was in hepatorenal syndrome and the diuretic should have been adjusted. The potassium was critical and should have been addressed.

Patient #12

| 2/14/2017 | Glucose 47; BUN 157; potassium 6; sodium 130; creatinine 4.18. | 6 | The patient was in hepatorenal syndrome and the diuretic should have been adjusted. The potassium was critical and should have been addressed. |

2/15/2017 The patient signed an agreement to participate in the Hospice Program.

| 2/17/2017 | Glucose 95; BUN 164; potassium 3.9; sodium 128; creatinine 3.8; calcium 8.2; albumin 2.2; bilirubin 6.5; alk phos 304; AST 199; ALT 145. | 6 | The labs were significantly abnormal but there was no evidence of review. |

| 2/20/2017 | Hemoglobin 11.4; glucose 64; creatinine 3.2; sodium 123; potassium 2.8; calcium 7.8; WBC 12.6; hemoglobin 11.4; platelets 22. | 6 | |

| 2/20/2017 | A doctor saw the patient. This was the first visit since 1/19/17, a month ago despite the patient having a life threatening condition. The doctor failed to take any history or give an update of the status. The only history was "no specific complaint." The only examination was to note that the patient had greater abdominal girth and petechiae on the skin. The assessment was hepatic cancer with metastases. The only plan was "continue same care" without specifying what the care was. The patient's plan was unknown. | 1, 2, 3 | The doctor failed to take adequate history, failed to adequately evaluate or diagnose the patient's condition and failed to develop a proper therapeutic plan. The patient was in hospice but the doctor did not address any comfort issues with the patient. Care was indifferent. |

| 2/20/2017 | A nurse documented receiving a call from St Joseph hospital for a lab result. Platelets were 22,000 and WBC 12.6. The nurse notified Dr. Obaisi who ordered depomedrol 80 mg IM stat and prednisone 60 mg daily for three days by phone order. | 2, 17 | The doctor appeared to be treating ITP. Prednisone is not indicated in thrombocytopenia from cirrhosis. This was incompetence and demonstrated lack of knowledge of primary care by this surgeon. The diagnosis and treatment were therefore inappropriate and placed the patient at risk. |

2/25/2017 A doctor ordered to measure the sacral wound weekly and to clean the sacral wound with saline and apply wet to dry dressings.

2/26/2017 A doctor ordered a stat dose of Lasix by phone.

Patient #12

| | |
|---|---|
| 2/27/2017 | A death certificate documented the cause of death as liver cancer.  An autopsy was performed.  The secondary cause of death was cirrhosis. |
| 2/28/2017 | A Wexford Mortality Review worksheet documented cholangiocarcinoma as the cause of death but it appears to have been hepatocellular carcinoma from his hepatitis C.  The form documented that earlier intervention was not possible. |

Patient #13

7/9/2010 The problem list included alcohol and tobacco abuse, stage II hypertension, and stage IV chronic renal disease.

This patient had chronic kidney disease at a very young age. It wasn't clear why he had kidney disease.

5/8/2014 PTH 576 (12-88)

6/6/2014 BUN 55 Creatinine 14.58; ferritin 355; phosphorous 8; hemoglobin 11.4; PTH 648

Treatment goal for phosphate is 3.5-5.5; calcium < 9.5; and PTH less that 2-9 times the upper limit of the lab. However, PTH levels >400 have a higher risk of bone turnover disorders (osteitis fibrosa and mixed uremic osteodystrophy), African Americans may be more vulnerable to bone disease at lower PTH levels. For the UIC lab the normal limits are 12-88, so the goal would be < 792. Dialysis patients with a phosphate > 5.2 have a 1.34 greater mortality risk.

7/3/2014 PTH 500.

7/3/2014 BUN 55; creatinine 13.5; ferritin 359; cholesterol 116; TG 65; HDL 42; LDL 61; phosphorous 5.3; hemoglobin 10.2; MCV 105.9, hepatitis BsAg negative.

7/4/2014 Hepatitis C negative, hep B Ab +

7/21/2014 HTN clinic; BP 159/98. The doctor documented fair control but did not adjust medication.

3    The patients blood pressure was elevated but not treated. Given that the patient had end-stage renal disease this was not competent care. Care failed to follow generally accepted guidelines or usual practice.

7/31/2014 A nephrologist wrote a few brief lines on a referral form and recommended increasing labetalol to 400 mg BID. The blood pressure was not documented.

8/7/2014 PTH 949; BUN 61; creatinine 14.87; ferritin 311; hemoglobin 11.8.

3    The PTH and BUN were both high, indicating possibly insufficient dialysis time. This apparently was not checked.

Patient #13

| Date | Note | | Comment |
|---|---|---|---|
| 8/20/2014 | A nephrologist wrote a few brief lines on a referral form and recommended changing sessipor to 60 mg daily and obtaining a fistulogram. | | |
| 9/4/2014 | BUN 61; creatinine 14.79; ferritin 343; phosphorous 6.7; hemoglobin 11.8; MCV 106.3; PTH 963 (12-88) | 3 | The phosphorous and PTH were high indicating possibly insufficient dialysis time. This apparently was not checked. |
| 9/8/2014 | Wexford approval of fistulogram. | | |
| 9/18/2014 | A nurse documented the patient going out on writ. The blood pressure was 168/100. Later the same day a nurse documented blood pressure of 171/109. No referral was made. | 16 | The nurse should have consulted a physician. |
| 9/19/2014 | The patient obtained a fistulogram. | | |
| 9/22/2014 | A doctor saw the 38 year old patient in follow up of the fistulogram. The blood pressure was 175/108. The doctor noted that the fistulogram was working. The doctor did not address the elevated blood pressure. | 3 | The doctor failed to address the elevated blood pressure. |
| 9/24/2014 | The patient transferred from Graham to Stateville. The patient had hypertension and was on dialysis. | | |
| 9/24/2014 | A nurse took a phone order for kayexalate 15 gm Wednesday and Sunday for three months. | | |
| 9/25/2014 | A prescription for kayexalate and four other medications was not signed or noted as a phone order. | | |
| 10/8/2014 | Apparently a nephrologist wrote a brief note stating will adjust BP meds if not improved by next visit. | | |
| 10/29/2014 | BUN 52; potassium 5.4; creatinine 13.07; calcium 11; hemoglobin 10.6; MCV 101.6 | | |
| 11/4/2014 | A doctor noted that the patient returned from UIC. The patient told the doctor he had six months to live. The doctor did not document what had occurred to the patient at UIC. The doctor noted a repeat CT scan was needed in two months. | 2 | The assessment of good control of blood lipids without evaluation of the lipids is inappropriate and not based on objective findings. |

Patient #13

| | | | |
|---|---|---|---|
| 11/9/2014 | Apparently a nephrologist wrote he would recheck the patient next visit. The documented blood pressure appeared to be 152/88. | 3 | The BP medication was not adjusted. |
| 11/19/2014 | B12 577 (180-914); folate 11.9 (>5.8); potassium 5.5 | | |
| 12/4/2014 | Apparently a nephrologist documented that the patient had hyperkalemia. The nephrologist recommended kayexalate as needed but did not adjust blood pressure medication. | | |
| 1/15/2015 | BUN 19; creatinine 5.2. | | |
| 3/18/2015 | BUN 46; potassium 7.1; creatinine 13.04; hemoglobin 11.3; MCV 106.8; | 6, 19 | The BUN should have prompted concern for inadequate dialysis time. The elevated potassium was at a critical level as levels above 7 can cause cardiac conduction abnormalities, cardiac arrhythmias, including sinus arrest, idioventricular arrhythmias, ventricular fibrillation and asystole all of which can cause death. There was no evidence in the record that someone evaluated the patient for this. Typically, an EKG is done and prompt treatment initiated. Care was grossly and flagrantly unacceptable. |

Patient #13

| 3/26/2015 | HTN clinic; the BP was 135/88; the patient had a 2/6 diastolic murmur. The doctor assessed good control for both blood pressure and lipids and continued the same medications. The provider did not discuss in the history whether the patient was receiving medication. It appeared that the patient was only receiving 64% of his medication. | 1, 7 | The patient had a murmur and should have had an echocardiogram ordered. For persons on dialysis, it is recommended by UpToDate consultants that blood pressure be maintained to a goal of 130/80. The pressure was not at a good goal for a dialysis patient and medication should have been adjusted. Also, examination of the MAR showed that the patient was not receiving his medication timely and had only received approximately 64% of his medication from December through April of the current time period. Yet the doctor was not obtaining this history from the patient. Care failed to follow generally accepted guidelines or usual practice. |
|---|---|---|---|
| 4/2/2015 | Apparently a nephrologist wrote that the blood pressure was 157/104. The doctor increased lisinopril to 40 mg and increased clonidine to 0.3 mg and recommended referral to UIC vascular surgeon to evaluate a pseudoaneurysm. | | |
| 4/22/2015 | Wexford approved a vascular surgery evaluation at UIC. | | |
| 5/22/2015 | Apparently a nephrologist saw the patient. The BP was 183/103. The consultant noted that the patient was out of blood pressure medication and therefore did not change dosages. | 17 | The patient had not been receiving his medication and the nephrologist should have brought this up with prison nurses and doctors to address. |
| 6/3/2015 | A RN received a call from UIC lab about a critical potassium of 6.7. This lab was not in the medical record. | 6, 19 | The potassium was a critical level but no one addressed it. This is systemic failure and care was grossly and flagrantly unacceptable, as the program should have a system to respond to hyperkalemia given the dialysis population. |

Patient #13

| | | | |
|---|---|---|---|
| 7/8/2015 | A RN received a call from UIC lab about a critical potassium of 7.2. The nurse informed the Medical Director. There were no orders. This lab was not in the medical record. | 6, 19 | The potassium was a critical level but no one addressed it. This is systemic failure and care was grossly and flagrantly unacceptable as the program should have a system to respond to hyperkalemia given the dialysis population.<br>The nephrologist was the first doctor to address the high potassium that occurred repeatedly recently. |
| 7/17/2015 | Apparently a nephrologist saw the patient. The blood pressure was not noted. Kayexalate was recommended once a week. | | |
| 8/19/2015 | The patient returned from a writ. The blood pressure was 169/96. The nurse noted that the patient had a medical director appointment on 8/24/16. Nothing was done to address the increased blood pressure. | 16 | The nurse should have consulted a physician. |
| 8/19/2015 | Vascular surgery saw the patient at UIC over four months after referral. The blood pressure was 164/94. The surgeon said that no intervention was indicated. The vascular surgeon noted that there was a 4/6 murmur radiating to the neck that warranted further work up. | | |
| 8/22/2015 | A dialysis nurse took a phone order from a nephrologist for kayexalate 15 gm Wednesday and Sunday for six months. | | |
| 8/24/2015 | The Medical Director saw the patient for a post-writ visit. The doctor noted that the patient went to UIC access clinic which indicated no need for revision of the shunt. There was no other history. The examination was "no change" the assessment was "post med writ" and the plan was "FU prn." The doctor did not address the elevated blood pressure of 168/103. The doctor also failed to note the surgeon's recommendation to evaluate the murmur. | 3 | This is indifferent care to have elevated blood pressure but not address it. Care failed to follow generally accepted guidelines or usual practice. |
| 9/1/2015 | Collegial review approved an echocardiogram. | | |
| 9/2/2015 | Wexford approved an echocardiogram. | | |

Patient #13

9/2/2015 Wexford denied a cardiology visit to evaluate the murmur but approved an echocardiogram. This presumed that there was someone at Stateville who could evaluate a murmur. When the echocardiogram was completed no one at Stateville documented reviewing its results.

9/4/2015 UIC lab reported BUN 62; potassium 6.6 creatinine 13.09, albumin 3.8; alk phos 139; Ferritin 923; transferrin 186 (200-400); cholesterol 111; TG 114; HDL 39; LDL 49, hemoglobin 10.6.

6, 19 The BUN should have prompted concern for inadequate dialysis time. The elevated potassium was also high and should have been promptly evaluated. It appears that no one did anything about these lab results. Prompt provider evaluation should have occurred.

9/10/2015 Apparently a nephrologist saw the patient. Blood pressure was 155/97 and potassium 6.6. The doctor did not address the elevated BP documenting that the patient just took clonidine. The nephrologist stopped kayexalate and started a different medication.

3 The blood pressure had been elevated for over a year and the potassium was high, there was no apparent consideration or documentation of dialysis time or adjustment of blood pressure medication. The dialysis record was not available so it is difficult to determine the nephrologist's thinking.

10/10/2015 A doctor saw the patient who complained of not feeling good. The blood pressure was 148/88 and oxygen saturation was 88%. A recheck of BP was 150/96. The only history pertinent to his complaint was that the patient was in no acute distress and that the patient had difficulty breathing. The lungs were clear. The assessment was "dyspnea [with] HTN + dialysis". The patient was sent to the health care unit but there were no further notes indicating that the patient was examined in the health unit.

2, 14 The patient had significant findings with hypoxemia, shortness of breath. The patient needed to have a diagnosis made, should have had an x-ray, and should have had further evaluation including with laboratory testing. Yet there is no evidence in the record that the patient was evaluated. The patient should probably have been sent to a hospital. Care failed to follow generally accepted guidelines or usual practice.

Patient #13

| Date | | | |
|---|---|---|---|
| 10/28/2015 | At 4:00 am a nurse noted that UIC lab called about a critical 8.5 potassium level. The nurse took no action except that the am nurses would follow up with the doctor. At 1:30 pm the same day a nurse documented that a doctor was notified about the critical lab. The nurse documented that the patient would follow up in following morning. This lab was not in the medical record. | 6, 19 | A potassium of 8.5 is life threatening and required immediate attention yet it was treated as a routine. There was no evidence that this test was evaluated. Care was grossly and flagrantly unacceptable. |
| 10/28/2015 | Apparently a nephrologist saw the patient. The BP was 168/95. The doctor did not address the elevated blood pressure. | 3 | The doctor did not adjust blood pressure medication or apparently ordered increased dialysis time. |
| 11/6/2015 | At 3:00 am a nurse noted that UIC lab called about a critical potassium of 7.6. The dialysis nurse notified the am nurse to follow up. | 6, 19 | The potassium was a critical level but no one addressed it. This is systemic failure and care was grossly and flagrantly unacceptable as the program should have a system to respond to hyperkalemia given the dialysis population. |
| 11/27/2015 | Apparently a nephrologist saw the patient. The BP was 150/84. The potassium was 5.9 and the doctor increased kayexalate. The doctor did not address the elevated blood pressure. | 3 | The doctor did not adjust blood pressure medication or apparently ordered increased dialysis time. |

Patient #13

12/1/2015 A nurse evaluated the patient for non-specific discomfort. The blood pressure was 143/89. The nurse called a doctor who ordered a stat only dose of atenolol. The patient had shortness of breath, lightheadedness, tachycardia (126), weakness and diaphoresis. An EKG was done but there was no documentation of the results. Notably the EKG is not an automated machine so it has no interpretation and the nurse, being unable to evaluate the EKG could not inform the doctor of the results. One EKG showed a rate of about 145 with non specific STT wave changes. T waves appeared peaked. The patient should have been sent to a hospital to evaluate for acute coronary syndrome.

14  Ordering a stat dose of atenolol under these circumstances is incompetent. The patient should have been admitted to a hospital for evaluation. A stat potassium should have been obtained. The T wave did appear peaked which may have been consistent with hyperkalemia. The patient had Care was grossly and flagrantly unacceptable.

1/3/2016 Apparently a nephrologist saw the patient. The BP was 170/107 and potassium 5.8. The doctor increased labetalol to 400 mg BID. And gave a stat dose of clonidine.

1/9/2016 A medical staff [unclear if this was a nurse or doctor] documented an evaluation. The patient was brought to the clinic at 1:50 am by the dialysis nurse with nausea, vomiting profuse sweating and abnormal vital signs including P 96; oxygen saturation 90; BP 178/105. The temperature was 94.6, which is hypothermia. The BP increased to 189/113. The patient was monitored for several hours, given Tums, and eventually the BP came down to 161/98 and the patient was sent to his housing unit. If this was a nurse evaluation a doctor was not called. The nurse gave the patient his am medication apparently about 1:30 am.

14,16  It seems inappropriate to conduct dialysis at 1:30 am when breakfast is only a couple hours later. It wasn't clear if this note was from a doctor or a nurse. In either case, the patient had vomiting, diaphoresis, hypothermia and significantly elevated blood pressure. These signs are consistent with sepsis or possibly acute coronary syndrome which should have been ruled out. The patient should have had stat laboratory tests and an EKG but instead nothing was done except to give him TUMS. The patient should have been sent to a hospital. It appears that dialysis is being done in the early morning. Care was grossly and flagrantly unacceptable.

Patient #13

| | | | |
|---|---|---|---|
| 1/14/2016 | The patient received the echocardiogram requested more than four months previously. The echocardiogram showed mild to moderate increased left ventricle, elevated left atrial and ventricular end diastolic pressures, EF of 60-65%, diastolic dysfunction, severely dilated left atrium, moderately dilated right atrium, elevated pulmonary artery pressure, | | This echocardiogram was not timely. This is not a difficult test to obtain. The echocardiogram showed significant hypertensive heart disease. |
| 1/18/2016 | The Medical Director saw the patient. This note was brief stating "post echocardiogram at UIC, report pending, no complaint O no acute findings A post med writ P FU prn." The blood pressure was 178/113 but not addressed by the doctor. The doctor did not evaluate the results of the echocardiogram and, based on notes, no one ever reviewed these results. | 3, 10 | The doctor failed to review the echocardiogram results which were abnormal and showed significant hypertensive heart disease. The doctor also failed to modify blood pressure medication despite significantly elevated blood pressure. Care failed to follow generally accepted guidelines or usual practice. |
| 2/4/2016 | Apparently the nephrologist saw the patient. The BP was 178/82. The nephrologist recommended a vascular surgery visit. Blood pressure was not addressed. | 3 | The doctor failed to modify medication for elevated blood pressure. The dialysis sessions may have needed to be longer. |
| 2/9/2016 | The Medical Director noted that Wexford approved an appointment with the UIC fistula clinic. | | |
| 2/21/2016 | At 10:15 am nurse saw the patient for a cold. The temperature was 101.9 and the BP 160/102. The nurse documented "to UC for eval" but it wasn't clear what this meant. | | |

Patient #13

| 2/21/2016 | At 10:30 pm a nurse noted that the patient felt nauseous and he had chills.  The temperature was 101.4 and BP 170/95.  The patient said he was sent up from sick call for increased temperature and blood pressure.  The nurse notified a doctor and received orders for Tylenol, Compazine and to monitor the temperature for two days.  There was no evidence of monitoring.  There was no follow up. |
|---|---|

1, 2, 3, 19 — The patient had fever, elevated blood pressure, and nausea.  There was inadequate history.  At a minimum, the patient should have been placed on the infirmary for an ASAP chest x-ray and blood work.  Instead, the doctor only gave the patient something to reduce nausea.  The patient should have been examined in person but was not.  Care failed to follow generally accepted guidelines or usual practice.

3/8/2016 Apparently a nephrologist saw the patient.  The potassium was 6.2; BP 198/102.  The doctor made no change to BP medication.

3 — The doctor failed to modify medication for elevated blood pressure.  The dialysis sessions may have needed to be longer.

3/22/2016 A RN saw the patient in his cell and the inmate complained of shortness of breath.  The BP was 160/86 and pulse 114 with respiratory rate 28-32.  A CMT escorted the inmate to the health unit in a wheelchair.

3/22/2016 A nurse saw the patient at 10:35 am.  The inmate was wheezing with pulse 116; R 32 and BP 160/80.  Within two minutes the patient collapsed and CPR was initiated.  Within 15 minutes paramedics arrived and the patient was intubated and transferred to a hospital.

3/22/2016 The Wexford Mortality Review Worksheet documented that earlier intervention was not possible, there was no way to improve medical care, and the medical response could not be improved.

3/23/2016 A death certificate lists the cause of death as hypertensive heart disease.  An autopsy was done.  The anatomic diagnoses were concentric LV hypertrophy, cystic granular kidneys, pulmonary edema, and cerebral edema.  The cause of death was hypertensive heart disease.

Patient #13

| 3/22/2018 | A review of the MARs for five months from December 2014 through April 2015 for hypertension medication only revealed that the patient received only 3/5 monthly packets of Labetalol; 5/5 packets of lisinopril; 3/5 packets of nifedipine; 2/5 packets of Furosemide and 3/5 packets of hydralazine. The total % received was 16/25 packets or 64% of his medication. | 17 | The patient was not receiving medication as ordered. No one was monitoring this. |

| | | |
|---|---|---|
| 1/11/2013 | The Medical Director documented that the patient had a gran mal seizure and hadn't had one in several months.  The doctor sent the patient back to his cell house and ordered serum dilantin and Tegretol levels next week.  No follow up was ordered. | 10 — The doctor should have ordered follow up after a seizure. |
| 3/2/2013 | The patient had a seizure.  The BP was 162/98.  The nurse sent the patient to the ER but there was no evidence that the patient was seen in the ER. | |
| 4/2/2013 | A PA noted that the patient had a seizure. The PA ordered dilantin and Tegretol levels and referral to the doctor's clinic. | |
| 4/11/2013 | Annual seizure clinic.  The patient said he had seizures once a month.  The patient also described repetitive stereotypical behavior.  The patient was on Dilantin 200 BID and Tegretol 600 BID watch take.  The doctor documented that the patient had absence seizures and complex partial seizures.  The doctor documented that the anticonvulsant levels were therapeutic.  The doctor documented poor seizure control but the doctor made no changes.  This patient should have been referred to a neurologist.  The doctor also saw the patient for HTN clinic.  The patient wanted to go off statin medication.  The blood pressure was 136/97 with a repeat blood pressure of 130/100 but the doctor made no change of blood pressure medication and stopped the statin.  The doctor documented that the patient didn't want to change his blood pressure medication at this time. | 12 — Drug levels were not in the medical record.  The patient had three seizures over the past three months.  There was no evidence that the patient had ever had brain imaging or an EEG.  There was also no evidence that the patient was ever evaluated by a neurologist.  The patient had poor seizure control but was not referred.  Care failed to follow generally accepted guidelines as the patient should have been referred to a neurologist . |
| 4/11/2013 | Cholesterol 152; HDL 40; LDL 95. | |
| 4/17/2013 | The patient had an unwitnessed seizure.  The doctor was notified and the patient sent to his cell house. | 8 — Therapeutic drug levels should have been ordered. |
| 5/29/2013 | The patient had a seizure.  The LPN took no action; did not notify a doctor and sent the patient back to his housing unit. | 8 — Therapeutic drug levels should have been ordered. |

| | | |
|---|---|---|
| 6/6/2013 | The patient had a seizure and was evaluated by a CMT. The CMT referred the patient to a doctor since the patient had three seizures since 4/11/13. No provider evaluated the patient. | 16 — The CMT should have consulted a doctor. |
| 6/7/2013 | A doctor ordered a dilantin and Tegretol level but did not see the patient. | |
| 6/29/2013 | A doctor saw the patient for follow up of seizures. The doctor noted that the patient had uncontrolled seizures. The doctor noted that the patient had therapeutic blood levels. The doctor added Keppra 500 BID. The blood pressure was 162/101 but the doctor noted that the patient hadn't taken his medication yet so he made no changes. | 1 — The history failed to contain mention of medication monitoring. Notably, drug levels were not in the medical record. The patient was not monitored for side effects of his medications. |
| 8/6/2013 | A doctor saw the patient for seizure clinic and noted that the patient didn't have a seizure for two months and kept the patient on the same medication. | |
| 9/26/2013 | A nurse saw a patient after a seizure. The BP was 151/100. The nurse called a doctor who ordered a next day follow up. The next day instead of seeing a doctor an LPN saw the patient and documented that the patient would follow up with a provider on 10/3/13 and therapeutic drug levels would be drawn. | |
| 10/3/2013 | The Medical Director saw the patient but didn't address the seizures. He addressed a leg discrepancy and ordered a shoe lift. | 1, 3, 15 — The history was inadequate and failed to address the seizure and therefore there was no follow up of this. The patient's recent seizures were not addressed by the physician; therapeutic drug levels should have been drawn. The recent elevation of blood pressure wasn't addressed. |
| 11/20/2013 | The inmate had a seizure and was seen by a CMT who encouraged the patient to increase his fluid intake and would schedule the patient for a 11/25/13 visit. | 16 — The referral to a provider never occurred. |
| 11/27/2013 | A PA saw the patient for shoulder pain but did not address the seizure disorder. | |

| 12/3/2013 | The patient had a seizure. The blood pressure was 166/95 and pulse 103. A doctor was notified but the patient was sent back to his housing unit. | 8 | The doctor should have ordered a therapeutic drug level |
| 12/5/2013 | The patient had a seizure. The note was extremely brief. It stated, "Presents to HCU for follow up s/p seizure. Has been on Keppra, Tegretol + Dilantin. Hadn't had a seizure in a few months but he had a couple since then." That was the extent of the evaluation. There was no review of therapeutic drug levels, no examination, and no order of drug levels. | 2, 6, 8 | The doctor failed to make an adequate assessment after a seizure. There was no evaluation of prior drug levels and the doctor didn't order drug levels after a seizure. |
| 12/11/2013 | A doctor wrote a note without seeing the patient reminding a nurse apparently to check drug levels for follow up in seizure clinic. | | |
| 12/26/2013 | The patient had a seizure. A CMT referred the patient to the HCU where a nurse saw the patient. The nurse did not consult a physician. | 16 | The nurse should have consulted a physician. |
| 12/31/2013 | A nurse completed a seizure clinic database. The blood pressure was 140/100. The nurse noted that the patient was on Dilantin 200 BID, Tegretol 600 BID, and Keppra 500 BID. The nurse apparently ordered a repeat dilantin level and ordered follow up in 2-3 weeks. There did not appear to be consultation with a physician. A doctor apparently signed the note but a nurse appeared to write the note. The nurse or doctor did not document seizure frequency or compliance with medication or describe a history of when the seizures occurred or what may have precipitated the seizures. There was another note on the same day for HTN clinic. The BP was elevated but the doctor took no action to adjust medication or to note compliance except to state that medication compliance was reviewed. The doctor did note that the dilantin was subtherapeutic but took no action. A repeat Dilantin level was ordered with follow up in 2-3 weeks. | 11 | It appeared that the nurse was completing a seizure clinic note instead of a doctor. This constituted performing out of the scope of one's license. |

2/14/2014 A doctor wrote that the patient said he hadn't had a seizure for "a good while." The blood pressure was 140/98. The doctor increased the lisinopril to 30 mg daily.

4/24/2014 The patient was seen in HTN clinic. The blood pressure was 129/91 and 103/79. The doctor made no changes. The doctor noted that the last seizure was four months ago. The patient was on Dilantin, Keppra and Tegretol. No change was made. The doctor didn't document drug levels.

5/18/2014 A nurse documented that the patient was brought to the health unit after a seizure. The blood pressure was 226/109 and the pulse 121. The patient was confused. The nurse notified a doctor but no actions were taken. A half hour later the blood pressure had decreased to 132/84 with pulse 105. The patient was discharged to his housing clinic.

        8       Drug levels should have been obtained. Old levels should have been reviewed.

5/19/2014 A nurse saw the patient. The blood pressure was 150/86. No action was taken.

6/18/2014 The patient had a seizure and was seen by an LPN. The nurse took no action.

      16     The nurse should have consulted a physician.

7/4/2014 The patient apparently had a seizure. A nurse saw the patient and documented BP of 151/90 and 148/87. The Medical Director was notified and sent back to his housing unit.

        8       Drug levels should have been obtained. Old levels should have been reviewed.

8/7/2014 A doctor saw the patient in HTN clinic. The blood pressure was 126/76. The doctor noted that the Dilantin level was 7.7 on 7/10 and 8.2 on 7/28. The Tegretol was 5.2. The doctor noted that the last seizure was between 3-12 months ago even though the patient had at least two seizures since 6/18/14. The doctor increased Dilantin to 300 mg BID.

9/22/2014 A doctor saw the patient and noted that the patient said Dilantin 300 mg was too much as he was groggy and uncoordinated, so the patient decreased the dosage to 200 BID. The doctor did not examine for nystagmus or ataxia and decrease the Dilantin to 100 BID then 100 daily and then discontinue. The doctor noted that the Dilantin had been subtherapeutic since 7/4/14.

11/21/2014 A nurse saw the patient for post seizure. The blood pressure was 158/90. The patient refused to go to the HCU. The Medical Director was notified.

    8    Drug levels should have been obtained. Old levels should have been reviewed.

11/29/2014 A doctor saw the patient and noted that the patient had a seizure two weeks ago. The doctor documented "coindental discontinuation dilantin." The doctor continued the Keppra and Tegretol but did not obtain drug levels and wrote "no need to adjust meds."

1/15/2015 The Medical Director saw the patient. The blood pressure was 158/85. The doctor saw the patient for a leg discrepancy and ordered an x-ray of the pelvis, lumbar spine, and left knee but did not address the elevated blood pressure or epilepsy.

1/22/2015 Wexford approved an orthopedic appointment.

2/2/2015 A CMT saw the patient post seizure. The CMT was told by the patient had a seizure a month ago. The CMT noted that the last Dilantin level was 8.2 but the patient was no longer on Dilantin. The CMT did not consult a physician but noted that the patient was scheduled to see the Medical Director on 2/3/15 and ordered a Dilantin level for 2/2/15.

    16    The nurse should have consulted a physician.

| | | |
|---|---|---|
| 2/3/2015 | The Medical Director saw the patient and noted that the patient had his hip x-ray which showed severe degenerative arthritis of the left hip and an old subcapital fracture. The entire examination was documented as "no change." The doctor told the patient that he was scheduled for orthopedic clinic. The doctor did not address the seizure disorder. | 2, The x-ray showed severe arthritis with an old fracture yet the doctor failed to properly examine the patient |
| 2/3/2015 | A doctor saw the patient in seizure clinic. The patient was noted to have a seizure the day before. The doctor took no other history. The drug levels were not checked. The doctor did order a Tegretol level and noted that the patient was on Keppra 500 am and 1000 hs. The patient was also evaluated for HTN. The BP was 121/78. The doctor made no changes. | 1,6 The doctor failed to take an adequate history including review of prior therapeutic drug levels. |
| 2/21/2015 | The patient experienced a seizure. The BP was 194/92. The patient has several superficial lacerations to the neck, R cheek and chin. The Medical Director was called and he prescribed 50 mg of atenolol stat and sent the patient back to his housing unit. | 2, 3 The patient had elevated blood pressure after a seizure which typically occurs. The doctor treated this with a single dose of atenolol which was inappropriate. If the doctor had waited until the post-ictal state resolved no treatment probably would be indicated. If the blood pressure remained elevated, long term medication adjustment would be indicated not a stat dose of medication. This doctor was a surgeon who did not appear to know how to treat this problem. |
| 3/17/2015 | A nurse saw the patient for dizziness and lightheadedness. The blood pressure was 160/92. No action was taken. | 16 The nurse should have consulted a physician. |
| 4/26/2015 | The patient was seen post seizure. The blood pressure was 210/99. The Medical Director was called and prescribed clonidine0.2 mg with his hs medication. It was 8:25 pm. The nurse documented that the patient would be seen by the Medical Director on 5/4/15 but this visit never occurred. | 2, 3, 10 Stat medication for post-ictal high blood pressure is not indicated. The patient should have been re-evaluated after the post-icatal state resolved. There was also failure to follow up. |

| Date | | | |
|---|---|---|---|
| 5/21/2015 | A doctor wrote an extremely brief note. The blood pressure was 150/83. The doctor increased the Procardia to 60 mg a day with follow up in HTN clinic. There was no history, no history of medication compliance, and no examination other than vital signs. | | |
| 7/28/2015 | Wexford approved a CT of the hip. | | |
| 8/5/2015 | The Medical Director saw the patient post writ and noted that a CT scan of the L hip was recommended. The doctor took no history, there was no examination and no documented plan. | 10 | Consultant recommendations were not followed up. |
| 8/6/2015 | Cholesterol 217; HDL 35; LDL 154. | | |
| 8/20/2015 | A doctor saw the patient in HTN clinic. The patient was on Procardia 60, aspirin, Zocor 20, HCTZ, and lisinopril. The BP was 141/91 but no changes were taken. With respect to seizures, the history was that the last seizure was 2 months ago. Tegretol level was noted to be 9.3. The doctor ordered tapering Tegretol to discontinue. The doctor noted that the patient was responding to Keppra. | 3 | The patient's 10-year risk of heart disease or stroke was 26%. He should have been on a moderate to high dose statin. He should have been on 40 mg of Zocor. His blood pressure medication should probably have been adjusted. |
| 8/23/2015 | A nurse saw the patient post seizure. The BP was 199/101 and pulse 109. The nurse called a doctor who ordered a single dose of Keppra. | 3 | A single dose of Keppra after a seizure is incompetent care. |
| 9/3/2015 | A doctor saw the patient and noted that the patient had a seizure three days after his Tegretol was decreased. The patient was on a Tegretol taper and was currently on 100 mg of Tegretol BID. Despite the recent seizure, the plan was to continue the planned taper of Tegretol with a physician follow up the following week. That visit didn't occur. | 3, 10 | The plan of tapering Tegretol appeared to have resulted in a seizure. Scheduled follow up did not occur. |

9/15/2015  A doctor noted that the inmate had "erratic mental status change" attributed to seizures.  He was found on the floor unconscious.  The doctor noted that the patient developed seizures five years ago.  The doctor noted that there had been no formal diagnosis by a neurologist.  The doctor noted that most seizures were unwitnessed and no one had reported generalized tonic clonic movements.  The patient was disoriented and had an expressive aphasia but no repetitive motor movements.  The doctor had a differential diagnosis of R/O organic causes, dementia, or schizophrenia.  The doctor ordered blood cultures x 3, CBC, CMP, folate, RPR, TSH, ESR, ANA, Tegretol level, urine drug screen, and mental health referral and then discharged the patient with a month follow up.   There was no follow up of these labs and these lab results were not found in the medical record.  It did not appear that the patient received the blood tests.

8, 10  A different doctor saw the patient and wanted to re-evaluate the patient's apparent seizures.  Ordered laboratory tests were not done and ordered follow up did not occur.

9/22/2015  BUN 32; sodium 130; calcium 8.2; albumin 2.3; bilirubin 3.3; alk phos 472; AST 165; ALT 119.

9/22/2015  A CT of the hip was done.  There was chronic deformity of the femoral head and neck with superimposed severe osteoarthritis which was thought to be due to a developmental etiology (slipped capital femoral epiphysis) vs acquired trauma.

9/28/2015  A doctor noted that the CT scan results were not in the medical record.  The doctor took no action.

10, 11  A report was unavailable.   The result was not followed up.  Based on the x-ray report the patient probably needed evaluation for hip replacement but this did not appear to occur.

9/30/2015  A CMT saw the patient post seizure.  The blood pressure was 180/120 with pulse of 122.  A nurse documented receiving orders but it wasn't clear what these orders were.

| Date | Event | Code | Comment |
|---|---|---|---|
| 10/10/2015 | A nurse saw the patient post seizure. The nurse noted that the inmate had an appointment with the Medical Director on 10/12/15. No consultation was made and no further action occurred. | 16 | The nurse should have consulted a physician. |
| 10/11/2015 | The patient had another seizure. The nurse noted that the patient had an appointment the next day with the Medical Director. | 16 | The nurse should have consulted a physician. |
| 10/12/2015 | The Medical Director saw the patient. The patient had BP of 104/69. The doctor noted that the patient was having repeated epileptic seizures ever since Tegretol was stopped. The only documented examination was "no change." The patient agreed to an increase of Keppra, which was increased to 1500 mg BID for six months with a one month clinic follow up. | 2 | The doctor failed to examine the patient. We view a comment "no change" as no examination. |
| 10/15/2015 | A doctor saw the patient and noted that the patient had no new seizure events. The doctor continued Keppra. | | |
| 11/12/2015 | The Medical Director noted that the Keppra was controlling the seizures. The patient signed a release of information to obtain the CT scan result. The doctor took no action. | | |
| 11/17/2015 | The Medical Director noted that ortho clinic was approved by collegial review. | | |
| 11/18/2015 | The patient had another seizure. The Medical Director was notified and a next day FU with the Medical Director was scheduled. | 16 | The nurse should have consulted a physician. |
| 11/18/2015 | Wexford approved an orthopedic appointment. | | |
| 11/19/2015 | The Medical Director saw the patient and documented "sustained epileptic seizure yesterday." The doctor performed no examination, drew no therapeutic drug level, and increased the Keppra to 2000 pm 1500 am. | 2, 8 | The doctor performed no examination and did not obtain therapeutic drug levels despite raising the medication. Therapeutic levels should have been reviewed. |
| 11/20/2015 | The patient had another seizure. The pulse was 115 and BP 154/81. The nurse notified a doctor, who took no action. | 8 | Therapeutic drug levels should have been ordered. |

11/25/2015 The Medical Director saw the patient post medical writ. The blood pressure was 98/61. The patient had gone to orthopedic clinic but the doctor did not document what occurred at the ortho clinic. The doctor did not address the seizure disorder.

12/16/2015 An orthopedic surgeon saw the patient. The consultant wanted medical clearance before surgery could be done to replace his hip.

12/24/2015 Wexford approved surgery for L hip joint replacement.

1/4/2016 LFTs normal CBC normal; carbamazepine <2

1/8/2016 The patient presented to the health care unit after a seizure. A doctor ordered Ativan stat. The blood pressure was 170/98 but not addressed. A doctor saw the patient, who was described by the doctor as delirious, incoherent, and disoriented. The blood pressure was retaken and was 150/90 with pulse of 120. The doctor ordered that the patient remain in the ER until the heart rate and blood pressure normalized. A doctor saw the patient later. The BP was 114/70 and the pulse 130. The inmate was oriented and coherent. The doctor released the patient with a follow up with the Medical Director on Monday.

1/29/2016 An x-ray showed very advanced degenerative arthritis with marked loss of joint space.

1/30/2016 A LPN went to the cell house for a report of the inmate having a seizure. The patient was alert and oriented. An RN didn't evaluate the patient and the LPN took no history. The LPN noted that the patient was oriented and asked staff to contact the HCU if the patient had any issues.

16    The nurse should have consulted a physician.

2/2/2016  Seizure annual clinic.  The patient was on Keppra 1500 mg am and 2000 mg pm.  The doctor noted that the patient had been on 3.5 gram of Keppra per day since Nov 2015 with occasional breakthrough seizures.  The doctor documented 2-3 urgent care episodes since the last visit, presumably for seizures.  The only examination was to state that the patient walked with a crutch and "neuro intact," whatever that meant.  The doctor noted that the patient had monthly seizures "but so far not compromising ADL."  The doctor noted that the Keppra was "supramaximal dose-will adjust and monitor."  The idea is to not compromise.  At this point, referral to a neurologist would be appropriate as the patient had continued seizures, did not have a clear seizure type documented, and was unable to be controlled.  Despite monthly seizures, the doctor reduced the Keppra to 3 grams a day and return in two weeks.

12  The doctor should have referred to a consultant, as the doctors were unable to control his seizures.

2/11/2016  A doctor saw the patient after the patient had a seizure after Keppra was reduced.  The BP was 128/89.  The patient was noted to be stable after medication changed.  The patient needed clearance for upcoming hip surgery and the doctor said he would talk to the medical director about this.

2/11/2016  The Medical Director noted the patient was approved for hip joint replacement.

3/5/2016  The patient was brought to the health unit post seizure.  The BP was 154/85 and pulse 121.  Ativan 2 mg IM and Dilantin 300 mg was given stat by phone order.  The patient was initially confused but after 30 minutes the patient was oriented and sent back to his housing unit.

8  Therapeutic drug levels should have been ordered.

3/10/2016  The Medical Director saw the patient for shoulder pain.  The only examination was "abduction 90 degrees only;" the assessment was "seizure DJD L shoulder."  The plan was to schedule the patient for a steroid injection next week.

3/28/2016  A PA wrote a note that the patient was scheduled for a shoulder injection on 3/16/16, but that appointment didn't happen due to time constraints and was rescheduled for 3/21, which didn't happen and was rescheduled for 3/20/16.

3/29/2016  CMP normal; total cholesterol 178; TG 182; HDL 31; LDL 111.

3/30/2016  A doctor performed a shoulder injection.

4/4/2016  At 4:30 am a nurse saw the patient for left chest pain "like my muscle down there is sore."  The blood pressure was 170/102.  An EKG was done and the Medical Director was notified.  The Medical Director ordered clonidine 0.2 mg stat, NTG SL, and Tylenol with an order to monitor the patient for an hour.  If the pain persisted the nurse was to call him back.  If the pain resolved the patient was to be released with a morning follow up.  The nurse didn't ask again about the chest pain but the vitals were better with BP 142/88 and pulse 74 and the patient was sent back to his housing unit.

4/4/2016  At 9:30 am a doctor saw the patient.  The doctor noted that there were no EKG changes and the pain was not responsive to NTG.  The patient had point tenderness over the back and left shoulder.  The doctor assessed gastritis secondary to NSAID and ordered Zintec 150 hs.

4/4/2016  An EKG automated reading read atrial flutter, but a doctor overrode this and wrote normal sinus rhythm.  There were five EKGs, none of which appeared to show atrial flutter.  Four of the five EKGs did not include automated readings.

| | | | |
|---|---|---|---|
| 4/25/2016 | The doctor saw the patient for annual chronic clinic for hypertension.  The patient was on Zocor 20 mg, lisinopril 30 and aspirin.  The blood pressure was 130/85.  The doctor documented that the patient's labs were all "WNL."  The labs weren't documented in the doctor's note. | 3 | The patient had a 10% 10-year risk of heart disease and stroke but was only on a low intensity statin. |
| 4/26/2016 | A LPN saw the patient on the housing unit after a reported seizure.  The inmate was on the floor "playing with his T shirt.  No seizure activity noted."  The LPN sent the patient to the health care unit.  The patient was observed in the health unit for 40 minutes and then sent back to his housing unit. | 16 | The nurse should have consulted a physician. |
| 4/30/2016 | A nurse saw the patient for a suspected seizure.  The BP was 181/105 and pulse 121.  The patient was drooling  and confused.  The inmate was sent to the health care unit.  There were no notes from the health care unit. | 16 | The nurse should have consulted a physician. |
| 5/10/2016 | The Medical Director noted an orthopedic appointment at UIC was approved. | | |
| 5/11/2016 | Wexford approved a UIC ortho appointment for DJD of the hip for a slipped femoral epiphysis. | | |
| 5/26/2016 | The patient apparently had a seizure.  The pulse was 106 and BP 146/88.  The patient was confused and had garbled speech post-ictal.  The Medical Director was called who ordered a one week follow up. | 10 | Sooner follow up was indicated. |
| 6/2/2016 | The Medical Director documented that the inmate was inquiring about his hip surgery.  The doctor appeared to tell the patient that the surgery would be soon.  There was no examination. | | |
| 6/21/2016 | The patient went to UIC ortho but pre-operative laboratory tests didn't accompany the patient so the appointment was rescheduled. | | |

6/21/2016   A brief comment by UIC ortho on the referral form stated that the patient had hip osteoarthritis and needed pre-op labs and paperwork before surgery could take place.  They recommended return to clinic when these had been done.  The report by the orthopedic service stated that the patient needed the prison doctor to medically clear the patient and that pre-op labs had to be done.

6/23/2016   The Medical Director saw the patient post writ and noted that the patient needed lab work and paperwork.  The doctor did not evaluate the patient for his seizures despite recent seizures.

6/28/2016   CMP normal except $CO_2$ 21 and anion gap 13. CBC normal.

7/16/2016   The patient had an unwitnessed seizure.  BP was 152/91.  The nurse took no action.         16    The nurse should have consulted a physician.

8/2/2016    Phenytoin 3.3 (10-20); CBC normal.

8/9/2016    A doctor saw the patient in semi-annual seizure clinic.  Much of the note was illegible.  The patient had no urgent care episodes, presumably seizures.  The Dilantin level was 3.3 and the Keppra level was pending.  It isn't clear how the patient got on Dilantin and the history didn't explain the change in therapy.  The doctor noted that the patient was on Dilantin 300 mg and Keppra 1000 mg BID.  A follow up in two weeks with serum drug levels was ordered.

8/16/2016   An EKG without a legible date was signed as reviewed on this date.  Was NSR with septal infarct age indeterminate.

8/24/2016   A nurse saw the patient for an apparent seizure.  The pulse was 114 and BP 132/81.  The patient was given his seizure medication and sent back to his housing unit.         16    The nurse should have consulted a physician.

10/2/2016   EKG sinus bradycardia with voltage criteria for LVH.

10/6/2016 Metabolic panel normal except C02 23; cholesterol 133; TG 83; HDL 33; LDL 83.

10/17/2016 A doctor saw the patient in semi-annual HTN clinic. The patient was on HCTZ, Procardia, aspirin, lisinopril and Zocor 20. The BP was 111/76. An EKG was ordered with follow up in six months.

10/18/2016 Glucose 118; Cholesterol 158; TG 115; HDL 27; LDL 108. CBC normal.

3 These lipid values with the 10/17/16 BP values yield a 13.6% 10-year risk of heart disease or stroke A moderate to high intensity statin was indicated.

12/14/2016 The Medical Director documented that orthopedic follow up was approved. This was based on the June UIC ortho pre-operative surgery appointment that was cancelled because the patient didn't come with pre-operative laboratory tests.

12/14/2016 Wexford just received the request for orthopedic follow up and approved an orthopedic appointment. This was six months after the prior ortho visit.

1/10/2017 A nurse saw the patient for a seizure. The pulse was 128 and BP 190/97. The pulse came down to 112 and BP 155/91. After the confusion improved the Medical Director was notified. No orders were given and the patient was sent back to his housing unit.

8 Drug levels should have been obtained. Old levels should have been reviewed.

1/10/2017 The orthopedic clinic documented that the patient needed to get medical clearance from APEC. Apparently this is a UIC unit.

1/11/2017 The Medical Director saw the patient post UIC ortho write. The patient needed medical clearance. The doctor had no plan.

1/13/2017 A doctor saw the patient for seizures. The doctor noted that the patient was taking Dilantin and Keppra. The only examination was to note that the patient was alert and "PE [physical examination] unremarkable." The doctor ordered a Dilantin and Keppra level and a follow up.

1/26/2017 A doctor saw the patient to follow up on lab work.  However, the tests were not done and the doctor ordered follow up when the lab tests were done.

1/26/2017 Phenytoin 5.3 (10-20).

1/28/2017 At 11:56 am a nurse noted that the patient was brought to the ER after a seizure.  The BP was 184/96 and pulse 96.  The patient was unable to follow directions and had a laceration on his chin.  A few minutes later the patient was alert and responding.  A doctor placed three sutures in the chin and wrote a note. The doctor noted that the patient was alert with confusion initially but became alert.  The only neurologic examination was to note the  pupils were equal and reactive. The doctor placed sutures, dressed the wound, and ordered a Dilantin and Keppra level but did not order any medication. The doctor ordered follow up in two days.

The patient was on Lisinopril 30; HCTZ 25; Nifedipine 60; simvastatin 20; ASA, Keppra 1500 BID; Dilantin 300 QD.

1/28/2017 At 5:30 pm a LPN was called to a cell house for the patient having a seizure.  The patient was unresponsive and sustained a cardiac arrest.  CPR was started and apparently continued until paramedics arrived.  The patient was pronounced dead at the hospital at 6:16 pm.

1/29/2017 The death certificate listed coronary atherosclerosis as the cause of death.  The death certificate indicated that an autopsy was done but the autopsy report was not in the medical record.

2/1/2017 A death summary was completed by Dr. Obaisi. He stated that the patient was incarcerated 25 years previously and was on treatment for hypertension and epilepsy. Medications at the time of death included lisinopril, HCTZ, Nifedipine, simvastatin 20 mg, ASA, Keppra, Dilantin, alendronate 70 mg weekly, oscal 1000 mg daily and famotidine 20 mg. He noted that the patient was scheduled for hip replacement. The only remaining discussion was the day of his death in which the patient experienced seizures twice.

The goal of epilepsy management is to derive an accurate diagnosis, measure of seizure frequency, monitor medication side effects, and evaluate for disease related psychosocial problems. UpToDate states it is usually appropriate to refer to a neurologist to make the diagnosis and formulate a treatment strategy. Referral to an epilepsy specialist may be necessary if there is doubt about the diagnosis and/or if the patient continues to have seizures. Drugs are typically designed for the seizure type. Keppra is a drug used for a broad range of seizures; phenytoin and Tegretol treat a narrow range of seizure types. Keppra is used for myoclonic, partial onset and tonic-clonic seizures. For Keppra the patient should be monitored for ataxia, abnormal gait, psychiatric or behavioral symptoms with CBC if patients experience fever or recurrent infection. Tegretol levels should be checked every two months until levels are constant.

Patient #15

8/12/2016  The patient was admitted to NRC from Cook County Jail.  He weighed 207 pounds and was identified with mental illness.

1/13/2017  An x-ray of the chest and abdomen showed a metallic density in the right lower pelvis suggesting a foreign body.

6/2/2017  There was a rectangular foreign body in the left upper quadrant extending to the left upper mid abdomen measuring up to 19 cm.  Recommend continued follow up.

7/12/2017  At 5:30 pm a nurse noted that an officer witnessed the patient swallowing a spork.  The nurse documented that the inmate "denies need for medical @ this time."  The nurse did not consult a doctor.  The nurse noted, "Will have no complication from swallowing a foreign object."  There was no referral to a doctor.

16  Care was grossly and flagrantly unacceptable.  Swallowing a foreign body such as a spork with a sharp end is potentially life-threatening and to state that the patient denies a need for medical care when the

7/13/2017  At 12:40 pm a nurse documenting notifying a doctor that the inmate said he swallowed another spork.  The nurse called a doctor, who ordered an abdominal x-ray.

7, 19  The doctor should have examined the patient.  A plastic item will not show up on x-ray and the patient should have been followed, and if the item was not retrieved in the stool then

7/13/2017  No radiopaque foreign body is seen in the abdomen or pelvis.

7/16/2017  A nurse saw the patient who said, "I went on hunger strike because no one cares about the spork I swallowed."  The nurse did not address the complaint of having swallowed a spork.

19  The complaint was ignored and a physician should have evaluated the patient.

7/23/2017  A nurse evaluated the patient with a laceration noted on his right arm.  The patient said he did it with a spork.  The pulse was 148.  The nurse described the laceration as 10 by 3 cm, which is large.  The nurse placed steristrips but did not refer the patient despite a large laceration and a significant tachycardia.

16  The nurse should have consulted a physician.

Patient #15

| | | | |
|---|---|---|---|
| 7/24/2017 | At 9:15 pm a nurse saw the patient for abdominal pain. The patient asked to be put on sick call. The nurse documented the patient saying, "Don't put any pressure on my stomach." The pulse was 104 and the temperature was 100. The nurse assessment was "ineffective coping; pain R/T unk etiology ABD C/O abdominal pain." The nurse did not refer the patient to see a physician. The patient was on a crisis watch. | 16 | The nurse should have consulted a physician. |
| 8/7/2017 | The patient refused sick call. | | |
| 9/27/2017 | The inmate had a discussion with a psychiatrist that he had swallowed sporks and wasn't receiving medical attention. The psychiatrist said that the inmate was frustrated with "what he perceives to be indifferent medical attention." The psychiatrist discussed "some of the motivations for self-harm." The psychiatrist did not refer the patient to medical. | 16 | The psychiatrist should have consulted a physician |
| 9/29/2017 | The patient was evaluated for suicide potential by a licensed mental health staff. The patient complained that he was concerned about being refused sick call and wanted to go to an outside hospital. The patient was angry and wanted to see a doctor. The licensed staff wrote that the last suicide attempt was on June 12th and June 13th when the inmate swallowed sporks. However, the more recent episode of swallowing a spork was not mentioned. There was no referral to medical. | 16 | It is unclear whether the mental health staff knew that the patient had swallowed a spork. If so, the patient should have been referred to a physician. |
| 10/2/2017 | The patient saw a nurse practitioner and complained that he had swallowed "sporks" a long time ago and wanted surgery to have these removed. The patient weighed 174 pounds, which was a 33 pound weight loss over the past year. The NP documented a soft non-tender abdomen with normal bowel sounds. The patient had a history of self harm. The patient also said he had pain from a piece of a nail clipper embedded in his forearm. A palpable lump was present on the forearm. The NP ordered an x-ray of the arm but took no action about the spork. The NP noted in the assessment that the patient had a foreign body in the GI tract. | 7 | The NP failed to properly evaluate for an ingested spork. An ingested item failing to evacuate should have resulted in referral for endoscopy. Care was grossly and flagrantly unacceptable. |

Patient #15

| 10/12/2017 | A licensed clinical professional counselor (LCPC) saw the patient who complained of stomach pain and wanted to see the nurse practitioner today. He said he was not satisfied that surgery had been refused and that he was only eating snacks due to stomach pain. The patient was not referred. | 16 | The mental health staff should have referred the patient to a provider. |
|---|---|---|---|
| 10/12/2017 | The patient was scheduled for a foreign body removal on the arm but was "inappropriate and argumentative" and signed a refusal. The patient was referred to mental health. | | |
| 10/18/2017 | The LCPC who saw the patient on 10/12/17 saw the patient again. The patient reported that no one was taking care of his medical needs. The patient reported vomiting and diarrhea and was weak. The inmate wasn't eating because he was nauseous. The LCPC spoke to a nurse who "agreed to take vitals." The LCPC spoke with a nurse who agreed to evaluate the patient for his complaints. The LCPC documented that he would follow up 10/19/17 regarding a sick call request "given he still had not submitted one per medical." | 16 | The patient wasn't referred to a provider despite legitimate complaints. |
| 10/19/2017 | A Mental Health Progress Note stated, "Mr. Page did not attend Co-Occurring group. He is sick." | | |
| 10/20/2017 | A nurse saw the patient for a complaint of swallowing sporks "months ago." The patient's weight was 150 pounds, which is a 24 pound weight loss over the past month and 57 pound weight loss over the past year. The patient complained that about a week ago he started having abdominal pain that was sharp and burning. The patient did not notice black or tarry stool and didn't think he had any bleeding. The patient had nausea, diarrhea, and pain in the center of his abdomen. It hurt when the patient ate. The nurse noted pain on palpation in the center of the abdomen. The nurse did not consult a physician and gave the inmate Pepto-Bismol. | 16 | The patient had significant weight loss, abdominal pain, and history of ingestion of an object. The patient should have been immediately referred to a physician. Care was grossly and flagrantly unacceptable. |

Patient #15

10/21/2017  At sometime around 7:00 am a nurse noted during medication pass that the inmate was in bed unresponsive.  The patient had no respirations or pulse and no signs of life.  The patient was stiff and in apparent rigor mortis.  The patient had blood tinged drainage from his mouth.  There was blood in the toilet.  CPR was started.  Paramedics arrived.  It is not clear a doctor was on the scene but the nurse documented that the patient was declared dead by 7:40.  It isn't clear if this was the paramedics or a doctor.

12/1/2017  An autopsy reported that there were two sporks in the proximal duodenum and the mucosa was deeply lacerated.  The patient had deep lacerations of the proximal duodenum with 20 ounces of clotted blood present in the stomach with superficial lacerations of the proximal esophagus.  The death was attributed to a GI bleed caused by ingestion of foreign objects (two sporks).

The most common features in history of foreign body ingestion are dysphagia, refusal to eat, and regurgitation of undigested food.  Perforation of the mid or distal esophagus may result in severe chest or upper abdominal pain.  Endoscopic evaluation is required even in the setting of negative radiographs.  Plastic is not readily seen on plain films so failure to locate an object on radiographic examination does not preclude its presence.  In patients with persistent symptoms, an endoscopic evaluation should be performed even if the radiographic examination is negative.  A sharp pointed object in the duodenum or stomach require urgent endoscopy.

Patient #15

1/5/2018 An administrative death review was completed. This review found that the inmate had an autopsy that showed two sporks inside his stomach that had lacerated the small intestines which was determined to have caused the death. The administrative review found that the patient had an x-ray on 7/14/17 that showed no foreign body.  The review also noted that the inmate had been seen in nursing sick call on 10/20/17 for abdominal pain and diarrhea. During the assessment the patient complained of having swallowed sporks two months ago.  The review documented that the nurse assessed a soft and non-tender abdomen, vital signs were normal, and that a proper protocol had been chosen and that there was nothing in the nursing assessment that indicated an emergency.  The review noted that he had a number of crisis watch placements for episodes of self harm including swallowing objects.  He was sent to a hospital twice (5/3/17 and 6/2/17) for swallowing objects.  He swallowed a wire on the 6/21/17 admission but there was no hospital report.  No problems with medical care were identified on this review. The review noted that his medication compliance was sporadic at best.  It appeared on quick review that the inmate would refuse as much as nearly half of his medication.  The review noted that his symptom intensity was related to his medication compliance with more hallucinations, paranoia and delusions when not taking his medications.  The review also noted that the patient was concerned about not receiving proper medical care and that he also discussed swallowing two sporks. The review did make a recommendation that psychiatrist should make referrals for enforced medication if a patient showed inconsistent compliance that resulted in crisis watches, disciplinary infractions, and increased symptoms and that nurse should refer patients to a mental health professional when a patient refused medication for three consecutive days.

11/16/2012  Problem list documented HTN and asthma; no other diseases were listed.

6/5/2013  An EKG showed a normal sinus rhythm

8/20/2014  A chest x-ray showed clear lungs. The heart was not enlarged. There was no active pulmonary disease.

12/29/2014  An EKG showed a normal sinus rhythm.

1/24/2015  The patient was seen in asthma clinic at Menard. The PEFRs was 550 and the patient was described as mild persistent. The patient was using Xopenex only. There was no history

2/2/2015  Cholesterol 115; HDL 40; LDL 70.

3/17/2015  The patient was seen in HTN clinic at Menard. The blood pressure was 142/80; weight was 350. There was no history. Cholesterol was 115; HDL 40; and LDL 70. The patient was on HCTZ and amlodipine.

| | | |
|---|---|---|
| | 17 | Because the patient was a smoker, he had a 10-year risk of heart disease and stroke of 10% and should have been placed on a moderate to high intensity statin. This did not occur. |

7/22/2015  A doctor saw the patient and noted that the patient was being seen for chest pain amongst other items. The doctor noted that an EKG was normal. The doctor noted "to be up and about and walking;" "initially he was not able to walk but later he walked OK No chest pain No chest pain No SOB." The doctor prescribed Motrin 200 mg 1-2 tabs TID prn; 18 tabs were given.

| | | |
|---|---|---|
| | 11, 17 | We could not locate the EKG in the record. Notably, Motrin can increase risk of serious cardiovascular thrombotic events. Use of this drug should have been considered in a patient with multiple cardiovascular risk. |

7/23/2015  A nurse saw the patient for chest pain. The patient had the pain for about an hour. The pain was sharp and felt like tightness. The patient had dyspnea, dizziness, and had pain in the arm. An EKG was done. The pulse was 86 with BP 108/70. The nurse referred the patient to a physician.

| | | |
|---|---|---|
| | 11, 16 | We could not locate the EKG in the record. Referral to a physician should not be routine for chest pain. |

7/30/2015  The patient was seen in asthma and HTN clinic at Menard. The BP was 130/80 and PEFR was 550/550. The patient was listed as mild persistent. There was no history noted for either disease. The patient was on Norvasc and HCTZ.

| | | |
|---|---|---|
| | 17 | The patient had an 8.6% 10-year risk of heart disease or stroke and should have been prescribed a moderate to high intensity statin. |

10/21/2015 Patient was seen in HTN clinic at Menard. BP 120/84; pulse 108; the patient had 3+ pitting edema. The patient was on Norvasc, HCTZ, Lasix; and KCL. The patient was noted in good control. 3+ edema is of concern but was not addressed. It may have been due to the Norvasc.

12/2/2015 Cholesterol 134; HDL 40; LDL 84.

1/20/2016 Menard asthma and HTN chronic clinics. Weight 387; BP 138/86; pulse 107; PEFR 560/500; noted as in good control for HTN on Lasix 40; Norvasc 5; HCTZ 25; KCL 25.

2/26/2016 A nurse saw the patient for chest pain that was stabbing in nature lasting 3-4 minutes. The blood pressure was 170/68 with pulse 100. The nurse did not appear to consult a physician but a chest x-ray was ordered along with Tylenol and CTM. It appeared that a physician signed this note.

3/1/2016 A chest x-ray showed bilateral hilar prominence may be due to lymphadenopathy. Findings may be due to sarcoidosis. For more complete evaluation, CT study of the chest with contrast is suggested.

3/16/2016 A doctor noted that a chest x-ray showed hilar adenopathy. A referral was made for a CT scan.

4/7/2016 CT of chest was normal without enlarged lymph nodes.

4/14/2016 A doctor noted that the patient had a CT scan but the results weren't available. The blood pressure was 154/100 and the doctor noted that the patient had been off his BP meds for three days. The patient was given reassurance.

6/9/2016 Glucose 118.

6/18/2016 A doctor noted that the CT scan suggestive of sarcoidosis-recommendation was CT with contrast.

7/1/2016 Glucose 93; albumin 3.2 (3.4-5); cholesterol 120; TG 58; HDL 36; LDL 72.

2    The doctor did not evaluate why the patient had edema.

19    A physician should have evaluated the patient and an EKG should have been done. The patient had chest pain with abnormal pulse and blood pressure.

| Date | | |
|---|---|---|
| 7/25/2016 | Asthma and HTN clinics; weight 410; BP 132/64; PEFR 540/500; the patient had 3-4+ edema with pitting and listed in good control. The patient was on Lasix 40; Norvasc 5; HCTZ 25; and KCL with ASA started for a year. | 2 | The doctor did not evaluate why the patient had edema. |
| 8/11/2016 | A doctor saw the patient for chest pain when walking, increased with deep breathing. Some of the note was illegible but it appeared that the patient was short of breath. The doctor diagnosed atypical chest pain and ordered an EKG. The EKG was not reviewed but showed inferior infarct age undetermined. The actual tracing was poorly copied and we were unable to review accurately. The rest of the note was illegible. | 2 | The patient had symptoms consistent with angina but was diagnosed with atypical chest pain. The patient had multiple risk factors for coronary artery disease including being a smoker, hypertension, elderly, and male. His cardiovascular risk was around 10% and he should have been on a statin. It appeared that the doctor made an inaccurate assessment based on the history the patient provided. |
| 8/11/2016 | A nurse documented a nurse protocol for chest pain. The nurse documented shortness of breath with exertion and experienced chest pain while walking and it felt like tightness. The nurse referred to a doctor, who saw the patient and diagnosed atypical chest pain. | | |
| 8/29/2016 | A nurse noted that the patient was dizzy and short of breath. A doctor saw the patient who was short of breath and diaphoretic. The doctor sent the patient to a hospital. | | |
| 8/29/2016 | An EKG showed normal sinus rhythm with possible inferior infarct age indeterminate | | |
| 8/29/2016 | The patient was admitted to Memorial Hospital in Chester IL. The patient was admitted for shortness of breath and diagnosed with pulmonary emboli. The patient was also diagnosed with new onset diabetes with hemoglobin A1c of 7. The patient was placed on coumadin. The etiology of the emboli were not determined. The recommendation was anticoagulation for six months. The patient had a hemoglobin in the hospital of 11.1 | | |

8/29/2016 The patient's annual examination at Menard listed obesity, GERD, HTN, history of rectal bleed, and questionable hilar nodes as problems.

8/29/2016 A nurse documented that the patient returned from the hospital with a diagnosis of pulmonary embolism and was on anticoagulation.

8/29/2016 A D-dimer test in the hospital was 8.25 (0-0.5) protein C or S or lupus anticoagulant were not done.

8/30/2016 Chest angiography showed bilateral pulmonary emboli within segmental and subsegmental RLL, lobar, and RUL and LUL and LLL segmental branches.

8/30/2016 The patient asked a nurse when he would get his medication for his blood clots. The nurse documented that the patient would see a doctor in the morning.

8/30/2016 The patient was admitted to the infirmary and listed as on coumadin and Lovenox.

9/6/2016 INR 2.56

9/6/2016 INR 2.56

9/7/2016 A doctor noted an INR of 2.56. There had been no history or physical examination since the admission note. The patient was discharged with a diagnosis of bilateral pulmonary emboli. Notably, at the hospital there was no evaluation what the etiology of the bilateral emboli was. There was no echocardiogram, no lab tests for clotting diseases.

10, 17 The patient wasn't seen for a week after a hospitalization for pulmonary embolus. Follow up was inadequate. Based on the recent diagnosis of diabetes the 10 year risk of heart disease or stroke was 16% and the patient should have been on high intensity statin.

9/13/2016 An EKG showed normal sinus rhythm with possible inferior infarct age indeterminate

9/14/2016 Gen Medicine clinic at Menard. BP 134/90. The weight was 380. The doctor started or continued coumadin 8 mg for bilateral pulmonary embolism with "fair control." There was no history of the pulmonary embolism and it was unclear when this started. There was no history at all.

9/15/2016 A1c 7.5; INR 2.3

| | | | |
|---|---|---|---|
| 9/21/2016 | A NP saw the patient and noted that the patient had no abnormal bleeding and had new diagnosis of diabetes and was on coumadin. The patient was on coumadin 8 mg and metformin 500 BID. | | |
| 10/11/2016 | INR 2.5. | | |
| 10/19/2016 | An EKG showed normal sinus rhythm with nonspecific ST abnormality | | |
| 10/19/2016 | A NP saw the patient for chest pain with shortness of breath. The NP took virtually no history of the chest pain except that the patient had no diaphoresis. An EKG was done and the NP documented that it was normal; it was not. It showed non-specific STT wave changes. The NP documented that the patient was laughing and making "joke with staff." The NP documented normal assessment. The NP ordered a chest x-ray and follow up with a physician. | 1, 2, 3 | The NP failed to take an accurate history. The history that was taken of chest pain with shortness of breath is not inconsistent with angina. The EKG was interpreted as normal by the NP but actually showed nonspecific STT wave changes which is consistent with ischemia. The patient also had multiple risk factors for ischemic heart disease including diabetes, hypertension, smoker, male and elderly and had a 16% 10 year risk of heart disease or stroke. The patient also had repeated episodes of similar pain which appeared to be angina. The NP should have placed the patient on anti-anginal drugs and a high intensity statin and referred for exercise stress testing, stress echo or catheterization. |
| 10/21/2016 | A doctor wrote a note that the patient had chest pain but took no history, performed no examination and only noted an INR of 2.6 and ordered a chest x-ray and ordered Tylenol. | 1, 2, 3 | The doctor failed to take a history, did not perform an examination, and made no assessment of the chest pain. The only plan was to order Tylenol and refer for a chest film. Care was indifferent. |
| 11/1/2016 | In November the patient missed two doses of coumadin | | |
| 11/16/2016 | INR 2. | | |
| 12/1/2016 | In December the patient missed eight doses of coumadin; he was at a hospital for several days. | | |
| 12/16/2016 | Glucose 115; calcium 8.5; albumin 3.3; cholesterol 129; HDL 40; LDL 80; INR 2.7. | | |

12/20/2016   A chest x-ray showed borderline heart size is seen with haziness in the perihilar region.  This may indicate mild pulmonary vascular congestion.  Please correlate clinically.

12/20/2016   An EKG showed normal sinus rhythm.

12/20/2016   A nurse evaluated the patient using a chest pain protocol.  The blood pressure was 132/84 and pulse 88.  The patient had ronchi noted in the R lung.  An EKG was documented as RRR.  The patient had numbness radiating to the arm without shortness of breath or nausea.  The nurse consulted a physician who made orders but these were not documented in the note.

12/20/2016   A NP saw the patient for chest pain and shortness of breath since the morning.  The chest pain radiated to the left arm.  The patient had cough.  The NP documented the EKG as normal; it was normal.  URI was diagnosed.  Cough syrup was prescribed and a chest x-ray was ordered.

1, 2, 3   The history with respect to the chest pain was inadequate.  The patient had multiple cardiovascular risk factors and a 13% 10 year cardiovascular risk.  The patient also had multiple episodes of chest pain.  He should have been placed on a statin, antianginal drug and referred for possible stress test or cardiac catheterization.

12/21/2016   An NP saw the patient in follow up.  The patient had no improvement but diagnosed URI and ordered a follow up as ordered.

12/21/2016   A nurse saw the patient for shortness of breath since last night.  The patient was on Xopenex.  The patient had cough.  PEFR were 380/400/390 and oxygen saturation was 97% and the patient had ronchi.  A physician was not consulted and prn follow up was ordered.

12/23/2016   Chest x-ray from Memorial Hospital in Chester IL  shows placement of an endotracheal tube.

12/23/2016   A nurse saw the patient for shortness of breath.  The patient had a pulse of 110 and BP of 138/90 with PEFR 250 and oxygen saturation of 94-97.  The nurse consulted a doctor who ordered the patient sent to a local hospital.

12/24/2016  A chest x-ray showed an endotracheal tube was removed.  The heart and lungs were normal.

12/25/2016  A CT scan showed discoid atelectasis and ground glass nodular opacity in the right upper lobe.  There was a 12 mm nodule in the left adrenal gland.  A repeat CT scan in 12 months was recommended.  The study was non-diagnostic for pulmonary embolism.

12/26/2016  A chest x-ray was normal at Memorial Hosp in Chester.

12/26/2016  Duplex scan was negative for DVT in both legs.

12/27/2016  The patient returned from the hospital with diagnoses of respiratory failure; asthma exacerbation.  The patient was on Ceftin 250 BID and azithromycin 250 daily both for three more days, a prednisone taper, Lasix 60 mg for 30 days and continuation of other medications.

12/28/2016  A doctor wrote a very brief note stating, "SOA no Cs denies SOB chest clear"  The plan was to discharge the patient to his cell with follow up in a week.

1/1/2017  The patient received all doses of coumadin.

1/7/2017  A NP saw the patient for the hospital follow up.  The NP noted that the patient was doing well and noted that the patient was referred for sleep study.  The NP did not document what occurred at the hospital.

1/17/2017  INR 2.4.

1/18/2017  The patient was approved for a sleep study.

2/1/2017  The MAR showed that the patient refused seven doses of coumadin.  The patient missed six of the first eight doses after transfer from Menard.

2/4/2017  The patient transferred to Stateville.  The patient was documented as having HTN, asthma, PE, and DM.  The patient was listed as being on Tylenol, Lasix, aspirin, Coumadin, HCTZ, Glucophage, Norvasc, Pepcid, and Mobic.

1,3  The doctor's documented history was inadequate.  It wasn't clear he reviewed the hospital note and it wasn't clear what the therapeutic plan was for this patient at this time.

1  The history was inadequate and it wasn't clear what happened at the hospital.

2/16/2017 A PA saw the patient and noted that he was a new patient to Stateville. The PA noted that the patient had HTN and was due to have a sleep study. The PA noted that the patient was already referred to chronic clinic. The PA noted morbid obesity, HTN, type 2 DM,asthma and history of PE in August of 2016. The PA ordered a PT,PTT, CMP, CBC, and Lasix.

2/21/2017 A sleep study showed very severe sleep disordered breathing. CPAP was recommended. Or referral to ENT for possible surgery.

2/23/2017 Hemoglobin 9.4; MCV 69.5; MCH 20; MCHC 28.8; INR 1.2 This was the first CBC in the record at an IDOC facility. The patient had a hemoglobin of 11.1 at a hospital in Chester IL in August 2016.

3/1/2017 A normal chest x-ray was reported.

3/1/2017 The Medical Director noted that the patient was post sleep study and was to be presented to collegial for a CPAP device. The doctor wrote that the patient had a history of pulmonary emboli and was on coumadin. The doctor ordered an EKG, chest x-ray, CBC, CMP A1c and follow up in a month. The blood pressure was 151/84 and pulse 94. The doctor did not address the elevated BP. The doctor did not check the INR or note the significant anemia while on coumadin. This was the first physician visit at Stateville.

3/1/2017 The MAR showed that the patient received coumadin until 3/9/17, when it was discontinued. The patient received no further doses.

3/3/2017 A doctor saw the patient. The patient had back and neck pain. The note was partly illegible. The doctor ordered an x-ray of the neck and back and ordered Robaxin with follow up when the x-ray was done.

3/5/2017 An EKG showed normal sinus rhythm.

3/7/2017 A1c 7.2; hemoglobin 9.2 with microcytic indices.

6    The doctor failed to take note of the recent abnormal hemoglobin and subtherapeutic INR. This placed the patient at significant risk.

3/10/2017 The Medical Director saw the patient and noted that the hemoglobin was 9.2 and ordered fecal occult blood for a week. The doctor noted that a rectal examination noted a mass in the rectum and diagnosed anemia with GI bleeding and a rectal polyploid lesion. The Medical Director stopped the coumadin and aspirin and requested ferritin and serum iron and an INR, folate and B12 with follow up in a week. The doctor gave no reason for stopping the coumadin. It appeared that this was done due to the anemia and the apparent bleeding in the rectum. The pulse was 121. The doctor did not document the most recent INR. The doctor made no attempt to evaluate the status of the pulmonary embolism. The patient had received six months of warfarin, but follow up on this should have occurred.

3/14/2017 B12 445 (180-914); folate 16 (>5.8); iron 20 (50-180); iron binding capacity 402 (250-450); transferrin 287 (200-400); INR 1.2.

3/14/2017 A collegial review approved a GI referral.

3/16/2017 A PA saw the patient. The patient asked for a refill of his Lasix. The PA performed virtually no examination but assessed HTN, pretibial edema, and sleep apnea. The blood pressure was 135/93. The PA ordered a HTN chronic clinic but did not adjust BP medication or address the INR result.

3/17/2017 A doctor saw the patient for follow up of neck pain. The BP was 141/82. The neck was better. The rest of the note was illegible.

Patient #16

3/28/2017  HTN clinic at Stateville.  Patient on Lasix 40; Norvasc 5; HCTZ 25; KCL; BP 138/57 weight illegible; note illegible; HCTZ was discontinued ASA was continued.

3/29/2017  The Medical Director noted that the patient had a collegial review and had blood testing.  The exam was "no change" and the assessment was only "GI bleeding" without comment on the pulmonary embolism.  The patient was informed he would soon see GI.  There was no other plan or evaluation of the patient's other patient's problems.

4/3/2017  A doctor referred the patient for colonoscopy and hemorrhoid banding.

4/3/2017  The Medical Director saw the patient post writ and said that the patient was to have a colonoscopy and possible hemorrhoid banding.  The GI note was not in the record.  The doctor made no other comment.

4/5/2017  The patient asked the nurse for a breathing treatment.  The patient didn't have wheezing but the nurse took no history but did note no shortness of breath.  The nurse wouldn't give the patient a treatment and the patient became angry and left.

4/11/2017  The Medical Director noted that colonoscopy was approved.

2, 3  The patient had a 13% 10-year cardiovascular risk with repeated episodes of angina yet was not started on a statin drug.  Also, unappreciated was that the patient was on a non-steroidal drug with significant cardiovascular risk.  Yet this was not considered.

5/10/2017 The patient developed left sided chest pain and was noted by a nurse to be in mild distress.  Though the patient was walking when the pain started according to the nurse note, the nurse documented that the pain was not exertional.  The Medical Director saw the patient and noted that the patient developed pain when walking.  The doctor noted that the pain was pressure like and lasted about a half hour.  The doctor noted that an EKG was normal.  This EKG was not in the chart and I asked the Attorney General's office to locate it but the HCUA could not locate the EKG.  The doctor assessed "chest pain resolved" and ordered Coreg for six months, a CBC and CMP.

5/16/2017 Glucose 116; hemoglobin 8.7; with microcytic indices; platelets 487 (150-450).

5/19/2017 An EKG showed sinus tachycardia with ST depression, consider subendocardial injury or digitalis effect.

5/19/2017 The patient felt chest pain, dizziness, cold and clammy going to the dining hall and was brought to the health care unit.  An EKG was performed showing  acute subendocardial ischemia.  The patient then experienced cardiac arrest and CPR was started and the patient was transferred to a hospital where he died.

3    The doctor did start a beta blocker.  But high intensity statin was indicated.  Also, depending on the EKG tracing, hospitalization may have been indicated.

| | |
|---|---|
| 5/25/2017 | The Medical Director filed a death summary. The patient's diagnoses were listed as acute coronary syndrome with fatal cardiopulmonary arrest; severe asthmatic COPD with acute pulmonary failure in 2016; severe OSA; pulmonary sarcoidosis; GI bleeding with low iron and rectal mass; type 2 DM, HTN, GERD, but the summary failed to document prior pulmonary embolism. The document stated that the patient transferred to Stateville on 2/8/17 and at Stateville was found to have blood in the stool with anemia; a rectal mass was identified in the rectum and the patient had a guaiac + test and was seen 4/3/17 by GI and was scheduled for colonoscopy. The doctor noted that the patient had a subendocardial injury on EKG. At the time of death the patient was on carvedilol, amlodipine, aspirin, Lasik, HCTZ, Prilosec, and metformin. |
| 5/27/2017 | The coroner filed a death certificate. The certificate states that the cause of death was pulmonary embolism secondary to deep vein thrombosis. The certificate documents that an autopsy was done but it was not present in the medical record. |

Patient #17

| | | |
|---|---|---|
| 3/6/2001 | The problem list documents an esophageal stricture. | |
| 4/12/2001 | The problem list documents duodenal ulcer and esophageal ulcer. | |
| 8/12/2002 | The problem list documents mitral valve prolapse. | This problem was not being monitored on chronic disease visits. |
| 11/12/2002 | The problem list documents Barrett's esophagus and PUD | These problems were not monitored. There was no surveillance for the Barrett's esophagus. |
| 3/14/2011 | The problem list documents aortic valve replacement | |
| 6/19/2013 | An annual physical examination was refused but the doctor documented the problems as aortic valve replacement, hepatitis C, Hx of CAD and heart failure, history of esophageal bleeding, history of atrial flutter, GERD and duodenal ulcer, history of thoracic aortic aneurysm with aortic root repair at the same time of his aortic valve replacement, atrial flutter with ablation at UIC, old compression fx of L4 | 2   There was no monitoring of the Barrett's esophagus. Multiple problems of this patient were not being followed consistently including aortic valve replacement, thoracic aortic aneurysm, atrial flutter, and COPD |
| 2/11/2014 | A doctor noted review of the EKG showing prolonged PR interval and L atrial abnormality. | |
| 2/19/2014 | An LPN wrote that the inmate wanted a heart test that had been scheduled after surgery for aortic valve replacement. The patient complained of dizziness when he walked. The patient stated, "Stateville wouldn't order test." The nurse referred the patient to the doctor. The patient didn't see a doctor for this. | |
| 3/10/2014 | A writ to UIC cardiology was cancelled but there was no explanation why. | |
| 3/13/2014 | The patient complained of getting winded walking to chow. The nurse documented that the inmate was anxious and breathing "hard and fast" and with "pursed lips." The nurse took no vital signs and the only comment was "pursed lip breathing no change." | |

Patient #17

3/14/2014   A nurse saw the patient for shortness of breath.  The respiratory rate was 32.  The oxygen saturation was 83% on room air.  The nurse noted shortness of breath when walking.  The nurse noted that the patient's cardiology clinic was cancelled by UIC.  The nurse observed the patient in the infirmary on oxygen and referred to a doctor but it wasn't clear when.  Later a nurse practitioner saw the patient and noted increasing SOB over the past few weeks.  The NP ordered 40 mg of Lasix stat and admission to the infirmary and oxygen to keep the saturation above 90%.

3/14/2014   A NP infirmary admission note documented history of GERD, Barrett's esophagus, aortic stenosis with prior valve replacement with heart failure, atrial flutter ablated in 2011, and aortic aneurysm repair in 2011.  The NP did not order a chest x-ray but did order a CBC but no CMP.  An EKG was not ordered.  There was no referral for echocardiogram.  The NP noted that the oxygen saturation was 83%.

3/14/2014   On the 3-11 shift a nurse documented that the patient had audible expiratory wheezes with dyspnea on exertion and an oxygen saturation of 88% on 2 liters of oxygen, so the nurse increased the oxygen to 2.5 liters and the oxygen saturation increased to 91%.

3/15/2014   A nurse noted that the patient's oxygen saturation was 80% off oxygen and was 92% on oxygen.  No action was taken.

3/18/2014   A nurse noted that after walking short distances the oxygen saturation dropped to 88% but was above 90% on oxygen.

This patient needed a stat blood gas and chest x-ray and should have been sent to an emergency room for this.

Patient #17

3/20/2014   The patient wanted to go back to his housing.  He had oxygen saturation of 93% on room air.  There had not been a documented physician note since admission on 3/14/14.

3/21/2014   A physician saw the patient for the first time on the unit.  The doctor documented that the patient did not get hemoccult test as ordered on 3/15/14.  The doctor did not document review of the CBC or even note that it had been done.  The doctor listened to the chest and noted a few rales and a murmur and discharged the patient with a 3 day follow up with the NP.  A metabolic panel was ordered.   The diagnosis was heart failure.  The NP didn't see the patient for 10 days.

3/22/2014   Sodium 137; AST 39; ALT 27; hemoglobin 13.2; platelets 459.

3/31/2014   The NP noted that the patient had been on the infirmary for respiratory distress.  The NP noted clear lungs and assessed that the shortness of breath resolved without documenting a presumed diagnosis.  No diagnostic tests had been done in the infirmary to ascertain the reason for the shortness of breath.  The NP continued the higher 40 mg dose of Lasix and started Ultram 150 BID for four months for unclear reasons.  A CMP was ordered for six weeks with follow up in eight weeks.  The NP did not document review of the CMP; it appeared as if it was not done.  The weight was 181.

Patient #17

4/3/2014 A doctor saw the patient and noted that the patient said he was to have an echocardiogram and Holter at UIC but it hadn't been done at Stateville.  The doctor reassured the patient that he had an upcoming appointment at UIC.

5/8/2014 Sodium 133; AST 57; ALT 57.

5/12/2014 A NP saw the patient for increasing shortness of breath in the evening and at night.  The NP noted a few rales in the bases and 1+ pedal edema.  The NP increased the Lasix to 40 am and 20 pm for four months but did not order a chest x-ray or EKG or CMP.

6    The NP failed to review recent abnormal laboratory findings.

5/22/2014 The patient went to UIC.  But the report was not in the medical record.  A referral form had comments from the cardiologist, who noted that a stress test was negative and an echocardiogram showed 55-60% EF with NL function.  Since the EF was normal the findings on exam might be symptoms of overload vs COPD.  The consultant recommended increased diuresis, lung x-ray to monitor progress and if not better consider CXR and referral to pulmonary for PFT to rule out COPD.

11    Failure to obtain reports results in not knowing the status of the patient.

Patient #17

| | | |
|---|---|---|
| 5/29/2014 | A doctor documented that the patient had been seen in cardiology, who recommended increasing the diuretic and if no improvement get a pulmonary function test and follow up in six months.  The doctor ordered a CMP and started Lasix 60 mg in the morning and 20 in the evening for two months with follow up with the NP in 3-4 weeks.  The weight was 180.  The doctor did not document review of the report and it wasn't clear what the status of the patient was based on the report.  The weight was 180 pounds.  The doctor took no history and did not perform a physical examination.  The only assessment was heart failure. | 1, 2 — The doctor took inadequate history and performed no physical examination post-UIC visit. |
| 6/2/2014 | The patient saw a NP.  The patient asked to be pushed in a wheelchair because it was hard to get to chapel.  The weight was 193.  The NP documented that the Lasix had been recently increased  and that the patient had a murmur but no peripheral edema.  The problems listed were CAD/CHF/valve replacement.  The patient asked for renewal of Norco but the NP took no history, no examination, and no assessment of the status of pain.  The NP noted that the patient had a follow up scheduled for 3-4 months and that he should follow up sooner if needed.  The NP did not note the 13 pound weight gain over the past several days.  The NP prescribed Norco without evaluation for pain. | 17 — Prescribing an opioid without clarifying whether the patient had pain or the degree of the pain is extremely poor practice and promotes opioid addiction. |
| 6/3/2014 | Potassium 5.4; sodium 125; chloride 97; AST 63 ALT 42 (10-50). | |

Patient #17

6/4/2014  A doctor wrote a brief chart review note on reviewing labs. The doctor noted that the potassium was 5.4 and that sodium was 125 with chloride of 97. The doctor continued the Lasix of 60 am and 20 pm and decreased the potassium to 20 mcf "OD" apparently meaning either daily or every other day. The doctor wrote for fluid restriction"30-40 oz /day" and ordered repeat electrolytes in two weeks.

6/23/2014  Potassium 4.5; sodium 131.

7/8/2014  A NP saw the patient. The BP was 110/56 and the weight 190. The inmate reported SOB with walking but no edema of legs. He had pain in his feet. The patient had no SOB or cough at night. The NP documented considering COPD and ordered a chest x-ray as recommended by UIC about two months earlier in May. The NP ordered a wheelchair for long distance with a three week follow up.

8/22/2014  A NP saw the patient, whose weight was 197 pounds. The patient was being seen for review of a chest x-ray. The patient still had shortness of breath walking long distances. The chest film was documented as showing "mild changes of CHF + emphysema." The assessment was CHF with mild emphysema and bioprosthetic aortic valve. Because of the potential for having both heart failure and COPD, PFTs should have been done for diagnostic reasons and to establish the baseline for this patient.

7   Pulmonary function testing should have been ordered. This was suggested by the cardiologist and we concur.

Patient #17

| | |
|---|---|
| 9/17/2014 | A NP saw the patient for renewal of Norco. The NP noted an open sore on the great toe. The NP changed the Norco to Tylenol #3 for 30 days. It wasn't clear what pain was being treated and what the status of the pain was. The NP gave the patient eight bandages for his ulcer. Weight was 183. |
| 10/14/2014 | A NP saw the patient. The weight was 186 and BP 110/60. The patient requested renewal of Tylenol #3. the patient had a quarter sized lesion on his toe. The NP advised the patient to tie his shoes [presumably this was thought to have caused the ulcer]. |
| 10/15/2014 | Sodium 134. |
| 12/15/2014 | Sodium 140 potassium 4.5. |
| 1/4/2015 | A partly illegible mental health professional note documented that the patient was on a religious fast and hadn't eaten for several days. |
| 1/9/2015 | A PsyD saw the patient and noted that the patient was being seen daily since he began "fasting" on 12/24/15. The patient appeared delusional but denied hallucinations and there was no evidence for auditory or visual hallucinations. The insight and judgment were "poor." The assessment was "appeared mentally unstable." |
| 1/15/2015 | BUN 22; sodium 137; creatinine 1.8; hemoglobin 12.1 (13.2-18); platelets 211; AST 26; ALT 19 |

17    It is bad practice to prescribe narcotics without taking a history of the pain or performing a physical exam to document the extent and severity of the pain.

These lab tests document kidney disease and mild anemia. These tests were not documented as reviewed in the progress notes.

Patient #17

3/2/2015　The patient was admitted to Katherine Shaw Bethea Hospital for bleeding rectally and vomiting blood and discharged 3/5/15.  His heart rate was 130s.  The doctor documented that because the patient was absent from the med line his anti-ulcer medication was discontinued after 2/12/15.  The doctor told the facility physician and a nurse that a refill check that failed should end and that the chart should be flagged that he never go off the PPI due to having had multiple life threatening GI bleeds.  The patient was discharged with acute upper GI bleed with anemia secondary to blood loss, diastolic heart dysfunction, hepatitis C, and antral ulcer.  The hospital recommended never to stop the PPI.  The patient had endoscopy showing a deep antral ulcer treated with electrocautery, hiatal hernia, duodenal erosions, and fibrinous material in esophagus, probably acid reflux disease.  The patient was transfused four units of blood.  The patient had a diagnosis of Barrett's esophagus, porcine aortic valve replacement, mitral valve prolapse, CAD, HTN, CHF, schizophrenia.

3/10/2015　Sodium 141; potassium 4.2; AST 54 (10-40); ALT 60 (10-50).

3/13/2015　Hemoglobin 11.8; platelets 384.

3/15/2015　Hemoglobin 11.4; platelets 306.

3/24/2015　A doctor saw the patient for cardiac chronic clinic for the aortic valve replacement and Barrett's esophagus.  The doctor noted that the patient was on Prilosec but did not discuss surveillance of the Barrett's esophagitis.  The doctor noted that the ulcer was not currently bleeding.

3　　The doctor should have had a plan for surveillance of Barrett's esophagus.

185

Patient #17

4/2/2015 A doctor saw the patient for hepatitis C clinic. The doctor noted that the patient had hepatitis C since 2003 and was seen by Dr. Paul in the past via telemedicine. This was the Wexford ID doctor. However, the patient did not see the UIC hepatitis doctor. The doctor noted that the patient had no RUQ pain and noted that the ALT was 60 and AST 54 and platelets 384 with an APRI of 0.35. The doctor ordered a six month follow up.

5/7/2015 BUN 23; creatinine 1.73; bilirubin 1.8; AST 28; ALT 18; hemoglobin 11.7; platelets 224

5/28/2015 Total protein 8.1 (6-8); hemoglobin 12.5

6/1/2015 The patient refused omeprazole 13 of 60 doses. Ten of the refusals were the evening dose.

    17    Since omeprazole was so important for this patient, a physician should have been notified and discussed the refusal with the patient.

6/4/2015 BUN 27; creatinine 1.92; cholesterol 114; HDL 31; LDL 65

7/1/2015 The patient's MAR showed that the patient refused omeprazole 17 of 62 doses.

    17    Since omeprazole was so important for this patient, a physician should have been notified and discussed the refusal with the patient.

7/8/2015 A1c 4.8.

7/17/2015 Sodium 137; total protein 8.2; AST 43 (10-40); ALT 37 (10-50).

8/9/2015 The weight was 152. A doctor saw the patient. The doctor noted that the patient had an appointment with GI. The doctor ordered a CBC and CMP to check the sodium.

8/14/2015 The patient developed a boil on his buttock and a nurse ordered warm compresses but did not refer the patient.

    16    The nurse should have referred to a physician.

Patient #17

8/17/2015 An NP saw the patient for a sore on his L great toe and left buttock. Apparently a doctor gave a phone order for Bactrim on 8/14/15. The PA continued the antibiotic and offered the inmate a different pair of shoes which he declined. The patient had a dime sized lesion on his toe on top of the left great toe and a 3 cm buttock boil.

8/20/2015 A mental health progress note documented that the patient was in segregation for having been in possession of razor blades. The patient questioned why he was in segregation when he "should be in INF placement given medication condition." The patient had refused a visit with his psychiatrist. The patient was argumentative.

8/27/2015 A NP saw the patient and documented that the patient said he saw a doctor two days ago even though there wasn't a note in the record. The buttock "sore" was healing but the patient still had sores on both feet. The patient also had a swollen lymph node. The NP recommended to clean his wounds with soap and water and observe for drainage.

8/31/2015 A mental health note. The patient was not seen. He was in segregation but there was no officer for escort so the patient wasn't seen.

9/3/2015 A mental health note. The patient was still in segregation. He said he would refuse mental health medication and refuse to see the psychiatrist. The mental health worker documented that his paranoia was less.

Patient #17

9/10/2015   The patient stated "I'm a Christian.  I can heal without meds."
The patient intended to refuse psychotropic medication.
Based on the note, the patient appeared psychotic.  On the
same day another mental health note documented that the
patient left segregation status.

9/13/2015   An RN saw the patient at 7:30 am.  The oxygen saturation was          16   The nurse should have referred to a physician
89%.  The nurse took no history of why the patient was being                 immediately. Placement on the infirmary might
seen but noted that the inmate "doesn't know how he fell."                    normally be appropriate but this patient had unstable
The nurse documented BP 160/80; pulse 113; and weight 150.                    vitals with hypoxemia and tachycardia with possible
The patient felt weak.  The nurse additionally used a contusion              altered mental status and should have been
protocol but the history was so poor that it couldn't be                     immediately evaluated.
determined what precisely happened based on the note.  The
nurse documented 30 cc of blood but it wasn't clear what this
was from.  The nurse placed the patient on the infirmary for
observation.  It wasn't clear if a doctor was consulted but the
nurse wrote to do neuro checks every six hours and notify the
doctor of any changes.

9/13/2015   Hospital admission sodium 114; chloride 81; BUN 42;
creatinine 0.87; ALT 74; AST 130.

9/13/2015   At 8:30 pm a nurse documented that the blood pressure was          11   Either documentation was poor or the medical record is
88/46 and that a doctor was notified, who recommended                         missing documentation.  It wasn't clear how the patient
increased fluid.  At 10:00 pm a nurse wrote another note and                  was sent to a hospital.
noted that a doctor was called and ordered to start 0.9 NS via
IV.  Apparently the patient was sent to a hospital, although
notes are lacking.

Patient #17

9/14/2015  At 6:35 there was a movement form that included documentation that the inmate fell the day before with a head injury and fell again this day that was unwitnessed. The patient's blood pressure was 78/40; pulse 92; oxygen saturation 92; and there was blood in the patient's stool. It isn't clear what happened to the patient.

9/14/2015  At 11:00 am a doctor wrote an admission note to the infirmary. The doctor noted that the patient fell and had a head injury on 9/13. The sodium was 114. The doctor noted that the patient was admitted over the weekend. The doctor started IV fluid without specifying the type of fluid 100 cc /hour. Notably the doctor did not perform a neurological examination despite a sodium of 114.

2, 14  Typically, altered mental status with gait disturbance in a patient with severe hyponatremia requires hypertonic saline not normal saline. Typically it is safer to admit this type of patient to a hospital and this should have been done.

9/14/2015  At 2:30 am the pulse was 117 and blood pressure 114/60.

9/14/2015  At 6:10 a nurse noted that the patient was on the floor and was incontinent of bowel and bladder. The patient was weak and unsteady and his stool was positive for blood. The nurse called a doctor who ordered the IV opened full open and sent the patient to a hospital.

Patient #17

9/14/2015 A hospital consultation note from a GI consultant in the hospital noted that the patient had history of hepatitis C, Barrett's esophagus, CAD, HTN, aortic stenosis, Mitral valve prolapse, CHF, and schizophrenia. The patient was noted to have been found passed out in his cell with blood around him and had a hemoglobin of 4.2 in the emergency room. The patient's INR was 1.2. The patient had a known bleed in March of 2015. The patient had a serum sodium of 117 and was in atrial fibrillation. An upper endoscopy showed a coffee ground bezoar in the stomach with a healing ulcer. Protonix was recommended. The hospital noted that he had not received the omeprazole as prescribed at the prison [that the patient refused so it was discontinued]. The patient required multiple transfusions. A repeat endoscopy and colonoscopy were recommended. The hemoglobin corrected to 8.5 on discharge with a platelet count as low as 149. On admission the BUN was 48 with a serum sodium of 117, chloride of 89, AST 161, ALT 74, albumin 2.4. Remarkably the creatinine was 0.66. The EKG was sinus tachycardia with rightward axis and NSSTT changes.

17    The patient failed to receive ordered protonix or refused and no one evaluated him for this despite his mental health condition. This is indifferent. The severe hyponatremia speaks to lack of monitoring while on psychotropic medication.

9/16/2015 The patient returned from the hospital. The doctor didn't appear to see the patient until 9/18/15.

9/18/2015 The patient was on the infirmary but it wasn't clear how he got there. There were no notes in sequence related to the hospital discharge.

9/18/2015 The doctor noted that the patient was transfused four units of blood and noted the EGD findings. The doctor noted the follow up with GI in six weeks for EGD and colonoscopy.

6    Since the patient had severe hyponatremia, serum sodium should have been ordered.

Patient #17

9/20/2015   The patient told a nurse that he was in the hospital. The infirmary admission notes were not present in sequence for this patient. The chart was disordered. The patient had a wound on top of his forehead.

9/21/2015   Hemoglobin 9.6; sodium 136; BUN 6.

9/21/2015   A doctor saw the patient and noted that the patient was "feeling OK." The doctor noted no blood in stool. Vital signs were normal. The patient had trace leg edema, a systolic murmur. The doctor assessed HTN, CAD, hep C, GERD, PUD, thoracic aortic aneurysm, AVR, CHF, and psych disorder. The doctor also assessed "GIB" apparently gastrointestinal bleed and noted that the 9/18/15 RN note should be reviewed. The doctor ordered a CBC. The doctor also noted hyponatremia and ordered another sodium. The doctor documented "? WT [weight] loss- per pt." but took no history and did not document the weight. Indeed the patient had lost weight. The doctor restarted Lasix at 40 mg in the morning and ordered daily weights. This was the last infirmary note so the admission and discharge infirmary notes were in a different PDF of this chart.

11   Records were not in order.

Patient #17

| | | |
|---|---|---|
| 9/22/2015 | A psychiatrist saw the patient via telemedicine.  The psychiatrist noted the patient saying "Patient indicated he was admitted on medical furlough for community inpatient endoscopy and transfusion due to GI bleed.  'It's my fourth, I'm used to it'."  The psychiatrist stated that the patient was "fully oriented" and "thoughts were well organized, logical, and sequential.  No current symptoms, No odd or bizarre thoughts and no preoccupations evident."  The psychiatrist noted no acute or gross psychopathology evident.  The doctor noted that there were no records of his recent medical furlough nor mental health records relating to the past few weeks so he requested these with a two week follow up. | 11    Hospital reports were unavailable. |

9/23/2015 Albumin 2.9; sodium 136; AST 40; ALT 47; hemoglobin 10.4.

9/23/2015 A doctor wrote a discharge summary and noted that the patient was admitted to the infirmary on 9/13/15 and had sodium 114 with hemoglobin 8.5 and he was admitted  where hemoglobin was 4.2 and sodium 117 .  It wasn't clear when the patient was admitted.  The records were disorganized, with July 2015 and September 2015 mixed together.  The doctor noted that the patient needed follow up with GI in five weeks for EGD and colonoscopy.  The doctor ordered a next week follow up.

9/24/2015 The patient was described by a mental health worker as taking all of his mental health medications.

9/29/2015 Sodium 127; chloride 96; hemoglobin 10.1.

10/6/2015 The psychiatrist stopped prolixin and artane, two of the patient's psychotropic medications.

Patient #17

| | | | |
|---|---|---|---|
| 10/8/2015 | A MAR documented that Prolixin and Artane were discontinued on 10/8/15. | | |
| 10/11/2015 | A physician assistant saw the patient for hepatitis C clinic. The PA noted that the patient had ALT of 97 and AST 40 with platelets 357 for an APRI of 0.28 and was stable. A six month follow up was ordered. | 8 | The PA failed to review important abnormal blood test results including albumin 2.9, sodium 127 and hemoglobin 10.1. |
| 10/12/2015 | Wexford approved a colonoscopy and EGD. There was no evidence that this occurred. | 7 | There was failure to complete a recommended procedure. |
| 10/14/2015 | The patient signed an "affidavit" that he would refuse contact with his telemedicine psychiatrist and preferred a face to face contact which allowed more interaction. | | |
| 10/17/2015 | The patient complained to a nurse of weight loss and burning in his stomach. The nurse told the patient to avoid "trigger" foods. | 16 | The nurse should have referred to a physician especially given the history of Barrett's esophagus and prior GI bleeds. |
| 10/23/2015 | A doctor saw the patient for HTN clinic. The note was incomplete. One of the sheets was not in order and couldn't be located. | 11 | Records were not in order. |
| 10/27/2015 | Sodium 130; iron 33 (50-180); transferrin 274 (200-400); IBC 384 (250-450); % transferrin saturation 9 (20-50); hemoglobin 13.2. | | |
| 11/1/2015 | A MAR documented that the patient started refusing Clonazepam around 11/11/05. The patient was not on any ordered mental health medication until prolixin and artane were ordered as enforced medication on 1/28/16. | | |
| 11/4/2015 | AST 25; ALT 20; hemoglobin 12.9. | | |
| 11/4/2015 | The patient told a mental health staff that he wanted to sign a consent to again see the telemedicine psychiatrist. The mental health staff told the patient that he was already scheduled to see the telemedicine psychiatrist and the patient asked to see him earlier. | | |

Patient #17

11/5/2015    A doctor saw the patient, who now weighed 145 pounds. Ironically, the patient was being seen for a chief complaint of "weight gain." Someone documented that the patient weighed 133 on 8/5/15. The patient wanted Tylenol #3. The doctor took no history related to his medical conditions but did document "Happy about WT gain." The patient asked about getting his medication KOP. The doctor took no history, documented a very brief physical examination and documented that his note was continued on the next page, but this page was not present in the medical record.

11/16/2015   A telepsychiatrist saw the patient. The patient was described as alert, engaged, cooperative, well kempt with fair insight and fair judgment. The thoughts were organized and there were no delusions or bizarre content. The summary was that there was no acute or gross psychopathology. A six week follow up was ordered.

11/17/2015   A doctor saw the patient. The weight was 144 pounds. The doctor noted that the patient was recently hospitalized for transfusion and had esophageal varices and Barrett's esophagitis. Except for documenting that the patient said he was OK there was no history. The doctor noted that the hemoglobin was 12.9 and that the patient signed a refusal for his PM medication including Prilosec- the following line was illegible. The doctor documented that "weight gain not a worry"- however the patient had lost significant weight over the past two years. The doctor advised the patient not to refuse his Prilosec. The patient verbalized understanding. The doctor ordered a CBC in six weeks.

2    The patient did not have varices but had a GI bleed from ulcers.

194

Patient #17

| | | | |
|---|---|---|---|
| 12/29/2015 | The patient was seen while on hunger strike.  The patient said it was religious fasting.  The licensed social worker who saw him documented that he was not delusional and his thought processes were "linear." | | |
| 12/31/2015 | A NP saw the patient.  The weight was 137 pounds; the inmate was still fasting.  The patient was drinking fluid.  The NP ordered the nursing staff to asses daily urine dipstick.  The NP scheduled a visit the following Monday 1/4/16 but did not order any labs. | 8 | The patient had weight loss and was fasting.  Baseline labs should have been obtained. |
| 1/5/2016 | The patient refused to see the NP.  The NP noted that the cell smelled of urine. | | |
| 1/7/2016 | A doctor documented that at a care conference it was agreed to ask the chaplain to see the patient and to obtain a competency evaluation by mental health. | | |
| 1/7/2016 | A mental health note documented that the patient was "in segregation where he continues to reside following refusal of housing after an initial IDR while residing on HCU-3.  The patient refused to "cuff up to come to interview room."  An assessment occurred in the cell with security present.  The purpose of the contact was to request further explanation from the patient regarding his "fast."  The patient denied any hallucinations.  The patient's judgment and insight were "questionable as pt.'s decision making is affecting general health." | | |
| 1/8/2016 | A doctor documented that the patient was refusing to eat and told the patient that if he continued to refuse food he would be force fed.  This note was incomplete and the full note was not in the medical record.  There were no further medical notes on this patient. | 8 | The doctor should have ordered laboratory tests because of the fast. |

Patient #17

1/10/2016   A licensed counselor saw the patient and noted that the patient was not eating because of religious convictions. The patient was described as unstable and the counselor's plan was to "consider appt. w/ [the psychiatrist] if appropriate."

1/11/2016   A psychiatrist saw the patient via telemedicine. The psychiatrist dictated his note but this dictated note was not present in the medical record we reviewed. The psychiatrist did write a brief note documenting that the MAR was not present and no primary care mental health records were present. The psychiatrist re-started Prolixin and continued Klonopin. There were no MARs indicating that the patient received Prolixin. A next week follow up was ordered but did not take place.

1/13/2016   A licensed counselor saw the patient at the request of an officer. The patient was "remarking that the room vents were suffocating him. His speech was pressured, he had paranoia, and his behavior was disorganized. The patient was assessed as unstable.

1/14/2016   The patient was on 30 minute checks and asked how many meals he has to eat before he could move "upstairs." It wasn't clear if the patient was eating.

1/15/2016   A mental health staff documented that the patient was told that if he ate a meal he could get his clothes back. The inmate said he hadn't eaten because "this was a lie."

1/16/2016   A QMHP saw the patient and documented that the inmate "smells like puke." No referral was made.

Patient #17

1/21/2016   Although the patient was being seen daily, on this day the patient was observed lying on his bed completely covered by a security blanket.  The patient refused to answer questions.  The counselor was unable to fully assess the patient.  The patient was also unable to be assessed on 1/22/16 and 1/23/16 for the same reasons.

1/24/2016   A PsyD saw the patient and noted that the patient said he had not eaten food since Christmas for spiritual reasons.  The patient was apparently drinking water.  The patient was not weighed.  The PsyD documented that the patient said he was not taking psych meds but this was not checked vs the MAR.  The patient was assessed as unstable.

19   Not eating for almost a month is significant and should have resulted in a physician evaluation and laboratory testing which were not done.  This is lack of access and indifferent.

1/25/2016   A QMHP saw the patient and documented that the patient refused to move the blanket from his face, refused breakfast and medication, and was no longer drinking water and would not speak to his psychiatrist.  Remarkably there were no psychiatrist evaluations documented on this severely ill patient.

1/26/2016   A QMHP saw the patient and noted that the patient refused to remove the blanket which was over his face.  The patient was refusing food, liquids, medication, and assessment.  The QMHP was unable to assess the patient and documented the patient as unstable.

1/26/2016   A form requesting emergency involuntary administration of psychotropic medication was initiated.  The patient was documented as being on the infirmary.

Patient #17

| | | | |
|---|---|---|---|
| 1/27/2016 | Labs in KSB Hospital sodium 150; BUN 89; creatinine 2.12; AST 35 (8-33); ALT 24; bilirubin 1.9; magnesium 2.8 (1.6-2.3); WBC 16.7 with left shift; hemoglobin 15.2; platelets 161. These labs were signed as reviewed on 1/28/16. | 6, 14 | These labs were critical and indicated severe dehydration causing renal failure, liver damage, and indicated infection (WBC 16.7 with left shift). These should have been reviewed promptly and the patient should have been hospitalized. |
| 1/27/2016 | A licensed counselor saw the patient and documented, "we are aware pt. is being considered for 'forced feeding.' We are aware pt. is scheduled for enforced medication 1/28. He is currently administered psych med under emergency enforced [illegible] (prolixin). The plan was to "assess staff [with] assessment for 'forced feeding.'" | | |
| 1/28/2016 | A psychologist documented that the treatment review committee concurred for enforced medication and notices were made. | | |
| 1/29/2016 | A QMHP documented that security said the patient was more cooperative but was unstable and that dayroom privileges were approved. | | |
| 1/31/2016 | A PsyD documented that the patient said he was OK. It was not clear if the patient was eating. | | |
| 1/31/2016 | Blood cultures collected on 1/31/16 were reported 2/1/16 and showed 2 bottles were growing gram negative rods. Results were called to a nurse in the DOC and the lab was told that the patient had been transferred to St. Anthony's hospital but had expired. | 11, 19 | It is not clear what happened because documentation was so poor. While this may have been due to record keeping, a physician should have been seeing the patient daily under the circumstances but this did not appear to be happening. |
| 1/31/2016 | A note from a hospital documented that the patient had a post intubation x-ray so it appeared that the patient was not hospitalized until 1/31/16. | | |

Patient #17

Patient #17

Patient #17

Patient #17

Patient #17

Patient #17

Patient #17

Patient #17

Patient #17

Patient #17

Patient #17

Patient #17

Patient #17

Patient #17

Patient #17

0.3

| 10/14/2015 | The problem list documented hypertension, diabetes, COPD, anemia, prostatic hypertrophy, and reflux disease. | | The problem list did not document prosthetic heart valve, atrial fibrillation, alcoholic cirrhosis, chronic kidney disease, and diabetic nephropathy. |
|---|---|---|---|
| 10/10/2013 | Ammonia was 165 (<56); hemoglobin 11.4; MCV 106.3; INR 2. | | These values are consistent with alcoholic liver disease which had yet to be diagnosed and was not on the problem list. |
| 11/12/2013 | Hemoglobin 10.9 MCV 100.9; platelets 136; INR 1.9. | | |
| 12/9/2013 | BUN 28; creatinine 1.53; bilirubin 2.2; cholesterol 123; HDL 53; LDL 58; folate >25 (>5.8);  hemoglobin 11.7; MCV 101.5; platelets 147; AST 34; ALT 20; INR 2. | | |
| 1/10/2014 | BUN 33; creatinine 1.55; bilirubin 1.5; A1c 6.5; hemoglobin 10.2; MCV 102; platelets 128; INR 2.3. | 6 | These values show chronic kidney disease, possible dehydration, and anemia consistent with cirrhosis from alcoholic liver disease yet these labs were not evaluated.  Kidney disease was not a diagnosis.  The reason for the anemia was not on the problem list. |
| 2/11/2014 | Hemoglobin 11; MCV 102.8; platelets 138; INR 2.1. | | |
| 3/10/2014 | Hemoglobin 10.7; MCV 97.2 (80-99); platelets 145; INR 1.8. | | |
| 3/20/2014 | A nurse saw the patient for trouble breathing.  The patient had audible wheezing, a pulse of 40 and respiratory rate of 24 with a PEFR of 350.  The nurse noted that a doctor was seeing the patient that day. | | |
| 3/20/2014 | A doctor saw the patient as a writ return and noted that the patient was evaluated by cardiology and noted that the cardiology recommended to increase the hydralazine and to obtain an echocardiogram and event monitor.  The doctor ordered a month follow up and requested the echocardiogram.  The doctor didn't evaluate the shortness of breath.  The doctor did not conduct a physical examination of the patient. | 1, 2, 6, 19 | The doctor did not evaluate the multiple serious significant laboratory abnormalities.  The doctor did not evaluate the patient's shortness of breath even though that was the presumed reason for the visit.  The doctor took no history, failed to examine the patient, and failed to make an assessment with respect to the shortness of breath.  Care failed to follow generally accepted guidelines or usual practice.  Abnormal labs and symptoms of trouble breathing should have resulted in an evaluation to determine the cause. |

3/26/2014 A doctor noted that an event monitor was approved in collegial.

4/3/2014 EKG showing atrial fibrillation with LAD, probably old inferior infarct, anterior fasciculare block and bradycardia 47.

Notably atrial fibrillation was not on the problem list.

4/4/2014 Wexford approved an echocardiogram.

4/4/2014 Wexford approved a 30 day event monitor from UIC cardiology.

4/8/2014 An NP saw the patient and noted that bumex was on ordered and would bridge this pending order with Lasix.

4/30/2014 INR 3.1.

5/9/2014 A nurse wrote a note that the patient was placed on the infirmary. The note was partly illegible. The patient was placed on IV fluid but it wasn't clear why.

Illegibility is a reason for an electronic medical record.

5/10/2014 A nurse noted that the patient was having a hard time breathing and had respiratory rate of 28. The nurse gave the patient a wedge to put under his mattress. In a later note a nurse documented notifying Dr. Sood. A nurse noted that the patient was receiving IV fluid but it wasn't clear why.

19 The doctor should have evaluated the patient in person.

5/12/2014 BUN 30; creatinine 1.52; bilirubin 1.6; GFR 55; TSH 1.31; A1c 5.9; hemoglobin 10.1; MCV 104; platelets 103; INR 2.3.

These labs again showed possible dehydration, chronic kidney disease, and macrocytic anemia with low platelets consistent with alcoholic liver disease.

5/14/2014 A NP saw the patient for a swollen left finger. The NP noted that the patient also had leg edema and reported not taking his water pill at night because he became incontinent when he did. The NP ordered a hand x-ray and requested a Texas catheter. The NP did not consider giving the Lasix in the morning. The NP did not address the prior episode of shortness of breath and since ordering a hand x-ray failed to include a chest x-ray to assess for heart failure.

6 Despite significant abnormal labs and leg edema with shortness of breath, the NP failed to form an appropriate assessment of the abnormal labs and new symptoms. Care failed to follow generally accepted guidelines as those abnormal labs and symptoms should have been evaluated.

| | |
|---|---|
| 6/10/2014 | Hemoglobin 11.5; MCV 101; platelets 130; INR 2.3. |
| 6/26/2014 | A doctor saw the patient for HTN, DM, and COPD/asthma. The BP was 120/70 . The doctor noted that the patient had heart sounds of regular sinus rhythm despite the patient having long standing atrial fibrillation. The patient had mild expiratory wheezes and PEFR of 350. The doctor took no history with respect to COPD/asthma but diagnosed moderate persistent asthma and made no changes to therapy. The doctor noted that labs were reviewed but made no comment about these. The patient's anticoagulation or cardiac rhythm disturbances were not addressed. |

7, 17    The doctor failed to establish a reasonable treatment plan in evaluation of the patient's lung symptoms. A chest x-ray, consideration of pulmonary function testing, and evaluation for heart failure should have been done. The patient also had a 26.4% 10 year risk of heart disease or stroke and a high intensity statin was indicated. Care failed therefore to follow generally accepted guidelines.

| | |
|---|---|
| 7/11/2014 | Hemoglobin 10.7 MCV 106.1; platelets 130; INR 3. |
| 7/17/2014 | At a hospital, hemoglobin 12.3; MCV 96.9 (80-94); platelets 124; INR 3.2; BUN 39; creatinine 1.44; AST 40 (8-33); bilirubin 2.2. |
| 7/17/2014 | A doctor saw the patient and was feeling "out of it." The doctor took no more in depth history. The doctor noted that the patient was oriented to person place and time. The doctor noted facial symmetry and no weakness. The doctor made no assessments, did not evaluate for the prior episodes of shortness of breath. The doctor ordered a CBC, CMP, INR and ammonia. The doctor made several addendums to this note. The doctor added that the patient "can't think." On a later note the doctor documented that a nurse told the doctor that the patient was scheduled for a dental appointment and faked being sick, canceling the dental appointment so that he could go to commissary. |

1, 6    The doctor failed to take adequate history. Prior blood tests were not evaluated. Care failed to follow generally accepted guidelines or usual practice.

| | |
|---|---|
| 8/8/2014 | An echocardiogram was done as requested on 3/20/14 and approved on 4/4/14. |

8/8/2014   A doctor noted that the patient went to UIC for a cardiology
           appointment and had a 30 day monitor attached.  The
           doctor noted that the patient had an echocardiogram.

8/11/2014  Hemoglobin 11.2; MCV 102.7; platelets 106; INR 3.
8/12/2014  A doctor noted reviewing the echocardiogram results and
           that the patient had an event monitor placed.

8/27/2014  Echocardiogram showed right atrium and ventricle mildly
           dilated; left atrium moderately dilated but L ventricle
           normal size but moderately thickened.  Moderate
           concentric hypertrophy with 50% EF; normal appearing
           prosthetic AV with trace regurgitation, moderate tricuspid
           regurgitation.  Diastolic dysfunction and severely elevated
           pulmonary artery pressure.

9/3/2014   A doctor noted that the patient was approved for a
           cardiology appointment in collegial review.
9/8/2014   The patient went to cardiology for the 30 day event monitor
           more than five months after the collegial.  The referral for
           this was dated 3/20/14.
9/12/2014  EKG showing idioventricular rhythm with nonspecific
           intraventricular block and inferior and anterolateral infarcts
           age indeterminate.
9/12/2014  The patient was evaluated in EP clinic for scheduled follow
           up.  The cardiologist stated that the patient was seen two
           months ago for a fib/flutter with slow ventricular response.
           The plan was to hold all AVN blocking agents.  The
           cardiologist reviewed the echocardiogram and last Holter
           from 2013.  The cardiologist recommended a pacemaker
           and that this should be done in the hospital.

9/12/2014  Hemoglobin 11.4; MCV 104.4; platelets 135; INR 3.4.

| Date | | |
|---|---|---|
| 9/17/2014 | A doctor noted that the patient was discussed in collegial and approved for admission for pacemaker placement. | 6 Abnormal labs were not followed up. |
| 9/18/2014 | Wexfored approval of hospitalization management prior to pacemaker placement. | |
| 9/26/2014 | EKG showing irregular rhythm with no p waves [looks like atrial fibrillation] with intraventricular block and PVCs | |
| 9/26/2014 | The patient told a nurse that he was not feeling well.  The pulse was 41.  The patient was sent to a local ER via ambulance. | |
| 9/28/2014 | The patient returned from the hospital but the nurse did not note what had occurred at the hospital or whether there were new orders. | 11 The hospital report was not available. |
| 9/29/2014 | A doctor noted that the patient returned from the hospital for shortness of breath and stated that "they didn't adjust meds or do anything but hold coumadin for upcoming procedure."  The upcoming procedure wasn't specified so it wasn't clear whether this was the pacemaker placement or another procedure. | |
| 10/3/2014 | INR 1.5. | |
| 10/14/2014 | INR 1.4. | |
| 10/15/2014 | A doctor wrote a brief chart review note stating that the INR was 1.4 and increased the coumadin to 7 mg daily with an INR in seven days. | |

| Date | Note | Ref | Comment |
|---|---|---|---|
| 10/17/2014 | The patient was seen for diabetic clinic. The BP was 124/58 and the A1c was documented as 5.6. The doctor took no history with respect to any disease and noted an irregular heart rhythm and expiratory wheezes. The diabetes was listed as in good control. The doctor did not address whether the patient had hypoglycemia, especially given the low A1c. Anticoagulation and the cardiac arrhythmia were not addressed. Despite the asthma/COPD being described as moderate persistent, the doctor had taken no history and made no changes to therapy. | 1, 2, 6, 12 | The doctor failed to evaluate many of the patient's existing problems including atrial fibrillation, high blood lipids, heart failure, diabetic nephropathy, anticoagulation, and cirrhosis and the doctor failed to evaluate the prior abnormal labs. The doctor failed to adequately evaluate the pulmonary symptoms presumably assigning these to asthma/COPD when they may have been due to heart failure, or liver failure. The patient should have been referred to a cardiologist. Care failed to follow generally accepted guidelines or usual practice. |
| 10/22/2014 | A doctor renewed an order for a Texas catheter but it wasn't clear on prior notes that the patient was using this device. | | |
| 10/22/2014 | BUN 33; creatinine 1.71; bilirubin 1.7; hemoglobin 11; MCV 105; platelets 113; AST 32; ALT 18; INR 1.6. | 6 | These abnormal laboratory values were not followed up on. They appeared to show cirrhosis from alcoholic liver disease, chronic kidney disease and dehydration which were all unidentified. Care failed to follow generally accepted guidelines or usual practice. |
| 10/22/2014 | INR 1.6. | 6 | Patients with most mechanical heart valves require an INR between 2.5 to 3.5. Certain valves (On X valves) require an INR of 1.5-2.5. This patient's valve type or anticoagulation goal was never documented but was presumed to be 2.5 to 3.5. The type of valve and anticoagulation goal needed to be documented in the record. |
| 10/23/2014 | A doctor wrote that he called UIC heart center as the patient was on coumadin and a pacemaker was planned for 10/27/14. The INR was 1.6. | | |
| 10/24/2014 | At 9:20 am a nurse documented telling the inmate that coumadin was to be held from this day through 10/27/14. | | |

10/24/2014 at 5:20 pm a PA documented that a nurse from UIC cardiology called to say that the cardiologist recommended NOT stopping the coumadin and wanted the INR close to 2. The PA ordered to continue the coumadin at 7 mg.

10/27/2014 A pre-EP procedure history and physical at UIC noted non-obstructive CAD with COPD, HTN, HLD, DM, mechanical AVR in 1995, chronic a fib/flutter with junctional escapes in for permanent pacemaker. A pacemaker was placed St Jude PM 1240 VVI. A two week follow up was recommended.

10 The two week follow up with cardiology never occurred and was unrecognized as not occurring. Care failed to follow generally accepted guidelines or usual practice.

10/29/2014 A doctor noted that the patient had a pacemaker installed on 10/27/14 and had some pain and ordered Tylenol. The pacemaker function wasn't checked. The hospital report was not reviewed and follow up was not identified.

10 The doctor failed to follow up on the UIC report. Care failed to follow generally accepted guidelines.

10/30/2014 Apparently a physician reviewed written paperwork and noted that a two week follow up with cardiology was recommended.

10 The doctor did not ensure that the patient was referred to cardiology. Care failed to follow generally accepted guidelines or usual practice.
Though this referral was approved, there was no evidence that it occurred. Care failed to follow generally accepted guidelines or usual practice.

11/5/2014 The patient was approved for follow up of the pacemaker. There were no progress notes following this visit for some time.

11/14/2014 Hemoglobin 10.1; MCV 104.1; platelets 110; INR 2.4.

12/10/2014 Hemoglobin 11.3; MCV 101; platelets 130; A1c 5.7; INR 1.8.

1/12/2015 Hemoglobin 11.8; MCV 102.3; platelets 126; INR 2.

2/9/2015 Hemoglobin 11.4; MCV 101.8; platelets 123; INR 2.3.

2/27/2015 A nurse evaluated the patient using the shortness of breath protocol. The oxygen saturation was 95% and respiratory rate of 12. The patient was listed as being on Xopenex, albuterol, Atrovent and Alvesco inhalers. PEFRs were 250/200/250. The nurse took no action except to give the patient a nebulization treatment.

16 The nurse should have consulted a physician.

3/3/2015   A doctor saw the patient because a nurse wanted evaluation of the baclofen. The patient wanted Neurontin discontinued. The doctor wrote that the patient had no spinal injury or MS and that the patient was using the baclofen because his left leg became spastic. The doctor stopped both baclofen and Neurontin and ordered a follow up. The doctor took no history of why the patient was put on these medications and did no physical examination. The doctor did not address any problems. The patient hadn't been seen since return from the hospital for his pacemaker and the doctor did not address whether the patient had his cardiology follow up.

6, 15   The doctor failed to review any of the prior abnormal lab results and failed to follow up on the patient's recent symptoms or problems. Care failed to follow generally accepted guidelines or usual practice.

3/10/2015   Hemoglobin 11.6; MCV 103.7; platelets 143; INR 2.1.

4/6/2015   A PA saw the patient for follow up of discontinuation of baclofen and Neurontin. The PA noted that the patient complained of hip pain and LLE "shakiness." The physical examination documented "shakiness" but it wasn't clear what that meant. The plan was to monitor the shakiness and "jerkiness," continue physical therapy and Tylenol for pain.

6   The PA failed to follow up on the abnormal labs dating from 11/14/14 which had not been reviewed.

4/25/2015   A nurse evaluated the patient using the shortness of breath protocol. The respiratory rate was 14. The PEFR were 250/300/300 . The nurse took no action and the patient returned to his housing unit.

16   The patient had a serious complaint and the nurse should have referred the patient to a provider.

5/13/2015 A doctor saw the patient for HTN, DM and COPD chronic clinics. No history was taken. The A1c was 5.7. The heart was described as regular rhythm and the lungs clear. PEFR wasn't taken. The was no history of symptoms. Though the patient had mild pitting edema, there was no assessment. The assessment listed anemia but it was not addressed. There was no change in plan. The conduction abnormalities or anticoagulation were not addressed. The status of the patient wasn't clear from this note.

1, 2, 3, 6 The doctor failed to address all of the patient's serious medical problems including his anticoagulation, follow up with cardiology after the pacemaker, recent shortness of breath and current edema, diabetic nephropathy, heart failure, high blood lipids, to address or develop a plan for the anemia. History for these conditions was not taken, the patient wasn't examined for these conditions and there was no therapeutic plan. If the patient had suspected cirrhosis, an ultrasound should have been done. The patient's pacemaker function was not addressed.

6/5/2015 A NP saw the patient for constipation and ordered Colace. None of the other patient problems were addressed.

8/8/2015 An annual history was completed by a nurse. The nurse documented that the patient was on apresoline, coumadin, proscar, cozaar, Xopenex, Aldactone, fibertabs. Problems were listed as heart failure, type 1 diabetes, aortic stenosis, prior valve replacement, and prior TURP. A provider physical examination added no further history. Though the patient was 70 years old colorectal cancer screening was not offered. The provider listed HTN, type 1 diabetes, AV replacement with pacemaker for atrial fibrillation, heart failure and peptic ulcer disease. No changes to treatment were made.

1, 2, 3, 7 The nurse obtaining this history, examination, and plan failed to address all of the patient's problems including the anemia, atrial fibrillation and cardiac conduction abnormality, peptic ulcer disease. The doctor following up with a physical examination failed to make a diagnosis related to the anemia, failed to acknowledge or follow up on the cardiac arrhythmia, and failed to note that the patient had missed cardiology follow up at UIC. The patient was not offered colorectal cancer screening despite this being a current standard of care. Care failed to follow generally accepted guidelines or usual practice.

8/10/2015 A doctor saw the patient. The doctor noted that the patient was on lactulose for constipation and was having diarrhea. The doctor continued the lactulose if the patient needed disimpaction for his constipation. The doctor did not address any of the patient's other problems.

8/12/2015 The patient experienced a fall. The nurse documented writing an injury report but there was no progress note for this problem.

16 The nurse should have consulted a physician.

| | | | |
|---|---|---|---|
| 8/25/2015 | The patient asked for a breathing treatment. | | |
| 8/26/2015 | The patient asked for a breathing treatment. | | |
| 8/27/2015 | A nurse saw the patient using a shortness of breath protocol and noted that the patient was out of his Atrovent for two months.  The PEFR was 200.  The nurse sent the patient for a breathing treatment and strongly recommended that the patient pick up his Atrovent at medline. | 16 | The patient had a serious complaint and the nurse should have referred the patient to a provider. |
| 9/15/2015 | A doctor noted that the INR was 2.2 and increased the coumadin to 8.  There was no evaluation of the patient. | | |
| 9/22/2015 | A doctor noted that the INR was 2.7 and he maintained the coumadin at 8. | | |
| 10/14/2015 | A doctor saw the patient for HTN, DM, and COPD chronic clinics.  The doctor noted that the patient was on coumadin for AVR and had microcytic anemia but the reason for this was not provided.  The only history was that the patient was "generally well, got here in his wheelchair.  Taking his meds + coming for AccuChecks + insulin BID."  That was the only history.  PEFRs were 230/230/240.  The A1c was listed as 6.1. HTN, DM, and COPD were all listed as in good control.  The doctor did not address the anemia, anticoagulation or arrhythmia.  There was no change to therapy. | 1, 2, 3 | The doctor noted that the patient had a microcytic anemia when the patient had a macrocytic anemia.  The doctor failed to establish a diagnosis for the anemia and failed to acknowledge other abnormal labs including chronic kidney disease, and laboratory evidence suggestive of cirrhosis.  The doctor did not address the anemia, anticoagulation, or arrhythmia despite the patient having recent shortness of breath.  The patient had multiple recent episodes of shortness of breath that were not addressed.  Care failed to follow generally accepted guidelines or usual practice. |
| 10/14/2015 | The problem list was updated and documented HTN, DM, COPD, *microcytic anemia* BPH and GERD.  Multiple diseases weren't included. | | This demonstrates a significant gap in knowledge related to primary care. |
| 11/19/2015 | A doctor didn't evaluate the patient but noted that the INR was 1.9 and increased the coumadin to 8.5 mg. | | |
| 11/25/2015 | A nurse evaluated the patient for nausea for 2-3 weeks duration.  The patient was not vomiting.  The nurse took no action. | 16 | Vomiting is a serious condition in a diabetic and the nurse should have referred the patient to a provider. |

Patient #18

| | | |
|---|---|---|
| 11/30/2015 | EKG showing pacemaker spikes with underlying atrial fibrillation and IVCD. QRS consistent with septal infarct probably old. | |
| 11/30/2015 | A nurse evaluated the patient for chest pain. The patient was rushing getting ready for commissary. The pain felt like a pulled muscle. The nurse ordered an EKG and a doctor saw the patient. | |
| 11/30/2015 | A doctor noted that the patient developed L chest pain while rushing to go to commissary that felt like a pulled muscle. The patient had no diaphoresis or shortness of breath. The doctor documented that there was a tender area on his chest with palpation. The doctor noted an irregular heart rhythm and reviewed the EKG, noting that it showed irregular rhythm, PVCs and pacing. The plan was that if the chest pain didn't resolve over 3-6 weeks he would see the patient in sick call. The doctor ordered an overread of the EKG but did not order an antianginal medication. The doctor failed to note that the patient failed to have follow up with the cardiologist. | 1, 3. 7, 12 | The patient with a serious cardiac arrhythmia and chest pain that was consistent with angina was not adequately evaluated. The doctor failed to take a risk factor assessment but the patient had multiple cardiovascular risk factors including diabetes, hypertension, age, male sex, and had a 10-year heart disease risk of about 25%. His risk was therefore considerable. While the doctor felt that this was atypical chest pain, the patient's history required a higher level of investigation. The doctor ordered no anti-anginal medication and to give a 3-6 week follow up in sick call was indifferent. The patient should have been referred for stress testing or cardiac catheterization to evaluate for acute coronary syndrome. At a minimum the patient should have been started on a statin and anti-anginal medication and referred to a cardiologist. Care failed to follow generally accepted guidelines or usual practice. |
| 12/1/2015 | A doctor saw the patient for a complaint of nausea. The patient was taking Prilosec. The doctor took no history with respect to chest pain. The doctor diagnosed nausea from Prilosec and stopped the Prilosec and started Zantac. Zantac can result in cardiac conduction abnormalities and should have been used with caution in this patient with know severe conduction abnormalities. | 1 | The doctor failed to take a thorough history. Nausea can be an anginal equivalent. The doctor failed to note the prior complaints of chest pain and this was not investigated. Care could reasonably expected to be better. |

12/17/2015 A doctor saw the patient for HTN, DM, chronic clinics. The doctor mentioned that the patient was on coumadin and had COPD. The doctor took no history to determine the status of the patient's progress with respect to any of his diseases. The A1c was documented as 6.6. PEFR was documented as 240/230/230. The last INR was documented as 1.9. BP was 122/64 and the pulse 93. The doctor noted that the patient had a macrocytic anemia and appeared to order a B12 level but the note was illegible. The patient's COPD, cardiac arrhythmia, were not addressed. The doctor made no changed to therapy.

12/22/2015 At 10:10 am the patient complained to a nurse of leg swelling and shortness of breath with pitting edema. The nurse notified a doctor.

12/22/2015 At 10:40 am a nurse noted that the patient was lightheaded and had a blood glucose of 48. The patient was nauseated cold and clammy. The nurse gave the patient juice and checked him in 15 minutes and his blood sugar was 102.

1, 3    The doctor failed to take a thorough history of the patient's conditions. The doctor failed to address the patient's COPD or cardiac arrhythmia. Even though these were chronic medical conditions, they were not being followed in chronic care clinics. The doctor noted the macrocytic anemia and ordered a B12 level but failed to associate the macrocytic anemia with the abnormal bilirubin, and thrombocytopenia which can be associated with cirrhosis. The doctor failed to address the patient's prior episodes of chest pain even though the patient had history of cardiac arrhythmias and history of coronary artery disease. The patient had a 25% risk of heart disease and was not started on a statin.

| | |
|---|---|
| 12/22/2015 | A doctor saw the patient subsequent to the hypoglycemic episode. The doctor said he was seeing the patient for low blood sugar and leg edema with shortness of breath. The doctor noted orthopnea, and left chest pressure that lasted 10 minutes with gradual onset and no resolution. The doctor noted 1-2+ lower extremity edema. The doctor decreased the 70/30 insulin from 25 to 20 units, restarted the alvesco and ordered a CBC, BNP, BMP and INR and ordered follow up in a week. The doctor did not order an EKG. The assessment of the chest pain was "COPD vs cardiac? not exertional" but the doctor didn't take a history sufficient to exclude this. The leg edema did not include rule out diagnoses. Although the doctor documented shortness of breath and a history of heart failure a chest x-ray was not done. |

1, 8    The doctor failed to take adequate history with respect to leg edema and shortness of breath. The "chest pressure" was not addressed adequately as it may have been due to angina. The patient's possible cirrhosis may have resulted in the hypoglycemic episode but this was unrecognized. Though the patient had chest pressure the doctor did not order an EKG or assess the patient for angina. Though the doctor documented non-exertional chest pain, the history was insufficient to draw this conclusion. The doctor failed to establish potential diagnoses that may have caused the leg edema. Despite shortness of breath and history of heart failure a chest x-ray was not done. Care failed to follow generally accepted guidelines or usual practice.

| | |
|---|---|
| 12/26/2015 | A nurse saw the patient who said, "I don't know what's wrong with me but something isn't right. I can't sleep cause I'm so short of breath." The nurse recommended that the patient rest and hydrate. Later that day a pacemaker check was done. |
| 12/28/2015 | EKG showed aberrant intraventricular conduction with ventricular escape complexes with WPW pattern type A. Overread was requested. |
| 12/29/2015 | EKG showing aberrant intraventricular conduction with PVCs and WPW pattern and rightward axis. |

16    The patient had a serious complaint and the nurse should have referred the patient to a provider.

12/29/2015   A doctor saw the patient and noted that the patient went to UIC for pacemaker check in the past and had the pacemaker placed two years ago.  The doctor failed to note that follow up with cardiology never occurred.   The doctor did note that the patient had leg edema and his weight had increased by 17 pounds over the past week and that the BNP was 712 and hemoglobin of 9.1 with an INR of 3.3.  The doctor noted increased shortness of breath, orthopnea, and edema.  The doctor questioned whether the pacemaker was malfunctioning.  and noted that the heart rate was in the 40s.  The doctor noted a heart rate of 44, which is significant bradycardia.  The doctor noted recent labs as BUN 42; creatinine of 1.77; BNP 712.   The doctor diagnosed heart failure exacerbation and increased the bumex to 2 mg and stopped the hydralazine and zantac and restarted omeprazole.  The doctor wanted to admit the patient to the infirmary but he was "averse" and the doctor recommended decrease of salt.  The doctor did not order a chest x-ray. An EKG showed aberrant intraventricular conduction with ventricular escape.   The tracing appears to show 3 pace maker firings.  The doctor's plan included a cardiology evaluation if his plan failed.  However, the patient had multiple indications for hospital admission based on Heart Failure Society of America guidelines for admission to a hospital.

1, 14   The patient had 17 pound weight gain over a week with elevated BNP and leg edema suggestive of heart failure. The doctor failed to obtain a chest x-ray. The doctor failed to ask the patient about chest pain. The doctor ordered an EKG but didn't document evaluation of the EKG. The EKG showed aberrant ventricular complexes that made it difficult to evaluate for angina. The EKG showed three pacemaker firings with a slow heart rate. The doctor noted a heart rate of 44. The heart rate shouldn't be 44 if the pacemaker was functioning but this apparently was unrecognized. The doctor failed to recognize that the patient had never had cardiology follow up after the pacemaker set up. The patient had ventricular escape complexes with apparent pacing spikes.  The doctor assessed exacerbation of heart failure but did not order a chest x-ray, a repeat BNP, or repeat metabolic panel. Laboratory tests were noted which were not present in the medical record showing renal failure and elevated BNP. Given the number of serious cardiopulmonary problems, heart failure under these circumstances should be admitted to a hospital. This was particularly true because the doctor documented that he thought the pacemaker might be malfunctioning. Under these circumstances, the patient needed to be evaluated by a cardiologist in a hospital especially in the context of heart failure and possible angina. http://www.hfsa.org/heart-failure-guidelines-2/Care was grossly and flagrantly unacceptable.

12/30/2015   Pacemaker check indicated two alerts: one was a high ventricular rate (40) was detected and the ventricular percent pacing greater than limit.  The pacemaker was functioning normally.

A greater pacing rate with heart failure should have resulted in hospitalization.

| Date | | | |
|---|---|---|---|
| 12/31/2015 | A nurse saw the patient who said, "It's not my lungs, it's my heart." The patient was being seen for a nebulizer treatment. The nurse noted that the edema was already addressed by a doctor on 12/29/15. Although the patient complained of a heart problem, the nurse took no history and continued the same care and referred to a doctor the following morning. | 16 | The patient had chest pain but was not referred to a doctor. The nurse should have referred the patient to a doctor. |
| 12/31/2015 | A doctor saw the patient and noted that the patient felt better. The doctor took no history related to the patient's chest complaint. The doctor assessed heart failure exacerbation and restarted spironolactone and scheduled the patient for 1/6/16 with labs. | 1, 3, 6 | The doctor failed to review the pacemaker check alerts including high ventricular pacing. The doctor failed to take an adequate history of the patient's history that same day of chest pain. Care was grossly and flagrantly unacceptable. |
| 1/1/2016 | A nurse noted receiving a phone call from an officer that the inmate was not responding. The patient had died and was in rigor mortis on arrival at 4:30 am. Medics brought the patient to a hospital where he was pronounced dead. | | |

10/25/2000 The problem list documented alcohol abuse and chronic diarrhea secondary to prior surgery for peptic ulcer disease.

1/4/2002 The problem list documented hypertension.

3/6/2014 A chronic care flowsheet documented that the patient weighed 142 pounds.

6/30/2014 A chronic care flowsheet documented that the weight was 133 pounds.

6/30/2014 The patient was evaluated in hypertension and diabetes clinics but he did not have either disease. The blood pressure was 104/60. The A1c was 5.5 and the patient was not on any medication for blood pressure of diabetes. The NP seeing the patient documented that the patient did not have diabetes or hypertension and switched the patient to general medicine chronic clinic. The NP noted that the patient had ulcerative colitis but took no history and evaluated no labs. The NP did not note the nine pound weight loss.

1    The NP failed to note the weight loss despite the patient having ulcerative colitis.

10/8/2014 BUN 27; cholesterol 119; HDL 53; LDL 52 (50-129); Albumin 3.5 (3.4-5)

10/15/2014 A nurse documented that it was not possible to take the weight since the patient couldn't stand. The patient was 81 years old.

10/17/2014 A PA saw the patient for his prosthetic leg. The weight was 133 pounds. The PA noted that the patient had a poor fitting prosthetic and referred the patient for orthotic evaluation. Presumably the weight was taken with the prosthetic.

10/21/2014 A nurse noted that the weight was approximately 133 and was deferred.

10/28/2014 An annual history and physical examination documented prior back surgery, prior cholecystectomy, alcohol abuse as medical problems. The history documented dietary restrictions but did not document what these were or why the patient needed dietary restrictions. The nurse taking the history documented that the patient said he had cataracts and couldn't read the eye chart. The doctor completing the physical examination added that the patient had prior surgery for peptic ulcer disease without specifying what was actually done and noted that the patient had prior osteomyelitis without more specificity. The assessment documented that the patient had a below knee amputation but didn't state why the patient had an amputation. The doctor noted that the patient had diabetes in 2012 but wasn't now being treated for this. The patient refused rectal examination. Colorectal screening was not done. The weight was 136.

11/10/2014 The patient's weight was 136.

1/27/2015 The patient developed a lesion on the right stump and saw a doctor. The weight was 134. There was a 1 cm ulcer. DuoDERM was ordered.

2/2/2015 A nurse noted changing the dressing on the stump that had a moist wound on the stump with a foul odor.

4/23/2015 A PA saw the patient for a stump wound. The PA noted that the prosthetic didn't fit "right." There was a 2 cm lesion with "irritation" on the stump. The PA referred the patient to the orthotic specialist.

4/29/2015 Wexford approved an evaluation by Rockford Ortho for refitting of right artificial leg.

7  The patient wasn't offered colon cancer screening. The patient was 81 but screening should stop when the estimated life expectancy is less than 10 years. Estimated risk should have been done as part of the annual assessment. Care failed to follow generally accepted guidelines or usual practice.

| Date | | |
|---|---|---|
| 5/13/2015 | The patient went to ophthalmology clinic and it was noted that he was using a wheelchair. The transfer note also documented that he was on a mechanical soft diet with no bread and had to sit up straight when he ate and that he had chronic diarrhea. | 6 |
| 5/14/2015 | Rockford ortho saw the patient. There was no report except for comments on the referral form. Those comments noted that the prosthesis was causing re-occurring sores and skin breakdown. They believed that the socket no longer fits adequately and would continue to cause problems. They recommended a socket replacement for the prosthesis. | |
| 6/1/2015 | Wexford denied a new socket until a price quote was available. | 11    What was the patient supposed to do? The prosthesis was broken. This should have been fixed. |
| 6/3/2015 | A nurse evaluated the patient for a toothache and documented a weight of 129. | |
| 6/11/2015 | Wexford again denied a new socket until a price quote was available. | |

6/15/2015 The patient was seen in General Medicine chronic clinic for ulcerative colitis, GERD and BPH. The patient weight estimated at 129 pounds on the flow sheet. The patient was 5 foot 11 inches. There was no history of any of the patient's medical conditions on the progress note. The BMI was not calculated on the note but was 18, which is considered underweight. The nurse practitioner made no mention of this. Without any history or documentation of status on any of the patient's conditions, the NP prescribed Lomotil for diarrhea as needed, Colace, fiber, milk of magnesia, terazosin, zantec, Tylenol and Maalox. It wasn't clear why the patient needed these medications as there was no history. The assessment was ulcerative colitis "controlled," GERD controlled, and anemia. The etiology of the anemia was not documented and apparently was not understood. The NP failed to review labs that showed that the patient had malnutrition with low albumin. The thrombocytopenia was not acknowledged and the anemia not worked up.

6/25/2015 The patient obtained a new socket for his prosthesis.
7/9/2015 The patient signed a "living will" that if he had an incurable and irreversible disease judged to be terminal that procedures that would prolong the dying process be withheld or withdrawn.
7/23/2015 Vit B12 674 (180-914); Iron 21 (50-180); ferritin 23 (10-259); folate 18.4 (>5.8).

1, 2, 7   The patient had ulcerative colitis, weight loss, and anemia yet a colonoscopy wasn't done. This was especially important since risk of colon cancer is higher in persons with ulcerative colitis. Also the patient had pancytopenia that was unrecognized. A bone marrow should have been considered. At a minimum a repeat CBC should have been done. The low albumin in addition to the ulcerative colitis and weight loss suggested malnutrition but no evaluation was done. The doctor did not address the broken prosthesis. Care failed to follow generally accepted guidelines or usual practice.

8/5/2015 A doctor saw the patient for review of labs and hemocult. The weight was 134 pounds. The doctor noted that the patient was pale. The doctor noted a history of ulcerative colitis and documented that the patient didn't want a hemocult done. The hemoglobin was 9.6 and the B12 and folate were normal and serum iron was low. The doctor diagnosed iron deficiency anemia and started iron supplements. The doctor noted that the patient had no diarrhea or black stool and had a history of constipation. The doctor did not order a colonoscopy. The doctor did not note the possible malnutrition.

2, 3, 7, 12   The doctor should have ordered a colonoscopy given anemia, ulcerative colitis, and weight loss. The patient had low albumin which was unrecognized and should have had an evaluation for malnutrition. The doctor should have considered referral to hematology for pancytopenia.

8/6/2015 UIC ophthalmology noted "visually significant cataracts both eyes" and recommended surgery with the right eye first.

8/10/2015 UIC performed right cataract surgery.

8/12/2015 A doctor saw the patient for follow up of a medical writ. The weight was 124 pounds, which was a 18 pound weight loss which the doctor did not notice. The doctor noted that the patient had cataract surgery and needed follow up at UIC in a week. The doctor did not address any of the patient's other problems.

1   The doctor failed to notice the weight loss. Care could reasonably have been expected to be better.

8/18/2015 The patient saw ophthalmology at UIC. They recommended cataract surgery in both eyes. A Dixon physician documented that the patient would need approval "but does not have DMZ so don't think he meets criteria."

8/21/2015 A doctor saw the patient. The weight was 123 pounds. The doctor noted that the weight was 142 pounds on 3/14 and was 123 pounds "today." The doctor also noted that the patient had a hemoglobin of 9.6. The history was that the patient had prior osteomyelitis of his right leg which presumably accounted for the amputation. The doctor assessed a 19 pound weight loss over 17 months. The doctor also noted the albumin of 3.2. Despite the anemia and weight loss the doctor assessed that the weight loss was due to needing dentures. The doctor ordered a CMP, TSH, iron, ferritin, CBC, but did not order colonoscopy or order a nutritional inventory with a nutritionist. The doctor also noted anemia and prior pancytopenia and documented that the patient might have a dyscrasia but did not refer to a hematologist. The doctor ordered a two week follow up.

2, 7   The doctor concluded that low albumin, weight loss, and anemia were due to needing dentures without conducting other evaluations. The patient needed a colonoscopy and needed a nutritional survey to determine if the patient was getting sufficient nutrients and food. Care failed to follow generally accepted guidelines or usual practice.

8/25/2015 BUN 23; sodium 133; albumin 3.5 (3.4-5); iron 34 (50-19=80); Ferritin 48 (10-259); TSH 3.26 (0.35-4); WBC 7 (3.9-12); hemoglobin 11.1; platelets 135.

The labs still showed anemia, borderline albumin and thrombocytopenia but there was no follow up. Care failed to follow generally accepted guidelines or usual practice as abnormal labs were no followed up.

9/8/2015 Patient had follow up for his cataract surgery and UIC noted that the second cataract was scheduled for 9/5/15.

9/17/2015 A doctor saw the patient who now weighed 120 pounds. The doctor documented that corrected vision in the post surgical eye was only 20/80 and he re-referred the patient for cataract surgery on the second eye. The doctor failed to address the hematologic abnormalities identified on the 8/21/15 note. The doctor failed to note the continued weight loss.

1, 6   The medication renewal process didn't work and the patient's medication stopped in mid December and wasn't started again until 1/8/17, about 3-4 weeks later.

10/5/2015 Wexford denied removal of the 2nd cataract as patient "does not meet criteria" for removal. The denial was appealed and then approved on 10/2/15.

11/2/2015  Glucose 129; BUN 27.

11/2/2015  The patient weighed 131 pounds wearing his prosthesis.

11/4/2015  A NP saw the patient who had a "nickel" sized pressure ulcer on the stump.  The patient weighed 130 pounds.  The NP ordered dressing changes for the wound.

11/8/2015  A NP saw the patient in chronic clinic for ulcerative colitis, GERD and BPH.  The NP documented that the patient got up 3-4 times a night to urinate.   The NP also did not review any symptoms related to the GERD or ulcerative colitis.  The weight was 127 pounds which was a weight loss of  15 pounds since March of 2014.  Yet the NP did not note this and did not discuss this especially in the context of the ulcerative colitis.  The only labs reviewed were a glucose of 129; BUN 27 and creatinine 1.03.  The recent anemia, thrombocytopenia were not evaluated.  The latest low albumin indicating malnutrition was also not evaluated.  The GERD and ulcerative colitis were assessed as "stable" without having taken any history and without evaluation of the anemia, thrombocytopenia, weight loss or low albumin indicative of malnutrition.

1, 3, 6, 7  The NP failed to note the weight loss despite the patient having ulcerative colitis.  The NP also failed to note abnormal labs.  Given the anemia and ulcerative colitis, the patient should have been offered a colonoscopy.  The NP also failed to identify the previously abnormal albumin with respect to the patient's nutrition and ulcerative colitis.  The nutritional status should have been evaluated.  To assess the ulcerative colitis as stable was not correct as the patient was losing weight and the doctor took no history to verify stable ulcerative colitis.  Care failed to follow generally accepted guidelines or usual practice.

11/16/2015  A doctor saw the patient and addressed the orthotic and stump ulcer but did not address the anemia or malnutrition.

12/9/2015  A doctor saw the patient post orthotic visit.  The weight was 128.  The doctor did not address the weight loss or abnormal blood test.

Care could reasonably have been expected to be better as the doctor might have noted the weight loss.

| | | |
|---|---|---|
| 3/1/2016 | A nurse saw the patient for nausea. The patient described feeling weak, vertigo. He was going to the bathroom when he fell to the floor and became nauseous. He didn't vomit. The blood pressure was 98/50 but orthostatic blood pressure was not taken; the nurse documented that she was unable to assess this for unexplained reasons. The nurse consulted a doctor who ordered compazine for seven days without scheduling an evaluation or without ordering lab tests. | 14, 19 | The doctor should have seen the patient to assess the patient for syncope, low blood pressure, nausea, and a fall as these were serious problems. Failure to see the patient was indifferent. If this was after hours, the patient should have been sent to a hospital. Care failed to follow generally accepted guidelines or usual practice. |
| 4/25/2016 | A nurse documented a brief note stating that the prior evening the patient had sudden weakness, dizziness, and problems walking but these had resolved and the patient didn't want to be seen. The nurse didn't take vital signs or refer to a physician. | 16 | The nurse should have referred the patient to a physician. |
| 5/6/2016 | A NP saw the patient in chronic illness clinic for GERD, ulcerative colitis, and BPH. The NP documented dizziness but the only history was that the "only med on that may affect that is Hytrin." The NP documented adequate hydration and only rare diarrhea. The weight was 130, a 12 pound weight loss over two years. The patient also had low albumin indicative of malnutrition which was not acknowledged or reviewed. The NP did not discuss diet and nutrition with the patient despite the significant weight loss with ulcerative colitis. The BMI was documented as 19 but with a weight of 130 and height of 5 foot 11 inches, the BMI was 18.1, which is underweight. This would be significant in a person with ulcerative colitis. The anemia, thrombocytopenia, and hypoalbuminemia were not acknowledged. The blood pressure was 98/58, which is low but was not evaluated. The NP assessed the patient as in good control and continued the same medications. | 1, 2, 7, 8, 12 | The NP failed to take adequate history or perform adequate examination for the dizziness. An EKG should have been done. The patient's weight loss and anemia and UC warranted a colonoscopy but this was not done. The patient was underweight and had low albumin and his nutrition should have been evaluated by someone who understood how to do this. The thrombocytopenia should have been evaluated. Care failed to follow generally accepted guidelines or usual practice. |

Patient #19

6/17/2016 A doctor saw the patient. The weight was 130 pounds. The doctor noted that the patient had a blister formation on his coccyx and was experiencing pain. The doctor noted that the inmate was "thin" and used a wheelchair much of the time. The doctor noted that the patient had a donut for use but had redness and thin sensitive skin over the coccyx with a blister and a small open ulceration without sign of infection. The doctor diagnosed a "superficial pressure irritation and blister" on the coccyx. The doctor ordered daily cleaning of the affected area and advised the patient to sleep on his side as much as possible. The doctor recommended avoiding sitting for long periods of time to relieve buttock and back pressure. However, the patient needed a wheelchair, presumably due to an ill fitting prosthetic. The doctor did not address whether the patient could walk, had a good fitting prosthesis, or the extent to which the patient was using the wheelchair. This should have been done. The doctor did not assess nutritional status.

1, 3 The doctor failed to take an adequate history with respect to risk for decubitus in this patient and failed to take other protective measures. This patient was 81 years old, frail, malnourished, with underlying ulcerative colitis. He appeared to need housing on a specialized medical unit. Care failed to follow generally accepted guidelines or usual practice.

6/20/2016 Wexford approved UIC ophthalmology for pre-op cataract removal visit.

6/20/2016 BUN 32; sodium 130; calcium 8.2; albumin 2.3; bilirubin 3.3; alk phos 472; AST 165; ALT 119.

16 The patient now had a decubitus ulcer and was mostly confined to a wheelchair and should have been referred to a physician.

6/22/2016 The patient complained to a nurse of needing something for pain. The nurse didn't acknowledge what the pain was from. The nurse assessment was "knowledge deficit" and the nurse referred the patient to the doctor line for pain medication.

6/23/2016 The patient was evaluated in UIC ophthalmology.  A brief comment on the referral form documented that the patient needed to take AREDS2 vitamins and needed both cataracts removed.  A 7/11/16 follow up was requested.  AREDS 2 vitamins are a combination vitamins prescribed for reducing risk of age related eye disease.

6/23/2016 A doctor saw the patient to evaluate for flex cuffs but did not see the patient for the coccyx wound.

6/24/2016 A NP was asked by a nurse to see the patient for the coccyx wound.  The patient said, "I am in so much pain, I can't stand it."  The patient said the DuoDERM falls off and he had drainage from the wound.  The NP noted that the patient was a thin and "fragile" man with two pressure sores on his coccyx; one was 3 by 3 cm and the other 1.5 by 1 cm with surrounding inflammation.  There was serous and purulent drainage.  The NP ordered Augmentin, Toradol, Ultram and recommended that the patient not lay on his back or sit for long periods but did not admit to the infirmary.

1, 2, 8, 14   The NP failed to assess the stage of the ulcer.  The NP failed to assess the nutritional status of the patient.  Although the NP started antibiotics, the NP failed to order appropriate tests to assess the level of infection or to rule out osteomyelitis.  The NP failed to identify preventive measure necessary to take to prevent extension of the ulcer.  The patient should have been placed on an infirmary or skilled nursing unit.  Care failed to follow generally accepted guidelines or usual practice.  This care should have been familiar to staff given that it housed the geriatric unit.

6/27/2016 A doctor saw the patient for the pressure sores.  The doctor noted that the tramadol helped with the pain and that the patient was getting daily wound care.  The doctor noted decreased appetite with nausea.  The doctor noted extensive bruising of the wrists from cuffing.  The patient weighed 127 pounds and the doctor noted weight loss of five pounds from 10/2/15.  The doctor added that the patient lost three pounds since 6/17/16 and would add "Boost" if  meets UM or weight [loss] criteria."  The patient was referred for an air mattress and ordered labs (CBC, CMP and ESR) and ordered flex cuffs and Compazine.  The doctor did not note that the patient was taking antibiotics and did not document examination of the coccyx wounds.

1, 2, 7, 8, 12, 14   The doctor failed to take adequate history, failed to order nutritional assessment or order appropriate nutritional supplement; failed to adequately examine the patient or assess the depth of the ulcer and did not order radiologic testing to assess for osteomyelitis.  He should have been placed on an infirmary.  Care failed to follow generally accepted guidelines or usual practice.

6/28/2016 A nurse documented that the patient complained of a leaking wound; the patient was wearing diapers. There was no evidence of daily dressing changes. The drainage was yellow in color and the nurse documented a plan to continue to do dressing changes.

6/29/2016 Glucose 116; BUN 22; calcium 7.8 (8.6-10.6); Total protein 5.7 (6-8); albumin 2.3 (3.4-5); WBC 4.2 (3.9-12); hemoglobin 10; platelets 145 (150-450); sedimentation rate 60.

6/29/2016 The patient complained "it's really draining." The nurse noted yellow exudate on his pants and underwear. The nurse noted that a NP assessed the patient who now had a 5 cm coccyx ulcer with yellow tissue present.

6/29/2016 A NP saw the patient for dressing changes. The NP noted that the patient continued to have serous drainage from the sound and thought that the wounds were improved.

6/30/2016 A doctor wrote a lab review in the record documenting that the ESR was 60; hemoglobin 10; and albumin 2.3. The doctor ordered boost one can TID. The doctor took no action about the hemoglobin or especially the ESR of 60 which indicated probable infection and possible osteomyelitis.

7, 8, 12, 14 The laboratory results indicated serious infection or even osteomyelitis. The patient should have had a CT scan, probing of the wound, and possibly bone culture. IV antibiotics should have been considered. Since this appeared beyond the expertise of local doctors the patient should have been referred to and infectious disease specialist, wound care specialist or both. The doctor took no action. The doctor failed to address significant low albumin and anemia. The patient should have been considered for hospitalized as this doctor did not know how to manage this patient. The doctor did not appear to have adequate primary care experience, especially for a geriatric population. Care was grossly and flagrantly unacceptable.

6/30/2016 The patient told a nurse that the coccyx wound was draining a large amount and the abdomen was soaked with drainage. The nurse described the upper coccyx wound a 5 cm in diameter and the lower wound 1.5 cm with boggy tissue covering both wounds.

The boggy tissue implied that debridement was necessary but was unnoticed by doctors.

7/5/2016 A doctor saw the patient for a pressure sore that was larger. The doctor wrote "pt has no 'vaseline.'" The doctor noted that the patient had no fat and that the patient was having a difficult time staying on his side. The doctor noted a whitish pressure ulcer. The doctor's plan was to order an egg crate mattress while waiting for an air mattress. The doctor ordered daily wound care. The doctor failed to review the laboratory tests.

6, 11, 12, 14  The doctor did not appear to competently evaluate the stage of the ulcer and develop a competent plan to manage it. The doctor failed to evaluate prior abnormal labs including the elevated sedimentation rate. The patient should have been referred to a surgeon for debridement, to a wound care center, and/or to a hospital for evaluation and treatment with IV antibiotics and evaluation for osteomyelitis. Resources to manage this pressure ulcer were apparently unavailable but should be as Dixon has a geriatric unit. As an alternative to transfer to a skilled nursing hospital, infirmary care was indicated

7/8/2016 A doctor noted that the nurse doing the dressing changes noted tunneling of the pressure wound toward the buttock. The doctor noted that the wound was being packed with 1/2 inch iodoform gauze. The doctor referred the patient to the UIC wound clinic but ordered no labs, x-rays, or MRI to evaluate for osteomyelitis and did not initiate antibiotic treatment despite the elevated sedimentation rate or 60. There was no referral to wound clinic in the medical record.

8, 12, 14  The wound appeared to be at least a stage 3 ulcer with a sedimentation rate of 60, should have resulted in evaluation for osteomyelitis. This did not occur. The doctor appeared to have referred the patient to a wound care center but this never occurred. IV antibiotics appeared indicated. Care was grossly and flagrantly unacceptable and appeared to result from ignorance on how to manage the patient. This may be a credentialing issue.

7/8/2016 A nurse described the wound as being covered with green flesh-like material. The nurse described tunneling on both wounds

This wound should have been debrided.

7/9/2016   The patient signed a living will on a preprinted formatted document which stated that if he had incurable or irreversible illness and that death was imminent he directed that any procedures that would prolong the dying process should be withheld.

7/11/2016  Wexford approved a UIC ophthalmology evaluation the day it was requested.

7/11/2016  A nurse described that the patient had diarrhea and had only three more days of Boost.

7/14/2016  The patient told a nurse that "It's totally worthless." The nurse described a creamy drainage.          The wound appeared infected.

7/14/2016  A nurse documented that the patient had diarrhea and presumed it was from the Boost. The nurse consulted a doctor, who wasn't sure how to treat. The doctor recommended continuing the boost and to "work around diarrhea."

8, 12, 14  The doctor didn't know how to treat the patient and should have referred to a higher level of care. The patient needed laboratory testing because of the diarrhea and needed a level of expertise unavailable at the prison. Care failed to follow generally accepted guidelines or usual practice.

7/18/2016  A brief note on the referral form from UIC ophthalmology documented that the patient needed to see anesthesiology two weeks prior to his scheduled surgery date and would also need to be seen the day after surgery or later the same day.

7/19/2016  The patient complained of a painful wound. The nurse noted deep tunneling of the wound with large thick yellow drainage.

7/22/2016  Wexford approved UIC anesthesiology pre-op evaluation.

7/22/2016  A doctor saw the patient on writ return from UIC ophthalmology.  The doctor mentioned that the patient had some tunneling of the coccyx decubitus.  The doctor noted that the patient had diarrhea.  The doctor performed no physical examination.  Remarkably, the doctor wrote, "Please notify me next week when in wound care so I can see wounds."  The doctor could have and should have removed the bandages to inspect the wound.  The doctor ordered Imodium and increased tramadol .  The doctor ordered no blood tests or radiological tests.  Vital signs were not taken.

2, 3, 7, 8  This was indifferent.  The doctor should have removed the bandage and inspected the wound. Appropriate laboratory and radiologic testing was not done.  The plan of care was inadequate.  IV antibiotics should have been considered.   Care failed to follow generally accepted guidelines or usual practice.

7/24/2016  The patient was evaluated in anesthesiology.  A brief note by the anesthesiologist documented that the patient had bradycardia but that the patient could proceed with surgery.

7/25/2016  A nurse noted that bone was visible within the wound with a moderate amount of green exudate.

7/27/2016  A nurse documented visible bone with tunneling 7 cm deep.

This indicates a stage 4 ulcer.  Osteomyelitis should have been promptly ruled out.

8/1/2016  A nurse noted that the doctor was present to see the wound and ordered to discontinue packing and to start wet to dry dressings only.  The doctor did not document a note.

The doctor should have documented a note.

8/2/2016  A doctor saw the patient.  The temperature was 96.8.  The doctor noted that the patient was cleared for cataract surgery.  The doctor noted that the wounds on his back appeared "healthy" without erythema or significant drainage.  The patient noted that the patient was approved for cataract surgery.  However, the doctor had no treatment plan for the decubitus.  The doctor ordered no labs or imaging studies.

2, 14  The nurses had documented visible bone.  To inspect such a wound and to describe it as "healthy" appears incompetent.  The patient needed hospitalization to rule out osteomyelitis.  Care was grossly and flagrantly unacceptable.

8/8/2016  A nurse noted that the air mattress was leaking. The nurse also noted that the patient was losing weight and not taking his medication. The weight was listed as 100 pounds and the nurse noted that this was a 27 pound weight loss [it appeared to be a 42 pound weight loss over two years]. The patient lacked appetite and was "forgetful." The nurse assessment was "self care deficit." The plan was to schedule the patient to see the doctor. The patient was unable to care for himself and should have been placed on the infirmary or should have been hospitalized.

16, 19  The patient had lost 42 pounds, had malnutrition, a stage 4 decubitus ulcer with a sedimentation rate of 60. The patient was now showing signs of altered mental status which suggested serious sepsis. Care was negligent. The nurse should have immediately contacted a doctor but it appeared that doctors didn't know how to care for the patient.

8/11/2016  A nurse noted that during a dressing change the inmate urinated foul smelling urine on the table. The inmate stated, "I can't help it." The nurse noted that the inmate was unable to put on his underwear or pants and that he needed a roommate to assist him with activities of daily living. The nurse wrote "poss infirmary placement."

16,19  The altered mental status was of serious concern and suggested sepsis. The nurse needed to refer the patient immediately to a physician.

8/12/2016  A nurse noted that the wounds were draining purulent material.

8/13/2016  At 3:30 am a nurse noted that the patient fell and the nurse wrote an injury report. The nurse did not document an assessment in the progress note or consult a physician.

16  This was a serious problem and the nurse needed to consult a physician.

8/13/2016   At 5:30 pm an nurse noted that the patient's roommate reported that the patient hadn't eaten in two days and hadn't voided.  The nurse described the patient as weak.  The nurse placed the patient on the infirmary and called the doctor, who ordered a CBC and CMP and UA and IM Rocephin for seven days without evaluating the patient.  The doctor also ordered an IV but the nurse was unable to start an IV secondary to what the nurse perceived was dehydration.  At 7:45 pm the nurse noted that the patient responds to pain.  At 7:50 pm a nurse noted a temperature of 100.1 a pulse of 115 and blood pressure 100/50.  The patient wasn't responsive and the nurse called a doctor, who ordered the patient to a local hospital.

8/13/2016   A hospital blood culture documented gram positive cocci growing in two bottles.  These were identified as Beta strep Group A and diphtheroid.  There was light growth of methicillin resistant Staph aureus and streptococcus agalactiae-Group B strep.  The WBC was 15.8.

8/14/2016   A hospital lab report showed BUN 92; creatinine 2.06; sodium 153 (137-145); chloride 116 (98-110); albumin 2.7.

8/14/2016   A hospital history and physical noted that the patient had been lethargic for 2-3 days and had low grade fever and mental status changes.  The admitting diagnoses were mental status changes, dehydration, acute kidney injury, stage 3 pressure ulcer, and sepsis.  The hospital was told that the patient was DNR as communicated to them by the Dixon physician.  The patient was described as lethargic for 2-3 days.

8/15/2016   A hospital lab report showed a blood culture growing budding yeast on gram stain with the aerobic bottle positive.

8/17/2016   A hospital lab report showed WBC 4.9, hemoglobin 8.5; platelets 55.

8/18/2016  A doctor spoke with the hospitalist who indicated that the patient had positive blood cultures with bacteria and fungus with the source likely from his back.  The patient was being returned to the prison for comfort measures only.  The discharge summary indicated that the hospital contacted the daughter who agreed with nonaggressive care.  The patient was not fully oriented.  The patient was returned to the prison for hospice.

8/19/2016  The patient was admitted to the infirmary on discharge from the hospital.  The doctor ordered Ativan, morphine, and atropine only.  The doctor documented confirming that the daughter had agreed with hospice care.  The doctor did not discuss palliative sedation with the daughter.  On admission the nurse noted that the patient was crying in pain.

8/21/2016  The patient was discharged from the hospital.  The discharge summary documented that the patient had sepsis from infected decubitus.  The patient was very "debilitated" and the daughter noted how "much he had gone downhill since she had seen him last and opted for nonaggressive care."  The patient needed debridement but the daughter opted against this.  The patient was sent back without antibiotics and on morphine.

8/21/2016  The patient died on the infirmary.

Patient #20

10/28/2016 The patient was discharged from Stroger hospital.  The patient
was discharged on 15 mg of morphine every four hours for
pain.  The patient reported losing about 80 pounds since the
diagnosis.  The diagnosis was likely pancreatic cancer.  This
hospital report was printed on 11/9/16, so this report likely
went with the patient to Logan.

11/9/2016 The patient was transferred from Cermak HS on Tylenol,
albuterol, amlodipine, docusate, metoprolol 25 BID; morphine
15 SR BID **and** 15 mg IR Q 4 hours for pain, olanzapine,
trazodone, pantoprazole 40 mg.  Hepatitis A, B, and C were all
positive yet were repeated in IDOC.  The patient had an
upcoming appointment at GI on 11/17/16

11/9/2016 The patient was admitted to Logan CC.  The patient was 5 foot
5 inches tall and weighed 152 pounds.  The nurse history
documented that the patient had asthma, a prior positive TB
skin test but never completed therapy, was a smoker, had a
prior biopsy of her pancreas on October 27th and had a stent
in the liver.  The reason for the biopsy of the pancreas or stent
were not explained.  The nurse performing the intake
screening scheduled a routine examination though the patient
had a serious problem (liver stent with undiagnosed
pancreatic problem).  The nurse did not list medications on the
intake screening.  Also, there was no evidence of an order for
medication.  This screening was performed by a LPN.

1    The history was poor.  The patient had HTN but it was
unrecognized.  The patient had a high likelihood of
pancreatic cancer and it was unrecognized.  The patient
was on morphine but the patient didn't receive it.
Instead the patient received one Tylenol #3 TID instead
of 30 mg SR morphine and 90 mg of IR per day.  The
three Tylenol #3 tablets had a morphine equivalency of
only 15 mg of morphine whereas the patient was
receiving 120 mg of morphine. No pain history was
taken.  Care failed to follow generally accepted
guidelines or usual practice.

Patient #20

| | |
|---|---|
| 11/9/2016 A nurse admitted the patient to the infirmary. The reason for admission was not stated. Under subjective the nurse wrote "colon cancer" without any other explanation. The blood pressure was 146/107. The weight was listed as 152 pounds. The examination section allowed for checking boxes as normal; the entire examination was normal by checking boxes as so. The assessment was "alteration in comfort r/t colon cancer." | 1  The nurses failed to understand the patient's problems. The failure to take a history of HTN resulted in no BP medication for the first day. |
| 11/9/2016 GGT 341 (6-60); amylase 55 (25-125); lipase 17 (22-51); CMP normal except albumin 3.3 bilirubin 3 and alk phos 182 (40-125). | |
| 11/10/2016 A nurse wrote a brief note documenting blood pressure of 158/93. The patient asked for pain pills for a headache. The patient stated asked for diapers for leakage of bowels. The nurse assessment was colon cancer. | 1  The patient had diarrhea yet the nurse failed to ask why. To use diapers for diarrhea is a significant problem and should have resulted in questioning about why this was occurring. |
| 11/10/2016 A nurse saw the patient for pain in her head and stomach. The blood pressure was 145/105. The nurse documented "continue current plan" although the plan was not specified and it wasn't clear if the patient was on pain medication. | The patient was abruptly discontinued from morphine and not provided adequate substitute. |

Patient #20

| | | |
|---|---|---|
| 11/10/2016 | Comments from oncology on the referral form stated that the patient had hyperkalemia, HCC, and HCV.  The patient was given kayexalate with directions to NRC to manage the hyperkalemia.  It was recommended to get a triple phase CT scan,  with a follow up in two weeks.  The potassium was 5.5.  The oncologist prescribed 15 grams of kayexalate rectal suppository for two days with recommendation to repeat the BMP in two days. | 2, 7,12 |

The patient transferred with notes from Cook County Hospital and Jail documenting that the patient likely had pancreatic cancer. The patient had a follow up at Stroger hospital the second week of November and was on up to 90 mg of morphine a day. The doctor failed to continue the work up for the pancreatic mass. Ultimately, this was delayed such that a diagnosis did not occur for five months. The patient had a pancreatic mass for which there was no diagnosis. Because the biopsy was inadequate, the doctor presumed that the patient had a benign tumor? The patient should have been sent for a diagnostic ERCP.  Moreover, the patient had pain and the doctor significantly decreased pain medication without even performing a pain assessment. This was indifferent.  The doctor took no action for a patient that had likely pancreatic cancer. The doctor failed to document review of the discharge hospital summary.  It was unclear why the doctor took these actions as they were clearly not in the best interest of the patient and were below standard of care for someone with an undiagnosed pancreatic mass.

| | | |
|---|---|---|
| 11/10/2016 | At 10:21 pm a nurse noted that the patient was complaining of pain and diarrhea.  The blood pressure was 167/126.  The nurse administered ordered medication but did not call a provider. | 16 |
| 11/11/2016 | At midnight the BP 147/91; the nurse called a doctor, who increased metoprolol to 50 mg.  The patient had been on amlodipine when she came in.  The nurse noted that the patient had colon cancer. | |

The nurse should have called a provider.

Patient #20

11/11/2016 At 4:21 am the BP was 143/96.  The patient had breakfast.

11/11/2016 At 1:56 pm the BP was 130/97.  The patient had pain and was given a "pain" pill.  The nurse did not document medication given except described as "pain meds."

11/11/2016 A doctor saw the patient and documented consideration of a CT guided biopsy when "she is stronger."  The doctor wrote to repeat LFTs next week.  The doctor took no history including of pain.  The doctor performed no exam.

4   This was nothing but a delay in initiating a work up.  The patient had likely pancreatic cancer.  The pain was not likely to improve and the patient not likely to get stronger.  A work-up should have been started.  The doctor was indifferent to the patient's pain.

11/11/2016 The BP was 170/114.  Metoprolol increased to 50 BID.

11/12/2016 A doctor wrote a note only documenting lab values.  Again there was no history.  The hemoglobin was 9.4; WBC 5.9; ferritin 615; normal B12 and folate.  Anemia of chronic disease diagnosed.

1   The doctor again failed to determine the history of the patient.

11/12/2016 Metoprolol was ordered 25 mg.  The order stated that the medication would need to be reordered or discontinued in Pearl.

11/14/2016 The patient was discharged from the infirmary with a diagnosis of pancreatic mass, biliary duct obstruction, anemia of chronic disease, and HTN.  Though the patient had elevated bilirubin and known biliary duct obstruction, the doctor did not order an urgent CT scan to determine the whether there was still obstruction or to determine what the diagnosis was.  The only plan was a CBC & CMP  and a low bunk for a year.  There was no imaging study.

8   The doctor failed to obtain an imaging study (CT scan) in lieu of obtaining a history.  The staff discharged the patient from the infirmary without establishing her actual status.

11/14/2016 Amlodipine ordered 5 mg BID; the order was electronically signed on 11/17/16.

Patient #20

11/16/2016   A PA saw the patient for an initial examination.  The PA documented that the patient had a history of a pancreatic mass and had lost 70 pounds of weight from Dec 2015 to June of 2016.  The PA noted that the patient had an ERCP and bile duct stent on 10/27/16.  The PA noted HTN and  hepatitis C infection.  Despite having taken this history the PA checked the weight loss box as "no."  The PA checked all examination boxes as "normal."  The blood pressure was 115/88.  The electronic record allows the examiner to check a box "normal" for the examination.  This is a defective record system as it does not record the examinations performed.  The assessment was pancreatic mass "benign ERCP biopsy (sub-optimal)," HTN, + PPD, and substance abuse.  The PA did not list hepatitis C as a problem even though he documented this in the subjective section.  The PA did not address the nurse finding of asthma as a history.  The plan was to complete gonorrhea and chlamydia testing, a mammogram, and scheduling for the general medicine and hypertension clinics.  The pancreatic mass was to be addressed in the general medicine clinic.  The PA referred the patient to hepatitis C clinic but did not include hepatitis C as a diagnosis in the assessment.  The PA did not mention labs in the record but did make oblique reference to elevated GGT when referring to the patient's hepatitis C.  There was no physician admission note for this patient.

1, 2   A 70 pound weight loss with a pancreatic mass requiring a liver stent is not indicative of a benign problem.  This patient's old records should have immediately been obtained and radiologic imaging performed to identify and serious pancreatic or liver problems.   The assessment was inaccurate.

Patient #20

| | | | |
|---|---|---|---|
| 11/22/2016 | At 8:22 pm a nurse saw the patient. The blood pressure was 82/59. The patient was found on the floor having "fell out." She fell a second time. Remarkably, the nurse took no action except to tell the patient not to take "sleeping medication." The patient was on omeprazole, metoprolol, Tylenol #3, amlodipine, trazadone, and lamotrigine. The nurse did not call a provider. | 16 | The patient lost consciousness and should have been examined by a doctor. This was grossly and flagrantly unacceptable care. |
| 11/22/2016 | A doctor saw the patient. The hemoglobin was 10.8; creatinine 0.76; BUN 8; albumin 3.3; bilirubin 2. The doctor did not take a history, perform an exam, or develop a treatment plan. The doctor noted that the liver function tests were improved. No action was taken. | 1, 2, 3, 6 | The patient had a serious medical condition but the doctor failed to take any action to address the problem. The doctor also failed to address labs. |
| 12/8/2016 | A doctor saw the patient. The patient weighed 149 pounds. The doctor took little history except that the patient had increase in pain and was having normal bowel movements. Remarkably, the doctor did not take a history of the patient's illness. The doctor didn't qualify the pain. The doctor noted that the patient had decreased appetite. The doctor still took no action with respect to the pancreatic mass except to order a CMP and "observe" the patient. | 1, 2,3 | The patient had a serious medical condition but the doctor failed to take any action to address the problem. |
| 12/8/2016 | Tylenol #3 1 tab TID was prescribed for three months. | | |
| 12/9/2016 | BUN 8 (6-20); albumin 3; CA 19-9 220 (0-37). | | This test showed that the patient likely had pancreatic cancer. |

251

Patient #20

| | |
|---|---|
| 12/12/2016 The patient was seen in hepatitis C clinic. This note had questions about contraindications to interferon even though interferon is not used. There was little history, viral load was not checked. The AST was 22, INR 2, and platelets of 183 were noted. The patient was determined to be immune to hepatitis A and B. The NP documented that the patient "needs sober for 6 months." | 1, 3, 6  The NP failed to take an appropriate history with respect to hepatitis C. Being "sober for 6 months" is not a contraindication for hepatitis C treatment by the UIC protocol. The NP failed to note the CA-19-9 test which was abnormal and indicated likely cancer. |
| 12/13/2016 A doctor wrote a brief note without seeing the patient. The doctor noted that the CA19-9 marker was 220 which was high. The doctor wrote she would consider a CT guided biopsy of the mass and would discuss in collegial. There was no evidence of a collegial review and no evidence of a collegial review in the tracking log. | 6  This test shouldn't have been "considered," it should have been done. The CA 19 test indicated that the patient had likely pancreatic cancer and given the history a work up should have been continued. |
| 12/15/2016 A NP saw the patient in HTN chronic clinic. The temperature was 82.7 with P 67; R 18; BP 128/92 and weight 150. The NP took little to no history and documented a normal examination. The BMI was documented as 25. The NP ordered a six month FU but did not address the pancreatic mass or asthma. The NP did not address the clearly abnormal temperature or the anemia which she documented on the record. | 3, 11  This demonstrated a systemic problem with the medical record. This record is defective. It allows dated vital signs to be re-used in an inappropriate manner. Vital signs should be documented when they are done. If old vitals are to be used, it should be noted as such. To do otherwise is a significant patient safety issue. This ridiculous example gives a temperature which is incompatible with life. Yet it wasn't recognized and was re-used. The NP failed to develop an appropriate treatment plan for the pancreatic mass. |

Patient #20

| 12/21/2016 | A Wexford authorization form. The patient had come from CC Jail with a recommendation for a repeat ERCP with biopsy. The CA 19 was elevated. The approval stated, "no definitive results of path report were noted in records sent-decided will send this patient to GI to eval and make recommendations as to plan of care." This would only delay the diagnosis. It couldn't be clearer what the patient needed. The patient was approved for a GI consult. Below this in the medical record was a denial of a CT scan with FNA biopsy based on insufficient information. What information was required?!!!. They stated, "records sent in by site and no definitive results of path report were noted in records sent." Notably, although this information was present on a referral form, it was not documented in the medical record as a request. This gives the appearance that physicians are improperly not working patients up when the fault lies with the vendor who is denying requested care. | 7 | This referral occurred six weeks after intake. Now the biopsy would be delayed again until the patient went for the GI consult. This acts only as a delay of care. The Wexford collegial review system is a systemic barrier to care and a significant patient safety issue and needs to be abandoned. |

| 1/1/2017 | A nurse noted that the patient was called to the health care unit for two health requests but didn't show up. The nurse did not check on the patient. | | |
| 1/4/2017 | An unsigned referral to GI was written on this date by the doctor. | | |
| 1/5/2017 | On an optometry note the patient had temperature 82.7 with P 72, R18, BP 122/86 with weight 150. These vital signs were identical to those from 12/15/16. | 11 | The medical record has systemic deficiencies that is a patient safety issue. This record should immediately fix this problem or consider return to paper. |

| 1/13/2017 | On a dental vitals were listed as temperature 82.7!! The vitals were identical to 1/5/17 vitals done for optometry. But not addressed. | 11 | The medical record has systemic deficiencies that is a patient safety issue. This record should immediately fix this problem or consider return to paper. |

Patient #20

1/24/2017 The patient went offsite for an appointment but the nurse didn't document where the patient went.

1/24/2017 A GI consultant saw the patient on this day. The consultant noted that an EGD was done on 10/27/16 with a balloon dilation of the CBD and a stent was placed with a small sphincterotomy. The patient complained of diarrhea and abdominal pain. The consultant recommended a CT scan ASAP and might require ERCP. The doctor noted that the patient had been on Tylenol #3 but this was changed to Motrin because of a tooth infection.??? The patient complained of weight loss up to 70 pounds in the last several months.

1/25/2017 A doctor wrote a note without seeing the patient. The doctor noted that the patient saw a GI consultant and had diagnoses of obstructive jaundice, pancreatic mass, and diarrhea. The doctor did not document review of a report. The doctor started pancreaolipase and ordered a CT scan with contrast.

1/25/2017 A CT scan was requested by the doctor but NOT on an urgent basis despite the recommendation for an ASAP test.

7   Doing this as a routine test was inconsistent with the recommendation to perform the CT scan ASAP.

1/31/2017 A doctor wrote a handwritten note. The patient had weakness. The patient weighed 143 pounds. The patient was still on only one Tylenol #3 pill BID prn. The doctor noted that the patient was to get a CT scan and GI follow up for probable ERCP and biopsy. The doctor noted that the patient was found cheeking Tylenol #3.

3   Pain medication was poorly addressed. Liquid medication can be given under observation to avoid cheeking, It was likely that the patient had untreated pain.

2/1/2017 A CT scan was approved in collegial review.

2/2/2017 Amylase 88 (25-125); albumin 2.8.

2/3/2017 Hemoglobin 10.8; platelets 148.

Patient #20

2/15/2017   A CT scan was done.  Only part of the report was available.  The CT scan noted diffuse anasarca and ascites.  There was a 4.7 pancreatic mass with encasement and occlusion of multiple veins resulting in varices.   The findings were consistent with unresectability.

2/16/2017   A doctor saw the patient.  The patient weighted 146 pounds.  The doctor noted a nine pound weight gain, but this was unclear.  The doctor noted that the albumin was 2.8 with anemia of chronic disease.  The doctor noted that the CT scan showed a mass in the head of the pancreas of 4.7 cm with encasement of the splenic vein causing varices by virtue of encasement of splenic and superior mesenteric veins and collaterals.  The mass was apparently unresectable based on the doctor's comments.  The doctor noted that "will need tissue biopsy if chemotherapy is indicated.  In view of all her varices, not sure it is amenable to EGD US guided biopsy."  The doctor referred to an oncologist.

2/21/2017   A doctor saw the patient and noted that the diarrhea was better on pancreaze.  The doctor noted that pain was controlled with Tylenol #3.  The plan was to refer to GI for a biopsy and then to an oncologist.

2/21/2017   A doctor wrote a referral for a GI follow up as a routine.          12   The patient should have had an urgent referral.

2/24/2017   A nurse saw the patient after a fall.  The BP was 119/72.  The patient passed out.  The patient fell on her face.  The nurse called a doctor, who admitted the patient to the infirmary.

2/24/2017   A nurse documented an infirmary admission note.  There were no orders.  The nurse documented that the patient had signed a DNR that day.

Patient #20

| | | |
|---|---|---|
| 2/24/2017 | A doctor wrote an admission note. The doctor took no history of the pain, ability to eat, comfort measures, or ability to function. | 3 | The plan for the patient was insensitive to actual needs and lacked professionalism. The patient was on blood pressure medication but passed out, yet the doctor did not evaluate blood pressure medicine to determine if these were still necessary. |

2/24/2017   At 8:48 pm the patient asked for extra Tylenol due to pain. The nurse documented that there was no order for additional Tylenol so none was given. The patient was still listed as weighing 146 pounds.    3   Not treating the patient's pain was below standard of care.

2/27/2017   A nurse saw the patient. The weight was 136 pounds. It appears that the weight on 2/24/17 was not accurate. The blood pressure was 97/70.    3   The blood pressure is so low that blood pressure medication needed to be lowered.

2/28/2017   A nurse saw the patient. The vital signs were identical to the vitals from 2/27/17. This medical record function needs disabling.    11   The medical record falsely records vital signs and weights.

2/28/2017   Albumin 2.7; cholesterol 89 (100-200); TG 71; HDL 28; LDL 47 (50-129).

3/1/2017   A nurse saw the patient. The vital signs were identical to the vitals from 2/27/17. This medical record function needs disabling.    11   The medical record falsely records vital signs and weights.

3/2/2017   A doctor saw the patient. The vital signs and weight were identical to 2/27/17. Yet the doctor noted that the patient had lost weight since coming into the infirmary. The doctor noted that the abdominal pain was controlled with Tylenol #3 since it was increased to TID. The patient had no place to stay after discharge from prison in June. The doctor noted that the patient had a follow up GI consultation and "May need CT guided bx." The doctor discontinued the amlodipine and noted that metoprolol was changed to propranolol.    7, 11   The medical record falsely records vital signs and weights. The patient had been at Logan for almost three months and had yet to obtain a biopsy of her pancreatic mass. This is an unacceptable delay.

Patient #20

| 3/3/2017 | A nurse saw the patient. The vital signs were identical to vitals from 2/27/17. | 11 | The medical record falsely records vital signs and weight. |
| 3/5/2017 | A nurse saw the patient. The vital signs were identical to vitals from 2/27/17. | 11 | The medical record falsely records vital signs and weight. |
| 3/6/2017 | A nurse saw the patient. The blood pressure was 61/52. A nurse noted that the patient almost fell getting on an examination table. The nurse documented calling the chronic care nurse to clarify blood pressure medication as pressure was very low. The nurse documented notifying the doctor but did not take any orders. | 19 | The patient had blood pressure consistent with shock, yet the doctor ignored the patient. This was indifferent. |
| 3/6/2017 | The GI referral from 2/21/17 was approved as a routine. | | |
| 3/6/2017 | A NP saw the patient in HTN clinic. The BP was 102/75. The NP took no history outside of the check box format, including the box "if obese advise to lose weight" even though the patient had pancreatic cancer and had lost over 80 pounds. The NP took no other history of the patient's other medical problems. | 1, 2, 3 | The NP failed to take appropriate history. The patient had extremely low blood pressures previously and needed medication lowered or discontinued. The NP did not address the patient's pancreatic mass and update the status of the workup. |
| 3/7/2017 | A nurse saw the patient. BP 130/95. The nurse documented "acute pain" but no pain assessment was done. | | |
| 3/8/2017 | At 4:22 am a LPN saw the patient. The blood pressure was 120/89. The patient complaint was "Still the same old stabbing pains at times on my right side." The nurse noted that the patient was on one tablet of Tylenol #3. The nurse documented that the patient reported that the pain medication was effective. | | |
| 3/8/2017 | At 2:48 pm a nurse saw the patient. The vital signs were identical to the 4:00 am vital signs. | | |

Patient #20

3/8/2017 At 3:34 pm a doctor saw the patient. The vital signs were identical to those done at 4:00 am. The doctor noted abdominal pain and that it was hard to sleep. The plan was to follow up with GI for possible biopsy. Labs were noted showing albumin of 2.7, and HGB 10.8 but these abnormalities were not addressed. The doctor did not adjust the pain medication. The assessment included likely pancreatic cancer but the biopsy was still being delayed. The doctor documented anemia and moderate malnutrition but no action was taken.

6, 11, 12   The medical record falsely records vital signs. Abnormal labs were noted but no action was taken. The doctor took no action to determine how to improve nutrition or even establish the degree of malnutrition. The doctor did not evaluate for pain. The GI consult was significantly delayed.

3/9/2017 A nurse saw the patient and the vitals were identical to those from 3/8/17. The patient complained of pain and asked if there was another pain medication order. The nurse told the patient that there was no new order for pain medication. The assessment was "acute pain." The nurse documented a plan to inform the doctor of the pain.

11   The medical record falsely records vital signs.

3/10/2017 The MAR shows patient received amlodipine. Instead of giving the patient morphine, Tylenol #3 was ordered one tablet TID for only two weeks. But there was no discussion of why this was done. The patient was on 15 ER morphine BID and 15IR Q four hours as needed. Substituting Tylenol #3 1 TID is a significant reduction in pain control.

3/10/2017 A nurse saw the patient. The vitals were identical to 3/8/17. The patient asked for pain medication. There was no pain assessment.

11   Vital signs were identical.

3/11/2017 A nurse saw the patient. The vitals were identical to 3/8/17. The patient had pain but there was no pain assessment.

11   Vital signs were identical.

3/12/2017 A nurse saw the patient. The vitals were identical to 3/8/17.

11   Vital signs were identical.

Patient #20

| Date | Note | | |
|---|---|---|---|
| 3/13/2017 | A nurse saw the patient. The BP was 121/93; the temperature and respiratory rate were identical to 3/8/17. The weight was listed as 140 pounds. | 11 | Vital signs were identical. Notably, these vital signs do record the date they were done but what this means is that vital signs are not refreshed when patients are seen and dated vital signs are used for evaluations. |
| 3/14/2017 | A doctor wrote a brief note without seeing the patient. The doctor noted that the KUB showed an unremarkable gas pattern with gallstones in the CBD stent. | | |
| 3/14/2017 | A nurse saw the patient. The vitals were identical to 3/13/17. Pain assessment was not done as usual. | 11 | Vital signs were identical. |
| 3/15/2017 | A nurse saw the patient. The vitals were identical to 3/13/17. | 11 | Vital signs were identical. |
| 3/15/2017 | A doctor saw the patient. The vitals were identical to 3/13/17. No pain assessment was done. The plan was still to follow up with GI. The doctor ordered tramadol but only one tablet daily. The doctor added Boost one can daily. | 11 | Vital signs were identical. |
| 3/16/2017 | A nurse saw the patient. The vitals were identical to 3/13/17. The nurse documented that the patient had stomach pain and asked for pain medication. | 11 | Vital signs were identical. |
| 3/17/2017 | A nurse saw the patient. The vital signs were identical to 3/13/17. The weight was 140. The patient had pain. The patient's pain improved after tramadol. | 11 | Vital signs were identical. |
| 3/18/2017 | Identical vital signs. | 11 | Vital signs were identical. |
| 3/19/2017 | Identical vital signs. | 11 | Vital signs were identical. |
| 3/20/2017 | The patient complained of abdominal pain. The vitals were T 97.9; P 79; R 18; BP 120/80 and weight 137. The nurse took no action about the pain. | 16 | The nurse should have called a provider. |
| 3/21/2017 | The patient complained of pain. T 98.3; P 90; R 16; BP 104/79. The nurse did not address the pain. | 16 | The nurse should have called a provider. |

Patient #20

| Date | Note | Code | Comment |
|---|---|---|---|
| 3/21/2017 | A GI doctor saw the patient. The doctor noted that the patient had been diagnosed with a pancreatic mass in Iowa in 2015 but was lost to follow up and subsequently was seen at County hospital in Chicago where the FNA was nondiagnostic. The patient had abdominal pain with significant weight loss. The liver on the CT scan showed cirrhosis. The consultant scheduled an ERCP and FNA. On hand written notes the doctor prescribed Fentanyl patch 25 mcg/hr. | | The consultant clearly disagreed with the use of Tylenol #3. He was the second consultant to weigh in on pain management. |
| 3/22/2017 | At 11:40 am the patient complained of pain. T 98.3; P 90; R 16; BP 104/79. The nurse did not address the pain. | 16 | The nurse should have called a provider. |
| 3/22/2017 | At 1:39 pm the patient told a doctor that the Tylenol #3 helped better than tramadol. The patient was in pain and asked for better pain control. The doctor stopped the tramadol and started one tablet of Tylenol #3 four times a day. The vital signs were identical to the 3/21/17 vitals. | 3, 11 | This bordered on cruelty. Pancreatic cancer pain is significant and pain management should have included a narcotic. Apparently for a physician visit, dated vitals were used. |
| 3/24/2017 | A nurse saw the patient. The vitals were identical to the 3/21/17 vitals. The patient had stomach pain and asked for pain medication. The nurse did not contact a doctor about the pain. | 11, 16 | Vitals were dated, the nurse needed to refer to a doctor for pain management. |
| 3/24/2017 | A nurse saw the patient. Temperature not taken; P 67; R 18; BP 152/92. No pain history taken. | | |
| 3/25/2017 | A nurse saw the patient. Vitals identical to 3/24/17. The patient complained of pain. | 11 | Dated vitals used |
| 3/26/2017 | A nurse saw the patient. Vitals identical to 3/24/17. The patient complained of pain. | 11 | Dated vitals used. |
| 3/27/2017 | A nurse saw the patient at 1:15 pm. Vitals T 98; P 66; R 16; BP 140/88; weight 140. The patient had no complaints. | | |
| 3/27/2017 | A nurse saw the patient at 3:39 pm. Vitals were identical to two hours before. | 11 | Dated vitals used. |

Patient #20

| | | |
|---|---|---|
| 3/28/2017 | A nurse saw the patient who complained of abdominal pain. The vitals were identical to 3/27/17. The pain was not addressed. | 11, 16 — The nurse needed to call a provider and dated vitals were used. |
| 3/29/2017 | A nurse saw the patient who complained of abdominal pain. The vitals were identical to 3/27/17. | 11, 16 — The nurse needed to call a provider and dated vitals were used. |
| 3/30/2017 | A doctor saw the patient at 1:27 pm. The vitals were identical to 3/27/17. The doctor wrote "Saw GI who mentioned about biopsy and planned to change plastic biliary to metallic stent." The doctor did not document review of the report. The doctor documented without taking a pain history that the pain was controlled with Tylenol #3. The doctor documented she would discuss a biopsy and replacement of the stent at collegial review. | 1, 3, 11 — It is hard to believe that the patient, who had complained of pain to a consultant and to nurses six times over the past two weeks was pain free. The pain plan was not addressing the pain. The vital signs were dated. |
| 3/30/2017 | A nurse saw the patient at 10:01 pm and the patient said that "My back and stomach have been hurting all day." The vitals were identical to 3/27/17. | 11, 16 — The nurse needed to call a provider and dated vitals were used. |
| 3/30/2017 | A doctor referred the patient for an ERCP for biliary stent exchange and a follow up GI appointment. | |
| 3/31/2017 | A nurse saw the patient. The vitals were identical to 3/27/17. The patient asked for pain medication. | 11, 16 — The nurse needed to call a provider and dated vitals were used. |
| 3/31/2017 | Albumin 2.3; total protein 5.7 (6-8); CA 19-9 564 (0-37). | |
| 4/1/2017 | The patient complained of pain all over. The vital signs were identical to 3/27/17. The nurse gave pain meds as ordered but did not discuss the pain with the doctor. | 11, 16 — The nurse needed to call a provider and dated vitals were used. |
| 4/2/2017 | A nurse documented the patient saying "I am doing OK only have belly pain I always have it." The vital signs were identical to 3/27/17. | 11, 16 — The nurse needed to call a provider and dated vitals were used. |
| 4/3/2017 | A nurse documented temperature of 98.1; P 75; R 18; BP 123/86 with a weight of 144. | |

Patient #20

| | | | |
|---|---|---|---|
| 4/4/2017 | The nurse documented that the patient said, "I just have the back pain and pressure like I always do nothing new to me." The vital signs were identical to 4/3/17. The nurse took no action. | | |
| 4/5/2017 | A doctor saw the patient. The vital signs were identical to 4/3/17. Without much history the doctor wrote "Pain is fair controlled with Tylenol #3." The albumin was 2.3. The doctor noted that GI was going to change stents and that the patient had no metastases. | 1, 11, 12 | The doctor used dated vital signs for an evaluation. The pain history was not consistent with the patient's ongoing complaints of pain to nurses. The doctor failed to refer to assess nutritional status. The delay in evaluation was significant. |
| 4/5/2017 | An ERCP and biopsy were approved by Wexford. | | |
| 4/6/2017 | A nurse saw the patient. The vital signs were identical to 4/3/17. The patient stated, "just the same old aches and pains in my stomach." | 11, 16 | The nurse needed to call a provider and dated vitals were used. |
| 4/7/2017 | A nurse saw the patient. The vital signs were identical to 4/3/17. | 11 | Vital signs were dated. |
| 4/7/2017 | A doctor prescribed Tylenol #3 1 tab BID for a month. | | |
| 4/8/2017 | A nurse saw the patient. The vital signs were identical to 4/3/17. | 11 | Vital signs were dated. |
| 4/9/2017 | A nurse documented that the patient had stomach pain. The vital signs were identical to 4/3/17. No action was taken. | 11, 16 | The nurse needed to call a provider and dated vitals were used. |
| 4/10/2017 | A nurse documented T 97.8; P 81; R 16; BP 139/103; weight 142. | | |
| 4/11/2017 | A nurse documented that her stomach hurt "like it always does." The vital signs were identical to 4/10/17. No action was taken. | 11, 16 | The nurse needed to call a provider and dated vitals were used. |
| 4/12/2017 | A nurse documented identical vitals from 4/10/17. | 11 | Vital signs were dated. |
| 4/13/2017 | A nurse documented identical vitals from 4/10/17. | 11 | Vital signs were dated. |

Patient #20

| | | |
|---|---|---|
| 4/13/2017 | A doctor saw the patient. The vitals were identical to 4/10/17. The Tylenol #3 was causing constipation and the doctor decreased the dose to TID. The patient was documented as anicteric. There was no change to the plan except the decrease of pain medication. | 1, 2, 3 | Given complaints of pain to nurses, a decrease in pain medication seemed cruel. The doctor did not appear to appreciate the degree of pain the patient was in and didn't assess for this. |
| 4/14/2017 | A nurse documented identical vitals from 4/10/17. The patient apparently was to go offsite for a FNA biopsy and biliary stent exchange. | | |
| 4/14/2017 | At 9:24 pm a nurse documented T 87.5; P 81; R 16; and BP 93/65. The nurse took no action regarding the low blood pressure. The weight was 142 pounds. | 16 | The nurse should have called a provider. |
| 4/14/2017 | A doctor prescribed Tylenol # 3 one tab TID for two months. | | |
| 4/16/2017 | A nurse noted that the patient complained that the medications weren't working and she was having breakthrough pain. The vitals were identical to 4/14/17. Remarkably, the nurse wrote to continue the current orders and did not talk to a physician. | 16 | The nurse should have called a provider. |
| 4/17/2017 | A nurse documented that the patient was having discomfort in her abdomen and had nausea and vomiting "this weekend." The T 97.9; P 95; R 14; BP 128/74 and weight 128 pounds. | 16 | The nurse should have called a provider. |
| 4/17/2017 | Albumin 2.9; BUN 5; potassium 3.1 (3.5-5.3). | | |
| 4/18/2017 | A nurse saw the patient, who complained that she had vomited twice since the night before. The patient couldn't eat without pain. The nurse remarkably used the identical vitals since the day before even though the patient had been vomiting. The patient had diarrhea, vomiting, and wasn't eating. The nurse told a doctor about the vomiting and weight loss. | 11, 19, 8 | Dated vitals used. Apparently the doctor didn't evaluate the patient for diarrhea, vomiting, and not eating. This was indifferent, as the doctor was ignoring serious medical conditions. Laboratory tests should have been ordered due to the vomiting to assess for dehydration. |

Patient #20

| 4/19/2017 | A nurse saw the patient. The vital signs were identical to 4/17/17. The nurse documented that the patient couldn't move without pain and that if she ate she vomited the food. Remarkably, though in the narrative note, the nurse documented that "increased rate of respirations noted" even though the vital signs documented were identical to 4/17/17 and the respiratory rate was 14, which is normal. | 11, 16, 8 | The nurse used dated vitals and failed to call a physician for serious medical conditions. Labs should have been ordered because of the vomiting. |

| 4/19/2017 | At 10:01 pm a nurse documented that the patient was having "foul smelling vomiting." The nurse noted that a doctor saw the patient and that mag citrate and Zofran were ordered. The vitals were identical to the vitals from 4/17/17. | 11, 16, 8 | The patient had a serious event and the nurse used dated vitals. The nurse should have consulted a doctor and labs should have been ordered. |

| 4/19/2017 | At 11:31 pm a doctor documented a note. The patient complained of vomiting since her procedure 4-5 days ago. The doctor noted identical vitals to 4/10/17. The doctor reviewed labs from 4/18/17. The potassium was 3.1.; the alkaline phosphatase was 300; albumin 2.9. The BUN was not given. The doctor documented that the stent "exchange was attempted but unsuccessful per verbal report 4/14/17." The doctor ordered a CMP and advised to decrease narcotics until symptoms improve. Zofran was ordered along with an abdominal x-ray. | 11, 14, 8 | There was no report from the GI consultant. The patient had four days of vomiting with abnormal labs from the day before. The patient was in pain yet the doctor discontinued pain medication. The doctor did not attempt to obtain orthostatic vitals to assess for dehydration. Under these circumstances admission to a hospital was indicated. Instead, the doctor stopped pain medication, ordered an antiemetic, and an abdominal x-ray. Intravenous fluid was indicated as the patient was unable to take by mouth. The doctor should have ordered labs. Care was grossly and flagrantly unacceptable. |

| 4/20/2017 | At 5:11 pm a nurse saw the patient. The patient hadn't been seen since the night before. The vital signs were identical to the 4/10/17 note. The patient had significant pain and couldn't eat or drink. | 11, 16, 8 | The nurse used dated vitals and failed to call a physician for serious medical conditions. Labs should have been ordered due to not eating. |

Patient #20

| | | |
|---|---|---|
| 4/20/2017 | At 11:04 a nurse saw the patient. The vital signs were identical to the 4/10/17 note. The nurse noted that the patient vomited 200 cc. There was no assessment or consult with a doctor. At 11:05 a nurse wrote a second note using the same vital signs. The nurse documented the patient saying that the patient was "25." There was no assessment or plan. | 11, 16, 8 The nurse used dated vitals and failed to call a physician for serious medical conditions. Labs should have been ordered due to vomiting. |

4/21/2017 A doctor prescribed 15 mg morphine every six hours.

4/21/2017 A doctor saw the patient. The vitals were identical to 4/10/17. The doctor told the patient that the biopsy showed adenocarcinoma. This diagnosis was five months after incarceration. The patient was sad and crying. The patient had a June out date. She had two sons and 15 grandchildren. The patient was agreeable to stronger pain medication. The doctor documented that she would assist the patient with application for compassionate release and consult the oncologist for prognosis and would maximize pain management. But the pain medication order was not in this note and it was unclear what maximize pain management meant. The doctor did not order additional pain medication.

11, 8 The doctor evaluated the patient but used dated vitals. The doctor started morphine only after obtaining a diagnosis. There was no therapeutic plan for this patient. Due to the recent vomiting labs should have been ordered.

4/21/2017 A nurse saw the patient. The vital signs were identical to the 4/10/17 note. The patient was now on a fentanyl patchy which was "helping with the pain." The patient had constipation. The patient was given Miralax.

4/21/2017 Albumin 3.4; potassium 2.9 (3.5-5.3); alk phos 239.

4/21/2017 A morphine fentanyl patch was prescribed for four days.

4/21/2017 A doctor prescribed 0.5 mg morphine QID at 11:09 am.

4/21/2017 A doctor prescribed 5 mg morphine QID at 11:16 am.

3 This is an extremely low dose. The morphine should have been titrated to the patient's pain.

Patient #20

| | | | |
|---|---|---|---|
| 4/21/2017 | The MAR showed that the patient received a single fentanyl patch on 4/21/17. This was good for 72 hours. The medication was discontinued on 4/24/17. | | |
| 4/22/2017 | A doctor wrote a note that the hypokalemia was worse from 3.1 to 2.9 and that the patient was refusing potassium supplementation. The doctor wrote that she was unable to enter orders since the computer was locked by the nurse. The nurse left the infirmary and the computer was unable to be used. | 11 | To have an electronic medical record that locks because another individual is using it is unacceptable. |
| 4/22/2017 | An LPN saw the patient. The patient was able to sleep a little since the fentanyl patch. The patient wasn't eating. The patient said the fentanyl patch was helping quite a bit. The patient was able to tolerate liquid Boost. | | |
| 4/22/2017 | Morphine was prescribed 15 mg Q 6 hours but this was stopped on 4/24/17. | | |
| 4/22/2017 | A MAR showed the patient received one day of 15 mg morphine every six hours. | | |
| 4/23/2017 | A nurse saw the patient. The vitals were identical to 4/10/17. The patient still had pain despite the fentanyl patch. | 11 | Vitals were dated, the nurse needed to refer to a doctor for pain management. |
| 4/23/2017 | A nurse noted that the patient wasn't talking much and the patient was very weak. The vitals were identical to 4/10/17. At 2:48 pm the patient was sent to a hospital. It wasn't clear why. | 11 | Vitals were dated. |
| 4/23/2017 | At 10:16 pm a nurse noted that the patient returned from the hospital and ordered to discontinue the patch. The temperature was 93.6; pulse 120; BP 122/96. The assessment was hypotension although the blood pressure was not low. | | |

Patient #20

| | | | |
|---|---|---|---|
| 4/23/2017 | The patient was sent to a hospital. The discharge diagnoses were hypokalemia, cancer pain, and dehydration. | 4 | Given dehydration and hypokalemia, it is clear that providers at the facility were not appropriately monitoring the patient's condition. She had vomiting and did not have laboratory monitoring to assess whether the vomiting was affecting her electrolyte status. |
| 4/24/2017 | A nurse documented identical vitals from the day before. The patient was too weak to sit up. The patient wasn't speaking and only nodded her head in response to questions. Tylenol #3 was given for pain. | 4 | The patient needed to be on a stronger narcotic. |
| 4/24/2017 | At 1:02 pm the patient told a nurse "I need more pain meds I hurt so bad." The blood pressure was 84/52. The patient vomited. Morphine was crushed and given in pudding but the patient vomited after eating. An IV was started and Zofran was given IV. | 14 | The facility was unable to care for this patient who needed skilled nursing care and a doctor who understood pain management and end-stage cancer management. She needed transfer to a higher level of care. |
| 4/24/2017 | At 6:38 pm a doctor saw the patient. The vitals from 1:00 pm were used on the note. The patient was now on morphine sulfate 10 mg every two hours. Family had come for a visit. The doctor added lorazepam every two hours. | 4 | The patient was placed on palliative sedation with morphine and lorazepam but it wasn't clear that the patient was involved in the decision and should have been. |
| 4/24/2017 | A nurse saw the patient at 11:41 pm and noted identical vital signs from early that day. | 11 | Vital signs were identical |
| 4/24/2017 | Morphine sulphate was ordered 10 mg every four hours at 3:44 pm. | | |
| 4/24/2017 | Morphine sulphate was ordered 10 mg every two hours at 6:12 pm. | | |
| 4/24/2017 | Lorazepam 2 mg IM was ordered every two hours for seven days at 12:55 pm. | 4 | This was an extraordinary dose of lorazepam intravenously. This was clearly palliative sedation and needed to be discussed with the family and patient, but it wasn't clear that this occurred. |
| 4/24/2017 | Lorazepam 2 mg IV push every two hours was ordered for three days. The order was at 6:52. | | |

Patient #20

| | | | |
|---|---|---|---|
| 4/24/2017 | A doctor prescribed morphine 10 mg every 2 hours PRN and lorazepam 2 mg IV every two hours. | | |
| 4/24/2017 | A doctor prescribed .25 mg morphine every six hours. This was discontinued the same day. | | |
| 4/24/2017 | A doctor prescribed 5 mg morphine every six hours. | | |
| 4/25/2017 | Just after midnight a nurse noted identical vital signs from the day before. Ativan was given IV. | 11 | Vital signs were identical. |
| 4/25/2017 | At 3:45 am a nurse saw the patient. The vital signs were identical to the day before. Ativan was being given every two hours. At 7:00 am the patient was lethargic. Vital signs continued to be from the day before. At 3:54 pm the patient expired. | | |

Patient #21

| | |
|---|---|
| 11/2/2011 | Annual health examination documents prostate cancer, DM, and HTN as problems.  The weight was 174.  Refused rectal examination. |
| 6/26/2012 | EKG showing NSR but looks like flat ST segment in lateral leads. |
| 10/23/2013 | Annual health examination documents prostate cancer, DM, and HTN as problems.  The weight was 194.  Rectal examination deferred. |
| 2/4/2014 | PSA 10.9 (0-3.9). |
| 3/4/2014 | Microalbumin 7 (0-30); glucose 121; A1c 6.1; total cholesterol 181; TG 101; HDL 40; LDL 121; TSH 0.73; creatinine 1.02. |

5/13/2014 PSA 2.4; creatinine 0.89.

8/4/2014 A doctor saw the patient in diabetes and HTN chronic clinics.  The weight was 174 pounds.  The blood pressure was difficult to read but appeared to be 131/84.  The doctor noted that the LDL was 121 and the most recent A1c was 5.6.  The doctor took no history and did not address what medications the patient was taking except to note that the patient had a current prescription for Lopressor until 1/25/15.  The doctor assessed the patient in good diabetic control.  The doctor did not address apparent weight loss of 20 pounds since the 2013 annual exam.  The diabetic medication apparently was discontinued in July but no mention was made of this.  The doctor did not check recent CBGs .  The recent A1c was about the time the medication was discontinued.  The doctor did not order any follow up.  The patient had a 44% 10-year risk of heart disease and stroke yet was not placed on a statin drug.

1, 17    The history was poor.  The plan did not include use of a statin despite high risk.  Weight loss was not evaluated.

11/4/2014 PSA 8.7; creatinine 0.89.

Patient #21

| | | |
|---|---|---|
| 12/30/2014 | A doctor saw the patient for diabetes and HTN chronic clinics. The weight was 182. The BP was 131/70. The doctor took no history. He noted the recent LDL of 121 and A1c of 5.5. Only a brief examination was done. The only assessment was good hypertension and diabetes control. The doctor didn't discuss medications. Apparently diabetic medication was discontinued in July but the doctor didn't mention this. | 1, 17 — The history was poor. The plan did not include use of a statin despite high risk. Weight loss was not evaluated. |
| 3/3/2015 | Microalbumin 34; A1c 6.5; cholesterol 199; TG 131; HDL 43; LDL 130; PSA 1.4; testosterone 23 (300-720); creatinine 0.9. | |
| 3/10/2015 | EKG showing sinus rhythm with moderate ST depression. | |
| 3/17/2015 | BUN 21; PSA 1; testosterone 20. | |
| 4/17/2015 | A NP saw the patient for diabetes and HTN chronic clinics. The BP was 120/70. The weight was 192. The NP noted a recent LDL of 130 with cholesterol 199 and HDL 43. The NP noted that medication for diabetes had been discontinued on 7/15/14. The NP noted that the patient was on Lopressor and ASA but did not mention a statin drug. | 3, 6, 17 — The patient had a recent EKG with ST depression and high cardiovascular risk but these were unnoticed. The patient had a 39% 10-year risk of heart disease or stroke and should have been offered high intensity statin. |
| 7/5/2015 | A nurse evaluated the patient for generalized weakness. The weight was 193. | |
| 7/13/2015 | A1c 8.3. | |
| 7/31/2015 | A nurse saw the patient for medication refill. The weight was 189. | |

Patient #21

| 8/20/2015 | A doctor saw the patient for diabetes and HTN chronic clinics. The weight was 187. The blood pressure 128/64. The doctor took no history. The doctor did note that the recent LDL was 130 and A1c was 8.3. The doctor noted that the patient was taking HCTZ, Lopressor ASA and metformin 1000 mg BID. At the last chronic disease clinic the patient had been on no diabetes medication. The doctor started glipizide 5 mg daily . The doctor did not address the lipids. | 1, 17 | The patient had high cardiovascular risk but these were unnoticed. The patient had a 39% 10-year risk of heart disease or stroke and should have been offered high intensity statin. The NP should have taken a history of chest pain or angina equivalents. |
|---|---|---|---|
| 8/28/2015 | A1c 7.9; cholesterol 172; TG 145; HDL 34; LDL 105; creatinine 0.9. | | |
| 9/1/2015 | Hepatitis C negative; cholesterol 168; TG 129; HDL 37; LDL 109. | | |
| 9/22/2015 | PSA 3.4. | | |
| 10/23/2015 | Annual health examination documents HTN, DM, prostate cancer, and blindness in L eye. Weight is 182.8. No offer of rectal examination. | 7 | Colorectal screening was not offered. |
| 11/3/2015 | A1c 5.7; creatinine 0.79. | | |
| 12/6/2015 | A doctor saw the patient for diabetes and HTN chronic clinics. The BP was 138/72, recent LD 109; and recent A1c 5.7. The doctor took no history and did a brief exam and continued HCTZ, ASA, Lopressor, metformin, and glipizide. | 1, 17 | The patient had a 10-year risk of heart disease or stroke of 47% and should have been offered a statin drug. The doctor did not ask about any problems with the new diabetic medication. |
| 1/6/2016 | A clerk documented that the patient was presented to collegial review for an oncology follow up. | | |
| 1/7/2016 | PSA 3.3; creatinine 0.96; hemoglobin 14.3. | | |
| 1/12/2016 | A doctor noted that the patient returned from Lupron injection. There was no history, exam, review of the report, discussion of the status of the patient or discussion with the patient. | 10 | The doctor didn't follow up appropriately after the consultation. The report wasn't reviewed and the doctor didn't discuss with the patient. |

Patient #21

| | |
|---|---|
| 1/17/2016 | The patient complained of weakness and being wore out. The patient complained of night sweats but no weight loss. The weight was 186 pounds. The nurse took no action except to give the patient allergy medication and cough syrup even though the patient did not complain of upper respiratory symptoms. |
| 2/4/2016 | A doctor saw the patient for shortness of breath. The patient weighed 181. The note was mostly illegible. The doctor appears to have diagnosed upper respiratory infection and bronchitis and prescribed amoxicillin for 10 days with an as needed follow up. |
| 3/13/2016 | The patient saw a nurse for a complaint of abdominal pain. The weight was 179. The patient thought he had possible blood in his stool. The patient complained also of weakness. The nurse referred the patient to a physician. |
| 3/16/2016 | A clerk documented that the patient was presented to collegial for an oncology follow up. |
| 3/16/2016 | A doctor wrote a brief note stating that the patient had abdominal pain and constipation. The doctor noted that the patient was moving his bowel and that there was no bright red blood. The doctor noted that the patient refused a rectal exam. There was no other history or examination. The doctor ordered milk of magnesia and stool softener but no other diagnostic tests. The doctor did not ask about ability to eat or identify whether the patient lost weight. |
| 4/5/2016 | Cholesterol 191; TG 114; HDL 42; LDL 126; creatinine 0.91. |
| 5/19/2016 | The patient went to the oncology follow up appointment. |

7    The patient had blood in his stool but since there was no active bleeding the doctor took no action. The patient was 72 years old and had abdominal pain and blood per rectum and should have had a colonoscopy.

Patient #21

5/19/2016 A nurse saw the patient after his oncology appointment. The blood pressure was 160/90.

5/25/2016 A NP saw the patient post-oncology visit. The NP documented review of the oncology notes and started antibiotics as recommended by the oncologist.

6/20/2016 A nurse saw the patient for upper respiratory symptoms. The patient had a cough. The nurse documented a weight of 174.8. The nurse failed to notice the weight loss. The nurse gave the patient CTM and ibuprofen by protocol without referral.

16   The patient had respiratory symptoms for several months with cough. The nurse should have consulted a physician.

7/3/2016 A nurse saw the patient for abdominal pain. The patient described "occ constant pain" which seems inherently contradictory. The patient said he had the pain for several weeks. The weight was 177 pounds. The nurse referred the patient to a provider.

7/6/2016 A1c 5.3; creatinine 0.92.

7/14/2016 A doctor saw the patient and wrote an extremely brief note. The doctor wrote that the patient had "burning sensation upper abd R>L postprandial." That was the entire history. The doctor did not obtain a weight, determine the quality or intensity of pain, determine whether the patient was able to eat normal, had diarrhea, or constipation. The history was inadequate. There was no assessment or differential. The doctor stopped Pepcid and started Prilosec with a follow up in two weeks.

1, 2, 7   The history and evaluation were inadequate. The patient had abdominal pain for five months. Without adequate evaluation the doctor ordered an anti-acid medication. Due to age, prior blood per rectum, and abdominal pain for five months, colonoscopy was indicated.

Patient #21

| | | |
|---|---|---|
| 7/29/2016 | A NP saw the patient in follow up for the abdominal pain. The only history was that the patient had recently been started on Prilosec and was "some" better but the patient still had pain. The NP documented that the patient had normal bowel movements. The NP exam was that the abdomen was firm, with "sluggish" bowel sounds. Based on this limited history the NP diagnosed "?ulcer" and ordered a KUB with follow up in two weeks. The blood pressure was 148/80, but the NP did not address this. | 1, 7, 8 — The history was inadequate. The severity and duration of pain was not obtained. Associated symptoms were not obtained. Precipitants, quality, temporal elements, and radiation were not obtained. The physical examination was extremely brief. No laboratory tests were ordered. A KUB was ordered but this would unlikely be of clinical value with the patient's complaint. The NP failed to establish an appropriate treatment plan and failed to obtain appropriate laboratory tests (CBC, CMP) or colonoscopy. |
| 8/19/2016 | An NP saw the patient. The blood pressure was 170/90. The weight was not taken. The NP noted that there was no x-ray report yet. The film had been done on 8/8/16. The NP took no history regarding the patient's symptoms. The only examination was to state "abd soft - No reddened skin." The NP ordered no follow up without even asking if the patient still had symptoms. The weight wasn't checked. The NP did ask that the blood pressure be checked twice a week for two weeks. | 3, 15 — The NP failed to modify BP meds despite significant elevation of blood pressure. The NP failed to follow up on the abdominal pain which the patient had for over five months and didn't order follow up despite not reviewing the x-ray. |
| 8/26/2016 | A CMT noted that the patient's BP had four blood pressure checks including: 146/74; 150/82; 138/84; and 144/76. All of these were not at goal for a diabetic except for one. | |
| 8/29/2016 | A CMT BP was 148/78. | |
| 9/2/2016 | A CMT saw the patient for a dry cough and shortness of breath for 5-6 days. The weight was 174. The nurse used an upper respiratory protocol and identified no problems. The nurse gave the patient over-the-counter medication and sent the patient back to his unit. | 16 — The CMT should have called a doctor as the patient had a serious condition beyond the scope of practice of a CMT to address. |

Patient #21

| | | | |
|---|---|---|---|
| 10/5/2016 | A CMT saw the patient for weakness, fatigue and cough. The patient weighed 172 pounds. The blood pressure was 150/80. The patient complained of shortness of breath. The patient had weight loss, fatigue, and weakness. He also had prior abdominal pain that was not worked up and the nurse didn't ask about this. The CMT gave the patient Tylenol with no referral. | 16 | The CMT should have consulted a provider. |
| 10/30/2016 | A NP saw the patient for weight loss. The patient weighed 160 pounds. The blood pressure was 140/74. The only NP history was that that patient lost weight. The only physical examination was that the patient could walk to the scale, had a soft abdomen and clear lungs. The assessment was weight loss. The NP plan was to give the patient a lay in permit with a slow walk permit. The NP ordered weekly weights for three months and ordered CMP, CBC and UA with another KUB and chest x-ray. | 1, 2, 3 | The NP took inadequate history and made an inadequate assessment. The patient had recent shortness of breath and more remotely abdominal pain which were not considered. Abdominal x-ray is unlikely to be useful in an evaluation of weight loss. Colonoscopy was indicated. CT of the abdomen should have been considered. The other labs and chest film were appropriate. |
| 11/3/2016 | X-ray showing punctate density over lower pole of left kidney likely representing a stone. US recommended. | | |
| 11/3/2016 | Microalbumin 79; BUN 24 (0-20); sodium 134; creatinine 1.31 (0.5-1.5); A1c 5.6 (4-6); hemoglobin 12.3 (13.2-18). | | |
| 11/3/2016 | An NP wrote that the patient presented to the ER with abdominal pain with 12 pound weight loss over the past month. The NP noted that the recent KUB showed stool. The NP sent the patient to a hospital for right lower quadrant pain. | | |

Patient #21

11/3/2016 An incident report documents that the inmate was sent to Chester Memorial Hospital. There was a CT scan report which documented a large retroperitoneal mass suspicious for lymphoma. The hospital documented speaking with Dr. Siddiqui who in coordination with Dr. Trost and the NP would coordinate further care.

11/3/2016 A NP noted that the patient returned from the hospital and had an abdominal mass. The NP sent the patient back to his cell and ordered a follow up with a doctor on 11/7/16. The patient's weight was 152 pounds. The NP didn't ask the patient whether he was eating or about any symptoms.

11/7/2016 The weight was listed as 153.6.

11/8/2016 Security did not bring the patient for his physician follow up appointment.

11            Patients should be transported for their appointments.

11/9/2016 A clerk documented that the patient was to be presented at collegial for his oncology follow up for his prostate cancer. Wexford UM cancelled the collegial call for the week. UM was going to make a decision on their own.

11/11/2016 An NP saw the patient. The weight was 149 pounds. The NP noted that the patient was scheduled for a follow up of an offsite visit from Memorial Hospital. The NP noted that there were no notes from the hospital in the chart yet. The NP noted that the patient could walk to the scale and get up out of the chair and had a good BM after taking magnesium citrate. That was the extent of the examination. The NP documented that labs were pending from the hospital. The NP noted that the patient was to follow up with the doctor.

10, 11      Follow up of the hospital report was not done because there was no report. The NP did not address the weight loss.

11/14/2016 A CMT took a weight of 148.2 pounds.

Patient #21

| 11/17/2016 | A doctor saw the patient and the patient was anorexic and felt weak. The doctor noted that the patient lost 26 pounds over the past three months. The doctor documented that the CT scan was noted. There was no history, no evaluation as to whether the patient was able to function on his housing unit, whether he was able to eat, or whether he needed a higher level of care. There was no assessment. The only plan was a collegial referral to oncology. The weight was 146 pounds. The patient had lost six pounds over the past two weeks and should have been considered for infirmary care and had an expedited evaluation for biopsy. | 1, 3, 8 | The doctor took no history and failed to establish a plan that protected the patient and addressed his needs. Nutritional status was not obtained. It wasn't clear whether the patient could function in population. The doctor ordered no labs to determine the metabolic status of the patient. |

11/21/2016 The patient was seen at Illinois Oncology Inst for his six month follow up of prostate cancer. They noted that the patient had been increasingly fatigued over the past few months and was only able to walk seven feet before getting fatigue. He had constipation and only had one BM a week and was drinking only 20 ounces of water a day. He had low back and abdominal pain intermittently. They noted that a recent CT scan showed a large mass in his abdomen. They described the mass as 10.7 by 9.9 cm in the upper abdomen extending into the right renal bed and retroperitoneum involving the periaortic lymph node region with right hydronephrosis. They recommended a CT guided biopsy ASAP or in the next two weeks to test for non-Hodgkin's lymphoma. They also recommended a CT of the brain ASAP. They noted "if his physical condition deteriorates at the correctional center, I do recommend transfer him to the infirmary and start him on IV fluid." They also recommended a three week follow up.

Patient #21

| | | |
|---|---|---|
| 11/21/2016 | An NP noted that the patient returned from oncology. The NP documented that orders were noted and that paperwork was sent to med furlough. It wasn't clear what this meant. The NP ordered a follow up in five days, allopurinol, Pepcid, dexamethasone, Reglan, ensure, and senakot. The patient should have been placed on the infirmary. | 10, 11, 14 — The NP failed to review the oncology notes for a biopsy and CT brain. The NP also failed to appreciate the note about hydration and infirmary placement. |
| 11/26/2016 | An NP documented that the patient was being seen for medical furlough return. The weight was 141.6. The NP took no history and noted that the patient appeared pale. There was no exam except to note that bowel sounds were hypoactive. The NP ordered a CBC, CMP and two week follow up. There was no mention of the CT findings. | 10, 11, 14 — The NP failed to review the oncology notes for a biopsy. The NP also failed to appreciate the note about hydration and infirmary placement. It appeared that the patient may have had a CT of the brain but there was no report and it wasn't clear what happened. |
| 11/28/2016 | A CMT took the weekly weight, which was 141.2. No action was taken. | |
| 11/30/2016 | BUN 28; sodium 134; creatinine 2.06; albumin 3.7; hemoglobin 12.1; platelets 287. | |

Patient #21

| | | |
|---|---|---|
| 12/3/2016 | A nurse practitioner saw the patient for a quarterly chronic clinic for diabetes and hypertension. The weight was 132. The nurse noted that the recent A1c was 5.6 and was improved. The NP noted that the patient was in good control and decreased glipizide to 2.5 mg daily from 5 mg daily and metformin to 500 BID from a gram BID. The NP made no mention of the significant weight loss and did not address the retroperitoneal mass. With respect to hypertension clinic, the blood pressure was 110/70. The NP noted that recent LDL was 126. The NP noted keeping the patient on Lopressor 25; HCTZ 25; and ASA 81 daily. The NP did not address the elevated cholesterol. More critically, the NP made no mention of the significant retroperitoneal mass which had not yet been biopsied. | 1, 3, 6, 10 | The NP failed to take adequate history or review the oncology notes. As a result, the plan was inadequate. Based on recent labs which were not reviewed, the patient appeared mildly dehydrated and had worsening kidney function and had persistent anemia, which were unnoticed. |

Patient #21

12/3/2016 An NP saw the patient. The weight was 132. The NP noted that the patient had a recent oncology visit. The NP noted that the patient had a 15-20 pound weight loss, had poor appetite. The NP noted that the diabetic medication had been decreased and that the A1c was now 5.6. The NP took no other history, did not determine whether it was safe to be in general population and made no effort to determine why the patient was losing so much weight. The NP documented that the patient was to follow up with a doctor "regarding code status - and inmate's concern of life /death options." This was remarkable given that a diagnosis had yet to be made. There was no concern about the urgency of the diagnosis. The NP ordered a CBC, CMP, UA, vitamin D level, A1c and decreased the glipizide to 2.5 mg daily, continuing the metformin at 500 BID. The NP wrote "referral Dr Trost - code status (CANCER)." Remarkably, the NP did not initiate any diagnosis and was presuming it was a cancer.

7, 14    The NP was more concerned about code status than about getting a necessary biopsy of an abdominal mass. The delay in biopsy was significant and unnecessary. The patient should have been considered for a higher level of care (infirmary).

12/3/2016 A CMT took a weight of 139.2.

12/5/2016 A CMT documented that the patient felt better. The CMT documented that the patient was to be starting on ensure. The weight was documented as 146.6.

12/5/2016 A doctor saw the patient but the note was extremely brief. The doctor noted that the patient had anorexia, was weak, and had lost 50 pounds. The doctor noted no nausea or vomiting or abdominal pain. The only plan was to issue permits. The doctor noted that the patient was to go out soon for oncology.

10    The doctor failed to review the oncology note or recommendations.

Patient #21

12/5/2016    A doctor referred the patient for a CT of the brain and CT guided biopsy.  There was an approval for a CT of the brain and another approval for a CT guided biopsy, both dated 12/5/16.

12/8/2016    A doctor presented the patient to collegial for oncology follow up.  Wexford UM cancelled the collegial call and the note by the clerk documented that UM would make the decision on this case.

12/14/2016    A clerk documented that the patient was approved for oncology follow up as authorization # 465355597.

12/15/2016    A doctor saw the patient and noted GERD symptoms.  The weight was 138 pounds.  The doctor performed no examination and took to history except for GERD symptoms.  The doctor noted that the patient was to go out for a CT scan and biopsy of the mass.  The doctor ordered two cans of Boost for six months.

     1, 2    The history and exam were inadequate.  The doctor didn't determine whether the abdominal mass might be the cause of the symptoms.

12/28/2016    A nurse saw the patient, who said that he was unable to urinate except to dribble. The patient needed to be taken to the health care unit in a wheelchair. The nurse noted that the patient had 3+ leg edema and had a stage II pressure ulcer on his hip. The nurse placed the patient on the doctor's sick call for 12/29/16. This patient should have been seen that day.

     14, 19    A doctor should have seen the patient.  The patient clearly couldn't care for himself in general population and was debilitated.  He needed to see a doctor and needed higher level of housing, neither of which occurred.

12/29/2016    A doctor saw the patient, who weighed 150 pounds.  The doctor noted that the patient had an ulcer on his hip.  Much of the note was illegible.  The doctor ordered a UA, Flomax, with a follow up in two weeks.  The patient was getting edema but this wasn't evaluated.  The doctor did not admit the patient to the infirmary even though the patient was clearly unable to care for himself to the extent of developing a decubitus ulcer.  This was neglect.

     1, 2, 3    Care was grossly and flagrantly unacceptable.  The patient had serious problems and complications causing debility and inability to care for himself, which were ignored.  This was indifferent care.

Patient #21

12/30/2016   Creatinine 1.47 (0.5-1.5); albumin 3.3; AST 16; ALT 29; alk phos
113; hemoglobin 10.4; platelets 488; normochromic.

1/9/2017   The weight was 160.  The large weight gain was likely fluid due
to edema but it appeared unrecognized except by a nurse.

1/23/2017   The weight was 162.

1/30/2017   The weight was 170.

2/2/2017   A nurse saw the patient for diarrhea that was reported to      16      The nurse should have consulted a physician.
medical staff by the patient's cellie.  The patient had been
neglected and should have been on the infirmary.  The LPN
noted a pulse of 113; BP 150/96.  Remarkably, the nurse took
no action and did not refer the patient.

2/2/2017   A nurse admitted the patient to the infirmary as a chronic              It was remarkable that lay custody officers and the
patient based on decline in status based on security complaint.              nurse as opposed to a doctor recognized infirmary care
The nurse documented a weight of 180, which was clearly              need.  It speaks to the deficiency of the provider staff.
inaccurate.  The BP was 152/94.  The nurse noted 2-3+ edema
of both legs.  The nurse did not document review of the
decubitus ulcer.

2/2/2017   An NP performed an admission note to the infirmary. The NP      1, 2, 3   The NP failed to take adequate history, failed to
noted decrease in activity of daily living functioning. The NP              perform adequate exam, and did not establish a
did not take further history of what was problematic or what              reasonable therapeutic plan based on the patient's
the patient was unable to do or why this recent change in              condition.
status. The NP examination was significantly abnormal. The NP
only noted that the patient was unable to stand without
assistance, was oriented to person and place, but had a slow
response to knowing what time it was.

2/3/2017   A doctor saw the patient.  The entire note was SOA No c/o's      1, 2, 3   There was inadequate history, physical examination, or
confused ambulates OK P [plan] CPM [continue present              plan based on the patient's condition.  Care was grossly
management].              and flagrantly unacceptable.

Patient #21

| | | |
|---|---|---|
| 2/4/2017 | A nurse saw the patient and noted that the patient was confused. The nurse wrote that the patient had altered mental status but a physician did not evaluate the patient. | 16, 19 — The nurse should have consulted a physician. Confusion is a significant finding and required immediate attention. |
| 2/5/2017 | At midnight a nurse saw the patient, who was still confused. The nurse noted that the patient was incontinent. Despite this, the patient was not admitted to a hospital. | 14, 16, 19 — The nurse did not consult a physician. A physician needed to immediately evaluate the patient. The patient needed to be hospitalized. None of these happened. Care was grossly and flagrantly unacceptable. |
| 2/5/2017 | At 4:15 am a nurse documented the patient stating "come on guys. Aw come on." The nurse noted that the patient was apparently talking to people in his cell who weren't there. The nurse noted that the patient was incoherent. The nurse assessed alteration in thought process and referred the patient to mental health without discussing the altered mental status with a physician. | 14, 16, 19 — The patient appeared delirious. Instead of referring to a doctor, the nurse referred to mental health. The patient needed admission to a hospital. Care was grossly and flagrantly unacceptable. |
| 2/6/2017 | A nurse noted that the patient was confused, incontinent, and was scheduled to see mental health. | |
| 2/6/2017 | At noon a nurse saw the patient, who was confused with 3+ edema of his legs. The nurse noted a wound on the hip. It was not clear that there were orders for monitoring or dressing this as the nurses did not mention the decubitus ulcer. | 14, 16, 19 — Altered mental status, edema in a patient with a known abdominal mass should have prompted physician evaluation and admission to a hospital, which did not occur. |
| 2/7/2017 | A nurse saw the patient who was still confused with 2-3+ edema. The nurse noted no wounds and apparently the decubitus was not being evaluated. | 14, 16, 19 — Altered mental status, edema in a patient with a known abdominal mass should have prompted physician evaluation and admission to a hospital, which did not occur. |

Patient #21

| | | | |
|---|---|---|---|
| 2/7/2017 | A doctor noted that the patient was lethargic, confused, and mumbling unintelligibly and had a superficial decubitus ulcer on his hip. The doctor noted that the patient was having rapid clinical decline and apparently ordered daily dressing changes. The doctor took no action with this patient who had altered mental status, new onset edema, decubitus ulcer, and undiagnosed abdominal mass. Care was grossly and flagrantly unacceptable. | 14 | The plan of this doctor was incompetent. The patient needed immediate hospitalization but was ignored. Care was grossly and flagrantly unacceptable. |
| 2/7/2017 | At 10:30 am a nurse cleaned the hip ulcer described as a three and a half wide area with 1/2 inch deep. | | This speaks to the neglect of this patient. |
| 2/7/2017 | At 11:35 am the patient was described by a nurse as lethargic with uneven respirations and tachycardia although vital signs were not documented. The patient was sent to a hospital. | | |

Patient #22

2/27/2013 The patient transferred to Menard from Pontiac.  The patient
was on enalapril 20; Procardia XL 30; Lopressor 25; ASA.

5/1/2013 Total protein 8.2 (6-8).

6/19/2013 The patient was evaluated by a doctor referred by the
optometrist for an elevated blood glucose of 130.  The doctor
failed to note that the patient had fever.   The BP was 156/102
and the temperature 100.8.  The doctor said that the patient
didn't take his blood pressure medication.

2    The doctor failed to note or evaluate an abnormal vital
sign.

6/19/2013 A1c 6.4.

6/26/2013 Diabetes and HTN chronic clinic; weight 255; temperature
99.4; BP 144/89; A1c 7.9; Procardia was increased to 60 mg.

7/3/2013 RN notes BP 160/98.

7/16/2013 BP 156/86.

7/18/2013 Annual examination weight 250 pounds.  No identified
problems.  Notably history of IV drug use, prostitution,
multiple partners, blood transfusions, and homosexual activity
were all checked "no."  Although the patient did have
gonorrhea in 1986.

7/23/2013 BP 170/100.

7/26/2013 BP 160/98.

8/6/2013 A1c 6.4; WBC 1.8; HGB 13.5 (13.2-18); neutrophils 0.9 (1.3-
7.5); lymphocytes 0.6 (1.3-4.2).

8/18/2013 Chronic clinic flowsheet documents a weight of 260.

8/19/2013 BP 146/84; weight 260; temperature 98.6; chronic clinic for
diabetes and HTN.  No changes to medications.  No review of
CBGs; most recent A1c 6.4.

1, 2, 3, 6   The doctor failed to adjust medications for high blood
pressure.  The doctor failed to review significantly
abnormal white count of 1.8 and took no history and
failed to evaluate.

11/13/2013 A1c 6.1.

Patient #22

12/4/2013 Diabetes and HTN chronic clinic; weight 247; temperature
99.4; BP 126/88; Patient now on 90 of Procardia.  A1c 6.1.

3/5/2014 Total protein 8.8 (6-8); A1c 6.2.
4/23/2014 Diabetes and HTN chronic clinics weight 238; BP 136/90; no
changes to medication.
7/2/2014 A1c 6.1.
8/1/2014 Diabetes HTN chronic clinics. BP 137/76 weight 240; 5 foot 10
inches.  A1c 6.1.  No changes made.
11/9/2014 A1c 6.1.
11/18/2014 CMT note documents weight 230 and BP 136/70.
1/8/2015 Diabetes HTN chronic clinics.  BP 124/90 weight 240; most
recent A1c 6.1; no changes made.
3/20/2015 Total protein 8.6 (6-8); A1c 6.2.
5/25/2015 Diabetes HTN chronic clinics.  BP 100/70; weight 240; A1c 6.2;
no changes made.
6/5/2015 Hepatitis A ab negative; hepatitis B core negative; hepatitis B
ab negative; hepatitis C antibody negative; total protein 8.1 (6-
8).
7/17/2015 A1c 6.3.
9/5/2015 At 3:30 am an RN saw the  patient, who was lying on floor
having urinated on himself.  He was weak for the past 3-4 days
and said he thinks he ate some bad food.  The pulse was 120;
temperature 103 and BP 146/90. The nurse called a doctor
who ordered stat CBC, CMP and UA; IV fluid and observation
on the infirmary.
9/5/2015 WBC 8.7; HGB 11.4; platelets 151; total protein 7.4 (6.6-8.7);
urine culture grew e Coli.

Patient #22

9/8/2015  A doctor wrote a discharge note to the infirmary. The doctor noted fever of unknown origin and the diagnosis was R/O lupus. The patient had been treated with Septra but had an unexplained fever and a facial rash. The plan was to work the patient up for lupus or connective tissue disease. Notably there was no history or physical examination for this admission. A week follow up was ordered.

1, 2, 12  This was a 45 year old man. Incontinence was not expected. The patient had anemia, prior leukopenia and fever. The diagnosis of lupus had no basis. The patient should have been referred to a infectious disease specialist as the doctor appeared incapable of making a diagnosis. In this population, HIV should have been excluded. Care was grossly and flagrantly unacceptable.

9/16/2015  A nurse saw the patient. The temperature was 102.6, pulse 110, and BP 105/70. The nurse noted that the patient was brought to the HCU with confusion, was incontinent and was weak. The nurse referred to a doctor urgently.

9/16/2015  A doctor saw the patient because of mental status changes. Remarkably the doctor took virtually no history. The only examination was that the patient had warm dry skin and apparently normal cranial nerves 1-7. The temperature was 104. The doctor assessed an E coli urinary tract infection and ordered a chest x-ray, urine culture, blood culture, RPR, and CBC. The doctor started levofloxacin. The patient should have been admitted to a hospital.

1, 2, 14  The doctor took inadequate history, performed inadequate physical examination, and the plan was inadequate. The patient had confusion and fever and should have been admitted to a hospital. He was 45 years old. Starting outpatient antibiotics in a confused man with fever without a diagnosis was grossly and flagrantly unacceptable care.

9/16/2015  A nurse practitioner wrote the admission note to the infirmary. There was little history. The patient had fever of 102.6 with pulse 110.

1, 14  The history was inadequate. The therapeutic plan for fever was inadequate. The patient should have been hospitalized.

Patient #22

| 9/17/2015 | The doctor discharged the patient on 9/17/15 without any review of labs. There was no history and no physical examination. The doctor noted that the patient was admitted with UTI, fever, and dehydration. The doctor noted that IV fluid was given with Levaquin. The doctor ordered a week follow up and discharge diagnoses of UTI, fever, and ?lupus. Yet the doctor did not order tests to evaluate for lupus. The doctor did not note the discharge temperature | 1, 2, 8, 12 | The history was inadequate. The therapeutic plan for fever was inadequate. The evaluation was inadequate. Additional labs should have been drawn to exclude infections common in this population including HIV, blood cultures should have been considered. The patient's problems were beyond the expertise of this physician and he should have referred the patient to an ID expert. |
| 9/17/2015 | A doctor noted that the temperature was 103 but took little history except that the patient was voiding. The doctor took no relevant history and did not examine the patient; and reviewed no labs stating that he believed the fevers were not related to a UTI but possible lupus. The doctor noted that the patient had fevers for "years." The doctor discharged the patient without any evaluation. This patient should have been referred to an infectious disease consultant as the physician didn't know how to evaluate the patient. The doctor did not evaluate any lab results. | 1, 2, 12 | This was incompetent. To presume that fever for years was normal is incompetent. The history, examination, and plan was inadequate and the patient's problem was beyond the expertise of this doctor and he should have referred to an ID specialist. Care was grossly and flagrantly unacceptable. |
| 9/17/2015 | The patient had returned to his cell and was feeling so weak he ate sitting on the floor. His pulse was 127 and temperature 102.8. The nurse sent the patient back to the infirmary for 23 hour observation. | 14 | At this point the patient needed a higher level of care, as the facility did not know how to manage his care. Care was grossly and flagrantly unacceptable. |
| 9/17/2015 | Chest x-ray negative. | | |
| 9/17/2015 | ANA none detected; creatinine 1.11 (0.5-1.5); total protein 7.7 (6-8); WBC 3.5 (3.9-12); HGB 10.9 (13.2-18); sedimentation rate 88. There was no documentation by a provider of review of these tests. | 6 | The patient had anemia and low white count with a significantly elevated sedimentation rate but these were not reviewed. |

288

Patient #22

9/18/2015   A nurse noted that the patient felt better. The temperature was 98.9 and BP 146/92 with P 70. The patient was kept on the infirmary until 9/21/15 and was afebrile during that time.

9/18/2015   A doctor admitted the patient to the infirmary. There was no history except that the patient was being admitted with high fever. The only examination was that the patient was alert, oriented, had clear lungs, and had a soft, non-tender abdomen. The doctor remarkably ordered no diagnostic studies yet the admitting diagnosis was UTI and "fever of unknown origin; ? lupus."

1, 2, 8, 12, 14   The doctor failed to examine the patient appropriately for someone with unexplained fever. The doctor should have ordered RF, HIV, blood cultures, Quantiferon test or TB skin test, ANA, SPE, and obtained CT scans of the abdomen and chest. Because of the altered mental status a CT brain was indicated. The patient should have been admitted to a hospital and/or referred to an ID specialist. Care was grossly and flagrantly unacceptable.

9/21/2015   A doctor wrote a note stating that the patient was afebrile for 72 hours. The only documented history was that the patient had no complaints. There was no examination, no review of laboratory tests and no orders for diagnostic studies. The doctor discharged the patient to his cellhouse with follow up in a week. On a separate note the doctor noted that the workup would proceed as an "outpatient."

12   The doctor had no planned "workup" and appeared to not know what to do. The patient should have been referred.

10/12/2015   The patient wasn't seen in a week as scheduled. On 10/12 a CMT wrote that there was a level 1 lockdown and a doctor appointment was cancelled.

11   Lockdowns shouldn't prevent scheduled doctor's appointments.

10/26/2015   Annual examination weight 235 pounds. Problems HTN, DM, history of smoking and drug use but no IV drugs. On this annual examination the reviewer documented multiple sexual partners and prior blood transfusions which were not documented on prior annual history and physical evaluations. Given prior transfusions.

Patient #22

| | |
|---|---|
| 10/26/2015 | Diabetes HTN chronic clinics  BP 164/90; weight 232; last A1c 6.3.  No changes made. |
| 10/26/2015 | The annual physical examination documented that the patient did not use IV drugs but did have multiple sexual partners and the patient had gonorrhea in the past. |
| 11/22/2015 | A CMT wrote the that the patient said he wanted his blood pressure medication changed because it made him feel "different."  The patient said he wasn't taking his medication.  The blood pressure was 160/100. |
| 12/7/2015 | Diabetes HTN chronic clinics BP 140/80, temperature 99.8 weight 225; last A1c 5.6. HGB noted to be 10.9.  No changed in medication.  CBC, CMP, LDH, ferritin, B12, folate and stools for occult blood ordered. |
| 12/14/2015 | A doctor saw the patient and noted that the patient had anemia with low ferritin and B12 and a "butterfly" rash on his face.  The ANA test was negative.  The doctor noted that the patient had low grade fever and that the white count was 2.1.  There was no history, no physical examination and the doctor referred the patient to Dr. Trost (apparently the Medical Director) to consider a colonoscopy.  This patient needed an ID evaluation,as it appeared that the physicians didn't know how to evaluate the patient. The patient was started on vitamin B12 injections. |
| 12/14/2015 | Ferritin 268 (10-259); WBC 2.1; HGB 12 (13.2-18); platelets 169; neutrophils 1.1 (1.3-7.5); lymphocytes 0.7 (1.3-4.2); B12 125 (180-914). |
| 12/15/2015 | Stool negative for occult blood times 3. |

| | |
|---|---|
| 3 | The blood pressure was elevated and medication should have been adjusted. |
| 1, 8 | In light of this updated history the prior history of fever should have prompted HIV testing. |

290

Patient #22

| | | | |
|---|---|---|---|
| 1/12/2016 | A doctor saw the patient and again took no history and performed no physical examination. The doctor noted that the patient was feeling better but "still believe he may have lupus." The doctor ordered a B12 level, CBC, CMP, sedimentation rate and rheumatoid factor with a return in two weeks as he was going to present something at collegial review. | 1, 8, 12 | The doctor failed to note or take a history obtained at the annual physical that the patient had multiple sex partners and prior gonorrhea and should have ordered an HIV test. The doctor did not have the expertise to manage this patient and should have referred. The leukopenia with lymphocytopenia with anemia is characteristic of HIV infection yet was unrecognized. ID referral was indicated but the doctor didn't have the sense to do this either. |
| 1/12/2016 | A doctor referred the patient to a rheumatology consultant. This was approved on 1/22/16. | 4 | The patient had no evidence of lupus serologically |
| 1/19/2016 | B12 1104 (180-914); sed rate 73. | | |
| 1/22/2016 | The scheduling clerk documented that a rheumatology referral was approved. | | |
| 1/25/2016 | A doctor wrote an extremely brief note documenting only that lab tests were pending and scheduled a week follow up. The blood pressure was elevated at 148/100 but no action was taken. | 3 | Blood pressure medication should have been adjusted. |
| 1/29/2016 | A doctor saw the patient and noted that the sedimentation rate was elevated [either 23 or 72]. The blood pressure was 120/98 but the doctor didn't address the elevated BP. The doctor ordered an ANA test and scheduled a four month follow up. | 1, 8 | The doctor should have adjusted blood pressure medication. HIV testing was indicated. A 4 month follow up was too long given the patient's problems. |
| 2/2/2016 | ANA not detected; BUN 33; creatinine 1.52 (0.5-1,5); A1c 6.4. | | |
| 2/26/2016 | A rheumatology clinic note documented that the patient wouldn't be scheduled for rheumatology to evaluate for lupus because the ANA was negative. The sedimentation rate was presumed to be from a urinary tract infection. If there was concern for the skin rash a referral to dermatology was recommended for biopsy. | | |

Patient #22

| | | |
|---|---|---|
| 3/14/2016 | A nurse wrote that the patient was scheduled to see a physician but "for some reason MD denied request." | |
| 3/15/2016 | A nurse noted a blood pressure of 170/102, pulse of 116, and temperature of 99.8.  The nurse noted that the patient appeared confused as he didn't give correct response when asked about his medical issues.  The nurse documented referring to a doctor. | |
| 3/15/2016 | A psychiatrist saw the patient and documented that the patient was incontinent of urine and feces and was incontinent while wearing his clothes.  The psychiatrist also noted delusional thinking.  The assessment was psychotic disorder due to medical condition. | |
| 3/15/2016 | A doctor saw the patient and noted that the patient was admitted [presumably to the infirmary] for psychosis of new onset and "connective tissue disorder."  The only history was that the patient had "no lateralizing symptoms."  The doctor admitted the patient for 23 hour observation and that mental health was going to monitor the patient. | 1, 2, 14 — The patient had confusion, was incontinent, had prior fevers, had low white count and anemia with elevated sedimentation rate and the doctor had no plan.  HIV testing was indicated but apparently beyond the expertise of the doctor.  A CT brain was immediately indicated.  The patient should have been hospitalized for diagnosis.  Care was grossly and flagrantly unacceptable. |
| 3/15/2016 | A nurse noted vital signs of temperature 99.4, pulse 110, BP 148/96, and a weight of 212 pounds.  Though this was approximately a 40 pound weight loss it was unrecognized. | |
| 3/15/2016 | At 11:45 pm a nurse documented that the patient said, "You don't understand, I'm a confidential informant.  These people in here are not listening to me!" | 16 — The patient appeared delirious and should have been referred to a physician. |
| 3/16/2016 | A nurse documented being unable to take the patient's temperature but documented a pulse of 132 with blood pressure of 126/70.  The patient was unable to answer questions appropriately.  The patient told the nurse that he was not well but didn't elaborate. | 16 — The nurse should have consulted a physician. |

Patient #22

3/16/2016  A nurse documented that the inmate was escorted off the infirmary by security to be taken to an outside medical furlough. The patient was brought back the same day.

3/16/2016  A nurse documented that the patient was delusional.

3/16/2016  The patient was seen in the Belleville Memorial Hospital emergency room for mental status changes. The WBC was 2.5; hemoglobin 11.8; and platelets 144. BUN was 25; creatinine 0.9; globulin 3.9. The ER documentation noted that the patient was delusional but answered questions appropriately.

The records in the chart indicate that the patient was seen in Belleville Hospital for mental status changes and that he was delusional. Their history was that the patient denied fever. They apparently thought that the patient was delusional for mental health reasons. There was no comment on their part regarding the low white count.

3/17/2016  A nurse documented that the patient was "very delusional" and that it took considerable effort to get the inmate to take his food tray and medications. The nurse referred the patient to mental health but a doctor did not examine the patient.

3/17/2016  A doctor wrote an extremely brief note documenting that the patient was "alert, delusional, tearful at times." There was no history, no examination, and the doctor ordered no diagnostic tests. The only plan was "admit."

3/18/2016  A doctor admitted the patient to the infirmary. There was no history except "new onset acute psychosis R/O SLE." The only examination was "alert, delusional butterfly rash on face, chest clear BS [normal] cardiac RRR." The only orders were for an ANA and for mental health to see the patient.

1, 7, 8  The doctor was fixated on lupus as a diagnosis but the patient had no serologic evidence for this condition. A CT brain and HIV test were indicated but not done. The patient should have been hospitalized. Care was grossly and flagrantly unacceptable.

3/18/2016  A doctor wrote a very brief note stating "no c/os mentation improved." The only plan was ANA.

Patient #22

3/20/2016 A nurse documented that the patient was "laying in bed yelling out intermittently" and "yells and curses for unknown reason." The inmate refused to converse with staff.

3/21/2016 ANA not detected.

3/23/2016 A doctor saw the patient and wrote an extremely brief note stating "remains delusional. Medically stable P. ANA."

12    The doctor kept ordering an ANA test but it was done and was negative. The doctor should have referred the patient.

3/25/2016 A doctor wrote another very brief note which consisted of "SOA [apparently meaning subjective objective and assessment] Delusional. Alert P. mental health to see."

8    The doctor had not excluded physical causes of altered mental status. A CT of the brain had not been done.

3/28/2016 A doctor's note consisted of "SOA delusional alert in NAD. P vitals daily."

3/28/2016 A psychiatrist saw the patient and noted that the patient was intermittently delusional and stated, "medical etiology unknown at this time," implying that the patient did not have a mental health problem as the source of his delirium. The psychiatrist plan was to note that "medical working to find underlying medical problem" and "suggest serum iron level."

12    The psychiatrist confirmed that a mental condition was not the cause of the patient's confusion and delirium. Because the doctor, who was a surgeon, did not have expertise or training in this area he should have referred to another physician.

3/29/2016 A doctor saw the patient. The only note was to acknowledge review of the mental health note and to order an iron study and to discontinue iron supplementation.

12    The doctor was following the recommendation of a psychiatrist. Both the psychiatrist and surgeon had no training in evaluation of confusion with leukopenia, anemia, elevated sed rate, and fever. The patient should have been referred.

3/31/2016 A doctor wrote another very brief note stating that the patient was alert and delirious. The plan was to continue present management.

14    The patient should have been admitted to a hospital. Care was grossly and flagrantly unacceptable.

4/1/2016 A doctor wrote another brief note stating "face [with] dry skin." The doctor prescribe a lotion for his dry skin.

Patient #22

4/4/2016 A doctor wrote a brief note that the patient had no complaints and was alert and in "NAD." The doctor didn't examine the patient and discharged him to his cellhouse with follow up in a week. The doctor had not completed an evaluation for the patient's delirium. The doctor noted on the discharge summary that the patient's delirium had "resolved." However, there was no history, no physical examination, and no documentation of diagnostic studies related to this problem. The doctor wrote, "Mental health evaluated patient and felt he had delirium. Delirium ?etiology cleared."

4/6/2016 A nurse saw the patient, was stated he couldn't walk. The weight was 200 pounds. The nurse placed the patient on the infirmary for 23 hour observation.

4/6/2016 At 4:30 a nurse documented that the patient was delusional with respect to his conversation with the nurse.

4/7/2016 A doctor wrote a very brief note stating "alert, Thought process organized. Able to ambulate. P. security hold." In a subsequent note a nurse documented that the patient was discharged from the medical third floor and was made a security hold. The patient was not medically monitored while on security hold, although it appeared that the patient remained on the infirmary unit.

4/28/2016 Diabetes HTN chronic clinics. BP 130/82; weight 212; last A1c 6.4; No changes made.

4/30/2016 A doctor wrote a very brief note stating, "Butterfly skin rash face, Refer to Dr. Trost for eval of connective tissue disease." That was the entirety of the note.

14 It was not competent to send a delirious patient with altered mental status to general population, as he had not exhibited ability to care for himself. The patient needed a diagnosis and higher level of care housing and should have been hospitalized for a diagnosis. Care was grossly and flagrantly unacceptable.

Patient #22

5/12/2016  Dr. Trost wrote I/M seen for above.  P.  Collegial referral."  It wasn't clear what the doctor was referring to.

5/12/2016  Dr. Trost referred the patient to rheumatology for elevated sed rate of 88 to rule out lupus.

6/21/2016  An NP wrote that the patient was not brought to the clinic for a B12 injection.  The NP ordered a CBC with B12 level with two week follow up.

6/24/2016  WBC 2.6; HGB 10.5; platelets 131; B12 609 (180-914); lymphocytes 0.6 (1.3-4.2).

7/8/2016  An NP wrote that ordered labs were not in the chart.  The patient weighed 188.  The NP wrote a ? after the weight but did not investigate the 60+ pound weight loss.  The NP rescheduled the patient "when lab results avail."     6     It was two weeks since the labs were reported yet were not in the record.

7/15/2016  BUN 23 (6-20); sodium 148 (135-145); potassium 3.9; A1c 5.8.

7/17/2016  A nurse documented that the patient told her, "I need help I can't hold my bowels."  The nurse noted that the patient was unable to ambulate without assistance.  The nurse referred the patient to a doctor.

7/18/2016  A doctor saw the patient.  There was no history, no physical examination, and no assessment.  The doctor ordered labs (CBC, CMP, CRP, and sedimentation rate) and ordered an x-ray of the LS spine and ordered Motrin, ointment, iron supplements and a steroid cream all for four months without documenting why he was ordering these items.     1, 2, 6, 14     The patient was so disordered that he was incontinent.  The doctor took no history, performed no exam, failed to note recent labs showing pancytopenia.  The patient should have been sent to a hospital.  Care was grossly and flagrantly unacceptable.

Patient #22

| | | |
|---|---|---|
| 7/22/2016 | A different doctor saw the patient, who had a temperature of 101.2. The doctor noted that the patient might have "probable SLE." The doctor noted that the patient wasn't "doing personal hygiene." The doctor did not review labs or assess the weight. The doctor admitted the patient for 23 hour observation and ordered a UA, CBC, and ordered Levaquin for 10 days without specifying what infection he was treating. | 2, 14 | The diagnosis of lupus cerebritis would require exclusion of other causes of psychosis and would require serologic evidence of lupus, which this patient did not have. If the doctor thought that the patient had lupus the patient should have been admitted to a hospital for CT, MRI, and possibly LP to confirm the diagnosis. Furthermore, if the lupus was this significant, treatment should have been immediately initiated and for that reason as well the patient should have been referred to a tertiary care hospital, as this condition was beyond the expertise of these physicians. Care was grossly and flagrantly unacceptable. |
| 7/24/2016 | A nurse documented that the patient was brought to the infirmary in a wheelchair and showered with "much assistance." | | |
| 7/25/2016 | A nurse documented that the patient needed assistance to sit up in bed. The patient was voiding dark amber urine in small amounts. | | |
| 7/25/2016 | Dr. Trost saw the patient but wrote an extremely brief note writing, "c/o weakness, alert, in NAD. P admit observe labs." On the same day the same physician wrote an infirmary admission note. The history was only that the patient had generalized weakness. The physical examination only documented, "alert in NAD; moves all extremities; facial rash." The assessment was weakness and fever of unknown origin. On the nurses admission note the temperature was 99.8. | 1, 2, 14 | This surgeon had no expertise in managing this type of condition and did not take an adequate history, failed to perform, and adequate examination and the therapeutic plan was incompetent. The patient should have been admitted to a tertiary care hospital. Care was grossly and flagrantly unacceptable. |
| 7/26/2016 | BUN 16; potassium 3.4; WBC 3.1 (3.9-12); HGB 10.1; platelets 139 (150-450); lymphocytes 0.4 (1.3-4.2) neutrophils normal; sed rate 51 (0-10). | | |

Patient #22

| Date | Note | Ref | Assessment |
|---|---|---|---|
| 7/27/2016 | Dr. Trost saw the patient and again wrote an extremely brief note documenting "no c/os; alert in NAD, oriented P. labs CPM."  Notably, nursing noted were describing that the patient couldn't move from his bed and needed assistance to even sit up. | | |
| 7/29/2016 | Dr. Trost saw the patient.  His only note was "requesting shower stable. P. CPM." | 1,2, 6, 14 | The patient had pancytopenia.  The doctor failed to take adequate history, performed inadequate examination, and had an incompetent plan.  The doctor failed to note pancytopenia and confusion.  The patient should have been referred to a tertiary care hospital. Care was grossly and flagrantly unacceptable. |
| 8/2/2016 | Dr. Trost saw the patient.  The only note was "No c/os Labs [change] status to chronic." | 1, 2, 6, 14 | The patient had pancytopenia.  The doctor failed to take adequate history, performed inadequate examination, and had an incompetent plan.  The doctor failed to note pancytopenia and confusion.  The patient should have been referred to a tertiary care hosp.  Care was grossly and flagrantly unacceptable. |
| 8/3/2016 | Dr. Trost saw the patient, who complained of right sided abdominal pain with deep breaths.  There was no other history.  The only examination was "face [with] dry skin abd nontender."  "P CPM." | 1, 2, | The doctor failed to take adequate history for the complaint, failed to conduct adequate examination, and made no diagnosis. |
| 8/5/2016 | A nurse documented that the patient stated he couldn't get up out of bed.  The nurse noted that the patient was observed by staff to be up out of bed.  The patient refused to come to the door for his meds and food tray and the nurse had the patient sign a refusal. | 16 | The nurse assumed that the patient was malingering.  This was indifferent care. |
| 8/8/2016 | Quarterly DM, HTN chronic clinic. Weight not taken.  BP 130/80.  Last A1c 5.8.  No change in medication. | | |

Patient #22

| | | |
|---|---|---|
| 8/9/2016 | Dr. Trost saw the patient and wrote a brief note stating "I/M requesting wheelchair P. CXR."  Why the doctor ordered a chest x-ray is unclear as the doctor documented no history, physical examination, or assessment. | 1, 2, 14 | The doctor didn't even ask why the patient was requesting a wheelchair.  There was no examination and no diagnosis.  Apparently the patient couldn't walk.  There was no diagnosis or plan except to give the patient a wheelchair and a chest x-ray for inexplicable reasons.  The patient should have been referred to a hospital.  Care was grossly and flagrantly unacceptable. |

8/11/2016  Chest x-ray negative.

| | | |
|---|---|---|
| 8/17/2016 | Dr. Trost saw the patient and wrote a very brief note documenting "alert, in NAD, no c/o's facial skin dry flaky P. CPM." | 1, 2, 14 | The doctor again failed to take any history, performed inadequate exam, made no diagnosis, and failed to refer to a hospital. |
| 8/24/2016 | Dr. Trost wrote a very brief note documenting "no c/o's P. obtain assistive device for ambulation." | 1, 2, 14 | The doctor again failed to take any history, performed inadequate exam, made no diagnosis, and failed to refer to a hospital. |
| 8/31/2016 | Dr. Trost wrote a brief note documenting "exam unchanged P. rheumatology consult."   This was a strange note as Dr. Trost had almost never examined the patient so it wasn't clear what "exam unchanged" meant. | 1, 2, 14 | The doctor again failed to take history, examine or diagnose the patient and referred the patient incompetently to a rheumatologist for confusion, pancytopenia, incontinence, and weight loss.  There was no evidence of a rheumatologic disease. The patient should have been referred to a hospital. |
| 9/7/2016 | Dr. Trost wrote a brief note documenting "exam unchanged P. rheumatology consult."   This was a strange note as Dr. Trost had almost never examined the patient so it wasn't clear what "exam unchanged" meant. | 1, 2, 14 | The doctor again failed to take history, examine, or diagnose the patient and referred the patient incompetently to a rheumatologist for confusion, pancytopenia, incontinence, and weight loss.  There was no evidence of a rheumatologic disease. The patient should have been referred to a hospital. |
| 9/7/2016 | The scheduling clerk noted that the inmate was scheduled for a rheumatology consultation on 9/28/16. | | |

Patient #22

9/28/2016 Dr. Trost documented that the patient was requesting a
wheelchair but didn't say why.  There was no history and the
only physical examination was "alert in NAD weak dry scaly
skin on face.  P. CPM."

9/28/2016 A rheumatologist saw the patient.   There was an order sheet
and some prescriptions.  The rheumatologist ordered CMP,
CBC, CK, TSH, free T4, sedimentation rate, CRP, RF, anti-CCP
antibody, ANA, DS DNA, SSA and SSB antibodies, RNP
antibodies, Smith antibodies, SCL 70 (scleroderma) antibodies,
and LDH.  The rheumatologist also ordered an EMG of the
right upper extremity based on diagnosis of neuropathy.
There was a prescription for methotrexate but it was for a
different patient.  This was not picked up and Dr. Trost
ordered methotrexate and the patient inappropriately
received this medication for the first weekly dose.

Patient #22

9/28/2016    A rheumatologist saw the patient and denied any joint swelling but had tingling in his hands and nonspecific pain in his legs. The patient complained of numbness in his fingers and had non-specific weakness. The patient arrived at the clinic in a wheelchair. The patient had excoriated lesions on his hands and face, had no obvious synovitis, no significant joint tenderness with palpation, and mild decreased strength in his lower extremities. The rheumatologist diagnosed polyarthralgias and myalgias that were nonspecific. The possible etiologies were inflammatory myositis vs. inflammatory arthritis including RA or other connective tissue disorders such as lupus or lupus like illness "however at this point I do not see any obvious systemic complaints to suggest this." The doctor ordered labs and EMG and asked for a follow up in a month to determine if further treatment was warranted.

9/29/2016    A nurse documented that the patient said, "they think I have lupus." The patient had gone on a furlough the day before.

10/3/2016    A nurse took a verbal order from Dr. Trost for methotrexate 12.5 mg weekly with a CMP, CBC, CK, TSH, free T4, sedimentation rate, CRP, RF, anti-CCP antibody, ANA, LDH.

17    The facility received an inaccurate prescription for a different patient and gave methotrexate to a patient with pancytopenia, which place him at significant risk of harm.

10/3/2016    Dr. Trost referred the patient to neurology for neuropathy and a month follow up with rheumatology. The rheumatology follow up was initially denied but then approved, "since symptoms persist." The neurology evaluation and EMG was denied. The UM reviewer asked for the typed rheumatology notes before proceeding.

Patient #22

| | | |
|---|---|---|
| 10/4/2016 | RF normal; albumin 3.2; CPK normal; CRP 6.6 (0-0.8); WBC 11.8; HGB 9.6; platelets 193; lymphocytes 20 (25-45); sed rate 37 (0-10). | These lab results are not consistent with lupus. |
| 10/5/2016 | Dr. Trost saw the patient. He did not document review of the rheumatology note. He wrote a brief note documenting, "weakness unchanged Tol PO [apparently tolerating oral fluid] exam unchanged P. rheumatology eval in progress." | 1, 2, 14   The doctor again failed to take history, examine, or diagnose the patient and referred the patient incompetently to a rheumatologist for confusion, pancytopenia, incontinence, and weight loss. There was no evidence of a rheumatologic disease. The patient should have been referred to a hospital. |
| 10/11/2016 | A nurse documented that the patient was "still refusing to sit up, demanding to have a wheelchair." The nurse noted that the inmate had a stage 2 open ulcer to his lower back about 6 by 6 inches that was cleaned with saline. The doctor wasn't notified. | |
| 10/11/2016 | A nurse documented that the patient was becoming increasingly weaker. The nurse noted that the oxygen saturation was in the 70% range on room air and was 90-% on 4 liters of oxygen. The pulse was 128 and blood pressure 90/66. Dr. Trost was notified and the patient was sent to a local hospital. | |

Patient #22

10/12/2016   An ID consult at Barnes Jewish Hospital noted that the patient was transferred from another hospital with HIV infection- newly diagnosed with respiratory distress and skin lesions. The patient told the ID consultant that he had night sweats and weight loss over the past 3-4 months.  The patient had oxygen saturation of 77% on room air.  At the local hospital in Chester Illinois, the patient was in shock with BP 60/40 with pulse 128 and temperature of 90.9! He was diagnosed with septic shock. Blood cultures were growing gram positive organisms.  The creatinine was 4.28.  The patient was transferred to Barnes Hospital.  Blood cultures grew Meth Sensitive Staph aureus.  The ID consultant noted that the patient had a pustular lesion on the left leg and right foot, abrasions on the hip and shoulder, an ulcer on the right hip, a shallow ulceration on the penis, and macerated skin in the left groin.  None of this was noted at Menard only two days previous.  There were scattered small nodules in the lungs, some of which appeared cavitary.  These were thought to possibly be septic emboli or metastatic lesions. The consultant initially thought that the patient had septic emboli from staph septicemia, possibly pulmonary TB or other fungal infection. Further work up was needed.  The consultant thought that the patient's encephalopathy might be due to HIV encephalopathy vs. opportunistic infection or septic brain emboli.

Initial presentation at the hospital show that the patient was in a state of neglect when he arrived.  He was in shock, hypothermic, and in renal failure with multiple lesions on his body apparently unrecognized by providers at the facility.  He also had unrecognized severe malnutrition.  Overall care at the facility was grossly and flagrantly unacceptable.  On multiple episodes the patient had confusion with intermittent fever and neutropenia and needed acute care hospitalization, yet this did not occur.  These were grossly and flagrantly unacceptable care.

10/12/2016   A dermatologist at Barnes Hospital saw the patient.  A biopsy from that date showed focal parakeratosis that in the context of methotrexate "could represent medication-related toxicity."

Patient #22

| | |
|---|---|
| 10/12/2016 | A Jewish Hospital note documented that the patient has severe malnutrition. |
| 10/15/2016 | An MRI of the brain had findings consistent with HIV encephalitis.  Incidentally noted was an intramuscular ring enhancing right sternocleidomastoid mass which was consistent with an intramuscular abscess or Kaposi's sarcoma. |
| 10/16/2016 | A note from the hospital noted that the patient had a CD4 count of 46.  The patient has started on azithromycin and Bactrim for prophylaxis.  Lesions from the lungs grew MSSA and culture of the decubitus ulcer grew MRSA. |
| 10/17/2016 | The patient had a cardiac arrest and a Doppler test was done and identified an acute DVT in the common femoral vein on the right.  The patient also had an abnormal EEG post-cardiac arrest. |
| 10/20/2016 | A chest x-ray showed the patient was still intubated and had collapse of the right middle and lower lobes.  The patient apparently died on this day.  There was no autopsy or death summary. |

Patient #23

3/23/2012   The patient was incarcerated at NRC.  The initial weight was 220 pounds.  The patient had a history of prior lung cancer with surgeries and radiation in the late 1990s; hypertension and hepatitis C.

3/23/2012   AST 82; ALT 66.

5/2/2012   The patient was transferred from NRC to Menard.  The problem list documents only hypertension, DM, prior lung cancer, and hepatitis C as problems.  Cirrhosis was not listed as a problem.

5/8/2012   A hepatitis C progress note performed by a nurse documented that further laboratory testing was needed including CBC, CMP, INR, and HIV tests.  There was no history or physical examination.  The status of the patient wasn't documented.

5/23/2012   AST 99; ALT 78; platelets 121.

6/1/2012   AST 96; ALT 72; platelets 129.

The APRI was 1.86 indicating likely significant fibrosis with possible cirrhosis.

6/11/2012   A NP saw the patient in hepatitis C clinic.  The patient's projected release date was > 18 months.  The platelets were documented as 129; AST 96 and ALT 72.  This yielded a FIB 4 score of 4.91 likely consistent with cirrhosis.  The APRI score was 1.86, likely significant fibrosis with possible cirrhosis.  Except for noting that hepatitis A and B vaccinations were done, no action was taken.  This patient had probable fibrosis and cirrhosis, should have been referred for treatment and should have had routine cirrhosis screening performed including every six month ultrasound, EGD to screen for varices, and possible institution of a beta blocker.

7, 8, 12   The patient had APRI indicating cirrhosis.  The NP did not discuss or offer treatment.  There was no evaluation for complications of cirrhosis (i.e. every six months ultrasound and EGD to screen for varices and treatment of other complications of cirrhosis).  The NP should have referred the patient to UIC for EGD and ultrasound as lab testing indicated significant fibrosis with possible cirrhosis.  Care failed to follow generally accepted guidelines or usual practice.

6/15/2012   Hepatitis C genotype and viral load was ordered.

Patient #23

| | | |
|---|---|---|
| 6/15/2012 | A NP filled out a Wexford Initial Hepatitis work sheet. The NP documented faxing the form "again" to Dr. Paul on 8/26/12 and documented referring to an MD for "discussion of Tx if he will maintain compliance." It wasn't clear what maintaining compliance meant. | 12 — The patient had cirrhosis and should have been referred to UIC. The referral to Dr. Paul had no purpose. We view this as a delay in necessary treatment. The meaning of maintaining compliance was confusing. What compliance were they discussing? Care failed to follow generally accepted guidelines or usual practice. |
| 7/2/2012 | AST 96; ALT 74; platelets 125; hepatitis C genotype 1A; quantitative HCV 2,111,740. | The APRI was 1.92 indicating significant fibrosis with possible cirrhosis. |
| 8/5/2012 | A NP wrote that information was to be submitted to Dr. Paul for evaluation for hepatitis C treatment. | 12 — We view these referrals as delays in referral to UIC. What purpose does Dr. Paul play? The patient has laboratory evidence of cirrhosis. Why delay referral? The patient should have been referred to UIC. Care failed to follow generally accepted guidelines or usual practice. |
| 9/21/2012 | AST 108; ALT 91. | |
| 9/26/2012 | An RN noted that according to Dr. Paul, the patient could be referred when he agreed to compliance with therapy. A nurse documented a history of refusal, but what was refused was not documented. | 12 — When the patient was ultimately referred to UIC he apparently agreed to treatment. Was the purpose of treatment explained to the patient. This was never documented. |
| 10/1/2012 | A doctor obtained a signed release for medical records from Cook County Hospital for treatment of his lung cancer. The doctor did not address the hepatitis C infection. | |
| 10/4/2012 | A doctor saw the patient for hypertension and diabetes chronic clinic. The blood pressure was 150/104. The doctor increased the Vasotec. The last A1c as documented as 6.2. The patient was not on medication and it wasn't clear that the patient had diabetes. The doctor noted that the patient had 2+ pedal edema. The etiology of the edema was not addressed. | 1, 2, 7 — The patient had unexplained edema which was not evaluated. Given that the patient had possible cirrhosis, the patient should have other diagnostic work up including for cirrhosis and heart failure. Additional testing was indicated including ultrasound of the liver and possible echocardiogram. These should have been based on history, which was inadequate. |

Patient #23

| | |
|---|---|
| 1/3/2013 | A provider saw he patient for HTN chronic clinic. The BP was 134/87 and weight was 225 pounds. No changes were made. | |

| | | |
|---|---|---|
| 1/3/2013 | An NP saw the patient for hepatitis C chronic clinic. A high viral load was documented with genotype 1A. Treatment was not addressed; there was no reason given for not pursuing treatment. The patient's likely cirrhosis was not evaluated or monitored. | 7, 8, 12 — The patient should have been referred to UIC where treatment could be explained to him. He should have had EGD and ultrasound of the liver. Care failed to follow generally accepted guidelines or usual practice. |

1/3/2013 A provider saw the patient for diabetes clinic. The A1c was documented as "ordered." The status wasn't clear.

1/10/2013 AST 112; ALT 85.

4/8/2013 A PA noted that the inmate wanted to hold off treatment at this time. It appeared that the patient didn't want treatment for his hepatitis C at this time.

4/8/2013 The patient signed a refusal for hepatitis C treatment and workup.

| | | |
|---|---|---|
| 4/11/2013 | A doctor saw the patient in hepatitis C clinic. The doctor noted ALT 85 and AST 111. The FIB4 or APRI scores were not documented but the patient already had probable cirrhosis on prior tests. There was no monitoring of the patient's cirrhosis. The patient was noted to have signed a refusal for treatment and "conservative follow up" was the plan. | 7,8 — The patient had APRI indicating cirrhosis. The NP did not discuss or offer treatment. There was no evaluation for complications of cirrhosis (i.e. every six months ultrasound and EGD to screen for varices and treatment of other complications of cirrhosis). |

4/11/2013 A doctor saw the patient in hypertension chronic clinic. The blood pressure was 136/88. The patient was also seen in diabetic chronic clinic. The A1c was 6.2 and the patient was not on medication. This A1c level is not diagnostic of diabetes. There was no change in therapy.

8/27/2013 Albumin 3.3; AST 94; ALT 71; platelets 97.

Patient #23

8/29/2013 A doctor saw the patient in hypertension and diabetes chronic clinics. The blood pressure was 132/82. The weight was 225. The most recent A1c was 6.3. No change in therapy was made.

8/29/2013 A doctor saw the patient for hepatitis clinic. The platelets were 99; AST 94; and ALT 71. This yielded an APRI score of 2.37 and FIB4 score of 6.31, both indicating likely cirrhosis, yet the patient was not evaluated or monitored for cirrhosis. It was documented that the patient refused treatment, but it is not clear what was explained to the patient with respect to treatment. There was no referral to UIC to discuss treatment. Conservative follow up was the plan but the patient wasn't treated for his cirrhosis. The doctor noted trace edema of the lower extremity. No action was taken with respect to the edema. Treatment wasn't explained to the patient. At this time new hepatitis C drugs were on the market and made treatment significantly easier.

12 The patient should have been referred to UIC where treatment could be explained to him.

11/8/2013 Albumin 3.2; alk phos 136 (40-125); AST 113; ALT 81; platelets 106.

The increasingly abnormal albumin and alkaline phosphatase indicated more severe liver disease that was not evaluated.

12/21/2013 A NP saw the patient for hepatitis C clinic. Platelets were 113, AST 113, and ALT 81, yet the patient wasn't monitored for cirrhosis. No action was taken except "conservative follow up."

7, 8, 12 The patient should have been referred to UIC where treatment could be explained to him. The NP should also have ordered an EGD and ultrasound or CT scan of the liver as blood tests were consistent with cirrhosis.

12/29/2013 A NP saw the patient for hypertension and DM chronic clinic. The BP was 130/62. The last A1c was 6.3. No changes to therapy were initiated.

Patient #23

| | | |
|---|---|---|
| 3/7/2014 | Platelets 98; albumin 3.1; bilirubin 1.6 (0-1.2); alk phos 144 (40-125); AST 102; ALT 69. | The increasingly abnormal albumin and alkaline phosphatase indicated more severe liver disease that was not evaluated. |
| 4/22/2014 | A NP saw the patient for hypertension and DM chronic clinic. The PP was 134/82. The last A1c was 6.2. The weight was 235. | |
| 4/24/2014 | An NP saw the patient in hepatitis clinic. Platelets were 16; AST 102; and ALT 69. Yet the patient wasn't evaluated for cirrhosis complications. Treatment wasn't discussed. | 7, 8, 12 The patient should have been referred to UIC where treatment could be explained to him. The NP should also have ordered an EGD and ultrasound or CT scan of the liver, as blood tests were consistent with cirrhosis. Newer drugs were now available which made treatment significantly easier. |
| 6/17/2014 | The patient signed a refusal for hepatitis C treatment and workup but it wasn't clear what was explained to the patient. | |
| 7/23/2014 | The patient was transferred to Stateville CC. | |
| 9/10/2014 | The patient was transferred from SCC to Menard. | |
| 9/16/2014 | Albumin 3.1; total bilirubin 1.2 (0-1.2); Alk phos 132 (40-125); AST 132; ALT 67; MCV 100.2; platelets 91. | The low albumin, elevated alkaline phosphatase and elevation of bilirubin indicated deterioration of liver function that was not evaluated. The patient should have had an ultrasound or CT scan of the liver. |
| 9/24/2014 | An NP saw the patient in hepatitis clinic. The APRI was calculated as 3.10. There was no monitoring of the patient's cirrhosis. One NP referred to another NP for the increased APRI. "Conservative follow up" was the plan. | 7, 8, 12 The patient should have been referred to UIC where treatment could be explained to him. The NP should also have ordered an EGD and ultrasound or CT scan of the liver. |
| 9/24/2014 | The patient was seen for hypertension and diabetes chronic clinics. The BP was 130/94. The weight was 230. The latest A1c was 6.1. No changes were made to therapy. | |

Patient #23

| | |
|---|---|
| 10/1/2014 | Albumin 3.2; alk phos 133 (40-125); AST 161; ALT 91. |
| 11/5/2014 | Platelets 79. |
| 11/25/2014 | The patient returned to Menard after a writ return. |

1/14/2015 An annual physical examination showed a weight of 180 or a 40 pound weight loss since incarceration in 2012. The patient had HTN, DM, lung cancer, and hepatitis C as problems. A provider found a stool that was guaiac positive. Cards for guaiac testing were given. The NP also documented in the assessment that the patient had 2+ pitting edema of both legs. The NP ordered Ted hose but did not start a diuretic and did not document ascites as a problem so it could be monitored.

1, 2, 3   The provider failed to take a history of the weight loss. Indeed it was unrecognized. The patient should have had a thorough history, physical examination, and plan for the weight loss. A diagnosis was not made for the edema and it was possible that the patient had cirrhosis.

1/14/2015 An NP saw the patient for hepatitis clinic and noted that the patient had APRI of 3.22 but was ineligible for treatment at this time due to a refusal of treatment on 1/14/15. The explanation of the refusal was not documented and it wasn't clear that the patient understood what he was refusing.

7, 8, 12   The patient should have been referred to UIC. The NP should also have ordered an EGD and ultrasound or CT scan of the liver.

1/14/2015 A NP saw the patient for hypertension clinic. The blood pressure was 136/84. No changes were made to therapy.

1/14/2015 The patient signed a refusal for hepatitis C treatment and workup but it wasn't clear what was explained to the patient.

12   The patient should have been referred to UIC. IDOC personnel failed to document what was discussed with the patient. Because of new drugs, treatment was significantly improved and it is unclear whether this was understood by IDOC personnel.

3/20/2015 Albumin 2.9; bilirubin 1.4 (0-1.2); alk phos 138 (40-125); AST 134; ALT 76.

4/13/2015 A NP saw the patient for hypertension clinic. The BP was 126/84. No changes to therapy were initiated.

6   Recent significant lab abnormalities were not reviewed.

Patient #23

| 5/1/2015 | Albumin 3; bilirubin 1.8; alk phos 144; AST 173; ALT 83; platelets 83. | | |
|---|---|---|---|
| 5/4/2015 | Apparently Dr. Paul wrote a note without seeing the patient and documenting that the patient had an APRI of 5.21. Dr. Paul recommended having him called over to discuss his decision to refuse HCV treatment and have him sign a refusal. A liver ultrasound and EGD were recommended. | 12 | The patient should have been referred to UIC to have treatment adequately explained to him. |
| 5/6/2015 | Wexford approved an EGD with comments that the patient had an APRI of 5.21. In addition to EGD, Dr. Paul recommended yearly discussion of treatment with the patient and liver ultrasound to R/O HCC. | | |
| 5/6/2015 | Wexford approved an abdominal ultrasound. | | |
| 5/8/2015 | An ultrasound of the liver showed cirrhosis, a 2.5 cm mass "worrisome for a possible malignant lesion" and a second mass in the right lobe of the liver measuring 2.35 cm. There was also splenomegaly. | | The patient had a liver lesion possibly HCC but this was not evaluated with biopsy. |
| 5/14/2015 | A NP wrote an email to Dr. Paul that the EGD was delayed as the doctor who typically performed EGDs was out after an accident. | | |
| 5/15/2015 | Dr. Paul wrote an email to an NP at Menard recommending a CT scan of the abdomen to evaluate an abnormal US. | 3 | If a CT scan were ordered it should have been an interventional radiology test so that biopsy could be done. This would only serve to delay evaluation of the lesion. |
| 5/15/2015 | A CT scan was referred. This was approved on 5/18/15. | | |
| 5/19/2015 | A doctor saw the patient and informed him of the ultrasound results. The weight was 224. The doctor notified the patient of a pending CT scan. | | |
| 5/27/2015 | A nurse documented a weight of 230 pounds. | | |

Patient #23

| | | |
|---|---|---|
| 5/28/2015 | A CT scan report documented a hypodense lesion in the right lobe of the liver measuring 6.2 cm. This was suspicious for malignancy.  Cirrhosis of the liver was also found with ascites and splenomegaly. | | The patient had a liver lesion possibly HCC but this was not evaluated with biopsy. |
| 6/17/2015 | An NP saw the patient for hepatitis C clinic.  The NP documented that the APRI was 5.3 and the NP documented that the patient refused therapy on 1/14/15.  The NP documented that the CT results were given to the patient. There was no evaluation for complications of cirrhosis. | 7, 17 | The patient should have been sent for his EGD.  The patient should have been considered for a diuretic due to ascites. |
| 6/22/2015 | A nurse documented a weight of 219 pounds. | 1 | The weight loss was unrecognized.  As the patient's cirrhosis worsened, the weight increased likely as a result of ascites.
This may have been ascites or an error. |
| 8/4/2015 | A nurse documented a weight of 240 pounds. | | |
| 8/6/2015 | A doctor documented seeing the patient in follow up of a CT scan.  The note was partly illegible but appeared to refer the patient to hepatitis clinic. | | |
| 8/7/2015 | The patient had endoscopy showing grade II esophageal varices.  The recommendation was to start beta blocker medication. | | |
| 8/14/2015 | Albumin 2.5; bilirubin 2.5; AST 67; ALT 34; MCV 101; platelets 71; INR 1.3 (0.9-1.2). | | |
| 8/25/2015 | The scheduling clerk documented that the Wexford UM physician decided to refer a referral matter to Dr. Paul.  The specific referral was not documented. | | |
| 8/25/2015 | Dr. Trost documented that the patient EGD showed varices with possible hepatic tumor.  The doctor referred to collegial for an unknown referral but did not start a beta blocker. | 17 | The doctor should have started a beta blocker due to the varices. |
| 8/25/2015 | Dr. Trost referred the patient for interventional radiology biopsy of a liver mass. | | |

Patient #23

| 8/31/2015 | Wexford UM physician did not approve a liver biopsy but requested that the referral be sent to Dr. Paul | 7 | This was a significant delay in evaluating a possible liver mass. |
| 9/10/2015 | Inderal 20 mg BID was ordered. | | |
| 9/22/2015 | BUN 4; chloride 110 (98-108); MCV 101.8; platelets 81. | | |
| 9/24/2015 | Dr. Trost referred the patient for interventional radiology biopsy of a liver mass. | 6, 7 | This was four months from the abnormal ultrasound. This delay was excessive. Significantly abnormal labs were not reviewed. |
| 9/25/2015 | MRI was approved by collegial. The approval noted that the radiologist recommended an MRI. | | |
| 10/22/2015 | An MRI showed right lower lobe pneumonitis, large ascites, splenomegaly, varices, wedge shaped confluent hepatic fibrosis of right hepatic lobe. | | |
| 10/26/2015 | An MRI was done. | 11 | A biopsy was ordered but the patient received an MRI. |
| 10/30/2015 | BUN 4; calcium 8.3; albumin 2.3; bilirubin 1.7; alk phos 151; AST 81; ALT 34; MCV 100.9; platelets 59; INR 1.4 (0-1.2). | | |
| 11/23/2015 | A doctor saw the patient for hypertension clinic. The BP was 142/90. The patient weighed 224. The patient asked the doctor about a liver transplant. The doctor noted edema and added Aldactone. The doctor noted that the patient was on propranolol 20 mg BID. | 6 | Significantly abnormal labs were not addressed. |
| 11/25/2015 | A MAR documented that the inderal was on hold. It wasn't clear why. | 17 | The patient should have been on a beta blocker due to his varices. |
| 12/1/2015 | Dr. Trost wrote a note. There was no history or physical examination. The note stated "I/M inquiring about liver transplant. Process including need for matching donor, finding, etc. All D/W I/M" P. F/U HRC." | | |

Patient #23

| | | | |
|---|---|---|---|
| 12/3/2015 | A doctor saw the patient in hepatitis chronic clinic. The doctor noted that the patient had a hepatic mass found in May of 2015. The doctor noted that the APRI was 6.3. The doctor concluded that the patient had liver cirrhosis and a questionable liver mass. The doctor referred the patient to Dr. Trost, the Medical Director. | 12 | The patient should have been referred to UIC or to another hepatologist for treatment as it appeared beyond the expertise of the surgeon who was Medical Director. |
| 12/7/2015 | Wexford approved an abdominal ultrasound. Notably Wexford UM also approved this same procedure on 12/8/15. | | |
| 12/14/2015 | Dr. Trost saw the patient. The entire note was "RIH on exam, reducible. P. observe." | 1, 2, 3 | Given the condition of the patient, the history, examination, and plan were all inadequate. The doctor did not appear to know how to care for the liver mass and cirrhosis. |
| 12/18/2015 | An ultrasound of the liver showed cirrhosis, a possible 2.1 cm liver lesion, and ascites. An MRI or CT surveillance was recommended to evaluate for hepatocellular carcinoma. | | |
| 12/24/2015 | Dr. Trost saw the patient. The entire note was "No c/o's Unclear why I/M scheduled. P. F/U PRN." | | |
| 2/18/2016 | A nurse noted that an email was sent to UIC with appointment sheet and paperwork. | | |
| 3/24/2016 | INR 1.6; albumin 2.1; bilirubin 2.2; alk phos 204; AST 76; ALT 30; MCV 100; platelets 65. | | |

Patient #23

4/28/2016   A UIC consultant saw the patient and noted that the patient deferred treatment in the past because "tumor eat you faster."  Notably, the patient was unaware that he had any associated liver disease.   The patient said he was first diagnosed with hepatitis C at Stateville in 2012 and had genotype 1A with a RNA level of 2,111,740 on 7/2/12.  The UIC consultant noted that the patient was unaware of having any complication of his liver disease.  The UIC consultant noted that varices were diagnosed 8/7/15 but that the patient wasn't treated for these, though a nurse found a prescription for propranolol that the patient had not picked up.  The doctor noted that a CT guided biopsy was not done "because images from US and CT were not provided to guide the biopsy in 2015."  The failed biopsy was documented as not occurring on 8/28/15.  The consultant documented that the US showed an ill-defined 2.5 cm mass in the liver.  A CT scan on 5/28/15 showed no enhancing lesions, although there was an ill-defined hypodensity in the right lobe of the liver.  The ill defined lesion was suspicious for malignancy.  The CT scan also showed cirrhosis, ascites, and splenomegaly.  The patient agreed to treatment.  The consultant recommended a liver biopsy, the MRI results, and after the biopsy to have the patient return to clinic for treatment.

Notably, the patient agreed to treatment at UIC.  The patient was unaware of his liver disease, making it appear that there had been ineffective communication with the patient.  The patient was sent without the MRI.

4/28/2016   A doctor saw the for annual hypertension clinic.  The BP was 110/80.  The doctor found no abnormalities on physical examination and made no changes to therapy.

Patient #23

| | | | |
|---|---|---|---|
| 4/28/2016 | A doctor saw the patient for hepatitis clinic. The doctor noted that the patient was ineligible for treatment because of low APRI. The APRI was 2.92, likely representing cirrhosis and warranted treatment. Nevertheless, the doctor documented he would refer to Dr. Trost to refer the patient to the telemedicine clinic for hepatitis C. | 4 | This doctor did not appear to know what the guidelines were. |
| 5/25/2016 | Dr. Paul referred the patient for an MRI. This was approved on 5/31/16. | | The use of Dr. Paul caused delays and confusion in therapy. It was understandable that she was involved because the doctors didn't know how to manage hepatitis C, but a different system should have been established. |
| 6/1/2016 | The scheduling clerk documented that an MRI of the abdomen was scheduled for 6/21/16. | | |
| 6/7/2016 | Albumin 2.1; bilirubin 3.5; alk phos 149; AST 79; ALT 27. | | |
| 6/21/2016 | The patient returned from an offsite MRI. A nurse practitioner saw the patient. The patient was short of breath and had oxygen saturation of 79%. The patient was started on oxygen and admitted to the infirmary for observation. There was no effort by the NP to identify why the patient had hypoxemia. Care was grossly and flagrantly unacceptable. The patient should have been admitted to a hospital. The NP did not document a complete set of vital signs. A nurse note on the same infirmary admission documented a blood pressure of 96/64. | 14 | The patient had significant hypoxemia with hypotension of new onset and should have been admitted to a hospital. |
| 6/21/2016 | A nurse on the infirmary noted that the BP was 96/64 and the oxygen saturation 93% on oxygen. Hypoxemia and hypotension of unknown etiology warranted hospitalization. | | |

Patient #23

6/22/2016 At 5:45 am a nurse documented that the patient had fever (100.4). There was no physician referral but the nurse placed the patient on the infirmary for observation.

16    Fever, hypoxemia, and hypotension warranted hospitalization. This nurse didn't refer to a physician.

6/22/2016 At 8:30 am a doctor admitted the patient to the infirmary for decompensated cirrhosis, massive ascites and hypoxemia. There was no investigation to determine the cause of the hypoxemia except to order routine labs, and this remained undiagnosed. The doctor took no other history. The physical examination documented decreased breath sounds and massive ascites and 3-4+ peripheral edema. The only diagnoses were HTN and HCV yet the doctor's plan was to initiate Levaquin and antibiotic for unnamed reasons. The doctor ordered a CBC, CMP, and chest x-ray. The doctor failed to acknowledge the fever, which should have prompted admission to a hospital for possible sepsis. The doctor did not even take vital signs, but a nursing note at the same time documented temperature of 100.8, oxygen saturation 93% presumably on oxygen with BP 115/78.

1, 14   Care was grossly and flagrantly unacceptable. The patient should have been admitted to a hospital. The history and therapeutic plan were inadequate.

6/23/2016 Dr. Trost wrote a brief note documenting that the patient was still short of breath. The exam was very brief, noting decreased breath sounds and unchanged edema. There was no history, limited physical examination, no review of laboratory tests, no acknowledgement of fever the day before, and no assessment. The doctor increased the Aldactone but did not review labs or initiate any diagnostic work up for the patient's serious illness.

6/23/2016 Albumin 1.4; AST 63; ALT 24; bilirubin 2.4; hemoglobin 10.3; MCV 103.6; platelets 41.

317

Patient #23

6/24/2016   A late entry note for 7:00 am documented at 1:30 pm documented that the patient's respiratory rate was 28, BP 88/60, and oxygen saturation of 84% on 4 liters of oxygen. The nurse documented talking to Dr. Trost, who advised admission to a hospital.  The patient wasn't transferred for 45 minutes.

6/24/2016   At 3:30 pm a nurse documented that the patient appeared "to be breathing [with] accessory muscles."  This note appeared inaccurately dated as the patient was already hospitalized at this time and date.

Patient #24

9/11/2014 HTN chronic clinic; weight 160; BP 132/88; LDL 122.  The patient was on lisinopril 10.

2/6/2015 Cholesterol 189; HDL 77; LDL 106.

3/9/2015 HTN chronic clinic; weight 178; BP 132/84; cholesterol 189; HDL 77; LDL 106.

4/17/2015 Hepatitis A, B, and C negative. CMP normal; cholesterol 152; HDL 57; LDL 90.

6/15/2015 Annual history evaluation; no risk factors identified.  Was 46 years old.  Vaccinations not updated.

8/14/2015 CMP normal.

10/16/2015 Varicella IgG antibody negative.

10/26/2015 The patient developed a generalized rash and was admitted to the infirmary with apparent varicella zoster.  The patient had a temperature of 99.8.

10/27/2015 The patient had fever of 100.8.

10/30/2015 The patient was afebrile for 48 hours and discharged the patient to general population.  The doctor noted that varicella titer was negative.

11/13/2015 A nurse saw the patient for symptoms of chicken pox.  The patient had temperature of 99.  The nurse noted no rash.

11/14/2015 A nurse saw the patient for symptoms of chicken pox.  The patient had temperature of 98.8.  The nurse noted no rash.

11/15/2015 A nurse saw the patient for symptoms of chicken pox.  The patient had temperature of 98.6.  The nurse noted no rash.

11/16/2015 A nurse saw the patient for symptoms of chicken pox.  The patient had temperature of 98.6.  The nurse noted no rash.

Patient #24

11/18/2015   A nurse saw the patient for symptoms of chicken pox.  The
             patient had temperature of 98.8.  The nurse noted no rash.

11/19/2015   A nurse saw the patient for symptoms of chicken pox.  The
             patient had temperature of 98.8.  The nurse noted no rash.
             The patient wasn't referred to a doctor.

11/20/2015   A nurse saw the patient for symptoms of chicken pox.  The
             patient had temperature of 98.6.  The nurse noted no rash.

11/21/2015   A nurse saw the patient for symptoms of chicken pox.  The
             patient had temperature of 98.8.  The nurse noted no rash.
             The patient was seen 11/22/15; 11/24/15; 11/25/15;
             11/26/15; 11/27/15; 11/287/15; 11/29/15; 11/30/15.

2/24/2016    CMP normal; cholesterol 192; HDL 72;LDL 113.
3/9/2016     Chronic clinic for HTN.  Cholesterol 192; HDL 72; LDL 113; BP
             122/82.
9/6/2016     HTN chronic clinic; BP 118/82; recent LDL 123.
2/17/2017    Cholesterol 179; HDL 62; LDL 110.
5/12/2017    Cholesterol 194; HDL 63; LDL 121.
5/17/2017    A nurse saw the patient for abdominal pain. The pain was
             described as constant of 4-5 days duration. The nurse gave the
             patient ibuprofen by protocol with no referral.

5/22/2017    A nurse saw the patient for abdominal pain for the past week.
             The patient noticed no bleeding or black stool.  The vitals were
             normal.  The abdomen was soft.  The nurse gave the patient
             antacids by protocol with no referral.

Patient #24

5/31/2017  The patient complained of abdominal pain which he said he had since 5/11/17.  The pain felt like a knife.  There was no bleeding.  The blood pressure was 140/110 with a pulse of 76.  This was an elevated BP for this patient who previously had normal blood pressures.  The nurse noted that the abdomen was "rigid" around the umbilicus with guarding.  The nurse documented no plan but apparently referred to a doctor.

5/31/2017  A doctor saw the patient.  The doctor noted that the patient had an umbilical hernia.  The doctor wrote "It is small.  He won't let me touch it or push it back in."  There was no other history or examination.  The doctor gave the patient Tylenol for six months with no other intervention.

6/19/2017  Annual history evaluation; no risk factors identified.  Was 46 years old.  Vaccinations not updated.
6/19/2017  HTH chronic clinic; BP 120/72; weight 176.
6/30/2017  At 8:00 am an LPN wrote a note stating that her supervisor directed her to examine the inmate because the family was calling concerned that the inmate needed to see the Medical Director.  The nurse wrote that the inmate had been seen multiple times in nurse sick call and refused part of the physician's examination.  The nurse assessment was "risk for dehydration" and noted that the patient already had an appointment for 7/6/17.  The nurse assessment utilized a diarrhea protocol.  The inmate complained of diarrhea 4-5 times daily with abdominal pain 8/10.  The patient had lost his appetite.  He weighed 176 pounds, which was his usual weight.  The pulse was 95 and blood pressure 150/118.  The abdomen appeared distended and rigid to the nurse.

3  A painful abdomen with the patient not allowing anyone to touch the abdomen needs to be evaluated.  To give the patient six months of Tylenol without diagnostic evaluation (ultrasound or CT scan) and without follow up was inappropriate.

Patient #24

6/30/2017  At 4:45 pm a LPN noted that the patient was being transferred to Carbondale Memorial Hospital.  There was no clinical note related to this communication.  The patient remained hospitalized until 7/6/17.

7/5/2017  A CT scan showed peritoneal/omental masses extending into the umbilical hernia.

7/6/2017  A nurse documented that the patient returned from the hospital.  The blood pressure was 168/100.  The weight was documented as 177.  The nurse did not document the hospital diagnosis but did document that the patient had a colonoscopy.

7/6/2017  A biopsy of a descending colonic polyp showed tubular adenoma with high grade features possibly with atypia.

7/7/2017  A doctor saw the patient and noted that the patient had biopsy and colonoscopy.  Some of the note was illegible.  The doctor admitted the patient to the infirmary and started hydralazine, Pepcid, and Zofran.  On the infirmary admission note the doctor wrote also that the patient had a CT biopsy.  Much of the note was illegible.  The assessment appeared to state abdominal pathology but it was unclear.

7/8/2017  The blood pressure was 160/100.  The nurse noted that the patient had an abdominal dressing.  A band-aid was applied.  Later that day at 4:00 pm the patient had blood pressure of 110/78 with temperature of 99.9.

7/9/2017  The patient asked the nurse for pain medication.  The blood pressure was 140/88.  The nurse noted that the patient had pain in the stomach area and that the patient had a large abdominal mass "R/O CA."  Later that day the patient asked "when will I get to see a doctor?"  The nurse assessed newly diagnosed cancer.

Patient #24

7/10/2017   A doctor saw the patient and wrote that the patient had slight
            abdominal pain.  The doctor noted that the patient had
            abdominal carcinomatosis.  There was no examination.  The
            doctor noted that oncology appointment was recommended
            in collegial.  The patient was discharged from the infirmary;
            the doctor stated that the final pathology report was pending.
            The patient was to follow up in doctor clinic.  The nursing
            discharge note documented a blood pressure of 140/100 but it
            was unnoticed by the doctor.  The doctor did not address pain
            medication.  The doctor also did not summarize the hospital
            course or document what occurred in the hospital.


7/13/2017   A clerk documented that the patient was approved for
            oncology.
7/17/2017   A doctor wrote an admission to the infirmary for a chronic
            patient.  The doctor noted that a CT scan showed peritoneal
            metastases but a needle biopsy showed no malignant tissue.
            The plan was a CEA, CA-19; CBC, CMP, and await the oncology
            consultation.
7/18/2017   A nurse documented on her note that the heart was irregular
            but took no action.
7/20/2017   A doctor wrote an extremely brief note.   The entire note was
            "No pain abd carcinomatosis Had requested CA-19 CEA
            Awaiting onc consult."
7/21/2017   CEA 0.7 (<3); albumin 3.1; hemoglobin 11.6; CA-19 4 (0-37).


7/23/2017   The patient complained of abdominal pain 6/10.  The nurse
            documented being given a phone order for Norco on a prn
            basis.

Patient #24

7/24/2017 The patient complained of stomach pain to a nurse. The inmate was afraid to take the pain medication because of constipation. The doctor did not evaluate the patient.

7/26/2017 The patient went for an oncology appointment.

7/26/2017 An oncologist saw the patient. The oncologist wrote that the patient was a poor historian and "no records that we have received from the prison is a 60 document was 2 pages of labs and four pages of handwritten physician documentation." The patient told the doctor he had cancer. The CT scans were unavailable to the oncologist. The patient had massive tense ascites. The oncologist stated that he would request the CT scans from the hospital and would try to get more records. A two week follow up was requested with more information.

11    Adequate information needed to be sent with the patient for his appointment.

7/27/2017 A doctor saw the patient and noted that there was no oncology report. The doctor noted that the CEA and CA-19 were negative. The doctor took no history of the patient and did not examine the patient. He noted that the patient had abdominal carcinomatosis "? no Path prognosis very poor, refer to Carbondale for repeat Bx.(initial Dx no tumor seen)."

11    Hospital records were unavailable and the doctor didn't know what occurred at the hospital. Follow up of oncology was not being done. They had recommended return if the patient decompensated, which had occurred.

7/30/2017 The patient told a nurse "I'm hurting" but the nurse took no further history.

8/1/2017 The patient told a nurse, "What do I need to do to get some help. I'm deteriorating." The nurse did not refer to a physician and a physician had not seen the patient for almost two weeks. The patient complained of stomach pain.

Patient #24

8/2/2017 A doctor wrote that the patient had abdominal carcinomatosis but that there was no pathological diagnosis. The needle biopsy done in Carbondale was not diagnostic and "have requested for repeat bx for path diagnosis abd remains distended tense with umbilical hernia." That was the entire note. There was no history from the patient and no updated laboratory or physical examination.

8/2/2017 The patient told the nurse he was "worn out." The nurse noted that his pain was unrelieved but that he didn't want his prn pain medication at this time.

8/4/2017 A nurse documented the patient saying, "You gotta help me. These pain pills don't work." The nurse noted severe pain despite Norco. A doctor was notified that the patient had a large abdomen that was tender to touch. The patient was sent to a hospital.

8/4/2017 A clerk documented that Dr. Siddiqui's referral for repeat CT guided biopsy was approved. A second referral for oncology follow up was approved as well.

8/8/2017 The patient was readmitted to the infirmary as a chronic patient. The doctor admission noted that the patient had a repeat needle biopsy and that CA-19 and CEA were negative. The patient was on hydrocodone 7.5 mg QID and Zofran. The doctor noted that the biopsy results were pending.

8/8/2017 A doctor noted receiving a call from the surgeon who told him that the biopsy needle may have hit a small bowel loop. The doctor noted an abdominal x-ray [ordered at Menard] showed no free air. The doctor noted that the patient had an oncology appointment in two days.

1, 2, 3   The doctor failed to take history, evaluate the patient, or make a plan consistent with the patient's pain. The patient had not been seen for a couple weeks and the doctor did not even evaluate the patient.

Patient #24

| | | | |
|---|---|---|---|
| 8/9/2017 | The patient told a nurse that the pain medication wasn't helping and that he had trouble breathing.  The nurse noted that she had difficulty listening to his lungs due to the patient making noise.  The nurse called a doctor who ordered an additional dose of Norco. | 19 | The doctor should have evaluated the patient who stated he couldn't breathe. |
| 8/9/2017 | A doctor wrote that the patient still had abdominal pain and constipation.  He ordered MS contin and Vicodin and Miralax. | 1, 2, 3 | The doctor did not apparently evaluate the patient and instituted a plan without evaluation of the patient.  The patient's trouble breathing was not evaluated. |
| 8/9/2017 | A nurse wrote that the inmate was mumbling, was confused and unable to answer questions.  The patient was sent to a hospital. | | |

Patient #25

| | |
|---|---|
| 4/14/2017 | The dentist saw the patient and documented referral for evaluation of radiolucency. |
| 4/17/2017 | A referral for evaluation of a radiolucency of the left jaw by a dentist.  The dentist diagnosed dentigerous cyst r/0 ameloblastic changes of the L mandible. |
| 6/22/2017 | Pathology reported Diffuse large B cell lymphoma with bone involvement |
| 6/27/2017 | A referral form to oncology noting that a left mandibular cyst showed diffuse large B cell lymphoma with bone involvement. |
| 6/29/2017 | A scheduling clerk noted that Dr Siddiqui presented at collegial for oncology for a mandibular cyst.  The referral was approved. |
| 7/3/2017 | A scheduling clerk noted that an appointment was scheduled with Illinois Oncology on 7/7/17. |
| 7/7/2017 | Part of an oncology note was present.  The oncologist recommended CT scan chest, abdomen, pelvis, PET scan, MUGA. |
| 7/13/2017 | A scheduling clerk noted that Dr. Siddiqui referred the patient for bone scan, CT scan and MUGA scan.  These were approved. |
| 7/14/2017 | A Wexford approval for a bone scan, MUGA scan, CT of neck, thorax, abdomen and pelvis. |
| 7/25/2017 | CT chest abdomen and pelvis showed no lymphoma. |
| 7/31/2017 | An US of the abdomen was not done due to lockdown. |
| 8/4/2017 | Wexford approved a referral to oncology. |
| 8/8/2017 | A MUGA scan showed uptake only in the mandible. |
| 8/11/2017 | An oncologist stated that he would start CHOP which would start on 8/18/17.  The patient was to receive six cycles every three weeks of cyclophosphamide, doxorubicin, vincristine and prednisone.  The regimen included use of pegfilgrastin after chemotherapy. |

12      It took over two months to get a biopsy of an abnormal bony lesion.

12      It took four months to start chemotherapy.  This could have been more timely.

Patient #25

8/17/2017 A scheduling clerk noted that chemotherapy was approved for every three weeks.

8/18/2017 WBC 5.9; HGB 15.6; platelets 189.

8/25/2017 WBC 7.1; HGB 15.5; platelets 188; HCV undetectable.

8/31/2017 An untitled note documented that an oncologist ordered cipro for 10 days, Ativan, prednisone on days 1-5 of each 21 day cycle, and Compazine. The oncologist also ordered Rituxan every three weeks. The oncologist also ordered neulasta 6 mg after each CHOP treatment as directed and asked that the oncologist be notified if approved.

It appeared that the patient received chemotherapy on this day but we could not find all chemotherapy reports in the record.

9/1/2017 A NP wrote that Boswell was substituting Granix for Neulasta and ordered it daily for seven days every three weeks after "treatment," presumably chemotherapy for three months.

There was no evidence we could find in the record that the patient received Granix although it was on the MAR.

9/8/2017 A nurse wrote that the patient returned from chemotherapy. There was an order for ciprofloxacin.

8, 6, A doctor did not see the patient post chemotherapy and the white count post chemotherapy was not checked.

9/8/2017 WBC 0.4; HGB 13.2; platelets 69; and the ANC was 100 which was critical.

These labs were from the oncology office.

9/11/2017 A nurse evaluated the patient for abdominal pain post chemotherapy. The patient said he had bright red blood in his stool. The patient was apparently on Motrin. A nurse noted that the patient was unable to stand and had a distended abdomen which was hard and painful to touch on the left side.

9/11/2017 A nurse noted that the patient was brought to the HCU for abdominal pain and received a verbal order for an abdominal x-ray, a UA for culture, with orders for fiberlax and MOM with a PRN follow up.

9/21/2017 The patient returned from chemotherapy.

Patient #25

| | | |
|---|---|---|
| 10/3/2017 | A doctor noted that the patient had NHL and was being treated with CHOP and the next chemotherapy was 10/12/17. There was no status update for the patient. The note was extremely brief. There was no physical examination. The doctor wrote "?CBC." The doctor noted that the patient was to start prednisone for five days. The doctor didn't review blood counts or the oncology report. | 6, 1, 11 The doctor failed to review the history of what happened in oncology clinic and did not review the report. We could not find an oncology report for this date. The doctor failed to check the white count despite that this was critical as the patient was subject to neutropenia. |
| 10/12/2017 | The patient returned from a medical furlough. | |
| 10/13/2017 | A nurse documented that the patient returned from a medical furlough. The oncologist note documented that on 11/2 the patient was to receive Rituxan and neulasta. | |
| 10/31/2017 | The October MAR listed Granix but there was no evidence that it was administered. | |
| 11/1/2017 | A doctor noted that the patient was seen by oncology for chemotherapy. The doctor did not update the status of where in treatment the patient was. | 6, 8 The doctor did not order or review CBC counts to ensure the patient wasn't neutropenic. |
| 11/2/2017 | A oncology order documented that the patient would return 11/22/17 for the next chemotherapy infusion. | |
| 11/9/2017 | The patient told a nurse he was concerned about adverse effects of prednisone. | |
| 11/11/2017 | A doctor saw the patient. The note was illegible but brief. | |
| 11/21/2017 | WBC 6.7; hemoglobin 10.4; platelets 221. | This was a pre-chemotherapy CBC. |
| 11/22/2017 | On return from chemotherapy the blood pressure was 86/56 and a nurse notified a doctor who sent the patient to a hospital. | |

Patient #25

11/22/2017   The patient went to Chester Memorial Hosp for weakness, dizziness, and diaphoresis.  The hospital note documented that the patient was  on amlodipine, filgrastim 480 mcg, ibuprofen, metoprolol, prednisone, prochlorperazine and ondansetron.  The WBC was 6; HGB 9.7; platelets 196.  The patient was diagnosed with dehydration and sent back to Menard.

11/26/2017   A nurse saw the patient for nausea. The temperature was 101.6.  The patient was too weak to stand.  The nurse placed the patient "on the third floor."

1, 8   The patient had a fever to 101.6 which if present in a neutropenic patient constitutes a neutropenic fever.  It was imperative for the doctor to take a history to identify any signs of infection and to obtain a stat CBC to determine if the patient was neutropenic.  This error was grossly and flagrantly unacceptable.

11/28/2017   A doctor saw the patient and noted that the patient was on chemotherapy and had nausea and diarrhea which had resolved.  The doctor assessed dehydration and ordered IV fluid and Levaquin. The patient had a 101 fever and a pulse of 113.  Without an diagnostic effort the doctor ordered Levaquin.  There was no diagnosis and it wasn't clear what the doctor was treating.  The doctor did not order a white count or ensure that the patient was receiving gramix.  The doctor ordered Levaquin daily for five days, stopped amlodipine and metoprolol, started IV saline and Zofran.

8   The patient still had fever of 101.  It was imperative to exclude neutropenia, which the doctor did not do.  Care was grossly and flagrantly unacceptable.

11/29/2017   A nurse noted that the patient had blood pressure 90/60 and temperature 98.  The patient felt sick and had diarrhea.

Patient #25

| 11/29/2017 | At 8:00 am doctor wrote an infirmary admission note and noted that the BP was 90/60. The doctor noted that the patient had dehydration after developing nausea and vomiting after chemotherapy. The doctor noted that the blood pressure medication was discontinued. | 8 | Hypotension in the context of possible neutropenia can indicate infection, particularly if the patient is on prednisone, which this patient was taking. It was imperative for the doctor to order an immediate white count to ensure the patient wasn't neutropenic. Care was grossly and flagrantly unacceptable. |
| 11/29/2017 | At 9:00 am the patient said his ear hurt and the nurse notified the doctor. The nurse documented that there was drainage from the ear which was painful. The nurse admitted the patient to the infirmary. The temperature was 99.8 and pulse 102. This was not noted by a doctor. The doctor ordered a CBC and CMP. | 16 | The nurse should have notified the doctor even though the doctor had just seen the patient. |
| 11/30/2017 | A doctor noted that the patient had pus coming from the left ear and changed the Levaquin to IV, but since Levaquin was unavailable, he started Rocephin. The diagnosis was Otitis externa. | 8, 14 | The doctor should have obtained an immediate CBC to ensure that the patient was not neutropenic or send the patient to a hospital. |
| 12/1/2017 | A doctor noted that there was still pus from the ear and did not change therapy. | 8, 14 | The doctor should have obtained an immediate CBC to ensure that the patient was not neutropenic or send the patient to a hospital. |
| 12/3/2017 | A NP saw the patient who was found unresponsive with blood on his mouth, and blood draining from his penis. The NP sent the patient to a hospital. The patient had fever of 101.2, BP 96/60; pulse 120, respirations as high as 42. | | |

Patient #26

| | |
|---|---|
| 8/26/2008 | Cholesterol 158; HDL 47; LDL 99; ACA 10-year risk 7.1 % and no indication for a statin. |
| 9/3/2008 | An NRC reception physical examination documented no medical problems except alcohol use. |
| 9/3/2008 | The patient was transferred to Menard. |
| 1/27/2010 | Cholesterol 158; HDL 47; LDL 99;  ACA 10-year risk 7.1 % and no indication for a statin. |

2/24/2010 A doctor saw the patient and noted that the patient passed out and fell but said, "I was informed that I was hit in the face by a guard."  The doctor ordered a facial x-ray that showed no fractures or dislocations.  The doctor ordered ibuprofen for pain.  The doctor apparently presumed that the patient sustained blunt trauma and did not pass out.  No other diagnostic studies were performed (EKG, Holter monitor, glucose).

7, 8    The patient passed out and should have had an EKG and glucose test.  The doctor should have considered a Holter monitor.

| | |
|---|---|
| 3/13/2012 | Total cholesterol 134; HDL 29; LDL 96. |
| 3/13/2012 | Cholesterol 134; HDL 29; LDL 96;  ACA 10-year risk 7.6% and indication for moderate to high intensity statin. |
| 1/27/2014 | Cholesterol 144; HDL 40; LDL 95. |
| 1/27/2014 | Cholesterol 144; HDL 40; LDL 95.  ACA 10-year risk 9.2% and moderate to high intensity statin indicated. |

12/31/2014 Dr. Trost wrote that the "I/M [without] S/S of chickenpox.  P. RTC prn."  It wasn't clear what this meant as there was no history or physical examination.

17    Since 2012 the patient had a 10-year risk of heart disease of at least 7.5% and should have been offered statin therapy to reduce cardiovascular risk.

| | |
|---|---|
| 12/14/2015 | Albumin 3; cholesterol 168; HDL 42; LDL 117. |
| 12/14/2015 | Cholesterol 168; HDL 42; LDL 117; ACA 10-year risk 10.8% and indication for moderate to high intensity statin |

Patient #26

1/23/2016  The patient had biannual examinations in 2010; 2012; 2014; and on this date in 2016.  At each of these the patient was not offered standard colorectal screening.  The patient did refuse a digital rectal exam which apparently was being offered as colorectal screening.  The patient was above 50 years old at each of these examinations and the patient was 67 years old at this examination.

3/20/2017  A doctor wrote that the patient was short of breath.  There was no other history.  The doctor wrote "vitals questionable. Patient very pale, hands cold."  That was the entire examination.  The vitals were not documented except a oxygen saturation of 97% and a number 199 which was unintelligible.  The assessment was "anemia" and the doctor ordered a CBC and CMP stat.  In a later note the doctor noted that the labs "are within an acceptable limit.  However patient gets extremely fatigued with any type of physical exertion." The assessment was shortness of breath.  The doctor ordered a chest x-ray and abdomen x-ray and UA.

3/21/2017  The problem list documented heart failure and atrial fibrillation.  No other problems were listed on the problem list.

3/21/2017  A NP noted that the patient was an add on to clinic.  The NP documented that the chest x-ray showed "?pneumonia." The BP was 152/100 and respiratory rate 38-40 with a temperature of 96.2.  The NP ordered a stat EKG.

7, 17  The patient was not offered colorectal screening consistent with contemporary guidelines and was not offered a statin medication.

Patient #26

3/21/2017 An EKG showed atrial fibrillation with a rate of 91.  A chest x-ray showed moderate sized pleural effusion right with a smaller pleural effusion left.  Patchy opacities are seen perihilar regions suggesting heart failure or pneumonia.

3/21/2017 The patient was admitted to Memorial Hospital in Chester IL, a 25-bed hospital. The evaluation in the ER was that the patient had an irregular  heart rate with 2+ pitting edema and bilateral trochanteric ulcers worse on the right.  The BUN was 25; CK MB was 7.3 (1-7); troponin <0.01; albumin 2.7; hemoglobin 13.7; WBC 6.4; INR 1.31; an EKG showed atrial fibrillation with a ventricular rate of 93; bilateral pleural effusions, cardiomegaly, bibasilar infiltrates and heart failure.  The hospital note documented consulting with a primary care provider and the NP at Menard who sent the patient, and the NP agreed to accept the patient back to the facility.  The patient was in heart failure with new onset atrial fibrillation and the patient should have been sent to a regional center for management, as it was not safe to accept the patient back at the facility.  The only diagnostic testing done was a chest x-ray that showed "large bilateral pleural effusions and there is mild to moderate bilateral compression atelectasis caused by the effusions."  There was a 14 mm hypodense nodule in the thyroid gland and there was a prominent suprahilar node.  The heart was enlarged.  Pneumonia couldn't be excluded.

14    The NP accepted a patient back to the prison when it was not safe to do so.  The patient had pneumonia, pleural effusions, heart failure, and new onset atrial fibrillation.

Patient #26

3/21/2017  A NP admitted the patient to the infirmary for dyspnea and
anemia.  The examination only noted that the patient was
pale, dyspneic, without breath sounds on the right.  The NP
noted that the patient was sent to a hospital in the morning
and had a diagnosis of atrial fibrillation, heart failure, and
decubitus ulcer.  The NP noted that the patient was on Eliquis,
lisinopril, and Lasix.  The NP ordered a CXR, CBC, CMP, HIV,
hep C, RPR, Hep panel, FLP, AFT, sed rate, CRP, magnesium,
TSH, B121 and referral for cardiology, and CT of abdomen. The
pulse was 108; respirations 16; and BP 130/82.  The NP did not
discuss the EKG or perform another EKG.

3/21/2017  A NP referred the patient to a cardiology consultation for A
fibrillation.  The NP also referred the patient for a CT of the
chest and abdomen because the patient appeared thin.

3/22/2017  A nurse noted that the patient was incontinent of stool.  The
patient had a respiratory rate of 30 with blood pressure of
86/60 with 2 + pitting edema and was short of breath with
exertion.  The patient was sent to a hospital.

3/22/2017  AFP 0.9 (<9); CRP 0.6 (0-8); cholesterol 127; HDL 36; LDL 84;
magnesium 1.5 (1.8-2.4); TSH 4.12 (0.35-4); sedimentation
rate 68 (0-10); HIV negative; syphilis non reactive.

3/22/2017  Cholesterol 127; HDL 36; LDL 84.  The ACA 10-year risk was
13.1% and indication for moderate to high intensity statin.

Patient #26

3/23/2017   The patient was hospitalized at Memorial Hospital in
            Carbondale, a 125-bed facility.  The patient had an NSTEMI
            and had systolic heart failure with renal failure and low
            albumin and required bowel resection with colostomy for
            ischemic bowel.  The surgery included  partial colectomy with
            colostomy, splenectomy, and construction of a stoma.  The
            patient developed sepsis due to aspiration pneumonia.  A
            venous Doppler was done showing no evidence of a deep vein
            thrombosis.  The patient had MGUS.  The bone was negative
            for lytic lesions and the urine was sent for electrophoresis.   A
            chest x-ray showed a slight improvement in both lung bases
            with mild decrease in the infiltrates.  There was mild
            cardiomegaly and perihilar markings were still prominent.
            Pneumonia could not be excluded.  Based on hospital records,
            it appears that the ischemic bowel was identified on 3/28/17
            after developing GI bleeding on 3/26/17.  It is uncertain when
            the ischemic bowel started.  The ischemia was in the
            rectosigmoid area.


3/28/2017   Wexford UM denied the cardiology consultation and CT chest
            and abdomen because the patient was currently in the
            hospital.
4/18/2017   The Wexford Regional Medical Director wrote a note that the
            patient was in preparation for hospital discharge. The doctor
            wrote a list of medications that the patient was on, including
            lisinopril, pantoprazole, Lasix, Eliquis, docusate, MS ,
            ondansetron, lorazepam, and hold scopolamine patch.

Patient #26

4/19/2017    The patient was admitted to the infirmary from the hospital
for comfort care.  The admitting diagnoses were ischemic
colitis, atrial fibrillation, acute renal failure and a comment
"*see additional list."  The orders were for oxygen, condom
catheter, turn the patient every two hours, follow up with Dr.
Gonzales in 1-2 weeks, keep the incision clean and dry and
colostomy care.

4/19/2017    An undated note a nurse wrote a discharge note.  This was
immediately after the admission note on 4/19/17.  The note
had no vital.  The discharge summary was s/p hospital stay
ischemia colitis, ARF, CHF.  The objective note was "I/M
discharged dlt death."  The discharge location was "funeral
home."  This note appears to have been written before the
inmate died.

4/20/2017    A nurse entered his room at 3:55 am to find the patient
unresponsive.

2/4/2005  EKG showed moderate voltage criteria for LVH and inf infarct age indeterminate

1/24/2011  On this annual physical examination the blood pressure was 130/80.

1/31/2014  Amlodipine 10, carvedilol 50 BID, HCTZ 50, losartan 50 BID, spironolactone 50 daily, terazosin 7 mg.

2/12/2014  Potassium 3.7 (3.5-5.3); cholesterol 165; HDL 34; LDL 110.

2/31/14  Amlodipine 10, carvedilol 50 BID, HCTZ 50, losartan 50 BID, spironolactone 50 daily, terazosin 7 mg.

3/5/2014  HTN chronic clinic BP 210/140.  The doctor noted shortness of breath which the patient attributed to anxiety.  The doctor did not check for end-organ damage despite the significantly elevated blood pressure.  The doctor added Cozaar to Norvasc, Aldactone, and Coreg and stopped HCTZ and Hytrin.  The doctor referred to psychiatry.  The doctor did not order follow up to ensure that the blood pressure returned to a reasonable level.

1, 2, 8, 12, 15  The blood pressure was significantly elevated The doctor did not evaluate for encephalopathy or renal damage. Although the doctor made a change in therapy, the doctor did order a timely follow up for this degree of hypertension and did not ensure that the patient's blood pressure was lowered to a safe level. The doctor took no history of compliance.  The patient was on five antihypertensive medications with extremely high blood pressure.  The patient should have been sent for evaluation of secondary hypertension to a specialist.

3/18/2014  A doctor saw the patient.  The blood pressure was 180/110. The doctor did not examine the retina, or check for renal damage.  The doctor discontinued Norvasc and documented that the patient was on nifedipine 120, Aldactone 100, HCTZ 50, carvedilol 50BID, Cozaar 50 BID, minoxifil 2.5 mg daily, and Hytrin 10 mg daily.  The nifedipine and minoxidil appeared to be added to the regimen but the doctor didn't reflect this in his note.

3/27/2014  A nurse saw the patient and noted that the patient complained of his heart skipping beats.

3/27/2014 The patient complained to a nurse that his blood pressure of 234/140 was related to anxiety. A doctor saw the patient but didn't document a change in therapy.

15    The blood pressure was significantly elevated. The doctor did not ensure that the blood pressure was lowered to a safe level. The doctor did not evaluate for end organ damage and did not schedule the patient for follow up in a few days to ensure that the patient was safe. The doctor took no history of compliance.

3/31/2014 Carvedilol 50 BID, losartan 50 BID, Aldactone 100, HCTZ 50, BID, minoxidil 7.5 daily, Hytrin 10 Q day.

4/22/2014 A doctor increased minoxidil but took no history and no physical exam.

4/22/2014 The patient told a nurse that his blood pressure of 210/140 was related to stress.

16    The patient should have been referred to a doctor due to the extremely elevated blood pressure.

4/23/2014 Dr. Trost wrote an extremely brief note and referred the patient to on outside hypertension clinic. The blood pressure was 170/104.

4/24/2014 Dr. Trost noted that at collegial he was to give all meds DOT.

4/28/2014 Wexford denied referral to an outside hypertension clinic based on "insufficient information." A recommendation for DOT was made and to represent if needed.

12    This patient had clear indication for evaluation for secondary hypertension and should have been approved for that.

5/3/2014 The inmate complained about getting DOT medication.

5/18/2014 Calcium 7.9; sodium 136; potassium 4.6. No LFTs done.

5/22/2014 Wexford denied a visit to HTN clinic asking that medication be DOT and to represent in a few weeks if needed. The reason for denial was insufficient information. This was appealed and apparently approved on this date.

5/31/2014 Carvedilol 50 BID, losartan 50 BID, Aldactone 100, HCTZ 50, Cozaar 50 BID, minoxidil 7.5 daily, Hytrin 10 Q day, Nifedipine 120 daily.

6/4/2014 Potassium 3.1; BUN 5.

6/15/2014  The inmate refused medication, not wanting to take DOT medication.

6/25/2014  Dr. Trost documented that the patient would review medication if not DOT.  The doctor noted BP 220/120, resumed KOP meds and referred the patient to an outside HTN clinic.

6, 17  The doctor did not note the prior low potassium.  Low potassium in the context of difficult to control blood pressure should lead to an evaluation for secondary hypertension.  Medication should have been adjusted.  Because of the extremely high blood pressure the doctor should have scheduled follow up in a few days to assess whether it returned to normal.

6/30/2014  Carvedilol 50 BID, losartan 50 BID, Aldactone 100, HCTZ 50, BID, minoxidil 7.5 daily, Hytrin 10 Q day, Nifedipine 120 daily.

7/10/2014  An NP saw the patient for HTN chronic clinic.  The BP was 226/142.  The NP took little history and noted that the patient was scheduled to see a hypertension specialist.  The patient refused to take Norvasc so the NP made no changes and referred to Dr. Trost.  A statin should have been started but was not.  Medication compliance was not discussed.

1, 2, 3, 8, 12,15, 17  The 10-year risk of heart disease was 29% and a statin should have been started.  The patient had hypertensive urgency and should have been assessed for end-organ damage and monitored in the clinic until the blood pressure returned to a lower level or a couple day follow up was indicated.  Modification of blood pressure regimen was indicated. The patient should have been referred for evaluation of secondary hypertension.

7/16/2014  Dr. Trost noted that the patient was taking BP medication.  The BP was 230/126.  There was no history or physical examination.  The plan was to refer to HTN clinic consultant.

1, 2, 8, 12, 15  Given the blood pressure the consultant visit should have been sooner.  The patient had hypertensive urgency and apparently was taking medication yet the doctor did not add medication or monitor the patient until the blood pressure returned to a lower level.  The doctor ordered no follow up to ensure that the blood pressure returned to a lower level.  The doctor did not take history or perform examination to exclude end-organ damage.

| | | | |
|---|---|---|---|
| 7/31/2014 | Carvedilol 50 BID, losartan 50 BID, Aldactone 100, minoxidil 7.5 daily, HCTZ 50, spironolactone, Terazosin 10. | | |
| 8/27/2014 | The patient went to an outside HTN consultant at Barnes Hospital. | | |
| 8/27/2014 | The patient went to Barnes Hospital HTN clinic. The doctor had no labs available. The doctor documented that the patient stated that he was anxious. The BP was 212/147. The doctor noted that the patient wasn't currently taking medication. The doctor recommended that the patient start back on HCTZ, spironolactone, and to add other medications back slowly. The doctor said she would try to call to discuss. | 11 | The labs were not sent with the patient specifically the low serum potassium was not known to the consultant. |
| 8/30/2014 | A doctor saw the patient after the Barnes consultant visit. The blood pressure was 208/156. The doctor noted that the patient had anxiety problems and that the consultant would speak with Dr. Trost but that there were no notes about these communications in the chart. The doctor referred the patient to psychiatry to evaluate his anxiety. The doctor did not evaluate for end-organ damage by history or physical examination. The doctor did not adjust blood pressure medication or ensure that a follow up was ordered to ensure that the blood pressure safely was reduced. | 1, 2, 3, 8, 10, 13, 15 | The doctor did not document review or did not talk to the consultant about care. Referral to psychiatry was a questionable strategy. The patient had hypertensive urgency yet the doctor did not evaluate for end-organ damage or ensure that the blood pressure was reduced to a safer level. The doctor should have added blood pressure medication and assessed for compliance. |
| 8/31/2014 | Carvedilol 50 BID, HCTZ 50, Losartan 50 BID, Minoxidil 7.5 mg daily, Aldactone 50. | | |
| 9/12/2014 | A NP documented that the patient was only taking Aldactone and HCTZ. The NP took no action and blood pressure wasn't taken. | | |
| 9/17/2014 | A NP noted the BP was 204/104. The NP did not assess for end-organ damage or ensure that the blood pressure was lowered before discharging the patient. The NP consulted the Medical Director but no action was taken. Compliance was not checked. | 1, 2, 3, 8 15 | the NP should have checked compliance, evaluated for end-organ damage, and scheduled a follow up to ensure blood pressure was coming down. |

9/20/2014   A doctor noted the patient would refuse all medication until    1, 2, 3,   The patient had hypertensive urgency but the doctor
            something was found that works. The BP was 210/124. The   8,15      took no history and performed no examination to
            doctor referred the patient to Dr. Trost. The doctor stopped              exclude end-organ damage. The doctor did not ensure
            all treatment.                                                            follow up would occur to safely follow up on this patient
                                                                                      with extremely elevated blood pressure. Probably, the
                                                                                      patient should have been placed on the infirmary.

9/30/2014   HCTZ 50, Aldactone 100, Hytrin 10 mg, minoxidil 7.5, Cozaar            The medication renewal process didn't work and the
            50 BID,  carvedilol 50 BID.                                             patient's medication stopped in mid December and
                                                                                   wasn't started again until 1/8/17, about 3-4 weeks later.

10/1/2014   Potassium 4.1.
10/11/2014  A psychiatrist documented the patient saying he didn't need to
            see a psychiatrist and felt fine. The psychiatrist documented
            no follow up.
10/22/2014  A doctor saw the patient for elevated BP 178/124. The doctor    13
            noted that the patient needed to see a psychiatrist for his
            anxiety. The doctor assessed anxiety reaction.

10/22/2014  A provider saw the patient for HTN clinic. The BP was    1, 2, 3,   The doctor failed to assess for end organ damage in a
            178/124.  No history was taken. The doctor documented   8, 12, 17  patient with hypertensive urgency. The doctor did not
            referral to psychiatry and made no changes to medication.              assess for compliance. The 10-year risk of heart disease
            Medication compliance was not discussed.                               was 24% and a moderate to high intensity statin should
                                                                                   have been started. The BP meds should have been
                                                                                   adjusted as the blood pressure was elevated. This
                                                                                   patient should have been referred for evaluation of
                                                                                   secondary hypertension.

11/1/2014   A MAR documented that the patient was on Remeron at night,
            which he remained on although the patient mostly refused
            this medication.
12/10/2014  Potassium 3.5 (3.5-5.3); BUN 6; creatinine 1.07; cholesterol
            178; HDL 32;LDL 119.

1/20/2015  On this annual physical examination the blood pressure was 130/88.

2/4/2015  Dr. Trost sent the patient to a hospital for "exercise intolerance and PND."  He documented that the EKG showed SVT for which there was no evidence.

2/4/2015  An EKG showed st flattening but sinus rhythm with rate of about 100.

2/4/2015  Potassium 3.7; cholesterol 180; HDL 36; LDL 117 urinary glucose 300; serum glucose 110.

2/4/2015  EKG showed possible LAE and LAD.

2/4/2015  EKG showed sinus rhythm with PVCs; LAD and voltage criteria for LVH.

2/5/2015  The patient returned from Carbondale Hospital.

2/5/2015  A discharge instruction sheet from the hospital recommended an appointment for cardiology and nephrology in two weeks but a written comment on this document states that "no F/U request per Trost."

17  The 10-year risk of heart disease or stroke was 15% and the patient should have been started on a moderate to high intensity statin.

2  The doctor misdiagnosed an EKG tracing.

Hospital records were unavailable and the doctor didn't know what occurred at the hospital.  Follow up of oncology was not being done.  They had recommended return if the patient decompensated, which had occurred.

2/5/2015 A hospital note documented an elevated glucose of 115 and 120; potassium of 3.1; elevated troponins. The patient felt short of breath and had similar episodes but there was never a work up according to the hospital chief complaint. There was no chest pain. The patient was a former smoker. The patient described stopping anti-hypertension medication because they were not helping him. The discharge summary documented diagnoses of hypertensive urgency with mild troponinemia due to hypertensive urgency and episodes of shortness of breath due to HTN, hypokalemia, and resistant hypertension with hypokalemia concerning for hyperaldosteronism. Labs were sent out. An echocardiogram showed concentric hypertrophy and thickened LV wall. A follow up with nephrology to rule out hyperaldosteronism was recommended. The aldosterone was in normal range but the patient was on Remeron, though mostly refusing it. The renin was normal. The normetanephrine was elevated to 1.13 but not over 2 x normal (0-0.89). In the hospital the cholesterol was 148; HDL 23 and LDL 96.

2/5/2015 EKG showed possible LAE and nonspecific STT changes.

2/6/2015 Dr. Trost saw the patient post hospital return and sent the patient back to his cellhouse but failed to make referrals to cardiology and nephrology as recommended and did not make note of the hypokalemia or elevated metanepherines.

3/5/2015 A doctor saw the patient in hypertension clinic and the blood pressure was 200/140. The doctor presumed that the blood pressure elevation was due to anxiety and referred the patient to a psychiatrist. The doctor stopped HCTZ and Hytrin but started Cozaar.

10  The doctor failed to review the hospital notes failing to note the recommendation to refer to nephrology to rule out hyperaldosteronism and to cardiology.

| | | | |
|---|---|---|---|
| 3/6/2015 | A doctor saw the patient for his elevated BP of 170/108. The doctor mentioned that Carbondale hospitalists recommended referral to cardiology and nephrology in two weeks and that Dr. Trost made no referral. However the doctor took no action. | 10 | The doctor decided not to refer as recommended to a nephrologist and cardiologist. |
| 3/7/2015 | A psychiatrist documented that the patient was a no show to clinic and rescheduled the patient. | | |
| 3/8/2015 | The KCL supplement was discontinued. | | |
| 3/16/2015 | A doctor saw the patient for HTN clinic. BP was 190/128. The cholesterol was documented as 180, HDL 36, and LDL 117, but a statin was not started despite a 27% 10-year risk of cardiovascular disease. The doctor checked the retina but did not evaluate for other potential end-organ damage. The doctor referred to Dr. Trost. The doctor noted that the hospital recommended referral to nephrology and cardiology but that this didn't happen. Medication compliance was not addressed. | 1, 2, 3, 8, 10, 17 | The doctor did not assess for end-organ damage except for a retinal examination. The patient's blood pressure medication should have been adjusted. The doctor did not assess for compliance. The doctor should have ensured that the blood pressure was lower prior to discharge from the clinic or admitted the patient to the infirmary. The patient should have been started on a statin. The doctor should have documented why the referrals to cardiology and nephrology were not done. |
| 3/31/2015 | Benicar 40 daily, diltiazem 180, hydralazine 75 TID, isordil, metoprolol 25 BID, KCL, spironolactone 25 daily. | | |
| 4/16/2015 | An EKG showed rate of 68 with nonspecific STT changes. | | |
| 4/31/15 | Aspirin, diltiazem 180 daily, hydralazine 75 TID, isordil, metoprolol 25 BID, spironolactone 25 daily. The Benicar was stopped. | | |
| 5/31/2015 | Aspirin, diltiazem 180, hydralazine 75 TID, isordil, metoprolol 25 BID, spironolactone 25 daily. | | |
| 6/31/15 | Aspirin, diltiazem 180, hydralazine 75 TID, isordil, metoprolol 25 BID, spironolactone 25 daily. | | |
| 7/1/2015 | The Remeron appears to have stopped. | | |
| 7/13/2015 | The patient wrote a note to health care on a piece of paper saying he might have a bronchial infection with "shortness of breath attacks." | | |

7/14/2015 A doctor saw the patient and noted that the patient was short of breath.  BP 190/118 but oxygen saturation 94%.  The doctor wanted to rule out heart failure and ordered an EKG, chest x-ray CMP and BNP but these were not done stat and a week follow up was ordered.  The patient wasn't seen in a week and wasn't evaluated until a NP saw the patient apparently on 10/9/15.

1, 2, 3, 8, 10, 14, 15    The doctor did not evaluate for end-organ damage or appropriately manage hypertensive urgency.  The patient should have had stat testing and been placed on the infirmary.  The patient appeared lost to follow up for 3 months and ordered tests weren't done.  The doctor failed to modify blood pressure medication.

7/14/2015 Potassium 3.3; glucose 114; BNP 13 (<100).

7/31/2015 Hemoglobin A1c 7.3.

6    A provider signed this lab as reviewed on 8/5/15 but took no action.  The lab result indicated that the patient had diabetes but the patient was never treated for this.

7/31/2015 Aspirin, diltiazem 180, isordil, hydralazine 75 TID, metoprolol 25 BID, spironolactone 25.

8/24/2015 Potassium 3 (3.5-5.3); glucose 139.

8/31/2015 Aspirin, diltiazem 180, hydralazine 75 TID, isordil, metoprolol 25 BID, spironolactone 25 daily.

9/20/2015 The patient wasn't seen in cardiac clinic because of the doctor coming in late.

9/30/2015 Aspirin, diltiazem 180, hydralazine 75 TID, isordil, metoprolol 25 BID, spironolactone 25 daily.

10/9/2015 An NP saw the patient for shortness of breath.  BP was 220/120 and pulse 87.  The NP noted a potassium of 3.  The NP ordered an EKG which showed nonspecific STT changes and PVCs.  A chest x-ray was not done.  The retina weren't checked.  The patient had no edema.

1, 2, 3, 6, 8, 15    The blood pressure indicated hypertensive urgency.  Even though the patient had shortness of breath, the NP did not evaluate thoroughly for heart failure.  No other end-organ evaluations occurred.  The NP did not monitor the patient until the BP improved and did not house the patient on the infirmary.  the NP did not adjust medication. noted the low potassium but took no action.  The NP failed to note an A1c of 7.3 indicating diabetes which was therefore untreated.

10/9/2015 An EKG showed nonspecific STT changes with PVCs.

10/9/2015 Potassium 3.2; glucose 169.

| Date | Note | Ref | Comment |
|------|------|-----|---------|
| 10/19/2015 | Cardiac chronic clinic was cancelled because the MD was not in. | | |
| 10/23/2015 | Blood pressure was 164/88. A doctor noted that the patient had anxiety and referred the patient to mental health. The doctor noted that a chest x-ray was negative and the A1c was now 7.3. The doctor took no action on the elevated A1c. This was the same doctor who saw the patient on 7/14/15 but was following up three months late. | 3, 6 | The doctor failed to note the low potassium which suggested secondary hypertension. The patient had diabetes and the doctor took no action to treat which is inappropriate. |
| 10/25/2015 | A doctor referred the patient to cardiology. | | |
| 10/25/2015 | A provider saw the patient in HTN clinic. BP 200/130. The doctor took no history but wrote that cardiology needs to follow the patient and referred to cardiology and increased metoprolol and added diltiazem. Medication compliance was not addressed. | 12 | The diltiazem increased to 360 daily, the referral to cardiology never occurred. |
| 10/31/2015 | Aspirin, diltiazem 360, Lopressor 50 BID (10/25), hydralazine 75 TID, isordil, spironolactone 25. Diltiazem was increased. | | |
| 11/30/2015 | Aspirin, diltiazem 360, Lopressor 50 BID (10/25), hydralazine 75 TID, isordil, spironolactone 25. | | |
| 12/30/2015 | Aspirin, diltiazem 360, Lopressor 50 BID (10/25), hydralazine 75 TID, isordil, spironolactone 25. | | |
| 1/6/2016 | Dr. Trost saw the patient in HTN chronic care. There was no history. The BP was 140/100. No change to therapy was made. The patient was not on a statin. | 1, 2, 17 | The doctor took no history, did not make an adequate assessment, as he failed to diagnose or treat diabetes, failed to note the low potassium which can be associated with hyperaldosteronism, and failed to start a statin despite a high 10-year risk of heart disease. |

| | | | |
|---|---|---|---|
| 1/28/2016 | A doctor noted that the BP was 212/140. The patient refused observation housing. The doctor referred to Dr. Trost, the Medical Director. The patient refused clonidine. The doctor increased the hydralazine to 100 TID and Lopressor to 150 BID. The doctor noted that the A1c was 7.3 but took no action. The doctor did not assess the patient for end-organ damage but did try to place the patient on protected housing. | 1, 2, 6, 8, 17 | The doctor failed to assess for end-organ damage by history, physical examination or lab testing. The doctor noted a hemoglobin A1c of 7.3 but did not treat the patient for diabetes. |
| 1/31/2016 | Aspirin, diltiazem 360, hydralazine 100 TID, Lopressor 150 BID ( 1/28/16); Aldactone 25. | | |
| 2/24/2016 | Potassium 3.1; glucose 97; cholesterol 174; HDL 32; LDL cholesterol. | | |
| 2/28/2016 | Aspirin, diltiazem 360, hydralazine 100 TID, Lopressor 150 BID spironolactone. | | |
| 3/9/2016 | An NP saw the patient in HTN clinic. The retina was not examined. The patient was not assessed for end-organ damage with labs. BP was 201/110. The NP added Maxide but stopped hydralazine. The potassium was noted to be 3.1 but no action was taken. The cholesterol was 174; HDL 32 and LDL 120, yielding a 49% 10-year risk of heart disease and stroke. Apparently the patient was compliant with medication as the medication compliance box was checked. | 1, 2, 6, 3, 12, 15,17 | The therapeutic plan was inappropriate. The patient had a low potassium and in the context of difficult to control hypertension, hyperaldosteronism should have been ruled out. The patient should have been referred to a nephrologist for better blood pressure control and for possible hyperaldosteronism, and the patient should have been on a high intensity statin because of high risk for heart disease. Also, the patient had diabetes which was unrecognized and untreated. The NP failed to evaluate for end-organ damage despite hypertensive urgency. The NP failed to ensure that the blood pressure came down before leaving clinic, did not admit to the infirmary or ensure the patient had follow up. Starting maxide in a person with hypokalemia without adding potassium supplement was an error also. |
| 3/9/2016 | Maxide was started despite hypokalemia. There was no potassium supplement. | | |

| Date | | | |
|---|---|---|---|
| 3/29/2016 | A nurse saw the patient for an episode of shortness of breath that resolved. BP 240/140. The nurse called Dr. Trost, who took no action. | 3 | The doctor should have adjusted medication. |
| 3/31/2016 | The MAR showed that the patient was on aspirin, diltiazem 360 ER daily, isosorbide, spironolactone 25 daily (stopped in March), Maxide 75/50, metoprolol 25 BID, | | |
| 4/29/2016 | An NP saw the patient for BP 260/130. The NP gave a couple stat doses of clonidine, increased metoprolol, and documented consulting with Dr. Trost. The blood pressure came down to 170/118, but the NP should have ensured the blood pressure came down further before discharge. The NP did not assess for end-organ damage except to note that the patient had no headache. An elective EKG was ordered. A two week follow up was ordered, although this interval should have been less due to the degree of elevation of the blood pressure. | 1,2,3, 8, 15, | The NP did not evaluate for end organ damage or ensure that blood pressure was reduced to a reasonable level before discharge or did not admit to the infirmary. The NP did not order timely follow up given his blood pressure level. He should have been admitted to the infirmary. |
| 5/25/2016 | A NP noted BP 230/110 and wrote "cardiologist visit before that has not helped." The NP started clonidine 0.1 BID which the inmate subsequently refused. The NP took an appropriate history for end-organ damage but ordered no tests, (renal function). The NP ordered an EKG but did not review. The NP should have placed the patient on the infirmary. The follow up in a week was insufficient given a blood pressure of 230/110. | 8, 15 | |
| 5/31/2016 | The patient was on 180 Diltiazem daily, isordil, metoprolol 50 BID, Maxide 75/50, started clonidine 0.1 BID 4/26. | | Hydralazine was stopped. |
| 6/1/2016 | The patient refused to take clonidine and a nurse referred him to a physician clinic. | | |
| 6/2/2016 | An EKG showed marked sinus arrhythmia with probable old inf wall infarct. | | |

| Date | Note | Codes | Comment |
|---|---|---|---|
| 6/3/2016 | An NP documented that the BP was 150/100. The NP wanted to give the patient stat clonidine but he refused. A two week follow up with Dr. Trost was ordered. The NP ordered a GFR and TSH. | | |
| 6/6/2016 | A nurse obtained blood pressure of 220/110 but did not consult a provider. | 16 | The nurse should have consulted a doctor |
| 6/7/2016 | The BP was 200/100 but the nurse did not consult a physician | 16 | The nurse should have consulted a doctor. |
| 6/10/2016 | A nurse documented BP 200/100 but did not consult a physician | 16 | The nurse should have consulted a doctor. |
| 6/10/2016 | Creatinine 1.24. | | |
| 6/12/2016 | A nurse documented that the patient was refusing medication. This was later documented as clonidine. | | |
| 6/14/2016 | An NP noted the BP was 170/100  The NP reviewed the MAR and noted that the inmate was refusing only clonidine because it was DOT. | | |
| 6/16/2016 | An NP documented that BP was 234/138. The NP noted that he refused clonidine, so she increased the metoprolol. The NP documented that the inmate refused infirmary admission. The history and lack of testing was inadequate for evaluation of end-organ damage. | 1, 2, 3, 8, | The NP should have evaluated for end-organ damage (renal function, EKG, better history and examination of retina). |
| 6/21/2016 | Dr. Trost note stated in its entirety "BP same as always."  The BP was 220/120.  He ordered a "prn" follow up. | 1, 2,3, 8,13, | This was indifferent care.  The doctor did not evaluate for end-organ damage.  The blood pressure needed control and the doctor should have referred to a higher level consultant to manage the patient.  The doctor failed to rule out hyperaldosteronism and failed to discuss the degree of noncompliance and it possible impact on blood pressure control. |
| 6/31/16 | Aspirin, diltiazem 180, metoprolol 50 BID increased to 100 Bid on 6/16, Maxide 75/50, clonidine stopped 6/16/16, Aldactone 50 BID started 6/16. | | |

7/30/2016    Aspirin, clonidine 0.1 BID, diltiazem 180 daily, metoprolol 100 BID, Maxide 75/50, Aldactone 50 BID.

8/12/2016    Potassium 3.3; glucose 96.

8/30/2016    Maxide, aspirin, diltiazem 180 , metoprolol 100 BID, spironolactone 50 BID.

10/3/2016    Officers brought the patient to nursing sick call for a low bunk gallery because the patient was unsteady and was almost falling off his bunk.  The BP was 250/140.  The inmate refused to go to the health care unit and the nurse made a referral to a doctor.

10/13/2016    The patient was no show to a doctor clinic.

10/19/2016    The patient was a no show to clinic.  The CMT wrote that the inmate refused.

11/11/2016    The patient was unresponsive.  CPR was started but the patient died.  There was no timeline of CPR.

11/12/2016    An autopsy found normal adrenal glands, no disease of the pancreas, or GI tract.  The coronary arteries showed varying degrees of atherosclerosis including 75% RCA, LAD 95%; 50% circumflex.  The cause of death was atherosclerotic and hypertensive cardiovascular disease.

16    The nurse should have consulted a doctor and have the patient brought to the clinic.

Patient #28

| | | | |
|---|---|---|---|
| 8/6/2014 | A doctor noted that the patient had been in the infirmary since 8/6/14 due to falling in general population and decreased mobility.  The patient had no medical issues listed. The patient apparently was in a wheelchair.  The doctor did not list the patient's medical problems. | 1, 2, | The doctor didn't take a history or make an assessment even though the patient was on the infirmary. |
| 8/10/2014 | A nurse stated that the patient was alert but thought it was September when it was August.  The one consistent item nurses monitored was whether the patient fell. | | |
| 8/14/2014 | A doctor saw the patient but noted none of the patient's medical problems so it was not possible to know what was wrong with the patient.  The doctor wrote "see MD note 4/10/14 for HP infirmary and PMHx."  But that note was not available. | 1,2 | The doctor didn't take a history or make an assessment even though the patient was on the infirmary. |
| 8/15/2014 | A nurse noted that the patient was up for his insulin.  So I could know that he had diabetes, but neither nursing notes nor physician notes list his problems.  Nurses do not document vitals or CBGs on their notes. | | |

Patient #28

| | | | |
|---|---|---|---|
| 8/20/2014 | A doctor's note was more informative. The assessment documented that the patient had been in the infirmary since 1/28/13 [this contradicts the note from 8/6/14 although written by the same doctor] due to falls in population. The patient had multiple falls using a cane and walker and was said to be "noncompliant" with the walker and "resisting instructions in correct use" and "in late May 2013 put himself in an empty wheelchair subsequently refusing walker entirely." The patient had a special needs placement form for handicapped prison done 1/28/13 but apparently there was no place for him to go. The doctor listed problems as type 2 DM, mild heart failure, HCV, knee arthritis, and post-amputation of right fore foot from osteomyelitis and ASPVD and neuropathy. The doctor did not monitor sugars or note any clinical benchmarks for this patient. | 3 | There was no therapeutic plan for this patient. |

8/27/2014    A doctor saw the patient but noted no problems. There was no history, no assessment of existing problems, and no documented therapeutic plan.

9/2/2014    Albumin 2.8; alk phos 171 (40-125); ast 53 (10-40); WBC 3.3; HGB 8; platelets 144 (150-450); A1c 6.1.

9/2/2014    A doctor saw the patient but documented no problems. There was no assessment of problems and no therapeutic plan.

Patient #28

9/9/2014 — A doctor saw the patient apparently for hepatitis C clinic. The doctor noted that HCV was diagnosed in 2007 at Stateville. The doctor noted that the patient consistently declined interferon therapy but made no mention of whether the patient wanted or didn't want treatment with the newer antiviral medications. The doctor noted that the patient had been vaccinated for hepatitis A and B. The APRI was 0.92. The doctor noted that the patient had cirrhosis, type 2 diabetes, mild heart failure, HTN, degenerative arthritis, post forefoot amputation in 1995 from osteomyelitis, macrocytic anemia with low body weight but the anemia had become microcytic. The doctor noted that the patient still did not want interferon and was discontinued from HCV telemedicine clinic since September of 2010. The doctor ordered stool for guaiac three times. These cards were completed and negative according to nursing notes. The doctor did not refer to Dr. Paul, did not refer to UIC telemedicine clinic, did not order an EGD or US for the cirrhosis.

2, 6, 7, 8, 12 — The patient had likely cirrhosis with an APRI of 0.92, a low albumin, elevated alk phos, low platelets, low white count, and anemia. The doctor did not document whether the patient had an EGD or ultrasound to screen for varices or hepatocellular carcinoma. the patient should have been referred to UIC telemedicine clinic unless there were contraindications.

9/15/2014 — Doctor note addressed no medical issues. A brief examination was done. But the only assessment was that the patient was an infirmary patient since 2013 and referred to a 8/20/14 note for details.

9/17/2014 — A nurse noted that the patient was incontinent of urine.

This demonstrates altered mental status.

Patient #28

| | | | |
|---|---|---|---|
| 9/22/2014 | A doctor saw the patient in diabetic clinic.  The patient was noted to be 81 years old and had been on insulin since age 60 and was now on NPH 14 am and 8:00 pm with 4 Reg TID after meals with metformin 500 mg pm.  The doctor noted that the patient refused a diuretic for mild heart failure and HTN, and had macrocytic anemia with low B12 levels.   BP was 123/62 and weight 179.  The doctor could not feel the distal pulses and the patient could not feel the monofilament.  Not clear if the patient ever had ABI.  The doctor noted that the recent A1c  was 6.1 and that the patient had good control.  The meds were insulin, metformin, aspirin, lisinopril, B12, and vit B6.  The doctor didn't document recent lipid values, recent microalbumin level, recent creatinine. | 1, 7 | If the patient could not feel a monofilament test the patient should have had ABI to evaluate the distal vasculature.  It was not clear what the patient's mental status was.  The doctor made no mention of the incontinence in his note.  It appeared that the patient might have dementia that was unrecognized. |
| 9/30/2014 | A nurse noted that the patient was alert but thought that Thanksgiving was two weeks away. | 1 | The patient appeared to have some degree of dementia but it wasn't documented in the record and did not appear to be tracked. |
| 10/2/2014 | A doctor saw the patient.  The assessment did not include an assessment of his problems.  No problems were listed.  The doctor performed an examination but made no assessment of existing problems.  These evaluations appear to be every two week evaluations that are not clinically relevant. | | |
| 10/17/2014 | A doctor saw the patient and repeated the same assessment virtually verbatim, stating that the inmate was in the infirmary since 1/28/13 due to falls in population with a cane and that he was "non-compliant" with a walker in the infirmary and had no acute issues.  The doctor referred to prior notes for the past medical history.  The doctor as usual did not address any interval status of the patient's clinical problems. | | |

Patient #28

| | |
|---|---|
| 11/4/2014 | Albumin 2.8; alk phos 205; AST 47 (10-40); cholesterol 104; HDL 59; LDL 39 (50-129); HCV 2,050,457. |
| 11/17/2014 | Fibrosure score indicative of cirrhosis at 0.77 (0-0.21). |
| 12/4/2014 | A1c 6.2. |
| 12/8/2014 | A nurse evaluated the patient using a "cough" protocol for congestion and appearing drowsy all day. The temperature was 98.1. The nurse gave the patient OTC medications by protocol. |

12/11/2014  A doctor saw the patient. As usual the doctor wrote a descriptive history of the patient's reason for being on the infirmary but did not address any of the patient's medical issues. The doctor noted that a special needs placement form was completed 1/28/13 but apparently hadn't yet been addressed. The patient needed a nursing home but there was no where to go so he remained on the infirmary.

1,2, 3, 6, 7, 8    The doctor did not take an adequate history or assess the patients problems. The doctor did not address recent labs. If the patient had cirrhosis, EGD should have been done and every six months ultrasound to screen for hepatocellular carcinoma. The albumin was low and there was no assessment of nutritional status. The alkaline phosphatase was elevated but not addressed. It was not clear why the patient was not referred to UIC for treatment.

12/22/2014  A nurse documented that Dr. Paul saw the patient in hepatitis C clinic and referred to her progress notes.

Patient #28

12/22/2014   A hepatitis C chronic clinic.  Dr. Paul saw the patient and noted that a fibrosure was done on 11/17/14.  The provider noted that the hep C viral load was 2,050,457 and the A1c was 6.2.  The doctor noted the recent labs including albumin of 2.8; alk phos 171; INR 1.2; WBC 3.3; HGB 8; platelets 144; and assessed F4 fibrosis.  The provider noted that the patient was anemic since 2013 and "needs anemia FU ACAP → T/C C-scope but patient frail."   The provider [presumably a NP] stated the it was for Dr. Bauer [presumably the Medical Director] to decide if anemia precluded HCV treatment or work up.  Dr Paul said, "will need EOD liver ultrasound once anemia resolved."  The anemia was persistent for years.  The patient had fibrosis consistent with cirrhosis but this wasn't diagnosed and the patient wasn't scheduled for EGD and semi-annual ultrasound or CT scan to evaluate for HCC.  The patient certainly should have been referred to UIC hepatology but it wasn't clear who was to do this.

7,8,12   The patient had cirrhosis but wasn't being provided typical care.  For reasons not stated the patient didn't receive EGD, ultrasound, or colonoscopy to work up his anemia.  The statement that he was frail is not an indication not to work up his anemia.  The statement that he had anemia since 2013 demonstrated significant delay.  The statement that liver ultrasound would be done when the anemia was resolved but then to not work up the anemia was making excuses for not working the patient up.  This was all a significant delay in colonoscopy, ultrasound, and EGD.  Also the patient should have been referred to UIC.

12/29/2014   Diabetic chronic clinic.  There were no changes to medications.  The weight was 160; BP 137/62; the doctor noted a right fore foot amputation.  The form contains a preprinted recommendation that ABI is indicated when pulses are low.  This was true at a prior evaluation but ABI was not ordered.  The pulses and feet were not checked at this visit.

Patient #28

| | | | |
|---|---|---|---|
| 12/30/2014 | The doctor at this visit documented history and some additional assessment based on a review of the 12/22/14 Dr. Paul note.  The doctor noted macrocytic anemia with low B12 and B6.  The doctor noted that the patient was "referred by Dr. Paul for anemia since 2013."  It wasn't clear what that meant.  The doctor noted that the patient "denies sources of blood loss.  Refused /AMA for DRE 11/12/12 and 11/14/14, will recheck CBC."  The doctor noted that the patient had prior pancytopenia due to hepatitis C.  The plan was to get three stool samples for guaiac, CBC reticulocytes, iron studies and other tests.  The doctor wrote down all the CBC results dating from March of 2012; there were 12 all showing anemia with the lowest hemoglobin 8 and the highest 10.9.  Yet the patient hadn't had a colonoscopy!! | 7,8, 12 | The doctor was using DRE as screening for colorectal cancer, which is inappropriate.  The patient should have been scheduled for colonoscopy since he had anemia.  The patient also should have had ultrasound screening and EGD since he had cirrhosis.  The patient should have been referred to UIC telemedicine clinic. |
| 12/30/2014 | Iron 13 (49-181); TIBC 454 (250-450); WBC 2.2; HGB 7.7; platelets 108; neutrophils 35% or 0.8 (1.3-7.5); vitamin B12 74 (70-180) whole blood. | | |
| 1/5/2015 | B12 135 (180-914) plasma. | | |
| 1/9/2015 | The doctor noted that the patient had pancytopenia WBC 2.2, hemoglobin 7.7, and platelets 108. The serum iron was low and TIBC high; three hemoccult cards were negative.  The doctor documented that labs were consistent with iron deficiency anemia but because three hemoccult cards were negative there was no source of blood loss.  The only treatment was to prescribe iron supplementation.  This is inconsistent with standards as the patient should have had endoscopies.  To say that there was no source of blood loss without looking for it diagnostically was inaccurate. | 2, 6, 7, 8 | The patient had pancytopenia yet the doctor made no diagnosis and came to no conclusion why the patient had pancytopenia.  The patient had iron deficiency anemia yet the doctor did not order colonoscopy and endoscopy.  The doctor should also have ordered an ultrasound of the abdomen to screen for hepatocellular carcinoma.  The only treatment was to order iron supplements. |

Patient #28

| | | | |
|---|---|---|---|
| 2/9/2015 | A new doctor saw the patient and didn't follow up on the anemia and listed only two problems: DM and ID [it wasn't clear what ID was]. This doctor took no history and made no assessment of the status of any condition. | 1, 2, 3 | The doctor took no history, made no assessment and no plan. The doctor failed to follow up on the pancytopenia and iron deficiency anemia and addressed none of the patient's problems. |
| 2/10/2015 | Iron 13 (49-181); TIBC 470 (250-450); WBC 3.4; HGB 7.7; platelets 143; neutrophils 50.8%. | | |
| 2/19/2015 | A doctor saw the patient and documented all problems including anemia/pancytopenia without documenting an updated status and plan for any problem except CHF, noting that the patient was on diuretic and lisinopril. | 2, 3 | The doctor made no diagnosis based on abnormal labs and no therapeutic plan for the given abnormal labs. |
| 2/26/2015 | A doctor saw the patient and noted that the hemoglobin was still 7.7 with microcytic indices. The doctor noted that the patient still had pancytopenia (3.4; 7.7; 143) and stated that there was "no source" of bleeding found. The doctor documented the low reticulocyte count. The doctor wrote that though the patient was taking B12 and B6 supplements the B12 was still low and he wrote "?absorption?" and wrote that he would try B12 injections. The doctor added vitamin C to the iron to try to increase absorption. The doctor did not refer for a colonoscopy or upper endoscopy. | 7, 8 | This did not appear competent. The patient had pancytopenia and iron deficiency anemia yet the doctor did not refer for endoscopy and colonoscopy. Because of the cirrhosis, ultrasound screening should have been done. |
| 3/2/2015 | The patient fell off the bed onto his hand. The patient had a 2.5 cm laceration on the palmar surface of the phalanx with visible tendon. The right middle PIP was deformed and subluxed. An X-ray showed a dislocated PIP but "no acute fracture seen." The patient couldn't flex his right finger. The doctor assessed a laceration and dislocation and sutured the finger but could not reduce the dislocation, so sent the patient to an ER. The patient returned from the ER with instructions to return in 10 days to remove sutures. | | |

Patient #28

| 3/2/2015 | The patient was seen in the ER at the Sarah Culbertson Memorial Hospital. An x-ray showed a subluxation of the third finger on the right; fracture was not definitively seen. The wound was sutured and the patient returned to the prison. | | A subluxed finger requires reduction of the subluxed finger. This required follow up with an orthopedic surgeon for possible surgical reduction. |
|---|---|---|---|
| 3/2/2015 | X-ray of the right third finger showed dorsal dislocation without obvious fracture. | | |
| 3/4/2015 | A doctor saw the patient and noted that there were no ER records; he asked for them to be obtained. The doctor did not document knowing what was diagnosed or done in the ER. | 11 | The failure to obtain records resulted in clinical deficiency |
| 3/9/2015 | A doctor saw the patient whose hand was now swollen. The doctor documented a verbal report from the ER that the patient did not have a dislocation but stated that the x-ray report showed a 6 mm subluxation. The doctor prescribed empiric treatment with Keflex for 10 days and a repeat x-ray. It wasn't clear if the patient had seen a hand surgeon or orthopedic surgeon. Blood tests were not done. | 12 | The doctor needed to consult an orthopedic surgeon as the patient had a subluxation. A subluxation with swelling indicates possible infection. |
| 3/11/2015 | A doctor noted that the right middle finger was still dislocated with the middle phalanx subluxed. The doctor documented he would discuss in collegial review but didn't state for what reason. | 12 | The doctor needed to consult an orthopedic surgeon as the patient had a subluxation. |
| 3/12/2015 | A doctor noted that the finger was still swollen and that there was some drainage in the morning. No changes were made. | | |
| 3/13/2015 | Wexford denied referral for urgent wound clinic evaluation. Wexford asked to get foot x-rays and wound culture if not done and re-present the patient in the next collegial review. | 12 | The Wexford utilization decision was grossly and flagrantly unacceptable. The patient had an subluxation with infection and this needed immediate attention. Because the wound was open and sutured, it appeared to be the equivalent of an open fracture. |

Patient #28

| | | | |
|---|---|---|---|
| 3/16/2015 | A nurse documented a "grossly swollen" right middle finger. Later that day five sutures were removed from the finger by a nurse. Later, a doctor saw the patient and noted that the finger was swollen and that the patient was unable to flex the finger. The doctor documented that he referred the patient to orthopedic or hand surgery for closed reduction. This was approved. | 12 | The referral was two weeks after the injury. The delay likely resulted in extension of the infection. The referral needed to be immediate, not even urgent, as the patient was likely infected. |
| 3/16/2015 | A doctor referred the patient to an orthopedic surgeon for closed reduction of the finger. | | |
| 3/20/2015 | A Wexford doctor approved the orthopedic surgeon visit. | | |
| 3/26/2015 | Ferritin 28 (10-259); iron 29 (50-180); WBC 3.7; HGB 8.8; platelets 158; B12 1049 (180-914). | | |
| 3/27/2015 | A nurse noted some yellow discharge from the finger wound. | | |
| 3/30/2015 | A doctor noted that the patient was at the hand surgeon's office and spoke with the surgeon who said that the patient had an open dislocation with pus coming from an open wound. The joint was visible. Surgery was indicated "tonight." The patient had surgery and returned on vancomycin IV on the infirmary upon return. | | |
| 3/30/2015 | An orthopedic doctor wrote in the ER that the patient sustained an open dislocation of the finger and said, "I am uncertain as to why this was not reduced prior to now but at any rate would recommend [the hand surgeon] address this issue." Surgery was done that evening. | 12 | The referral was delayed almost a month for an open dislocation. The UM process was grossly and flagrantly unacceptable and resulted in osteomyelitis, a preventable condition. |

Patient #28

| 4/1/2015 | A doctor noted that the patient had ORIF of the finger [apparently] there was a open fracture with pus]. The patient needed six weeks of treatment for osteomyelitis. Osteomyelitis was diagnosed. | | |
|---|---|---|---|
| 4/2/2015 | A doctor referred the patient for post-op follow up orthopedic visit. | | |
| 4/6/2015 | A post operative follow up was approved in collegial review. | | |
| 4/9/2015 | A doctor noted that the hand surgeon wanted to see the patient in the ER for a follow up visit, which the doctor noted couldn't be done. The doctor noted anemia was improved and the HGB now 8.8 from 7.7. No action was taken except to continue iron and B12 supplements. | 6, 7, 10 | Follow up of the anemia was unacceptable. The patient had iron deficiency anemia and colonoscopy and EGD were indicated but not done for undocumented reasons. Follow up with the surgeon was also indicated and not done because apparently IDOC would not take the patient to the ER. |
| 4/15/2015 | A nurse documented soaking the affected finger in a solution of Epson salts for 20 minutes. Not sure if this was ordered treatment. | | |
| 4/16/2015 | Urine microalbumin 140; albumin 2.9; alk phos 202; AST 69 (10-40); A1c 5.3; cholesterol 118; HDL 61; LDL 47 (50-129). | | |
| 4/20/2015 | The patient sustained an open fracture dislocation of this right middle finger and was being seen in the ED for a suture removal. The fracture was healing adequately. | | |
| 4/20/2015 | A doctor noted that the patient was seen post orthopedic visit but that the notes were unavailable. The pins were reportedly removed and the patient had a follow up in a month. The doctor asked medical records to obtain a dictated report. | 11 | The doctor was unable to determine the status of the patient because consultant notes were unavailable. |
| 4/20/2015 | A hand surgeon saw the patient in the ER and removed sutures and the patient was discharged. | | |

Patient #28

| | | | |
|---|---|---|---|
| 4/22/2015 | A doctor reviewed the orthopedic notes that the sutures were removed and the wound healing. | | |
| 4/22/2015 | A doctor renewed medications as NPH 14 am and 8:00 pm with aspirin, lisinopril 5 mg daily, metformin 500 with dinner B12 and B6 supplements. | | |
| 4/22/2015 | Diabetic chronic clinic.  The doctor noted mild CHF, DM, chronic hep C, anemia, and mobility disorder.  BP was 142/86; a foot exam was done but did not take off his shower shoes. The A1c was 6.2.  The patient was documented as in good control and no action was taken. | | |
| 4/27/2015 | Glucose 59 (65-110). | | |
| 4/29/2015 | A doctor saw the patient and noted that the patient still had anemia.  The doctor noted that the last CBC on 3/26/15 showed HGB of 8.8 and that he would continue the same therapy. | 7 | |
| 5/6/2015 | Iron 30 (50-180); % transferrin 8 (20-50); WBC 2.9; HGB 9.2; platelets 105. | | |
| 5/13/2015 | Dr. Baker referred the patient to a hand surgeon after a failed closed reduction.  The patient was unable to flex the right middle finger at all. | 1, 2, 6, 7, | The patient's recent labs showed pancytopenia with iron deficiency anemia.  The doctor should have referred for EGD, colonoscopy, and ultrasound of the liver to screen for hepatocellular carcinoma.  The doctor appeared to fail to review the labs. |
| 5/13/2015 | A doctor noted that the patient completed the vancomycin and that referral was made for ortho follow up. | | |
| 5/13/2015 | A doctor referred the patient to the hand surgeon for follow up. | | |
| 5/22/2015 | The patient told a doctor he couldn't bend the finger.  The doctor took no action. | | |

Patient #28

| | |
|---|---|
| 5/28/2015 | A doctor noted that weight was 158; did not address any labs and noted that the patient still needed to be scheduled for ortho follow up.  The doctor didn't address any of the patient's other problems. |
| 6/4/2015 | A doctor saw the patient but didn't address any of his problems. |
| 6/8/2015 | An orthopedic surgeon saw the patient.  The patient had intra-articular fracture of the third PIP on the right.  There was advanced DJD of the DIP and PIP joints.  The orthopedic surgeon stated that he needed to investigate options for the patient and might need to refer to a hand surgeon.  The patient said the finger was useless and he would rather have it amputated than continue in the current situation.  The x-ray showed residual irregularity of the joint; infection could not be excluded. |
| 6/8/2015 | The hand surgeon saw the patient.  The doctor noted that the patient had pins removed from the ORIF several months ago.  The patient said he wanted amputation of the finger instead of other care.  The surgeon said he needed to investigate options and would get back to the prison. |
| 6/9/2015 | Glucose 313; albumin 3; alk phos 214; AST 55 (10-40); ALT 38 (10-50); WBC 2.9; HGB 10.8; platelets 108. |
| 6/10/2015 | A doctor saw the patient and noted that the patient saw the surgeon and told the surgeon to cut off the finger as it was not useful.  The surgeon said he would get back to them.  The surgeon report wasn't available so the doctor asked for it. |
| 6/16/2015 | A doctor saw the patient and documented that he documented a hepatitis C note that day but it was not in the medical record chronologically. |

Patient #28

| | | | |
|---|---|---|---|
| 6/16/2015 | A doctor saw the patient for hepatitis C clinic. The doctor said that the patient was followed by Dr. Paul in HCV telemedicine clinic and was last seen 12/22/14. The doctor noted that the WBC was 2.9; HGB 10.8; platelets 108, and APRI 1.27. The doctor stated that the patient would not be treated because of frailty, anemia, and was followed by Dr. Paul, who decided the patient wasn't a treatment candidate. The doctor noted that Dr. Paul was to see the patient "this month?" Though the patient had cirrhosis, the doctor did not assess this. Nor did the doctor order EGD or screening ultrasound for HCC. | 12, 7, 8 | The patient should have been referred to UIC for assessment. Frailty is not a contraindication to treatment. In any case, the patient should have received EGD to screen for varices, and ultrasound or CT scan to screen for hepatocellular carcinoma. The patient had iron deficiency anemia and should have received colonoscopy. The pancytopenia was likely a result of the cirrhosis but is of concern. |
| 7/1/2015 | A doctor said that the orthopedic surgeon would research options for a nonfunctional finger and get back to them. | | |
| 7/9/2015 | A doctor wrote a note with considerable history about the finger issue but failed to address any of the patient's other problems. The patient's injured finger was tender and the doctor empirically treated with Bactrim even though there was no sign of infection. | | |
| 8/11/2015 | A1c 8.2. | | |
| 8/12/2015 | As of this date the doctor stated that the orthopedic doctor had not gotten back to him with options. The doctor did not address any of the patient's other issues except through chronic clinic notes, including the pancytopenia or cirrhosis. Cirrhosis wasn't even documented as a problem. | 12 | The doctor failed to refer the patient to an orthopedic surgeon. There was no attempt to determine how the finger affected ability to function. This was a preventable injury. |
| 8/21/2015 | The patient had a runny nose with cough and the doctor prescribed CTM. | | |

Patient #28

| | | | |
|---|---|---|---|
| 8/26/2015 | A doctor saw the patient in diabetic clinic. The A1c was 8.2. The doctor increased the metformin to 500 BID and increased NPH to 16 am and 10:00 pm. | 7, 8 | The doctor did not address the pancytopenia, anemia, cirrhosis, or other conditions. The patient should have been referred for colonoscopy, EGD and ultrasound. |
| 9/7/2015 | The patient thought it was close to Halloween. The patient was encouraged to change clothes and shower. The nurse noted that the patient's pants smelled of urine. | | |
| 9/22/2015 | A different doctor began seeing the patient and wrote an extremely brief note noting that the patient now agreed to take metformin. There was no assessment. | 1, 2, 3 | The doctor failed to review nursing notes and address the patient's incontinence. If this was due to dementia it was unrecognized. If it was due to something else it was undiagnosed. |
| 9/29/2015 | The new doctor saw the patient and noted that the patient had DM and an "ortho foot problem [secondary] to falls." The doctor did not address any of the other patient problems including pancytopenia, cirrhosis, CHF, or low albumin. | 1, 2, 7. 8 | The doctor was a new doctor for this patient yet failed to establish a reasonable plan for his cirrhosis and anemia. They took inadequate history, made no assessment of the patient's problems, and failed to establish a reasonable plan. The doctor failed to refer the patient for EGD and colonoscopy and ultrasound. |
| 10/6/2015 | The new doctor saw the patient and noted that the patient had DM and "ortho foot problems." The doctor did not address any of the other patient problems including pancytopenia, cirrhosis, CHF, or low albumin. The doctor noted 1-2+ edema on exam but made no assessment or plan for this. | 1, 2, 7, 8 | The patient had apparent new onset edema yet the doctor took no history, made no attempt at diagnosis, and failed in the assessment to address any of the patient's conditions. The doctor should have referred for EGD, colonoscopy, ultrasound, and considered an echocardiogram based on the history. |
| 10/13/2015 | A doctor saw the patient and noted that the patient had DM and a "ortho foot problem." The A1c was documented as 8.2. The doctor ordered a CMP and A1c with a week follow up. | | |
| 10/14/2015 | A1c 8.2. | | |

Patient #28

| | |
|---|---|
| 10/20/2015 | A doctor saw the patient and noted elevated A1c 8.2 and increased the metformin to a gram BID, which was a significant increase. |
| 11/3/2015 | A1c 8.5. |
| 11/4/2015 | A doctor saw the patient and noted that the last A1c was 8.2 on 10/14; a repeat had not returned yet.  Without evaluating CBG levels the doctor increased metformin to 850 TID. For an elderly man this was a large increase. |
| 11/11/2015 | A doctor saw the patient and ordered another A1c and said he would add another drug if the A1c was still high.  No other problems were addressed. |
| 11/13/2015 | A nurse documented that the patient had periods of forgetfulness without any evaluation. |
| 11/14/2015 | Annual physical examination documents hepatitis C, mild CHF, ASPVD, DM, arthritis of knees, and the weight was 162. |

11/14/2015 — 1, 7, 8 — The provider failed to review the nursing history of forgetfulness and prior incontinence and integrate that information into the problem list.  The provider failed on the annual physical to obtain an EGD, colonoscopy, or ultrasound.  Nutritional assessment was not done.  The patient's functional capacity was not assessed.

| | |
|---|---|
| 11/18/2015 | A doctor saw the patient.  The doctor noted that the A1c was 8.5 but that the patient refused any increase of insulin.  The doctor addressed no other problems. |
| 11/18/2015 | A1c 8.6. |
| 11/25/2015 | A doctor saw the patient and noted only diabetes, fall risk, and a partial foot amputation as problems. |
| 11/25/2015 | Albumin 2.9; alk phos 231; AST 57; ALT 37; phosphorus 2.9; WBC 3.1; HGB 11.3; platelets 115. |
| 12/3/2015 | A doctor saw the patient and noted that the patient had hepatitis C and diabetes.  The doctor referred the patient to the hepatitis C clinic with BMP, T4 and TSH. |

Patient #28

| | | | |
|---|---|---|---|
| 12/3/2015 | A doctor saw the patient in hepatitis C clinic. The doctor noted albumin 3; HGB 10.8; platelets 108; AST 55 and ALT 38. The doctor didn't note that the patient had cirrhosis and referred the patient to see Dr. Paul in hepatitis C clinic. Ironically, the doctor was seeing the patient in hepatitis C clinic. It appeared that the doctor didn't know how to manage cirrhosis. | 12, 7, 8 | The patient hadn't seen doctor Paul for a year. The patient had cirrhosis. He should have been referred to UIC to determine whether treatment was indicated. He should have been referred for EGD, colonoscopy, and ultrasound. |
| 12/8/2015 | A doctor noted that the patient had a "skin tear" on the bottom of his left foot and was walking using shoes. The doctor noted a 2 1/2 cm tear on the skin and ordered betadine soaks of the left foot with daily dressing changes and tetanus update. The doctor did not off-load the foot. | 3 | The patient was diabetic. A foot wound in a diabetic is cause for concern and typically needs off-loading to reduce use of the foot. This was not done and exposed the patient to continued damage to the foot. |
| 12/9/2015 | A doctor saw the patient and noted that he was disoriented and confused. There was no history with respect to the altered mental status. The doctor noted that the patient didn't have pain and had a tear on the foot with no evidence of infection. The plan was only antibiotic ointment. The patient continued to walk on the foot. | 1, 2, 7, 8, 14 | The patient was confused but the doctor failed to take a history and performed no examination with respect to the altered mental status. The doctor should have obtained a metabolic panel, ammonia level, and probably obtain a CT brain. Alternatively, the patient should have been sent to a hospital. |
| 12/9/2015 | A1c 8.7. | | |
| 12/15/2015 | A nurse noted that the patient had a "scant" amount of drainage and that the tissue between the toes was white with an odor and that there was an open area on the side of the foot that "remains swollen slightly and discolored." | | |

Patient #28

| 12/15/2015 | A doctor saw the patient and continued the antibiotic ointment.  The doctor noted that the wound was healing well. | 2, 3, 7, 8 | The patient had a diabetic foot with pus.  The doctor should have probed the wound, obtained sedimentation rate and CRP test, and x-ray or CT scan to assess for osteomyelitis.  The patient should have been off-loaded.  Although the patient was in a wheelchair, he should not have been walking on the foot.  Antibiotics should have been started. |
| --- | --- | --- | --- |
| 12/16/2015 | A nurse noted that the patient was forgetful when it comes to the time of day.  The patient asked what time it was after saying that it was night.  A doctor saw the patient that day and noted that the foot was healing well.  The doctor continued wound care. | 1, 2, 8 | The patient had altered mental status but it was unrecognized.  The doctor didn't review the nursing note or take any history of the patient.  No diagnosis of the altered mental status was made.  The patient should have had a serum ammonia, CMP, and CT scan. |
| 12/16/2015 | A1c 8.5. | | |
| 12/22/2015 | A doctor saw the patient and noted that the foot was healing and that the patient had DM with neuropathy and a healing wound.  The doctor didn't check the distal pulses, order an ABI, or probe the wound.  No labs were ordered.  No change in therapy. | | |
| 12/23/2015 | A doctor saw the patient in diabetic clinic.  The A1c was documented as 8.5.  The patient was listed as having type 1 diabetes, which he didn't have.  The doctor did not document a change in medication.  The doctor noted that the A1c was 8.5 and that the patient refused any increase in insulin.  Except for noting no edema, the foot wound wasn't examined.  The doctor assessed only type 1 diabetes and ordered a BMP. | 3, 7, 8 | The patient had a diabetic foot with pus.  The doctor should have probed the wound, obtained sedimentation rate and CRP test and x-ray or CT scan to assess for osteomyelitis.  The patient should have been off-loaded.  Although the patient was in a wheelchair, the plan should have been to completely off-load the foot. |
| 12/24/2015 | A nurse noted that the inmate had periods of forgetfulness. | | |
| 12/29/2015 | A1c 8. | | |

Patient #28

| 12/30/2015 | A doctor noted that the weight was 158 and increased NPH to 16 units in the am and pm, which was a significant increase. The only assessment was DM with neuropathy. The doctor made no comment about blood sugars. The doctor documented that there were no ulcers on the L foot or R stump even though the patient had a diabetic foot. | 4, 15 | The doctor appeared to follow up a diabetic foot for which the patient was being treated. This did not appear to be a competent evaluation. |

| 1/5/2016 | A1c 7.8. | | |
| 1/6/2016 | A doctor saw the patient. The BP was 143/53. The A1c was 8 decreased from 8.5 on 12/29/15; the patient had 2 + edema but the doctor didn't examine the foot with the tear. The doctor ordered weights every visit and added HCTZ and ordered an EKG and BMP. | 4, 15 | The doctor failed to follow up on the diabetic foot. The doctor noted 2+ edema but did not document a foot examination. It appeared that the diabetic foot problem was lost to follow up. |
| 1/6/2016 | HCTZ was started at 25 mg. | | |
| 1/8/2016 | A nurse noted after a shower that the inmate had an open ulcer with peeling edges on the left foot and reported it to an NP. An NP saw the patient and documented a dime sized ulcer with no drainage and 2 + pulses. The patient told the NP that the wound "just won't heal." Left foot ulcer was diagnosed but no action taken except wet to dry dressings. | 1, 2, 3, 7, 8 | The patient had a non-healing diabetic ulcer for over a month. The NP should have probed the wound. Although pulses were palpated, an ABI was indicated due to the non-healing nature of the wound. The patient should have been off-loaded. Sed rate, CRP, blood count, and x-rays or MRI should have been done to exclude osteomyelitis. Antibiotics should have been started. |

| 1/8/2016 | A nurse noted that the inmate had periods of forgetfulness. | | |

| 1/9/2016 | A nurse noted that the inmate smelled of BM and urine and was advised to take a shower. The ulcer was dressed. | | |

| 1/10/2016 | A nurse noted slight drainage from the ulcer. | | |
| 1/11/2016 | A nurse noted that the patient was washing soiled sweatpants and had periods of confusion. | | |
| 1/13/2016 | A nurse noted that the inmate had unsteady gait. | | |

Patient #28

| | | | |
|---|---|---|---|
| 1/13/2016 | A doctor saw the patient. The doctor noted that the patient had an ulcer on the right foot of the metatarsal area and heel and ordered a culture, BMP and CBC and clindamycin BID with follow up in a week. | 1,2, 7, 8 | The patient had recent episodes of forgetfulness and incontinence which were not even noted. The patient should have been worked up for altered mental status. The patient should have had ABI, and radiologic study to evaluate for osteomyelitis. |
| 1/13/2016 | WBC 3.75; HGB 11.3; platelets 128; a wound culture showed many proteus susceptible to Rocephin and Clindamycin. But this was a wound culture. | | |
| 1/14/2016 | A nurse noted unsteady gait and periods of confusion and that the left foot had scant drainage. | | |
| 1/15/2016 | A nurse noted that the patient took off the left foot dressing and there was an open area. | | |
| 1/21/2016 | A doctor noted that the patient had a plantar ulcer on the first metatarsal area and that it was not healing; he ordered a BMP, A1c, CBC, and follow up. | 1, 2, 3, 7, 8 | The patient had recent episode of confusion and unsteady gait. The doctor took no history, performed no pertinent examination, and did not order appropriate diagnostic testing (ammonia, CT brain). The doctor also did not probe the bone, order sedimentation rate or CRP, or order x-rays or MRI to exclude osteomyelitis. |
| 1/27/2016 | A doctor referred the patient with a diabetic foot ulcer resistant to normal care for wound care. There was extension of the wound. The doctor documented prior amputation for a prior diabetic foot ulcer. | | |
| 1/27/2016 | A nurse called a doctor in to see the wound which had scant drainage with peeling edges. | | |
| 1/27/2016 | A1c 7.6; WBC 3; HGB 10.6; platelets 115. | | |
| 1/28/2016 | Wexford denied referral for urgent wound clinic evaluation. Wexford asked to get foot x-rays and wound culture if not done and re-present the patient in the next collegial review. | 12 | Wexford UM denied referral for a diabetic wound when the local doctor did not know how to care for the wound. Care was grossly and flagrantly irresponsible. |

Patient #28

| | | |
|---|---|---|
| 1/28/2016 | A clerk documented denial of urgent wound care referral with alternative plan an x-ray and wound culture. | Plain x-rays may not show osteomyelitis until late in the course of osteomyelitis. Also, wound culture of an open wound is not useful, as the culture will likely be contaminated. |
| 1/28/2016 | A doctor noted that there was no osteomyelitis on x-ray. | |
| 1/28/2016 | A doctor apparently ordered Rocephin because a nurse administered this drug, but there was no physician note. Later that day at 6:00 pm the Rocephin was changed to gentamycin. Again there was no note documenting why. On later notes it appeared that the patient was receiving both gentamycin and Rocephin without documented reason. Apparently it was for the foot ulcer. | 11    This is a documentation problem. It wasn't clear why IV Rocephin was started as there was no documentation in the medical record. |
| 1/28/2016 | Medical records wrote a note that urgent wound care was denied and x-ray and wound culture was recommended. | |
| 1/30/2016 | At 7:30 am the patient came for meds in his wheel chair and he was lethargic and unable to wheel himself with slurred speech. The blood pressure was 74/35 and the patient was sent to a hospital. | |
| 1/30/2016 | The patient was referred from Rushville for hypotension (74/35) and lethargy to a hospital. | |

Patient #28

| | |
|---|---|
| 1/30/2016 | Magnesium 1.6 (1.8-2.4); BNP 473; WBC 2.2; HGB 10.5; platelets 83; neutrophils 89.2%.  Sedimentation rate 29 (0-15); PO2 63 (80-100); HCO3 12 (22-26); PCO2 19 (35-45); glucose 146; calcium 7.5; Total protein 6.1 (6.4-8.2); albumin 2.4; ALT 41 (16-63); AST 76 (15-37); ALK PHOS 237; total bili 1.2 (0-1) and blood cultures at four days were negative.  These labs were done at the hospital.  The patient was admitted with altered mental status and hypotension.  A CT scan showed colitis- colonoscopy was recommended.  CT of the brain showed no acute process but small vessel ischemic changes.  EKG showed right atrial enlargement. |
| 1/31/2016 | A doctor in the hospital wrote a consultant note documenting that he was asked to see the patient for lactic acidosis and CT scan showing colitis.  The patient had profound lactic acidosis with HCO3 of 8.8; the patient refused colonoscopy and it was recommended to continue cipro and flagyl.  The patient had no masses in the liver on a CT scan but the CT scan was without contrast. |
| 2/4/2016 | At St John's Hospital an abdominal ultrasound showed a 2 cm hypoechogenic lesion which "may represent a cyst or other etiologies are not entirely excluded," diffusely coarse echotexture of the liver with nodular surface and moderate ascites. |
| 2/6/2016 | The inmate returned from the hospital and had a Foley catheter.  The assessment was colitis. |
| 2/7/2016 | A nurse documented that the patient had 1+ edema.  A doctor had yet to see the patient on return from the hospital.  It wasn't clear what the discharge diagnoses were. |

Patient #28

| | | | |
|---|---|---|---|
| 2/7/2016 | A nurse called a doctor who ordered blood cultures by phone and ordered Levaquin by phone. A doctor had yet to see the patient and it wasn't clear what the patient's diagnoses were. In a later note a nurse noted that Levaquin wasn't available so the doctor ordered IV Rocephin by phone. It wasn't made clear why the doctor was prescribing IV antibiotics. | | |
| 2/7/2016 | A nurse noted that the patient's temperature remained above 100.4 after Tylenol. The doctor was called and the nurse documented that blood cultures were drawn | | |
| 2/8/2016 | A doctor wrote an admission note to the infirmary. The doctor noted that the patient had cellulitis of the foot and had diarrhea and 10 pound weight loss. The doctor did not acknowledge what occurred at the hospital. The patient had 3+ edema of both legs. New medications included Lasix, Levaquin, nebulization treatments, Rocephin. The admitting diagnosis was heart failure but it wasn't clear what occurred at the hospital or why the patient was being treated with two different antibiotics. It may have been the foot cellulitis. but it wasn't clear. The problem list was incomplete. | 3, 11 | There was no hospital report and the doctor didn't understand what occurred at the hospital or understand the therapeutic plan. The doctor was unable, therefore, to develop a therapeutic plan. |
| 2/8/2016 | A nurse noted 2-3+ edema of the leg , blistered areas with discoloration of the right lower leg. | | |
| 2/8/2016 | A doctor wrote an additional note that the patient had tachypnea, shortness of breath, and orthopnea. The doctor noted rales in the base and 3-4+ edema. The doctor assessed heart failure and UTI. The doctor ordered IV push Lasix, nebulization with albuterol, decreased salt intake, and BNP and BMP and EKG. | 8 | The doctor should have added a chest x-ray. |
| 2/8/2016 | Lasix 20 mg BID was started. | | |

Patient #28

| Date | Note | Ref | Comment |
|---|---|---|---|
| 2/9/2016 | A doctor noted that the patient was breathing easier. The doctor noted no wheezing, a protuberant abdomen, swollen scroum and 3-4+ leg edema. The diagnoses were cellulitis of the foot, heart failure, ascites and COPD. The doctor increased Lasix and ordered BNP. | 1, 2, 8, 11, 14 | The failure to obtain records resulted in the doctor not knowing what occurred at the hospital. The patient now appeared to have anasarca probably from his cirrhosis. Diuretics were appropriate, but because the doctor didn't know the diagnosis, higher level of care-admission to a hospital, was indicated. The doctor should also have ordered stat BMP. |

2/9/2016    A nurse wrote that the patient had 1+ edema of the hand, was incontinent of bowel, the scrotum was swollen and the abdomen was distended. COPD and heart failure were the diagnoses as documented by a nurse.

2/9/2016    BUN 22; sodium 134 (135-145); potassium 3.2; creatinine 1.58 (0.5-1.5).

2/10/2016    A nurse noted that the patient was forgetful and on fluid restriction. The patient refused to wear his oxygen cannula. The nurse documented that the patient had open areas on the buttock without drainage and the scrotum was swollen. Later the patient needed to be assisted to the bathroom and had a liquid BM.

2/11/2016    A doctor saw the patient. The doctor still did not document the summary from the hospital. The doctor noted DM and cellulitis of the right leg. The doctor noted that the patient had generalized abdominal pain. The patient refused to go to the hospital. In the assessment, the doctor noted ascites with cirrhosis and a mass on the liver and cellulitis of the right leg.

14    The patient had altered mental status and should have been sent to a hospital as he could not be cared for at the prison and he appeared to no be competent to make his own decision.

2/11/2016    BUN 34; sodium 134; CO2 19; creatinine 1.93; WBC 6; HGB 10.3; platelets 178; BNP 75 (<100).

2/13/2016    The patient was incontinent of liquid stool.

Patient #28

| | | | |
|---|---|---|---|
| 2/14/2016 | When taking a shower, the patient was incontinent of stool, which was bloody.  This was noted on three separate notes, and on one note a nurse noted that it was guaiac positive.  A doctor wasn't notified. | 16 | The nurses should have consulted a physician. |
| 2/15/2016 | CK MB 4 (0-3.6); A1c 7.9; HGB 8.7; WBC 5; platelets 167; BUN 43; creatinine 2.2; albumin 1.8. | | |
| 2/15/2016 | A doctor saw the patient and noted that the patient had some abdominal pain and noted that the patient had blood in the stool twice the day before but no gross blood in the stool now.  The doctor noted that the patient was DNR and wanted to die.  The doctor noted that the patient had wheezes, abdominal tenderness and bruises on the abdominal wall, and a distended abdomen.  The doctor stopped IVs, ordered a CBC, INR, BMP, and amylase.  The doctor ordered a week follow up even though it appeared that the patient was acutely ill. | 14 | The patient was seriously ill and should have been sent to a hospital.  DNR status was not documented in any progress note.  We couldn't locate the document.  But this doctor did not appear to have read the recent hospital report or understand all of the patient's conditions.  Under the circumstances as represented in this note the doctor should have admitted the patient. |
| 2/15/2016 | At 4:35 pm a doctor saw the patient.  The patient had left pleuritic chest pain with hemoptysis but no shortness of breath or hypoxia.  The patient didn't want to go to the hospital.  The patient was sent to a hospital for a CT to assess for a pulmonary embolism.  The oxygen saturation was 97% on room air. | | |
| 2/15/2016 | Amylase 57 (25-125); BUN 38 (6-20); potassium 5.5 3.5-5.3); CO2 17; creatinine 1.99; anion gap 12 (3-11); INR 1.3; WBC 4.7; HGB 10.5; platelets 183. | | |

Patient #28

| 2/22/2016 | There were patient discharge instructions stating that the patient was hospitalized for hemoptysis, cirrhosis, chronic hepatitis C, diabetes, HTN, urinary retention, chronic indwelling Foley catheter, normochromic anemia, peripheral vascular disease, stage 2 sacral pressure ulcer, acute blood loss anemia, and liver mass.  This was not a discharge summary but a summary for the patient.  There was no discharge summary. | 11 | There was no hospital report, making it very difficult to manage the patient. |
|---|---|---|---|
| 2/22/2016 | A doctor admitted the patient to the infirmary and noted that the patient had diagnoses of liver cancer and upper GI bleed. The patient was on DNR status.  The admission note had virtually no history and no physical examination.  The assessment was hepatitis C, cirrhosis, and hepatic cancer.  None of the patient's other problems was addressed. | 11, 10, 1, 2, 3 | The doctor failed to review the hospital note and therefore follow up was poor.  The doctor did not understand all of the patient's problems and the therapeutic plan was there fore deficient.  The patient had an indwelling Foley catheter and open sacral decubitus, for example, but there were no orders for this. |
| 2/22/2016 | A nurse noted that the patient had a 10 cm open area between the gluteal folds and multiple open areas on the buttock.  The nurse noted that the scrotum was swollen and irritated. | | |
| 2/23/2016 | A nurse noted that the patient was back from the hospital and wrote down the hospital diagnoses, which was the first time these diagnoses were listed.  They included: hemoptysis, hepatitis C, cirrhosis, hepatic cancer, diabetes, hypertension, decubitus ulcer of the foot, urinary retention, anemia, peripheral vascular disease, acute blood loss post-GI bleed, sacral pressure ulcer, hepatic cancer.  The doctor ordered comfort measures. | | |
| 2/23/2016 | Inderal was started at 10 mg TID. | | |
| 2/23/2016 | BUN 16; creatinine 1.17; total protein 5.5 (6-8); albumin 2; alk phos 143; AST 59; ALT 34; WBC 4.9; HGB 9.6; platelets 56. | | |

Patient #28

| 2/28/2016 | Ativan 1 mg TID was started. | 17 | The doctor was starting palliative sedation but there was no discussion with the patient documented in the record that we could find.  This is inappropriate, as this action needed to be fully discussed with a cooperative patient and family if needed. |

| 2/28/2016 | Fentanyl patch was started 12 mcg per hour. | 17 | The doctor was starting palliative sedation but there was no discussion with the patient documented in the record that we could find.  This is inappropriate, as this action needed to be fully discussed with a cooperative patient and family if needed. |

2/29/2016   A doctor added Aldactone, and stopped HCTZ.
3/1/2016    Lisinopril, potassium, vitamin B12 were discontinued.
3/3/2016    Aspirin, furosemide, Inderal, metformin, Zofran, insulin, and
            Cardizem were held.

| 3/7/2016 | A doctor stopped Lasix and added Ativan IM for "restlessness." | 17 | Restlessness is not an indication for Ativan.  The doctor appeared to be using palliative sedation without a discussion with the patient, which has significant ethical concerns. |

3/8/2016    Oxycontin 5 mg every four hours was started.
3/9/2016    Fentanyl patch 50 mcg patch was started to be used every
            third day with Ativan 1 mg every six hours.
3/11/2016   The patient died.
3/16/2016   Dr. Butler, the Medical Director, wrote a death summary
            stating that the patient had known hepatitis C, DM, and
            cellulitis.  The doctor said that the patient developed
            hematemesis and was sent to a hospital and had liver cancer
            diagnosed.  The doctor said the patient refused treatment and
            was DNR.

Patient #28

3/18/2016    A death certificate documented that an autopsy was done and
showed hypertensive cardiovascular disease, severe stenosis
of the LAD, and thin renal cortices with pulmonary edema.
The death certificate made no mention of the patient's liver
mass or cirrhosis.

3/15/2013 An EKG had wandering baseline but showed NSSTT changes.

1/31/2014 The January 2014 MAR documents that the patient was on only 10 mg simvastatin; 60 units NPH am and 30 units pm with sliding scale insulin 5 mg Lisinopril, amlodipine; Xopenex, furosemide 40 BID.

3/21/2014 Urine microalbumin 256; BUN 23; creatinine 1.76; A1c 10.4; cholesterol 157; HDL 37; LDL 102.

7/22/2014 A1c 10.

11/5/2014 BUN 21; creatinine 1.64; A1c 10.4; Total cholesterol 170; HDL 39; LDL 111.

11/10/2014 An annual health visit documented BP 128/64; weight 236 with height of 5 foot 6 inches. The only problem listed was diabetes even though the patient had high blood lipids, HTN, nephropathy, and heart failure. The doctor noted that the patient needed to lose weight and increased insulin to 64 am 34 pm NPH. The patient was 66 years old and was a smoker and African American.

17    Minimal increase of insulin but no follow up of diabetes in significantly out of control patient. The patient's 10-year risk of heart disease or stroke for a 66 year old African American smoker with diabetes and hypertension was 46%. He needed a high intensity statin but was on a low intensity statin drug.

12/3/2014 Insulin was changed to 66 u NPH am and 34 units pm.

1/13/2015 A doctor referred the patient for a sleep study.

1/14/2015 The doctor noted the patient had approval at collegial review for a sleep study.

1/15/2015 Asthma chronic clinic. The doctor noted that the age of onset wasn't know except it was thought to be when he was an adult. The patient had a prior history of smoking. The patient had BP 155/85; PEFRs were 350/370/300. The patient was described wheezing at times. The doctor took insufficient history to determine the status, but diagnosed intermittent asthma and stated, "difficult to judge SOB etiol - likely multifactorial  obesity? sleep apnea." The patient was diagnosed with good control and the doctor said he would refer for a sleep study. The patient did not have pulmonary function testing.

7    Given the patient's age, and long-standing hypertension, the doctor could have considered heart failure. In any case, the patient should have had pulmonary function tests to clarify his diagnosis.

1/20/2015 Wexford approved a sleep study.
1/21/2015 BUN 21; creatinine 1.81; cholesterol 168; HDL 39; LDL 98.

1/27/2015 The sleep study result was very severe sleep disordered
breathing.  The recommendations were to utilize a CPAP
device but to refer to ENT to reduce risk of mortality.  The
patient had irregularity of the pulse rate and suggested "if
clinically appropriate, further cardiac evaluation is suggested."

1/28/2015 The sleep study was completed at the prison.
2/5/2015 A doctor referred the patient for a CPAP device.

6     The doctor failed to review labs which showed chronic
kidney disease and cholesterol levels consistent with a
46% 10-year risk of heart disease or stroke.  The doctor
should have changed the statin to a high intensity statin.

2/18/2015 Wexford approved a CPAP machine.
2/20/2015 Calcium 7.9; sodium 136; potassium 4.6.  No LFTs done.
2/25/2015 A CPAP unit was provided to the patient.
2/26/2015 Creatinine 1.72; cholesterol 156; HDL 35; LDL 97.
3/4/2015 HTN chronic clinic.  The doctor documented that the patient
just started with a CPAP machine.  The BP was 145/76.  The
creatinine was documented as 1.72 and urinary protein was
noted.  The doctor noted fair control and increased lisinopril
to 10 mg daily.  The doctor did not mention blood lipids.

17    At this point based on recent labs, the patient had a 54%
10-year risk of heart disease and should have been on a
high intensity statin.  This was not done.  The patient
had chronic kidney disease and the doctor increased the
lisinopril.  Caution should have been documented and
the creatinine and potassium should have been
monitored more closely when starting the increased
dose.

3/7/2015 Simvastatin was increased to 20 mg daily and lisinopril was
increased to 10 mg daily.

Simvastatin 20 mg is not a high intensity statin.  It is not
even a moderate intensity statin.

Patient #29

| | |
|---|---|
| 3/17/2015 | A doctor saw the patient for the annual HTN clinic. This was only two weeks after the last HTN chronic clinic visit, both of which were documented as annual visits. The doctor noted that the patient was now on CPAP. The BP was 140/68. The doctor took little history and noted that the blood pressure was in good control when it was not good control for a diabetic. The doctor noted that the patient was on 10 mg of simvastatin but made no evaluation of lipids or changed the dose to a proper dose for this patient. The creatinine was noted to be 1.72 but the patient wasn't diagnosed with nephropathy. Because of both diabetes and nephropathy the blood pressure should have been lowered to 130/80. |
| 4/9/2015 | Urine microalbumin 678; creatinine 1.64; A1c 10.2; cholesterol 144; HDL 34; LDL 93. |
| 4/15/2015 | NPH increased to 68 am and 36 pm. |
| 4/15/2015 | A doctor saw the patient for annual diabetic clinic. The doctor took no history with respect to diabetes. The BMI was 41.5. The doctor did check the box that the patient had no hypoglycemia episodes. The A1c was listed as 10.4; the creatinine was listed as 1.64 which was elevated, the urine microalbumin was 678. The lipids were listed as in good control because the LDL was <100. The doctor diagnosed poor control but added "control stable." The doctor made a minor increase to insulin to 68 NPH am and 36 pm. |
| 4/20/2015 | The patient complained to a nurse of shortness of breath. The nurse referred to a doctor. |

**3, 17**   With diabetes, hypertension and nephropathy a blood pressure of 130/80 is typically the goal. Being on Lisinopril with nephropathy was a concern. The patient should have been on a high intensity statin.

**17**   The doctor did not utilize a high intensity statin.

4/21/2015 A doctor saw the patient for shortness of breath. The blood pressure was 148/75. The patient complained of three weeks of shortness of breath making him stop and rest on his way to the dining hall. He had no chest pain and was using his CPAP regularly. The doctor diagnosed "CHF?" and ordered only a CXR, EKG, BNP and increased Lasix to 40 BID with a follow up in two weeks. The doctor did not order an echocardiogram.

4/22/2015 BNP 139 (<100).

4/23/2015 A chest x-ray showed mild to moderate cardiomegaly.

4/27/2015 An EKG was done. The tracing was technically very poor and should have been repeated. It showed NSSTT wave changes indicating possible lateral ischemia.

4/29/2015 A nurse saw the patient using a "cold" protocol. The patient had productive cough for 10 days with some shortness of breath. The nurse auscultated wheezing and assessed a complication of asthma and referred to a physician.

4/29/2015 A doctor saw the patient and noted that he had cough for nine days. No additional history was taken beyond what the nurse obtained. The doctor noted that the patient had a recent chest x-ray and noted that there was cardiomegaly. The doctor noted that the BNP was not significantly elevated. The doctor started Augmentin for 10 days.

5/7/2015 A doctor saw the patient in follow up and the patient was improved. No additional steps were taken.

5/7/2015 For unclear reasons the doctor discussed a "living will" with the patient who told the doctor that his brother had power of attorney and he wished a no code status. A DNR was filled out.

5/15/2015 Alvesco was started for asthma added to Xopenex.

7  The patient could have had angina or heart failure. An echocardiogram should have been considered and stress testing should have been considered given the patient's risk profile and symptoms.

7  Given the patient's symptoms and chest film, a stress echocardiogram and pulmonary function testing should probably have been done as the doctor did not know the diagnosis and apparently was working on hunches.

| | | |
|---|---|---|
| 5/15/2015 | A doctor saw the patient.  The BP was 153/78.  The patient had shortness of breath with exertion but no chest pain.  The patient was using Xopenex regularly.  The patient had a history of smoking.  The doctor diagnosed dyspnea due to obesity and deconditioning.  The doctor ordered a BMP and added Alvesco. | 7 — The doctor should have ordered pulmonary function testing and echocardiogram.  Stress testing should have ben considered. |
| 5/15/2015 | Creatinine 1.62. | |
| 7/6/2015 | A nurse saw the patient using a "cold" protocol.  The nurse documented cough and sore throat.  The BP was 132/71; oxygen saturation was 96%.  The nurse gave the patient cold tablets by protocol. | |
| 7/13/2015 | Oral prednisone was started at a tapering schedule. | |
| 7/13/2015 | A doctor saw the patient for asthma chronic clinic.  The doctor noted that the patient was on Alvesco and Xopenex and described increased shortness of breath 2-3 days.  The BP was 140/75.  The breath sounds were decreased with wheezing.  The PEFRs were 275/150/150. The doctor diagnosed moderate persistent asthma and added "deteriorating SOB but not so sure is [secondary] asthma contributory."  The doctor ordered a chest x-ray and ordered a tapering prednisone dose. | 7 — The doctor should have ordered pulmonary function testing and echocardiogram.  Stress testing should have ben considered.  The doctor did not appear to know the condition of the patient. |
| 7/20/2015 | A chest x-ray showed enlarged heart and haziness in perihilar regions possibly indicative of mild heart failure. | |
| 7/22/2015 | A1c 9.4. | |
| 7/23/2015 | A doctor saw the patient for follow up.  BP was 145/78; PEFRs were 300/285/250.  The doctor had started prednisone and mentioned that "prednisone helped."   The patient was "breathing heavy" and had shortness of breath.  The patient said it was seasonal. The doctor ordered prednisone every other day for two weeks and increased the Alvesco dose. | 1, 7 — The doctor took inadequate history about the shortness of breath.  He should have obtained pulmonary function testing and echocardiogram as the doctor didn't appear to understand the diagnosis of the patient.  The doctor diagnosed asthma but other evidence (CXR) was consistent with heart failure.  The history may have helped but was not done. |
| 8/8/2015 | Lasix increased to 60 BID; atenolol started 25 mg daily. | |

8/8/2015 The patient was admitted to the infirmary for shortness of breath at rest and with exertion. The doctor thought he heard an S3 heart sound and there were basilar crackles in the lungs. There was 1+ bilateral pitting edema. The doctor diagnosed heart failure and ordered Lasix increased to 60 mg BID but did not order an echocardiogram, a basic diagnostic evaluation of persons with heart failure. The BP was 136/74; pulse 90; R 20 and oxygen saturation 92%.

8/8/2015 A doctor saw the patient in diabetes clinic. The patient had used insulin for 29 years. The doctor noted retinopathy, nephropathy, and neuropathy. The BP was 136/74 and BMI 42.9. The doctor noted that the patient had a chest x-ray showing cardiomegaly. The doctor examined the feet, noted that the optometrist had seen the patient, noted an A1c of 9.4 and LDL of 93 and creatinine of 1.62 with urine protein of 678. The doctor ordered an EKG, TSH, and admitted the patient to the infirmary for heart failure and increased the Lasix to 60 BID. Remarkably, there was no history with respect to why the doctor thought the patient had acute heart failure. The doctor did not change the statin dose. The doctor noted that the patient was in poor diabetic control but made no change to therapy. The doctor documented good lipid control and fair HTN control but did not change medication.

8/10/2015 An EKG was done. The tracing was poor quality and should have been repeated. It showed NSSTT changes.

8/13/2015 Without seeing the patient on the infirmary, a doctor discharged the patient on 8/13/15. The doctor documented that the edema was decreased, ordered a BMP and told the patient to stop using Ramen noodles.

7    The patient likely had heart failure but the doctor did not order an echocardiogram a basic diagnostic test for this condition.

8/13/2015 An EKG was done. The tracing was very poor and none of the limb leads were present. The automated reading stated that inferior infarct could not be ruled out.

8/13/2015 BUN 25; creatinine 1.97.

8/29/2015 A doctor saw the patient. The BP was 150/64. The doctor said that the patient was doing better. The doctor assessed heart failure, stopped Norvasc and started atenolol.

        7      The doctor should have referred the patient for echocardiogram.

9/26/2015 A doctor saw the patient and the BP was 138/76.. The doctor noted no chest pain. The doctor noted that the hypertension was "controlled" and that the patient had no exercise intolerance. No changes were made.

10/1/2015 BUN 21; creatinine 1.88; glucose 304.

10/14/2015 A doctor saw the patient for HTN clinic and noted that the patient also had heart failure, DM, and sleep apnea. The doctor noted that the patient had dyspnea on exertion and shortness of breath. The blood pressure was 139/72. The creatinine was 1.88; glucose 304 and cholesterol 144. The patient was listed as in good hypertension control.

       7, 17      The doctor failed to order echocardiogram, pulmonary function tests and stress testing. The doctor did not start a high intensity statin.

11/25/2015 A doctor saw the patient. The BP was 152/89. PEFRs were 200/175/150. Oxygen saturation was 94%. The patient had shortness of breath and DOE. The patient wanted to change back to Norvasc. The patient's DNR status was changed at his desire to attempt resuscitation. The doctor stopped atenolol and restarted Norvasc at 5 mg a day.

       7      The doctor should have ordered echocardiogram and PFT and stress testing.

11/25/2015 A1c 8.4.

12/29/2015 A doctor saw the patient for diabetes chronic clinic annual. There was virtually no history except to check a few of the formatted boxes. The blood pressure was 136/76. The A1c was listed as 8.4. The diabetes was documented as fair control; lipids in good control and BP in good control. There was no change in therapy.

       17      The doctor should have started high intensity statin.

1/15/2016 Lisinopril was changed to 20 mg daily.

1/15/2016 A doctor saw the patient in asthma chronic clinic. The doctor noted daytime symptoms but no night time symptoms. The blood pressure was 138/78. PEFRs were 225/225/230. The patient had bilateral ronchi. The doctor diagnosed moderate persistent asthma.

1/28/2016 A doctor saw the patient for chest pain which occurred at night when he was lying in bed. The blood pressure was 169/94 with pulse 100. The chest pain was described as right sided without radiation, not pleuritis, without shortness of breath, and without prior similar episodes. The patient had previously told a nurse that exertion relieved the pain. The doctor noted a prior family history of CAD. The patient had 1+ edema. The doctor documented review of an EKG and noted "no acute changes." Remarkably, the doctor told the patient that, "He will need a treadmill when discharged." Yet the doctor did not discuss getting a treadmill currently for the patient's acute symptoms. If the doctor thought that the patient needed a treadmill he should have ordered it. The doctor increased the Norvasc to 10 mg and recommended decreasing salt.

7, 14   The patient was very high risk for heart disease and had a questionable history of angina. The doctor should have ordered stress testing and echocardiogram. He was 66 years old, smoker, diabetic, with hypertension and abnormal lipids. This panel of conditions is very high risk for heart disease. The EKG supported ischemia sufficient to warrant evaluation. The doctor should have considered sending the patient to a hospital for evaluation. To tell the patient to get a treadmill test on discharge was indifferent.

1/28/2016 An EKG on this date was a poor tracing and should have been repeated. It showed NSSTT changes but the limb leads were technically poorly traced and unreadable and this study should have been repeated. V1 and V2 showed ST elevation on one portion. This should have been repeated but should otherwise have been considered consistent with possible ischemia.

3/6/2016 At 3:10 am a nurse saw the patient for "sudden" shortness of breath. The patient had 2+ edema. The nurse did not take BP but the pulse was 107 and the pulse oximeter reading was 85%. The nurse called a doctor. Oxygen was started. The doctor ordered IM Lasix by phone. The oxygen saturation decreased to the 60s and the doctor ordered the nurse to send the patient to a hospital. The ambulance arrived at 3:40 am. As ambulance personnel were transferring the patient he experienced cardiac arrest and CPR was initiated but the patient was pronounced dead at the hospital.

3/7/2016 A Wexford death summary documented a brief death summary without any critical evaluation. The doctor noted that "The last time I saw the patient 12/28/15 and his ECG was normal." No problems were identified.

It was not accurate that the EKG was normal. The tracing was poor but showed STT wave changes that could be interpreted as acute ischemia.

3/24/2016 A coroner concluded that the patient died from coronary atherosclerosis contributed to by hypertensive cardiovascular disease and diabetes mellitus. There was "marked" edema in the lungs. Cross sections of coronary arteries showed 75-100% stenosis of the RCA with mid segment plaque and focal acute rupture and hemorrhage. The "left sided coronary arteries show between 75-85% stenosis with atherosclerotic plaque." Cardiomegaly with hypertrophy were diagnosed and sclerosis of the kidneys consistent with hypertensive cardiovascular disease. Pulmonary edema was noted.

Patient #30

| | | | |
|---|---|---|---|
| 7/10/2012 | The problem list was updated indicating seizure with VP shunt; DVT, CVA. | | |
| 10/15/2012 | An annual physical documented that the patient had DVT, hemiparesis, seizure disorder, and hydrocephalus with VP shunt in 1993. It didn't document why the patient had a VP shunt or hemiparesis. The patient was documented as DNR. | | |
| 9/25/2014 | The patient was evaluated for seizure and general medicine clinics at Menard. The doctor documented two seizures and documented that the INR was 1.8. There was virtually no history. The doctor listed hyperthyroidism and DVT as problems. The TSH was listed as 2.16. There was no change to medication. | 1, 3, 17 | There was no history so it couldn't be determined what was wrong with the patient. The patient had history of DVT but the INR was subtherapeutic, yet the doctor made no attempt to modify medication. The patient had two seizures which is not good control, yet the doctor did not modify medication. The patient was on both aspirin and coumadin yet had repeated seizures. There was no documented clinical reason for being on aspirin. It placed the patient at significant risk, especially since he had a VP shunt. |
| 10/22/2014 | An annual physical exam listed seizures, history of DVT on anticoagulation, and VP shunt for unspecified reasons. | | |
| 11/30/2014 | A NP saw the patient for general medicine chronic clinic. There was no history, no physical examination, and the only relevant data was documentation of a TSH of 2.16. | 1, 2, 3, 17 | There was no history or examination and therefore the anticoagulation, VP shunt, and prior CVA were inadequately addressed and therefore, the therapeutic plan was inadequate. The NP failed to address why the patient was on aspirin *and* coumadin. There was no clinical indication for both drugs. It placed the patient at risk. |

Patient #30

1/8/2015   CT scan showed left sided VP shunt with no evidence of ventricular dilation
           and no cerebral edema.
1/8/2015   The patient was sent to Chester Memorial Hospital for a seizure.  The hospital
           noted that he had a VP shunt and was on multiple seizure medications and had
           uncontrolled seizures.  A CT scan did not reveal unusual problems.  Laboratory
           studies were "unremarkable."  The patient did have a hemoglobin of 9.  He was
           admitted for observation and discharged on 1/9/15.


1/8/2015   A nurse noted that the patient had seizure.  The patient was sent to Chester
           hospital from Menard.
1/15/2015  Hemoglobin 9; MCV 70.7 (80-99); platelets 321; Keppra 26 (12-46).
1/15/2015  A nurse noted that the patient had repetitive seizures, apparently witnessed,
           called a doctor.  The doctor ordered Ativan, Tegretol, Keppra, and
           phenobarbital levels in the morning and send-out to Chester hospital.  The
           nurse noted that the patient had a subclavian port-a-cath but it wasn't clearly
           stated why the patient had the central line catheter.  There was no mention of
           this in progress notes.

1/16/2015  Carbamazepine 8.6 (4-12); phenobarbital 18.4 (15-40); phenytoin <2.5 (10-20).

Patient #30

| | | |
|---|---|---|
| 1/16/2015 | The inmate told a nurse he had a seizure. A doctor saw the patient later and there was no history and the only examination was "neuro intact." No action was taken. | 1, 2, 12, 17 |

The history and physical examination were inadequate. The patient had repetitive seizures and had a VP shunt. The patient should have been referred to a neurologist because the facility physician was unable to get the seizures under control and the patient had a complicated case, having a VP shunt. The patient had a microcytic anemia yet the doctor took no history of whether there was blood loss and did not initiate a work up for this. The doctor should have noted why the aspirin was indicated, as in combination with coumadin placed the patient at significant risk with respect to his seizures.

1/18/2015 The patient had an unwitnessed seizure and was admitted to the infirmary for observation.

1/19/2015 A doctor wrote an admission note but took no history. The only neurological exam was "neuro intact." No new actions taken. The same day the doctor discharged the patient without follow up. Later on the same day a doctor noted microcytic hypochromic anemia and the only plan was to order iron and stool for fecal occult blood x 3.

1, 2, 6, 8, 17

The doctor took no history and the examination was inadequate. The doctor should have ordered iron laboratory studies but did not. Obtaining fecal occult blood tests was appropriate and starting iron was reasonable. But the doctor needed further work up for the anemia. The doctor also failed to assess prior therapeutic drug levels. The doctor also failed to indicate why the patient was on both aspirin and coumadin. Since the patient had seizures, this placed him at significant risk.

Patient #30

| | | | |
|---|---|---|---|
| 1/22/2015 | INR 3; carbamazepine 8.7 (4-12); Keppra 24 (12-46). | | |
| 2/2/2015 | A doctor noted that the patient had no seizures.  Aside from stating no seizures there was no history and no physical examination.  The doctor ordered an INR.  The doctor made a comment that seizure med levels were "OK." | 1, 2, 3, 6 | The doctor took no history and performed no examination.  The doctor made no assessments or plan.  The doctor noted that the seizure medication levels were OK.  Recent labs from 1/22/15 were normal but labs from 1/16/15 showed a subtherapeutic dilantin level which was unnoticed. |
| 2/21/2015 | A doctor saw the patient for seizure disorder.  The doctor noted that the patient had >6 seizures since the previous clinic and noted normal drug levels.  There was virtually no history.  The doctor diagnosed the patient as having "stable" disease.  Despite normal drug levels and multiple breakthrough seizures, a prior history of significant brain injury and a VP shunt, the patient was not referred to a neurologist.  There was no change in therapy despite the breakthrough seizures. | 1, 7, 17 | The doctor took inadequate history.  Since the patient had a complicated seizure problem and the facility doctor (who was a surgeon) couldn't control the inmate's seizures, the doctor should have referred to a neurologist.  The doctor should have noted why the aspirin was indicated as in combination with coumadin placed the patient at significant risk with respect to his seizures. |
| 3/22/2015 | A nurse documented that the patient had a seizure.  The nurse took an order from the doctor to leave the inmate in his cell. | | |
| 3/23/2015 | INR 2.8. | | |
| 4/24/2015 | INR 2.3; hemoglobin 12.9; MCV 83; MCH 25.8 (26-35); MCHC 31 (32-37). | T | |

Patient #30

| | | | |
|---|---|---|---|
| 6/7/2015 | The patient was evaluated apparently in general medicine clinic. There was no history, no examination, and the only documentation was that the TSH was 3.29. The patient was listed as stable and in good control but his condition was not documented, although presumably he was being seen for hypothyroidism. | 1, 2, 3, 17 | There was no history, physical examination or assessment of the patient's multiple problems including epilepsy, VP shunt or anticoagulation. The patient still had anemia which had not been worked up appropriately. The doctor should have noted why the aspirin was indicated as in combination with coumadin placed the patient at significant risk with respect to his seizures. |
| 6/17/2015 | INR 2.3. | | |
| 7/7/2015 | INR 2.2; phenobarbital 19.6 (15-40); Keppra 27 (12-46). | | |
| 7/17/2015 | A nurse saw the patient for a seizure. The nurse tried to call a doctor 3xs but was unsuccessful and admitted the patient to the infirmary. | | |
| 7/18/2015 | The doctor noted that the patient's last seizure was four months ago. The doctor did not order therapeutic drug levels. A doctor wrote that the patient could return to the housing unit. The doctor didn't take an adequate history and there was no change of plan. | 1, 8, 17 | The doctor took inadequate history and should have ordered therapeutic drug levels. The doctor should have noted why the aspirin was indicated as in combination with coumadin placed the patient at significant risk with respect to his seizures. |
| 7/23/2015 | Hemoglobin 14 (13.2-18); MCHC 31.8 (32-37). | | |
| 8/5/2015 | INR 2.9. | | |

Patient #30

| | | | |
|---|---|---|---|
| 9/8/2015 | A NP saw the patient for seizure chronic clinic. The last documented seizure was two months ago. The patient was documented as having no signs of bleeding and was documented as on coumadin. The Keppra and phenobarbital levels were documented. The only medications documented were Keppra and Tegretol. The patient was on aspirin and coumadin which in combination, particularly because of the seizures, was potentially dangerous. The INR wasn't mentioned. There was insufficient information in this note to give a sense of the current management or the future therapeutic plan for the patient. | 6, 17 | The NP failed to check the INR and did not note that the patient was on both coumadin and aspirin which, given his seizure disorder, placed the patient at risk. |
| 9/10/2015 | INR 3.3. | | |
| 10/1/2015 | INR 1.5. | | |
| 10/1/2015 | A nurse documented that the patient had dizziness, blurred vision and lethargy. The nurse noted that the patient still had a subclavian catheter and that it was accessed for a blood draw. | | |
| 10/17/2015 | A nurse noted that an officer witnessed the patient having a seizure. The nurse called a doctor who ordered drug levels in the morning. The nurse documented that cellies and officers witnessed the event. | 15 | The doctor failed to see the patient or follow up after a seizure. |
| 10/19/2015 | A nurse noted that the subclavian catheter flushed but could not be aspirated. The next day the nurse was able to obtain blood from the port. | | |
| 10/20/2015 | INR 3.9; carbamazepine 10.4 (4-12); Keppra 25 (12-46). | | The medication renewal process didn't work and the patient's medication stopped in mid December and wasn't started again until 1/8/17, about 3-4 weeks later. |

Patient #30

| | | |
|---|---|---|
| 10/22/2015 | Dr. Trost saw the patient and noted that the INR was 3.9. There was no history, no examination, and no assessment. The coumadin was held for seven days and then resumed at 4 mg daily. | 17 — The doctor did not indicate why the patient was receiving aspirin. The doctor should have noted why the aspirin was indicated, as in combination with coumadin, placed the patient at significant risk with respect to his seizures. |
| 10/25/2015 | The NP noted a supratherapeutic INR but did not adjust medication and did not note that the patient was on both coumadin and aspirin which, given his seizure disorder, placed the patient at risk. The history was inadequate for seizure disorder and anticoagulation and the NP asked no questions about the VP shunt. | 1, 17 — The NP noted a supratherapeutic INR but did not adjust medication and did not note that the patient was on both coumadin and aspirin which, given his seizure disorder, placed the patient at risk. The history was inadequate for seizure disorder and anticoagulation and the NP asked no questions about the VP shunt. |
| 10/30/2015 | A nurse noted that the patient had a reported seizure and was brought to the health unit in a wheelchair. The patient had headache. The nurse called Dr. Trost, who sent the patient back to his cell with follow up as needed with nurses. | 15 — The doctor should have seen the patient and should have ordered follow up as a seizure is a significant event. |
| 11/3/2015 | A nurse noted that the patient had seizure. Dr. Trost gave a phone order for the patient to return to his cell. | 15 — This was indifferent. The doctor should have evaluated the patient. |
| 11/20/2015 | INR 2.4. | |
| 11/22/2015 | A nurse saw the patient for an unwitnessed seizure. The nurse documented calling a doctor but did not document what the doctor ordered. The patient was sent back to his cell. Later that day a doctor saw the patient. The doctor documented an episode of convulsion for four minutes. The doctor documented no abnormalities on exam and sent the patient back to his cell. | |
| 11/29/2015 | A nurse saw the patient for a seizure. The patient was returned to his cell. | |
| 12/14/2015 | INR 2. | |

Patient #30

| | |
|---|---|
| 12/17/2015 | The patient transferred to Hill from Menard.  The transfer summary documented seizures and VP shunt as problems.  The reason for either of these was not mentioned. |
| 12/17/2015 | Shortly after the patient transferred to Hill he had a seizure.  A nurse witnessed the seizure for an hour.  The nurse called Dr. Sood, and Ativan was repeatedly given.  Dr. Sood wrote an order to give Ativan 2 mg IM stat for "continuous seizure activity" the "send out if unresponsive to therapy and continuous seizures."  After multiple injections of Ativan the patient was sent to a hospital. The patient went to Cottage ER.  From the local hospital the patient was transferred to OSF St. Francis Hospital in Peoria. |

| | | | |
|---|---|---|---|
| 12/22/2015 | The patient returned to the Hill facility and a doctor saw the patient. The doctor did not document what occurred at the hospital.  The doctor reviewed the patient instructions.  The doctor noted that the patient had history of ataxia [presumably from the hospital] but documented no ataxia.  The doctor initiated the patient's seizure meds (Depakote and phenobarbital) and apparently sent back to his cell. | 11 | The lack of review of reports is a serious problem.  The physician did not know what occurred at the hospital or the basis of the therapeutic plan. |
| 12/22/2015 | At 6:29 pm a nurse documented that the inmate's cell mate noted that the inmate was having a seizure.  Dr. Sood ordered IM Ativan 2 mg.  The nurse noted two further seizures, after which Dr. Sood ordered IM Ativan.  After the fourth seizure the patient was sent to a hospital. | | |
| 12/22/2015 | At 10:56 pm a nurse documented that the hospital stated that the inmate was having non-epileptic convulsions, was not having seizures and would return to Hill. | | |
| 12/22/2015 | The patient was admitted to a local hospital and transferred to a regional hospital in Peoria.  He transferred from the local hospital intubated but was extubated the same day.  He had EEG leads in the ICU and while having "seizures" there was no EEG activity and ultimately  was determined to have pseudoseizure activity.  The INR was 2. The hospital noted that at the local hospital a CT scan showed no acute bleed. | | |

Patient #30

| 12/23/2015 | A nurse noted drawing blood from the central IV port which was in for the past year without clear indication. | | |
|---|---|---|---|
| 12/23/2015 | The patient was admitted to the infirmary post hospitalization.  The reason for admission was frequent seizures and ataxia.  The nurse documented that the patient had ataxic gait. | | |
| 12/23/2015 | An NP performed an infirmary admission note.  The NP documented that the patient fell twice on the infirmary on 12/23/15 due to ataxic gait.  The NP noted that the left pupil was larger that the right and that the patient had delayed speech and repeated himself.  The NP did not examine for ataxia.  The NP noted that the patient had a VP shunt and that the epilepsy was not well controlled and that the patient had ataxia with falls. The NP ordered to have the mattress placed on the floor, neuro checks every shift, and for Dr. Sood to evaluate the patient. | 2, 14, 17 | The patient was said to have ataxia but there was no examination for this.  Ataxia and unequal pupils in a person with VP shunt requires immediate hospitalization for brain imaging.  To merely place a mattress on the floor was grossly and flagrantly unacceptable care.  Also the staff did not assess why the patient was on aspirin as the combination of aspirin and coumadin placed the patient at risk of significant harm. |
| 12/23/2015 | At 4:30 pm a nurse documented that the patient was incontinent of urine.  The nurse documented that the hospital would fax the neurology report  and discharge note. | 16 | |
| 12/23/2015 | At 7:30 am a nurse documented that the patient fell twice.  The nurse noted that the patient's Lt pupil was larger than the right.  On a later note at 3:00 pm, a nurse documented that the patient fell twice today. | 16 | These were all red-flag type symptoms and signs and the patient should have been referred to a physician immediately.  Care was grossly and flagrantly unacceptable. |
| 12/24/2015 | INR 3.1. | | |
| 12/24/2015 | At 6:20 pm the patient rang the emergency call light.  When the nurse arrived the patient was off the floor mattress and was incontinent of urine.  The nurse presumed that the patient had a seizure.  The nurse apparently called a doctor but there were no orders documented. | | |

Patient #30

| 12/24/2015 | Dr. Sood saw the patient on rounds and noted that the staff said the patient had incontinence of urine. The doctor documented good eye contact, that the patient was sitting on the mattress. The doctor did not perform an adequate neurological examination. The assessment was intractable seizures. The doctor did not assess why the patient had incontinence. The doctor did not assess the unequal pupils or ataxia. The patient was to continue the same management. | 1, 2, 4, 17 | The doctor's history failed to determine why the patient was incontinent or whether he had a seizure. There was inadequate neurological examination. The doctor did not assess the pupils; apparently the patient still had unequal pupils. The doctor did not assess the ataxia. The doctor had no plan for the incontinence, ataxia, unequal pupils, or abnormal behavior. The doctor did not assess why the patient was on both aspirin and coumadin. Care was grossly and flagrantly unacceptable. |

Patient #30

12/24/2015 A nurse documented that the inmate was attempting to stand but needed assistance. The nurse described the inmate as able to swallow water and making intermittent eye contact but was not otherwise interacting in conversation and was uncooperative with the neuro examination. No action was taken. On a later note at 4:00 pm, a nurse documented that the patient was attempting to sit up without assistance. His pulse was 122. The patient was not responsive to commands but was responsive to painful stimuli. The nurse documented unequal pupils. The patient was staring out without being responsive. The nurse applied oxygen but it wasn't sure there was an order for this. The nurse noted that the patient had urinated on the bedsheets. Three people were required to assist the patient in getting up. The nurse applied diapers. The nurse documented that the patient had a seizure but it appeared that the patient was continuously disorganized, lethargic, and confused. The nurse didn't document consulting a doctor. Later at 5:00 pm, the patient's cellie called the nurse back to the room because the inmate was trying to get up again. This was not normal behavior and should have been immediately evaluated. The patient should have been sent to a hospital. The nurse diagnosed post-ictal status. But the behavior had been ongoing for two hours. The nurse documented that the patient was still not responding to commands and since he wasn't drinking water, she held his oral medication. At 7:00 pm, the patient was in a reclining chair and earlier had drinking some water but the nurse noted that he hadn't eaten. At 8:00 pm, the patient took his meds with some pudding. At midnight with assistance of two inmates the patient was placed on the floor and was noted to be incontinent.

16  Nursing assessments without referral were grossly and flagrantly unacceptable. The patient should have had a better history, a thorough examination, and should have been sent to a hospital. The nurse needed to consult a physician.

Patient #30

| Date | | |
|---|---|---|
| 12/25/2015 | The patient wasn't responsive, barely moving legs and opening his eyes just a slit. He wasn't answering questions. The nurse noted that the left pupil was larger than the right. The assessment was post ictal. At 9:30 am the patient was incontinent. The patient needed assistance to get off the mattress and was unable to drink with a straw. Later a nurse reported to Dr. Sood and was instructed to continue to observe the patient. At 4:15 pm a nurse noted that the inmate responded to tissue being moved across his eyes. The nurse documented that Dr. Sood was made aware of the patient's condition. Later at 8:30 pm the patient was incontinent. | 14, 15 | The patient showed several red-flag signs of significant life-threatening illness including unequal pupil, altered mental status, and lack of responsiveness. The doctor should have sent the patient immediately to a hospital and immediately evaluate the patient. |
| 12/26/2015 | At midnight the patient was still unresponsive and was incontinent. The nurse described the patient as "post-ictal like state." The patient was not drinking. By 8:00 pm the patient was responding verbally to questions and his speech was sluggish but intelligible. The patient ate some food. Nurses continued to document unequal pupils. | 16 | The patient had red-flag signs of significant life-threatening illness. The nurse should have consulted a physician. |
| 12/27/2015 | At 3:00 am the inmate was trying to get up out of bed but was unsteady. He was incontinent of urine. At 5:20 am the inmate was found on the floor and placed back in bed. At 6:00 am the patient was found with his chair on top of him. The patient was now eating. At 4:30 pm a nurse documented that there was bruising on both elbows and the left elbow with a 3 by 3 cm purple area that was pliable. Since the patient was on coumadin the patient should have been promptly evaluated for bleeding problems and there was concern for a CNS bleed. A stat INR should have been obtained. At 8:00 pm a nurse noted that the patient ate 100% of his dinner. | 16 | |
| 12/28/2015 | A nurse noted that the patient was incontinent and the bedding was saturated with urine. At 7:15 am the patient was noted to be responding to commands but slow to follow orders. | 16 | The patient had red-flag signs of significant life-threatening illness. The nurse should have consulted a physician. |

Patient #30

| | | |
|---|---|---|
| 12/28/2015 | Dr Sood saw the patient. The only history was that the patient was responding to commands. Dr. Sood noted that the patient was sitting on the floor and that according to staff he had eaten yesterday and took all of his medication. The doctor didn't assess for ataxia, didn't assess the unequal pupils, and performed no neurological examination. The doctor assessed seizure recurrence. There was no plan. | 1, 2, 8, 14, 17 — The doctor failed to take an adequate history. The doctor failed to note bruising identified by nurses earlier. The doctor failed to document a neurologic examination despite being called several times for altered mental status. The doctor failed to assess why the patient was on aspirin and coumadin or check an INR despite bruising. Altered mental status and bruising in someone with a VP shunt and on Coumadin and aspirin should have resulted in hospitalization for immediate brain imaging. The lack of history and examination was indifferent and grossly and flagrantly unacceptable care. The doctor did not address why the patient was on aspirin despite the bruising. |
| 12/28/2015 | A nurse noted that the patient had constipation. The patient was still incontinent of urine. | |
| 12/29/2015 | Dr. Sood saw the patient. The doctor noted that the patient was sleeping on the mattress. Dr. Sood noted that the patient's bloody elbows were resolving with decreased swelling. The doctor changed the patient's status to chronic. The doctor had yet to examine the patient's eyes, perform a neurologic examination, or evaluate the patient for problems with anticoagulation in light of the patients severe altered mental status and recent bruising. The doctor made no changes except to lower the acuity status of the patient. | 1, 2, 8, 14, 17 — The doctor again failed to take adequate history or try to discover how the patient developed bloody elbows. The doctor failed to adequately examine the patient or order an INR to assess anticoagulation despite the patient having a bruising problem. The doctor failed to ask why the patient was on aspirin and coumadin. There was no clinical indication for the aspirin. The patient should have been sent to a hospital. |

Patient #30

| | | |
|---|---|---|
| 12/29/2015 | A nurse noted that the patient was climbing up and down out of the reclining chair. He ate some food. He was answering yes and no questions. At 11:00 pm the patient was incontinent of stool and was again unresponsive to verbal stimuli. | 16 The patient had red-flag signs of significant life-threatening illness. The nurse should have consulted a physician. |
| 12/30/2015 | Carbamazepine 4.8 (4-12); phenobarbital 34.7 (15-40); valproic acid 38.1 (50-100). | |
| 12/30/2015 | The patient was incontinent of stool at 6:45 am. At 3:30 pm a nurse noted that the patient had bruising on his right arm and was on blood thinners. No action was taken. | 16 The patient had red-flag signs of significant life-threatening illness. The nurse should have consulted a physician. |
| 12/31/2015 | The patient was still incontinent. At 2:00 pm a nurse noted bruising on both elbows and to bilateral knees, and lower back. There was no evaluation for supratherapeutic INR or excess anticoagulation. The inmate did ask to use the commode but did not have a bowel movement. | 16 The patient had red-flag signs of significant life-threatening illness. The nurse should have consulted a physician. |
| 1/1/2016 | The patient was incontinent of urine. At 8:30 pm a nurse noted that he sometimes responsive and sometimes unresponsive. The nurse noted persistent bruising on various areas of the body including the elbows. | 16 The patient had red-flag signs of significant life-threatening illness. The nurse should have consulted a physician. |
| 1/1/2016 | Notably the patient was on 4 mg of coumadin and 81 mg of aspirin throughout his stay at Menard and Hill without any indication of why he needed aspirin or why he was on coumadin when he had an IVC filter. The IVC filter was apparently not known to staff. | |
| 1/2/2016 | The patient knew that he was in prison. The nurse noted large ecchymoses on his arms and thighs. Yet there was no evaluation of INR level. | 16 The patient had red-flag signs of significant life-threatening illness. The nurse should have consulted a physician. |
| 1/3/2016 | At 4:30 am the nurse responded to an emergency call light and the patient was standing naked in the middle of the cell saying he had to go to the bathroom. The nurse assisted him to the toilet with a gait belt. At 5:30 am the nurse responded to the call light and the inmate was sitting on the floor saying he was hungry. | 16 The patient appeared to manifest altered mental status and the nurse should have consulted a physician. |

Patient #30

| 1/4/2016 | At 6:05 am a nurse noted that the patient was sitting naked in the chair with his diaper on the floor. There was urine on the floor. The nurse noted that the inmate was confused as to the source of the liquid. | 16 | The patient had red-flag signs of significant life-threatening illness. The nurse should have consulted a physician. |
|---|---|---|---|
| 1/4/2016 | Dr Sood saw the patient. He noted that the inmate was sitting in the chair. Dr. Sood noted that the patient made "good eye contact" but didn't evaluate the pupils which were described previously as unequal. Dr. Sood noted that the patient was responding to commands. He performed no neurological examination except to note that the patient was responding to commands. He did note examine the bruises or initiate evaluation for excessive anticoagulation or evaluate the obvious altered mental status of this patient. No labs or diagnostic tests were ordered. | 2, 8, 14, 17 | The doctor's physical examination was inadequate and he failed to note obvious abnormalities identified by nurses, especially the bruising and altered mental status. An INR should have been immediately done. The doctor should have identified why the patient was on aspirin and coumadin; the bruising was life-threatening and unrecognized by the doctor. The patient should have been sent to a hospital. Care was grossly and flagrantly unacceptable. |
| 1/4/2016 | At 1:30 pm the patient was incontinent of stool. The patient was walked in the hall and had unsteady gait. At 6:40 pm a nurse saw the patient standing in his cell door with blood on his nose and in front of his gown. The inmate didn't know what happened but blood was on the wall and beside the toilet at head height. The inmate had a 2.5 cm laceration to the bridge of his nose. The INR wasn't checked. Dr. Sood was notified that it was hard to get the bleeding stopped. He did not order an INR. Later a nurse noted that the pupils were still unequal. The nurse noted bruising to the right buttock about 8 cm in diameter, on the lower back and noted "assorted bruising in various stages of healing to bilateral arms and legs." The nurse also noted unequal hand grips. | 14 | The patient had significant bruising and difficult to control bleeding with altered mental status and the doctor should have immediately transferred the patient to a hospital. Care was grossly and flagrantly unacceptable. |

Patient #30

| Date | | |
|---|---|---|
| 1/5/2016 | At 6:50 am a nurse documented giving a report to the MD nurse regarding seepage of blood from the wound and red-tinged urine and bruising to back. Dr Sood saw the patient at 8:00 am. The only history was that he was seeing the patient because a nurse documented seeing the patient bleeding. There was no other history. His examination was poor. He noted that the patient was sitting in a chair responding to commands with conversation. He noted that there was active bleeding and ecchymosis on the buttock, lower back, and bilateral arms. The doctor sutured the nasal laceration but remarkably did not check an INR level to assess for potential for bleeding. The doctor made no evaluation of the altered mental status and performed no neurological examination but did order nasal bone x-rays. | 1, 2, 8, 14, 17 |
| | The doctor failed to take adequate history and failed to perform an adequate examination particularly a neurological examination. The doctor failed to assess an INR despite numerous bruises and difficult to control bleeding. The patient had altered mental status and there was no evaluation. The doctor failed to assess why the patient was on aspirin and coumadin. The patient should have been sent to a hospital. Care was grossly and flagrantly unacceptable. | |
| 1/5/2016 | At 7:30 am a nurse noted that the patient still had unequal pupils. Notably Dr. Sood never evaluated this once. A nurse noted blood in the stool. At 7:02 pm a nurse noted moderate amount of blood in the toilet. The nurse called Dr. Sood and was awaiting a call back. | 15 |
| | A physician should have seen the patient. | |
| 1/6/2016 | X-ray showed no evidence of nasal fracture. | |
| 1/6/2016 | A nurse showed Dr. Sood the urinal where the nurse noted "gross blood." Dr. Sood did not check the INR but ordered ciprofloxacin for five days and ordered a repeat dipstick urine. Later a nurse noted unsteady gait. | 4, 14, 17 |
| | The patient was on coumadin and aspirin and had gross blood in his urine yet the doctor treated the patient with antibiotics for a presumed urine infection without checking an INR. The doctor failed to associate the coumadin and aspirin with bloody urine. This was incompetent and grossly and flagrantly unacceptable care. The patient should have been sent to a hospital. | |
| 1/6/2016 | UA showed 3+ blood. | |
| 1/7/2016 | The inmate was able to feed himself with minimal assistance and complained he had been up all night and had "a lot of migraines." | |

Patient #30

| Date | Note | Ref | Assessment |
|---|---|---|---|
| 1/7/2016 | Dr. Sood saw the patient and noted he was watching TV but took no history. It was difficult to read the note due to legibility but it did not appear that the doctor performed a neurologic examination. The assessment was pseudoseizure and DVT. Even though assessing DVT, Dr. Sood did not order an INR to evaluate for excess anticoagulation despite bruising, bleeding in his urine and in his BM. He took no action. | 1, 2, 8, 14, 17 | The doctor failed to take adequate history and failed to perform an adequate examination particularly a neurological examination. The doctor failed to assess an INR despite numerous bruises and difficult to control bleeding. The patient had altered mental status yet was not evaluated for this. The doctor failed to assess why the patient had bleeding while on coumadin and aspirin. The doctor failed to address why the patient was on aspirin. The patient should have been sent to a hospital. Care was grossly and flagrantly unacceptable. |
| 1/7/2016 | At 4:30 pm a nurse noted a moderate amount of blood in his urine. No action was taken. | 16 | The patient had red-flag signs of significant life-threatening illness. The nurse should have consulted a physician. |
| 1/8/2016 | At 9:30 am a nurse noted that the patient had bruises in both eyes. There was blood in his urine and he had bruises in various stages of healing. At 3:40 pm a nurse obtained urine for a UA and gross hematuria was observed. At 7:00 pm the patient had a BM and there was blood in the toilet. | 16 | The patient had red-flag signs of significant life-threatening illness. The nurse should have consulted a physician. |
| 1/8/2016 | At 11:50 pm a nurse noted that the inmate was standing at the door yelling "can you help me" and when asked what help he needed he said "I don't need any help." The nurse noted "some confusion." No action was taken. | 16 | The patient had red-flag signs of significant life-threatening illness. The nurse should have consulted a physician. |
| 1/8/2016 | UA showed 3+ blood. | | |

Patient #30

1/9/2016   At 7:15 am the inmate was making sounds but didn't understand and needed assistance with gait. There was a new purple bruise on his right hip and the top of his head had dried blood. Dr. Sood was called and said to monitor the patient. At 11:00 am Dr. Sood ordered the patient sent to a hospital in another hour if there was no change. At 2:00 pm there was no change in the patient's condition. His pupils were fixed bilaterally based on a nurse evaluation. There was no response to sternal rub. An EKG was done and an ambulance took the patient off to the hospital at 2:15 pm.

14, 15   The patient had further bruising, was confused, and needed assistance to walk. The doctor should have immediately sent the patient to a hospital. Care was grossly and flagrantly unacceptable.

1/10/2016   The patient died.

1/10/2016   A hospital record documented that the patient arrived at the hospital unresponsive. He had an INR of 10 and the CT scan showed a massive herniation and massive right sided subdural hematoma with a 16 mm shift of the brain across midline. Pupils were fixed and dilated. At the hospital they noted that it wasn't certain why he was on anticoagulation. On examination the patient had fixed dilated pupils, a contusion and laceration on top of the head. The WBC was 17.9; hemoglobin 9.3; INR 10; potassium 3.4. The diagnosis was hypercoagulable state secondary to coumadin with large subdural hematoma with brain herniation. The patient was not recoverable under admitting conditions. A CT scan of the abdomen and pelvis showed a possible contusion/hematoma overlying the right greater trochanter without fracture. Notably the hospital noted that the patient had a right central venous line in place with an implantable port. It was not clear why the patient had this device as he was not on chemotherapy.

The patient had a brain bleed due to over anticoagulation while on both coumadin and aspirin. The patient had repeated manifestations of excessive anticoagulation and repeated manifestations of altered brain function yet was not appropriately evaluated. Care was grossly and flagrantly unacceptable.

Patient #30

1/12/2016  Dr. Sood wrote a death summary stating that he was transferred from Menard to Hill on 12/17/15 with a history of seizure disorder secondary to a craniotomy in 1996.  The patient had multiple DVTs and PE in the past and had LV shunt placement in 1996 secondary to hydrocephalus.  The patient developed bacterial meningitis in 2001.  In 2005 the patient had an IVC placed for unclear reasons.  Dr. Sood said that the patient had a chronic left subdural hematoma in 2001.

Patient #31

6/24/2013  Problem list documents DM, HTN, substance abuse, umbilical
           hernia,
8/1/2013   The patient was transferred from NRC to Taylorville.
8/13/2013  HTN and DM clinics documented BP 135/68 with weight of
           300 pounds.  The patient also had diabetes and therefore the
           blood pressure was not at recommended goal yet the patient
           was listed as "in control."  The patient had 1-2+ edema.  The
           doctor noted that the patient had diabetes and added aspirin
           and simvastatin.  The patient was also on metformin, lisinopril,
           and HCTZ.

11/15/2013 A nurse saw the patient at the request of the Warden who
           asked to evaluate a large growth on his left ear that was
           bleeding.
11/19/2013 A doctor noted that the patient had a left ear growth.  The
           doctor referred the patient to an ENT consultant.
11/19/2013 A doctor referred the patient for removal of a growth.
11/30/2013 The ENT referral was denied; instead the patient was sent to
           plastic surgery.

Of note, there is not much difference in referral to a
plastic surgeon vs an ENT surgeon for this condition.  It
merely depends on access in the community.

1/7/2014   A nurse saw the patient.  The BP was 153/79.  The patient was
           off for a medical writ but the nurse didn't document what
           occurred.
1/7/2014   An ENT doctor recommended removal of the ear and cheek
           growths and correction of the ectropion.
1/17/2014  CMP and CBC normal.
1/31/2014  An annual examination was done.  The BP was 151/81.
2/6/2014   A doctor noted that the patient was scheduled for an
           outpatient surgery appointment on 2/10/14.

Patient #31

2/10/2014   The patient had outpatient surgery to remove the ear mass apparently.  The return note did not document what occurred.

2/10/2014   A biopsy of the left ear was a basal cell carcinoma.  The surgical margins were negative for tumor.

2/17/2014   A doctor saw the patient and noted that the growth had been removed.  The doctor did not document what the pathological diagnosis was.  A PRN follow up was ordered.  The blood pressure was 144/81.

8/29/2014   CMP normal; cholesterol 171; TG 158; HDL 33; LDL 106.

9/3/2014   A progress note documented that the patient was seen in HTN and diabetic clinic but there was no note.               11      We could not locate a note.

11/18/2014   A1c 5.8.

12/9/2014   A progress note documented that the patient was seen in diabetic clinic but there was no note.               11      We could not locate a note.

2/18/2015   CMP normal; cholesterol 122; TG 121; HDL 33; LDL 65.

4/10/2015   CMP normal; cholesterol 131; TG 117; HDL 35; LDL 73.

4/29/2015   A doctor saw the patient for follow up of blood pressure.  The blood pressure was 169/77 but the doctor made no changes.  The doctor noted that the patient recently started Festeritic.

5/8/2015   BUN 21; glucose 126; cholesterol 127; TG 155; HDL 34; LDL 62.

5/14/2015   An annual examination was done.  The BP was 156/76.  The weight was 315.  Aside from diabetes and HTN no other problems were mentioned.  Apparently, a doctor re-did the blood pressure, which was 138/80.

5/22/2015   CMP normal; CBC normal.

Patient #31

5/27/2015  A doctor saw the patient.  The blood pressure was 130/80.
The weight was 310.  The only examination was to record the
blood pressure.  There was no history except that the patient
felt OK and had decreased caloric intake, was tolerating the
ace inhibitor, had no chest pain and no dyspnea.  That was the
last note until the patient was diagnosed with squamous cell
cancer.

6/5/2015  A discharge medical summary was written from Taylorville.
There were no further notes and it wasn't clear where the
patient went.  It appeared that the patient was transferred to
an adult transition center.  The patient didn't come back to the
prison until after a hospitalization where cancer was
diagnosed.  It is not clear what care the patient received in the
adult transition center.

9/20/2016  An OSF Health care note.  A CT scan was done.  The history
was that the patient had a right tongue mass for the past 2-3
months with right ear pain.  The CT scan showed  an ulcerated
mass in the right anterior oral tongue measuring 4.7 cm with
multiple abnormal lymph nodes and a left orbital intraconal
mass between the lateral rectus muscle and the optic nerve
sheath.

10/3/2016  An MRI showed an oral cavity squamous cell carcinoma on the
right side of the tongue with multiple lymph nodes suspicious
for metastatic adenopathy.  A PET scan was recommended.

10/5/2016  A PET scan showed large malignancy of the right tongue with
multiple lymph nodes.  There were multiple pulmonary
nodules suspicious for malignancy.

Patient #31

| | |
|---|---|
| 10/28/2016 | An oncologist saw the patient and noted stage IV squamous cell cancer of the tongue.  Radiation therapy was not an option.  The oncologist recommended palliative chemotherapy.  The patient had hyperkalemia.  The patient weighed 242 pounds. |
| 11/10/2016 | A doctor admitted the patient to the infirmary for a history of oral squamous cell cancer with metastases.  The doctor did not document a history of the patient's recent treatment. |
| 11/17/2016 | Glucose 167; T protein 5.7 (6-8); albumin 2.5 (3.4-5); WBC 18.6; hemoglobin 11.7 (13.2-18); platelets 561. |
| 12/2/2016 | The patient died while in hospice care at the facility. |

Patient #32

12/6/2016 The patient was admitted to NRC. The medications on entry were not listed and there was no evidence of what the patient said he was taking. A PA did an initial physical examination and documented asthma, HTN, heart failure, COPD, diabetes, and ITP. There was no history of the ITP except that the patient had prior splenectomy. A blood glucose was 154. The patient's medication was listed as insulin NPH38 am and 20 pm with sliding scale regular insulin. Lisinopril, Coreg, Lasix, Zocor, and Flomax. Two other drugs were prescribed but the names were illegible.

12/6/2016 A transfer summary from the Lake County Jail documented that the patient was on NPH insulin, olanzapine, gabapentin, regular insulin QID, albuterol inhaler, carvedilol, ciclesonide inhaler, danacrine 600 BID, Lasix 40 Bid, ipratropium inhaler, lisinopril, tamsulosin, atorvastatin. Danocrine is danazol.

12/6/2016 BUN 23; glucose 157; creatinine 1.87 (0.5-1.5); albumin 2.9.

12/7/2016 A1c 9.4; cholesterol 136; HDL 29; LDL 96; WBC 14.6; platelets 60.

12/14/2016 Creatinine 1.36 (0.5-1.5).

12/28/2016 A nurse saw the patient for constant hip pain radiating to his back. The nurse plan was not clearly documented.

1/4/2017 The patient was transferred from NRC to Pinckneyville. It does not appear that blood tests had been done at NRC. The transfer form listed HTN, diabetes, asthma, and thrombocytopenia with prior splenectomy as problems. A blood sugar wasn't done on transfer.

1 ITP is a serious medical illness. The history of this condition was inadequate with respect to medication and current status and treatment. Old records should have been obtained.

Patient #32

1/6/2017 A doctor did a chart review to review medications. The doctor stopped Atrovent, danazol, ciclesonide, Zocor; increased ellipta, kept the patient on Neurontin and ordered chronic clinic as needed. The doctor also renewed insulin. Notably, it did not appear that the patient had a chronic clinic visit to date.

1/6/2017 Danazol was discontinued.

1/9/2017 An LPN wrote that the patient complained of not getting his medication and said that he hadn't seen a doctor yet and said that his hematologist had ordered his medication. The patient was upset that his medications were discontinued without having spoken with a doctor. The nurse noted that old records were needed. The nurse referred to a doctor.

3   The doctor stopped a medication being used for ITP without documenting a therapeutic plan for the ITP. Old records should have been requested.

1/17/2017 A doctor saw the patient who was concerned about not receiving Danazol, a drug he was previously prescribed. The doctor said the patient was taking this drug for low platelets in the past and that the last platelet count was 60 on 12/8/16. The doctor couldn't find a reference source that this drug was indicated for the patient's condition. The doctor documented that he would start the danazol and request old records. Danazol was started at 300mg BID for six months. This drug has an FDA box warning for thromboembolism, thrombotic, and thrombophlebitic events including life threatening or fatal strokes. The manufacturer also warns to use with caution in persons with diabetes as insulin requirements may increase. They recommend careful monitoring. Liver and renal function and hematologica and lipids are recommended to be monitored.

12   The doctor was using a medication without clear knowledge of use of the drug. The medication had multiple side effects. The doctor should have referred the patient promptly to a hematologist for management because the patient's condition was beyond the management ability of the physician.

Patient #32

| | |
|---|---|
| 1/18/2017 Danazol was re-started. | 12, 17 The patient had elevated renal function in the past. Danazol is contraindicated in persons with markedly impaired renal function, so it needed to be monitored. The patient was on a fairly high dose of Danazol which had a black box warning for thromboembolism, thrombotic and thrombophlebitic events, and life-threatening or fatal strokes have been reported. The doctor should have referred the patient to a hematologist. |

1/18/2017 Urine 300 mg/DL protein; microalbumin 1303 (0-30).

1/25/2017 A doctor saw the patient in hypertension chronic clinic. The blood pressure was 131/68. Renal function was not noted. The doctor stopped lisinopril, started Cozaar, and continued Pravachol, Lasix, and Coreg. The only problem noted was hypertension. There was no history related to chronic kidney disease or heart failure or the patient's other medical conditions except that dyslipidemia was noted. There was also a diabetic chronic clinic for this date. The patient was documented as having prior hyper and hypo glycemia without being more specific. The doctor noted that the patient had diabetic neuropathy but did not mention the nephropathy. The blood sugar wasn't checked and the A1c wasn't documented. The doctor continued the same diabetes medication. The doctor also saw the patient for "asthma" documenting on a separate note for this. The doctor documented daytime and nighttime symptoms. The PEFRs were 225/200/200. The doctor noted that the patient was on Xopenex and increased Ellipta.

1, 12    The doctor did not monitor all of the patient's medical conditions. The doctor should have referred the patient to a hematologist because the ITP wasn't being monitored by someone who knew how to manage this disease.

Patient #32

| | | |
|---|---|---|
| 2/7/2017 | A doctor wrote a brief note without seeing the patient. He documented that the platelets were 50 and therefore he was going to start prednisone, which he started at 60 mg daily tapering over a month and stopping at 10 mg. | |
| 2/14/2017 | BUN 29; sodium 133; glucose 548; creatinine 2.05; albumin 2.7; A1c 9.4; WBC 17; platelets 10. | |
| 2/16/2017 | A doctor documented discussing the problems with low platelets with a hematologist, who recommended giving the patient IVIG. The doctor sent the patient to a hospital in Carbondale who agreed to give the patient IVIG in the ER. The doctor referred to the ER. The patient should have been referred to a hematologist for evaluation. The doctor did not discuss the Danazol. | 6, 12 |
| 2/17/2017 | The doctor documented that the patient went to the ER and that platelets were 10 and that repeat platelets were 34. The doctor noted that no treatment "per hematology." The doctor's plan was to continue present therapy and returned the patient to general population. The doctor did not document whether hematology saw the patient. | 10, 11 |
| 2/17/2017 | The patient was seen at SIU Hospital ER. The WBC was 21, and platelets were 34 K. The albumin was 2.9; glucose 351; BUN 27; creatinine 1.5 (1.3). The ER note documented that the ER doctor consulted the hematologist who didn't see the patient. The doctor noted that the hematologist would see the patient in his office. | |

12 — The doctor should have referred the patient to a hematologist to manage the ITP. The doctor should also have attempted to obtain old records for this patient.

6, 12 — The doctor failed to note recent extremely high blood glucose and other lab abnormalities. The doctor should have referred the patient to a hematologist instead of attempting to manage a disease he was uncertain about.

10, 11 — Apparently, when the patient went to the ER, the ER doctor called a hematologist, but the IDOC physician failed to review what the hematologist said because there was no record. There was no follow up.

Patient #32

| | | |
|---|---|---|
| 2/20/2017 | The doctor at Pinckneyville wrote an undated note to Steve, presumably the Wexford Regional Medical Director.  The note stated that the patient had a history of thrombocytopenia "(?ITP)" and that he was transferred to Pinckneyville and was off medication for weeks which were resumed on arrival.  The doctor noted that the patient was on Danazol.  The doctor noted that the last platelet count was 10K and the  "release date 2/20/17."  The doctor asked, "What should we do?" | 12 |

The doctor clearly didn't know how to manage the patient and should have referred the patient promptly to a hematologist.

| | |
|---|---|
| 2/20/2017 | WBC 17.5; platelets 60. |
| 3/17/2017 | A doctor apparently in chart review wrote "dental caries [with] thrombocytopenia."  The doctor ordered a visit the following week with a blood count. |
| 3/22/2017 | Urine microalbumin 615 (0-30); BUN 22; glucose 348; creatinine 1.72 (0.5-1.5); albumin 2.3; A1c 13.9; platelets 6; WBC 11.8.  The platelets of 6 were noted by the lab to be a critical level. |

6

| | |
|---|---|
| 3/23/2017 | At 8:00 am the patient told a nurse "I'm going to die."  The nurse documented that the patient was brought to the health care unit for a platelet count of 6.  The nurse consulted a doctor, who ordered the patient to be sent to the hospital. |
| 3/23/2017 | The patient was sent to Memorial Hospital in Carbondale.  He was discharged from the ER on 50 mg prednisone twice a day with instructions to follow up with a hematologist with a diagnosis of chronic ITP. |
| 3/23/2017 | At noon a nurse documented that the patient just returned to the facility from a furlough and was placed on 23 hour observation.  A doctor ordered prednisone 50 mg BID "x 30 tabs" with follow up in the morning with a doctor and for collegial and infirmary discharge. |

Patient #32

3/23/2017 BUN 22; glucose 348; creatinine 1.72; calcium 8.3; albumin 2.3; T protein 5 (6-8); WBC 11.8; platelets 6.

3/24/2017 A doctor admitted the patient to the infirmary as an acute admission.  The doctor noted that the platelets were recently 6  and that prednisone was started.  The patient was still on 300 mg Danazol BID.  The assessment was very low platelets. There was no documented plan to see a hematologist.

3/24/2017 A doctor referred the patient to a hematologist for follow up. This was a routine appointment.  But the Wexford UM documented the request as urgent.

3/25/2017 Lisinopril was restarted.

3/28/2017 A clerk wrote that the patient had an appointment with a hematologist on 3/30/17.

3/30/2017 A hematologist saw the patient.  The consultant wrote comments on the referral form that the patient had ITP with splenectomy and now with relapse and without active bleeding.  The consultant recommended continuing prednisone 100 mg with return in two weeks with a blood count.  The hematologist did not document that the patient was on Danazol.

11    There was no report so it was unclear what transpired with the hematologist.

3/30/2017 A doctor referred the patient for hematology follow up on 3/30/17 for a two week follow up.

3/31/2017 A doctor documented that a hematology consultation was approved at collegial review.

3/31/2017 A nurse wrote that the patient had a high glucose but didn't document the value.

16    The nurse should have referred the patient to a physician.

Patient #32

| | | | |
|---|---|---|---|
| 4/1/2017 | A doctor saw the patient. The note was partly illegible but appeared to state that the patient saw a hematologist without stating what occurred. The assessment was thrombocytopenia and the plan was to continue the current plan and that the patient was waiting to see a hematologist. | 10 | The doctor did not have a report and therefore didn't appear to know what transpired at the hematologist consultation and what the therapeutic plan was. |
| 4/3/2017 | The patient had a blood sugar of "hi" and the nurse administered 15 u regular insulin apparently as sliding scale. The patient didn't want vital signs. | 16 | The nurse should have referred the patient to a physician. |
| 4/5/2017 | A nurse documented a blood sugar of 347. This was the first blood sugar documented on infirmary progress notes. The nurse took no action. | | |
| 4/5/2017 | Wexford UM approved follow up hematology. | | |
| 4/5/2017 | WBC 23.2; platelets 10. | | |
| 4/6/2017 | A nurse documented that the patient had pain in his "waist." The nurse noted that the patient was refusing insulin because he wanted to leave the infirmary. The nurse referred to a doctor ASAP. A doctor didn't see the patient. Vital signs and glucose values were not documented. | | |

Patient #32

4/7/2017 Pinckneyville Comm Hosp EKG showed recent anterolateral infarct with ST elevation V4-5. This hospital found that the patient had air fluid levels in the bowel with findings suspicious for enterocolitis. There was no free air on plain film but a CT scan showed free air indicating perforated viscus with findings reflecting ischemic bowel. The creatinine was 3.52 with GFR of 17.6; BUN 93; potassium 6.1 and glucose 357. Platelets were 29; WBC 18. The patient was transferred to Barnes Hospital and discharged 4/13/17. The patient had ischemic bowel with perforation. The patient was not a surgical candidate due to comorbidities, high dose steroids and severe malnutrition. The patient wanted to stop treatment and was sent back to the prison.

4/7/2017 At 5:00 am a nurse documented that the patient had stomach pain and was grimacing. The abdomen was distended. The patient said his last bowel movement was two days ago and that he hadn't been eating. The patient refused vital signs due to pain. The nurse noted that the patient was to see a doctor that day.

4/7/2017 At 8:23 am a doctor saw the patient. The doctor noted that the patient complained of abdominal distention over the past three days with vomiting and watery diarrhea. The patient had shortness of breath with difficulty taking a deep breath. The patient was only able to eat a little breakfast. The patient had no bleeding and was unable to speak full sentences. On examination the abdomen was markedly distended with a fluid wave. The doctor referred the patient to a local hospital.

Patient #32

4/13/2017   At noon a nurse documented that the patient returned from the hospital and had a Texas condom catheter in place.

4/14/2017   A nurse documented that the patient was incontinent and that his clothes were changed. The patient was incontinent three more times during the day.

4/14/2017   At 9:10 am doctor wrote a note that the patient returned from the hospital with diagnosis of perforated bowel which was ischemic. The doctor documented that the patient was without significant abdominal pain. But it wasn't clear what the patient's pain status was. The patient agreed to sign a DNR. The doctor continued insulin and ordered a tapering prednisone dose and continued the Danazol. The patient was on plain Tylenol for pain.

4/14/2017   At 9:15 am a nurse saw the patient immediately after the doctor saw the patient and asked if he could have something for pain. The nurse gave the patient the plain Tylenol that was ordered for him.

4/15/2017   At 11:30 pm a nurse noted that the patient said, "I hurt bad." The nurse noted that she would call the doctor about the pain. The nurse then took a phone order for Tylenol #3 1-2 tablets every four hours for pain.

4/16/2017   At 8:00 am the patient complained of pain. A nurse gave the patient Tylenol #3.

4/18/2017   Custody cancelled a medical furlough to Carbondale to apparently the hematologist because the ADA van was unavailable. The appointment was rescheduled for 4/27/17.

4/19/2017   A nurse assisted the patient to sit up and he became unresponsive and died.

Patient #33

8/21/2015　The patient transferred from Graham to Robinson CC.  The BP
　　　　　　was 147/81 and weight was 236.  No problems were noted
　　　　　　except knee pains.  Despite the elevated blood pressure the
　　　　　　patient wasn't referred.

8/27/2015　A nurse saw the patient for knee pain and blood per rectum.
　　　　　　The blood pressure was 143/82 but there was no referral.  The
　　　　　　nurse on a "hemorrhoid" protocol noted that the patient had
　　　　　　blood on toilet paper and had occasional rectal pain.  The
　　　　　　nurse noted no protrusion of a hemorrhoid yet presumed that
　　　　　　the patient had hemorrhoids.  The nurse referred to a
　　　　　　physician.  Since the patient was 58, he should have had
　　　　　　colonoscopy.

8/31/2015　A doctor saw the patient for hernia, knee pain, and
　　　　　　hemorrhoids.  The blood pressure was 154/74. The only
　　　　　　history regarding hemorrhoids was that the patient
　　　　　　complained of hemorrhoids.  The doctor noted knee pain for
　　　　　　five years but took no other history of the knee pain.  The
　　　　　　doctor noted crepitance. The doctor did not perform a rectal
　　　　　　examination or perform guaiac testing; did not order a blood
　　　　　　count and did not refer for colorectal screening.  The doctor
　　　　　　ordered ibuprofen and hemorrhoid pads without having taken
　　　　　　a history or performed an examination.  The doctor didn't
　　　　　　treat the elevated blood pressure even though the patient had
　　　　　　elevated blood pressure at least three times.  The doctor
　　　　　　prescribed 600 TID of ibuprofen.

1, 2, 3,7,　The patient had elevated blood pressure that was not
8, 17　　　treated.  The doctor presumed that the patient had
　　　　　　hemorrhoids for a patient complaint of blood per
　　　　　　rectum without examination.  The doctor took
　　　　　　inadequate history and performed inadequate physical
　　　　　　examination.  The treatment plan failed to include
　　　　　　treatment of blood pressure and diagnostic studies
　　　　　　(blood count, fecal occult blood testing, colonoscopy)
　　　　　　which were indicated for his complaint.  Use of a NSAID
　　　　　　in someone with possible rectal bleeding without
　　　　　　evaluating the source is inappropriate since NSAID can
　　　　　　increase bleeding risk.  Also the patient had high blood
　　　　　　pressure and NSAID should be used with caution in
　　　　　　persons with hypertension.  The dose of the NSAID was
　　　　　　also quite high.

　9/1/2015　The patient was on ibuprofen 600 TID for the month.
10/1/2015　The patient was on ibuprofen 600 TID for the month.
11/1/2015　The patient was on ibuprofen 600 TID for the month.

Patient #33

| Date | | Code | |
|---|---|---|---|
| 1/28/2016 | A doctor saw the patient who was still complaining of rectal bleeding. The doctor noted that the patient had rectal bleeding for over two years. The doctor did not examine the rectum, did not order a blood count or refer the patient for colonoscopy. The blood pressure was 166/91, but the doctor did not start antihypertensive medication. The doctor noted that the patient had a torn knee cartilage and had prior surgery, and reviewed an x-ray which he documented showed osteoarthritis. | 1, 2, 3,7, 17 | The patient still had rectal bleeding but there was inadequate history, inadequate physical examination, and no diagnostic studies ordered. The doctor failed to treat hypertension. Colonoscopy should have been ordered. The patient was 58 years old with history of blood per rectum. The patient was on NSAID and had GI bleeding but the doctor failed to adjust medication or evaluate the bleeding. |
| 2/1/2016 | The patient was on ibuprofen 600 daily for a month. | | |
| 2/3/2016 | A nurse saw the patient for knee pain. The blood pressure was 167/91. The nurse gave the patient ibuprofen by protocol but did not refer the patient for hypertension. | 16 | The blood pressure was elevated but the nurse didn't consult a physician. |
| 2/5/2016 | A doctor saw the patient to renew ibuprofen. The blood pressure was 145/94. The doctor took no history and recommended reduction of salt, exercise, and weight loss but did not start blood pressure medication. The doctor also ordered ibuprofen. | 3, 17 | The doctor failed to treat the high blood pressure and ordered long-term NSAID that should be used with caution in persons with high blood pressure because long term NSAID can result in renal damage. |
| 2/22/2016 | A doctor saw the patient for a refill of ibuprofen. The blood pressure was 150/80 but the doctor did not start antihypertensive medication. The doctor did renew ibuprofen. | 3, 17 | The doctor failed to treat hypertension and failed to assess renal function when prescribing a NSAID to a person with hypertension. |
| 2/26/2016 | A doctor saw the patient for follow up of knee x-rays. The blood pressure was 155/98 but it was unrecognized and not treated. The doctor started Mobic 7.5 mg daily for six months. | 3 | The doctor failed to treat the hypertension. |
| 3/1/2016 | Ibuprofen was discontinued on 3/8/16 and Mobic 7.5 mg daily was started for six months. | | |

Patient #33

3/7/2016  A doctor saw the patient for follow up of a knee x-ray. The blood pressure was 155/98. The doctor noted that the x-ray showed osteoarthritis. The doctor prescribed Mobic but failed to address the high blood pressure.

3/10/2016 The patient had a periodic examination.

3/11/2016 Cholesterol 238; HDL 39; LDL 166.

3/16/2016 At 5:03 pm an EKG showed atrial fibrillation with rapid ventricular response (rate 142) and *marked* ST depression with subendocardial injury. The automated read which was accurate, recommended "immediate clinical assessment of this individual is strongly advised." This was signed as reviewed.

3, 17  The doctor failed to treat hypertension and continued NSAID without having evaluated the patient's history of GI bleeding.

This patient had a 10-year risk of heart disease or stroke of 23% (BP 155/98 untreated, lipids as given, age 58 in a smoker) and should have been started on a moderate to high intensity statin and aspirin. Notably, the NSAID he was using was a cardiovascular risk for serious adverse cardiovascular thrombotic events including MI and stroke.

Patient #33

3/16/2016 A nurse saw the patient for chest pain at about 6:00 pm. The patient had dyspnea and nausea and increased pain with movement. The blood pressure was 200/118 and the pulse was 129. The nurse documented that the patient had chest pain since 5:50 pm but an EKG done at 5:03 pm showed marked ST depression consistent with subendocardial injury. The automated reading stated, "immediate clinical assessment of this individual is strongly recommended." The nurse called Dr. Vipin Shah who gave a phone order for Inderal 20 mg and clonidine 0.1 mg stat and recheck the blood pressure in 30 minutes and to call back if the pressure was elevated. The nurse placed the patient on the infirmary for 23 hour observation. The nurse did not discuss the EKG. A doctor signed the EKG as reviewed but the date wasn't legible.

3/16/2016 At 7:10 pm a nurse noted that the pulse was irregular and the blood pressure was 152/78. The nurse called the doctor, who ordered to recheck the BP every four hours. At 11:16 pm the blood pressure was 133/80 and at 3:30 am the blood pressure was 110/74.

7, 12, 14 The EKG showed evidence of acute ischemia and new onset atrial fibrillation with unstable vital signs. The patient should have immediately been transferred to a hospital. Care was grossly and flagrantly unacceptable. Failure to send the patient to a hospital, refer to a cardiologist or refer for cardiac catheterization placed the patient at risk of death. The treatment only with stat doses of clonidine and Inderal was grossly and flagrantly incompetent. This patient had atrial fibrillation with probable acute coronary syndrome and should have been anticoagulated and should have been hospitalized for testing including echocardiogram and cardiac catheterization.

Patient #33

3/17/2016 At 7:30 am Dr. Shah saw the patient and noted that the patient had chest pain the prior evening. He noted that the patient had pain when he walked and that it occurred with nausea and shortness of breath. The pain was described as squeezing in the upper chest. He noted no history of heart problems and said that the patient was not on BP or cholesterol medication. He noted that the patient was a smoker. The blood pressure was 126/65. The doctor reviewed an EKG done at 6:25 am and noted RBBB. The doctor did not review the EKG from the evening before. The assessment was chest pain and the doctor started Zocor and aspirin but no antianginal drug and did not refer for cardiac catheterization. Beta-blocker was not started. The doctor did not stop the NSAID. The doctor enrolled the patient in cardiac clinic.

6, 7, 14, 15   The doctor failed to review the EKG from the previous day. The patient described symptoms of typical angina, which given the prior day's EKG, should have resulted in prompt cardiac catheterization and referral to a hospital and/or referral to a cardiologist promptly. The doctor did start a statin and aspirin but did not start anti-anginal medication. The doctor did not stop the NSAID despite the manufacturer's black box warning about cardiovascular thrombotic events resulting in possible MI or stroke. The patient had recent atrial fibrillation. Though the CHAD score was 1, the patient had recent acute coronary syndrome and should have been anticoagulated. Anticoagulation wasn't even considered. Care was grossly and flagrantly unacceptable. The doctor clearly did not know how to manage this patient's condition. The patient was placed at risk of myocardial infarction and/or stroke.

3/17/2016 At 6:25 am an EKG showed sinus bradycardia with incomplete RBBB. There appeared to be some flattening of the ST segment of V4-6 but not specific. The rate was normal sinus rhythm. This was signed as reviewed.

3/17/2016 At 12:30 pm a nurse documented that the patient had BP of 162/87 and documented that the doctor noted the results and started lisinopril. At 2:15 pm the inmate was sent back to his housing unit from the infirmary.

Patient #33

3/24/2016   A doctor saw the patient in follow up of chest pain and requested pain medication.  The doctor noted that the patient had a "code 3" on 3/16/16 but had no more chest pain.  The BP was somewhat illegible but appeared to be 180/101.  The doctor started Mobic, a NSAID and increased lisinopril.  The patient was still not on an antianginal drug.  Mobic has a black box warning for cardiac events.

17   The doctor started a NSAID (which has a black box warning regarding risk for cardiovascular thrombotic events including MI and stroke) in a patient with angina and ischemic heart disease.

3/31/2016   The HCUA received a call from the family stating that the patient was having pain when walking and because of having pain when walking was not going to the dining hall.  A counselor also called and stated that the inmate couldn't walk to these and was "having heart issues."  The HCUA wrote that the patient was "not in any distress but complains he is unable to walk to dietary."  The HCUA placed the patient on the doctor line on 4/4/16 to evaluate cardiac related issues.

5, 16   The patient had continued chest pain sufficient that his family called.  Since the complaint was serious (angina) and placed the patient at risk of death, the patient should have been referred immediately to a physician.

Patient #33

4/4/2016 Vipin Shah saw the patient for baseline hypertension clinic. He documented angina but failed to include the recent history of ischemia. The blood pressure was 194/84 and 185/106. The assessment was fair stable control. This was presumably of HTN but it wasn't clear. The doctor added Norvasc. Lipids were not discussed. The doctor ordered a wheelchair for long distance (gym and chow).

4, 7, 15, 17 The patient had angina. The doctor did not start antianginal medication; instead offered the patient a wheelchair. Presumably, wheeling himself would likely constitute exertional strain similar to walking. The patient had angina and elevated blood pressure. The doctor started Norvasc. This drug carries a warning the increased angina or myocardial infarction have occurred with initiation of this drug in patients with obstructive coronary disease especially when beta blockers are not used. The doctor was treating the patient with potentially harmful drugs without realizing it. This was incompetent management. The patient should have had prompt catheterization. Care was grossly and flagrantly unacceptable.

4/5/2016 At 9:35 am a nurse evaluated the patient for chest pain while walking which improved while sitting then began again when he walked to the health care unit. The blood pressure was 174/82. The nurse noted a "normal" EKG. The nurse noted 1+ leg edema. The patient said his chest just hurt but there was no tightness, squeezing, pressure or shortness of breath. The nurse referred emergently to a doctor.

Patient #33

| | | |
|---|---|---|
| 4/5/2016 | The patient went to radiology. There were a few brief lines on the referral form. A two month follow up was recommended. A procedure was recommended in 45 days. They recommended a CMP. There was a oncology note in the record that summarized the patient care. It said that HCC was found January 11, 2016, found on ultrasound screening. A CT scan was done on 2/26/16 noting cirrhosis and 3 cm hypodense lesion in the lateral lobe; an MRI 3/23/16 showing a large infiltrative mass of the L lobe; in April 2016 the AFP was elevated; and a CT guided biopsy was done not until 5/24/16 and a PET scan was done 5/26/16. The patient wasn't seen at UIC until 8/4/16 and the patient didn't have treatment of the HCC until 9/12/16. The note documented that the CT guided biopsy results from 5/24/16 were requested multiple times but not received. | 14, 17 — The patient had prior acute coronary syndrome and had recurrent angina. The doctor diagnosed chest wall pain but started NTG and Norvasc. The patient should have been placed on a beta blocker. Norvasc carries a warning of myocardial infarction in patients with obstructive coronary disease. The patient was not referred to a cardiologist or for cardiac catheterization. |
| 4/6/2016 | An EKG showed normal sinus rhythm. This was signed as reviewed. | |
| 4/13/2016 | Wexford denied request for wheelchair. This had been requested because of severe osteoarthritis and new cardiac diagnosis with elevated cholesterol needing the wheelchair for long distance travel. | Wheelchairs are not appropriate therapy for angina in the absence of appropriate medical therapy. |
| 4/15/2016 | An EKG showed ST depression of the lateral leads suggesting anterolateral ischemia. Clinical correlation was advised. This was signed as reviewed. | |

Patient #33

| | |
|---|---|
| 4/15/2016 | At 2:50 pm a nurse saw the patient for chest pain on an emergency basis.  The patient had pain for about 10-20 minutes and occurred while working in the laundry.  The patient had diaphoresis with the chest pain.  The patient took a nitroglycerin and it helped "a lot."  The pulse was 102 and BP 151/77.  The nurse called Dr. Shah, who ordered 23 hour observation but no further orders were given.  An EKG was done and showed "moderate ST depression rule out anterolateral ischemia."  Clinical correlation was advised.  The ST depression was in the anterolateral leads V3-6.  The nurse didn't specifically document review of the EKG but under heart rhythm wrote "normal sinus regular."  The nurse advised the patient that if he has difficulty walking to chow or working he should try to get a different assignment to avoid precipitating chest pain. |

5, 6, 14   The patient had chest pain with EKG findings of acute ischemia consistent with acute coronary syndrome.  He should have been immediately referred to a hospital for cardiac catheterization.  Instead the doctor only ordered 23 hour observation and the nurse advised the patient to get a different job.  Care was grossly and flagrantly unacceptable.  Care was also indifferent.

| | |
|---|---|
| 4/15/2016 | At 11:20 pm a nurse saw the patient on the infirmary.  The blood pressure was 154/82. |
| 4/16/2016 | At 8:00 am the patient said he had no pain and was ready to leave.  The blood pressure was 157/82.  The nurse contacted a doctor who discharged the patient without seeing him. |

9   The patient had unrecognized acute coronary syndrome and without a doctor evaluating the patient, the doctor discharged the patient from the infirmary.

| | |
|---|---|
| 4/19/2016 | A doctor referred the patient for a *routine* stress test because of frequent chest pain and shortness of breath.  The doctor wrote that the patient had a history of heart disease and a new diagnosis of high blood cholesterol.  The doctor also noted that the EKG was normal, which it was not. |

Patient #33

4/19/2016  A doctor saw the patient for follow up of the code 3.  The
doctor noted that the patient had chest pain 2-3 times a day
and was using the nitroglycerin.  The pain was substernal with
diaphoresis.  The blood pressure was 143/70.  The doctor
documented that the 4/15/16 EKG was normal.  The doctor
referred the patient to cardiology for a stress test.  The doctor
did not address the elevated blood pressure.

4/25/2016  The doctor documented that the patient was approved in
collegial for a cardiology appointment.

5/24/2016  A cardiologist saw the patient and recommended adding
Imdur and to arrange for a cardiac catheterization at Carlisle
Hospital in Urbana.

5/24/2016  A cardiologist saw the patient.  His report documents the
progressive angina.  His report also reviewed EKGs showing
atrial fibrillation with ST segment depression on 3/16/16; the
EKG of 4/15/16 showing ST segment depression in V3-6.  The
consultant assessed worsening chest pain suggestive of
progressive angina and recommended adding Imdur and a
cardiac catheter "in the near future."

5/31/2016  A doctor (Vipin Shah) referred the patient for cardiac
catheterization on an urgent basis.

5/31/2016  A doctor saw the patient post cardiology visit and noted that
the cardiologist wanted to do "some tests." The assessment
was "cardiac."  The plan was illegible as was much of the note.

6/1/2016  Wexford approved cardiac catheterization.

6/7/2016  The doctor noted that the cardiac catheterization was
approved in collegial the day before.

4    The patient had two episodes of acute coronary
syndrome, one with atrial fibrillation, yet the doctor
referred the patient for a routine stress test.  The
patient should have been referred promptly for cardiac
catheterization, as the patient still had ongoing chest
pain. Beta blockers were not prescribed.  The treatment
plan was not competently carried out.

Patient #33

6/10/2016 An EKG showed atrial fibrillation with incomplete RBBB. Although the automated reading did not indicated it, there appeared to be ST depression in several lateral leads.

6/10/2016 At 1:30 pm a nurse evaluated the patient for chest pain. The nurse appears to have seen the patient earlier, as an EKG was done just after noon. The pulse was 98 and the BP 129/89. The nurse documented that an EKG showed "A fib same as previous." The patient noted the pain while working in the laundry. There were no associated symptoms. The nurse called Dr. Shah, who recommended 23 hour observation and an EKG the following morning. At 3:05 pm the patient was without complaints but the nurse did not perform vital signs. At 5:00 pm the BP was 143/74 and pulse 57 and the nurse noted that the patient "feels fine." At 7:25 pm the patient was found laying face down on the floor by his bunk with a small amount of vomit and small amount of blood on the forehead. The patient had no pulse or respirations. CPR was started until an ambulance removed the patient to a hospital.

5, 6, 14 The patient had return of atrial fibrillation with chest pain. The patient had prior ischemic changes and acute coronary syndrome and should have been immediately referred to a hospital, anticoagulated, and had a cardiac catheterization. To place the patient on 23 observation was incompetent as the doctor did not appropriately evaluate the change in status. Care was grossly and flagrantly unacceptable and likely resulted in the patient's death.

6/19/2016 Vipin Shah completed the death summary. The death summary was inaccurate, as it did not state that the EKG on 3/16/16 showed anterolateral ischemia but did state that the patient had atrial fibrillation. He documented that the EKG on 4/15/16 showed ST depression and that cardiology was requested. Apparently an autopsy was not done. The cause of death was listed as atherosclerotic heart disease and temporal lobe infarction. It was not clear if an autopsy was done.

Either the doctor failed to recognize an EKG finding of acute ischemia or was not being accurate. This physician should not have reviewed a death in which he was the treating physician.