## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Lippert v. Baldwin          Case Number: 10-cv-4603

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs

Attorney name (type or print): Nicole Schult

Firm: Uptown People's Law Center

Street address: 4413 N Sheridan

City/State/Zip: Chicago, IL 60640

Bar ID Number: 6306949          Telephone Number: 773-769-1411
(See item 3 in instructions)

Email Address: nicole@uplcchicago.org

Are you acting as lead counsel in this case?                    ☐ Yes  ☑ No

Are you acting as local counsel in this case?                   ☐ Yes  ☑ No

Are you a member of the court's trial bar?                      ☑ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☑ No

If this is a criminal case, check your status.     ☐ Retained Counsel

                                                   ☐ Appointed Counsel
                                                      If appointed counsel, are you

                                                      ☐ Federal Defender

                                                      ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 28, 2018

Attorney signature:     S/ Nicole Schult

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015