UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Don Lippert, et al.
                    Plaintiff,
v.                                          Case No.: 1:10−cv−04603
                                            Honorable Jorge L. Alonso
Partha Ghosh, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 29, 2018:

MINUTE entry before the Honorable Susan E. Cox: This matter has been referred to Judge Cox to conduct a settlement conference. Status hearing set for 12/5/2018 at 09:45 AM. for the purpose of scheduling a settlement conference. Counsel that appears for this pre−settlement conference discussion must be counsel who will represent their respective clients at the conference, or are able to discuss the issues of the case and to schedule the conference on behalf of their clients. The Court expects counsel to discuss issues in the case that may affect the settlement process. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.