

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton  312-435-5670
Clerk

Date:  Case Number:

Case Title:  Judge:

### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

❑ Document entered in error.

❑ Document withdrawn or removed per court order dated 12/04/2018 entry#786

❑ Incorrect document linked.

❑ Other:

❑ Removed per IOP30(b).


Thomas G. Bruton, Clerk

By: /s/
  Deputy Clerk

Rev. 11/29/2016