# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Don Lippert, et al.

                            Plaintiff,

v.                                                                   Case No.: 1:10−cv−04603
                                                                     Honorable Jorge L. Alonso

Partha Ghosh, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 11, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: Pretrial conference held. Plaintiffs' motion for leave to withdraw the appearance of R. John Street [789] is granted. Attorney R. John Street is given leave to withdraw as counsel for Plaintiffs. Plaintiffs' motions for preliminary injunction [791] and to preclude opinion testimony from any of Defendants' witnesses except Dr. Murray [793] are entered and continued to 12/18/18 at 10:30 a.m. Plaintiffs' motion for writs of habeas corpus ad testificandum [796] is denied as moot. Status hearing set for 12/18/18 at 10:30 a.m. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.