

**FILED**

DEC 27 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



CSC

AST
Transmittal Number: 19105884



## Rejection of Service of Process

**Return to Sender Information:**

Office of Clerk of the U.S. District Court null
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

| | |
|---|---|
| **Date:** | 12/17/2018 |
| **Party Served:** | Gloria Breske c/o Wexford Health Sources, Inc. |
| **Title of Action:** | Don Lippert vs. Partha Ghosh |
| **Court/Agency:** | |
| **Case/Reference No:** | 1:10-cv-04603 |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for the reason listed below:

Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.

251 Little Falls Drive, Wilmington, Delaware 19808-1674
(888) 690-2882 | sop@cscglobal.com