# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Don Lippert, et al.

                        Plaintiff,

v.                                                Case No.: 1:10−cv−04603
                                               Honorable Jorge L. Alonso

Partha Ghosh, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2019:

       MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 3/28/19 at 9:30 a.m. Motion hearing held. Plaintiffs' motions for preliminary injunction [791] and to preclude opinion testimony from any of Defendants' witnesses [793] are moot. Parties' joint motion for preliminary approval of class action settlement [803] is granted. Notice to class shall be given by 2/8/19. Objections shall be filed by 4/12/19. Memoranda in support of the settlement shall be filed by 4/26/19. Fairness hearing set for 5/3/19 at 11:00 a.m. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.