Mr. Ricky Bell, #N-20653
Lincoln Correctional Center
1098   1350th Street
P. O. Box 549
Lincoln, Illinois.
            62656.

**FILED**

FEB 13 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Feburary 7th 2019

Lippert V. Baldwin,
C/O JND Legal Administration
P. O. Box 91242
Seattle, Wa.
       98111.

Re; **Written Objection to Settlement**

Lippert, et. al. V. Baldwin,
Case No.# 10-CV-4603 (N.D. Ill)

HON: JORGE ALONSO, JUDGE

To whom it may concern,

   I am hereby submitting my written OBJECTION to the proposed Settlement in the Class Action entitled Lippert V. Baldwin Case No.# 10-CV-4603 (N.D. Ill.)

I do not agree with the terms of this settlement/Consent decree as I have my own law suit currently pending related to an 8th Amendment Dental claim. See (Bell V. Wexford Health Sources Inc.,3:17-CV-1301,JPG-RJD.) pending in the Sourhern District of Illinois

I understand that a hearing will be had in the Lippert Matter on May 3, 2019 at the Everett McKinley Dirksen United States Courthouse 219 S. Dearborn St. Room 1903 Chicago, Illinois. 60604.

Subscribed and Sworn to Before Me

This ___7___ day of ___February___ 2019

/S/ _____Stacey Cart_____
         Notary Public.

OFFICIAL SEAL
STACEY CARTER
Notary Public - State of Illinois
My Commission Expires 4/08/2019

/S/ _____Mr. Ricky Bell_____

Mr. Ricky Bell, #N-20653
Lincoln Correctional Center
1098   1350th Street
P. O. Box 549
Lincoln, Illinois.
            62656.

Mr. Ricky Bell #N28053
Lincoln Correctional Center
1098 1350th Street
P. O. Box 549
Lincoln, Illinois.
         62656

SPRINGFIELD IL 627
08 FEB 2019 PM 1 T

Hon: Jorge Alonso,
United States District Court
Northern District of Illinois
219 S. Dearborn Room #1903
Chicago, Illinois.
                  60606

LEGAL MAIL:

02/13/2019-16



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016