IN THE UNITED STATES DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

LIPPERT, et. al.,          CASE NO. 10-CV-4603
PLAINTIFF(S)

Vs.          *OBJECTION*

BALDWIN, et. al.,          - KICKBACKS -
DEFENDANT(S)

FILED 2/15/2019 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

* UNCONSTITUTIONAL OF THE DOCUMENTS KANGROO COURT *

I ABOVE PERSON HAS A U.S. PATENT AND TRADEMARK OFFICE PATENT PENDING OF GOOD FAITH PURCHASE OF THE UNITED STATES OF AMERICA CONSTITUTION AND DOCUMENTS WITHIN THE FEDERAL TRADE COMMISSION REF NO. 100430568 WWW.FTC.GOV AND ETC. OF GOOD FAITH PURCHASE OF THE UNITED STATES OF AMERICA CONSTITUTION, PENSION BENEFIT GUARANTY CORPORATION AND ETC. UNDER "THE PARADISE LAW" AND AS A "AGENT OF THE PARADISE LAW" AND ETC. I ABOVE PERSON HAS ESTABLISH AN OPEN THE DOOR POLICY AND ETC. TO RE-ESTABLISH NEW CONTRACT ALL OVER THE WORLD.

ALL LAWSUITS ARE SUBJECT TO BEGIN DISMISS AND RE-ADDRESS FOR LEGAL PURPOSES FOR BAD CONTRACTS AGREEMENTS, AND DIRECTOR BALDWIN, et. al., AND OTHERS ARE BEING INVESTIGATED BY MYSELF AND OTHERS FOR MONEY LAUNDERING, TAX FRAUD AND ETC. SO, I OBJECTED UNTIL FURTHER NOTICE.

RESPECTFULLY SUBMITTED

- ATTACHED EXHIBIT -

B-52327      -TRADENAME-
JAMES D. LEWIS A.K.A. JAMES OBAMA
700 W. LINCOLN ST. PONTIAC, IL 61764
(815) 824-2816

# PETITION

I HAVE AN PATENT PENDING ON THE UNITED STATES OF AMERICA BILLS OF RIGHTS OF THE UNITED STATES OF AMERICA CONSTITUTION AND I AM WORKING ON SEVERAL PETITIONS TO CHANGE GEORGE WASHINGTON ONE DOLLAR AND QUARTER, AND REPLACE THE ONE DOLLAR BILL GEORGE WASHINGTON WITH BARACK OBAMA FACE AND THE QUARTER WITH GEORGE WASHINGTON WITH MICHELLE OBAMA FACE. DO TO CORRUPTION OF BLOOD AND BAD HISTORY THIS WOULD CHANGE THE WAY THE WORLD THINK ABOUT AMERICA.

| # | PRINT NAME | SIGNATURE |
|---|---|---|
| 1) | SUPREME FATHER GENSIS 1:1 | Supreme father |
| 2) | EVE PARADISE GENSIS 2:1-25 | Eve |
| 3) | ADAM PARADISE GENSIS 2:1-25 | Adam |
| 4) | JAMES DARNELL LEWIS B-52327 (PARADISE LAW) | James Darnell Lewis |
| 5) | -TRADENAME- B-52327 JAMES OBAMA (PARADISE LAW) | James Obama |
| 6) | | |
| 7) | | |
| 8) | | |
| 9) | | |
| 10) | | |
| 11) | | |
| 12) | | |
| 13) | | |
| 14) | | |
| 15) | | |
| 16) | | |
| 17) | | |
| 18) | | |
| 19) | | |

CONTINUE

IN THE

UNITED STATES DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

LIPPERT, et.al.,
Plaintiff/Petitioner

Vs.

BALDWIN, et.al.,
Defendant/Respondent

No. 10-CV-4603

✱ OBJECTION ✱
— KICKBACKS —

SCANNED at PCC and E-Mailed 2/15/19 (date) by HZ (initials) 3 (# of pages)

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF COURT Room 1903
U.S. DIST. OF NORTHERN
219 SO. DEARBORN ST.
CHICAGO, IL 60604

TO: LIPPERT V. BALDWIN
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91242
SEATTLE, WA 98111

PLEASE TAKE NOTICE that at: 1 AM/(PM) 2/15, 2019, I placed the documents listed below in the institutional mail at PONTIAC Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

✱ UNCONSTITUTIONAL OF DOCUMENTS KANGROO COURT ✱
ATTACHED EXHIBIT.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 2/15/2019

/s/ _____
Name: JAMES D. LEWIS A.K.A. JAMESOBAMA
IDOC No. B-52327
PONTIAC Correctional Ctr.
POB 99/ 700 W. LINCOLN ST.
PONTIAC, IL
61764-2323

Revised 4/15/16