Mr. Darren Remmer #K54667
Lincoln Correctional Center
1098 1350th Street
P.O. Box 549
Lincoln, Illinois 62656

**FILED**
FEB 19 2019
JUDGE JORGE LUIS ALONSO
United States District Court

Feburary 8th 2019

RE: Written Objection to Settlement
<u>Lippert, et. al. v. Baldwin</u>
Case No. # 10-CV-4603 (N.D.Ill)

Lippert v. Baldwin
c/o JND Legal Administration
P.O. Box 91242
Seattle, WA. 98111

To whom it may concern,

I am hereby submitting my written objection to the proposed settlement in the class action entitled <u>Lippert v. Baldwin</u> Case No. # 10-CV-4603 (N.D.Ill.)

I do not agree with the terms of this settlement/consent as I have my own lawsuit, I am filing to an 8th Amendment Health Care claim. It will be filed in the Southern District of Illinois.

I understand that a hearing will be in the <u>Lippert</u> matter on May 3, 2019 at the Everett McKinley Dirksen United States Courthouse 219 S. Dearborn St. Room 1903 Chicago, Illinois, 60604

Subscribed and sworn to before me
This 8th day of February 2019

/S/ _Stacey Carter_
Notary Public

OFFICIAL SEAL
STACEY CARTER
Notary Public - State of Illinois
My Commission Expires 4/08/2019

/S/ _Darren Remmer_
Mr. Darren Remmer #K54667
Lincoln Correctional Center
1098 1350th Street
P.O. Box 549
Lincoln, Illinois 62656

Darren Remmer #K54667
P.O. Box 549
Lincoln IL. 62656
Lincoln Correctional

SPRINGFIELD IL 627
15 FEB 2019 PM 1 T
FOREVER USA
Barn Swallow

Judge Jorge Alonzo
Everett McKinley Dirksen
United States Courthouse
219 Dearbon Street
Chicago IL. 60604
Rm 1904

60604$20099 C005

THIS CORRESPONDENCE IS
FROM AN INMATE OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

"Legal Mail"





FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT 

© USPS 2016