C/O.

Limpert V. Baldwin,

Yes i am writing you to file my strong Objection to this lawsuit. I was at Shawnee Correctional Center, i sliped on the wet floor in the Dietary Department and i fell landing on my back. I sent a request to the Health Care trying to get some medical attention and it took them seven days to call me. Well i was hurt and in pain and i am still in pain i wanted them to take me to the street hospital to be checked but they refused and here i am in Centralia still hurting. This lawsuit is not going to change a thing as to the way that they do provide medical care. Case #10-CV-4603 (N.D.IL)

Steven Shirley B-26236

FILED
FEB 2 0 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Steven Shivley
P.O. Box 7711
Centralia, Illinois
62801

ST LOUIS 630
14 FEB 2019
PM 2L

02/20/2019-36

Everett McKinley Dirkson
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604