DATE: 28 FEBRUARY 2019
TO: LIPPERT V. BALDWIN
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91242, SEATTLE, WA 98111

COPIES-
- ANONYMOUS
- FILE
- HACKNEY

FROM: ROBERT J. HILDENSTEIN SR. #S-00252
TAYLORVILLE C.C.
1144 ILLINOIS ROUTE 29, TAYLORVILLE, ILL 62568

ATTACHMENT - LEGAL NOTICE

RE: OBJECTION TO LIPPERT V. BALDWIN SETTLEMENT

To Whom It May Concern,

MY OBJECTION IS BASED UPON A LACK OF ASSURANCE THAT MY MEDICAL CONDITION (ABDOMINAL HERNIA) WILL BE PROMPTLY/SURGICALLY ADDRESSED BY THIS SETTLEMENT.

AS A CANCER PATIENT AT DIXON C.C. I RECEIVED REGULAR VISITS TO THE UNIVERSITY OF ILLINOIS AT CHICAGO (UIC) FROM 2011 THROUGH MARCH OF 2017. ORTHOSCOPIC SURGERY WAS PREFORMED DURING MARCH OF 2017 WHERE THREE SURGEONS WORKED OVER EIGHT HOURS BEFORE REPORTING SUCCESS. HOWEVER, SOME 5 MONTHS LATER A PAINFUL ABDOMINAL HERNIA APPEARED, DIXON H.C. WAS ADVISED AND A MID NOVEMBER AN APPOINTMENT AT UIC WAS MADE. ON NOV. THE FIRST I WAS TRANSFERED FROM DIXON TO TAYLORVILLE WHERE I MET MEDICAL SPOKESWOMAN KATHY GILBERT. MS. GILBERT ADDRESSED ME AND HER ENTIRE MEDICAL STAFF OF THE FOLLOWING " YOU WILL NOT BE RECEIVING ANY MEDICAL TREATMENT AT TAYLORVILLE AS YOU SHOULD NOT HAVE BEEN SENT TO TAYLORVILLE". THUS, I REMAIN IN PAIN AS I HAVE YET TO RECEIVE THE ONLY CORRECT REMEDY FOR MY CONDITION, THAT BEING SURGERY! Robert J. Hildenstein SR.

Case: 1:10-cv-04603 Document #: 984 Filed: 03/19/19 Page 2 of 6 PageID #:15529

# LEGAL NOTICE

**Notice of Proposed Settlement of a class action lawsuit which will bring changes to medical and dental care for prisoners in the Illinois Department of Corrections (IDOC).**

Some prisoners in IDOC with physical health problems sued the IDOC for failing to provide adequate medical and dental care. The case was certified as a "class action" on behalf of all prisoners in IDOC custody with serious medical or dental needs. An agreement to settle the case has been reached with IDOC. The Court must approve this settlement.

**This notice tells you about (1) the lawsuit; (2) the class; (3) the proposed settlement; (4) your right to object to the settlement if you wish to object; and (5) how you can get more information.**

1. **The Lawsuit**

The prisoners brought this lawsuit saying that the IDOC violates the constitutional rights of prisoners by failing to provide adequate physical (medical and dental) healthcare. The IDOC denies the allegations in this lawsuit. The case seeks court-ordered changes, but <u>not</u> money, on behalf of the prisoners and the class. The lawsuit is called *Lippert, et al. v. Baldwin, et al.*, case number 10-cv-4603 (N.D. Ill.).

2. **The Class**

In April 2017, the Court certified the case as a "class action" which permitted it to proceed on behalf of all prisoners in IDOC custody with serious medical or dental needs. If you are confined in the IDOC and have a serious medical or dental need, you are a member of the class. There are no forms to fill out; your membership in the class is automatic.

3. **The Proposed Settlement Agreement**

The proposed settlement is a "Consent Decree" and requires the IDOC to make changes to address medical and dental care in IDOC, including:

    A.    Hire a Monitor who will review the changes being made pursuant to the Consent Decree and report to the Court on IDOC's progress in making these changes;

    B.    Create a staffing analysis which will then guide the hiring, training, and supervision of the healthcare personnel necessary to provide adequate medical and dental care in IDOC;

    C.    Hire doctors with specific training and credentials;

    D.    Put an electronic medical record system in place;

E. Create a system to review denials of or delays in approving outside surgery or consultations;

F. Create systems for reviewing deaths, healthcare staff, and overall quality of healthcare in IDOC;

G. Hire additional central office staff to oversee the healthcare system;

H. Make changes in clinic space and sanitation, intake processing, nursing sick call; chronic disease management; medication administration; offsite services; infection control; comprehensive healthcare policies, and the dental program;

I. Create an implementation plan to ensure that these changes are carried through on a timely basis.

The Federal Court will oversee the settlement, which is court-enforceable.

On January 10, 2019, the Federal Court preliminarily approved the settlement as fair, adequate and reasonable.

### 4. Your Right to Object

You have the right to object to the proposed settlement. Before the judge decides whether to approve the settlement, the judge will consider any objections. To object, you must mail your written objections to:

Lippert v. Baldwin
c/o JND Legal Administration
PO Box 91242
Seattle, WA 98111

**Objections must be received on or before April 12, 2019.**

The judge will hold a hearing to decide whether to approve the proposed settlement. The hearing will take place on May 3, 2019 at 11:00 am in Room 1903 of the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, IL 60604.

### 5. How to Get More Information

To get more information, write to Lippert v. Baldwin, c/o JND Legal Administration, PO Box 91242, Seattle, WA 98111. They can provide you with a copy of the proposed Consent Decree or a copy of the current complaint against the IDOC.

Robert J. Hildebris Jens Sr Soo
1144 Illinois Route 29
Taylorville, Illinois 62568

MAR 11 2019

Lippert v. Baldwin
c/o JND Legal Admin.
PO Box 91242
Seattle, WA
98111

Legal Mail


