UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Don Lippert, et al.
                          Plaintiff,

v.                                          Case No.: 1:10−cv−04603
                                                      Honorable Jorge L. Alonso

Partha Ghosh, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 3, 2019:

       MINUTE entry before the Honorable Jorge L. Alonso: Fairness hearing held. Motion hearing held. For the reasons stated on the record, Objectors' pending motions' [816], [831], [832], [980], [981], [983], [1031], [1032], [1084], [1093], [1109], [1111], [1114], [1135], [1136], [1165], [1171], [1221], [1223], and [1226] are denied as moot. Plaintiffs' unopposed motion to file an oversized brief instanter [1230] is granted. Plaintiffs' unopposed motion for award of fees and costs [1228] is granted. Plaintiffs shall submit an updated consent decree order to this Court's proposed order email address by 5/6/19. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.