Oct 07, 2019

U.S. DISTRICT COURT
Northern District
Chicago, IL.
Case No. 10 CV 4603

RE: Lippert
    v
    Baldwin

FILED
OCT 15 2019 LA
THOMAS ... N
CLERK U.S. DISTRICT COURT

INADEQUATE-DELAYED-DENIED
MEDICAL TREATMENT

This class member is housed in the Joliet Treatment Center for serious mentally ill offenders on the IDOC caseload.

Going on 6 months (since 04-21-19) this member wrote, and rec'd 2 replies that would be seen by the optometrist for debris in left eye and remains there as of this filing.

Enclosed are 4 exh's of communication with Melissa Pieters in medical records and a copy of 'Access to Care' stating 48 hours/access to services. It is about 6 months, showing that medical does not even care on urgent eyesight issues.

It is concerning why the core issue of the class action lawsuit is about inadequate medical care and this complaint of denied care is not followed by the class counsel since court allowed attorney fees to counsel. Thus, where is the consent-order for medical care, of enforcement.

Submitted by: Don Collins, R58382, OTC·IDOC, 2848 W. McDonough St., Joliet IL 60436 by U.S. Mail, 10-07-19

Collins R58382
Joliet Treatment Center/IDOC

Ex O/F

**Joliet Treatment Center**

**Sick Call Request Slip**

TO: Optometrist

Dormitory: D4 C-16

Name: Collins

Date: 04-21-19

ID#: R58382

APR 23 2019

**Request:**

Medical _____ Dental _____ Mental Health _____

Optometry ___L___ Medication Renewal _____

Reason for request: For over a week some debris in left eye that moves when the eye moves, in that direction. And I tripped over broken concrete walkway because SECOND EYE GLASSES Doctor said was ordered was NEVER ORDERED.

Date/Time Received _____ RN Initials _____

Date/Time Seen _____ RN Initials _____

Seen _____ Refused _____ Follow up needed Yes/No _____ Referred to _____

CC: Rasho Counsel on denied medical care (eye glasses) that optometrist said were ordered.

CC: Lippert Counsel on incident due to denied distant eye glasses optometrist said were ordered, that include tint or shades. Optometrist mislead client →

Collins R58382
Joliet Treatment Center/IDOC

2.

Ex 02

If you need to see the eye Dr. again I will add you to the list — May/June.
You were **not** denied these glasses — but there is no order for them — Tinted lenses, as said, need to be deemed medically necessary and approved by Wexford thru collegial —
Also, second pair of lenses will cost up to $41.⁰⁰ if you have it available funds.

MRD RN

Collins
Joliet Treatment Center/IDOC           3.

Debris in eye
Copy: medical
Records
07-12-19                GRIEVANCE COPY                        Ex 3
Collins R58382
RE: Medical Treatment

JTC no longer has sick call or medical services
on 04-21-19 I requested eye exam or medical regarding
debris in left eye. On 04-23-19 I recd response that in
May, Jun (response is attached to original grievance) List which is unreasonable
when the eye sight is an issue.
Near several months later (near 3 months) now in July,
medical had no intention of an appt. to see me.
on that same request I also noted the optometrist,
Dr. Fahy stated TWICE I would get 2nd pair of glasses
for distance and would included 'tinted' (shades) due to
sensitivity to light. Reply, was there is no order for a
2nd pair. And cost is $1.00. I stated indigent, and, non.
indigent entitled 2nd pair as allowed 2 pair glasses
(prescription) in IDOC. The one pr. I recd is reading glasses.
Dr. Fahy apparently did not do the second order despite
stating he did. This is typical of civilian employees
being untruthful to prisoners. Others here recd 2 pr.
of glasses and no cost for 2nd pair.
Request the denied eye issue be checked + renewed for
my distant vision be corrected with proper eye glasses,
esp. at age 66 and needed to avoid liability + no fee.
Likely the doctor does not want to confront me due
to not ordering 2nd pair.
Don Collins, R58382 D2 Cell 16
I have filed prior complaint w/ IL. Dept. of Financial
and Professional Regular on ethics violations.

Collins R58382 Debris
Joliet Treatment Center RE: in eye
07-19-19

Ex 204

Reply: Resident Collins - R58382

I will address these issues

#1 - you did have an eye exam and glasses were ordered for you -

#2 - Not sure what the Eye doctor told you but tinted glasses were denied - so you do not need a second pair.

#3 - if you need to see the Eye doctor again I can schedule this but the visit will not include getting tinted lenses.

#4 - I do not think that Dept of Financial & Professional Regulatory/Ethics Violation can assist in this matter.

* Tinted loses need Approval from Wexford - Medically necessity
* Yours were not *

# Access to Care

## Joliet Treatment Center Health Care Services

### Information about Your Health Care

We all want to be taken care of when we are sick. Sometimes this is easy and sometimes it requires a lot of work and cooperation. It may help to know how Wexford Health feels about taking care for your health needs.

We believe you need to:

- Have the opportunity to be seen by a qualified health care professional.
- Know what the health care staff plans to do for your illness.
- Have the opportunity to ask questions about your illness and treatment.
- Be informed of the steps you can take to improve your health.
- . Be able to see a specialist when your illness requires it.

## General Information

All residents incarcerated at Joliet Treatment Center will be provided reasonable access to adequate medical care, which includes but is not limited to care of the chronically ill and emergency situations as they arise. A physician is available around the clock. Dental, Eye, X-ray, and EKG are some of the services provided. Periodic physical exam and annual skin testing for TB are standard services provided by the health staff.

## Accessing Sick Call

Resident patients needing to see healthcare must sign up on the sick call call-out logs located within dormitory. The day after you sign up, you will be called to the Sick Call room located within each dormitory. For any questions regarding the co-pay policy, please refer to the co-pay policy, which should be available in the legal library. All offenders will be seen regardless of ability to pay. No medical services will be refused to any offender.

## Co-pay

Nurse Sick Call / Provider Sick Call          $5.00

## Medication Pass Times

Medications will be delivered to the units by nursing personnel every AM and PM and as determined by individual needs.

## Doctor Call

Doctor call is by appointment only. The doctor will see patients who have initially been evaluated by the nurse and referred to him for a problem, for medication orders, or for chronic care. You will be called to the Health Care Unit (HCU) when needed.

Don Collins R58382
JTC - IDOC
2848 W. McDonough St.
Joliet Il 60436

This correspondence is from an inmate of the Illinois Department of Corrections



2019 OCT 15 AM 8:23

U.S. District Court
EM Dirksen Bldg.
219 S. Dearborn Street
Chicago Il 60604

10/15/2019-33

Legal

60604-180099

