**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DON LIPPERT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 10-cv-4603 |
| v. | ) | |
| | ) | Judge Jorge L. Alonso |
| ROB JEFFREYS, et al., | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING UNDER SEAL**

To: All counsel of record.

Pursuant to Section V.E of the Consent Decree (Dkt. 1238 p. 20), the reports of the Monitor to the Court and Parties are to be filed initially under seal, thereafter to be filed in the public docket after thirty (30) days unless either Party shows cause as to why some or all of the report should remain under seal. In accordance with this order, the Parties hereby file the Second Report of the Monitor, Dr. Jack Raba, under seal.

DATED: July 7, 2020                                  Respectfully submitted,

By: /s/ Nicholas Staley                              By: /s/ Camille E. Bennett
*One of Defendants' attorneys*                       *One of Plaintiffs' attorneys*

Nicholas Staley                                      Benjamin S. Wolf
Christopher R. Fletcher                              Camille E. Bennett
Michael D. Arnold                                    Rick Mula
Assistant Attorneys General                          Roger Baldwin Foundation of ACLU, Inc.
Office of the Illinois Attorney General              150 N. Michigan Ave., Ste. 600
100 W. Randolph St., 13th Floor                      Chicago, IL 60601
Chicago, IL 60601

                                                     Alan Mills
                                                     Nicole R. Schult
                                                     Uptown People's Law Center
                                                     4413 North Sheridan
                                                     Chicago, IL 60640

                                                     Harold C. Hirshman
                                                     Dentons US LLP
                                                     233 S. Wacker Drive, Ste. 5900
                                                     Chicago, IL 60606