FILED AM
2/22/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SCANNED at MENARD and E-mailed
2-22-21 by SL 19 pages
Date    initials    No.

IN THE UNITED STATES
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Matthew Echevarria, R12180<br>Claimant,<br>V.<br>Lippert et al V. Baldwin et al | Case No: 10-CV-4603<br>Judge |

## EMERGENCY MOTION

### SEEKING IMMEDIATE PROPER HEALTHCARE SERVICE

1. Inmate Matthew Echevarria, I.D.# R-12180 currently resides at Menard Correctional Center and has for the last 19 months since July 2019.

2. On September 4, 2020, inmate was having difficulty breathing which resulted in medical personnel responding to inmate cell. After inmate described his medical issues of not being able to breathe, inmate was given a COVID-19 test, at which, came back as positive. Inmate was quarantined in the South Lowers from Sept 4-19, 2020.

3. Since inmate has been released, inmate has continuously complained to medical personnel, security staff, Warden and Medical Director Siddiqui about his long-term symptoms inmate has been experiencing.

4. Inmate has also filed numerous grievances, some of which disappeared while others were answered, grieving the below following:

Page 1 of 4

A. Lack in medical treatment.

B. Failure to respond to inmates request(s) to be seen by medical personnel.

C. Medical Personnel lack in properly taking inmates basic vitals when seen during nurse sick call line.

D. Security staff failing to request for medical personnel when needed.

E. Medical Personnel not taking inmates claim of symptoms serious.

F. Medical Personnel denying medical treatment.

5. As a result of inmates repeated complaints of experianced symptoms, health care services have brushed inmate off and have shown implicit bias towards inmate.

6. When inmate has been seen by medical personnel, medical personnel acts as if inmate is lying about his symptoms and requires proof through inmates vitals i.e., blood pressure, oxygen levels, in order to be taken serious and provided proper medical treatment.

7. Although inmates vitals, chest x-ray and basic blood samples "alleged" to be normal, inmate is still constantly experiancing long-term Covid related symptoms as described below:

A. Breathing Complications; shortness of breathe, feeling as if inmate isn't receiving enough oxygen causing inmate to gasp for oxygen, lightness in inhaling and exhaling, chest discomfort, chest pain, heart pain, burning sensation across entire chest, pain in left arm, numbness

in left arm, chest pressure, severe headaches, dizziness, diarreha, feeling of sickness and nousea along with nasal complications.

8. All of the above symptoms are like a roller coaster - meaning they come and go regularly. Some days inmate will feel fine, but most other days inmate is suffering from some form of symptom. In fact, the symptoms seem to alternate.

9. Inmates Innocence Project attorneys have also written the Warden about inmates complaints, with hopes that medical personnel take inmates symptoms serious. Nothing has been done.

10. When seen by medical personnel such as M.D. Siddiqui, Dr. A. Dearmond, Dr. Caldwell, unknown nurses etc., inmate is not taken serious at all because inmates blood pressure and oxygen levels are normal. Therefore, medical personal refuse to provide further testing to determine the underlying cause or damage inmate is suffering from.

11. Inmates complaints are constantly being underminded, and medical personnel (depending on who, see) wavie inmates complained symptoms on everything else besides Covid. In fact, inmate was referred to mental health to be seen for possible anxiety, but when seen mental health has ruled out anxiety.

12. Inmate has informed medical personnel that he hasn't felt any of these symptoms prior to COVID and only since inmate tested positive with COVID has inmate been having all these symptoms.

13. Medical Personnel constantly refuses to listen to inmates complaints, experianced symptoms, or provide any form of treatment besides nasal spray and treat inmates experiances/symptoms as individualized. Inmates symptoms need to be customized.

14. Inmate has filed a "Free Standing Motion" seeking the denial in medical treatment in the case of Rasho v. Baldwin accidently mistaken Rasho as medical; Therefore, prompting inmate to re-file in the case of Lippert vs. Baldwin.

15. Inmate has attached Exhibit "A" as a record of inmates underlying symptoms as of (i.e. recorded) December 30, 2020 through February 21, 2021.

16. Inmate has attached Exhibit "B" as a letter address to the institutional Medical Director informing him about inmates symptoms and seeking help, but inmate has received no response.

17. Inmate has attached Exhibit "C" as a letter address to the institutional Warden seeking help, but inmate has received no response.

18. Inmate knows of no other avenue in seeking help other than through this court.

## CONCLUSION

Inmate, Matthew Echevarria, seeks for this court to intervene on behalf of inmate to force Menard Correctional Medical personnel to provide inmate with proper medical treatment, further examinations, tests and diagnoses. In addition, inmate seeks proper medication to help cope with the symptoms/pain.

21. Febuary 2021
Matthew Echevarria, #R12180
Matthew Echevarria, #R12180
Menard C.C.
P.O. Box 1000
Menard, IL 62259                    Page 4 of 4

(EXHIBIT-A)

INMATE SYMPTOMS RECORDED
SINCE 12/30/20 — 2/21/21
PAGES 1-6.

12-31-20 @ 11:30am: Slight pain in my heart everytime it beats, sometimes it's strong other times not. Lasted 15 min. @ 5:10pm Slight breathing problems. Can't breathe through nose. Light headed. Lasted 25min. @ 11:09pm Heart discomfort throughout the night. Feeling of pressure. Lasted all night causing sleep disturbance.

01-01-21 @ 8:25pm: Throat tightness. Dizzy when i stand up lasted until 11:01pm.

01-02-21 @ 11:16am: Breathing problems again. Doesn't feel like I'm getting a full breathe so i'm gasping for air every 5-10 breathes. Also everytime i lay on my back or side i feel a lot of pressure on my lungs and i can't breathe. Lasted all day.

01-03-21 @ 8:56pm: Breathing is shallow through my mouth and both nostrols are congested. When i exhale my air is light and short. @ 9:25pm Wheezing when i exhale. Lasted until 10:00pm. @ 11:40pm feeling a burning sensation across my chest.

01-04-21 @ 4:45am: Slight chest discomfort and left arm. Can't go back to sleep. @ 12:36pm sever headache and i feel like I'm sick. Lasted until 3:39pm

cont... page 2 ➤

01-06-21 @ 8:00pm: Breathing feels like I'm not getting enough air. My throat is dry and it's hard to swallow. Also need to gasp for air to feel like i'm getting enough air in my lungs. Nose congested. (Lasted until 3:15am.)

01-07-21 @ 2:45am: Burning sensation in my chest (middle.) My chest has a lot of pressure on it and feels congested. My breathing is off again feeling light. (Lasted all day).

01-08-21 @ 1:30am: Sleep disturbance due to difficulty breathing, pain in my chest and a dry throat. Attempted to drink water but couldn't breath. (Passed out). @ 11:47pm wheezing when i let out a breath of air. (Lasted until 1:30am)

01-10-21 @ 2:54am: Chest discomfort. Feels like tightness, congested and heavy. Throat tightness and my breathing is off again. It feels like I'm not getting enough air. (Lasted until 7:02am.) @ 4:10pm Breathing problems when i inhale & exhale. My breathing feels light and as if I'm not getting enough air. Lasted until 8:00pm. @ 10:40pm difficulty breathing, throat tightness, and nose clogged.

01-11-21 @ 7:43am: Burning sensation across my whole chest

see cont page 3...→

01-12-21 @ 2:30am: Chest discomfort with burning sensation across whole chest. @ 7:05am woke up with real bad pain in what feels like my heart, ache in my left arm down to my hand with slight numbness. I'd rate the pain at about an 8 out of 10. Also have wheezing. (Lasted until 9:30am). @ 10:25pm chest pain, back ache, and left arm pain that really hurts. Also having a burning sensation on left side of chest under left arm and into left arm. At 11:30 ish i blacked out.

01-13-21 @ 12:36am: still feel dizzy and sever chest pain like a pain everytime my heart beats. @ 5:00am had a real bad headache, felt dizzy and disoriented, chest pain. (Lasted until 8:00am). (Headache lasted all day). 2 days
@ 7:30pm burning sensation in middle of chest. Lasted (until 12:10pm).

01-14-21 @ 7:00am: Whole body feels like crap. Also, I feel a little dizzy and disoriented. (Lasted until 9:00 pm). @ 10:13pm buring sensation across whole chest, nose congested. (Lasted until 2:45am).

01-16-21 @ 3:30am: Burning sensation across chest. Slight breathing issues, nose congested. (Lasted until 4:15am)

See cont page 4...→

@ 6:00pm breathing issues feels like I'm not getting enough air. Gasping for air. (Lasted until 7:02pm)

01-18-21 @ 11:20pm: Nasal Congestion, with a little throat tightness, light breathing when I exhale and headache.

01-20-21 @ 6:35pm: Light breathing when i inhale.

01-22-21 @ 8:00 AM: A little wheezing when i exhale. @ 2:27pm breathing feels light when i exhale and a little off. @ 11:10pm when I lay on my back i find it hard to breath as if too much pressure is on my lungs.

1-25-21 @ 6:23pm Breathing is light when i inhale/exhale

1-28-21 @ 7:20pm: Nose is stuffy & my breathing feels like I'm not getting enough air in my lungs. I cannot lay on my back due to pressure on lungs. Feel like i have a fever and small headache

1-29-21 @ 4:04am Chest discomfort and some burning in the middle of chest

1-29-21 @ 11:40am: Some throat tightness and light breathing when i inhale/exhale. Like shallow breathing. Diarehhrra

1-30-21: Diarehara

2-01-21 @ 10:28pm: Breathing feels blocked a little. Slight throat tightness and when I lay on my back it messes with my breathing feeling like too much pressure on my lungs. Slight wheezing.

2-02-21 @ 4:46pm: Breathing feels light. @ 11:04pm feel sick, fever, headache

2-3-21 @ 11:13am: Breathing feels short and light. Doesn't feel like I'm getting enough oxygen. @ 3 7pm real bad headache and diarrhea

2-4-21 @ 4:00pm: I feel sick, Dizzy, Diarrhea almost all day. My thoughts are like foggy.

2-5-21 @ 4:50pm: Real bad headache causing dizziness and unbalance

2-6-21 @ 8:22pm: Real bad headache causing dizziness and the feeling of being unbalanced. I also feel like I need to shit.

2-9-21 @ 7:00 am: Very slight breathing issues. (lasted all day).

2-10-21 @ 8:13 pm: Pounding headache

2-11-21 @ 4:10 pm: My breathing feels shallow when I exhale. @ 5:39 pm Dizziness, nausea, slight breathing issues, Diarreha. @ 10:30 pm: Real sever headache

2-19-21 @ 4:30 pm: Mild headache, Dizziness (lasted 2 Hrs)

2-20-21 @ 2:56 pm: Mild headache, Dizziness, Muscle chest pain. 8:14 pm severe headache, Dizziness.

2-21-21 @ 8:32 am: Real severe headache, Dizziness.

(EXHIBIT-B)

LETTER SENT TO M.D. SIDDIQUI
REQUESTING MEDICAL TREATMENT
PAGES 1-3.

January 18, 2021

Menard Correctional Center
Medical Director

Dear MD, M. Siddiqui

I am writing to inform you on the health conditions and concerns that I've been having ever since I tested positive for Covid-19 on Sept 4th, 2020. Also, the lack in multiple medical personnels duty to provide me with proper medical treatment.

Ever since Sept 4th 2020, I've been experiencing all sorts of symptoms that have effective my normal routine. This symptoms consist of the below following:

Shortness of breath, shallow breathing, gasping for air since I feel like I'm not getting enough oxygen, nasal congestion, headaches, chest pain, arm pain, back pain, feeling of a burning sensation in the middle of my chest, and left upper pec, diarreah, chest discomfort, heart pain, dizzyness, & disorentations at times, along with throat tightness.

all of these symptoms appear randomly and throughout the day or days. And not all at once. Some days I feel fine, but other days I get these symptoms. My symptoms are constant, if its not one thing it's another.

I have written request slips to be seen by nurse sick call line whereas, some get answered, but many more go unanswered. Medical personnel brush me off since when I am seen my vitals are normal. Nothing major is being done to determine the underlining issue. Nor am I receiving medication to help with the pain or the breathing issues.

Yes, i am asthmatic which doesn't help. And I've been provided a Xopenex and Alvesco inhaler way prior to these underling symptoms, but they don't seem to help with my breathing when i get those above flare-up symptoms. All the medication that I've been taking prior to contracting Covid aren't helping me with my symptoms. And, I've never had these issues before other than in March 2020.

As we all know, Covid-19 is a novel virus and

the longer it's around the more we learn about it. The symptoms I'm experiencing are concerning to me and I need further examinations other than an x-ray since my lungs do appear to be fine.

Mainly my breathing and chest pain are my concerns. I am suffering from these severe symptoms almost daily. Again, when I complain I'm being brushed off as if I'm making my symptoms up.

I am requesting further evaluations and possibly to be placed on an "antibody" that's used in treatments like "Regeneron Therapy," to help me possibly get better.

Would you please exercise your authority and see to it that I receive proper treatment medically. My conditions/symptoms aren't made up. I need some type of treatment.

Thank you.
*Matthew Echevarria*
Matthew Echevarria, #R12180

CC: Inmate Issues
Springfield, IL

(EXHIBIT-C)

LETTER SENT TO WARDEN WILLS INFORMING HIM ABOUT MY CONDITIONS. PAGES 1-3.

January 16, 2021

c/o Acting Warden,  
Anthony Wills

Fr: Matthew Echevarria, R12180  
West House 715

Dear Warden Wills;

    I am pretty sure you are aware of my name and the health issues that I've been complaining about since my attorneys have sent you letters with regards to my health complaints.

    This letter at hand is to breifly touch up on just that from my personal experiance. Most recently, on Sept 4th 2020, i tested positive with Covid-19 and was placed in quarantine in the south Lowers. Since then I've been experiancing all kinds of lasting symptoms from breathing difficultys, throat tightness, chest pain, heart pain, headaches, diarehha ect... these symptoms come and go randomly all of the time.

    In the past, I've filed grievances that have either come up missing or just disregarded. Also, when I've submitted nurse sick call request(s) even some of those have not been answered. In fact, Oct 23rd, 2020 when I

was seen, no vitals were taken and i was brushed aside & returned back to my cell. After filing a grievance on the matter, the grievance officer claimed that "there was no documented attendance of sick call for me that day."

On other occassions, when i'm having difficulty breathing and i alert the cellhouse staff about needing a med tech, I'm constantly refused assistance. Most recently this took place on December 29th, 2020 at which the very next day my attorneys should've contacted you.

Also, when i am seen by the health care personnel, i am brushed off as if my complaints are made up since all of my vitals come back good. It's as if i have to show something is wrong in order for me to receive proper care.

As we all should know, Covid is a novel virus that we're just learning about as time goes by. Although my vitals are showing no signs of distress, my body is constantly effecting me. Mainly my breathing. There are times when my throat becomes tight and my breathing becomes shallow to whereas i am constantly needing to take deep breaths in order for me to

feel like i'm getting enough Oxygen and my lungs are filling up. Again, when i suffer from this feeling and i alert staff, my request for a med tech goes unanswered.

Anyhow, I just wanted to make you aware of my issues and also let you know that i mean no harm in having my family or lawyers contact you. This is the only way that medical takes my claims serious to atleast call me over to be seen, but even so, i'm being brushed off by them for the most part.

Thank you.
Matthew Echevarria, R12180

cc: Inmate Issues, Springfield IL