**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DON LIPPERT,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 10 C 4603** |
| | ) | |
| **v.** | ) | |
| | ) | **Judge Jorge L. Alonso** |
| **ROB JEFFREYS,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Robert Covelli's motions [1294, 1383, 1384, 1390, & 1393] are denied because they raise individualized issues that are beyond the scope of the consent decree in this case, which involves only injunctive, class-wide relief and in which the class is represented by counsel. Matthew Echevarria's motion [1389] is denied for the same reasons. These inmates may file individual cases in which to raise any violations of their own constitutional rights they believe they have suffered, or they may contact class counsel or the monitor if they have information that they believe those parties should be aware of. Edward Moore's motion [1382] to be terminated as a party so that he no longer receives notifications in this case is granted. Plaintiff's motions [1359, 1360] are granted.

**SO ORDERED.**                                      **ENTERED:  March 10, 2021**

_____
**JORGE L. ALONSO
United States District Judge**