FILED
10/6/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SCANNED at MENARD and E-mailed
10-6-21 by PS 2 pages
Date   Initials   No.

In The United States court For
The Northern District of
Illinois Eastern Division

_____ ET, AL         } NO:#1:10-CV-4603
Director Rob Jeffrey ET, AL } Judge Jorge L. Alonso

## Motion To Inform & Intervene

I declare under Penalties of Perjury that All here is True & Correct. Now come Class member Brandale Blockburn M54199 Pro'SE informing this honorable court that Menard c.c...

### Inadequate Medical Treatment

im still recieving inadequate medical treatment from my injury that was cause by Menard c.c Security Staff. C/o Brooks, C/o Fenton & Sgt Royster with my Ribs which still hurt (which i think is Broken) & my Left hand (which i also think is Broken) & other injury As well, but those mainly due to the incident happening almost 2 month ago. But i still haven't got No X-ray that i been sceduled for since 8-31-21 when i talked to the N.P about my injury. But im still in pain & have medical issues that Menard Staff isn't Addressing like Supposeto.

### (Inadequate food Tray)

Menard Staffs Are steady serving us food tray that Are inadequate almost on a daily basic. Not giving us our Proper Nutrition

### Medical Round

Menard Medical Staffs Are Not doing their Weekly Round like it's state in the A.D Pertaining with

restrictive housing, to Address any of our Medical issue.

### lack of Shower & Shaving

We (Residents in BMU Program) are only getting offer a Shower 2x a week instead of Three like suppose to. We are Never getting our Shower on Sunday Which we are force to just take a refusal on Because Staffs dont want to do our Shower on Sunday. We are Not Shaving 3x a week as well. matter fact Not At All. Sometime We are only get 1 Shower a week (Crazy)

### Response to 8/25/21 grievance

i still haven't & is currently waiting on a response to my grievance on 8/25/21 Pertaining Excessive force

humbly, this movant is stating under penalty of Perjury the movant swear & Affirm the Proceeding to be true & completely honest...

Respectfully Submitted N°221
Brandale M. Blackburn M-54199 10/5/21