UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DON LIPPERT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No.  10-cv-4603 |
| v. | ) | |
| | ) | Judge Jorge L. Alonso |
| ROB JEFFREYS, et al., | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT CONCERNING PROGRESS ON IMPLEMENTATION PLAN**

Pursuant to the Court's October 5, 2021 order (Dkt. 1454), the parties hereby submit this joint status report on Defendants' progress on the Implementation Plan in advance of the continued hearing scheduled for Friday, December 3.

The Court's October 5, 2021 order directed Defendants to file the Implementation Plan thirty (30) days after receiving comments from the Court-appointed Monitor on the then-existing draft of the Plan, or by November 10, 2021, whichever was the later date. Dkt. 1454. The Monitor provided comments on the draft Plan to Defendants on October 13, 2021. (Plaintiffs also received a copy of the comments.) In accordance with the Court's order, Defendants filed their Implementation Plan on November 12, 2021. Dkt. 1472.

On November 29, 2021, the Monitor sent a letter to the Court (with copies to the attorneys for the parties) with detailed comments concerning the November 12, 2021 Implementation Plan. That letter recommends that, prior to any further steps taken by the Court, "OHS [IDOC Office of Health Services] and the Monitor team meet for 1-2 days, in person, in a final effort to improve the document including: 1. Inclusion of essential items, 2. Adding additional steps to existing items, and 3. Assigning dates and responsible parties to each task."

1

(November 29, 2021 letter from Dr. Jack Raba to the Honorable Jorge Alonso, at 9.) The parties respectfully suggest that the Court adopt the Monitor's recommendation.

| | |
|---|---|
| Dated: December 1, 2021 | Respectfully submitted, |
| By: /s/ Nicholas Staley<br>*One of Defendants' attorneys* | By: /s/ Camille E. Bennett<br>*One of Plaintiffs' attorneys* |
| Nicholas Staley<br>Assistant Attorneys General<br>General Law Bureau<br>Office of the Illinois Attorney General<br>100 W. Randolph St., 13th Floor<br>Chicago, IL 60601 | Camille E. Bennett<br>Roger Baldwin Foundation of ACLU, Inc.<br>150 N. Michigan Ave., Ste. 600<br>Chicago, IL 60601 |
| Michael D. Arnold<br>Christopher R. Fletcher<br>Office of the Illinois Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601 | Alan Mills<br>Nicole R. Schult<br>Uptown People's Law Center<br>4413 North Sheridan<br>Chicago, IL 60640 |
| | Harold C. Hirshman<br>Samantha Reed<br>Dentons US LLP<br>233 S. Wacker Drive, Ste. 5900<br>Chicago, IL 60606 |