U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED** JF
12/3/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SCANNED at MENARD and E-mailed
12-3-21 by JB 9 pages
Date          initials      No.

ALLEN BROWN JR )
DON LIPPERT, et al )          CASE NO 10 C 4603
Plaintifs )

v. )          JUDGE JORGE L. ALONSO

ROB JEFFREYS, et al )
Defendants )

## MOTION TO INFORM

1) Now Comes Allen Brown Jr. R53255 At Menard Correctional Center IDOC. A Class Member In The Above Action To Inform The Courts.

2) Firstly, I would Like to Thank The Courts For Directing My Filing To Class Counsel. Ms. Camille Bennett Contacted Me To Aide Me And Investigate.

3) Secondly, The Nursing Shortage Is Still Persisting. There Were Some Temporary Hires, But There Is Still A Deficit

4). I INSERTED METAL INTO MY PENIS ON 11/19/2021. I WAS SENT TO CARBONDALE MEMORIAL HOSPITAL WHERE THE UROLOGY DEPARTMENT REFUSES TO TREAT ME. MY PENIS IS INFLAMMED AND ITS SWOLLEN AND IT HURTS TO DO ANYTHING, WALK URINATE etc.

5.) I KEEP DROPPING SICK CALL REQUESTS BUT NURSING WONT SEE ME AND GET ME HELP.

6.) ALSO, I STILL HAVENT GOTTEN ANY EYE GLASSES

7) ATTACHED IS MY HOSPITAL PAPERS WHERE UROLOGY LEFT THE METAL IN MY PENIS.

8) THANK YOU AND I HOPE YOU APPRECIATE THE UPDATE

Respectfully,

Alton Brown Jr # R53255
PO Box 1000 Menard C.C.
Menard, IL 62259

# Brown, Allen

MRN: 1530990

**ED**
11/19/2021 - 11/20/2021 (5 hours)
Status: Discharged
SIH Memorial Hospital of
Carbondale

Last attending: Kevin M Martin, DO • with Treatment team
Primary impression: Swallowed foreign body, initial encounter
Chief complaint: Penis Injury

## ED Provider Notes

Kevin M Martin, DO (Physician) • Emergency Medicine

**HPI**

**Chief Complaint**
Patient presents with
• Penis Injury

HPI
Male patient reports multiple inserted and ingested foreign bodies. He states that he full did a paperclip so that there were no sharp pins, and inserted this into his urethra. He reports that he folded a stable so that there were no sharp pins and inserted it between his eye and his eyelid. He denies any eye pain, vision change. He denies any eyelid pain. He also reports using a screw to cut himself in multiple locations. He also reports that he ingested multiple metal items, including a "homemade fishhook made out of multiple metal pieces ". He denies any desire to kill himself. He states that he did this "because the doctor put me on Haldol, he knows I am allergic to that ". He refuses to provide any other specific reason that he performed all of these behaviors. He denies any chest pain, abdominal pain. He denies any throat pain. He believes that all of the ingested foreign bodies were swallowed and went to his stomach. He states they were all metallic. They deny any other complaints or concerns at this time. They deny any improving or worsening factors.

**Signed Nursing Notes**
Brittany N Long, RN 11/19/2021 19:59

"I swallowed a screw, a home made fish hook. Two pieces of extension cord, and I shoved a paperclip up my penis"

Patient is aox4, arrives in shackles with CO present. Airway patent.

**Patient History**

**Past Medical History:**

Diagnosis                                                                                       Date
- History of self-harm
  *pt could not remember an approximated date*
- Hypothyroidism
- Tardive dyskinesia

**Past Medical History Pertinent Negatives:**

Diagnosis                                                                                       Date Noted
- Complication of anesthesia                                                    10/08/2021

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| PR CYSTOURETHROSCOPY | N/A | 10/15/2021 |
| *Procedure: CYSTOSCOPY, REMOVAL OF FOREIGN BODIES; Surgeon: Srinivas Rajamahanty, MD; Location: SIH MHC OR; Service: Urology* | | |
| PR ESOPHAGOGASTRODUODENOSCOPY TRANSORAL DIAGNOSTIC | N/A | 8/26/2021 |
| *Procedure: EGD (ESOPHAGOGASTRODUODENOSCOPY); Surgeon: Shivaprasad Marulendra, MD; Location: SIH MHC OR; Service: Gastroenterology* | | |
| PR REMOVAL OF SCROTAL FOR.BODY | N/A | 8/26/2021 |
| *Procedure: REMOVAL OF FOREIGN BODY FROM SCROTUM AND PENIS; FOLEY CATHETER PLACEMENT; Surgeon: Amar Y Rawal, MD; Location: SIH MHC OR; Service: Urology* | | |

History reviewed. No pertinent family history.

**Social History**

Tobacco Use
- Smoking status:              Never Smoker
- Smokeless tobacco:        Never Used

Substance Use Topics
- Alcohol use:                  Not Currently
- Drug use:                      Not Currently

**Review of Systems**

Review of Systems
All other systems reviewed and are negative.

**Physical Exam**

ED Triage Vitals [11/19/21 1959]

| Temperature 36.8 °C (98.2 °F) | Heart Rate 64 | Resp Rate 17 | Blood Pressure (!) 141/97 | Pulse Oximetry 100 % |
|---|---|---|---|---|
| Temp Source | Heart Rate Source | Patient Position | BP Location | FiO2 (%) |
| Scanner | Monitor | Sitting | Left arm | — |

**Physical Exam**
Vitals and nursing note reviewed.
<u>Constitutional</u>:
  General: He is not in acute distress.
  Appearance: He is well-developed. He is not diaphoretic.
<u>HENT</u>:
  Head: Normocephalic and atraumatic.
  Mouth/Throat:
  Pharynx: No oropharyngeal exudate.
<u>Eyes</u>:
  General: No scleral icterus.
  Right eye: No discharge.
  Left eye: No discharge.
  Conjunctiva/sclera: Conjunctivae normal.
  Pupils: Pupils are equal, round, and reactive to light.
  Comments: **No evidence of open globe. No increased fluorescein uptake or Seidel sign. Single blunt ended metallic foreign body consistent with full did stable noted in the lower lid margin, with removed atraumatically with hemostats.**
<u>Neck</u>:
  Trachea: No tracheal deviation.
<u>Cardiovascular</u>:
  Rate and Rhythm: Normal rate and regular rhythm.
  Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
<u>Pulmonary</u>:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
<u>Chest</u>:
  Chest wall: No tenderness.
<u>Abdominal</u>:
  General: Bowel sounds are normal. There is no distension.
  Palpations: Abdomen is soft. There is no mass.
  Tenderness: There is no abdominal tenderness. There is no guarding or rebound.
  Hernia: No hernia is present.
  Comments: **Fully benign abdominal exam to deep palpation.**
<u>Genitourinary</u>:
  Comments: **Circumcised. No blood at meatus. No hematoma or deformity.**
<u>Musculoskeletal</u>:
  General: No tenderness or deformity. Normal range of motion.
  Cervical back: Normal range of motion and neck supple.
<u>Lymphadenopathy</u>:
  Cervical: No cervical adenopathy.
<u>Skin</u>:

General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Coloration: Skin is not pale.
Findings: No erythema or rash.



1: 3cm horizontal subcutaneous depth laceration.
2: Multiple lacerations following scars, subcutaneous depth. No
evidence of puncture or foreign contamination. None deeper than
subcutaneous depth.

Neurological:
   Mental Status: He is alert and oriented to person, place, and time.
   Cranial Nerves: No cranial nerve deficit.
   Motor: No abnormal muscle tone.
   Coordination: Coordination normal.
   Deep Tendon Reflexes: Reflexes are normal and symmetric. Reflexes normal.
Psychiatric:
   Behavior: Behavior normal.
   Thought Content: Thought content normal.
   Judgment: Judgment normal.

**ED Course & MDM**

Labs Reviewed
2019 NOVEL CORONAVIRUS SARS-COV-2 BY PCR -
Normal

| Result | Value |
|--------|-------|
| SARS-CoV-2 by PCR | Negative |

2019 NOVEL CORONAVIRUS SARS COV-2 BY PCR (1 HOUR, IN-HOUSE)

No results found.

Medications
lactated ringer's (LR) infusion (has no administration in time range)
neomycin-bacitracnZn-polymyxnB (NEO-POLYCIN) 3.5-400-5,000 mg-unit-unit ointment 1 application (1 application Topical Given 11/19/21 2030)

MDM
I discussed all currently available information directly with Dr. McCain with GI who agrees to consultation on this patient. He is coming in, and contacting the OR team.
I also discussed all currently available information with Dr. Hatchett with urology, both in person and via secure messaging application. He states that this isn't an emergency. He additionally states he is going to contact the prison physician Monday, discuss the case with them, and aid with patient being referred to an appropriate urologist for definitive removal.

New Prescriptions
No medications on file

Clinical Impression: as of Nov 19 2342
Swallowed foreign body, initial encounter
Foreign body in urethra, initial encounter
Foreign body of left eyelid

Kevin M Martin, DO
11/19/21 2342

## Other Notes

 Consults from Robert L Hatchett, MD (Urology)

## Additional Orders and Documentation

**Results**   **Meds**   **Orders**   **Flowsheets**
Imaging                    Procedures
Microbiology

SmartForms:   SIH ED E&M CODING
Encounter Info: History, Allergies, Detailed Report, Vitals

# Media
From this encounter

[Media Unavailable] Operative Record - Scan on 11/19/2021

# Clinical Impressions
Primary: Swallowed foreign body, initial encounter T18.9XXA
Foreign body in urethra, initial encounter T19.0XXA
Foreign body of left eyelid S00.252A

# Disposition
Send to OR
   Condition: Stable
AVS Signature Page (Printed 11/20/2021)

## Medication Changes
As of 11/20/2021 1:32 AM

None

## Expected Medication List at Discharge
As of 11/20/2021 1:32 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **acetaminophen (TYLENOL) 325 mg tablet** | | | |
| Take 650 mg by mouth 2 (two) times a day - oral | | | |
| Patient-reported medication | | | |
| **cephalexin (KEFLEX) 500 mg capsule** | | | |
| Take 500 mg by mouth 2 (two) times a day - oral | | | |
| Patient-reported medication | | | |
| **erythromycin (ROMYCIN) ophthalmic ointment** | | | |
| Apply 1 application to both eyes 2 (two) times a day - Both Eyes | | | |
| Patient-reported medication | | | |
| **levothyroxine (SYNTHROID) 25 mcg tablet** | | | |
| Take 25 mcg by mouth daily - oral | | | |
| Patient-reported medication | | | |
| **meloxicam (MOBIC) 7.5 mg tablet** | | | |
| Take 15 mg by mouth daily - oral | | | |
| Patient-reported medication | | | |
| **methocarbamol (ROBAXIN) 500 mg tablet** | | | |
| Take 500 mg by mouth 2 (two) times a day - oral | | | |

|  | Refills | Start Date | End Date |
|---|---|---|---|
| Patient-reported medication | | | |

**olanzapine**
  **OLANZapine (ZyPREXA) injection**
    Inject 15 mg into a large muscle nightly IF ORAL DOSE REFUSED  - intramuscular
    Patient-reported medication
  **OLANZapine (ZyPREXA) 15 mg tablet**
    Take 15 mg by mouth nightly - oral
    Patient-reported medication

## Care Timeline

| | |
|---|---|
| 11/19 | |
| 11/19 1953 | Arrived |
| 11/19 2030 | neomycin/bacitracin/polymyxinB 1 application |
| 11/19 2044 | X-ray pelvis 1 or 2 views |
| 11/19 2044 | X-ray neck soft tissue |
| 11/19 2045 | X-ray chest 1 view |
| 11/19 2045 | X-ray abdomen 1 view |
| 11/19 2055 | 2019 Novel Coronavirus SARS-CoV-2 by PCR |
| 11/19 2055 | 2019 Novel Coronavirus SARS-COV-2 by PCR (1 Hour, In-House) |
| 11/19 2209 | Orifice Foreign Body Removal |
| 11/19 2344 | Ringer's solution,lactated 50 mL/hr |
| 11/19 2350 | EGD (ESOPHAGOGASTRODUODENOSCOPY) WITH FOREIGN BODY REMOVAL |
| 11/20 | |
| 11/20 0025 | PHILIPS WAVEFORM |
| 11/20 0132 | Discharged |

More Details