**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DON LIPPERT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 10-cv-4603 |
| v. | ) | |
| | ) | Judge Jorge L. Alonso |
| ROB JEFFREYS, et al., | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   All counsel of record.

PLEASE TAKE NOTICE that on Wednesday, June 22, 2022, at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jorge L. Alonso in Room 1903 at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present Plaintiffs' Motion for Leave to File Excess Pages.

Dated: June 21, 2022

Respectfully submitted,

By: /s/ Camille E. Bennett
*One of Plaintiffs' attorneys*

Alan Mills
Nicole R. Schult
Uptown People's Law Center
4413 North Sheridan
Chicago, IL 60640

Camille E. Bennett
Joshua Blecher-Cohen
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan Ave., Ste. 600
Chicago, IL 60601

Harold C. Hirshman
Samantha Reed
Dentons US LLP
233 S. Wacker Drive, Ste. 5900
Chicago, IL 60606