**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DON LIPPERT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 10 C 4603 |
| v. ) | |
| ) | Honorable Jorge L. Alonso |
| ROB JEFFREYS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW
## APPEARANCE OF JOSHUA D. BLECHER-COHEN

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Joshua D. Blecher-Cohen respectfully requests that this Court grant him leave to withdraw his appearance as one of the counsel for plaintiffs. In support of this motion, Mr. Blecher-Cohen avers as follows:

1. Mr. Blecher-Cohen entered his appearance in this matter on December 9, 2021 (Dkt. No. 1496).

2. Mr. Blecher-Cohen's last day of employment at the Roger Baldwin Foundation of ACLU, Inc. is August 12, 2022.

3. Plaintiffs will continue to be represented by attorneys from Uptown People's Law Center, Dentons US LLP, and the Roger Baldwin Foundation of ACLU, Inc.

WHEREFORE, the undersigned respectfully requests that his appearance as counsel of record be withdrawn and that he be removed from the Electronic Case Filing Service List.

| | |
|---|---|
| Dated: August 12, 2022 | Respectfully submitted, |
| | By: /s/ Joshua D. Blecher-Cohen<br>*One of Plaintiffs' attorneys* |
| Alan Mills<br>Nicole R. Schult<br>Uptown People's Law Center<br>4413 North Sheridan<br>Chicago, IL 60640 | Camille E. Bennett<br>Joshua D. Blecher-Cohen<br>Roger Baldwin Foundation of ACLU, Inc.<br>150 N. Michigan Ave., Ste. 600<br>Chicago, IL 60601 |
| Harold C. Hirshman<br>Samantha Reed<br>Dentons US LLP<br>233 S. Wacker Drive, Ste. 5900<br>Chicago, IL 60606 | |