UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON LIPPERT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 10 C 4603 |
| v. ) | |
| ) | Honorable Jorge L. Alonso |
| ROB JEFFREYS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: All counsel of record.

PLEASE TAKE NOTICE that on Monday, August 31, 2021, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jorge L. Alonso in Room 1903 at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF JOSHUA D. BLECHER-COHEN.

Dated: August 12, 2022

Respectfully submitted,

By: /s/ Joshua D. Blecher-Cohen
*One of Plaintiffs' attorneys*

Alan Mills
Nicole R. Schult
Uptown People's Law Center
4413 North Sheridan
Chicago, IL 60640

Camille E. Bennett
Joshua D. Blecher-Cohen
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan Ave., Ste. 600
Chicago, IL 60601

Harold C. Hirshman
Samantha Reed
Dentons US LLP
233 S. Wacker Drive, Ste. 5900
Chicago, IL 60606

1