United States District for the
Northern of Illinois Eastern Division

SCANNED at MENARD and E-mailed
8-29-22 by JC 2 pages
Date     Initials   No.

Don Lippert, Et AL
Plaintiff

-V-

Partha Ghosh Et. AL
Defendant.

Case No: 1:10-cv-04603

Honorable Judge Alviso

**FILED 8/29/2022 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT JJ**

# EMERGENCY
## Motion to Seek Help from this Court as a Class member

Now Comes Class Member Donald Haywood R47947 an Inmate at Menard CC, P.O. Box 1000 Menard Illinois 62259. I am writing this court because i am very sick an Menard dont have not one Doctor medical is a Joke an Staff in medical is Wifes of correctional officers so they work with the security staff to denny People like myself Medical treatment. I am a inmate who suffers from a variety of medical conditions including Sjogren's Syndrome a debilitating auto immune disorder and Rheumatoid Arthritis, Blood in Stool, Abdominal pain, abnormal weight Loss, not Able To Keep food down, my heart hurts at a Level that I cant Even sleep at night. At This Point I am being Retaliated agest because of a staff assult that has nothing to do with this Prison or my medical issues. The Administrative code/Directive say if a inmate have any Kinda Serious medical Condition They Can Not Be Transfer for No Reason due to up coming Doctor visits, They

allowed the NURSEing staff to up left my medical hold once DR. young left on 2-3-22. Pontiac CC did the same thing on 9-9-21. Since my transfer I have suffered Bad Because I passed out many time because of my pain. My medical issues is getting worser an No is addressing my issues. There is no kinda medical Doctors in No prison down south and Menard medical Staff The (PA)'s is makeing me stay here with a Auto immune disorder that is get worser an, stomack issues, Blood comeing out of my ass and throwing up to the point where I cant keep food down. Please help.

S- Donald Haywood

Donald Haywood R47947
P.O. Box 1000
Menard IL 62259

Proof of services

I Donald Haywood is E-Fileing this to the court on 8-28-2022, wherefore I pray that This court Grant my petition/motion.

Donald Haywood