TO: U.S. NORTHERN DIST COURT  
Clerk of the Court  
FROM: MARCUS T. DIXON #B-66674  
2500 Route 99 South.  
Mount Sterling, IL 62353  
DATE: November 15th 2022.

CASE NO. 10-CV-4603.

FILED  
JB NOV 22 2022  
THOMAS G. BRUTON  
CLERK, U.S. DISTRICT COURT

Clerk of the Court.

I have been transferred from Menard Corr Center, to Western IL Corr Center. Can you forward All E-filing dealing with the Above case No. 10-CV-4603, for I am A Member of said Class Action.

I thank you AND Appreciate your prompt Response.

Respectfully Submitted.  
Marcus Y. Dixon  
#B-66674  
2500 Route 99 South.  
Mount Sterling, IL 62353,

Marques T. Dixon #K66274
2500 Route 99 South
Mount Sterling IL 62353

Legal Mail.

This Correspondence is from an Individual in Custody in the Illinois Department of Corrections

Clerk of the Court
United States Dist Court
Northern Dist of Illinois
Everett Mc Kinley Dirksen Blvd
219 South Dearborn Street
Chicago, IL 60604

