IN THE
United States District Court
Northern District of Illinois
Eastern Division

Don Lippert, et. al
  Plaintiffs,

v.

J.B. Pritzker, et. al
  Defendants,

No. 10 C 4603

Judge Jorge L Alonso


FILED 12/14/2022 MBH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SCANNED MENARD and E-mailed
12-14-22 by SS  12 pages
Date    initials   No.

## Motion to Intervene
### Pursuant to F.R.C.P. Rule 24(a)(2)

Come now Scott Peters pro se and in support of his motion to Intervene Pursuant to F.R.C.P. Rule 24(a)(2):

Avers as follows:

1. That this is the third such request for intervention pertaining to the impeding and impairment of the movants ability to protect his interest.

2. That although plaintiff parties have attempted to adequately represent movants basic rights and interests, plaintiffs have not advanced movants additional rights and interests. Because the core interest in care cannot be met.

3. Party defendants have and continue to make a mockery of your honor, this court and its rulings. Even a bare minimum of care should be upheld providing some semblance of dignity to those imprisoned in I.D.O.C.

4. Outstanding among violators is Menard Correctional Facility where I-nursing practices is the normal, and unqualified nurses as practitioning doctors of orthopedics, consider themself in name only (IE. Moldenhauer), and one supposidly qualified physician oversees 2 to 4 thousand patients. Continuing that way for two years minimum and yet a blind eye continues to look away. (Coppel)(Babbich).

5. Movant again presents he is a 100% disabled physically and mentally incapacitated veteran catastrophecally injured on duty while serving in the United States Army (combat Arms). I.D.O.C. has now refused him pain control for a minimum of one business week (5 days)(see exhibits).

6. Movant has a Constitutional Right, and an Earned Right to be Free From the cruel and unusual Punishment of Pain, He suffered when He was catastrophically injured and Nearly Died in Service to the Nation, and the Agencies of the United States Have an Ethical Responsibility to provide a level of Care which surpasses a Standard level of care which fails to rise to Basic Care, or even a level of Adequate Care.

7. The Larger Issue, The Issue of National Security and Whom will serve a Country which Sells Them (Veterans) out after Having Been Injured Catastrophically Serving Honorably.

8. After, 8 years and continuous abuse by I.D.O.C. Movant continues to Have No other alternative to Seek Relief from the Federal Courts as they Continue to Turn the Judicial System into a Farce, and Now Movant is cast into segregation for demanding his medications. 5 Days.

9. Movants Grounds for Intervention are clearly articulated in the Accompanying Exhibits and Facts that He is Being Refused Now, Pain control By J.B. Pritzker, The Illinois Department of Corrections, Rob Jefferys, Warden Anthony Wills, Babbich, Moldenhauer, Tara (nurse), Jane Doe (nurse), Keatha (nurse) and Employees of Menard Correctional Facility (MAX), (MSU). For his catastrophic injuries he suffered while on duty in the service of the Nation in the United States Army. And although this Honorable Court continues to take Action, It has not implemented action to correct the wrongs, as the Defendants continue to continue the same cycle of Abuse and Renew. Over and Again.

Wherefore Movant Scott Peters Pro Se Hopes and Prays this Honorable court again Intervene through Plaintiffs or individually, By the Attached FRCP 70, 71 as Requested or any other Relief this Honorable court deems Just or Necessary.

Date: 6 December 2022

Respectfully submitted,
Scott Peters Pro Se M08857
P.O. Box 1000
Menard, Illinois 62259