IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


FILED
12/14/2022 MBH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Don Lippert, et al.,
    Plaintiff,
v.
J.B. Pritzker, et al.,
    Defendant,

Case No. 10 C 4603

Judge
Jorge L. Alonzo

## Motion Enforcing a Judgement For a Specific Act Pursuant to F.R.C.P. Rule 70 (a)(d)(e).

Come now Scott Peters Prose and in support of his motion Enforcing a Judgement for a Specific Act Pursuant to F.R.C.P. Rule 70 (a)(d)(e); avers as follows;

1. This motion Accompanies Movants motion to intervene setting at his claim for which intervention is sought.

2. To Perform the Act of Providing Healthcare as outlined by the Pain Clinic of Southern Illinois University Hospital Pain clinic suggested by Angela Crain and Molden Hower and other Employees at the Menard Correctional Facility. As Prescribed by the Orthopedic Doctors of the Hospital at Carbondale, and Reinstate Medication For nerve damage Previously Prescribed by the Veterans Administration and for the last eight years and many multiple Doctors of I.D.O.C.

3. Provide Pain Relief for the catastrophic injuries movant suffered while on duty in the service of the Nation in the United States Army. Has Been Without his Pain Relief for five Plus Days, suffering sleep Deprivation, and severe pain. If cannot provide, or take to Veterans Administration, then Release so movant can obtain Treatment From Veterans Administration Himself.

4. Demand to Hold Menard and I.D.O.C. in contempt of court for Refusal to Provide Healthcare Treatments according to this courts Federal Consent Decrees, and Purposefully cause movant cruel and unusual punishment in causing him, again, unneeded pain and suffering.

Wherefore Movant Scott Peters Prose Hopes and Prays this Honorable Court to Provide the Relief Demanded or Any other Relief this Honorable court deems just or necessary.

Respectfully Submitted,
Scott Peters
Scott Peters Prose Movant
P.O. Box 1000
Menard, Illinois 62259

Date: 6 December 2022