# Exhibit 1

**Facility:  Dixon Correctional Center**
Date of Audit:  August 22nd, 2022
Auditor(s):  Kelen Seymour

1) <u>Measure – Sick call responsiveness by healthcare services</u> [IDOC Goal = 90%]
   Percentage of sick call documentation with timely follow up by healthcare services, per policy/AD.

2) <u>Measure - Breast Cancer Screening (women only)</u> [IDOC goal = 90% & HEDIS = 53.7%]
   Percentage of women 51–74 years of age who had at least one mammogram to screen for breast cancer in the past two years.

3) <u>Measure – Colon Cancer Screening</u> [IDOC goal = 90% & HEDIS = 60.7%]
   Percentage of patients 41 - 75 years of age who received colorectal cancer screening (in the form of a fecal immunochemical test (FIT), FIT-DNA, sigmoidoscopy, colonography, or colonoscopy) within the appropriate timeframe.

4) <u>Measure – Dental Visit</u> [IDOC goal = 90% & HEDIS = 42.8%]
   Percentage of patients who had a dental visit, including examination and cleaning, within the last 2 years.

5) <u>Measure – Controlling High Blood Pressure</u> [IDOC goal = 90% & HEDIS = 55.9%]
   Percentage of patients 19 - 85 years of age with hypertension whose average blood pressure was less than 140/90 mmHg.

6) <u>Measure – Hgb A1C <8%</u> [IDOC goal = 90% & HEDIS = 45.0%]
   Percentage of patients age 19 – 75 years with diabetes whose most recent HgbA1C test result in the last 12 months was less than 8% (controlled).

7) <u>Measure – Blood Pressure <140/90 mmHg</u> [IDOC goal = 90% & HEDIS = 58.2%]
   Percentage of patients age 19 – 75 years with diabetes whose most recent blood pressure reading in the last 6 months was less than 140/90 mmHg.

8) <u>Measure – Screened or Treated Nephropathy</u> [IDOC goal = 90% & HEDIS = 89.7%]
   Percentage of patients age 19 – 75 years with diabetes who had a nephropathy screening test or evidence of attention to nephropathy in the last 12 months.

| IDOC Goal: | HEDIS Measure: |
|---|---|
| Goal Met | Above Medicaid Performance |
| Near Goal | |
| Not at Goal | Below Medicaid Performance |

9) <u>Measure – Annual Eye Examination</u>
   [IDOC goal = 90% & HEDIS = 50.6%]
   Percentage of patients age 19 – 75 years with diabetes who had an eye examination in the last 12 months.

10) <u>Measure – Annual Flu Vaccine</u>
    [IDOC goal = 50% & HEDIS = 40.0%]
    Percentage of patients who received the flu vaccine between August 1st and July 31st of the previous year.

11) <u>Measure – Pneumococcal Vaccine</u>
    [IDOC goal = 50% & HEDIS = 72.7%]
    Percentage of adults aged 66 years or older who report ever having received one or more pneumococcal vaccinations.

12) <u>Measure – COVID Vaccine</u> [IDOC goal = 50%]
    Percentage of patients who received the COVID vaccine.

| Dixon Correctional Center | | | |
|---|---|---|---|
| FY23 - 1st Quarter | | | |
| Measure: | Actual Performance: | IDOC Goal: | HEDIS Goal: |
| 1) Sick call responsiveness | 30% | | |
| 2) Breast Cancer Screening | n/a | n/a | n/a |
| 3) Colon Cancer Screening | 20% | | |
| 4) Dental Visit | 0% | | |
| 5) Controlling High BP | 80% | | |
| 6) DM - Hgb A1C <8% | 80% | | |
| 7) DM - BP <140/90 mmHg | 90% | | |
| 8) DM - Nephropathy Check | 50% | | |
| 9) DM - Annual Eye Exam | 90% | | |
| 10) Annual Flu Vaccine | 90% | | |
| 11) Pneumococcal Vaccine | 40% | | |
| 12) COVID Vaccine | 100% | | |

# Exhibit 2



$1/6 MNTHS
Ends Soon

LOG IN

## POLITICS

# Federal monitor finds Illinois prisons fail to provide adequate health care to inmates

By Jeremy Gorner
Chicago Tribune • Aug 10, 2022 at 6:54 pm

  

Listen to this article

SPRINGFIELD — The Illinois Department of Corrections is again under fire for failing to provide adequate health care for the roughly 29,000 prisoners in its system, with a scathing federal monitor's report this week citing shortcomings that ranged from the mistreatment of elderly inmates to a severe shortage of doctors and nurses and poor record keeping.

The report was released just days after a federal judge held IDOC in contempt for failing to complete a process in developing a plan required by the monitor to improve the quality of health care for the agency's prison population.

"IDOC's failure here is staggering," Camille Bennett, an attorney at the American Civil Liberties Union, which represented prisoners in the lawsuit that led to the contempt order, said in a statement. "They were required by court order three years ago to develop a plan to fix the unconstitutional health care deficiencies for our clients across the state and they have yet to do it. We hope this will wake their leadership."



Stateville Correctional Center, a maximum security state prison in Crest Hill, in 2020. The Illinois Department of Corrections is under fire for failing to provide adequate health care for the roughly 29,000 prisoners in the IDOC system. (Zbigniew Bzdak / Chicago Tribune)

The problems at IDOC are the latest to confront Democratic Gov. J.B. Pritzker over his administration's management of state agencies, which has been a major avenue of criticism from Republicans as he seeks reelection.

Issues under Pritzker's watch include the deaths of 36 veterans during a 2020 COVID-19 outbreak

at a state-run home in LaSalle; the loss of nearly $2 billion through fraudulent payments made through the state's Department of Employment Security; and accusations of mismanagement at the Department of Children and Family Services, whose Pritzker-appointed director has been held in contempt on several occasions for failing to find appropriate placements for children.

In 2019, during Pritzker's first year in office, IDOC fell under a federally mandated consent decree to overhaul its health care system, the culmination of a lawsuit filed against the agency in 2010 by prisoners who alleged systemic problems that led to serious disease and even death for prisoners.

The 292-page monitor's report released Tuesday, the fifth of its kind since the consent decree went into effect, said some elderly prisoners with dementia appeared "neglected" and "abused." Ailing prisoners in some cases were not adequately hydrated or provided assistance in eating by medical staff, according to the report. In one case, a prisoner in poor health was left on a mattress and soiled himself without a nurse cleaning him, the report said.

It also noted a shortage of doctors and nurses throughout the IDOC system, reporting that in one instance there was one doctor assigned as the medical director for four facilities housing 4,711 prisoners.

"This shortage of physicians has created an access to care and quality of care crisis at multiple facilities and needs to be urgently addressed," the monitor said in the report.

The department "has difficulty in recruiting and retaining physicians with the required training and qualifications," the report said, while also criticizing the agency for not routinely providing information on the credentials of the doctors it has hired.

An IDOC spokesperson did not immediately respond to a request for comment.

Pritzker, speaking to reporters at the unveiling of the butter cow sculpture at the Illinois State Fair, said that "health care within our prison system has actually improved significantly since I took office."

The governor's office said a health care plan for prisons was submitted in late May but there was never a response on it from the federal monitor.

"The plan is one that gets negotiated and the opposition anyway, on the other side of the case, disagrees with the plan that was put forward," Pritzker said.

"One of the challenges that we have across the state of Illinois, really, is finding health care personnel of every sort for hospitals, for health care institutions and within our prison system," the governor said. "So, in order to implement a plan, you need enough health care professionals, and that's one of the challenges that we're discussing with the other side (in the lawsuit)."

The federal monitor did find that IDOC deserved praise in some areas, particularly for how it navigated the COVID-19 pandemic.

Since February, there have been no "patient-inmate" hospitalizations due to COVID-19, the report stated, noting that IDOC "wisely" partnered with the Illinois Department of Public Health to implement policies for the virus.

The report also said the agency successfully implemented a system-wide vaccination program for inmates and staff as well as implementing universal masking, isolation and quarantine procedures and regular testing for the disease.

The report also noted how IDOC has been more proactive in treating prisoners diagnosed with hepatitis C from 2018 to May 2021. During that time, there were 288 prisoners with the disease and the treatment rate jumped from 6.9 patients a month to 23.5 a month.

"If this rate of hepatitis C treatment is maintained, it is feasible IDOC will have

essentially eliminated hepatitis C in the Illinois prison system within the next three years," according to the report.

The report comes as Pritzker is in a contentious race for reelection against Republican state Sen. Darren Bailey of downstate Xenia. Bailey's campaign did not immediately respond to a request for comment on the latest IDOC report.

Republican state Sen. Terri Bryant of Murphysboro said the report raises just one more question about Pritzker's management of the state.

"This latest incident begs the question of how many times and how many agencies will it take before the governor accepts responsibility for these failures and finally takes action to do the right thing for the people hurt under his inaction and failed leadership?" Bryant said.

Pritzker's response Wednesday was similar to one he has used before, when he's said the GOP hasn't supported additional funding for the programs necessary to solve problems at state agencies.

"Republicans haven't voted for any of the funding that's necessary for us to be able to improve the providing of health care in our prison system," he said. "So, they really don't have a leg to stand on."

*jgorner@chicagotribune.com*

## LATEST

### LETTERS

Letters: Why can't we rank our choices for Chicago mayor?

13m





Copyright © 2023, Chicago Tribune