**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DON LIPPERT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 10-cv-4603 |
| v. | ) | |
| | ) | Judge Jorge L. Alonso |
| ROB JEFFREYS, et al., | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: All counsel of record.

PLEASE TAKE NOTICE that on Tuesday, February 28, 2023, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jorge L. Alonso in Room 1903 at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present PLAINTIFFS' MOTION FOR A HEARING AND RELIEF CONCERNING DIXON CORRECTIONAL CENTER.

Dated: February 22, 2023

Respectfully submitted,

By: /s/ Camille E. Bennett
*One of Plaintiffs' attorneys*

Alan Mills
Nicole R. Schult
Emily Hirsch
Uptown People's Law Center
4413 North Sheridan
Chicago, IL 60640

Harold C. Hirshman
Dentons US LLP
233 S. Wacker Drive, Ste. 5900
Chicago, IL 60606

Camille E. Bennett
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan Ave., Ste. 600
Chicago, IL 60601