**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DON LIPPERT, et al., )<br>)<br>        Plaintiffs, )<br>v. )<br>)<br>ROB JEFFREYS, et al., )<br>)<br>        Defendants. ) | No. 10-cv-4603<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Susan E. Cox |

**AGREED RESOLUTION OF THE ATTORNEYS' FEES
AWARDED REGARDING CONTEMPT**

On August 5, 2022 the court awarded Plaintiffs' attorney's fees. After negotiation, the parties have agreed to an amount which will be paid in 30 days.


Dated: February 24, 2023                                            Respectfully submitted,

                                                                                        By: /s/ Harold C. Hirshman
                                                                                        *One of Plaintiffs' attorneys*

Alan Mills                                                                Camille E. Bennett
Nicole R. Schult                                        Roger Baldwin Foundation of ACLU, Inc.
Emily Hirsch                                                150 N. Michigan Ave., Ste. 600
Uptown People's Law Center                Chicago, IL 60601
4413 North Sheridan
Chicago, IL 60640

Harold C. Hirshman
Dentons US LLP
233 S. Wacker Drive, Ste. 5900
Chicago, IL 60606

**CERTIFICATE OF SERVICE**

        The undersigned, an attorney, certifies that on February 24, 2023, he caused a copy of the above and foregoing AGREED RESOLUTION OF THE ATTORNEYS' FEES AWARDED REGARDING CONTEMPT to be served on all counsel of record via the Court's electronic filing system (CM/ECF).

        /s/ Harold C. Hirshman