## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Don Lippert, et al.
                        Plaintiff,

v.                                                   Case No.: 1:10–cv–04603
                                                                 Honorable Jorge L. Alonso

Partha Ghosh, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 13, 2023:

      MINUTE entry before the Honorable Susan E. Cox: Unopposed Motion for Extension to File Reply Brief [1635] is granted. Movant John Paris's Reply Brief for the Motion to Intervene is due 3/30/23. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.