UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON LIPPERT, et al., | ) |
| Plaintiffs, | ) No. 10-cv-4603 |
| v. | ) |
| | ) Judge Jorge L. Alonso |
| ROB JEFFREYS, et al., | ) Magistrate Judge Susan E. Cox |
| Defendants. | ) |

**NOTICE OF FILING UNDER SEAL**

To: All counsel of record.

Pursuant to Section V.E of the Consent Decree (Dkt. 1238 p. 20), the reports of the Monitor to the Court and Parties are to be filed initially under seal, thereafter to be filed in the public docket after thirty (30) days unless either Party shows cause as to why some or all of the report should remain under seal. In accordance with this order, Plaintiffs hereby file the Sixth Report of the Monitor, Dr. Jack Raba, under seal.

DATED: March 14, 2023

Respectfully submitted,

By: /s/ Camille E. Bennett
*One of Plaintiffs' attorneys*

Camille E. Bennett
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan Ave., Ste. 600
Chicago, IL 60601

Alan Mills
Nicole R. Schult
Emily Hirsch
Uptown People's Law Center
4413 North Sheridan
Chicago, IL 60640

Harold C. Hirshman
Dentons US LLP
233 S. Wacker Drive, Ste. 5900
Chicago, IL 60606

1