PC SCAN
FILED 1/3/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
BI

NO. 10 C 4603

IN THE
District Court of Illinois
Northern District

Don Lippert Et. Al.
Plaintiff

v.

Latoya Hughes Et. Al.
Defendant

✳ E-file ✳
CASE NO. 10 C 4603

Judge
George Alonzo

## Motion to Compel BY MANDAMUS AND JOINDER

Come now Scott Peters Pro Se and in support of his motion to compel BY MANDAMUS and JOINDER: AVERS AS FOLLOWS;

1. In 2010 the above captioned suit was brought by Don Lippert Et. Al. claiming deprivation of Medical and dental care by the Government Agency Illinois Department of Corrections which has a duty to give the care or services. On 3 May 2019 a Federal consent decree was ordered by the court to oversee and identify I.D.O.C.'s violations.

2. In 2014 Petitioner entered the system as an incarcerated disabled veteran catastrophically injured while on duty in the United States Army and under the United States Code Annotated chapter 38 Incarcerated Veterans do not forfeit their eligibility for Health Care. When prisoner in an Institution of another Government Agency [I.D.O.C.] that agency has a duty to give medical care or services, not abuse him.

3. The above case a class-wide civil suit of which Mr Peters is an Identified class member as not receiving Medical and dental care services, and that refusal of services continued from July to present. [See Attached Filing and Exhibits], Not to Abuse Him and withold.

### Jurisdiction

Jurisdiction is vested upon this court by Chapter 85, District Courts Jurisdiction 28 USCA §1331 Federal Question and as well by 28 USCA § 1361 Action to Compel an officer of the United States to Perform his duty, "The District Courts shall have original Jurisdiction of any action in the nature of Mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

4. It being clear the Agency [I.D.O.C.] THE AGENCY of Government having a duty to give MR PETERS his medical and dental care by eligibility of the UNITED STATES Department of VETERANS Affairs is not receiving that care for his injuries sustained while on duty in the service of the UNITED STATES in the UNITED STATES Army. Evidence is shown by documents and Exhibits of the above captioned case and MR. PETERS Exhibits, Grievances and claims, since incarcerated. As well the attached attempt to stop Imminent Danger of serious physical injury from deprivation of medical services.

5. That Dennis McDonough or his stead and the Agency UNITED STATES Department of Veterans Affairs owes a duty owed to Plaintiff Peters to perform in providing medical and dental care to him.

6. That MR. PETERS does not forfeit his eligibility for medical care when another Government Agency is failing to provide that care [I.D.O.C.] Another government agency must provide the care, it must default back to the original government agency or Peters must be released so he may obtain the care for his suffered injuries,

7. Under this jurisdiction the Federal District court may compel an officer Dennis McDonough or his stead or any agency UNITED STATES Department of VETERANS AFFAIRS to perform the Duty owed to MR PETERS to take care of his injuries inflicted upon him by I.D.O.C.

8. MR PETERS calls upon the court to exercise its jurisdiction and order any available option granting him relief reinstating medical and dental care as outlined above as [I.D.O.C.] continues to refuse to provide his medical and dental care as shown in by exhibits in this Rule 60 motion attached as Exhibits. Class counsel help is refused by I.D.O.C., and Southern District has foreclosed on relief. He has no ability to stop abuse.

## JOINDER

UNDER F.R.C.P. RULE 20 of the UNITED STATES CODE ANNOTATED RULE 2019)
(2)(A) states "Defendants Persons - as well as a vessel, cargo or other property subject to admiralty process in rem may be joined in one action as defendants if: (A) any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence or series of transactions or occurrences.

1. In the alternative Dennis McDonough or his stead and the UNITED STATES Department of Veterans Affairs owes MR Peters a duty by taking care of his injuries by providing medical and dental care through its government agencies, and has not done so as its agencies have failed to provide him care and continue to refuse to provide him care.

9. Because the United States of America and the Department of Veterans Affairs hold a Duty to not allow Peters to suffer in excruciating pain from injuries he sustained while on Duty serving in the United States Army in Defense of the United States and that continues presently because I.D.O.C. is determined to make him suffer needlessly, and by subjecting him to additional abuse without relief.

10. And that joinder with Defendants is needed to compel and allow, insure that as the Federal Court has taken over the consent Decree, the Veterans Administration needs to take over Headed by Dennis McDonough on his stead Mr. Peters medical and dental care until such a time it is determined the agencys can provide the same level of care, Peters is entitled too.

11. This type of action has been ordered by District Courts in Chicago under the Chicago Police Department consent Decree [N.D. IL] with DOJ and Federal Police Forces as well as in Minnesota, San Antonio and other Municipalities with failures of State Government Agencies Abilities to provide critical services. And is a reasonable application by the courts to ensure Peters receives the care He is entitled too. Or is He required to be subject to death?

12. Peters asks the court to joinder these Defendants for not providing medical and dental care to him as a service connected Veteran injured on Duty while serving the country. As Proxy I.D.O.C. fails to provide medical and dental services for the United States Government to Mr. Peters as outlined in the Decree. It falls upon the Principle to provide Peters medical and dental care the Agent Refuses to provide Him, an owed Duty, and that all the occurrences and transactions arise from the original acts and are continuing.

Wherefore Scott Peters Pro se Hopes and Prays this Honorable court order compelling and joinder of Dennis McDonough on his stead and United States Veterans Affairs to provide Mr. Peters medical and dental care and stop the vindictive abuse by leaving him suffering from Refusal of care. Him And his Agency ower a Duty to provide.

Date: 2 JANUARY 2025

Respectfully Submitted,

Scott Peters Pro se
M53877
10930 Lawrence Road
Sumner, Illinois
62466