**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DON LIPPERT,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | Case No. 10 C 4603 |
| | ) | |
| v. | ) | |
| | ) | Judge Jorge L. Alonso |
| **ROB JEFFREYS,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Several class members have filed motions seeking relief arising out of alleged violations of their constitutional right to health care during their imprisonment in the Illinois Department of Corrections. These motions [1715] [1716] [1720] [1730] [1731] [1732] [1733] [1735] [1760] [1831] [1861] [1869] [1889] [1895] are denied because they raise individualized issues that are beyond the scope of the consent decree in this case, which concerns only injunctive, class-wide relief, and/or because the class is already represented by counsel. These inmates may file individual cases in which to raise any violations of their own constitutional rights they believe they have suffered.

**SO ORDERED.**                                           **ENTERED: February 10, 2025**

_____
**JORGE L. ALONSO
United States District Judge**