IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON LIPPERT, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>LATOYA HUGHES, *et al.*,<br><br>        Defendants. | No. 10-cv-4603<br><br>Hon. Jorge Alonso |

**JOINT STATUS REPORT**

The Parties submit the following joint status report pursuant to the Court's February 18, 2025 minute order (Dkt. 1906).

1.     Section V.C. of the Consent Decree provides that "[i]f for any reason … the Monitor can no longer serve, the Parties will attempt to agree on the selection of a replacement Monitor to propose to the Court. If the Parties are unable to reach agreement, each Party will nominate one person to serve as Monitor and the Court will select the replacement Monitor."

2.     Following the resignation of Dr. Raba, the parties considered two candidates for the position of Monitor: Dr. Lannette Linthicum, and Dr. Michael Puisis. As part of this process, the parties reviewed the CVs and interviewed each candidate. On February 24, 2025 the parties met and conferred, but were unable to agree on a name to present to the Court.

3.     Under the Consent Decree, the parties must now each nominate one person to serve as Monitor, with the Court selecting between them. *See* Consent Decree § V.C.

4.     The parties propose, subject to the approval of the Court, that each party will present their candidate to the Court (and explain their objections to the other party's candidate) in simultaneous briefing. Each side will submit a brief of no more than 15 pages on March 5, 2025.

Plaintiffs will present and advocate for Dr. Michael Puisis, while Defendants will present and advocate for Dr. Lannette Linthicum.

5. The parties have conferred about documents Plaintiffs have requested and Defendants have agreed to produce responsive documents.

Dated: February 25, 2025

Respectfully submitted,

*/s/ Camille E. Bennett*
*One of Plaintiffs' attorneys*

*Counsel for Plaintiffs*

| | |
|---|---|
| Camille E. Bennett<br>Samantha Reed<br>Roger Baldwin Foundation of ACLU, Inc.<br>150 N. Michigan Ave., Ste. 600<br>Chicago, IL 60601 | Harold C. Hirshman<br>Diane O'Connell<br>Dentons US LLP<br>233 S. Wacker Drive, Ste. 5900<br>Chicago, IL 60606 |
| | Alan Mills<br>Nicole R. Schult<br>Alyssa Meurer<br>Uptown People's Law Center<br>4413 North Sheridan<br>Chicago, IL 60640 |

Dated: February 25, 2025

Defendants Latoya Hughes, *et al*.

R. Douglas Rees
Isaac Freilich Jones
Michael D. Arnold
Christopher Fletcher
Office of the Illinois Attorney General
115 S. La Salle Street, 31st Floor
Chicago, Illinois 60603
(312) 814-3000
*richard.rees@ilag.gov*
*isaac.freilichjones@ilag.gov*
*michael.arnold@ilag.gov*
*Christopher.fletcher@ilag.gov*

KWAME RAOUL
Illinois Attorney General

By: *s/ Isaac Freilich Jones*