PC SCAN 

FILED
3/18/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LJ

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DON LIPPERT et. al.,
Class Plaintiff,
VS.                           Case No. 10-cv-4603
JOHN BALDWIN
(NOW ACTING DIRECTOR LATOYA HUGHES)
Defendant,

(PERMITTED/ALLOWED TO BE FILED PURSUANT TO LOCAL RULE 5.6 N.D. Ill.)

## MOTION TO INTERVENE

### INTRODUCTION

NOW COMES Pro Se., Class Action Complaint Plaintiff Marcus R. Burton Sr. presently incarcerated under duress incarcerated at Dixon CC under Defendant Illinois Department Of Correction (IDOC) where Wexford Health Care Sources Inc. (WHCS) is the Individual In Custody (IIC) health care provider, (by no choice of this Pro Se member). WHCS with the Defendant's full knowledge via & through Defendant's IDOC subordinate Health Care Unit Administrator (HCUA) of Dixon Monica Fuller who has fully, knowingly, willfully, wantonly, & maliciously continues to refuse to comply with any & all terms of this Honorable Courts/all parties agreed upon "Coinsent Decress" is Continously Delaying & Denying adequate health care showing Deliberate Indifference all while fully enjoying the Plaintiffs suffering.

### JURISDICTION

This Court has jurisdiction over this Complaint titled "Motion To Intervene" pursuant to this Court's Local Rule 5.6 (N.D.Ill.). Additionally as a class member, Plaintiff exercises their United States Constitutional Right under Fourteenth Admendment due process clause right to Plaintiffs Firt Amendment right to Access to this Court. This Court has the ability to assure Courts "Monitor" visits Plaintiff in IDOC at Dixon to investigate & possibly replace it's HCUA Monica Fuller, to provide Plaintiff access to their Fourteenth Amendment Equal Protection clause rights an to the terms of the Consent Decress: to cease Defendant(s) intentional violation of Plaintiffs USC Eight Amendment Prohibition right against cruel & unusal puinishment.

### ISSUE

IDOC at Dixon CC HCUA Monica Fuller continues to be employed in said position despite lacking the full understanding of her duties, & responsibilities coupled with failing to understand chain of command. HCUA Fuller is fully aware from class Plaintiffs institutional grievances that Plaintiff is denied adequate medical care, & continues to be deliberly indifferent to Plaintiffs serious medical needs. Insted HCUA Fuller allows the suffering & refuses to bring in outside non Wexford personel to review & reply to all medical grievances to ensure Plaintiffs

medical needs can be handled properly. There is zero compliance & no adequate medical care provided to comply with administration code, administrative directives, & consent decress.

## CONCLUSION

Hire a new HCUA to avoid further lawsuits for deliberate indifference to serious medical needs, failure to provide adequate medical care, & deaths. Provide the contact information of all attorneys & monitors that is presiding over the Class for the Plaintiffs. Send the Federal Monitor(s) to Dixon CC to meet with not on the IIC herein but other class members so they can obtain the full grasp of this matter at hand.

I declare under penalty of perjury the foregoing is true & correct. Executed at Dixon CC in Dixon, IL on: 3·18·25

## CERTIFICATE OF SERVICE

Plaintiff herein declares on: March 18th, 2025 they e-filed this Motion To Intervene at Dixon CC to all member, attorneys, & monitors via e-file.

Sign: /s/ Marcus R. Burton

Marcus R. Burton Sr.
2600 North Brinton Avenue
Dixon, IL 61021-9532