# Exhibit 3

# Samantha Reed

| | |
|---|---|
| **From:** | Elaine Gedman <egedman@wexfordhealth.com> |
| **Sent:** | Monday, August 9, 2021 9:50 AM |
| **To:** | 'kelly.d.presley@illinois.gov'; 'steven.Bowman@illinois.gov' |
| **Cc:** | Cheri Laurent; Andy DeVooght; 'Andrew M. Ramage'; Lynnette Haygood; Anna Vozar; Julie Knechtel |
| **Subject:** | FW: Articles regarding Nursing Shortage and Retention challenges |
| **Attachments:** | 2020 NSI National Health Care Retention & RN Staffing Report.pdf; AGING BABY BOOMER POPULATION 6 21 21.docx; Employers Face Hiring Challenge as Boomers Retire in Record Numbers 6 21 21 expanded.docx; Even 10k bonus not alleviating critical nursing shortagwe in Western PA - Becker's Hospital Review 7 6 2021.docx; Even 10k Bonuses aren't Enough - PA.docx; How to Ride the Great Resignation Wave 7 12 21.docx; I quit USAToday 7 26 21.docx; IL General Assembly -Nurse Licensure Compact 5 31 21.pdf; Is There Really a Nursing Shortage in America 5 2021.docx; Job Seekers Are Gaining Control over Hiring 6 30 21.docx; NSI_National_Health_Care_Retention_Report.pdf; Nurse shortage is crippling hospitals - PA.docx; Nurse shortage is crippling hospitals, kkCenters that proved care in Western PA - Trib Live 7 4 21.docx; Nurse Staffing-How COVID-19 Highlighted an issue that always existed 3 13 21.pdf; Nursing shortage during COVID-19 argues for multi-state licenses in Illinois in word 5 12 21.docx; Pittsburgh hospitals suffering from nationwide nursing shortage 7 6 2021 WPXI News.docx; Pittsburgh hospitals suffering from nationwide nursing shortage.docx; Traumatized and tired article 2 25 21.docx; US DHHS Supply and Demand Projections of the Nursing Workforce (2014-2030).pdf; US has record number of job openings as hospitals face massive shortages 6 8 21.docx; Nursing Shortage in America 5 2021.docx |

Resending as I believe I had incorrect email addresses.

Elaine J. Gedman
Executive Vice President & Chief Administrative Officer
Wexford Health Sources, Inc.

"R.A.I.S.E. the Standard"

**From:** Elaine Gedman <egedman@wexfordhealth.com>
**Sent:** Monday, August 9, 2021 10:39 AM
**To:** 'Kelly.D.Presley@idoc.illinois.gov' <Kelly.D.Presley@idoc.illinois.gov>; 'steve.bowman@illinois.gov' <steve.bowman@illinois.gov>
**Cc:** Andy DeVooght <adevooght@loeb.com>; Cheri Laurent <claurent@wexfordhealth.com>; Anna Vozar <avozar@wexfordhealth.com>; Lynnette Haygood <lhaygood@wexfordhealth.com>; Julie Knechtel <jknechtel@wexfordhealth.com>; 'Andrew M. Ramage' <aramage@bhslaw.com>
**Subject:** Articles regarding Nursing Shortage and Retention challenges

Hi Kelly and Dr. Bowman,

As requested, please find attached just some of the article and reports I was able to gather that all discuss the nationwide nursing shortage and retention challenges. I hope this helps with respect to the upcoming report to the courts for both Lippert and Rasho.

1

Elaine J. Gedman
Executive Vice President & Chief Administrative Officer
Wexford Health Sources, Inc.

"R.A.I.S.E. the Standard"

**BECKER'S HOSPITAL REVIEW**



# Even $10K+ bonuses aren't alleviating 'critical' nurse shortage in Western Pennsylvania

Gabrielle Masson - Monday, July 5th, 2021  Print  | Email

Some healthcare leaders are deeming the nursing shortage in Western Pennsylvania "critical," reports the *Pittsburgh Tribune-Review.*

The shortage is occurring in a region characterized by a rapidly aging population and shrinking workforce, and has been only further exacerbated by the pandemic.

UPMC and Allegheny Health Network, both based in Pittsburgh, had more than 2,200 openings for registered and licensed nurses posted online last week, according to the *Tribune-Review.* UPMC, the state's largest employer, is offering recruitment bonuses up to $10,000 for registered nurses, while AHN is offering up to $15,000 for more experienced nurses.

Some personal care homes and assisted living facilities are paying as much as $50 an hour to fill pressing vacancies for nonlicensed caregivers, said Margie Zelenak, executive director of the Pennsylvania Assisted Living Association. At least two personal care homes told her they decided to close in recent weeks, with one citing an inability to hire help.

Since May 2020, employment in nursing homes and residential facilities across the six-county region has dropped by 1,100 workers, according to the U.S. Bureau of Labor Statistics.

"We are having a horrible time hiring to fill positions," said John Dickson, president and CEO of Greensburg, Pa.-based Redstone Presbyterian SeniorCare. Even before the pandemic, Redstone worked through the Healthcare Council of Western Pennsylvania to bring in nurses from the Philippines.

Greensburg-based Excela Health, which operates three hospitals and multiple outpatient facilities, plans to implement an international contract for nurses this fall, a spokesperson told the *Tribune-Review.*

In 2018, AHN recruited 150 registered nurses from the Philippines and Caribbean islands, which have similar professional standards. Claire Zangerle, DNP, MSN, chief nurse executive at AHN, said the program, which has the nurses come on three-year work visas, has been a success with a high retention rate. However, the system is still short about 300 nurses, Dr. Zangerle told *WPXI-TV*.

By Kathryn Tyler June 2, 2021

LIKESAVE**PRINTEMAIL**
 REUSE PERMISSIONS

Over the past year, three of the nine teachers at the Friends Preschool and Kindergarten in Milford, Mich., left their jobs. One retired, and two quit because of COVID-19-related health concerns for themselves or a family member. A fourth needed extensive time off to attend to her children.

"Preschools and child care centers struggle with staff turnover during the best of times," says Tammy Rittmueller, the school's director. "The pandemic has only heightened this dilemma."

See's Candies, based in South San Francisco, Calif., shut down all operations and furloughed many of its 5,000 employees when the pandemic hit in early 2020.

"After the furlough, the skeleton crew that remained worked diligently to reopen as soon as we could safely do so and start bringing our furloughed employees back," says Chad Paulson, senior vice president of HR at the confectionary company. But, he explains, "there was a lot of uncertainty regarding the length of the furlough, and many of our employees were able to find alternative employment prior to being called back."

Organizations large and small across the country are reporting that employee turnover rates are already reaching record highs this year. Labor analysts say they aren't surprised, with many predicting a giant wave of voluntary employee departures caused by a pent-up demand for new jobs.

"Now that the vaccines are in motion, employers should be prepared for a turnover tsunami," warns Melissa Jezior, president and CEO of Eagle Hill Consulting, a management consultancy in Washington, D.C.

About 1 in 4 U.S. employees plan to leave their employer as the COVID-19 pandemic subsides, according to a November 2020 survey conducted by Ipsos on behalf of Eagle Hill.

A separate February 2021 report found that 52 percent of 2,000 employees surveyed in the U.S. and Canada plan to look for a new job in 2021, an increase from 35 percent a year earlier. That's according to *Engagement and Retention Report,* which was released by Achievers Workforce Institute, the research arm of Toronto-based employee recognition software company Achievers.

"You're not going to walk away from this unscathed," Jezior cautions HR professionals.

## The Exodus

Employees are most likely to leave a current job for one with better compensation and benefits or better work/life balance, according to the Achievers report. Burnout was cited by a majority of the 1,000 workers who said they plan to quit their job this year, according to the Eagle Hill survey.

"Employees with children at home remain a flight risk at this point," says Cara Silletto, author of *Staying Power: Why Your Employees Leave and How to Keep Them Longer* (Silver Tree Publishing, 2018), who adds that workers on the lower end of the pay scale also are more likely to seek greener pastures.

"In general, the lower the wages, the faster the person can find a replacement job," Silletto says. She is also president and chief retention officer at Magnet Culture, a retention consultancy in Louisville, Ky. "The higher skilled [the] people are, the harder it is for them to change industries." She defines lower-wage workers as those earning less than $18 an hour.

## Weathering the Storm

Turnover costs organizations in both time and money to recruit and train new employees—not to mention the loss of institutional knowledge and reduction in productivity while positions remain vacant.

To help retain employees as the economy improves, HR professionals can take steps now to reduce the predicted voluntary departures.

"Identify top performers you don't want to lose," Jezior recommends. "Empower managers to sit down with employees every other week" to conduct stay interviews designed to make sure workers are satisfied. "Once people make the decision to leave and start looking and applying for jobs, your chance of keeping them is much lower. You've already lost the battle."

Other recommendations for strengthening your employee retention efforts:

**Address employee concerns.** Listen to employees' challenges and look for solutions.



Flexibility has been key at Renaissance Academy, a home-school and hybrid educational program with 35 employees in Farmington Hills, Mich. A new instructor gave notice a couple of weeks after she was hired because she was uncertain whether her own children would be learning from home or in person.

"After some conversation, we swapped a class that was a little out of her comfort zone for an already developed course," recalls Heidi Pair, the school's assistant director. "After feeling supported and encouraged, the new instructor stayed and has become a valuable part of our team."

**Present realistic job descriptions.** Turnover tends to be highest among new hires—often because the job doesn't match their initial expectations. Once they experience what they perceive to be the downsides of a job, they quit. The solution is to expose potential candidates to the worst parts of the job so they know what they will be doing before they accept.

Is the factory hot and noisy? Walk potential candidates through it during the hottest and loudest part of the day. Is it difficult to take time off? Make that clear to applicants during the first interview. Employers tend to rush to fill a job with the first decent candidate, which results in a poor fit and a need to fill the position repeatedly.

"Look at your hiring processes," says Ginia Chapline, chief operations officer at Texas Trust Credit Union, which has 300 employees and is based in Arlington, Texas. "Hire for

culture, not just skills. Make sure the person is a good fit for the organization. Have a successful onboarding process that eases new hires into their new work environment."

**Establish strong onboarding, mentoring and advancement opportunities.** New hires have weak ties to the organization, so it's easier for them to leave. To retain them, help them make connections as quickly as possible, Silletto advises.

"I see two buckets of workers today," she says. "One group is called the 'trees.' Like oaks, they are deeply rooted in the organization. They aren't leaving until retirement or they get poached with a better offer. The other group is the 'revolving door.' These are primarily new hires, and they're always a flight risk."

Her goal isn't to convert the revolving doors to trees, but to lengthen employees' tenure through strong onboarding, mentoring programs and promotions. For example, some people once spent their entire career as a bank teller. Now, that job is a steppingstone. By adding levels to that position, employees feel they are advancing and are less likely to jump ship.

"The flat hierarchy of the '90s is the opposite of what today's new workforce wants," Silletto says. "They want the assistant manager, manager and senior manager positions to give themselves a sense of advancement within one role."

**Use stay interviews, not exit interviews.** Exit interviews provide insights on why employees are leaving. The idea is that once an employer knows what factors are contributing to employee departures, it can prevent an exodus.

But Mohammad Qais Momand, vice president of Dunya University in Kabul, Afghanistan, doesn't want to wait for an exit interview to find out employees aren't satisfied. "Why not have such interviews during the employee's career?" he asks. That way, the employer can make improvements.

When Rittmueller took over as Friends' preschool director, replacing someone who had been in the position for 23 years, she used stay interviews to find out how the staff felt about changes.

"I have been using this information to guide me through the rest of the present school year and in making plans for the next," she says. "In a small business such as our school, it's important the staff buy into the mission being set, to be part of the planning, to have a voice. It's my hope this involvement will keep my staff engaged and wanting to stay."

**Offer accommodations.** Silletto suggests focusing on those with young children at home or who have aging parents that need more care.

When one of her employees had two children, ages 6 and 9, at home for weeks without anyone to help, Silletto granted extended paid time off and flexible hours so the employee could work whatever time of day she was able.

"I rerouted some of the more time-sensitive items to other staff who could be more accessible for our clients," she says. "Some employers might claim they can't be that flexible, but she is the most loyal employee because I helped her through that hard time. It builds loyalty when you truly take care of your people and don't apply a one-size-fits-all strategy."

**Communicate frequently.** The best way to reduce turnover is to understand why employees stay and why they leave.

"The key is constantly getting input from the employees, whether it's direct communications between managers or HR, or pulse checks, or training programs," Paulson says. "The No. 1 priority should be to understand the employee's perspective and then to translate how it matches the employer's goals."

**Be accessible.** "Make it easy for employees to communicate with HR," Chapline says. "Our HR team is developing a new text platform to communicate with employees in a quicker, more mobile way. We've also made it easier for employees to reach HR by phone and resolve an issue on the first call."

## Educating Managers

HR can help by training managers to communicate clearly, following through on commitments and being honest about issues that impact employees.

"If the employee doesn't believe you are willing or able to resolve the issue, they won't share," Pair says. "Also be willing to ask, 'How can I help?' and bring them into the problem-solving toward a solution."

Today's employees don't expect to work for the same company their entire career, so retention strategies need to adapt accordingly.

"We need to focus on how to extend someone's tenure as long as possible and make it a great experience so they are more likely to refer their friends, come back to

us at some point or become a client," Jezior says. "It's not about reducing turnover, but rather about elongating tenure."

*Kathryn Tyler is a freelance writer and former HR generalist and trainer in Wixom, Mich.*

*Illustrations by Yuta Onoda*

## Early Warning Signs

To maintain a stable workforce, HR professionals should analyze data available to them to help identify employees who are likely to leave. Here are some early warning signs that indicate employees may have one foot out the door:

**Major life changes.** "Keep an eye on who is graduating with an MBA or who is starting a family," says Melissa Jezior, president and CEO of Eagle Hill Consulting, a management consultancy. "Big life changes often drive turnover."

While such personal information can be hard to gather, developing good relationships and trust with employees can help, says Chad Paulson, senior vice president of HR at See's Candies.

**Missed promotions.** Employees who are disappointed about being passed over for promotions might begin to look elsewhere for opportunities to advance. Keep a list of workers who applied for promotions, and check in with those who weren't selected to ensure they feel appreciated and to help them better prepare for the next opening.

**High department turnover.** Look at turnover data by department, division and manager to pinpoint where higher turnover rates exist. The employees in those divisions are at risk of leaving if you don't quickly identify and eliminate the problem.

Paulson made a surprising discovery when he investigated high turnover in See's Candies plants a couple of years ago. "We weren't conducting an annual review of the competitive market and hadn't realized our pay had ceased to be sufficiently competitive," he says. "By simply analyzing the market and providing competitive compensation, we were able to stem the tide and enhance our recruitment and retention efforts."

**Reduced communication.** Employees who fail to promptly answer calls or e-mails or who miss deadlines might be considering a move.

"A quiet employee can just as easily be a struggling employee as a satisfied employee," says Heidi Pair, assistant director of Renaissance Academy, a home-school and hybrid educational program. "Our instructional staff doesn't meet in person during the summer months but uses that time to plan for their courses and build the virtual component for each course. For us, an early warning sign is minimal or no communication and little evidence of planning."

**Absenteeism.** "Taking time off in the middle of the day shows employees might be doing interviews," says Lance Anderson, SHRM-SCP, an HR and recruiting consultant

at Anderson and Co. in Grand Prairie, Texas. Employees who are complaining, being less productive or job hunting online while at work might be considering a job change.

Don't wait until they quit, Jezior advises. "Find out who you think is most at risk and start putting in some preventive measures today," she says. "Who are your problem managers? Deal with them today." —K.T.

RETENTION WORKFORCE PLANNING

# Nurse shortage is crippling hospitals, centers that provide care in Western Pa.



**DEB ERDLEY** | Sunday, July 4, 2021 12:01 a.m.





METRO CREATIVE

Western Pennsylvania, like the entire country, is facing a shortage of nurses.

## EMAIL NEWSLETTERS

TribLIVE's Daily and Weekly email newsletters deliver the news you want and information you need, right to your inbox.

A long-predicted shortage across the continuum of nursing and direct care workers has come home to roost in the coronavirus pandemic. Shortages are rippling across the country, fueled in part, experts say, by pandemic trauma and burnout.

The issue is critical in Western Pennsylvania.

In a region characterized by a rapidly graying population and a shrinking workforce, "Help Wanted" signs are popping up at private home care agencies, personal care homes, assisted living and nursing homes, community hospitals and sprawling academic and tertiary care hospitals.

Like the fast food industry, some hospitals desperate to fill nursing vacancies are dangling signing bonuses — as much as $15,000 for experienced registered nurses at UPMC and AHN hospitals and outpatient facilities.

At the most basic level, staffing agencies that provide nonlicensed short-term care workers who help people remain in their homes and avoid moving to a personal care or assisted living are simply turning away calls for help.

"We are turning away new clients by the drove. We cannot handle anywhere near the care we'd like to provide because we cannot hire enough people," said Krista Braha, human resources manager for Carol Trent Senior Helpers in Greensburg.

Although Senior Helpers offers bonuses to employees who refer new workers, Braha said they can't keep up with demand. Offering wages of $11 to $12.50 an hour with no health insurance, they are competing with gas stations, restaurants and retail stores clamoring for workers.

One level up, at personal care homes and assisted living facilities that house nearly 45,000 people across the state, some facilities are paying as much as $50 an hour to fill pressing vacancies for nonlicensed caregivers, said Margie Zelenak, executive director of the Pennsylvania Assisted Living Association.

At least two personal care homes told her they decided to close in recent weeks, citing an aging owner and an inability to hire help.

Zelenak said her group hopes the situation will improve this fall when schools reopen. That could allow some who left the field to care for children doing remote learning at home to return to work.

But that won't resolve long-term shortages that have long been forecast.

"It is a problem, and it is going to increase as our senior population continues to increase, " Zelenak said.

The shrinking workforce is starkly apparent in monthly labor force reports.

A report from the U.S. Bureau of Labor Statistics counted employment in nursing homes and residential facilities across the six-county region down by 1,100 workers since May 2020.

Experts say the pandemic exacerbated a difficult situation that existed before covid-19 began taking its toll.

Skilled Nursing, a journal that follows the nursing home industry, cited a recent analysis of federal data from 15,000 nursing homes across the country that found an average turnover rate of 140% among registered nurses (RNs), 114.1% among licensed practical nurses (LPNs) and 129.1% among certified nursing assistants (CNAs).

Officials are adapting to the new normal at Redstone Highlands, which serves 1,000 elderly and disabled residents through home care, personal care and skilled care facilities in Greensburg, North Huntingdon and Murrysville.

"We are having a horrible time hiring to fill positions," President and CEO John Dickson said.

Redstone created rapid-response positions within its staffing office — jobs that do not include benefits but which pay more and require staffers to work weekends and evenings. Even before the pandemic, Redstone worked through the Healthcare Council of Western Pennsylvania to bring in three registered nurses from the Philippines.

A spokeswoman for Excela, which operates three hospitals and multiple outpatient facilities across Westmoreland County, said recruitment and retention are at the top of the list across all positions. Excela, which provides clinical training rotations to several college nursing programs, is offering to hire students into support positions such as transport and patient safety associate. The regional health care system also is tapping agencies to help fill vacancies for registered nurses and respiratory therapists.

Following the lead of Redstone, Excela plans to implement an international contract for registered nurses this fall, system spokeswoman Robin Jennings said.

UPMC and AHN advertised more than 2,200 openings for registered and licensed nurses online last week. UPMC, the largest employer in the state, is dangling recruitment bonuses of up to $10,000 for registered nurses. AHN is offering a signing bonus of $10,000 for registered nurses with a year of experience and up to $15,000 for more experienced nurses.

Jane Montgomery, chief operating officer for the Healthcare Council of Western Pennsylvania, said the pandemic created a whole new level of staffing problems in the region's hospitals and skilled care nursing facilities.

In addition to salary competition from other industries, other challenges have affected the supply of registered and licensed nurses.

"You had people leaving the workforce because they were worried about getting sick and taking something home. And we had nurses leaving to work for agencies that were paying higher rates to staff facilities in areas where there were covid outbreaks," Montgomery said. "And we've known our nursing population was aging. This may have pushed some of them into retirement earlier than they planned. Even before the pandemic, you had organizations that went overseas and brought in staff. With the pandemic, they couldn't do that. I think it is probably a combination of all of those things."

Claire Zangerle, chief nurse executive at AHN, agreed.

"This is a perfect storm with 10 things that has hit the labor market all at once," Zangerle said.

"During the pandemic when there were hot spots due to excessive virus outbreaks, you saw nurses leaving and going to work for travel agencies to go and fill in for hospitals that were in worse shape than us," Zangerle said. "It was hard for us to be angry about that. If a young nurse has the ability to do that and go and pay off school loans, then good for them. When they want to come back, we'll welcome them. And we're seeing nurses in those traveling positions start to come back home."

Still, she allows that filling the void – AHN lists 590 nursing positions on its website, some of which Zangerle termed aspirational — is going to be difficult.

In 2018, AHN looked to the Philippines and Caribbean islands, which have similar professional standards, to recruit 150 registered nurses on three-year work visas. Zangerle said that program has been a success with a high retention rate.

AHN nurse recruiters are promoting the relatively low cost of living in Western Pennsylvania to potential job candidates from Eastern Pennsylvania, Ohio and New York.

"A lot of our work is focused on retaining the talent we have to stay at the bedside," Zangerle said. "But our nurse recruitment team, their tongues are out. They are panting."

Indeed, staff shortages are driving conversations across the spectrum in the health care industry.

"Safe staffing and taking care of our patients is the most important thing to us," she said. "This is a super-important topic to address. Hearing about it might motivate somebody to say, 'Hey, my daughter or son or granddaughter should consider a career in health care.' The workforce in health care across the nation is literally in crisis."

- 
- 
- 
- 
- 
- 
- 

*Deb Erdley is a Tribune-Review staff writer. You can contact Deb at 724-850-1209, **derdley@triblive.com** or via Twitter .*

# Pittsburgh hospitals suffering from nationwide nursing shortage

July 06, 2021 at 10:22 am EDTBy Jillian Hartmann, WPXI-TV

PITTSBURGH — There's a nationwide nursing shortage, and Pittsburgh hospitals are suffering.

Chief Nursing Officer of Allegheny Health Network Claire Zangerle tells Channel 11 that the staffing crisis started before the pandemic but that covid made things worse. For one thing, many nurses retired.

"It has become an issue with AHN in the sense that we are no different than any other health system across the country," explained Zangerle. "We've seen a wave of a certain age group of our nurses that its time to retire and honestly the pandemic pushed them to the retirement maybe a little bit sooner that what they thought about."

Also, during the pandemic, more nurses in direct patient care took other nursing jobs like education, research or management.

**TRENDING NOW:**

- Southwestern PA will not face a Delta variant crisis, local doctor says
- Applying for unemployment? Pennsylvania's work search requirements close to starting back up
- Code Orange Air Quality Alert in effect for parts of Pennsylvania
- VIDEO: Pittsburgh area hospitals suffering from nationwide nursing shortage
- DOWNLOAD the Channel 11 News app for breaking news alerts



**SPONSORED CONTENT**

# High-risk pregnancies can lead to healthy babies and happy moms

By **UPMC**

"We don't have enough nurses being produced by the nursing schools because we don't have enough instructors in the nursing schools to be able to get those students through their curriculum through the program to the bedside," explained Zangerle.

Right now, AHN is in need of as many as 300 nurses. Zangerle said that bedside nursing is where they are understaffed, so they are offering incentives, including paying for certifications, offering a sign-on bonus for experienced nurses and incentive pay beyond standard overtime.

In the meantime, she says the short-term solutions include employing agency and international nurses to help reduce the workload for current nurses.

"Long term we want people to come into the nursing profession so we want to go to the middle schools and high schools and talk to the students about the value of nursing and what a career it is that is something we started and had to put to the side because of the pandemic," Zangerle explained.

AHN also has a special refresher program offered to former nurses looking to return to practice.

Channel 11 also reached out to UPMC. A spokesperson said they are opening their fifth in-house nursing school in August to help address this shortage.