# Exhibit 4

| STAFFING VACANCIES | Date Vacant |
|---|---|
| **Medical Director Vacancies 0 FTE** | |
| **Staff Physician Vacancies 2.5 FTE** | |
| Logan (1.0) | 4/3/2019 |
| Menard (0.5) | 8/1/2018 |
| Stateville (1.0) | 9/7/2018 |
| **PA/NP Vacancies 5.5FTE** | |
| Stateville NRC (.5) | 12/11/2018 |
| Danville (1.0) | 3/18/2019 |
| Pontiac (1.0) | 11/26/2018 |
| Pontiac (1.0) | 10/8/2018 |
| Logan (1.0) | 1/1/2019 |
| Lawrence (0.55) | 5/9/2016 |
| **Dentists 5.25 FTE** | |
| Lincoln (.5) | 2/1/2019 |
| Menard (2.0) | 1/25 & 5/2/2018 |
| Robinson (1.0) | 2/7/2018 |
| Kewanee (0.25) | 3/7/2018 |
| Logan (0.8) | 11/30/2018 |
| Pinckneyville (.2) | 4/1/2019 |
| Lawrence (.5) | 4/1/2019 |
| **Optometry 1.25** | |
| Vandalia (.08) | 9/28/2018 |
| Centralia (.09) | 9/28/2018 |
| Western (.25) | 12/31/2018 |
| Pinkneyville (.25) | 2/18/2019 |