**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Don Lippert, et al.
                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:10−cv−04603
　　　　　　　　　　　　　　　　　　　Honorable Jorge L. Alonso

Partha Ghosh, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 7/23/25 at 9:30 am. Motion hearing held. Plaintiffs' motion to enforce [1924] is entered and continued. For the reasons stated in open court, the Court orders defendants to show cause why they should not be held in contempt for failure to comply with the asserted sections of the consent decree. The case is referred to the magistrate judge for supervision of discovery and settlement, with authority to set, alter, and extend deadlines. Plaintiffs' motion to unseal [1948] is granted. Defendants' motion to enforce [1945] is denied. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.