# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Don Lippert, et al.
                          Plaintiff,

v.                                            Case No.: 1:10−cv−04603
                                                            Honorable Jorge L. Alonso

Partha Ghosh, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2025:

    MINUTE entry before the Honorable Albert Berry III: In light of the Notice of Withdrawal of Motion to Compel [1977], Defendants' Motion to Compel [1969] is denied without prejudice as withdrawn. The in−person motion and status hearing set for 8/13/25 at 10:00 a.m. is converted to a video status hearing. Instructions will be emailed to counsel. Members of the public and media will be able to call in to listen to this hearing. Call (855)−244−8681, access code 2316 863 7794#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Additionally, the Court notes that the parties' disputes seeking Court intervention should not be presented in status reports. The parties are ordered to file a joint motion on or before 8/5/12 regarding extending or staying discovery. The 8/7/25 joint status report date [1974] also remains set. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.